# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------ x

THE CITY OF NEW YORK,

                                                  Plaintiff,

                    -against-

ENVIROMD GROUP  LLC;  ;
GT IMPORTS, KAYLA WHOLESALE, INC.,  d/b/a
The Vapery; KLCC WHOLESALE INC., MV TRADING
LLC a/k/a MYVAPORSTORE; PIONEER
DISTRIBUTION, INC. a/k/a WEVAPEUSA.COM a/k/a
SELLER SUPREME LLC;  RZ SMOKE INC.; STAR
ZONE INC., URBAN SMOKE DISTRIBUTORS; VAPE
MORE INC. a/k/a  MORE LLC; VAPE PLUS
DISTRIBUTION CORP., a/k/a G&A DISTRIBUTION,
,

                                                  Defendants.

------------------------------------------------------------------------ x

**SUMMONS**

Index No. _____/24

Filed:  April 4, 2024

**TO:  ENVIROMD GROUP  LLC; GT IMPORTS, KAYLA WHOLESALE, INC.,  d/b/a The Vapery; KLCC WHOLESALE INC., MV TRADING LLC a/k/a MYVAPORSTORE; PIONEER DISTRIBUTION, INC. a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;  RZ SMOKE INC.; STAR ZONE INC., URBAN SMOKE  DISTRIBUTORS; VAPE MORE INC. a/k/a   MORE LLC; VAPE PLUS DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION,**
**:**

         **YOU ARE HEREBY SUMMONED** to answer the complaint in this action by serving

an answer on the plaintiff's attorneys within twenty (20) days after service of this summons,

exclusive of the day of service, or within thirty (30) days after service is complete if this

summons is not personally delivered to you within the State of New York. In the case of your

failure to appear or answer, judgment will be taken against you by default for the relief sought in

the complaint, plus the costs and disbursements of this action.

Plaintiff designates New York County as the place of trial. The basis of the venue for this action is CPLR §503(a), in that plaintiff resides in New York County.

Dated:     New York, New York
          April 4, 2024

**HON. SYLVIA O. HINDS-RADIX**

Corporation Counsel of the
  City of New York
Attorney for Plaintiff the City of New York
100 Church Street, Room 20-99
New York, New York 10007
(212) 356-2032

By:

_____

Eric Proshansky
Elizabeth Slater
Alexandra Jung
Aatif Iqbal
Assistant Corporation Counsels