# Exhibit RR



**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**AATIF IQBAL**
Phone: (212) 356-2294
aiqbal@law.nyc.gov

THE COUNTY CLERK
COUNTY OF NEW YORK
───────────────────────────────

THE CITY OF NEW YORK,

        Plaintiff,

      v.

ENVIROMD GROUP LLC; GT IMPORTS; KAYLA
WHOLESALE, INC., d/b/a The Vapery;
KLCC WHOLESALE INC.; MV TRADING LLC a/k/a
MYVAPORSTORE; PIONEER DISTRIBUTION, INC.
a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME
LLC; RZ SMOKE INC.; STAR ZONE INC.; URBAN
SMOKE DISTRIBUTORS; VAPE MORE INC. a/k/a
MORE LLC; VAPE PLUS DISTRIBUTION CORP. a/k/a
G&A DISTRIBUTION; DAVID ALFIH a/k/a David
Alfieh, a/k/a DJ Alfani; and MARCUS BERNARD,

        Defendants.
───────────────────────────────x

**NO FEE LETTER**

Index No. 451009/2024

July 1, 2024

Dear Sir or Madam:

  As plaintiff's counsel in this case, I request that you accept this Notice of Motion and accompanying memorandum of law and affirmations. Plaintiff, the City of New York, is exempt from paying a fee under CPLR § 8019(d), which states:

> A clerk of a county within the City of New York shall not charge or
> receive any fee from the City of New York or the State of New York
> or from any agency or officer of either acting in official capacity.

Thank you.

Very truly yours,

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of
  the City of New York

By:    */s/Aatif Iqbal*
      Aatif Iqbal
      Assistant Corporation Counsel

2