# Exhibit UU

Case 1:24-cv-05161-GHW-JW    Document 1-48    Filed 07/08/24    Page 2 of 38

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

--------------------------------------------------------------------------- x

THE CITY OF NEW YORK,

           Plaintiff,

      v.

ENVIROMD GROUP LLC;  GT IMPORTS;  KAYLA
WHOLESALE, INC., d/b/a The Vapery;  KLCC
WHOLESALE INC.; MV TRADING LLC a/k/a
MYVAPORSTORE;  PIONEER DISTRIBUTION, INC. a/k/a
WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;  RZ
SMOKE INC.;  STAR ZONE INC.;  URBAN SMOKE
DISTRIBUTORS;  VAPE MORE INC. a/k/a MORE LLC;
VAPE PLUS DISTRIBUTION CORP. a/k/a G&A
DISTRIBUTION,

           Defendants.

--------------------------------------------------------------------------- x

**AFFIRMATION OF
VINCENT J. LESNAK IN
SUPPORT OF
PLAINTIFF'S MOTION
FOR A PRELIMINARY
INJUNCTION**

Index No. 451009/2024

      I, **VINCENT LESNAK**, hereby affirm, pursuant to Rule 2106 of the New York Civil

Practice Law and Rules (hereinafter "CPLR"), under the penalties of perjury of the laws of New

York, which may include a fine or imprisonment, that the following is true, and I understand that

this document may be filed in an action or proceeding in a court of law:

      1.     I am the Chief Executive Officer ("CEO") of Cross Border Solutions, LLC ("Cross

Border"), which provides information and data collection services concerning the tobacco

industry.

      2.     I make this affidavit in support of the City's motion for a preliminary injunction

against Kayla Wholesale, Inc. and Pioneer Distribution, Inc.

Case 1:24-cv-05161-GHW-JW    Document 1-48    Filed 07/08/24    Page 3 of 38

**www.newyorkvapeking.com**

3.      On March 11, 2024, I placed an order through the www.newyorkvapeking.com website for a Watermelon Candy flavored Puff Bar XXL 1600 to be shipped to an address in Brooklyn, New York, for a total purchase price of $17.63: $10.99 for the device, $6.64 for shipping, and $1.42 in taxes.

4.      Shortly after placing the order, I received an email from "NYVK Wholesale" "confirming the purchase of a watermelon candy Puff XXL 1600 e-cigarette."

5.      On or about March 15, 2024, the watermelon candy Puff XXL 1600 e-cigarette order was delivered by the United States Postal Service ("USPS") addressed to me at the residential address in Brooklyn, New York to which I had directed delivery. The package contained two Puff XXL devices, although only one had been ordered. The return address on the package was NYVK Wholesale, 132 32nd Street, Brooklyn, New York, 11232. The package was not affixed with a statement that it contained vapor products. The package was left in the mailbox – no adult signature was obtained upon delivery from the person receiving the package, as required by federal law.

6.      Annexed hereto as **Exhibit A** is a true and correct copy of documents related to this purchase, including a photo taken of the package received on March 15, 2024 from NYVK Wholesale.

7.      On or about March 15, 2024, I placed a second order through www.newyorkvapeking.com for a Crisp Apple STIG disposable e-cigarette in a 3-pack to be shipped to an address in Brooklyn, New York, for a total purchase price of $26.63: $19.99 for the device and $6.64 for shipping. Tax was not charged.

8.      On or about March 23, 2024, the Crisp Apple "STIG" brand e-cigarette ordered was delivered by USPS addressed to me at the residential address in Brooklyn, New York to which

2

Case 1:24-cv-05161-GHW-JW    Document 1-48    Filed 07/08/24    Page 4 of 38

I had designated for delivery. The return address on the package was NYVK Wholesale, 132 32nd Street, Brooklyn, New York 11232. The package was not affixed with a statement that it contained vapor products. The package was left in the mailbox – no adult signature was obtained upon delivery from the person receiving the package, as required by federal law.

9.      Annexed hereto as **Exhibit B** is a true and correct copy of documents related to this purchase, including a photo taken of the package received on March 23, 2024 from NYVK Wholesale.

10.      The name of the person to whom these vapor products was caused to be delivered by Kayla Wholesale a/k/a  NYVK Wholesale does not appear on a list of licensed or registered agents of vapor product dealers published by the Department of Taxation and Finance, nor is that person licensed or registered as an agent or dealer under article twenty eight-C of the tax law.

**www.wevapeusa.com**

11.      On or about March 11, 2024, I accessed the website address www.wevapeusa.com and purchased a Pacific Cooler flavor Air Bar Mini, 2000 puff e-cigarette for delivery to a Brooklyn, New York address. The total purchase price was $26.11, paid by credit card: $7.99 for the device, $15.99 for shipping and $2.13 in tax.

12.      On March 19, 2024, a package addressed to me was delivered to the residential address in Brooklyn, New York to which I had designated for delivery.  The package contained the Air Bar product ordered. The package was not labelled to indicate that it contained vapor products.

13.      The package was delivered by United Parcel Service, with a return address of Marcus Bernard, 3472011345, Seller Supreme LLC, 1090 Coney Island Ave., Brooklyn, NY,

3

Case 1:24-cv-05161-GHW-JW   Document 1-48   Filed 07/08/24   Page 5 of 38

11230. No adult signature was obtained upon delivery from the person receiving the package, as required by federal law.

14.     Annexed as **Exhibit C** is a true and correct copy of documents related to this purchase, including a photo taken of the package received on March 19, 2024 from Seller Supreme LLC.

15.     On or about March 24, 2024, I accessed the website address www.wevapeusa.com and purchased one Kiwi Lemon Shake Suorin brand Cube Disposable 1500 puffs for delivery to a Brooklyn, New York address. The total purchase price was $19.59, paid by credit card: $2.00 for the device, $15.99 for shipping and $1.60 in tax.

16.     On March 27, 2024, a package was delivered to the Brooklyn address I specified in the March 24, 2024, order.  Instead of the product ordered, the package contained five Strawberry Kiwi Guava flavored Hyde Rebel Pro e-cigarettes, as well as an Airbar e-cigarette labeled "wevapeusa free sample."  The package was delivered by United Parcel Service, with a return address of Marcus Bernard, 3472011345, Seller Supreme LLC, 1090 Coney Island Ave., Brooklyn, NY, 11230. The package was not labelled to indicate that it contained vapor products and was left in the mail area – no adult signature was obtained upon delivery from the person receiving the package, as required by federal law.

17.     Annexed as **Exhibit D** is a true and correct copy of documents related to this purchase, including a photo taken of the package received on March 27, 2024 from Seller Supreme LLC.

18.     The name of the person to whom these vapor products were delivered by Pioneer Distribution/wevapeusa.com does not appear on a list of licensed or registered agents or vapor

4

product dealers published by the Department of Taxation and Finance, nor is that person licensed

or registered as an agent or dealer under article twenty eight-C of the tax law.

VINCENT J. LESNAK

Dated: New York, New York
May 15, 2024

5

Case 1:24-cv-05161-GHW-JW Document 1-48 Filed 07/08/24 Page 7 of 38

# EXHIBIT A

# Online Purchase Report

## Visit details

**Website**: newyorkvapeking.com

**Description**: Online third-party vendor selling a variety of flavored disposable vape devices.

**Order date:** 3/11/24

**Age of verification required** (Yes/No): Yes

## Product details

**Product(s) purchased**

**Manufacturer name and address:** Shenzhen Daosen Vaping Technology Co., LTD, 501 B1, No. 3, Ligang South Rd., Shajing Street, Baoan District, Shenzhen, China

**Brand and model:** PUFF XXL 1600

**Flavor:** Watermelon Candy

**Price of product purchased:** Vape: $10.99, Shipping: $6.64, Total: $17.63 (A comment on the receipt indicates that the purchase is, "Including $1.42 in taxes".

## Shipping details

**Date received**: 3/15/24

**State received**: NY

**State of fulfillment**: NY

**Name and address of fulfillment center**: NYVK WHOLESALE, 132 32ND Street, Brooklyn, NY, 11232.

**Shipper**: USPS

**Signature required on delivery** (Yes/No): No (package was left in mailbox)

**Did the package have the required labeling:** No.

## Observations

**Commentary**: Two products were shipped while only 1 was ordered.

# Online Purchase Report

## Photos

**Image of site homepage**:



Case 1:24-cv-05161-GHW-JW    Document 1-48    Filed 07/08/24    Page 10 of 38

# Online Purchase Report

**Image of flavored vape products available**:



**Puff Bar Plus**
$16.99 $9.49 Sale



**Puff Bar- Buy a box of 10 and save**
$29.90 $23.80 Sale



**Myle Mini Disposable Pods (Buy a box of 10 and save)**
$119.90



**STIG Disposable (3 pack)**
$29.99 $19.99 Sale



**Bliss Bar Disposable Vape 5000 Puffs**
$24.90 $16.90 Sale



**MR. Vapor Disposable E-CIG (Buy a box of 8 and save!)**
$28.00



**TWST Disposable (Buy a box of 10 devices and save)**
$79.99 $29.99 Sale



**Fume Extra Disposable 10 pack (Buy more and Save)**
$139.90 $99.90 Sale

Case 1:24-cv-05161-GHW-JW    Document 1-48    Filed 07/08/24    Page 11 of 38

# Online Purchase Report



**Juul Pod Menthol**
$19.00 **$15.99 Sale**



**PUFF XXL 1600 Puff Disposable Vape (1 device)**
$149.99 **$10.99 Sale**



**Whiff Disposable Vape 2000 Puff (Buy a box of 10 and SAVE)**
$149.99 **$79.99 Sale**



**Air Bar M-Lux Disposable 2000 Puff Vape (Buy a box of 10 and save)**
$140.00 **$89.90 Sale**



**Air Bar Max Disposable Vape (By a box of 10 and save)**
$149.99 **$49.90 Sale**



**PUFF XXL 1600 Puff Disposable Vape (Buy a box of 10 and save)**
$149.99 **$49.99 Sale**



**Bliss Bar Disposable Vape 5000 Puffs (Buy a box of 10 and save)**
$140.00



**Fume ULTRA Disposable 10 pack (Buy more and Save)**
$139.99
**$124.90 Sale**

# Online Purchase Report



**EB Design BC 5000 DISPOSABLE (ELF BAR) 10 PACK**

$149.90

$104.90 Sale



**EB Design BC 5000 DISPOSABLE (ELF BAR) 5 PACK**

$149.90   $64.90 Sale



**Air Bar Nex 6500 Puff Disposable (10 pack)**

$160.00   $95.00 Sale



**Air Bar Lux Disposable 1000 Puff Vape (Buy a box of 10 and save)**

$140.00   $28.80 Sale



**Foodgod ZERO Disposable Vape 5 pack (5 devices included)**

$99.90   $69.90 Sale



**Air Bar Max Disposable Vape (1 DEVICE)**

$149.99   $7.99 Sale



**Fume Mini Disposable 10 pack (Buy more and Save)**

$139.90   $54.90 Sale

Age verification during ordering process:



# Age Verification

You must be 21 or older to visit this website. Your age will be verified at checkout.

**I'm 21 or older ›**

Age Verification FAQ

AgeChecker.Net

# Online Purchase Report

**Image of receipt of purchase**:



# Online Purchase Report

**Photos of product(s) purchased**:



# Online Purchase Report

**Photos of shipment label and packing slip**:



# EXHIBIT B

Case 1:24-cv-05161-GHW-JW   Document 1-48   Filed 07/08/24   Page 17 of 38

# Online Purchase Report

## Visit details

**Website**: newyorkvapeking.com

**Description**: Online third-party vendor selling a variety of flavored disposable vape devices.

**Order date: 3/15/24**

**Age of verification required** (Yes/No): Yes

## Product details

**Product(s) purchased**

       **Manufacturer name and address:   "Made In China"**

       **Brand and model: STIG Disposable (3 pack)**

       **Flavor: Crisp Apple ("Delicious Green Apple")**

**Price of product purchased:** Vape: $19.99, Shipping: $6.64, Total: $26.63

## Shipping details

**Date received**: 3/23/24

**State received**: NY

**State of fulfillment**: NY

**Name and address of fulfillment center**: NYVK WHOLESALE, 132 32ND Street, Brooklyn, NY, 11232.

**Shipper**: USPS

**Signature required on delivery** (Yes/No): No (package was left in mailbox)

**Did the package have the required labeling:** No.

## Observations

**Commentary**:

# Online Purchase Report

## Photos

**Image of site homepage**:



# Online Purchase Report

**Image of flavored vape products available**:






Puff Bar Plus
$16.99 $9.49 Sale

Puff Bar- Buy a box of 10 and save
$29.90 $23.80 Sale

Myle Mini Disposable Pods (Buy a box of 10 and save)
$119.90

STIG Disposable (3 pack)
$29.99 $19.99 Sale





Bliss Bar Disposable Vape 5000 Puffs
$24.90 $16.90 Sale

MR. Vapor Disposable E-CIG (Buy a box of 8 and save!)
$28.00

TWST Disposable (Buy a box of 10 devices and save)
$79.99 $29.99 Sale

Fume Extra Disposable 10 pack (Buy more and Save)
$139.90 $99.90 Sale

Age verification during ordering process:



# Age Verification

You must be 21 or older to visit this website. Your age will be verified at checkout.

**I'm 21 or older ›**

Age Verification FAQ

AgeChecker.Net

# Online Purchase Report

**Image of receipt of purchase**:



**Photos of product(s) purchased**:




Case 1:24-cv-05161-GHW-JW    Document 1-48    Filed 07/08/24    Page 21 of 38

# Online Purchase Report

**Photos of shipment label and packing slip**:



Case 1:24-cv-05161-GHW-JW    Document 1-48    Filed 07/08/24    Page 22 of 38

# EXHIBIT C

# Online Purchase Report

## Visit details:

**Website**: wevapeusa.com

**Description**: Online third-party vendor selling a variety of flavored disposable vape devices.

**Order date**: 3/11/24.

**Age of verification required** (Yes/No): Yes

## Product details

**Product(s) purchased:**

**Manufacturer name and address:** Shenzhen Goldreams Technology Co., Ltd., 1201-1208 Chuangyi Building, Northwest of Nanhi Avenue and Shennan Avenue Intersection, Nantou Street, Nanshan District, Shenzhen, China

> **Brand and model:** Air Bar Mini 2000 Puffs

> **Flavor:** Pacific Cooler

**Price of product purchased:** Vape: $7.99, Shipping: $15.99, Tax: $2.13 Total: $26.11

## Shipping details

**Date received**: 3/19/24.

**State received**: NY.

**State of fulfillment**: NY

**Name and address of fulfillment center**: Marcus Bernard, 3472011345, Seller Supreme LLC, 1090 Coney Island Ave., Brooklyn, NY, 11230

**Shipper**: UPS Ground

**Signature required on delivery**: No (package was left in mailbox)

**Did the package have the required labeling:** No.

## Observations

**Commentary**: Package indicates: License No.: 7144030066 Shenzhen Youme Information Technology Co., LTD

# Online Purchase Report

## Photos

**Image of site homepage**:



**Image of flavored vape products available**:



Case 1:24-cv-05161-GHW-JW    Document 1-48    Filed 07/08/24    Page 25 of 38

# Online Purchase Report

## Disposable Vape Brands | Latest Releases



Air Bar AB10000 10,000 Puff
Disposable Vape
$19.99  **$16.99**

🔍 Choose Flavor

Viho Turbo 10,000 Puff
Disposable Vape
$19.99  **$13.99**

🔍 Choose Flavor

SWFT ICON 7500 Puff Disposable
Vape
$19.99  **$13.99**

🔍 Choose Flavor

Tyson Iron Mike 15000 Puff
Disposable Vape
$19.99  **$14.99**

🔍 Choose Flavor

## Disposable Vape Categories



Age verification during ordering process: Yes



### Age Verification

You must be 21 or older to visit this website. Your age will be
verified at checkout.

**I'm 21 or older ▸**

Age Verification FAQ

🜂 Age**Checker**.Net

# Online Purchase Report

## Image of receipt of purchase:

Order #**229561** was placed on **March 11, 2024** and is currently **Completed**

## Order details

| Product | Total |
|---|---|
| Air Bar Mini Disposable Vape Device (2000 Puffs) - Pacific Cooler × 1<br>Flavor: Pacific Cooler | $7.99 |
| Subtotal: | $7.99 |
| Shipping: | $15.99 via Fast Signature Delivery (3-5 Business Days) |
| Tax: | $2.13 |
| Payment method: | Debit or Credit Card |
| Total: | $26.11 |

## Photos of product(s) purchased:




Case 1:24-cv-05161-GHW-JW    Document 1-48    Filed 07/08/24    Page 27 of 38

# Online Purchase Report



**Photos of shipment label and packing slip**:



# Online Purchase Report

SHIPPING DEPT.
Ordered On: 03/11/2024 01:09 PM
Website Order ID: 229561

Order: 6016963

Fast Signature Delivery (3-5 Business Days)

| Sold To | Ship To |
|---|---|
| vincent lesnak<br>35 CHESTNUT HILL DRIVE EAST<br>DENVILLE, New Jersey 07834<br>United States<br>9735252553<br><br>VLESNAK@GMAIL.COM | VINCENT LESNAK<br>645 Ocean Avenue<br>F8<br>Brooklyn, New York 11226<br>United States<br>9735252553 |

Ship By: Fast Signature Delivery (3-5 Business Days)
Tracking Number:

| | Qty | SKU | Description |
|---|---|---|---|
| | 1 | ABMN-PC | Air Bar Mini 2000 Puff Disposable Vape (Pacific Cooler)<br><br>Flavor: Pacific Cooler |



# EXHIBIT D

# Online Purchase Report

## Visit details:

**Website**: wevapeusa.com

**Description**: Online third-party vendor selling a variety of flavored disposable vape devices.

**Order date**: 3/24/24.

**Age of verification required** (Yes/No): Yes

## Product details

**Product(s) purchased:**

**Manufacturer name and address:**   Shenzhen Noriyang Technology Co., Ltd.

402, Building C, Sijixingcheng, No. 161 Zhenming Road, Gongming Community, Gongming Street, Guangming District, Shenzhen, China

  **Brand and model ordered was  one (1)** Suorin Cube Disposable

  **Flavor: The flavor ordered was  Kiwi Lemon Shake**

   **The product received was five (5) Hyde Rebel Pro plus a free sample of an Air Bar vape.**

  **The flavor received was Strawberry Kiwi Guava**

**Price of product purchased:**  Vape: $2.00, Shipping: $15.99, Tax: $1.60 Total: $19.59

## Shipping details

**Date received**: 3//27/24.

**State received**: NY.

**State of fulfillment**: NY

**Name and address of fulfillment center**:   Marcus Bernard, 3472011345, Seller Supreme LLC, 1090 Coney Island Ave., Brooklyn, NY, 11230

**Shipper**: UPS Ground

**Signature required on delivery**: No (package was left in mail room)

**Did the package have the required labeling:**  No.

Case 1:24-cv-05161-GHW-JW    Document 1-48    Filed 07/08/24    Page 31 of 38

# Online Purchase Report

## Observations

**Commentary**: The number and type of product received was not correct.

## Photos

**Image of site homepage**:



Case 1:24-cv-05161-GHW-JW    Document 1-48    Filed 07/08/24    Page 32 of 38

# Online Purchase Report

**Image of flavored vape products available:**





Case 1:24-cv-05161-GHW-JW    Document 1-48    Filed 07/08/24    Page 33 of 38

# Online Purchase Report



Disposable Vape Categories

MINI SIZED VAPE    PLUS SIZED VAPE    BOX MOD DESIGN    RECHARGEABLE DEVICE

ALL DISPOSABLE VAPES    CLEARANCE SALE

## Suorin Cube Disposable Vape Device (1500 Puffs)

☆☆☆☆☆ (4 CUSTOMER REVIEWS)

~~$14.99~~ $2.00

Earn up to 2 points.

Flavor
Kiwi Lemon Shake    ⟳ Clear

● In stock

Age verification during ordering process: Yes



## Age Verification

You must be 21 or older to visit this website. Your age will be verified at checkout.

**I'm 21 or older ▸**

Age Verification FAQ

🅰 **Age**Checker.Net

# Online Purchase Report

**Image of receipt of purchase:**

## Your order

| Product | Subtotal |
|---|---|
| Suorin Cube Disposable Vape Device (1500 Puffs) - Kiwi Lemon Shake × 1 | $2.00 |
| Subtotal | $2.00 |
| Shipping | ○ Standard Signature Delivery (7-10 Business Days): $9.99 ⦿ Fast Signature Delivery (3-5 Business Days): $15.99 ○ Express Signature Delivery (2 Business Day): $29.99 |
| Tax | $1.60 |
| Total | **$19.59** |

Case 1:24-cv-05161-GHW-JW    Document 1-48    Filed 07/08/24    Page 35 of 38

# Online Purchase Report

**Photos of product(s) purchased**:





# Online Purchase Report



**Photos of shipment label and packing slip**:



## Online Purchase Report



# Online Purchase Report

SHIPPING DEPT.
Ordered On: 03/24/2024 10:00 AM
Website Order ID: 230581

**Order: 6021298**

**Fast Signature Delivery (3-5 Business Days)**

| Sold To | Ship To |
|---|---|
| VIN LESNAK<br>35 CHESTNUT HILL DRIVE EAST<br>DENVILLE, New Jersey 07834<br>United States<br>9735252553<br><br>VLESNAK@GMAIL.COM | VIN LESNAK<br>645 OCEAN AVENUE<br>F8<br>BROOKLYN, New York 11226<br>United States<br>9735252553 |

Ship By: Fast Signature Delivery (3-5 Business Days)
Tracking Number:

| | Qty | SKU | Description |
|---|---|---|---|
| | 1 | SUCB-KLS | Suorin Cube 1500 Puff Disposable Vape (Kiwi Lemon Shake)<br><br>Flavor: Kiwi Lemon Shake |

