# Exhibit VV

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY

-------------------------------------------------------------------------------- x

THE CITY OF NEW YORK,

        Plaintiff,

      v.

ENVIROMD GROUP LLC;  GT IMPORTS; KAYLA WHOLESALE, INC., d/b/a The Vapery;  KLCC WHOLESALE INC.; MV TRADING LLC a/k/a MYVAPORSTORE;  PIONEER DISTRIBUTION, INC. a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;  RZ SMOKE INC.; STAR ZONE INC.; URBAN SMOKE DISTRIBUTORS;  VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION,

        Defendants.

**AFFIRMATION OF MICHELLE MORSE, M.D. IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Index No. 451009/2024

-------------------------------------------------------------------------------- x

I, **MICHELLE E. MORSE, M.D.,** hereby affirm, pursuant to Rule 2106 of the New York Civil Practice Law and Rules (hereinafter "CPLR"), under the penalties of perjury of the laws of New York, which may include a fine or imprisonment, that the following is true, and I understand that this document may be filed in an action or proceeding in a court of law:

    1.    I am the Chief Medical Officer and First Deputy Commissioner fat the NYC Department of Health and Mental Hygiene ("DOHMH"). I make this declaration in support of the City's motion for a preliminary injunction.

    2.    I am an internal medicine and public health physician, a part-time hospitalist at Kings County Hospital, and an Assistant Professor at Harvard Medical School. I was an internal medicine hospitalist at Brigham and Women's Hospital (BWH) in the Division of Global Health

Equity from 2012 through 2021, and I served as Assistant Program Director for the Internal Medicine Residency at Brigham and Women's Hospital from 2016 through 2019.

3. DOHMH is the City agency charged broadly with protecting and promoting the health of all New Yorkers. The Department has a long history of public health research into environmental conditions that affect the health and safety of the City's residents, and an equally long history of promoting legislation and implementing measures that prevent or reduce threats to public health, especially in the area of tobacco control.

4. DOHMH was instrumental in the enactment of provisions in the New York City Administrative Code that prohibit the sale and possession for sale within the City of "e-cigarettes" and "e-liquids" that use flavored solutions to produce nicotine aerosols or mists that are inhaled by the user or "vaper." DOHMH did so on the basis of an extensive scientific literature establishing that nicotine use and dependence can have significant, harmful effects on the developing adolescent brain. Further, inhalation of other known and unknown constituents contained in e-cigarettes or e-cigarette solutions ("e-liquids") creates additional risks, which will take years to fully understand.

5. Nicotine can change the chemistry of the adolescent brain. It may affect learning ability and worsen memory and concentration.[1] Youth are particularly vulnerable to nicotine dependence, which can occur even with non-daily, occasional use. Nicotine withdrawal symptoms include anxiety, irritability and depressed mood, so nicotine dependence may compound stress and mental health symptoms.[2] Nicotine may also affect the way the adolescent brain processes other drugs, such as alcohol, cannabis and cocaine.[3,4] While the proportion of youth who smoke cigarettes has continued to decline since 1997, e-cigarette use means more youth now use products that can negatively affect the health of their lungs and create dependence on nicotine than in 2001.[5]

Further, youth who use e-cigarettes are more likely to try cigarettes, which similarly contain nicotine and also remain a leading cause of death in NYC and globally.[6,7,8] Treatment options for nicotine dependence among youth are also more limited, as studies for various types of pharmacotherapy and related FDA medication approvals have previously focused on adults.[9,10]

6. Although "e-cigarettes" are often discussed as if they are a single product, this category includes thousands of different products, which deliver nicotine at varying concentrations, rates, volumes, and with many other chemicals. Nicotine delivery depends on e-liquid nicotine content, how people use the device, as well as device characteristics and voltage, which can affect droplet size in the generated aerosol.[11,12,13,14] The amount of nicotine in e-cigarettes is often not labelled clearly or in an easily understandable way.[15] Between 2017 and 2022, the average nicotine levels of e-cigarettes sold in the United States more than doubled, rising from 2.5% to 4.4%.[16] As a result, the nicotine levels are double or more what is permitted throughout Europe,[17] the United Kingdom,[18] and Canada.[19] Nicotine concentrations tend to be even higher in disposable products; over 90% of disposable e-cigarettes sold from 2017 to 2022 in the United States had nicotine content of 5% or higher.[20] The EU also limits the volume of e-liquid, which continues to rise in products available in the United States and affects the total nicotine in each device.[21] For example, a typical device in Spain or France contains 2% nicotine by volume (20mg/mL or less) with a total volume of 2mL, resulting in total nicotine content of 40mg. In contrast, currently popular disposable devices in the United States (e.g., Elf Bar) often contain 5% nicotine (50mg/mL) with a total volume of 13mL, resulting in total nicotine content of 650mg—over 15 times higher than typical European devices. Dozens of countries prohibit the sale of e-cigarettes altogether, from Mexico to Thailand, Egypt and India.[22]

7. Among youth who use e-cigarettes, 85% use flavored products. Fruit (69%), candy desert and other sweet flavors (38%) are most popular.[23] Flavors are known to increase the likelihood that youth will try vaping.[24,24] In contrast, only one in 20 youth who use e-cigarettes use tobacco-flavored products, compared to one in every four adults who use e-cigarettes.[25] Fruit and sweet flavors are associated with lower harm perception, while tobacco flavors (which are allowed for sale in NYC) were associated with increased harm perception.[26] In addition, flavors other than those found in combustible tobacco products increase the likelihood of sustained e-cigarette use.[27,28] Nearly half of adults, and most youth who use e-cigarettes did not previously smoke: 48% of adults that use e-cigarettes never previously smoked, and 28% are currently smoking while using e-cigarettes,[29] potentially increasing some health risks due to dual use of both products.[30,31.]

8. The variations in e-cigarette devices and e-liquids used can also result in exposure to varying chemicals in the aerosol including metals and related compounds from the devices or heating elements, including to chromium, nickel, cadmium, lead, and arsenic; the aerosol can also contain lipids, flavoring-related compounds (e.g., diacetyl, vanillin, etc.), carbonyls (e.g., formaldehyde and acrolein), volatile organic compounds, reactive oxygen species and free radicals, which can be generated by heating flavorings, solvents, and other additives.[32,33,34] [35,36,37,38,39] Some of these chemicals are known carcinogens, irritants, or are associated with other health issues. The heating process also generates new compounds from flavorings and solvents. Different compounds have different risks.[40]

9. Although long-term risks of e-cigarette use are unknown, early data raises concerns especially given the wide range of chemical exposures from the aerosol generated by the devices. The typical solvents used in e-cigarettes are known to cause airways irritation and cough; limited longitudinal data raises concerns about e-cigarette use and development of additional respiratory

symptoms, asthma, and COPD.[41,42,43] Other early studies suggest additional potential areas of concern, including for cardiovascular health, oral health, and immune system health, but data are very limited.[44,45,46,47,48,49,50,51,52,53,54] The e-cigarette, or vaping, product use-associated lung injury (EVALI) outbreak that began in 2019 also highlighted other potential mechanisms for pulmonary toxicity and how much remains unknown about the health effects of vaping, both for nicotine and cannabis vaping products.[55,56] Risks from exposure to secondhand aerosol from e-cigarettes and vaping products are also unknown but are important to consider, given the aerosol constituents discussed above. Any long-term risks will be borne primarily by youth and young adults who used these products while their brains and pulmonary systems were still developing and use them chronically or long-term, facilitated by the devices' high nicotine content.

MICHELLE MORSE, M.D.

Dated: May 21, 2024
Long Island City, New York

---

[1] U.S. Department of Health and Human Services. E-cigarette use among youth and young adults. a report of the surgeon general, 2016. Available: https://e-cigarettes.surgeongeneral.gov/documents/2016_SGR_Full_Report_non-508.pdf

[2] American Psychiatric Association. *Diagnostic and statistical manual of mental disorders: DSM 5.* American Psychiatric Association; Washington: 2013.

[3] U.S. Department of Health and Human Services. E-cigarette use among youth and young adults. a report of the surgeon general, 2016. Available: https://e-cigarettes.surgeongeneral.gov/documents/2016_SGR_Full_Report_non-508.pdf

[4] Goriounova NA, Mansvelder HD. Short- and long-term consequences of nicotine exposure during adolescence for prefrontal cortex neuronal network function. *Cold Spring Harb Perspect Med*. 2012;2(12):a012120. Published 2012 Dec 1. doi:10.1101/cshperspect.a012120

[5] Centers for Disease Control and Prevention (CDC). *1991-2021 High School Youth Risk Behavior Survey Data.* Available at http://yrbs-explorer.services.cdc.gov/. Accessed on May 7, 2024.

[6] Chan GCK, Stjepanović D, Lim C, et al. Gateway or common liability? A systematic review and meta-analysis of studies of adolescent e-cigarette use and future smoking initiation. Addiction. 2021;116(4):743-756. doi:10.1111/add.15246

[7] O'Brien D, Long J, Quigley J, Lee C, McCarthy A, Kavanagh P. Association between electronic cigarette use and tobacco cigarette smoking initiation in adolescents: a systematic review and meta-analysis. BMC Public Health. 2021;21(1):954. Published 2021 Jun 3. Doi:10.1186/s12889-021-10935-1

[8] Soneji S, Barrington-Trimis JL, Wills TA, et al. Association Between Initial Use of e-Cigarettes and Subsequent Cigarette Smoking Among Adolescents and Young Adults: A Systematic Review and Meta-analysis [published correction appears in JAMA Pediatr. 2018 Jan 1;172(1):92-93] [published correction appears in JAMA Pediatr. 2018 Jan 1;172(1):98] [published correction appears in JAMA Pediatr. 2020 May 1;174(5):509]. JAMA Pediatr. 2017;171(8):788-797. Doi:10.1001/jamapediatrics.2017.1488

[9] Jenssen BP, Walley SC, Boykan R, et al. Protecting Children and Adolescents From Tobacco and Nicotine. Pediatrics. 2023;151(5):e2023061805. doi:10.1542/peds.2023-061805

[10] Jenssen BP, Wilson KM. Tobacco Control and Treatment for the Pediatric Clinician: Practice, Policy, and Research Updates. Acad Pediatr. 2017;17(3):233-242. Doi:10.1016/j.acap.2016.12.010

[11] Lalo H, Leclerc L, Sorin J, Pourchez J. Aerosol droplet-size distribution and airborne nicotine portioning in particle and gas phases emitted by electronic cigarettes. *Sci Rep*. 2020;10(1):21707. Published 2020 Dec 10. doi:10.1038/s41598-020-78749-6

[12] Voos N, Goniewicz ML, Eissenberg T. What is the nicotine delivery profile of electronic cigarettes?. *Expert Opin Drug Deliv*. 2019;16(11):1193-1203. doi:10.1080/17425247.2019.1665647

[13] DeVito EE, Krishnan-Sarin S. E-cigarettes: Impact of E-Liquid Components and Device Characteristics on Nicotine Exposure. *Curr Neuropharmacol*. 2018;16(4):438-459. doi:10.2174/1570159X15666171016164430

[14] Blank MD, Pearson J, Cobb CO, et al. What factors reliably predict electronic cigarette nicotine delivery?. *Tob Control*. 2020;29(6):644-651. doi:10.1136/tobaccocontrol-2019-055193

[15] National Academies of Sciences, Engineering, and Medicine; Health and Medicine Division; Board on Population Health and Public Health Practice; Committee on the Review of the Health Effects of Electronic Nicotine Delivery Systems; Eaton DL, Kwan LY, Stratton K, editors. *Public Health Consequences of E-Cigarettes*. Washington (DC): National Academies Press (US); 2018 Jan 23. 4, Nicotine. Available from: https://www.ncbi.nlm.nih.gov/books/NBK507191/

[16] Xu Wang, Ramesh Ghimire, Sundar S Shrestha, Mateusz Borowiecki, Sherry Emery, Katrina F Trivers, Trends in Nicotine Strength in Electronic Cigarettes Sold in the United States by Flavor, Product Type, and Manufacturer, 2017–2022, *Nicotine & Tobacco Research*, Volume 25, Issue 7, July 2023, Pages 1355–1360, https://doi.org/10.1093/ntr/ntad033

[17] European Commission. 2016. *Report from the Commission to the European Parliament and the council on the potential risks to public health associated with the use of refillable electronic cigarettes.* Accessed October 2, 20203 from http://eur-lex.europa.eu/legal-content/EN/TXT/?qid=1463746733783&uri=COM%3A2016%3A269%3AFIN

[18] United Kingdom Medicines and Healthcare products Regulatory Agency. Guidance E-cigarettes: regulations for consumer products. Available at: https://www.gov.uk/guidance/e-cigarettes-regulations-for-consumer-products#. Last updated November 2, 2022. Accessed October 2, 2023

[19] Government of Canada. Regulating tobacco and vaping products: Vaping products regulations. Available at: https://www.canada.ca/en/health-canada/services/smoking-tobacco/vaping/product-safety-regulation.html. Last updated August 8, 2023. Accessed October 2, 2023.

[20] Fatma Romeh M Ali, Elizabeth L Seaman, Elisha Crane, Barbara Schillo, Brian A King, Trends in US E-cigarette Sales and Prices by Nicotine Strength, Overall and by Product and Flavor Type, 2017–2022, *Nicotine & Tobacco Research*, Volume 25, Issue 5, May 2023, Pages 1052–1056, https://doi.org/10.1093/ntr/ntac284

[21] Snell LM, Nicksic N, Panteli D, Burke S, Eissenberg T, Fattore G, Gauci C, Koprivnikar H, Murauskiene L, Reinap M, Barnes AJ. Emerging electronic cigarette policies in European member states, Canada, and the United States. *Health Policy*. 2021 Apr;125(4):425-435. doi: 10.1016/j.healthpol.2021.02.003. Epub 2021 Feb 18. PMID: 33663799; PMCID: PMC8025686.

[22] Glantz S. 2021. 47 Countries have banned e-cigarettes. Available online at https://profglantz.com/2021/11/03/47-countries-have-banned-e-cigarettes/. Accessed September 29, 2023.

[23] Centers for Disease Control and Prevention. October 6, 2022. *More than 2.5 Million Youth Reported E-Cigarette Use in 2022* [Press Release]. Available at https://www.cdc.gov/media/releases/2022/p1007-e-cigarette-use.html.

[24] Chaffee BW, Couch ET, Wilkinson ML, et al. Flavors increase adolescents' willingness to try nicotine and cannabis vape products. *Drug Alcohol Depend*. 2023;246:109834. doi:10.1016/j.drugalcdep.2023.109834

[25] Schneller, L. M., Bansal-Travers, M., Goniewicz, M. L., McIntosh, S., Ossip, D., & O'Connor, R. J. (2019). Use of Flavored E-Cigarettes and the Type of E-Cigarette Devices Used among Adults and Youth in the US-Results from Wave 3 of the Population Assessment of Tobacco and Health Study (2015-2016). *International journal of environmental research and public health*, *16*(16), 2991. https://doi.org/10.3390/ijerph16162991

[26] Zare, S., Nemati, M., & Zheng, Y. (2018). A systematic review of consumer preference for e-cigarette attributes: Flavor, nicotine strength, and type. *PloS one*, 13(3), e0194145. https://doi.org/10.1371/journal.pone.0194145

[27] Leventhal AM, Goldenson NI, Cho J, et al. Flavored E-cigarette Use and Progression of Vaping in Adolescents. *Pediatrics*. 2019;144(5):e20190789. doi:10.1542/peds.2019-0789

[28] Schneller, L. M., Bansal-Travers, M., Goniewicz, M. L., McIntosh, S., Ossip, D., & O'Connor, R. J. (2018). Use of flavored electronic cigarette refill liquids among adults and youth in the US-Results from Wave 2 of the Population Assessment of Tobacco and Health Study (2014-2015). *PloS one*, *13*(8), e0202744. https://doi.org/10.1371/journal.pone.0202744

[29] NYC DOHMH. Community Health Survey, 2022.

[30] Kim, C. Y., Paek, Y. J., Seo, H. G., Cheong, Y. S., Lee, C. M., Park, S. M., Park, D. W., & Lee, K. (2020). Dual use of electronic and conventional cigarettes is associated with higher cardiovascular risk factors in Korean men. *Scientific reports*, *10*(1), 5612. https://doi.org/10.1038/s41598-020-62545-3

[31] Moeis, F. R., Hartono, R. K., Nurhasana, R., Satrya, A., & Dartanto, T. (2024). Relieving or aggravating the burden: Non-communicable diseases of dual users of electronic and conventional cigarette in Indonesia. *Tobacco induced diseases*, 22, 10.18332/tid/175755. https://doi.org/10.18332/tid/175755

[32] U.S. Department of Health and Human Services. E-cigarette use among youth and young adults. a report of the surgeon general, 2016. Available: https://e-cigarettes.surgeongeneral.gov/documents/2016_SGR_Full_Report_non-508.pdf

[33] Mina W. Tehrani, Matthew N. Newmeyer, Ana M. Rule, and Carsten Prasse. Characterizing the Chemical Landscape in Commercial E-Cigarette Liquids and Aerosols by Liquid Chromatography–High-Resolution Mass Spectrometry. *Chemical Research in Toxicology* 2021 34 (10), 2216-2226. DOI: 10.1021/acs.chemrestox.1c00253

[34] Erythropel HC, Davis LM, de Winter TM, et al. Flavorant-Solvent Reaction Products and Menthol in JUUL E-Cigarettes and Aerosol. *Am J Prev Med*. 2019;57(3):425-427. doi:10.1016/j.amepre.2019.04.004

[35] Olmedo P, Goessler W, Tanda S, et al. Metal concentrations in e-cigarette liquid and aerosol samples: the contribution of metallic coils. Environ Health Perspect 2018;126:027010.

[36] Fowles, J., Barreau, T., & Wu, N. (2020). Cancer and Non-Cancer Risk Concerns from Metals in Electronic Cigarette Liquids and Aerosols. *International journal of environmental research and public health*, *17*(6), 2146. https://doi.org/10.3390/ijerph17062146

[37] Zhao, D., Aravindakshan, A., Hilpert, M., Olmedo, P., Rule, A. M., Navas-Acien, A., & Aherrera, A. (2020). Metal/Metalloid Levels in Electronic Cigarette Liquids, Aerosols, and Human Biosamples: A Systematic Review. *Environmental health perspectives*, *128*(3), 36001. https://doi.org/10.1289/EHP5686

[38] Zhao, D., Navas-Acien, A., Ilievski, V., Slavkovich, V., Olmedo, P., Adria-Mora, B., Domingo-Relloso, A., Aherrera, A., Kleiman, N. J., Rule, A. M., & Hilpert, M. (2019). Metal concentrations in electronic cigarette aerosol: Effect of open-system and closed-system devices and power settings. *Environmental research*, *174*, 125–134. https://doi.org/10.1016/j.envres.2019.04.003

[39] Williams, M., Luo, W., McWhirter, K., Ikegbu, O., & Talbot, P. (2022). Chemical Elements, Flavor Chemicals, and Nicotine in Unused and Used Electronic Cigarettes Aged 5-10 Years and Effects of pH. *International journal of environmental research and public health*, *19*(24), 16931. https://doi.org/10.3390/ijerph192416931

[40] Zhao, D., Ilievski, V., Slavkovich, V., Olmedo, P., Domingo-Relloso, A., Rule, A. M., Kleiman, N. J., Navas-Acien, A., & Hilpert, M. (2022). Effects of e-liquid flavor, nicotine content, and puff duration on metal emissions from electronic cigarettes. *Environmental research*, *204*(Pt C), 112270. https://doi.org/10.1016/j.envres.2021.112270

[41] Xie W, Kathuria H, Galiatsatos P, et al. Association of Electronic Cigarette Use With Incident Respiratory Conditions Among US Adults From 2013 to 2018. *JAMA Netw Open.* 2020;3(11):e2020816. doi:10.1001/jamanetworkopen.2020.20816

[42] Bhatta DN, Glantz SA. Association of E-Cigarette Use With Respiratory Disease Among Adults: A Longitudinal Analysis. *Am J Prev Med*. 2020;58(2):182-190. doi:10.1016/j.amepre.2019.07.028

[43] Tackett AP, Urman R, Barrington-Trimis J, et al. Prospective study of e-cigarette use and respiratory symptoms in adolescents and young adults [published online ahead of print, 2023 Aug 15]. *Thorax*. 2023;thoraxjnl-2022-218670. doi:10.1136/thorax-2022-218670

[44] Skotsimara G, Antonopoulos AS, Oikonomou E, et al. Cardiovascular effects of electronic cigarettes: A systematic review and meta-analysis. Eur J Prev Cardiol. Jul 2019;26(11):1219-1228. doi:10.1177/2047487319832975

[45] Yang I, Sandeep S, Rodriguez J. The oral health impact of electronic cigarette use: a systematic review. Crit Rev Toxicol. 2020 Feb;50(2):97-127. doi: 10.1080/10408444.2020.1713726. Epub 2020 Feb 11. Erratum in: Crit Rev Toxicol. 2020 Apr 14;:1. PMID: 32043402.

[46] Reidel B, Radicioni G, Clapp PW, et al. E-Cigarette Use Causes a Unique Innate Immune Response in the Lung, Involving Increased Neutrophilic Activation and Altered Mucin Secretion. *Am J Respir Crit Care Med*. 2018;197(4):492-501. doi:10.1164/rccm.201708-1590OC

[47] Ghosh A, Coakley RC, Mascenik T, et al. Chronic E-Cigarette Exposure Alters the Human Bronchial Epithelial Proteome. *Am J Respir Crit Care Med*. 2018;198(1):67-76. doi:10.1164/rccm.201710-2033OC

[48] Chaumont M, de Becker B, Zaher W, et al. Differential Effects of E-Cigarette on Microvascular Endothelial Function, Arterial Stiffness and Oxidative Stress: A Randomized Crossover Trial. *Sci Rep*. 2018;8(1):10378. Published 2018 Jul 10. doi:10.1038/s41598-018-28723-0

[49] Mahapatra SK, Bhattacharjee S, Chakraborty SP, Majumdar S, Roy S. Alteration of immune functions and Th1/Th2 cytokine balance in nicotine-induced murine macrophages: immunomodulatory role of eugenol and N-acetylcysteine. Int Immunopharmacol 2011;11(4): 485-495.

[50] Sussan TE, Gajghate S, Thimmulappa RK, et al. Exposure to electronic cigarettes impairs pulmonary anti-bacterial and anti-viral defenses in a mouse model. PLoS One. 2015;10(2):e0116861.

[51] Hwang JH, Lyes M, Sladewski K, et al. Electronic cigarette inhalation alters innate immunity and airway cytokines while increasing the virulence of colonizing bacteria. J Mol Med (Berl) 2016;94(6): 667-679.

[52] Noël A, Ghosh A. Carbonyl Profiles of Electronic Nicotine Delivery System (ENDS) Aerosols Reflect Both the Chemical Composition and the Numbers of E-Liquid Ingredients-Focus on the *In Vitro* Toxicity of Strawberry and Vanilla Flavors. *Int J Environ Res Public Health*. 2022;19(24):16774. Published 2022 Dec 14. doi:10.3390/ijerph192416774

[53] Kuehl PJ, McDonald JD, Weber DT, Khlystov A, Nystoriak MA, Conklin DJ. Composition of aerosols from thermal degradation of flavors used in ENDS and tobacco products. *Inhal Toxicol*. 2022;34(11-12):319-328. doi:10.1080/08958378.2022.2103602

[54] Kapiamba KF, Hao W, Adom S, Liu W, Huang YW, Wang Y. Examining Metal Contents in Primary and Secondhand Aerosols Released by Electronic Cigarettes. *Chem Res Toxicol*. 2022;35(6):954-962. doi:10.1021/acs.chemrestox.1c00411

[55] Winnicka, L., Shenoy, M.A. EVALI and the Pulmonary Toxicity of Electronic Cigarettes: A Review. *J GEN INTERN MED* **35,** 2130–2135 (2020). https://doi.org/10.1007/s11606-020-05813-2

[56] Ghinai I, Navon L, Gunn JK, et al. Characteristics of Persons Who Report Using Only Nicotine-Containing Products Among Interviewed Patients with E-cigarette, or Vaping, Product Use–Associated Lung Injury — Illinois, August–December 2019. MMWR Morb Mortal Wkly Rep 2020;69:84–89. DOI: http://dx.doi.org/10.15585/mmwr.mm6903e1