```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
CITY OF NEW YORK,                                                 :
:
                       Plaintiff,  :  1:24-cv-5161-GHW
:
           -v-                                 :  ORDER REFERRING CASE
:  TO MAGISTRATE JUDGE
ENVIROMD GROUP LLC, *et al.*,                                     :
:
                    Defendants.  :
:
----------------------------------------------------------------- X

The above entitled action is referred to a United States magistrate judge for the following purpose:

__X__ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific non-dispositive motion/dispute: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement

____ Inquest after default/damages hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)

     Purpose: _____

____ Habeas corpus

____ Social Security

____ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

     Specific motion: _____

     All such motions: ____

SO ORDERED.

Dated: July 9, 2024
      New York, New York

                                                        _____
                                                         GREGORY H. WOODS
                                                     United States District Judge