UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE CITY OF NEW YORK,

        Plaintiff,

v.

ENVIROMD GROUP LLC, *et al.*,

        Defendants.

1:24-cv-5161-GHW

---

## DECLARATION OF FILING OF NOTICE OF REMOVAL

I, Ryan D. Callinan, declare that on July 8, 2024, a true and correct copy of Defendants Vape More Inc. a/k/a More LLC and Vape Plus Distribution Corp. a/k/a G&A Distribution's Notice of Filing of Notice of Removal was filed with the Clerk of the Supreme Court of the State of New York, New York County. A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit A.

Dated: New York, New York
       July 10, 2024

**THOMPSON HINE LLP**

<u>/s/ Ryan D. Callinan</u>
Ryan D. Callinan
Eric N. Heyer
Joseph A. Smith
Krupa A. Patel
1919 M Street, N.W., Suite 700
Washington, DC 20036
Phone: 202.331.8800
Fax: 202.331.8330
Ryan.Callinan@ThompsonHine.com
Eric.Heyer@ThompsonHine.com
Joe.Smith@ThompsonHine.com
Krupa.Patel@ThompsonHine.com

*Counsel for Defendants Vape More Inc. and Vape Plus Distribution Corp.*