UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
THE CITY OF NEW YORK,

        Plaintiff,

  v.

ENVIROMD GROUP LLC, *et al.*,,

        Defendants.

---------------------------------------------------------------- X

Case No.  1:24-cv-05161-GHW-JW

**JOINT STIPULATION AND ORDER EXTENDING TIME TO ANSWER COMPLAINT**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties that the time for Defendants Vape Plus Distribution Corp. a/k/a G&A Distribution and Vape More Inc. a/k/a More LLC, to respond to Plaintiff's Complaint in this action is hereby extended to and including July 26, 2024.

    No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve any and all defenses.

    There have been no previous requests for extension of time while the case has been pending in this Court. There have been two agreements to extend the response date while this case was pending in the Supreme Court of New York, New York County.

Dated:    New York, New York
              July 22, 2024

**MURIEL GOODE-TRUFANT**

Acting Corporation Counsel of the
   City of New York
100 Church Street, Room 20-99
New York, NY 10007
(212) 356-2032

By: */s/ Aatif Iqbal*
Aatif Iqbal
Eric Proshansky
Elizabeth Slater
Alexandra Jung

Assistant Corporation Counsels

*Counsel for Plaintiff the City of New York*

**THOMPSON HINE LLP**

By: */s/ Ryan D. Callinan*
Ryan Callinan
Eric N. Heyer (pending *pro hac vice*)
Joseph A. Smith (pending *pro hac vice*)
Krupa A. Patel
1919 M Street, N.W., Suite 700
Washington, DC 20036
Phone: 202.331.8800
Fax: 202.331.8330
Ryan.Callinan@ThompsonHine.com
Eric.Heyer@ThompsonHine.com
Joe.Smith@ThompsonHine.com
Krupa.Patel@ThompsonHine.com

*Counsel for Defendants Vape More Inc. and Vape Plus Distribution Corp.*

 

SO ORDERED:

*Jennifer E. Willis*
Hon. Jennifer E. Willis
United States Magistrate Judge
July 23, 2024