# THE LINDEN LAW GROUP, P.C.
**250 Park Avenue, 7th Floor**
**New York, New York 10177**
**(212) 655-9536**

---

July 26, 2024

**Via ECF**

Hon. Gregory H. Woods
U.S.D.C. Southern District of New York
500 Pearl Street
New York, NY 10007-1312

        Re:    City of New York v. EnviroMD Group LLC et al
               *Civil Action No: 24-cv-05161 (GHW)*

Dear Judge Woods :

    This firm is counsel to Defendant KAYLA WHOLESALE, INC. d/b/a The Vapery in the above-referenced matter.

    This case was recently removed from the New York County Supreme Court by Defendants Vape More Inc. a/k/a More LLC and Vape Plus Distribution Corp. a/k/a G&A Distribution and is pending before Your Honor.

    We write to inform the Court that KAYLA WHOLESALE, INC. consents to the removal of this action from New York County Supreme Court.

    Thanking the Court for its consideration.

                                   Very truly yours,

                                   *Jeffrey Benjamin*
                                   Jeffrey Benjamin, Esq.