

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **Alexandra Jung**<br>Assistant Corporation Counsel<br>212.356.2299<br>aljung@law.nyc.gov |

July 26, 2024

**By ECF**
The Hon. Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: ***The City of New York v. EnviroMD Group LLC, et al.*, Case No. 24-5161**

Dear Judge Willis:

      This Office represents Plaintiff the City of New York (the "City") in the above-referenced matter.

      The City respectfully requests that the Court schedule an initial pretrial conference pursuant to Federal Rule of Civil Procedure 16 for the purpose of entering a scheduling order regarding motion practice and discovery. If the Court prefers, the parties can in advance negotiate a scheduling order to then present for the Court's consideration.

      Thank you for your attention to this matter.

      Respectfully submitted,

      /s/ Alexandra Jung

      Alexandra Jung
      Assistant Corporation Counsel