```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
CITY OF NEW YORK,                                                  :
                                                                   :
                              Plaintiff,                           :    1:24-cv-5161-GHW-JW
                                                                   :
                -v-                                                :    ORDER
                                                                   :
ENVIROMD GROUP LLC, *et al.*,                                      :
                                                                   :
                              Defendants.                          :
                                                                   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

This matter has been referred the Magistrate Judge Jennifer E. Willis for general pretrial matters, but not dispositive motions.  *See* Dkt. No. 5.

On July 26, 2024, Defendants EnviroMD Group LLC, GT Imports, KLCC Wholesale Inc., RZ Smoke Inc., and Urban Smoke Distributors filed a motion to dismiss.  Dkt. No. 30; *see also* Dkt. No. 30-1 (supporting memorandum of law).  Later that day, Defendants Vape More Inc. and Vape Plus Distribution Corp. filed a separate motion to dismiss.  Dkt. No. 31.[1]

In the July 9, 2024 docket entry titled "CASE OPENING INITIAL ASSIGNMENT NOTICE," the parties were instructed to download and review the individual practices of the assigned District Judge.  Pursuant to the Court's Individual Rule 2(E), pre-motion submissions are required for motions to dismiss.  Neither group of Defendants filed a pre-motion submission before filing the motions to dismiss at Dkt. Nos. 30 and 31.

Accordingly, both motions to dismiss are denied without prejudice.  If any Defendant wishes to renew their motion at a later date, Defendants are directed to do so in compliance with the

---

[1] The second motion to dismiss is not accompanied by a memorandum of law or any other supporting materials, though the text of the notice of motion previews an "accompanying Memorandum of Law and Declaration of Ryan D. Callinan and exhibit thereto . . . ."  Dkt. No. 31.

Court's Individual Rule 2(E).

Plaintiff is directed to serve a copy of this order on all defendants who have not appeared in this action and to retain proof of service.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 30 and 31.

SO ORDERED.

Dated: July 29, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge