**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE CITY OF NEW YORK,                                    Case No. 1-24-cv-05161(GHW)(JW)

                                        Plaintiff,

        -against-

ENVIROMD GROUP LLC *et al.*,

                                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     **PLEASE TAKE NOTICE**, that upon the annexed Memorandum in Support, dated August 15, 2024[1], the exhibits and affidavits annexed hereto, and upon all the pleadings and proceedings heretofore had herein, Defendants EnviroMD Group LLC, KLCC Wholesale Inc., RZ Smoke Inc., Urban Smoke Distributors, and GT Imports (collectively, the "Moving Defendants"), will and hereby move this Court, located at 500 Pearl Street, Room 2260, New York NY 10007, for dismissal of Plaintiff's claims contained in its Amended Complaint for violation of the Prevent All Cigarette Trafficking Act (the "PACT Act," 15 U.S.C. § 375 *et seq.*), violation of N.Y. Public Health Law § 1399-*ll*, violation of N.Y.C. Administrative Code § 17-715(b)(1), and "public nuisance," and for such other and further relief as this Court deems just and proper.

     The Moving Defendants seek dismissal of Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. This motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Law, the pleadings filed in this

---

[1] This Court ordered that Defendants submit their Motions to Dismiss on or before August 16, 2024 [ECF 53].

action including the Amended Complaint and the Complaint, and such other arguments as may be

offered at the time of the hearing on this motion.


Dated: August 15, 2024
      New York, New York

               By: */s/ Meredith Lloyd*
                  Erik Dykema, Esq.
                  Meredith Lloyd, Esq. (*pro hac vice*)
                  Bochner PLLC
                  1040 Avenue of the Americas, 15th Floor
                  New York, New York 10018
                  erik@bochner.law
                  meredith@bochner.law
                  (646) 971-0685

                  *Counsel for Defendants EnviroMD Group*
                  *LLC, KLCC Wholesale Inc., RZ Smoke Inc.,*
                  *Urban Smoke Distributors, and GT Imports*