# Exhibit A



**EnviroMD Group LLC**

**$21,674.51**

## INVOICE

BILL TO
Star Vape Corp.
Star Vape Corp.
283 67th Street
Brooklyn, New York  11220
United States

| | INVOICE | 742 |
|---|---|---|
| | DATE | 02/13/2023 |
| | TERMS | Due on receipt |
| | DUE DATE | 02/13/2023 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| FUME RECHARGE 5000 APPLE WATERMELON (AW) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 BLACK ICE (BI) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 BLUE RAZZ (BR) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 BLUEBERRY MINT (BM) Box of 10 | 13 | 72.25 | 939.25 |
| FUME RECHARGE 5000 JASMINE TEA (JT) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 LEMON MINT (LM) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 LUSH ICE (LI) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 ORANGE SODA (OS) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 PASSION FRUIT MANGO (PFM) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 PASSION FRUIT PEACH (PFP) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 PEACH BANANA (PB) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 PEACH STRAWBERRY (PS) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 PEACH WATERMELON (PW) Box of 10 | 13 | 72.52 | 942.76 |
| FUME RECHARGE 5000 PINA COLADA (PC) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 PINA COLADA GUAVA (PCG) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 PINA COLADA STRAWBERRY (PCS) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 SOUR APPLE (SA) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 STRAWBERRY BANANA (SB) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 STRAWBERRY KIWI (SK) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 STRAWBERRY WATERMELON (SW) Box of 10 | 13 | 72.50 | 942.50 |
| FUME RECHARGE 5000 WATERMELON BLUEBERRY (WB) | 13 | 72.50 | 942.5 |
| FUME RECHARGE 5000 WATERMELON STRAWBERRY (WS) Box of 10 | 13 | 72.50 | 942.5 |
| FUME RECHARGE 5000 ICE MINT (IM) | 13 | 72.50 | 942. |



**EnviroMD Group LLC**
1222 Avenue M
Brooklyn, NY 11230 US
ari@enviromdgroup.com

## Packing Slip

**BILL TO**
Legend Distro
Legend Distro
1584 86th street
Brooklyn, New York 11228
United States

*Handwritten notes:* Recieved By / $ date suicide / 4/4/23 / 5 Extra / 7½ Ultra (2 cases) / 1 w 4H Infinity / 1½ Recharge

**INVOICE #** 827
**DATE** 04/04/2023

| DESCRIPTION | | QTY |
|---|---|---|
| FUME EXTRA Black Ice (BLKI) | Box of 10 | 40 |
| FUME EXTRA Clear (CR) | Box of 10 | 40 |
| FUME EXTRA Lush Ice (LI) | Box of 10 | 40 |
| FUME EXTRA Ice Mint (IM) | Box of 10 | 40 |
| FUME EXTRA Peach Ice (PHI) | Box of 10 | 40 |
| FUME ULTRA Black Ice (BLKI) | Box of 10 | 30 |
| FUME ULTRA Blueberry Mint (BYM) | Box of 10 | 30 |
| FUME ULTRA Ice Mint (IM) | Box of 10 | 60 |
| FUME ULTRA Lush Ice (LI) | Box of 10 | 30 |
| FUME ULTRA Peach Ice (PHI) | Box of 10 | 30 |
| FUME ULTRA Strawberry (ST) | Box of 10 | 15 |
| FUME ULTRA Strawberry Watermelon (SW) | Box of 10 | 30 |
| FUME INFINITY Black Ice (BLKI) | Box of 5 | 30 |
| FUME INFINITY Blueberry Mint (BYM) | Box of 5 | 30 |
| FUME INFINITY Ice Mint (IM) | Box of 5 | 60 |
| FUME INFINITY Lush Ice (LI) | Box of 5 | 30 |
| FUME INFINITY Peach Ice (PHI) | Box of 5 | 30 |
| FUME INFINITY Strawberry Watermelon (SW) | Box of 5 | 30 |
| FUME RECHARGE 5000 ICE MINT (IM) | Box of 10 | 30 |
| FUME RECHARGE 5000 PEACH | Box of 10 | 15 |





# EnviroMD Group LLC



## INVOICE

Star Vape Corp.
Star Vape Corp.
283 67th Street
Brooklyn, New York  11220
United States

INVOICE: 992
DATE: 06/15/2023
TERMS: Due on receipt
DUE DATE: 06/15/2023

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| FUME EXTRA Lush Ice (LI) | Box of 10 | 0 | 50.00 | 0.00 |
| FUME EXTRA Peach Ice (PHI) | Box of 10 | 80 | 50.00 | 4,000.00 |
| FUME EXTRA Strawberry Watermelon (SW) | Box of 10 | 80 | 50.00 | 4,000.00 |
| FUME ULTRA Blueberry Mint (BYM) | Box of 10 | 15 | 60.00 | 900.00 |
| FUME ULTRA Double Apple (DA) | Box of 10 | 15 | 60.00 | 900.00 |
| FUME ULTRA Grape (GI) | Box of 10 | 30 | 60.00 | 1,800.00 |
| FUME ULTRA Purple Rain (PR) | Box of 10 | 15 | 60.00 | 900.00 |
| FUME INFINITY Blueberry Mint (BYM) | Box of 5 | 0 | 41.00 | 0.00 |

BALANCE DUE  $12,500.00

THANK YOU FOR YOUR BUSINESS!!
ALL SALES ARE FINAL. NO REFUNDS OR EXCHANGES.

EnviroMD Group LLC

# INVOICE

**BILL TO**
Star Vape Corp.
Star Vape Corp.
283 67th Street
Brooklyn, New York  11220
United States

| INVOICE | 1016 |
| DATE | 06/22/2023 |
| TERMS | Due on receipt |
| DUE DATE | 06/22/2023 |

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| FUME EXTRA Blueberry Mint (BYM) | Box of 10 | 40 | 50.00 | 2,000.00 |
| FUME EXTRA Double Apple (DA) | Box of 10 | 0 | 50.00  -80 | 0.00 |
| FUME EXTRA Fresh Lychee (FL) | Box of 10 | 40 | 50.00 | 2,000.00 |
| FUME EXTRA Lush Ice (LI) | Box of 10 | 0 | 50.00 | 0.00 |
| FUME EXTRA Strawberry (ST) | Box of 10 | 40 | 50.00  -80 | 2,000.00 |
| FUME EXTRA Strawberry Watermelon (SW) | Box of 10 | 40 | 50.00 | 2,000.00 |
| FUME ULTRA Lush Ice (LI) | Box of 10 | 60 | 60.00 | 3,600.00 |
| FUME INFINITY Cuban Tobacco (CT) | Box of 5 | 0 | 41.00 | 0.00 |
| FUME INFINITY Ice Mint (IM) | Box of 5 | 180 | 41.00  -180 | 7,380.00 |

BALANCE DUE  **$18,980.00**

THANK YOU FOR YOUR BUSINESS!!
ALL SALES ARE FINAL. NO REFUNDS OR EXCHANGES.





**EnviroMD Group LLC**

## INVOICE

Star Vape Corp.
Star Vape Corp.
283 67th Street
Brooklyn, New York 11220
United States

| | INVOICE | 1019 |
| --- | --- | --- |
| | DATE | 06/27/2023 |
| | TERMS | Due on receipt |
| | DUE DATE | 06/27/2023 |

| DESCRIPTION | | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| MYLE Meta Box Iced Mint | Box of 10 | 60 | 63.00 | 3,780.00 |
| MYLE Meta Box Red Apple | Box of 10 | 40 | 63.00 | 2,520.00 |
| MYLE Meta Box Lush Ice | Box of 10 | 20 | 63.00 | 1,260.00 |
| MYLE Meta Box White Grape | Box of 10 | 20 | 63.00 | 1,260.00 |
| MYLE Meta Box Georgia Peach | Box of 10 | 20 | 63.00 | 1,260.00 |
| MYLE Meta Bar Red Apple | Box of 10 | 60 | 53.00 | 3,180.00 |
| MYLE Meta Bar Iced Mint | Box of 10 | 60 | 53.00 | 3,180.00 |
| MYLE Meta Bar White Grape Ice | Box of 10 | 20 | 53.00 | 1,060.00 |
| MYLE Meta Box Georgia Peach | Box of 10 | 20 | 53.00 | 1,060.00 |

THANK YOU FOR YOUR BUSINESS!!
ALL SALES ARE FINAL NO REFUNDS OR EXCHANGES

**BALANCE DUE** $18,560.00

**EnviroMD Group LLC**
1222 Avenue M
Brooklyn, NY 11230 US
ari@enviromdgroup.com

## Packing Slip

16 Cases
※
Received By 6/27/23

8 Box
8 Bar

**BILL TO**
Star Vape Corp.
Star Vape Corp.
283 67th Street
Brooklyn, New York 11220
United States

**INVOICE #** 1019
**DATE** 06/27/2023

16 Cases

| DESCRIPTION | | QTY |
|---|---|---|
| MYLE Meta Box Iced Mint | Box of 10 ✓✓✓ | 60 |
| MYLE Meta Box Red Apple | Box of 10 ✓✓ | 40 |
| MYLE Meta Box Lush Ice | Box of 10 ✓ | 20 |
| MYLE Meta Box White Grape | Box of 10 ✓ | 20 |
| MYLE Meta Box Georgia Peach | Box of 10 ✓ | 20 |
| MYLE Meta Bar Red Apple | Box of 10 ✓✓✓ | 60 |
| MYLE Meta Bar Iced Mint | Box of 10 ✓✓✓ | 60 |
| MYLE Meta Bar White Grape Ice | Box of 10 ✓ | 20 |
| MYLE Meta Box Georgia Peach | Box of 10 ✓ | 20 |

**EnviroMD Group LLC**  
1222 Avenue M  
Brooklyn, NY 11230 US  
ari@enviromdgroup.com

## Packing Slip

INVOICE # 1019  
DATE 06/27/2023

**BILL TO**  
Star Vape Corp.  
Star Vape Corp.  
283 67th Street  
Brooklyn, New York 11220  
United States

| | DESCRIPTION | QTY |
|---|---|---|
| MYLE Meta Box Iced Mint | Box of 10 | 60 |
| MYLE Meta Box Red Apple | Box of 10 | 40 |
| MYLE Meta Box Lush Ice | Box of 10 | 20 |
| MYLE Meta Box White Grape | Box of 10 | 20 |
| MYLE Meta Box Georgia Peach | Box of 10 | 20 |
| MYLE Meta Bar Red Apple | Box of 10 | 60 |
| MYLE Meta Bar Iced Mint | Box of 10 | 60 |
| MYLE Meta Bar White Grape Ice | Box of 10 | 20 |
| MYLE Meta Box Georgia Peach | Box of 10 | 20 |

EnviroMD Group LLC

## INVOICE

BILL TO
Star Vape Corp.
Star Vape Corp.
283 67th Street
Brooklyn, New York 11220
United States

INVOICE: 1018
DATE: 06/27/2023
TERMS: Due on receipt
DUE DATE: 06/27/2023

| DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| FUME EXTRA Gummy Bear (GB) | Box of 10 | 40 | 50.00 | 2,000.00 |
| FUME EXTRA Double Apple (DA) | Box of 10 | 40 | 50.00 | 2,000.00 |
| FUME EXTRA Banana Ice (BI) | Box of 10 | 40 | 50.00 | 2,000.00 |
| FUME EXTRA Mango (MG) | Box of 10 | 40 | 50.00 | 2,000.00 |
| FUME EXTRA Blue Razz (BR) | Box of 10 | 40 | 50.00 | 2,000.00 |
| FUME EXTRA Pineapple Ice (PI) | Box of 10 | 40 | 50.00 | 2,000.00 |
| FUME EXTRA Lush Ice (LI) | Box of 10 | 0 | 50.00 | 0.00 |
| FUME EXTRA Cuban Tobacco (CT) | Box of 10 | 40 | 50.00 | 2,000.00 |
| FUME ULTRA Banana Ice (BI) | Box of 10 | 0 | 60.00 | 0.00 |
| FUME ULTRA Mango (MG) | Box of 10 | 30 | 60.00 | 1,800.00 |
| FUME ULTRA Pina Colada (PC) | Box of 10 | 30 | 60.00 | 1,800.00 |
| FUME ULTRA Tangerine Ice (TI) | Box of 10 | 15 | 60.00 | 900.00 |
| FUME ULTRA Fresh Lychee (FL) | Box of 10 | 15 | 60.00 | 900.00 |
| FUME ULTRA Blue Razz (BR) | Box of 10 | 15 | 60.00 | 900.00 |
| FUME INFINITY Coffee Tobacco (CTO) | Box of 5 | 60 | 41.00 | 2,460.00 |
| FUME INFINITY Blueberry Mint (BYM) | Box of 5 | 60 | 41.00 | 2,460.00 |
| FUME INFINITY Black Ice (BLKI) | Box of 5 | 60 | 41.00 | 2,460.00 |