# Exhibit D

**G T IMPORT & WHOLESALE INC**

23 West Mall

Plainview, NY  11803 US

6313558524

gtimportwholesale@gmail.com

www.gtimportswholesale.com



# INVOICE

**BILL TO**

Star Vape Corp

283 67th st Brooklyn, Ny

11220

**INVOICE #** ws_20186

**DATE** 03/11/2023

**DUE DATE** 04/10/2023

**TERMS** Net 30

| PRODUCT | DESCRIPTION | SKU | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| Disposables:HQD:Cuvie Plus Disposable Vape 1200pf 6pk:Ice Mint | 5% Nicotine / 50mg | GT2621 | 40 | 36.00 | 1,440.00 |
| Disposables:HQD:Cuvie Plus Disposable Vape 1200pf 6pk:Sky Mint | Sky Mint | GT3877 | 40 | 36.00 | 1,440.00 |
| Disposables:HQD:Cuvie Plus Disposable Vape 1200pf 6pk:Black Ice | 5% Nicotine / 50mg | GT1415 | 40 | 36.00 | 1,440.00 |
| Disposables:HQD:Cuvie Plus Disposable Vape 1200pf 6pk:Peach Ice | Peach Ice | GT1442 | 40 | 36.00 | 1,440.00 |
| Disposables:HQD:Cuvie Plus Disposable Vape 1200pf 6pk:Strawberry | Strawberry | GT1452 | 40 | 36.00 | 1,440.00 |
| Disposables:HQD:Cuvie Plus Disposable Vape 1200pf 6pk:Mango Ice | Mango Ice | GT1436 | 40 | 36.00 | 1,440.00 |
| Disposables:HQD:Cuvie Plus Disposable Vape 1200pf 6pk:Clear | 5% Nicotine / 50mg | GT3638 | 40 | 36.00 | 1,440.00 |
| Disposables:Air Bar:Diamond Disposable Vape 500pf 10pk:Cool Mint | 5% Nicotine / 50mg | GT1037 | 25 | 32.00 | 800.00 |

| Item | Code | Qty | Note | Rate | Amount |
|---|---|---|---|---|---|
| ...:Coconut ...50mg | | | | | |
| ables:Air ...Diamond Disposable ...pe 500pf 10pk:Berries Punch 5% Nicotine / 50mg | GT4995 | 40 | | 32.00 | 1,280.00 |
| Disposables:Air Bar:Diamond Disposable Vape 500pf 10pk:Strawberry Starfruit 5% Nicotine / 50mg | GT5001 | 40 | | 32.00 | 1,280.00 |
| Disposables:Air Bar:Diamond Disposable Vape 500pf 10pk:Blue Razz Ice 5% Nicotine / 50mg | GT4996 | 40 | | 32.00 | 1,280.00 |
| Disposables:Air Bar:Diamond Disposable Vape 500pf 10pk:Apple Cream 5% Nicotine / 50mg | GT3491 | 40 | Returned | 32.00 | 1,280.00 |
| Disposables:Air Bar:Diamond Disposable Vape 500pf 10pk:Strawberry banana 5% Nicotine / 50mg | GT1053 | 40 | | 32.00 | 1,280.00 |
| Disposables:Air Bar:Diamond Disposable Vape 500pf 10pk:Grape Ice 5% Nicotine / 50mg | GT1040 | 40 | | 32.00 | 1,280.00 |

SUBTOTAL  58,320.00
TAX  0.00
TOTAL  58,320.00

BALANCE DUE  **$58,320.00**

– 1,280
~~57,040~~
5×20 =100 ×2 = 200
– 200
~~56,840~~
– 560
– 1280
56,480

| Description | Code | Qty | Price | Total |
|---|---|---|---|---|
| Disposables:Lost Vape:Orion Bar 7500pf Rechargeable Disposable Vape 10pk:Lush Ice 5% Nicotine / 50mg | GT4619 | 20 | 65.00 | 1,300.00 |
| Disposables:Lost Vape:Orion Bar 7500pf Rechargeable Disposable Vape 10pk:Pineapple Ice 5% Nicotine / 50mg | GT4623 | 20 | 65.00 | 1,300.00 |
| Disposables:Lost Vape:Orion Bar Sparkling Edition 7500pf Rechargeable Disposable Vape 10pk:Blue Razz Honeydew 5% Nicotine / 50mg | GT4927 | 20 | 65.00 | 1,300.00 |
| Disposables:Lost Vape:Orion Bar Sparkling Edition 7500pf Rechargeable Disposable Vape 10pk:Double Apple Ice 5% Nicotine / 50mg | GT4929 | 20 | 65.00 | 1,300.00 |
| Disposables:Lost Vape:Orion Bar Sparkling Edition 7500pf Rechargeable Disposable Vape 10pk:Chicago Cocktail 5% Nicotine / 50mg | GT4928 | 20 | 65.00 | 1,300.00 |
| Disposables:Lost Vape:Orion Bar Sparkling Edition 7500pf Rechargeable Disposable Vape 10pk:Passion Fruit Pineapple 5% Nicotine / 50mg | GT4930 | 20 | 65.00 | 1,300.00 |
| Disposables:Lost Vape:Orion Bar Sparkling Edition 7500pf Rechargeable Disposable Vape 10pk:Black Currant Mixed Berry 5% Nicotine / 50mg | GT4926 | 20 | 65.00 | 1,300.00 |
| Disposables:Air Bar:Box Disposable Vape 3000pf 10pk:Cool Mint 5% Nicotine / 50mg | GT1007 | 60 | 63.00 | 3,780.00 |
| Disposables:Air Bar:Box Disposable Vape 3000pf 10pk:Miami Mint 5% Nicotine / 50mg | GT4990 | 20 | 63.00 | 1,260.00 |
| Disposables:Air Bar:Nex Disposable Vape 6500pf 10pk:Watermelon Ice | GT4348 | 20 | ~~65.00~~ | 1,300.00 |

160

| Item | Code | Qty | | Price | | Total |
|---|---|---|---|---|---|---|
| Disposables:Air Bar:Nex Disposable Vape 6500pf 10pk:Strawberry Kiwi 5% Nicotine / 50mg | GT4346 | 20 | | ~~65.00~~ 63 | | 1,300.00 |
| Disposables:Air Bar:Nex Disposable Vape 6500pf 10pk:Blackberry Ice 5% Nicotine / 50mg | GT4335 | 20 | 80 | ~~65.00~~ 63 | | 1,300.00 |
| Disposables:Air Bar:Nex Disposable Vape 6500pf 10pk:Cool Mint 5% Nicotine / 50mg | GT4339 | 20 | | ~~65.00~~ 63 | | 1,300.00 |
| Disposables:Air Bar:Nex Disposable Vape 6500pf 10pk:Miami Mint 5% Nicotine / 50mg | GT4343 | 20 | | ~~65.00~~ 63 | | 1,300.00 |
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Black Ice 5% Nicotine / 50mg | GT4436 | 20 | | 41.50 | | 830.00 |
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Blue Razz 5% Nicotine / 50mg | GT4437 | 20 | | 41.50 | | 830.00 |
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Miami Mint 5% Nicotine / 50mg | GT4438 | 10 | | 41.50 | | 415.00 |
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Grape Ice 5% Nicotine / 50mg | GT4329 | 20 | | 41.50 | | 830.00 |
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Watermelon Candy 5% Nicotine / 50mg | GT4333 | 20 | | 41.50 | | 830.00 |
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Rainbow Blast 5% Nicotine / 50mg | GT4440 | 20 | | 41.50 | | 830.00 |
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Strawberry Kiwi 5% Nicotine / 50mg | GT4332 | 40 | | 41.50 | | 1,660.00 |
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Clear 5% Nicotine / 50mg | GT4531 | 10 | | 41.50 | | 415.00 |
| Disposables:Air Bar:Diamond Disposable | GT3496 | 80 | | 32.00 | | 2,560.00 |

**G T IMPORT & WHOLESALE INC**

23 West Mall
Plainview, NY  11803 US
6313558524
gtimportwholesale@gmail.com
www.gtimportswholesale.com

# INVOICE

**BILL TO**
Star Vape Corp
283 67th st Brooklyn, Ny
11220

INVOICE # ws_20230
DATE 03/16/2023
DUE DATE 04/15/2023
TERMS Net 30

| PRODUCT | DESCRIPTION | SKU | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| Disposables:Myle:Mini:Tobacco Gold | Tobacco Gold | GT1932 | 80 | 65.00 | 5,200.00 |
| Disposables:Myle:Mini:Iced Quadberry | 5% Nicotine / 50mg | GT1922 | 60 | 65.00 | 3,900.00 |
| Disposables:Myle:Mini:Lemon Mint | MYLE MINI | GT1922 | 60 | 65.00 | 3,900.00 |
| Disposables:Myle:Mini:Iced Lychee | 5% Nicotine / 50mg | GT1920 | 60 | 65.00 | 3,900.00 |
| Disposables:Air Bar:Diamond Disposable Vape 500pf 10pk:Pineapple Ice | 5% Nicotine / 50mg | GT1046 | 80 | 32.00 | 2,560.00 |
| Disposables:Air Bar:Diamond Disposable Vape 500pf 10pk:Rainbow Candy | 5% Nicotine / 50mg | GT3492 | 40 | 32.00 | 1,280.00 |
| Disposables:Air Bar:Diamond Disposable Vape 500pf 10pk:Blueberry Kiwi Ice | 5% Nicotine / 50mg | GT1034 | 8 | 32.00 | 256.00 |
| Disposables:Air Bar:Diamond Disposable Vape 500pf 10pk:Strawberry Pineapple | 5% Nicotine / 50mg | GT3501 | 10 | 32.00 | 320.00 |
| Disposables:Air Bar:Diamond Disposable Vape 500pf 10pk:Watermelon Bombe | 5% Nicotine / 50mg | GT3498 | 22 | 32.00 | 704.00 |

| PRODUCT | DESCRIPTION | SKU | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| Disposables:Air Bar:Diamond Disposable Vape 500pf 10pk:Rainbow Candy | 5% Nicotine / 50mg | GT3492 | 1·5 40 | 32.00 | 1,280.00 |
| Disposables:Air Bar:Box Disposable Vape 3000pf 5pk:Blueberry Ice | 5% Nicotine / 50mg | GT2179 | 100 | 31.50 | 3,150.00 |
| Disposables:Air Bar:Box Disposable Vape 3000pf 5pk:Watermelon Ice | 5% Nicotine / 50mg | GT2196 | 40 | 31.50 | 1,260.00 |
| Disposables:Air Bar:Box Disposable Vape 3000pf 5pk:Grape Ice | 5% Nicotine / 50mg | GT2186 | 20 | 31.50 | 630.00 |

SUBTOTAL 17,200.00
TAX 0.00
TOTAL 17,200.00
BALANCE DUE **$17,200.00**

Box - 4 cases
Dimn - 1 full + 25 pcs
HQD - 7 cases

**G T IMPORT & WHOLESALE INC**

23 West Mall
Plainview, NY  11803 US
(631) 355-8524
gtimportwholesale@gmail.com
www.gtimportswholesale.com

# INVOICE

| | | |
|---|---|---|
| **SHIP TO** | **INVOICE** | ws_22576 |
| Star Vape Corp | **DATE** | 06/23/2023 |
| 283 67th st Brooklyn, Ny 11220 | | |

Star Vape Corp
283 67th st Brooklyn, Ny 11220

| PRODUCT | SKU | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Disposables:Lost Vape:Orion Bar 7500pf Rechargeable Disposable Vape 10pk:Peach Mango Watermelon 5% Nicotine / 50mg | GT4622 | 20 | 65.00 | 1,300.00 |
| Disposables:Lost Vape:Orion Bar 7500pf Rechargeable Disposable Vape 10pk:Blueberry Pie 5% Nicotine / 50mg | GT4918 | 20 | 65.00 | 1,300.00 |
| Disposables:Lost Vape:Orion Bar 7500pf Rechargeable Disposable Vape 10pk:Pink Lemonade 5% Nicotine / 50mg | GT4625 | 20 | 65.00 | 1,300.00 |
| Disposables:Lost Vape:Orion Bar 7500pf Rechargeable Disposable Vape 10pk:Grape Energy 5% Nicotine / 50mg | GT4618 | 20 | 65.00 | 1,300.00 |
| Disposables:Lost Vape:Orion Bar 7500pf Rechargeable Disposable Vape 10pk:Pineapple Lemonade 5% Nicotine / 50mg | GT4624 | 20 | 65.00 | 1,300.00 |
| Disposables:Lost Vape:Orion Bar 7500pf Rechargeable Disposable Vape 10pk:Blueberry Raspberry 5% Nicotine / 50mg | GT4617 | 20 | 65.00 | 1,300.00 |
| Disposables:Lost Vape:Orion Bar 7500pf | GT4616 | 20 | 65.00 | 1,300.00 |

*Handwritten annotations: 180, 190*

# INVOICE

| BILL TO | SHIP TO | INVOICE DATE | 567013842-26 08/01/2023 |
|---|---|---|---|
| Star Vape Corp<br>283 67th st Brooklyn, Ny 11220 | Star Vape Corp<br>283 67th st Brooklyn, Ny 11220 | | |

| PRODUCT | SKU | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Cool Mint 5% Nicotine / 50mg | GT4328 | 60 | 42.00 | 2,520.00 |
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Grape Ice 5% Nicotine / 50mg | GT4329 | 20 | 42.00 | 840.00 |
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Watermelon Ice 5% Nicotine / 50mg | GT4334 | 20 | 42.00 | 840.00 |
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Watermelon Candy 5% Nicotine / 50mg | GT4333 | 20 | 42.00 | 840.00 |
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Blue Razz 5% Nicotine / 50mg | GT4437 | 20 | 42.00 | 840.00 |
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Mixed Berries 5% Nicotine / 50mg | GT4330 | 20 | 42.00 | 840.00 |
| Disposables:Air Bar:Mini Disposable Vape 2000pf 10pk:Strawberry Kiwi 5% Nicotine / 50mg | GT4332 | 20 | 42.00 | 840.00 |
| Disposables:Air Bar:Nex Disposable Vape 6500pf 10pk:Clear 5% 5% Nicotine / 50mg | GT4340 | 40 | 63.00 | 2,520.00 |
| Disposables:Air Bar:Nex Disposable Vape 6500pf 10pk:Pineapple Coconut 5% Nicotine / 50mg | GT4344 | 20 | 63.00 | 1,260.00 |
| Disposables:Air Bar:Nex Disposable Vape 6500pf 10pk:Strawberry Kiwi 5% Nicotine / 50mg | GT4346 | 20 | 63.00 | 1,260.00 |
| Disposables:Air Bar:Nex Disposable Vape 6500pf 10pk:Strawberry Mango 5% Nicotine / 50mg | GT4347 | 20 | 63.00 | 1,260.00 |
| Disposables:Air Bar:Nex Disposable Vape 6500pf 10pk:Grape Ice 5% Nicotine / 50mg | GT4341 | 10 | 63.00 | 630.00 |
| Disposables:Air Bar:Nex Disposable Vape 6500pf 10pk:Virginia Tobacco 5% Nicotine / 50mg | GT6014 | 20 | 63.00 | 1,260.00 |
| Disposables:Air Bar:Nex Disposable Vape 6500pf 10pk:Strawberry Pina Colada 5% Nicotine / 50mg | GT6012 | 20 | 63.00 | 1,260.00 |
| Disposables:Air Bar:Nex Disposable Vape 6500pf 10pk:Strawberry Yogurt 5% Nicotine / 50mg | GT6013 | 20 | 63.00 | 1,260.00 |
| Disposables:Air Bar:Nex Disposable Vape 6500pf 10pk:Cool Mint | GT4339 | 20 | 63.00 | 1,260.00 |