# Exhibit E

**Kayla Wholesale Incorporated**
366 N Broadway
Jericho, NY 11753 US
kayla.m.franks@gmail.com



# INVOICE

**BILL TO**
Star vape Corp

INVOICE # 7732
DATE 08/17/2020
DUE DATE 09/16/2020
TERMS Net 30

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| STIG LUSH ICE 10 PACK | | 100 | 105.00 | 10,500.00 |
| STIG Mango Bomb | | 40 | 105.00 | 4,200.00 |
| STIG MANGO | | 40 | 105.00 | 4,200.00 |
| Stig Dry Tobacco | | 8 | 105.00 | 840.00 |

BALANCE DUE  $19,740.00

− 9,232 −

$10,508

*...d Vape*

**K Wholesale**
Sunset Park
Brooklyn, NY 11232 US
Kaylavapewholesale@gmail.com



# INVOICE

**BILL TO**
Star vape Corp

INVOICE # 7825
DATE 08/27/2020
DUE DATE 09/26/2020
TERMS Net 30

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Rush 10ml | | 2,700 | 2.25 | 6,075.00 |
| Super Rush 10 ml | | 432 | 2.25 | 972.00 |
| Gold Rush 10 ml | | 288 | 2.25 | 648.00 |
| Black Rush 10 ml | | 288 | 2.25 | 648.00 |



**BALANCE DUE**                **$8,343.00**



*Inv*

**K Wholesale**
Sunset Park
Brooklyn, NY 11232 US
Kaylavapewholesale@gmail.com



## INVOICE

**BILL TO**
Star vape Corp

INVOICE # 7931
DATE 09/10/2020
DUE DATE 10/10/2020
TERMS Net 30

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| STIG LUSH ICE 10 PACK | | 60 | 105.00 | 6,300.00 |
| STIG MANGO | | 40 | 105.00 | 4,200.00 |

BALANCE DUE      $10,500.00

*[handwritten notes:]*
3858   Inv# 20782
484    In # 2087-
8309
                  1843

Kay 1655

*Vape*

**Kayla Wholesale Inc**
Sunset Park
Brooklyn, NY 11232 US
Kaylavapewholesale@gmail.com



# INVOICE

**BILL TO**
Star vape Corp

**INVOICE #** 8138
**DATE** 10/07/2020
**DUE DATE** 11/06/2020
**TERMS** Net 30

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| STIG Mango Bomb | | 40 | 105.00 | 4,200.00 |

**BALANCE DUE** $4,200.00

 
PAID

*...nd Vape*

**Kayla Wholesale Inc**
Sunset Park
Brooklyn, NY 11232 US
Kaylavapewholesale@gmail.com



# INVOICE

**BILL TO**
Star vape Corp

INVOICE # 8150
DATE 10/08/2020
DUE DATE 11/07/2020
TERMS Net 30

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| STIG LUSH ICE 10 PACK | | 60 | 105.00 | 6,300.00 |
| Stig Purple Bomb | | 20 | 105.00 | 2,100.00 |
| Stig Apple Crisp | | 10 | 105.00 | 1,050.00 |
| Stig Dry Tobacco | | 20 | 105.00 | 2,100.00 |

**BALANCE DUE** $11,550.00




(4764) CASH

5000 —

— 1786

**Kayla Wholesale Inc**
Sunset Park
Brooklyn, NY 11232 US
Kaylavapewholesale@gmail.com

# INVOICE

**BILL TO**
Star vape Corp

INVOICE # 8210
DATE 10/15/2020
DUE DATE 11/14/2020
TERMS Net 30

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| STIG Mango Bomb | | 60 | 105.00 | 6,300.00 |
| STIG LUSH ICE 10 PACK | | 60 | 105.00 | 6,300.00 |

**BALANCE DUE** $12,600.00

(2011)

10589

**Kayla Wholesale Inc**
Sunset Park
Brooklyn, NY 11232 US
Kaylavapewholesale@gmail.com



# INVOICE

**BILL TO**
Star vape Corp

INVOICE # 8343
DATE 11/02/2020
DUE DATE 12/02/2020
TERMS Net 30

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| STIG LUSH ICE 10 PACK | | 20 | 105.00 | 2,100.00 |
| ~~Stig Purple Bomb~~ | | ~~20~~ | ~~105.00~~ | ~~2,100.00~~ |

BALANCE DUE  $4,200.00

PAID