# Exhibit F

# Online Purchase Report

## Visit details

**Website**:  newyorkvapeking.com

**Description**: Online third-party vendor selling a variety of flavored disposable vape devices.

**Order date:**  3/11/24

**Age of verification required** (Yes/No): Yes


## Product details
**Product(s) purchased**

**Manufacturer name and address:**   Shenzhen Daosen Vaping Technology Co., LTD, 501 B1, No. 3, Ligang South Rd., Shajing Street, Baoan District, Shenzhen, China

      **Brand and model:** PUFF XXL 1600

      **Flavor:** Watermelon Candy

**Price of product purchased:**  Vape: $10.99, Shipping: $6.64, Total: $17.63 (A comment on the receipt indicates that the purchase is, "Including $1.42 in taxes".

## Shipping details
**Date received**: 3/15/24

**State received**: NY

**State of fulfillment**: NY

**Name and address of fulfillment center**: NYVK WHOLESALE, 132 32ND Street, Brooklyn, NY, 11232.

**Shipper**: USPS

**Signature required on delivery** (Yes/No): No (package was left in mailbox)

**Did the package have the required labeling:**  No.


## Observations
**Commentary**: Two products were shipped while only 1 was ordered.

# Online Purchase Report

Photos

**Image of site homepage**:



# Online Purchase Report

**Image of flavored vape products available**:



Puff Bar Plus

$16.99  $9.49 Sale



Puff Bar- Buy a box of 10 and save

$29.90  $23.80 Sale



Myle Mini Disposable Pods (Buy a box of 10 and save)

$119.90



STIG Disposable (3 pack)

$29.99  $19.99 Sale



Bliss Bar Disposable Vape 5000 Puffs

$24.90  $16.90 Sale



MR. Vapor Disposable E-CIG (Buy a box of 8 and save!)

$28.00



TWST Disposable (Buy a box of 10 devices and save)

$79.99  $29.99 Sale



Fume Extra Disposable 10 pack (Buy more and Save)

$139.90  $99.90 Sale

# Online Purchase Report


Juul Pod Menthol
$19.00  $15.99 Sale


PUFF XXL 1600 Puff Disposable Vape (1 device)
$149.99  $10.99 Sale


Whiff Disposable Vape 2000 Puff (Buy a box of 10 and SAVE)
$149.99  $79.99 Sale


Air Bar M-Lux Disposable 2000 Puff Vape (Buy a box of 10 and save)
$140.00  $89.90 Sale


Air Bar Max Disposable Vape (By a box of 10 and save)
$149.99  $49.90 Sale


PUFF XXL 1600 Puff Disposable Vape (Buy a box of 10 and save)
$149.99  $49.99 Sale


Bliss Bar Disposable Vape 5000 Puffs (Buy a box of 10 and save)
$140.00


Fume ULTRA Disposable 10 pack (Buy more and Save)
$139.90  $124.90 Sale

## Online Purchase Report


EB Design BC 5000 DISPOSABLE (ELF BAR) 10 PACK
$149.90 $104.90 Sale


EB Design BC 5000 DISPOSABLE (ELF BAR) 5 PACK
$149.90 $64.90 Sale


Air Bar Nex 6500 Puff Disposable (10 pack)
$160.00 $95.00 Sale


Air Bar Lux Disposable 1000 Puff Vape (Buy a box of 10 and save)
$140.00 $28.80 Sale


Foodgod ZERO Disposable Vape 5 pack (5 devices included)
$99.90 $69.90 Sale


Air Bar Max Disposable Vape (1 DEVICE)
$149.99 $7.99 Sale


Fume Mini Disposable 10 pack (Buy more and Save)
$139.90 $54.90 Sale

Age verification during ordering process:



# Online Purchase Report

**Image of receipt of purchase**:



# Online Purchase Report

**Photos of product(s) purchased**:



# Online Purchase Report

**Photos of shipment label and packing slip**:



# Online Purchase Report

## Visit details

**Website**: newyorkvapeking.com

**Description**: Online third-party vendor selling a variety of flavored disposable vape devices.

**Order date:** 3/15/24

**Age of verification required** (Yes/No): Yes

## Product details

**Product(s) purchased**

    **Manufacturer name and address:** "Made In China"

    **Brand and model:** STIG Disposable (3 pack)

    **Flavor: Crisp Apple** ("Delicious Green Apple")

**Price of product purchased:** Vape: $19.99, Shipping: $6.64, Total: $26.63

## Shipping details

**Date received**: 3/23/24

**State received**: NY

**State of fulfillment**: NY

**Name and address of fulfillment center**: NYVK WHOLESALE, 132 32ND Street, Brooklyn, NY, 11232.

**Shipper**: USPS

**Signature required on delivery** (Yes/No): No (package was left in mailbox)

**Did the package have the required labeling:** No.

## Observations

**Commentary**:

# Online Purchase Report

Photos

**Image of site homepage**:



    

# Online Purchase Report

**Image of flavored vape products available**:












Age verification during ordering process:



# Online Purchase Report

**Image of receipt of purchase**:



**Photos of product(s) purchased**:




# Online Purchase Report

**Photos of shipment label and packing slip**:

