# Exhibit G





## PRODUCT SELECTION

More Products



### Best Selling



| BAGGIES | PAPERS | PAPERS | JARS |
|---|---|---|---|
| BAGGIES | RAW CLASSIC KING SIZE | CLASSIC RAW CONE (1 1/4 SIZE 20 C... | 23/35 SCREW TOP JARS |
| Login to view prices | Login to view prices | Login to view prices | Login to view prices |



BIG SALE
For all Premium Hookah



AIR BAR
High-quality vapes
Only $199.00

Are you from the NYC cities? Enjoy **FREE DELIVERY** at purchasing more than $150

### Top Rated

- **JUUL PODS 8 PCS** — Login to view prices
- **TROJAN LATEX CONDOMS MAGNUM 40 CT** — Login to view prices
- **MOTRIN TABLETS 200 MG** — Login to view prices

### Best Selling

- **BAGGIES** — Login to view prices
- **RAW CLASSIC KING SIZE** — Login to view prices
- **CLASSIC RAW CONE (1 1/4 SIZE 20 CPP)** — Login to view prices

### On Sale

- **CLIPPER REUSABLE LIGHTERS (48 PCS)** — Login to view prices



KLCC WHOLESALE

452 E 99th St, Brooklyn, NYC 11236, USA
+1 (929) 427-5494
sales@klcc-wholesale.com
klcc-wholesale.com

DELIVERY INFORMATION
PRIVACY POLICY
TERMS & CONDITION
SEARCH TERMS
ORDER & RETURN

VAPES
HOOKAH
PAPERS
GLASS
LIGHTERS

Newsletter
Enter your email here   SUBSCRIBE

Monday - Friday        10:00AM - 10:00PM
Saturday               10:00AM - 09:00PM
Sunday                 10:00AM - 09:00PM

KLCC WHOLESALE INC © 2023 — All Right reserved          ORDERS   PURCHASES LIST   CONVERSATION   OFFERS   ADDRESSES

You must be at least 21 years old to browse and purchase products on this website. KLCC WHOLESALE is a wholesale distributor of smoke accoutrements. All products are designed for legal use of dried herb or tobacco. The claims and vaporizers & products displayed on this website have not been evaluated by the Food and Drug Administration (FDA) of the United States. These devices are not intended for the diagnosis, cure, prevention, or treatment of any disease. Before using a vaporizer, please consult a qualified medical professional. The use of a vaporizer is at the user's own peril. Inhalation is not recommended and may be hazardous. This website's user-submitted reviews are based on the users' own personal experiences and are not necessarily endorsed, reviewed, or shared by dankstop.com or its affiliates. Vaporizing does not inherently remove all contaminants from vaporized substances, so extreme caution should be exercised prior to use. Before making a purchase on klcc-wholesale.com, you must acknowledge and agree to adhere by our Terms of Service page.