# Exhibit I

# Online Purchase Report

## Visit details:

**Website**:  wevapeusa.com

**Description**: Online third-party vendor selling a variety of flavored disposable vape devices.

**Order date:**  3/11/24.

**Age of verification required** (Yes/No): Yes

## Product details

**Product(s) purchased:**

**Manufacturer name and address:**   Shenzhen Goldreams Technology Co., Ltd., 1201-1208 Chuangyi Building, Northwest of Nanhi Avenue and Shennan Avenue Intersection, Nantou Street, Nanshan District, Shenzhen, China

      **Brand and model:** Air Bar Mini 2000 Puffs

      **Flavor:** Pacific Cooler

**Price of product purchased:**  Vape: $7.99, Shipping: $15.99, Tax: $2.13 Total: $26.11

## Shipping details

**Date received**: 3/19/24.

**State received**: NY.

**State of fulfillment**: NY

**Name and address of fulfillment center**: Marcus Bernard, 3472011345, Seller Supreme LLC, 1090 Coney Island Ave., Brooklyn, NY, 11230

**Shipper**: UPS Ground

**Signature required on delivery**: No (package was left in mailbox)

**Did the package have the required labeling:**  No.

## Observations

**Commentary**: Package indicates: License No.: 7144030066 Shenzhen Youme Information Technology Co., LTD

# Online Purchase Report

## Photos

**Image of site homepage**:



**Image of flavored vape products available**:



# Online Purchase Report





Age verification during ordering process: Yes



# Online Purchase Report

**Image of receipt of purchase**:

Order #**229561** was placed on **March 11, 2024** and is currently **Completed**.

## Order details

| Product | Total |
|---|---|
| Air Bar Mini Disposable Vape Device (2000 Puffs) - Pacific Cooler × 1<br>Flavor: Pacific Cooler | $7.99 |
| Subtotal: | $7.99 |
| Shipping: | $15.99 via Fast Signature Delivery (3-5 Business Days) |
| Tax: | $2.13 |
| Payment method: | Debit or Credit Card |
| Total: | $26.11 |

**Photos of product(s) purchased**:




# Online Purchase Report



**Photos of shipment label and packing slip**:



# Online Purchase Report



**EXHIBIT D**

# Online Purchase Report

## Visit details:

**Website**: wevapeusa.com

**Description**: Online third-party vendor selling a variety of flavored disposable vape devices.

**Order date**: 3/24/24.

**Age of verification required** (Yes/No): Yes

## Product details

**Product(s) purchased:**

**Manufacturer name and address:**   Shenzhen Noriyang Technology Co., Ltd.

402, Building C, Sijixingcheng, No. 161 Zhenming Road, Gongming Community, Gongming Street, Guangming District, Shenzhen, China

   **Brand and model ordered was  one (1)** Suorin Cube Disposable

   **Flavor: The flavor ordered was  Kiwi Lemon Shake**

    **The product received was five (5) Hyde Rebel Pro plus a free sample of an Air Bar vape.**

   **The flavor received was Strawberry Kiwi Guava**

**Price of product purchased:**  Vape: $2.00, Shipping: $15.99, Tax: $1.60 Total: $19.59

## Shipping details

**Date received**: 3//27/24.

**State received**: NY.

**State of fulfillment**: NY

**Name and address of fulfillment center**:   Marcus Bernard, 3472011345, Seller Supreme LLC, 1090 Coney Island Ave., Brooklyn, NY, 11230

**Shipper**: UPS Ground

**Signature required on delivery**: No (package was left in mail room)

**Did the package have the required labeling:**  No.

# Online Purchase Report

## Observations
**Commentary**: The number and type of product received was not correct.

## Photos
**Image of site homepage**:



# Online Purchase Report

**Image of flavored vape products available**:





# Online Purchase Report

## Disposable Vape Categories

| MINI SIZED VAPE | PLUS SIZED VAPE | BOX MOD DESIGN | RECHARGEABLE DEVICE |

| ALL DISPOSABLE VAPES | CLEARANCE SALE |

## Suorin Cube Disposable Vape Device (1500 Puffs)

☆☆☆☆☆ (4 CUSTOMER REVIEWS)

~~$14.99~~ $2.00

Earn up to 2 points.

Flavor
Kiwi Lemon Shake ⌄   ♻ Clear

● In stock

Age verification during ordering process: Yes



# Online Purchase Report

**Image of receipt of purchase:**

## Your order

| Product | Subtotal |
| --- | --- |
| Suorin Cube Disposable Vape Device (1500 Puffs) - Kiwi Lemon Shake × 1 | $2.00 |
| Subtotal | $2.00 |
| Shipping | ○ Standard Signature Delivery (7-10 Business Days): $9.99<br>● Fast Signature Delivery (3-5 Business Days): $15.99<br>○ Express Signature Delivery (2 Business Day): $29.99 |
| Tax | $1.60 |
| Total | $19.59 |

## Online Purchase Report

**Photos of product(s) purchased**:





## Online Purchase Report



**Photos of shipment label and packing slip**:



# Online Purchase Report



# Online Purchase Report



SHIPPING DEPT.
Ordered On: 03/24/2024 10:00 AM
Website Order ID: 230581

Order: 6021298

Fast Signature Delivery (3-5 Business Days)

| Sold To | Ship To |
|---|---|
| VIN LESNAK<br>35 CHESTNUT HILL DRIVE EAST<br>DENVILLE, New Jersey 07834<br>United States<br>9735252553<br><br>VLESNAK@GMAIL.COM | VIN LESNAK<br>645 OCEAN AVENUE<br>F8<br>BROOKLYN, New York 11226<br>United States<br>9735252553 |

Ship By: Fast Signature Delivery (3-5 Business Days)
Tracking Number:

| | Qty | SKU | Description |
|---|---|---|---|
| | 1 | SUCB-KLS | Suorin Cube 1500 Puff Disposable Vape (Kiwi Lemon Shake)<br><br>Flavor: Kiwi Lemon Shake |