# Exhibit L

| no | CUSTOMER | brand | 2022/12 unit price | qty | 2023/01 unit price | qty | 2023/02 unit price | qty | 2023/03 unit price | qty | 2023/04 unit price | qty | 2023/05 unit price | qty | 2023/06 unit price | qty | 2023/07 unit price | qty | 2023/08 unit price | qty | 2023/09 unit price | qty | 2023/10 unit price | qty | 2023/11 unit price | qty | 2023/12 unit price | qty | 2024/01 unit price | qty | 2024/02 unit price | qty | Grand Total unit price | qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CUSTOMER | brand | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | 1 SHERMAN AZE | BREEZE | | | | | | | | | | | | | | | | | | | | | | | | | | | $784 | 8 | | | $784 | 8 |
| 3 | | TYSON | | | | | | | | | | | | | | | | | | | | | | | | | | | $600 | 6 | | | $600 | 6 |
| 4 | 1 SHERMAN AZE Total | | | | | | | | | | | | | | | | | | | | | | | | | | | | $1,383 | 14 | | | $1,383 | 14 |
| 5 | 10313 GLENWOOD RD | AIR BAR | | | | | $2,240 | 53 | $1,012 | 31 | $1,634 | 44 | $2,453 | 62 | $2,179 | 55 | $2,109 | 53 | | | | | | | | | | | | | | | $11,626 | 298 |
| 6 | | EB DESIGN | | | | | $450 | 5 | | | | | $720 | 8 | $680 | 8 | $510 | 6 | | | | | | | | | | | | | | | $2,359 | 27 |
| 7 | | GUMMY | | | | | $360 | 6 | | | | | $180 | 3 | | | | | | | | | | | | | | | | | | | $540 | 9 |
| 8 | 10313 GLENWOOD RD Total | | | | | | | $3,049 | 64 | $1,012 | 31 | $1,634 | 44 | $3,353 | 73 | $2,859 | 63 | $2,619 | 59 | | | | | | | | | | | | | | | $14,525 | 334 |
| 9 | 10512 JAMICA SMOKER HUP (CLOSED BUSINESS) | AIR BAR | | | $2,747 | 77 | $187 | 8 | $1,043 | 51 | | | | | | | | | $1,165 | 22 | $1,286 | 28 | | | | | | | | | | | $6,407 | 186 |
| 10 | | AIRIS | | | $85 | 1 | $85 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | $170 | 2 |
| 11 | | EB DESIGN | | | $264 | 3 | | | $968 | 11 | | | | | | | | | | | | | | | | | | | | | | | $2,761 | 33 |
| 12 | | ELFBAR | | | | | $86 | 1 | $180 | 2 | | | | | | | | | | | | | | | | | | | | | | | $266 | 3 |
| 13 | | FUME | | | $1,510 | 29 | $228 | 5 | $547 | 13 | | | | | | | | | $743 | 14 | $846 | 16 | | | | | | | | | | | $3,874 | 76 |
| 14 | | GUMMY | | | $350 | 1 | $350 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | $700 | 2 |
| 15 | | JULL | | | | | | | $190 | 6 | | | | | | | | | $90 | 1 | $102 | 1 | | | | | | | | | | | $382 | 8 |
| 16 | | LAVA | | | | | | | | | | | | | | | | | $405 | 7 | $240 | 4 | | | | | | | | | | | $645 | 11 |
| 17 | | MYLE | | | $82 | 3 | | | | | | | | | | | | | $297 | 6 | $75 | 2 | | | | | | | | | | | $454 | 11 |
| 18 | 10512 JAMICA SMOKER HUP (CLOSED BUSINESS) Total | | | | $5,038 | 114 | $936 | 16 | $2,928 | 82 | | | | | | | | | $3,464 | 60 | $3,293 | 60 | | | | | | | | | | | $15,659 | 332 |
| 19 | 107-31 HABOOB VAPING CLUB | AIR BAR | $860 | 31 | $1,738 | 66 | | | | | | | | | | | | | | | | | | | $772 | 16 | $893 | 14.0 | $1,685 | 35 | $91 | 2 | $5,939 | 165 |
| 20 | | CALI | | | | | | | | | | | | | | | | | | | | | | | | | $480 | 9 | | | | | $480 | 9 |
| 21 | | EB DESIGN | $540 | 6 | $1,156 | 13 | | | | | | | | | | | | | | | | | | | $225 | 3 | | | $507 | 7 | | | $2,427 | 28 |
| 22 | | ELFBAR | | | $90 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | $90 | 1 |
| 23 | | FUME | $1,250 | 22 | $687 | 11 | | | | | | | | | | | | | | | | | | | $360 | 8 | $60 | 1.0 | $300 | 6 | | | $2,637 | 48 |
| 24 | | GUMMY | $120 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $120 | 2 |
| 25 | | HYDE | | | | | | | | | | | | | | | | | | | $80 | 1 | $80 | 1.0 | $175 | 2 | | | $335 | 4 |
| 26 | | JULL | $201 | 4 | $348 | 13 | | | | | | | | | | | | | | | | | | | $364 | 4 | $490 | 7.0 | $686 | 13 | | | $2,149 | 41 |
| 27 | | LAVA | | | $195 | 3 | | | | | | | | | | | | | | | | | | | | | $60 | 1.0 | $300 | 5 | | | $555 | 9 |
| 28 | | MYLE | $584 | 8 | $246 | 3 | | | | | | | | | | | | | | | | | | | $375 | 5 | | | | | | | $1,185 | 16 |
| 29 | | RAZ | | | | | | | | | | | | | | | | | | | | | | | | | | | $760 | 16 | | | $760 | 16 |
| 30 | | TYSON | | | | | | | | | | | | | | | | | | | | | | | | | | | $500 | 5 | | | $500 | 5 |
| 31 | 107-31 HABOOB VAPING CLUB Total | | $3,695 | 72 | $4,440 | 110 | | | | | | | | | | | | | | | | | | | $2,175 | 37 | $1,383 | 24.0 | $5,593 | 98 | $91 | 2 | $17,176 | 344 |
| 32 | 107-43 EXOTIC SMOKE SHOP | AIR BAR | | | | | | | | | | | $969 | 23 | $889 | 25 | $245 | 6 | $418 | 10 | $2,563 | 54 | $1,522 | 33 | $3,470 | 77 | $2,402 | 48.8 | $909 | 16 | | | $12,988 | 293 |
| 33 | | AMO | | | | | | | | | | | | | $90 | 1 | | | | | | | | | | | | | | | | | $90 | 1 |
| 34 | | BREEZE | | | | | | | | | | | $300 | 3 | | | | | | | | | | | | | | | | | | | $300 | 3 |
| 35 | | EB DESIGN | | | | | | | | | | | $1,149 | 15 | $50 | 1 | $935 | 11 | | | $585 | 7 | $1,039 | 13 | $1,314 | 18 | | | $144 | 2 | | | $5,216 | 67 |
| 36 | | GEEK VAPE / RAZ | | | | | | | | | | | | | | | $180 | 2 | | | | | | | | | | | | | | | $180 | 2 |
| 37 | | JULL | | | | | | | | | | | $180 | 2 | | | | | | | | | | | $196 | 2 | | | $98 | 1.0 | $196 | 2 | $670 | 7 |
| 38 | | LIGG PRO | | | | | | | | | | | $800 | 9 | | | | | | | | | | | $210 | 3 | | | | | | | $1,009 | 12 |
| 39 | | LOST VAPE | | | | | | | | | | | | | | | $800 | 10 | | | | | $320 | 4 | | | | | | | $1,120 | 14 |
| 40 | | MANTOPIA | | | | | | | | | | | | | | | $270 | 6 | | | | | $120 | 4 | | | | | | | $390 | 10 |
| 41 | | PACKPODS | | | | | | | | | | | | | | | $516 | 13 | | | | | | | | | | | | | | | $801 | 19 |
| 42 | | TRENDX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $48 | 1 |
| 43 | | TYSON | | | | | | | | | | | | | | | | | $460 | 5 | $468 | 4.9 | $100 | 1 | | | | | $1,028 | 11 |
| 44 | 107-43 EXOTIC SMOKE SHOP Total | | | | | | | | | | | $3,730 | 58 | $1,029 | 27 | $2,945 | 48 | $418 | 10 | $3,148 | 61 | $3,407 | 59 | $5,264 | 100 | $2,968 | 54.6 | $753 | 19 | $196 | 2 | $23,839 | 440 |
| 45 | 1099 EXHALE SMOKE SHOP | AIR BAR | | | | | | | | | | | $1,904 | 58 | $8,112 | 106 | $1,869 | 145 | $805 | 102 | | | | | $414 | 12 | | | $35 | 2 | | | $13,199 | 425 |
| 46 | | EB DESIGN | | | | | | | | | | | $510 | 8 | $5,024 | 70 | $935 | 28 | $765 | 29 | | | | | | | | | | | | | $7,234 | 135 |
| 47 | | FUME | | | | | | | | | | | $58 | 1 | | | | | | | | | | | | | | | | | | | $58 | 1 |
| 48 | 1099 EXHALE SMOKE SHOP Total | | | | | | | | | | | $2,532 | 67 | $13,136 | 376 | $2,804 | 173 | $1,570 | 131 | | | | | $414 | 12 | | | $35 | 2 | | | $20,491 | 761 |
| 49 | 1114 SNAKZZ CONVENIENCE CORP | AIR BAR | | | | | | | | | | | $1,478 | 26 | | | $304 | 8 | | | $884 | 24 | | | | | | | | | | | $2,647 | 58 |
| 50 | | AIR BEE | | | | | | | | | | | $675 | 9 | | | | | | | | | | | | | | | | | | | $675 | 9 |
| 51 | | AMO | | | | | | | | | | | $450 | 5 | | | | | | | | | | | | | | | | | | | $450 | 5 |
| 52 | | EB DESIGN | | | | | | | | | | | $360 | 4 | | | $180 | 2 | | | $85 | 1 | | | | | | | | | | | $650 | 7 |
| 53 | | FUME | | | | | | | | | | | $850 | 14 | | | | | | | | | | | | | | | | | | | $850 | 14 |
| 54 | | JULL | | | | | | | | | | | $380 | 4 | | | | | | | | | | | | | | | | | | | $380 | 4 |
| 55 | | LOST MARY | | | | | | | | | | | $540 | 6 | | | | | | | | | | | | | | | | | | | $540 | 6 |
| 56 | | MYLE | | | | | | | | | | | $2,079 | 27 | | | $75 | 1 | | | | | | | | | | | | | | | $2,154 | 28 |
| 57 | | PACKPODS | | | | | | | | | | | | | $332 | 7 | | | | | | | | | | | | | | | | | $332 | 7 |
| 58 | | VGOD | | | | | | | | | | | $375 | 5 | | | | | | | | | | | | | | | | | | | $375 | 5 |
| 59 | 1114 SNAKZZ CONVENIENCE CORP Total | | | | | | | | | | | $7,187 | 98 | $332 | 7 | $559 | 11 | | | $949 | 25 | | | | | | | | | | | $9,027 | 141 |
| 60 | 114 GALAXY CONVENIENCE M STORE INC | AIR BAR | | | | | | | | | | | | | | | | | | | | | | | $408 | 6.6 | $571 | 14 | $996 | 22 | | | $1,975 | 43 |
| 61 | | EB DESIGN | | | | | | | | | | | | | | | | | | | | | | | $150 | 1.9 | $432 | 6 | $150 | 3 | $1,302 | 20 | | |
| 62 | | GEEK BAR | | | | | | | | | | | | | | | | | | | | | | | | | | | $40 | 1 | | | $40 | 1 |
| 63 | | LOST MARY | | | | | | | | | | | | | | | | | | | | | | | | | | | $41 | 1 | | | $41 | 1 |
| 64 | 114 GALAXY CONVENIENCE M STORE INC Total | | | | | | | | | | | | | | | | | | | | | | | | | $558 | 8.5 | $1,003 | 20 | $1,797 | 36 | | | $3,358 | 65 |
| 65 | 118-09 COOL BREEZE | AIR BAR | | | | | | | | | | | | | | | | | | | | | | | $3,205 | 67 | $1,120 | 21.0 | $3,018 | 63 | $1,418 | 28 | $8,760 | 179 |
| 66 | | EB DESIGN | | | | | | | | | | | | | | | | | | | | | | | $375 | 5 | $180 | 2.0 | $450 | 6 | $750 | 10 | $1,755 | 23 |
| 67 | | FUME | | | | | | | | | | | | | | | | | | | | | | | $184 | 4 | | | $50 | 1 | | | $234 | 5 |
| 68 | | GEEK BAR | | | | | | | | | | | | | | | | | | | | | | | | | | | $128 | 3 | | | $128 | 3 |
| 69 | | JULL | | | | | | | | | | | | | | | | | | | | | | | $196 | 2 | | | $196 | 2 | $102 | 2 | $602 | 6 |
| 70 | | LAVA | | | | | | | | | | | | | | | | | | | | | | | | | | | $180 | 3 | | | $180 | 3 |
| 71 | | MYLE | | | | | | | | | | | | | | | | | | | | | | | | | | | $75 | 1 | $75 | 1 | $150 | 2 |
| 72 | | RAZ | | | | | | | | | | | | | | | | | | | | | | | | | | | $238 | 5 | | | $238 | 5 |
| 73 | | TYSON | | | | | | | | | | | | | | | | | | | | | | | | | | | $800 | 6 | | | $840 | 11 |
| 74 | 118-09 COOL BREEZE Total | | | | | | | | | | | | | | | | | | | | | | | $3,960 | 78 | $1,270 | 23.0 | $4,806 | 87 | $2,820 | 49 | $12,855 | 237 |
| 75 | 118-09 COOL BREEZE, MOHAMED ALAOBALI | AIR BAR | | | | | | | | | | | | | | | | | | | | | | | $880 | 19 | | | | | | | $880 | 19 |
| 76 | | FUME | | | | | | | | | | | | | | | | | | | | | | | $100 | 2 | | | | | | | $100 | 2 |
| 77 | | JULL | | | | | | | | | | | | | | | | | | | | | | | $98 | 2 | | | | | | | $98 | 2 |
| 78 | 118-09 COOL BREEZE, MOHAMED ALAOBALI Total | | | | | | | | | | | | | | | | | | | | | | | $1,078 | 23 | | | | | | | $1,078 | 23 |
| 79 | 120-19 LIBERTY ZA CORP | AIR BAR | | | | | | | | | | | $2,039 | 35 | $1,510 | 48 | $1,454 | 33 | | | $1,628 | 36 | $1,833 | 41 | $1,492 | 34.0 | $1,919 | 47 | | | $13,621 | 311 |
| 80 | | DUMMY | | | | | | | | | | | | | | | | | | | | | | | | | $160 | 4 | | | $160 | 4 |
| 81 | | EB DESIGN | | | | | | | | | | | $1,765 | 26 | $255 | 3 | $1,445 | 17 | | | $800 | 10 | $375 | 5 | | | $450 | 6 | | | $5,089 | 67 |
| 82 | | GEEK BAR | | | | | | | | | | | | | | | | | | | | | | | | | | | $128 | 3 | | | $128 | 3 |
| 83 | | MYLE | | | | | | | | | | | | | | | | | $75 | 1 | | | $225 | 3 | | | $375 | 5 | | | $675 | 9 |
| 84 | | RAZ | | | | | | | | | | | | | | | | | | | | | | | | | | | $135 | 3 | | | $135 | 3 |
| 85 | 120-19 LIBERTY ZA CORP Total | | | | | | | | | | | $3,803 | 61 | $1,774 | 51 | $2,974 | 51 | | | $2,426 | 48 | $2,433 | 49 | $1,492 | 34.0 | $2,188 | 41 | $2,717 | 62 | $19,807 | 397 |
| 86 | 1203 NATURAL & ORGANIC DELI | AIR BAR | | | | | | | | | | | | | | | | | | | | | | | | | | | $905 | 29 | | | $905 | 29 |
| 87 | | EB DESIGN | | | | | | | | | | | | | | | | | | | | | | | | | | | $2,040 | 36 | | | $2,040 | 36 |
| 88 | | JULL | | | | | | | | | | | | | | | | | | | | | | | | | | | $270 | 18 | | | $270 | 18 |
| 89 | | LOST VAPE | | | | | | | | | | | | | | | | | | | | | | | | | | | $80 | 1 | | | $80 | 1 |
| 90 | | MYLE | | | | | | | | | | | | | | | | | | | | | | | | | | | $245 | 3 | | | $245 | 3 |
| 91 | | PACKPODS | | | | | | | | | | | | | | | | | | | | | | | | | | | $43 | 1 | | | $43 | 1 |
| 92 | 1203 NATURAL & ORGANIC DELI Total | | | | | | | | | | | | | | | | | | | | | | | | | | | $3,582 | 88 | | | $3,582 | 88 |
| 93 | 125 FRANKLIN CONVENIENT | AIR BAR | $844 | 24 | | | $529 | 14 | $715 | 23 | | | | | | | | | $175 | 5 | $140 | 4 | $976 | 22 | $780 | 19 | $314 | 7.0 | $141 | 4 | $274 | 6 | $4,889 | 130 |

1

| no | CUSTOMER | brand | 2022/12 price | qty | 2023/01 price | qty | 2023/02 price | qty | 2023/03 price | qty | 2023/04 price | qty | 2023/05 price | qty | 2023/06 price | qty | 2023/07 price | qty | 2023/08 price | qty | 2023/09 price | qty | 2023/10 price | qty | 2023/11 price | qty | 2023/12 price | qty | 2024/01 price | qty | 2024/02 price | qty | Grand Total price | qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | CUSTOMER | AIRO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $90 | 1 |
| 95 | | EB DESIGN | $810 | 9 | | | $794 | 9 | $1,320 | 15 | $90 | 1 | $360 | 4 | | | | | $510 | 6 | $680 | 8 | $800 | 10 | $585 | 8 | $432 | 6.0 | $218 | 3 | $72 | 1 | $6,577 | 79 |
| 96 | | ELFBAR | | | | | | | | | | | | | | | | | $85 | 1 | | | | | | | | | | | | | $263 | 3 |
| 97 | | GEEK BAR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $180 | 4 |
| 98 | | JULL | | | $174 | 12 | $420 | 17 | $548 | 26 | $184 | 8 | $184 | 12 | | | $360 | 7 | $392 | 10 | $588 | 13 | $294 | | $196 | 2.0 | $196 | 6 | $1,268 | 7 | | | $3,804 | 124 |
| 99 | | LAVA | $260 | 4 | | | $130 | 3 | | | | | | | | | | | $110 | 2 | $240 | 4 | $60 | 1.0 | $80 | 1 | $120 | 2 | | | $1,300 | 18 |
| 100 | | MYLE | $75 | 1 | | | | | $150 | 2 | | | | | | | | | $75 | 1 | $75 | 1 | | | | | $130 | 2 | | | $655 | 9 |
| 101 | | STIG | | | | | | | | | | | | | | | | | | | | | $210 | 2 | $400 | 4 | | | $620 | 6 |
| 102 | | VUSE | | | | | | | | | | | | | | | | | | | | | | | | | $99 | 1 | | | $99 | 1 |
| 103 | 125 FRANKLIN CONVENIENT Total | | $2,163 | 50 | | | $1,961 | 44 | $2,913 | 68 | $184 | 8 | $544 | 16 | | | | | $1,205 | 20 | $1,287 | 23 | $2,623 | 49 | $1,899 | 35 | $1,002 | 16.0 | $953 | 18 | $1,423 | 27 | $18,156 | 374 |
| 104 | 12932 ROLLING VIBES | AIR BAR | | | | | | | | | | | | | $482 | 1 | | | | | | | | | | | | | | | | | $482 | 1 |
| 105 | | EB DESIGN | | | | | | | | | | | | | | | | | | | $90 | 1 | | | | | | | | | | | $90 | 1 |
| 106 | | HYDE | | | | | | | | | | | | | $855 | 1 | | | | | | | | | | | | | | | | | $855 | 1 |
| 107 | 12932 ROLLING VIBES Total | | | | | | | | | | | | | $1,337 | 2 | | | | | | | | | | | | | | | | | $1,427 | 3 |
| 108 | 1335 UP HIGH SOMKE SHOP | AIR BAR | | | | | | | | | | | $798 | 22 | | | $2,755 | 74 | | | | | $2,047 | 51 | | | | | $780 | 15 | | | $6,360 | 162 |
| 109 | | BREEZE | | | | | | | | | | | $500 | 5 | | | | | | | | | | | | | | | | | | | $500 | 5 |
| 110 | | BUGATTI | | | | | | | | | | | | | | | | | | | | | $210 | 2 | | | | | | | | | $210 | 2 |
| 111 | | EB DESIGN | | | | | | | | | | | $1,164 | 12 | | | $785 | 9 | | | | | $80 | 1 | | | $75 | 1 | | | $2,103 | 23 |
| 112 | | GEEK BAR | | | | | | | | | | | | | | | | | | | | | $225 | 5 | | | | | | | | | $225 | 5 |
| 113 | | JULL | | | | | | | | | | | $184 | 6 | | | $90 | 6 | | | | | | | | | | | | | | | $274 | 12 |
| 114 | | LAVA | | | | | | | | | | | | | | | | | | | | | $55 | 2 | | | | | | | | | $55 | 2 |
| 115 | | LIGG PRO | | | | | | | | | | | $300 | 4 | | | | | | | | | $490 | 7 | | | | | | | | | $790 | 11 |
| 116 | | LOST MARY | | | | | | | | | | | $450 | 5 | | | | | | | | | $440 | 5 | | | | | | | | | $890 | 10 |
| 117 | | MANTOPIA | | | | | | | | | | | | | | | | | | | | | $40 | 1 | | | | | | | | | $40 | 1 |
| 118 | | MYLE | | | | | | | | | | | $170 | 2 | | | $85 | 1 | | | | | | | | | | | | | | | $255 | 3 |
| 119 | | PACKPODS | | | | | | | | | | | $237 | 5 | | | $344 | 8 | | | | | $840 | 21 | | | | | | | | | $1,421 | 34 |
| 120 | | PILLOW TALK | | | | | | | | | | | | | | | | | | | | | $450 | 6 | | | | | | | | | $450 | 6 |
| 121 | | TYSON | | | | | | | | | | | | | | | | | | | | | $368 | 5 | | | | | | | | | $368 | 5 |
| 122 | | VIHO | | | | | | | | | | | | | | | | | | | | | $180 | 4 | | | | | | | | | $180 | 4 |
| 123 | 1335 UP HIGH SOMKE SHOP Total | | | | | | | | | | | $3,802 | 61 | | | $4,059 | 98 | | | | | $5,424 | 110 | | | | | $835 | 16 | | | $14,120 | 285 |
| 124 | 146-13 NEW ADEN TOBACCO CORP | AIR BAR | | | $3,520 | 95 | $1,683 | 61 | $1,400 | 49 | $1,480 | 44 | $2,595 | 79 | $3,750 | 104 | | | $1,269 | 34 | $3,140 | 74 | $2,332 | 54 | $3,138 | 74 | $2,022 | 36.0 | | | | | $26,329 | 703 |
| 125 | | BREEZE | | | $200 | 2 | $200 | 2 | | | | | | | $300 | 3 | | | | | | | | | | | | | | | | | $900 | 9 |
| 126 | | EB DESIGN | | | $2,099 | 23 | $940 | 6 | $830 | 8 | $630 | 7 | $1,790 | 19 | $1,759 | 20 | | | $935 | 14 | $1,809 | 25 | $340 | 4 | $1,500 | 20 | $800 | 8.0 | | | | | $12,669 | 154 |
| 127 | | ELFBAR | | | $90 | 1 | $60 | 1 | $270 | 4 | | | | | | | | | | | | | | | | | | | | | | | $455 | 7 |
| 128 | | FUME | | | | | $60 | 1 | $240 | 5 | | | | | $930 | 13 | | | | | | | $238 | 4 | | | | | | | | | $1,468 | 23 |
| 129 | | GEEK BAR | | | | | | | | | | | | | | | | | $135 | 3 | $45 | 1 | $90 | 2 | $225 | 5.0 | | | | | $540 | 11 |
| 130 | | GUMMY | | | | | | | | | | | | | | | | | | | | | $240 | 0 | | | | | | | | | $240 | 0 |
| 131 | | JULL | | | $87 | 2 | | | $95 | 2 | $95 | 2 | | | $180 | 2 | | | | | | | | | | | | | | | | | $657 | 8 |
| 132 | | LAVA | | | | | $195 | 3 | $455 | 6 | $325 | 5 | $520 | 8 | $390 | 6 | | | | | | | | | | | | | | | $1,885 | 29 |
| 133 | | LOST MARY | | | $380 | 4 | | | $540 | 6 | $180 | 2 | $630 | 7 | $720 | 6 | | | | | | | $540 | 6 | | | $410 | 5.0 | | | $3,398 | 39 |
| 134 | | MYLE | | | $75 | 2 | | | | | | | $285 | 3 | $300 | 4 | | | | | $225 | 3 | | | | | | | | | $885 | 12 |
| 135 | | NORTH | | | | | | | | | | | | | | | | | | | $540 | 6 | | | | | | | | | $540 | 6 |
| 136 | | PACKPODS | | | $250 | 5 | | | | | | | $300 | 6 | $285 | 6 | | | $223 | 5 | | | $111 | 3 | | | | | | | $1,168 | 24 |
| 137 | | PUFF | | | | | $150 | 5 | | | $30 | 2 | | | $120 | 4 | | | | | | | | | | | | | | | $300 | 11 |
| 138 | | RAZ | | | | | | | | | | | | | | | | | | | | | $47 | 1 | $380 | 8.0 | | | | | $620 | 8 |
| 139 | | VUSE | | | | | | | $150 | 2 | | | | | $204 | 3 | | | | | | | $268 | 3 | | | | | | | $620 | 8 |
| 140 | 146-13 NEW ADEN TOBACCO CORP Total | | | | $6,670 | 133 | $2,922 | 79 | $3,979 | 86 | $2,739 | 62 | $6,128 | 121 | $8,938 | 173 | | | $2,427 | 53 | $5,908 | 111 | $3,606 | 72 | $5,281 | 100 | $3,636 | 62.0 | | | | | $52,235 | 1,052 |
| 141 | 1491 CITY SMOKE SHOP | AIR BAR | | | | | | | | | | | $72 | 1 | | | $781 | 13 | | | $1,589 | 32 | | | | | | | | | | | $2,441 | 46 |
| 142 | | EB DESIGN | | | | | | | | | | | $1,259 | 17 | | | $720 | 8 | | | $1,529 | 21 | | | | | | | | | | | $3,508 | 46 |
| 143 | | ELFBAR | | | | | | | | | | | | | | | | | | | $90 | 1 | | | | | | | | | | | $90 | 1 |
| 144 | | HYDE | | | | | | | | | | | | | | | $170 | 2 | | | | | | | | | | | | | | | $170 | 2 |
| 145 | | JULL | | | | | | | | | | | $368 | 4 | | | $180 | 8 | | | | | | | | | | | | | | | $548 | 14 |
| 146 | | MYLE | | | | | | | | | | | $150 | 4 | | | $75 | 1 | | | | | | | | | | | | | | | $225 | 5 |
| 147 | | STIG | | | | | | | | | | | $120 | 1 | | | $120 | 1 | | | | | | | | | | | | | | | $240 | 2 |
| 148 | | VUSE | | | | | | | | | | | | | | | $102 | 2 | | | $102 | 1 | | | | | | | | | | | $204 | 3 |
| 149 | 1491 CITY SMOKE SHOP Total | | | | | | | | | | | $1,969 | 29 | | | $2,147 | 35 | | | $3,310 | 55 | | | | | | | | | | | $7,426 | 119 |
| 150 | 188-03 BAISLEY BOULEVARD | AIR BAR | | | | | | | | | | | | | | | $2,611 | 67 | | | | | | | | | | | | | | | $5,941 | 144 |
| 151 | | EB DESIGN | | | | | | | | | | | | | | | $90 | 1 | | | | | | | | | | | | | | | $90 | 1 |
| 151 | 188-03 BAISLEY BOULEVARD Total | | | | | | | | | | | | | | | $2,701 | 68 | | | | | $691 | 15 | $1,347 | 34 | $255 | 6.0 | $612 | 12 | $426 | 9 | $6,031 | 145 |
| 153 | 1885 TASTE OF CALI EXOTIC | AIR BAR | | | | | $1,408 | 28 | | | | | | | | | | | | | | | | | | | | | | | | | $1,408 | 28 |
| 154 | | MYLE | | | | | $75 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | $75 | 4 |
| 155 | | PACKPODS | | | | | $300 | 6 | | | | | | | | | | | | | | | | | | | | | | | | | $300 | 6 |
| 156 | 1885 TASTE OF CALI EXOTIC Total | | | | | | $1,783 | 37 | | | | | | | | | | | | | | | | | | | | | | | | | $1,783 | 37 |
| 157 | 2-29 ROCKAWAY SMOKE SHOP | AIR BAR | | | | | | | | | | | | | | | | | | | | | $691 | 15 | $1,549 | 33.0 | | | | | | | $2,240 | 48 |
| 158 | | PACKPODS | | | | | | | | | | | | | | | | | | | | | $111 | 3 | | | | | | | | | $111 | 3 |
| 158 | 2-29 ROCKAWAY SMOKE SHOP Total | | | | | | | | | | | | | | | | | | | | | $802 | 18 | $1,549 | 33.0 | | | | | | | $2,351 | 51 |
| 160 | 2018 nostrad ave | AIR BAR | | | | | | | | | | | | | $562 | 12 | $490 | 9 | $252 | 7 | | | | | | | | | $546 | 12 | | | $2,620 | 56 |
| 161 | | EB DESIGN | | | | | | | | | | | | | | | $720 | 8 | $340 | 4 | | | $225 | 3 | | | | | $225 | 3 | | | $1,509 | 17 |
| 162 | | FUME | | | | | | | | | | | $58 | 1 | $910 | 16 | | | | | | | | | | | | | | | | | $968 | 17 |
| 163 | 2018 nostrad ave Total | | | | | | | | | | | $58 | 1 | $1,472 | 28 | $1,210 | 17 | $592 | 10 | | | | | $996 | 18 | | | $771 | 15 | | | $5,098 | 90 |
| 164 | 2021 YUMMY DELI SMOKE SHOP | AIR BAR | $259 | 7 | | | $120 | 3 | $800 | 20 | | | | | | | | | | | | | $684 | 20 | | | | | | | | | $1,863 | 50 |
| 165 | | AIRO | | | | | | | $90 | 1 | | | | | | | | | | | | | | | | | | | | | | | $90 | 1 |
| 166 | | EB DESIGN | | | | | $1,349 | 15 | $989 | 11 | | | | | | | | | | | | | $425 | 5 | | | | | | | | | $2,763 | 31 |
| 167 | | ELFBAR | | | | | $60 | 1 | $275 | 3 | | | | | | | | | | | | | | | | | | | | | | | $365 | 4 |
| 168 | | FUME | | | | | | | $60 | 1 | | | | | | | | | | | | | | | | | | | | | | | $60 | 1 |
| 169 | | GUMMY | | | | | | | $60 | 2 | | | | | | | | | | | | | | | | | | | | | | | $60 | 2 |
| 170 | | MYLE | $82 | 1 | | | | | $75 | 1 | | | | | | | | | | | | | | | | | | | | | | | $157 | 2 |
| 171 | 2021 YUMMY DELI SMOKE SHOP Total | | $341 | 8 | | | $1,559 | 19 | $2,349 | 39 | | | | | | | | | | | | | $1,109 | 25 | | | | | | | | | $5,358 | 91 |
| 172 | 206 MOHAMMED ALOBALI | AIR BAR | | | | | | | | | | | | | | | | | | | | | | | | | $1,323 | 34.0 | | | $1,541 | 27 | $2,865 | 61 |
| 173 | | DUMMY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $394 | 2 | $394 | 2 |
| 174 | | EB DESIGN | | | | | | | | | | | | | | | | | | | | | | | | | $750 | 10.0 | | | $1,050 | 14 | $1,800 | 24 |
| 175 | | GEEK BAR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $225 | 5 | $225 | 5 |
| 176 | | LOST MARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $325 | 5 | $325 | 5 |
| 177 | | RAZ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $196 | 4 | $196 | 4 |
| 178 | 206 MOHAMMED ALOBALI Total | | | | | | | | | | | | | | | | | | | | | | | | | $2,073 | 44.0 | | | $2,596 | 46 | $4,669 | 90 |
| 179 | 184 E 14TH ST NEW YORK | AIR BAR | | | $288 | 20 | $740 | 21 | $476 | 13 | | | $596 | 16 | $970 | 22 | $980 | 21 | $725 | 17 | $420 | 10 | $530 | 13 | $1,511 | 36 | | | $140 | 2 | $7,374 | 191 |
| 180 | | AIRO | | | | | | | $90 | 1 | | | | | $85 | 1 | | | | | | | | | | | | | | | $175 | 2 |
| 181 | | EB DESIGN | | | $204 | 3 | $2,720 | 33 | $765 | 9 | $120 | 12 | $1,625 | 20 | $1,020 | 15 | $510 | 10 | $680 | 9 | $1,054 | 14 | $960 | 7 | $1,880 | 25 | | | $210 | 3 | $12,113 | 161 |
| 182 | | ELFBAR | | | | | $378 | 3 | $85 | 1 | | | | | | | | | | | | | $78 | 1 | | | | | | | $426 | 14 |
| 183 | | ESCO | $1,156 | 17 | | | | | | | | | | | | | | | | | | | | | | | | | | | $1,156 | 17 |
| 184 | | FUME | $545 | 13 | $1,160 | 21 | $165 | 4 | $180 | 3 | | | $381 | 8 | $108 | 3 | $144 | 4 | $110 | 2 | | | $55 | 1 | $400 | 6 | | | | | $3,602 | 68 |
| 185 | | HEETS | | | | | | | | | | | | | $240 | 3 | | | | | | | | | $80 | 1 | | | | | $320 | 4 |

| no | CUSTOMER | brand | 2022/12 unite price | qty | 2023/01 unite price | qty | 2023/02 unite price | qty | 2023/03 unite price | qty | 2023/04 unite price | qty | 2023/05 unite price | qty | 2023/06 unite price | qty | 2023/07 unite price | qty | 2023/08 unite price | qty | 2023/09 unite price | qty | 2023/10 unite price | qty | 2023/11 unite price | qty | 2023/12 unite price | qty | 2024/01 unite price | qty | 2024/02 unite price | qty | Grand Total unite price | qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 192 | 247 E 14TH ST NEW YORK Total | | $2,139 | 39 | $4,346 | 77 | $2,442 | 56 | $2,129 | 34 | | | $2,934 | 58 | $2,373 | 42 | $2,175 | 42 | $1,724 | 31 | $1,889 | 31 | $1,670 | 28 | $4,390 | 79 | | | $601 | 10 | | | $28,811 | 527 |
| 203 | 25-17 PURPLE CLOUD Total | | $1,170 | 23 | $2,510 | 69 | $2,732 | 73 | $1,360 | 36 | $973 | 20 | $3,448 | 81 | $1,997 | 35 | $1,571 | 41 | | | $580 | 15 | $1,124 | 29 | | | | | | | | | $17,464 | 422 |
| 209 | 277 EMPIRE WORLD Total | | | | | | | | | | | | $1,147 | 24 | $1,721 | 31 | $1,980 | 39 | $1,835 | 26 | $1,344 | 24 | | | | | | | $667 | 17 | | | $8,692 | 161 |
| 215 | 297 MI CANDY CORP Total | | $1,229 | 25 | $352 | 13 | | | | | | | $130 | 7 | | | | | | | | | | | | | $70 | 4.0 | | | | | $1,781 | 49 |
| 224 | 300 DREAMER TOBACCO SHOP Total | | $3,438 | 121 | $4,097 | 119 | $1,846 | 89 | $95 | 24 | | | | | | | | | | | | | | | | | | | | | | | $9,476 | 353 |
| 228 | 301 WYCKOFF Total | | | | | | | | | | | | $551 | 33 | $1,959 | 50 | $3,455 | 98 | $2,109 | 68 | $2,153 | 88 | | | | | $279 | 9.0 | | | | | $10,507 | 346 |
| 242 | 321 SMITH ST Total | | $4,818 | 126 | $9,496 | 221 | $4,916 | 131 | $2,741 | 76 | $3,346 | 113 | $8,221 | 190 | $3,028 | 82 | $2,198 | 46 | | | $2,352 | 68 | $5,594 | 127 | $4,467 | 103 | $2,211 | 59.0 | $1,573 | 41 | $1,720 | 50 | $56,680 | 1,433 |
| 252 | 3405 VAPE & SNACKS Total | | | | | | | | | | | | $5,797 | 79 | $2,829 | 66 | $1,669 | 26 | $4,099 | 66 | $3,913 | 70 | $6,118 | 108 | $2,116 | 35.0 | $3,225 | 51 | | | | | $29,766 | 501 |
| 260 | 348 E 49TH SHOWKE ALSALAMI Total | | | | | | | | | | | | | | $3,546 | 56 | $4,697 | 91 | $2,098 | 35 | $2,154 | 42 | $3,554 | 59 | $5,379 | 95.8 | $1,661 | 31 | $2,360 | 38 | $25,448 | 448 |
| 265 | 392 GATE NAZEM Total | | | | | | | | | | | | | | $60 | 0 | $1,994 | 34 | $1,420 | 22 | | | | | | | | | | | | | $3,474 | 56 |
| 269 | 43-23 FAISAL ALROWHANI DELI Total | | | | $1,140 | 25 | | | $184 | 5 | $376 | 11 | | | $266 | 9 | $744 | 13 | $380 | 10 | $749 | 14 | | | $1,085 | 27 | | | $468 | 15 | $420 | 6 | $5,811 | 135 |
| 275 | 461 Convenience Total | | | | | | | | | | | | | | | | | | | | | | | | | | $4,114 | 77.0 | | | | | $4,114 | 77 |

3

| no | CUSTOMER | brand | 2022/12 price | qty | 2023/01 price | qty | 2023/02 price | qty | 2023/03 price | qty | 2023/04 price | qty | 2023/05 price | qty | 2023/06 price | qty | 2023/07 price | qty | 2023/08 price | qty | 2023/09 price | qty | 2023/10 price | qty | 2023/11 price | qty | 2023/12 price | qty | 2024/01 price | qty | 2024/02 price | qty | Grand Total price | qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 278 | | FUME | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $206 | 4 |
| 279 | | JULL | | | | | | | | | | | $318 | 11 | $368 | 10 | | | | | | | | | | | | | | | | | $2,533 | 84 |
| 280 | | LOGIC | | | | | | | | | | | $116 | 2 | | | | | | | | | | | | | | | | | | | $116 | 2 |
| 281 | | MYLE | | | | | | | | | | | $75 | 1 | | | | | | | | | $75 | 1 | | | | | | | | | $300 | 4 |
| 282 | | VUSE | | | | | | | | | | | $740 | 11 | | | | | | | | | | | | | $102 | 1.0 | | | | | $944 | 13 |
| 283 | **491 TOBACCO SHOP CONVENIENCE Total** | | | | | | | | | | | | $2,116 | 36 | $1,188 | 27 | | | | | | | $2,560 | 62 | $2,102 | 45 | $1,612 | 34.0 | | | | | $6,578 | 204 |
| 284 | 5010 FLATLAND CONVIENCE | AIR BAR | | | | | | | | | | | | | | | | | | | | | | | $1,338 | 29 | | | $1,529 | 36 | $603 | 16 | $3,470 | 81 |
| 285 | | EB DESIGN | | | | | | | | | | | | | | | | | | | | | | | $438 | 6 | | | | | | | $438 | 6 |
| 286 | **5010 FLATLAND CONVIENCE Total** | | | | | | | | | | | | | | | | | | | | | | | $1,338 | 29 | | | $1,966 | 42 | $603 | 16 | $3,907 | 87 |
| 287 | 5207 OB ZA CORP | AIR BAR | | | | | | | | | | | | | $1,589 | 21 | | | $1,574 | 39 | | | $1,645 | 35 | $3,330 | 7 | $1,291 | 37.0 | | | | | $17,377 | 154 |
| 288 | | EB DESIGN | | | | | | | | | | | | | $1,615 | 20 | | | $2,515 | 34 | | | $160 | 3 | | | $1,500 | 20 | | | | | $7,214 | 98 |
| 289 | | FUME | | | | | | | | | | | | | $270 | 6 | | | | | | | | | | | | | | | | | $270 | 6 |
| 290 | | GEEK BAR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $180 | 4 |
| 291 | | JULL | | | | | | | | | | | | | | | | | | | | | | | | | $196 | 4 | | | | | $1,196 | 4 |
| 292 | | MYLE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $75 | 1 | $75 | 1 |
| 293 | **5207 OB ZA CORP Total** | | | | | | | | | | | | | | $3,474 | 47 | | | $4,089 | 73 | | | $1,805 | 38 | $2,026 | 31 | $2,340 | 53.0 | | | $1,578 | 25 | $15,312 | 267 |
| 294 | 541 FARMER IN THE DEU 2 | AIR BAR | $706 | 27 | | | | | | | | | $210 | 6 | | | | | $455 | 18 | | | $577 | 18 | | | | | | | | | $12,028 | 73 |
| 295 | | EB DESIGN | | | | | | | | | | | | | | | | | | | | | $340 | 4 | | | | | | | | | $340 | 4 |
| 296 | | FUME | $261 | 6 | | | | | | | | | | | $360 | 18 | | | $180 | 12 | | | $588 | 27 | $98 | 3 | $98 | 1 | | | | | $11,683 | 72 |
| 297 | **541 FARMER IN THE DEU 2 Total** | | $967 | 33 | | | | | $80 | 2 | | | $570 | 26 | | | | | $635 | 30 | | | $1,505 | 49 | $98 | 3 | $196 | 6 | | | | | $4,050 | 149 |
| 298 | 564 MR.EMPIRE | AIR BAR | | | | | | | | | $1,089 | 14 | $857 | 16 | | | $420 | 12 | $1,454 | 30 | $1,229 | 30 | $1,049 | 24 | $1,212 | 27 | $399 | 13 | | | | | $37,690 | 166 |
| 299 | | BREEZE | | | | | | | | | | | | | | | $700 | 7 | | | | | | | | | | | | | | | $5,700 | 7 |
| 300 | | BUGATTI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $105 | 1 |
| 301 | | EB DESIGN | | | | | | | | | | | $1,759 | 23 | | | $170 | 2 | $1,190 | 16 | $1,445 | 23 | $340 | 5 | $1,348 | 18 | $300 | 4 | | | | | $56,553 | 91 |
| 302 | | ELFBAR | | | | | | | | | | | | | | | | | | | | | | | $90 | 1 | | | | | | | $90 | 1 |
| 303 | | FUME | | | | | | | | | | | | | $315 | 6 | | | $490 | 9 | $100 | 2 | | | $111 | 2 | | | | | | | $11,016 | 19 |
| 304 | | HYDE | | | | | | | | | | | | | $420 | 5 | | | | | | | | | | | | | | | | | $420 | 5 |
| 305 | | JULL | | | | | | | | | | | | | $190 | 4 | | | $190 | 6 | $225 | 5 | $294 | 5 | $658 | 20 | | | | | | | $11,557 | 40 |
| 306 | | LAVA | | | | | | | | | | | | | $260 | 4 | | | $420 | 7 | $535 | 10 | | | $55 | 1 | $80 | 2 | | | | | $11,330 | 24 |
| 307 | | UGG PRO | | | | | | | | | | | | | $160 | 2 | | | | | | | | | | | | | | | | | $160 | 2 |
| 308 | | LOST MARY | | | | | | | | | | | | | | | | | | | $328 | 6 | | | $90 | 1 | | | | | | | $418 | 7 |
| 309 | | MYLE | | | | | | | | | | | | | $366 | 7 | $72 | 1 | $825 | 14 | $450 | 7 | $375 | 5 | $375 | 6 | $225 | 5 | | | | | $12,838 | 49 |
| 310 | | PACKPODS | | | | | | | | | | | | | $952 | 20 | | | | | | | | | | | | | | | | | $952 | 20 |
| 311 | | VUSE | | | | | | | | | $808 | 5 | | | | | | | $204 | 2 | $102 | 2 | | | $308 | 6 | | | | | | | $11,120 | 12 |
| 312 | **564 MR.EMPIRE Total** | | | | | | | | | | $1,727 | 21 | $5,089 | 82 | $1,552 | 26 | $4,863 | 85 | $3,777 | 73 | $2,694 | 51 | $4,171 | 80 | $1,074 | 25 | | | | | $24,947 | 444 |
| 313 | 6035 Fresh pond Rd | AIR BAR | | | | | | | | | | | | | | | | | | | | | | | $1,965 | 42.0 | | | | | | | $1,965 | 42 |
| 314 | | EB DESIGN | | | | | | | | | | | | | | | | | | | | | | | $900 | 12.0 | | | | | | | $900 | 12 |
| 315 | **6035 Fresh pond Rd Total** | | | | | | | | | | | | | | | | | | | | | | | $2,865 | 54.0 | | | | | | | $2,865 | 54 |
| 316 | 66 WYCKOFF AL SAIDI | AIR BAR | | | | | | | | | | | | | | | | | | | | | | | $144 | 7 | | | | | | | $144 | 7 |
| 317 | | EB DESIGN | | | | | | | | | | | | | | | | | | | | | | | $600 | 8 | | | | | | | $600 | 8 |
| 318 | | JULL | | | | | | | | | | | | | | | | | | | | | | | $196 | 12 | | | | | | | $196 | 12 |
| 319 | **66 WYCKOFF AL SAIDI Total** | | | | | | | | | | | | | | | | | | | | | | | $940 | 27 | | | | | | | $940 | 27 |
| 320 | 7211 foggy bottom convenience llc | AIR BAR | $370 | 10 | $360 | 10 | $853 | 24 | $1,083 | 29 | | | $366 | 14 | | | | | $922 | 19 | $369 | 9 | $585 | 10 | | | | | | | $4,907 | 125 |
| 321 | | EB DESIGN | $90 | 1 | $900 | 10 | $440 | 5 | $784 | 9 | | | $900 | 11 | | | | | $1,199 | 14 | $340 | 5 | $765 | 9 | | | | | | | $10,456 | 63 |
| 322 | | ELFBAR | | | | | $90 | 1 | $90 | 1 | | | | | | | | | | | | | | | | | | | | | $370 | 3 |
| 323 | | FUME | $60 | 2 | $305 | 5 | $251 | 4 | $393 | 6 | | | | | | | | | $322 | 5 | $263 | 4 | $162 | 3 | | | | | | | $12,866 | 47 |
| 324 | | JULL | $87 | 2 | $87 | 1 | $435 | 7 | $190 | 3 | | | | | | | | | $270 | 3 | $694 | 10 | $392 | 5 | | | | | | | $12,440 | 35 |
| 325 | | LAVA | | | | | $65 | 1 | | | | | $130 | 2 | | | | | | | | | | | | | | | | | $195 | 3 |
| 326 | | LOST MARY | | | | | | | | | | | $90 | 1 | | | | | | | | | | | | | | | | | $90 | 1 |
| 327 | | MEGA | $159 | 3 | $106 | 3 | $106 | 3 | | | | | $159 | 5 | | | | | $53 | 1 | $159 | 3 | | | | | | | | | $742 | 18 |
| 328 | | MYLE | $82 | 1 | | | $75 | 1 | $157 | 3 | $382 | 5 | $75 | 1 | | | | | $225 | 3 | $75 | 1 | | | | | | | | | $11,071 | 15 |
| 329 | | VGOD | | | $57 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | $57 | 1 |
| 330 | | VUSE | | | | | | | | | | | $102 | 1 | | | | | | | | | | | | | | | | | $102 | 1 |
| 331 | **7211 foggy bottom convenience llc Total** | | $848 | 19 | $1,929 | 36 | $2,397 | 48 | $2,922 | 53 | | | $3,114 | 56 | | | | | $2,991 | 45 | $1,900 | 32 | $2,005 | 28 | | | | | | | $18,105 | 317 |
| 332 | 722 MIDTOWN CIGAR SHOP | AIR BAR | | | | | | | | | | | | | | | | | $81 | 3 | | | $887 | 21 | $3,626 | 93 | $923 | 15.0 | $3,544 | 98 | $5,007 | 88 | $11,648 | 318 |
| 333 | | CALI HONEY | | | $12 | 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | $12 | 20 |
| 334 | | DUMMY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $282 | 6 | $282 | 6 |
| 335 | | EB DESIGN | | | | | $88 | 1 | | | | | | | | | | | | | | | $160 | 2 | $2,550 | 39 | $144 | 2.0 | $1,080 | 19 | $1,125 | 17 | $17,271 | 151 |
| 336 | | ELFBAR | | | | | | | $2,125 | 31 | $340 | 5 | | | | | | | | | | | | | | | | | | | | | $3,465 | 36 |
| 337 | | FLUM | | | | | $198 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | $198 | 2 |
| 338 | | FUME | | | | | | | | | | | | | | | | | | | | | $301 | 5 | $110 | 2 | $414 | 11 | $40 | 1.0 | | | $5,865 | 19 |
| 339 | | FUNKY REPUBLIC | | | | | | | | | | | | | | | | | | | | | | | | | | | $385 | 7 | | | $385 | 7 |
| 340 | | GEEK BAR | | | | | | | | | | | | | | | | | | | | | | | | | | | $494 | 11 | $654 | 12 | $11,349 | 33 |
| 341 | | GUMMY | | | | | $120 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | $120 | 2 |
| 342 | | HYDE | | | | | | | | | | | | | | | | | $80 | 10 | | | $80 | 1 | $80 | 1 | $240 | 4.0 | | | | | $720 | 19 |
| 343 | | JULL | | | | | | | | | | | | | | | | | | | | | $384 | 24 | $663 | 39 | | | $294 | 15 | $196 | 12 | $11,547 | 90 |
| 344 | | LAVA | | | | | | | | | | | | | | | | | $55 | 1 | | | $55 | 2 | | | $540 | 12 | $720 | 12 | $1720 | 13 | $12,530 | 48 |
| 345 | | LOST MARY | | | | | | | | | | | | | | | | | | | | | $440 | 8 | | | | | $383 | 17 | $1,557 | 20 | $3,390 | 42 |
| 346 | | MYLE | | | | | $53 | 2 | | | | | | | | | | | $53 | 2 | | | | | $1,255 | 17 | $150 | 3.0 | $1,524 | 24 | $1,680 | 35 | $13,861 | 61 |
| 347 | | STIG | | | | | | | | | | | | | | | | | | | | | | | $110 | 1 | $550 | 5 | $110 | 1.0 | $315 | 3 | $11,205 | 11 |
| 348 | | VUSE | | | | | | | | | | | | | | | | | | | | | $452 | 9 | $440 | 1 | | | $560 | 12 | $268 | 7 | $2,742 | 54 |
| 349 | **722 MIDTOWN CIGAR SHOP Total** | | | | $471 | 27 | | | $2,465 | 36 | | | | | | | | | $135 | 11 | $1,274 | 25 | $2,266 | 59 | $11,267 | 247 | $1,207 | 26.0 | $10,037 | 213 | $9,382 | 204 | $18,503 | 848 |
| 350 | 89-26 STIZZY 707 | AIR BAR | | | | | | | $1,723 | 55 | | | | | | | | | | | | | | | | | | | | | | | $51,723 | 55 |
| 351 | | EB DESIGN | | | | | | | $1,349 | 15 | | | | | | | | | | | | | | | | | | | | | | | $11,349 | 15 |
| 352 | | ELFBAR | | | | | | | $185 | 2 | | | | | | | | | | | | | | | | | | | | | | | $185 | 2 |
| 353 | | FUME | | | | | | | $490 | 9 | | | | | | | | | | | | | | | | | | | | | | | $490 | 9 |
| 354 | | JULL | | | | | | | $420 | 7 | | | | | | | | | | | | | | | | | | | | | | | $420 | 7 |
| 355 | | MYLE | | | | | | | $905 | 15 | | | | | | | | | | | | | | | | | | | | | | | $905 | 15 |
| 356 | | VUSE | | | | | | | $412 | 6 | | | | | | | | | | | | | | | | | | | | | | | $412 | 6 |
| 357 | **89-26 STIZZY 707 Total** | | | | | | | | $5,484 | 109 | | | | | | | | | | | | | | | | | | | | | | | $5,484 | 109 |
| 358 | 894 SMART DELI | AIR BAR | | | | | | | | | | | $114 | 3 | | | | | | | | | | | | | | | | | | | $114 | 3 |
| 359 | | EB DESIGN | | | | | | | | | | | $720 | 8 | | | | | | | | | | | | | | | | | | | $720 | 8 |
| 360 | **894 SMART DELI Total** | | | | | | | | | | | | $834 | 11 | | | | | | | | | | | | | | | | | | | $834 | 11 |
| 361 | 921 NEW YORK DELI | AIR BAR | $55 | 1 | | | | | | | $154 | 4 | | | | | | | | | | | | | | | $355 | 7 | | | | | $564 | 12 |
| 362 | | AIRIS | | | | | | | | | $85 | 1 | | | | | | | | | | | | | | | | | | | | | $85 | 1 |
| 363 | | AIRO | | | | | | | | | $90 | 1 | | | | | | | | | | | | | | | | | | | | | $90 | 1 |
| 364 | | BLU | $25 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $25 | 1 |
| 365 | | FUME | | | | | | | | | $58 | 1 | | | | | | | | | | | | | | | | | | | | | $58 | 1 |
| 366 | | HYDE | $90 | 1 | | | | | | | $100 | 1 | | | | | | | | | | | | | | | | | | | | | $190 | 2 |
| 367 | | IVG | $80 | 1 | | | | | | | $80 | 1 | | | | | | | | | | | | | | | | | | | | | $160 | 2 |
| 368 | | JULL | | | | | | | | | $190 | 2 | | | | | | | | | | | | | | | | | | | | | $190 | 2 |
| 369 | | LAVA | | | | | | | | | $65 | 1 | | | | | | | | | | | | | | | | | | | | | $65 | 1 |

| no | CUSTOMER | brand | 2022/12 price | qty | 2023/01 price | qty | 2023/02 price | qty | 2023/03 price | qty | 2023/04 price | qty | 2023/05 price | qty | 2023/06 price | qty | 2023/07 price | qty | 2023/08 price | qty | 2023/09 price | qty | 2023/10 price | qty | 2023/11 price | qty | 2023/12 price | qty | 2024/01 price | qty | 2024/02 price | qty | Grand Total | qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 370 | | LOGIC | $116 | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $232 | 4 |
| 371 | | MEGA | $53 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $106 | 2 |
| 372 | | MYLE | $53 | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | $225 | 3 | | | $328 | 5 |
| 373 | | VIHO | | | | | | | | | $50 | 1 | | | | | | | | | | | | | | | | | | $45 | 1 | | | $45 | 5 |
| 374 | **920 NEW YORK DELI Total** | | **$472** | **8** | | | | | | | **$925** | **14** | | | | | | | | | | | | | | | | | **$741** | **13** | | | **$2,138** | **35** |
| 375 | 94-02 VAPITA CORPORATION | AIR BAR | | | | | | | $1,064 | 33 | | | | | | | | | | | | | | | | | | | | | | | | $1,064 | 33 |
| 376 | | EB DESIGN | | | | | | | $1,056 | 13 | | | | | | | | | | | | | | | | | | | | | | | | $1,056 | 13 |
| 377 | | ELFBAR | | | | | | | $270 | 3 | | | | | | | | | | | | | | | | | | | | | | | | $270 | 3 |
| 378 | | JULL | | | | | | | $190 | 2 | | | | | | | | | | | | | | | | | | | | | | | | $190 | 2 |
| 379 | **94-02 VAPITA CORPORATION Total** | | | | | | | | **$2,580** | **51** | | | | | | | | | | | | | | | | | | | | | | | **$2,580** | **51** |
| 380 | 98 FOUR SEASONS DELI N GRILL | AIR BAR | | | | | | | | | | | | | | | | | | | | | | | $288 | 8 | | | | | | | $288 | 8 |
| 381 | | EB DESIGN | | | | | | | | | | | | | | | | | | | | | | | $750 | 10 | | | | | | | $750 | 10 |
| 382 | | JULL | $261 | 30 | | | | | $87 | 6 | | | | | $190 | 30 | | | | | | | | | $196 | 12 | | | | | | | $1,114 | 114 |
| 383 | | MYLE | $352 | 5 | | | | | $858 | 14 | $719 | 11 | | | | | | | | | | | | | | | | | | | | | $1,929 | 30 |
| 384 | **98 FOUR SEASONS DELI N GRILL Total** | | **$613** | **35** | | | | | **$945** | **20** | **$1,099** | **47** | | | **$190** | **30** | | | | | | | | | **$1,234** | **30** | | | | | | | **$4,081** | **162** |
| 385 | 98 SMITH SHOP | AIR BAR | | | | | | | $1,154 | 18 | $108 | 6 | $1,158 | 41 | $210 | 5 | $255 | 8 | $1,520 | 41 | $1,741 | 31 | $1,902 | 49 | $2,048 | 57 | $1,635 | 50.0 | $214 | 12 | | | $11,943 | 338 |
| 386 | | BREEZE | | | | | | | | | $570 | 6 | | | | | | | | | | | | | | | | | | | | | $570 | 6 |
| 387 | | EB DESIGN | | | | | | | $1,620 | 20 | $630 | 7 | $1,965 | 30 | $1,190 | 15 | $1,785 | 25 | $3,060 | 44 | $1,604 | 25 | $800 | 15 | $2,147 | 31 | $1,494 | 23.0 | $1,107 | 21 | | | $17,489 | 256 |
| 388 | | ELFBAR | | | | | | | $265 | 3 | | | | | | | | | $179 | 2 | $90 | 1 | | | | | | | | | | | $534 | 6 |
| 389 | | FUME | | | | | | | | | $660 | 12 | $495 | 10 | $270 | 6 | | | $55 | 1 | $233 | 5 | | | $110 | 2 | $40 | 1.0 | | | | | $1,863 | 37 |
| 390 | | JULL | | | | | | | $345 | 16 | $285 | 3 | $592 | 16 | $582 | 17 | $370 | 13 | $370 | 13 | $428 | 13 | $588 | 40 | $241 | 13 | $392 | 15 | $630 | 17.0 | $490 | 15 | $4,942 | 178 |
| 391 | | LAVA | | | | | | | | | $58 | 1 | | | | | | | | | | | | | | | | | | | | | $60 | 1 |
| 392 | | LOGIC | | | | | | | | | $58 | 1 | | | | | | | | | | | | | | | | | | | | | $116 | 2 |
| 393 | | LOST MARY | | | | | | | | | $968 | 11 | | | | | $176 | 2 | | | | | | | $328 | 8 | | | $164 | 4 | | | $1,636 | 25 |
| 394 | | MYLE | | | | | | | $229 | 3 | $661 | 10 | $1,008 | 19 | $288 | 5 | $932 | 16 | $675 | 12 | $75 | 1 | $375 | 12 | $225 | 4 | $1,549 | 25.0 | $225 | 5 | $75 | 2 | $16,307 | 114 |
| 395 | | STIG | | | | | | | | | | | | | | | | | | | $220 | 2 | | | | | | | | | | | $220 | 2 |
| 396 | | VUSE | | | | | | | $94 | 1 | $254 | 4 | $156 | 2 | $32 | 1 | $204 | 4 | | | $226 | 6 | $204 | 3 | | | $340 | 7.0 | $520 | 6 | | | $2,240 | 36 |
| 397 | **98 SMITH SHOP Total** | | | | | | | | **$3,707** | **81** | **$4,183** | **60** | **$5,429** | **119** | **$2,572** | **49** | **$3,901** | **70** | **$5,737** | **111** | **$4,777** | **111** | **$3,521** | **92** | **$5,454** | **119** | **$5,694** | **123.0** | **$2,870** | **64** | **$75** | **2** | **$47,920** | **1,001** |
| 398 | **Grand Total** | | **$21,893** | **559** | **$43,831** | **1,001** | **$31,033** | **747** | **$30,037** | **685** | **$26,905** | **565** | **$66,245** | **1,457** | **$47,337** | **1,014** | **$53,319** | **1,238** | **$42,350** | **800** | **$45,899** | **954** | **$51,243** | **1,059** | **$69,794** | **1,416** | **$44,073** | **874.9** | **$42,538** | **839** | **$28,204** | **574** | **$644,702** | **13,784** |