# Exhibit M

facebook

Email or phone    Password    Log In    Forgot Account?



# Urban Smoke Distributors

93 likes • 113 followers

**Posts**    About    Photos    Videos

## Intro

Urban Smoke Distributors
Urban Smoke Distributors is your one stop place to get all smoke shop needs

- Page · E-Cigarette Store · Tobacco Store · Wholesale & Supply Store
- 34-10 58th Street, Queens, NY, United States, New York
- (347) 612-8410
- UrbanSmokeDistributors@gmail.com
- Www.UrbanSmokeDistributors.com
- Open now
- Not yet rated (0 Reviews)

**Urban Smoke Distributors** updated their cover photo.
December 15, 2022



4

Like    Comment

**Urban Smoke Distributors** updated their profile picture.
December 4, 2022