# Exhibit N



Packing Slip

BILL TO: Urban Smoke Distributors, 34-10 58th Street, Woodside, NY 11377
SHIP TO: Urban Smoke Distributors, 34-10 58th Street, Woodside, NY 11377
INVOICE # 2077
DATE 07/30/2023

| ACTIVITY | DESCRIPTION | QTY |
|---|---|---|
| E&B TE6000 Apple Peach 6000 Puffs | Apple Peach 6000 Puffs 4% | 50 |
| E&B TE6000 Blue Razz Ice 6000 Puffs | Blue Razz Ice 6000 Puffs 4% | 5 |
| E&B TE6000 Clear 6000 Puffs | Clear 6000 Puffs 4% | 5 |
| E&B TE6000 Grape Ice 6000 Puffs | Grape Ice 6000 Puffs 4% | 50 |
| E&B TE6000 Hawaii Punch 6000 Puffs | Hawaii Punch 6000 Puffs 4% | 50 |
| E&B TE6000 Ice Mint 6000 Puffs | Ice Mint 6000 Puffs 4% | 50 |
| E&B TE6000 Juicy Peach 6000 Puffs | Juicy Peach 6000 Puffs 4% | 50 |
| E&B TE6000 Lemon Drop 6000 Puffs | Lemon Drop 6000 Puffs 4% | 50 |
| E&B TE6000 Strawberry Ice 6000 Puffs | Strawberry Ice 6000 Puffs 4% | 50 |
| E&B TE6000 Watermelon Ice 6000 Puffs | Watermelon Ice 6000 Puffs 4% | 50 |
| Lost Mary OS5000 Peach Mango Watermelon | 5000 Puffs | 50 |
| Lost Mary Strawberry Mango 5000 Puffs Disposable | Strawberry Mango 5000 Puffs | 50 |
| Lost Mary Blue Razz Ice 5000 Puffs Disposable | Blue Razz Ice 5000 Puffs | 50 |
| Lost Mary Strawberry Ice 5000 Puffs Disposable | Strawberry Ice 5000 Puffs | 50 |
| Lost Mary OS5000 Black Mint | 5000 Puffs |  |
| Elf Bar BC5000 Berry Mix |  |  |
| Elf Bar Fuji Ice 5000 puffs Limited Edition | Kiwi Ice 5000 puffs Limited Edition | 200 |
| Elf Bar 5000 Puffs Lemon Mint | Lemon Mint Elf Bar 5000 Puffs | 200 |
| Elf Bar Malibu 5000 puffs Limited Edition | Malibu 5000 puffs Limited Edition | 60 |
| Elf Bar Miami Mint 5000 puffs Limited Edition | Miami Mint 5000 puffs Limited Edition | 4 |
| Elf Bar 5000 Puffs Peach Ice | Peach Ice Elf Bar 5000 Puffs | 1,4 |
| Elf Bar 5000 Puffs Strawberry Banana | Strawberry Banana Elf Bar 5000 Puffs |  |
| Elf Bar 5000 Puffs Strawberry Kiwi | Strawberry Kiwi Elf Bar 5000 Puffs |  |