# Exhibit O





