# Exhibit P


