# Exhibit Q







