# Exhibit R

| City | Address | Item purchased | Items observed | Date |
|---|---|---|---|---|
| Bronx | 2101 Williamsbridge Road | Elf Bar Strawberry Ice | None | 2/11/2023 |
| Bronx | 1905 Williamsbridge Road | Elf Bar Strawberry Kiwi | None | 2/11/2023 |
| Bronx | 4008 East Tremont Ave. | Elf Bar Watermelon Bubble Gum | None | 2/11/2023 |
| Bronx | 3357 East Tremont Ave. | Elf Bar Watermelon Ice | Elf Bar | 2/11/2023 |
| Bronx | 3840 East Tremont Ave. | Elf Bar Watermelon Ice | None | 2/11/2023 |
| Brooklyn | 5301 4th Ave. | Air Bar Box Blueberry Raspberry | Elf Bar, Fume, Lava, Juul, Logic, Myle | 3/2/2023 |
| Brooklyn | 1714 West 6th St. | Air Bar Box Watermelon Apple Ice | Elf Bar, Myle, Fume, Air Bar | 3/10/2023 |
| Brooklyn | 117 Bay Ridge Ave. | Air Bar Diamond Clear | Juul, Logic | 3/2/2023 |
| Brooklyn | 82 Havemeyer St. | Air Bar Diamond Clear | None | 3/2/2023 |
| Brooklyn | 10006 4th Ave. | Compliant | None | 3/2/2023 |
| Brooklyn | 9116 3rd Ave. | Compliant | None | 3/2/2023 |
| Brooklyn | 7024 3rd Ave. | Compliant | None | 3/2/2023 |
| Brooklyn | 6905 Ridge Blvd. | Compliant | None | 3/2/2023 |
| Brooklyn | 6636 3rd Ave. | Compliant | None | 3/2/2023 |
| Brooklyn | 751 4th Ave. | Compliant | None | 3/2/2023 |
| Brooklyn | 597 4th Ave. | Compliant | None | 3/2/2023 |
| Brooklyn | 331 Nostrand Ave. | Compliant | None | 3/2/2023 |
| Brooklyn | 75 7th Ave. | Compliant | None | 3/2/2023 |
| Brooklyn | 8604 4th Ave. | Compliant | Hyde Tobacco Series American | 3/2/2023 |
| Brooklyn | 6824 4th Ave. | Compliant | Puff Plus Tobacco | 3/2/2023 |
| Brooklyn | 95 7th Ave. | Compliant | None | 3/2/2023 |
| Brooklyn | 206 7th Ave. | Compliant | None | 3/2/2023 |
| Brooklyn | 8401 15th Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 6317 20th Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 6520 18th Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 6824 20th Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 8017 20th Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 1781 Bay Ridge Parkway | Compliant | None | 3/10/2023 |
| Brooklyn | 8775 Bay Ridge Parkway | Compliant | None | 3/10/2023 |
| Brooklyn | 8511 Bay Parkway | Compliant | None | 3/10/2023 |
| Brooklyn | 1626 Stillwell Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 1801 Stillwell Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 1890 West 6th St. | Compliant | None | 3/10/2023 |
| Brooklyn | 383 Avenue X | Compliant | None | 3/10/2023 |
| Brooklyn | 603 Avenue Z | Compliant | None | 3/10/2023 |
| Brooklyn | 262 Neptune Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 1929 Avenue U | Compliant | None | 3/10/2023 |
| Brooklyn | 2404 Coney Island Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 3031 Coney Island Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 2317 Coney Island Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 730 Kings Highway | Compliant | None | 3/10/2023 |
| Brooklyn | 1426 Kings Highway | Compliant | None | 3/10/2023 |
| Brooklyn | 287 Smith St. | Compliant | None | 3/10/2023 |
| Brooklyn | 285 Smith St. | Compliant | None | 3/10/2023 |
| Brooklyn | 301 Smith St. | Compliant | None | 3/10/2023 |
| Brooklyn | 414 4th Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 239 9th Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 514 4th Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 548 Coney Island Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 1223 Church Ave. | Compliant | None | 3/10/2023 |
| Brooklyn | 852 Coney Island Ave. | Compliant | None | 3/10/2023 |

| City | Address | Item purchased | Items observed | Date |
|------|---------|----------------|----------------|------|
| Brooklyn | 1421 Gravesend Neck Rd. | Compliant | None | 3/10/2023 |
| Brooklyn | 370 Avenue P | Elf Bar Beach Day | Vuse, Juul | 3/10/2023 |
| Brooklyn | 599 4th Ave. | Elf Bar Blue Cotton Candy | Logic, Fume, Myle, Air Bar | 3/2/2023 |
| Brooklyn | 8120 18th Ave. | Elf Bar Blue Cotton Candy | None | 3/10/2023 |
| Brooklyn | 8509 4th Ave. | Elf Bar Cranberry Punch | None | 3/2/2023 |
| Brooklyn | 375 Graham Ave. | Elf Bar Malibu | None | 3/2/2023 |
| Brooklyn | 618 Metropolitan Ave. | Elf Bar Orange Soda | Lava, Juul, Logic, Elf Bar, Air Bar, Esco Bars, Myle | 3/2/2023 |
| Brooklyn | 377 Flatbush Ave. | Elf Bar Rainbow Candy | Myle, Vuse, Juul | 3/2/2023 |
| Brooklyn | 1702 Sheepshead Bay Rd. | Elf Bar Rainbow Cloudz | Juul, Myle, Elf Bar, Lava, Fume, Pacha, Daze, YME | 3/10/2023 |
| Brooklyn | 8623 3rd Ave. | Elf Bar Strawberry Ice | Myle, Juul | 3/2/2023 |
| Brooklyn | 213 Union Ave. | Elf Bar Strawberry Watermelon | None | 3/2/2023 |
| Brooklyn | 9305 3rd Ave. | Elf Bar Watermelon Bubble Gum | None | 3/2/2023 |
| Brooklyn | 9257 4th Ave. | Elf Bar Watermelon Ice | None | 3/2/2023 |
| Brooklyn | 339 Graham Ave. | Esco Bars Straw Nanners Ice | Elf Bar, Puff, Fume, Lava, Myle | 3/2/2023 |
| Brooklyn | 335 7th Ave. | Fume Black Ice | Myle, Mega | 3/2/2023 |
| Brooklyn | 489 Grand St. | Fume Bubblegum | None | 3/2/2023 |
| Brooklyn | 268 Kings Highway | Fume Coffee Tobacco | Juul, Myle, Mega, Fume | 3/10/2023 |
| Brooklyn | 390 Metropolitan Ave. | Fume Cotton Candy | Elf Bar, Fume, Juul | 3/2/2023 |
| Brooklyn | 1953 86th St. | Fume Fresh Vanilla | Elf Bar, Juul, Logic, Fume, *__Hyde__*, Blu | 3/10/2023 |
| Brooklyn | 1348 Coney Island Ave. | Fume Infinity Blueberry Lemonade | Elf Bar, Myle, Mega, Air Bar | 3/10/2023 |
| Brooklyn | 555 Metropolitan Ave. | Fume Infinity Cotton Candy | Lava, Elf Bar, Myle, Fume, *__Hyde__* | 3/2/2023 |
| Brooklyn | 1780 Coney Island Ave. | Fume Infinity Rainbow Candy | Myle, Packspod, Fume | 3/10/2023 |
| Brooklyn | 317 7th Ave. | Fume Pina Colada | Air Bar, Elf Bar, *__Hyde__*, Lava, Lost Mary, Myle | 3/2/2023 |
| Brooklyn | 1624 Avenue M | Fume Pink Lemonade | Air Bar, Fume, Elf Bar, *__Hyde__* | 3/10/2023 |
| Brooklyn | 6902 5th Ave. | Fume Rainbow Candy | Elf Bar, Fume, Lava, Juul, Myle | 3/2/2023 |
| Brooklyn | 7724 5th Ave. | Lava Plus Clear | Myle, Fume, Stig | 3/2/2023 |
| Brooklyn | 9401 3rd Ave. | Lava Plus Clear Ice | None | 3/2/2023 |
| Brooklyn | 8604 5th Ave. | Lava Plus Guava Ice | Lava, Fume, *__Hyde__*, Elf Bar, Mega, Juul, Myle, Whiff | 3/2/2023 |
| Brooklyn | 7423 18th St. | Lava Plus Guava Ice | Lava, Mega, Elf Bar, Air Bar, Logic | 3/10/2023 |
| New York | 51 E 34th St. | Air Bar Black Ice | Air Bar, Fume | 2/22/2023 |
| New York | 102 Clinton St. | Air Bar Box Cool Mint | Air Bar, Fume, Infinity, Elf Bar | 2/24/2023 |
| New York | 224 West 35th St. | Air Bar Box Grape Ice | Elf Bar, Air Bar, Myle, Fume | 2/24/2023 |
| New York | 94A Chambers St. | Air Bar Box Love Story | Air Bar, Fume | 2/17/2023 |
| New York | 193 Spring St. | Air Bar Box Mix Berries | Elf Bar, Air Bar | 2/17/2023 |
| New York | 278 7th Ave. | Air Bar Box Sakura Apricot Nectar | Air Bar, Fume, Esco Bars, Elf Bar, Lava | 2/18/2023 |
| New York | 107A Clinton St. | Air Bar Box Sour Apple Ice | Myle, Elf Bar, Air Bar, Lost Mary, Fume | 2/24/2023 |
| New York | 142 Delancey St. | Air Bar Box Watermelon Apple Ice | Elf Bar, Air Bar, *__Hyde__* | 2/24/2023 |
| New York | 527 W 207th St. | Air Bar Diamond Blueberry Ice | None | 2/17/2023 |
| New York | 4971 Broadway | Air Bar Diamond Blueberry Ice | None | 2/17/2023 |
| New York | 342 7th Ave. | Air Bar Diamond Blueberry Ice | Air Bar, Fume | 2/18/2023 |
| New York | 201 Dyckman St. | Air Bar Diamond Blueberry Raspberry | None | 2/17/2023 |
| New York | 1 Sherman Ave. | Air Bar Diamond Blueberry Raspberry | None | 2/17/2023 |
| New York | 443 3rd Ave. | Air Bar Diamond Cherry Cola | Air Bar | 2/24/2023 |
| New York | 1315 2nd Ave. | Air Bar Diamond Cranberry Lemonade Ice | None | 2/11/2023 |
| New York | 369 7th Ave. | Air Bar Diamond Cranberry Lemonade Ice | None | 2/18/2023 |
| New York | 213 1st Ave. | Air Bar Diamond Love Story | Air Bar, Fume | 2/24/2023 |
| New York | 110 Delancey St. | Air Bar Diamond Peach Mango | Air Bar, Myle, Lava, *__Hyde__*, Elf Bar, Fume | 2/24/2023 |
| New York | 4382 Broadway | Air Bar Diamond Pineapple Ice | None | 2/17/2023 |
| New York | 317 1st Ave. | Air Bar Diamond Rainbow Candy | Air Bar, *__Hyde,__* Elf Bar, Lava, Myle | 2/24/2023 |
| New York | 402 E 14th St. | Air Bar Diamond Rainbow Candy | Air Bar, Elf Bar, Fume | 2/24/2023 |
| New York | 4799 Broadway | Air Bar Diamond Raspberry Grapefruit | None | 2/17/2023 |

| City | Address | Item purchased | Items observed | Date |
|------|---------|----------------|----------------|------|
| New York | 4765 Broadway | Air Bar Diamond Raspberry Grapefruit | None | 2/17/2023 |
| New York | 1567 York Ave. | Air Bar Diamond Strawberry Ice | None | 2/11/2023 |
| New York | 271 1st Ave. | Air Bar Diamond Watermelon Apple Ice | Air Bar, Fume, Myle | 2/24/2023 |
| New York | 250 3rd Ave. | Air Bar Diamond Watermelon Bombe | Air Bar, Elf Bar | 2/24/2023 |
| New York | 1391 2nd Ave. | Air Bar Diamond Watermelon Ice | None | 2/11/2023 |
| New York | 1347 2nd Ave. | Air Bar Diamond Watermelon Ice | None | 2/11/2023 |
| New York | 162 1st Ave. | Air Bar Mini Cool Mint | Elf Bar, Air Bar, Myle | 2/24/2023 |
| New York | 4930 Broadway | Air Bar Mini Mango Tangelo | None | 2/17/2023 |
| New York | 580 8th Ave. | Compliant | None | 2/10/2023 |
| New York | 690 10th Ave. | Compliant | None | 2/10/2023 |
| New York | 247 W 36th St. | Compliant | None | 2/10/2023 |
| New York | 454 9th Ave. | Compliant | None | 2/10/2023 |
| New York | 468 9th Ave. | Compliant | None | 2/10/2023 |
| New York | 43 W 29th St. | Compliant | None | 2/10/2023 |
| New York | 251 5th Ave. | Compliant | None | 2/10/2023 |
| New York | 1250 Broadway | Compliant | None | 2/10/2023 |
| New York | 152 W 31st St. | Compliant | None | 2/10/2023 |
| New York | 3501 Broadway | Compliant | None | 2/17/2023 |
| New York | 110 W Houston St. | Compliant | Elf Bar Cuba Cigar | 2/18/2023 |
| New York | 736 Broadway | Elf Bar Blue Razz Ice | Fume, Air Bar, Elf Bar, Myle, Hyde | 2/18/2023 |
| New York | 716 2nd Ave. | Elf Bar Blue Razz Ice | None | 2/24/2023 |
| New York | 76 Clinton St. | Elf Bar Blue Razz Ice | None | 2/24/2023 |
| New York | 381 5th Ave. | Elf Bar Blue Razz Lemonade | Elf Bar, Air Bar | 2/24/2023 |
| New York | 3 Maiden Ln. | Elf Bar Cranberry Grape | Elf Bar, Air Bar, Fume | 2/17/2023 |
| New York | 183 W 10th St. | Elf Bar Cranberry Grape | Elf Bar | 2/17/2023 |
| New York | 249 W 26th St. | Elf Bar Cranberry Grape | None | 2/18/2023 |
| New York | 24 Maiden Ln. | Elf Bar Crazi Berry | None | 2/17/2023 |
| New York | 162 East 23rd St. | Elf Bar Crazi Berry | None | 2/24/2023 |
| New York | 158th W 30th St. | Elf Bar Fuji Ice | None | 2/10/2023 |
| New York | 482 3rd Ave. | Elf Bar Miami Mint | Elf Bar | 2/24/2023 |
| New York | 244 East 23rd St. | Elf Bar Peach Berry | None | 2/24/2023 |
| New York | 236 E 13th St. | Elf Bar Peach Ice | None | 2/18/2023 |
| New York | 28 E 33rd St. | Elf Bar Rainbow Candy | None | 2/18/2023 |
| New York | 101 W 25th St. | Elf Bar Red Mojito | None | 2/18/2023 |
| New York | 206 Thompson St. | Elf Bar Sakura Grape | None | 2/18/2023 |
| New York | 423A 2nd Ave. | Elf Bar Sakura Grape | Elf Bar | 2/24/2023 |
| New York | 1590 2nd Ave. | Elf Bar Strawberry Ice | None | 2/11/2023 |
| New York | 254 West 35th St. | Elf Bar Strawberry Ice | Elf Bar, Lava Plus, Myle | 2/24/2023 |
| New York | 827 6th Ave. | Elf Bar Strawberry Kiwi | None | 2/10/2023 |
| New York | 1585 3rd Ave. | Elf Bar Strawberry Kiwi | None | 2/11/2023 |
| New York | 108 3rd Ave. | Elf Bar Strawberry Mango | None | 2/18/2023 |
| New York | 346 9th Ave. | Elf Bar Strawberry Watermelon (unboxed) | None | 2/10/2023 |
| New York | 234 Thompson St. | Elf Bar Strazz | None | 2/18/2023 |
| New York | 277 Bleecker St. | Elf Bar Summertime | None | 2/17/2023 |
| New York | 88 Nassau St. | Elf Bar Triple Berry Ice | None | 2/17/2023 |
| New York | 79 Clinton St. | Elf Bar Triple Berry Ice | None | 2/24/2023 |
| New York | 153 East 143rd St. | Elf Bar Tropical Rainbow Blast (unboxed) | None | 2/10/2023 |
| New York | 721 8th Ave. | Elf Bar Watermelon Ice | None | 2/10/2023 |
| New York | 1390 3rd Ave. | Elf Bar Watermelon Ice | None | 2/11/2023 |
| New York | 1726 2nd Ave. | Elf Bar Watermelon Ice | None | 2/11/2023 |
| New York | 3491 Broadway | Elf Bar Watermelon Ice | None | 2/17/2023 |

| City | Address | Item purchased | Items observed | Date |
|------|---------|----------------|----------------|------|
| New York | 51 W 29th St. | Elf Bar Watermelon Ice | None | 2/18/2023 |
| New York | 3422 Broadway | Elf Bar, Strazz | None | 2/17/2023 |
| New York | 141 4th Ave. | Esco Bars Clear | None | 2/18/2023 |
| New York | 558 B 7th Ave. | Esco Bars Watermelon Ice | None | 2/10/2023 |
| New York | 7 Maiden Ln. | Fume Infinity Double Apple | Elf Bar, Air Bar, Myle | 2/17/2023 |
| New York | 1525 York Ave. | Fume Ultra Strawberry | *Hyde* , Air Bar, Myle Mini | 2/11/2023 |
| New York | 17 Clinton St. | Juicy Bar Mexican Mango Ice | Elf Bar, Juicy Bar, Myle | 2/24/2023 |
| New York | Penn Station Amtrack Level 1 | Juicy Bar Peach Mango Pineapple | None | 2/17/2023 |
| New York | 61 Grove St. | Lava Plus Bloom | Air Bar, Myle, Lava Plus, Fume | 2/17/2023 |
| New York | 388 6th Ave. | Lava Plus Blueberry Raspberry Lemon | None | 2/18/2023 |
| New York | 16 Maiden Ln. | Lava Plus Cool Mint | Elf Bar | 2/17/2023 |
| New York | 317 6th Ave. | Lava Plus Cool Mint | None | 2/18/2023 |
| New York | 204 Spring St. | Lava Plus Ice Grape | Elf Bar, Myle | 2/17/2023 |
| New York | 145 Nassau St. | Lava Plus Splash Ice | None | 2/17/2023 |
| New York | 592 3rd Ave. | Lava Plus Splash Ice | None | 2/24/2023 |
| New York | 208 Ave. A | Lava Plus Strawberry Banana | Elf Bar, Fume, Myle, Lava, UNC, KIK, **Hyde** | 2/24/2023 |
| New York | 872 6th Ave. | Lava Plus Strawberry Ice | Elf Bar, Lava Plus, Fume | 2/22/2023 |
| New York | 22 West 34th St. | Lava Plus Strawberry Watermelon Bubble Gum | Lava Plus, Air Bar, Myle, Fume | 2/18/2023 |
| New York | 53 Ave. B | Lava Plus Watermelon with Mint | Elf Bar, Lost Mary, Lava, Air Bar, Fume | 2/24/2023 |
| New York | 705 2nd Ave. | Puff Plus Watermelon | None | 2/24/2023 |
| New York | 334 9th Ave. | Sugar Daddy Bar Clear (flavored with mint) | None | 2/10/2023 |
| New York | 110 MacDougal St. | YME QB XXL Strawberry Banana | None | 2/18/2023 |
| Queens | 4201 30th Ave. | Air Bar Box Apple Raspberry | Fume, Infinity, Elf Bar, Air Bar, Myle, **Hyde** | 2/26/2023 |
| Queens | 3192 (or 31-92) 21st St. | Air Bar Box Apple Raspberry | Myle, Crave, Air Bar, Esco Bars, Fume, Logic | 2/26/2023 |
| Queens | 33-14 Ditmars Blvd. | Air Bar Box Cherry Kiwi | Elf Bar, Infinity, Fume | 3/4/2023 |
| Queens | 2923A (29-23) Queens Blvd. | Air Bar Box Cool Lemon | Myle, **Hyde,** Mega, Air Bar | 3/4/2023 |
| Queens | 3319 30th St. | Air Bar Box Peach Mango | Elf Bar, Air Bar | 2/26/2023 |
| Queens | 4116 30th Ave. | Air Bar Diamond Cherry Cola | Elf Bar, Air Bar, Fume, Myle | 2/26/2023 |
| Queens | 2504 31st St. | Air Bar Diamond Grape Ice | Air Bar | 3/4/2023 |
| Queens | 29-24A Hoyt Ave. South | Air Bar Diamond Pink Lemonade | None | 3/4/2023 |
| Queens | 32-05 Crescent | Air Bar Diamond Strawberry Ice | None | 2/26/2023 |
| Queens | 3071 24th Ave. | Air Bar Diamond Watermelon Ice | None | 3/4/2023 |
| Queens | 171-75 46th Ave. | Air Bar Diamond Watermelon Ice | Juul, Mega | 3/11/2023 |
| Queens | 30-03 Queens Blvd. | Compliant | None | 3/4/2023 |
| Queens | 30-02 Queens Blvd. | Compliant | None | 3/5/2023 |
| Queens | 7009 Austin St. | Compliant | None | 3/5/2023 |
| Queens | 70-09 Austin St. | Compliant | None | 3/5/2023 |
| Queens | 110-84A Queens Blvd. | Compliant | None | 3/5/2023 |
| Queens | 50-15 Skillman Ave. | Compliant | None | 3/5/2023 |
| Queens | 72-36 Austin St. | Compliant | None | 3/5/2023 |
| Queens | 3812 Queens Blvd. | Compliant | None | 3/11/2023 |
| Queens | 79-24 Parsons Ave. | Compliant | None | 3/11/2023 |
| Queens | 3001 Steinway St. | Compliant | None | 3/11/2023 |
| Queens | 2574 Steinway St. | Compliant | None | 3/11/2023 |
| Queens | 69-34 Main St. | Compliant | None | 3/11/2023 |
| Queens | 163-10 Pidgeon Meadow Rd. | Compliant | None | 3/11/2023 |
| Queens | 23-95 31st St. | Compliant | None | 3/11/2023 |
| Queens | 49-21 Queens Blvd. | Compliant | None | 3/11/2023 |
| Queens | 3805 (38-05) Ditmars Blvd. | Elf Bar Blue Razz Ice | None | 3/4/2023 |
| Queens | 2544 Broadway | Elf Bar Blue Razz Lemon | None | 2/26/2023 |

| City | Address | Item purchased | Items observed | Date |
|---|---|---|---|---|
| Queens | 2205 35th St. | Elf Bar Blue Razz Lemon | None | 3/4/2023 |
| Queens | 4220 Broadway | Elf Bar Peach Ice | Elf Bar, Air Bar | 2/26/2023 |
| Queens | 37-17A | Elf Bar Peach Ice | None | 2/26/2023 |
| Queens | 30-23 30th Ave. | Elf Bar Pineapple Coconut Ice | Elf Bar | 3/4/2023 |
| Queens | 3010 (30-10) Broadway | Elf Bar Sakura Grape | None | 2/26/2023 |
| Queens | 10621 71st Ave. | Elf Bar Sakura Grape | None | 3/5/2023 |
| Queens | 30-23 30 Ave | Elf Bar Sour Apple | Elf Bar | 2/26/2023 |
| Queens | 106-16 71st Ave. | Elf Bar Strawberry Banana | Logic, Blu, Air Bar, Juul, *Hyde* | 3/5/2023 |
| Queens | 3021 30th Ave. | Elf Bar Strawberry Ice | None | 3/4/2023 |
| Queens | 45-17 Broadway | Elf Bar Strawberry Ice | Air Bar, Fume, Elf Bar | 3/11/2023 |
| Queens | 3706 Ditmars Blvd. | Elf Bar Strawberry Mango | None | 3/4/2023 |
| Queens | 31-07 31st Ave. | Elf Bar Strawberry Watermelon | Fume, Lava, Air Bar | 2/26/2023 |
| Queens | 2827 (28-27) 31st St. | Elf Bar Strawberry Watermelon | None | 3/4/2023 |
| Queens | 31-10 Broadway | Elf Bar Vanilla Ice Cream | Elf Bar, Air Bar, Myle, Logic, Fume, STK | 2/26/2023 |
| Queens | 2920 23rd Ave. | Elf Bar Watermelon Bubble Gum | Elf Bar | 3/4/2023 |
| Queens | 71-41 Austin St. | Esco Bars Fuitia Snow Cone Ice | Esco Bars, Elf Bar, Myle, Air Bar, Lost Mary, Lava, *Hyde*, STIG | 3/5/2023 |
| Queens | 31-89 Steinway St. | Esco Bars Lychee Ice | Air Bar, Fume, Myle, Elf Bar | 2/26/2023 |
| Queens | 2528 Broadway | Lava Plus Berry Mist | Lava, Myle, *Hyde*, Air Bar | 2/26/2023 |
| Queens | 36-20 30th Ave. | Lava Plus Cherry Banana | Lava | 2/26/2023 |
| Staten Island | 112 Ocean Ave. | Air Bar Box Orange Juice | None | 3/7/2023 |
| Staten Island | 1720 Victory Blvd. | Air Bar Box Watermelon Ic | Vuse, Logic, Juul, Myle, Blu | 2/27/2023 |
| Staten Island | 1244 Richmond Rd. | Air Bar Diamond Mango Strawberry | Myle, Juul | 3/7/2023 |
| Staten Island | 3014 Richmond Rd. | Air Bar Diamond Watermelon Ice | Myle, Juul, Logic | 2/27/2023 |
| Staten Island | 1572 Forest Ave. | Compliant | Myle True Tobacco | 2/16/2023 |
| Staten Island | 1174 Hylan Blvd. | Compliant | None | 2/16/2023 |
| Staten Island | 1334 Richmond Rd. | Compliant | Myle Meta Box Sweet Tobacco | 2/16/2023 |
| Staten Island | 2-6 New Dorp Ln. | Compliant | Flair Plus Smooth Tobacco | 2/16/2023 |
| Staten Island | 99 Guyon Ave. | Compliant | None | 2/16/2023 |
| Staten Island | 630 Arthur Kill Rd. | Compliant | Blu Classic Tobacco | 2/16/2023 |
| Staten Island | 1281 Arthur Kill Rd. | Compliant | Lava Plus Cuban Tobacco | 2/16/2023 |
| Staten Island | 1430 Richmond Ave. | Compliant | None | 2/16/2023 |
| Staten Island | 950 Richmond Ave. | Compliant | None | 2/16/2023 |
| Staten Island | 175 Targee St. | Compliant | None | 2/16/2023 |
| Staten Island | 960 Bloomingdale Rd. | Compliant | Myle Sweet Tobacco | 2/25/2023 |
| Staten Island | 27 Seguine Ave. | Compliant | Myle Mini Tobacco Red | 2/25/2023 |
| Staten Island | 6372 Amboy Rd. | Compliant | Lava Big Boy Cuban Tobacco | 2/25/2023 |
| Staten Island | 289 Page Ave. | Compliant | Myle Mini Tobacco Gold | 2/25/2023 |
| Staten Island | 7254 Amboy Rd. | Compliant | None | 2/25/2023 |
| Staten Island | 1445 Richmond Ave. | Compliant | None | 2/27/2023 |
| Staten Island | 590 Midland Ave. | Compliant | None | 2/27/2023 |
| Staten Island | 114 Lincoln Ave. | Compliant | None | 2/27/2023 |
| Staten Island | 3701 Amboy Rd. | Compliant | None | 2/27/2023 |
| Staten Island | 3835 Richmond Ave. | Compliant | None | 2/27/2023 |
| Staten Island | 3854 Richmond Ave. | Compliant | None | 2/27/2023 |
| Staten Island | 175 Garretson Ave. | Compliant | Myle Mini Tobacco Gold | 2/27/2023 |
| Staten Island | 635 N Railroad Ave. | Compliant | Myle Mini Tobacco | 2/27/2023 |
| Staten Island | 44 New Dorp Plaza | Compliant | Myle Mini Tobacco | 2/27/2023 |
| Staten Island | 3161 Amboy Rd. | Compliant | Flair Plus Smooth Tobacco | 2/27/2023 |
| Staten Island | 4300 Amboy Rd. | Compliant | Myle Mini Tobacco Gold | 2/27/2023 |
| Staten Island | 4346 Richmond Ave. | Compliant | None | 2/27/2023 |
| Staten Island | 1774 Forest Ave. | Compliant | None | 3/7/2023 |

| City | Address | Item purchased | Items observed | Date |
|------|---------|----------------|----------------|------|
| Staten Island | 1190 Bay St. | Compliant | None | 3/7/2023 |
| Staten Island | 278 Sand Lane | Compliant | None | 3/7/2023 |
| Staten Island | 2443 Richmond Ave. | Compliant | None | 3/7/2023 |
| Staten Island | 452 Nome Ave. | Compliant | None | 3/7/2023 |
| Staten Island | 2325 Richmond Ave. | Compliant | None | 3/7/2023 |
| Staten Island | 3459 Richmond Rd. | Compliant | None | 3/7/2023 |
| Staten Island | 748 Forest Ave. | Compliant | None | 3/7/2023 |
| Staten Island | 496 Arthur Kill Rd. | Compliant | None | 3/7/2023 |
| Staten Island | 3277 Richmond Ave. | Compliant | None | 3/7/2023 |
| Staten Island | 3259 Richmond Ave. | Compliant | None | 3/7/2023 |
| Staten Island | 51 Richmond Hill Rd. | Compliant | None | 3/7/2023 |
| Staten Island | 960 Bloomingdale Rd. | Elf Bar Black Winter | Lava, Air Bar, Zenith, Myle, Elf Bar | 2/25/2023 |
| Staten Island | 95 Page Ave. | Elf Bar Black Winter | Air Bar, Elf Bar, Myle, KIK, Zenith | 2/25/2023 |
| Staten Island | 2001 Victory Blvd. | Elf Bar Black Winter | Myle, Lava | 2/27/2023 |
| Staten Island | 3845 Richmond Ave. | Elf Bar Blue Razz Ice | None | 2/27/2023 |
| Staten Island | 604 Richmond Rd. | Elf Bar Cranberry Grape | Myle, Lava, Elf Bar | 2/27/2023 |
| Staten Island | 136 New Dorp Ln. | Elf Bar Kiwi Passion Fruit Guava | Myle, Logic, Flair, Lava Juul | 2/27/2023 |
| Staten Island | 2110 Richmond Rd. | Elf Bar Mango Peach | Elf Bar, Myle, Air Bar, YME, Lost Mary, Lava | 2/27/2023 |
| Staten Island | 1172 Victory Blvd., Unit 4 | Elf Bar Sour Apple | Myle, Juul | 2/27/2023 |
| Staten Island | 2151 Arthur Kill Rd. | Elf Bar Strawberry Banana | None | 2/25/2023 |
| Staten Island | 3896B Richmond Ave. | Elf Bar Strawberry Banana | Elf Bar | 2/27/2023 |
| Staten Island | 1250 Hylan Blvd, STE 8B | Elf Bar Strawberry Cream | None | 2/16/2023 |
| Staten Island | 1775 Richmond Rd. | Elf Bar Strawberry Ice | Elf Bar | 2/16/2023 |
| Staten Island | 56 Seguine Ave. | Elf Bar Strawberry Mango | None | 2/25/2023 |
| Staten Island | 5832 Amboy Rd. | Elf Bar Strawberry Mango | Lava, Air Bar, Lost Mary, NEX, Elf Bar | 2/25/2023 |
| Staten Island | 150L Greaves Ln. | Elf Bar Strawberry Pina Colada | Lava Plus, Popsicle, Evo Bar | 2/16/2023 |
| Staten Island | 6276 Amboy Rd. | Elf Bar Strawberry Watermelon | None | 2/25/2023 |
| Staten Island | 1949 Richmond Ave. | Lava Plus Banana | None | 2/16/2023 |
| Staten Island | 1811 Victory Blvd. | Lava Plus Banana | Air Bar, Mega, Lava, Juul, Fume | 3/7/2023 |
| Staten Island | 331 Sand Lane | Lava Plus Banana | None | 3/7/2023 |
| Staten Island | 3555 Victory Blvd. | Lava Plus Banana | None | 3/7/2023 |
| Staten Island | 1130 Bay St. | Lava Plus Berry Mist | Air Bar, Lava | 3/7/2023 |
| Staten Island | 310 Bradley Ave. | Lava Plus Blueberry Raspberry Lemon | Vuse, Juul | 3/7/2023 |
| Staten Island | 1975 Victory Blvd. #2 | Lava Plus Cherry Banana | Packspod, Elf Bar, Ghost, Air Bar, Esco Bars | 2/27/2023 |
| Staten Island | 1106 Forest Ave. | Lava Plus Fruit Ice | None | 2/16/2023 |
| Staten Island | 3295 Amboy Rd. | Lava Plus Fruit Ice | None | 2/16/2023 |
| Staten Island | 580 Midland Ave. | Lava Plus Fruit Ice | Myle, Mega, Fliar, Fume, KIK | 2/27/2023 |
| Staten Island | 520 Forest Ave. | Lava Plus Ice Grape | None | 3/7/2023 |
| Staten Island | 420 Forest Ave. | Lava Plus Ice Grape | Air Bar, Myle, Lava | 3/7/2023 |
| Staten Island | 652 Forest Ave. | Lava Plus Mango Ice | None | 2/16/2023 |
| Staten Island | 2035 Victory Blvd. | Lava Plus Mango Ice | None | 2/27/2023 |
| Staten Island | 61 Page Ave. | Lava Plus Orange Plus | None | 2/25/2023 |
| Staten Island | 1201 Bay St. | Lava Plus Peach Ice | None | 3/7/2023 |
| Staten Island | 105 Guyon Ave. | Lava Plus Strawberry Banana | None | 2/16/2023 |
| Staten Island | 2236 Victory Blvd. | Lava Plus Strawberry Banana | Air Bar, Lava | 3/7/2023 |
| Staten Island | 2201 Hylan Blvd. | Lava Plus Strawberry Ice | Myle, UNC, Logic, Blu | 2/27/2023 |
| Staten Island | 1427 Forest Ave. | Lava Plus Strawberry Milkshake | None | 2/16/2023 |
| Staten Island | 1272 Bay St. | Lava Plus Strawberry Watermelon Bubble Gum | Myle, Logic, Blu, Mega, Cubano | 3/7/2023 |
| Staten Island | 3977 Hylan Blvd. | Myle Mini Iced Quadberry | Juul, Logic, Myle | 2/27/2023 |
| Staten Island | 146 Armstrong Ave & 4203 Hylan Blvd. | Packspod Guava Bubble Gum | Myle, Lava, Mega, Elf Bar | 2/27/2023 |
| Staten Island | 1267 Forest Ave. | Vybe Cola Freeze | None | 2/16/2023 |