

THE CITY OF NEW YORK
LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

100 CHURCH STREET
NEW YORK, NEW YORK 10007

**Alexandra Jung**
Assistant Corporation Counsel
212.356.2299

This request is GRANTED. The September 9, 2024, conference is adjourned to September 30, 2024, at 11:00am. SO ORDERED.

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge
September 5, 2024

**By ECF**
The Hon. Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: ***The City of New York v. EnviroMD Group LLC, et al.*, Case No. 24-5161**

Dear Judge Willis:

This Office represents Plaintiff the City of New York (the "City") in the above-referenced matter.

The City respectfully requests that the initial pretrial conference currently scheduled for September 9, 2024 be postponed, at the Court's convenience, to a date no earlier than September 30, 2024. Defendants do not oppose this request. The parties believe this postponement is necessary because, under the Court's Initial Case Management Telephone Conference Order (ECF No. 39), the parties are required to confer under Rule 26(f) at least 21 days before the Initial Case Management Conference. However, the City filed its second amended complaint on August 21, 2024, and so the parties were unable to confer before that date.

This is the first request for an extension regarding the initial pretrial conference. The Court previously so-ordered a joint stipulation extending the time for Defendants Vape Plus Distribution Corp. and Vape More Inc. to respond to the first amended complaint (ECF No. 23).

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Alexandra Jung*
Alexandra Jung
Assistant Corporation Counsel