UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THE CITY OF NEW YORK,                      :
                                           :
                Plaintiff,    :
                                           :   1:24-cv-5161-GHW-JW
      - against –                          :
                                           :
ENVIROMD GROUP LLC, *et al*                :
                                           :
                Defendants.   :
-------------------------------------------------------------- X

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S
SECOND AMENDED COMPLAINT BY DEFENDANTS
<u>VAPE MORE INC. AND VAPE PLUS DISTRIBUTION CORP.</u>**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of Ryan D. Callinan and exhibit thereto, the undersigned counsel for Defendants Vape More Inc. and Vape Plus Distribution Corp. will move this Court at a date and time convenient to the Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) granting their motion to dismiss Plaintiff's Second Amended Complaint (ECF No. 61) for failure to state a claim upon which relief can be granted, and for such other and further relief as the Court deems just and proper.

A supporting memorandum of law is filed in conjunction herewith.

Dated: September 27, 2024                      Respectfully Submitted,

                                                        THOMPSON HINE LLP

                                                         By: */s/ Ryan D. Callinan*
                                                            Ryan D. Callinan
                                                            Krupa A. Patel
                                                           Eric N. Heyer (admitted *pro hac vice*)
                                                           Joseph A. Smith (admitted *pro hac vice*)
                                                           THOMPSON HINE LLP
                                                           1919 M Street, N.W., Suite 700
                                                           Washington, DC 20036

1

Phone: 202.331.8800
Ryan.Callinan@ThompsonHine.com
Krupa.Patel@ThompsonHine.com
Eric.Heyer@ThompsonHine.com
Joe.Smith@ThompsonHine.com.

2