UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE CITY OF NEW YORK,                           Case No. 1:24-cv-05161-GHW-JW

                Plaintiff,

    -against-

ENVIROMD GROUP LLC; *et al.*,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**[Proposed] Order on Defendants' Motion to Dismiss Second Amended Complaint**

       This matter came before the Court upon an application by Defendants EnviroMD Group LLC ("EnviroMD"), KLCC Wholesale Inc. ("KLCC"), RZ Smoke Inc. ("RZ Smoke"), Urban Smoke Distributors ("Urban Smoke"), and GT Imports ("GT" and, collectively, the "Moving Defendants") for the entry of an order dismissing all Counts of Plaintiff The City of New York's ("Plaintiff") Second Amended Complaint, [ECF Doc. No. 61], pursuant to Fed. R. Civ. P. 12(b)(6); and Moving Defendants having provided Plaintiff with notice of motion and supporting documentation; and the Court having considered the parties' submissions as well as the arguments of counsel, if any; and good cause having been down:

**IT IS SO ORDERED** this _____ day of _____ 2024,

that Moving Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is hereby **GRANTED** and this case is **DISMISSED WITH PREJUDICE** as to the Moving Defendants.

_____
Hon. Gregory H. Woods,
United States District Judge