


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2024

**MEMORANDUM ENDORSED**

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

100 CHURCH STREET
NEW YORK, NEW YORK 10007

**Alexandra Jung**
Assistant Corporation Counsel
212.356.2299
aljung@law.nyc.gov

October 15, 2024

**By ECF**
The Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***The City of New York v. EnviroMD Group LLC, et al.*, Case No. 24-5161**

Dear Judge Woods:

This Office represents Plaintiff the City of New York (the "City") in the above-referenced matter.

This Court previously stated that "[g]iven that three separate motions to dismiss are anticipated, the Court will consider any requests from the parties to consolidate any portion of the briefing in order to conserve the parties' and the Court's resources and time." Sept. 12, 2024 Order (ECF No. 69). The City plans to file a single memorandum of law in opposition to the Defendants' three separate motions to dismiss. As such, the City respectfully requests a 30-page extension to the 25-page limit for the City's opposition memorandum of law. The City notes that a single 55-page memorandum of law contains fewer pages than three separate 25-page memoranda combined, thereby conserving the Court's resources and time. The City's opposition is due on October 18, 2024.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Alexandra Jung*
Alexandra Jung
Assistant Corporation Counsel

Application granted. Plaintiff's request for a 30-page extension to the 25-page limit for its opposition memorandum of law, *see* Individual Rule 3(A), is granted. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 85.

SO ORDERED.

Dated: October 15, 2024
New York, New York

GREGORY H. WOODS
United States District Judge