# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    LOS ANGELES    WASHINGTON, D.C.
CHICAGO    CLEVELAND    DAYTON    NEW YORK

> This request is GRANTED.  SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> October 25, 2024

October 23, 2024

*Via ECF*

Magistrate Judge Willis
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *City of New York v. EnviroMD Group LLC et al,* 1:24-cv-05161-GHW-JW

Dear Magistrate Judge Willis:

We represent Defendants Vape More and Vape Plus ("Defendants") in the above-captioned matter. We write to request a one-week extension to submit our reply papers to the Plaintiff, The City of New York's, Opposition to the Motion to Dismiss the Second Amended Complaint.

The original date to submit our reply papers was Friday, October 25, 2024. We request a one-week extension to file our reply papers on November 1, 2024. The Defendants have only once before requested an extension while this case has been pending in this court and that was to submit Defendants' response to the Amended Complaint (*see* ECF No. 22). There were two additional agreements between the parties to extend the response date while this case was pending before the Supreme Court of New York, New York County. We request this extension in order to adequately respond to each point that the Plaintiff made in its 52-page brief. We requested The City of New York's consent today, but have not yet heard back.

We appreciate your consideration of this request.

Thank you,

Ryan D. Callinan

Ryan.Callinan@ThompsonHine.com  Fax: 202.331.8330  Phone: 202.263.4152

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W., Suite 700
Washington, D.C. 20036-3537

www.ThompsonHine.com
O:  202.331.8800
F:  202.331.8330