

**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685  w bochner.law

**VIA ECF**

> This request is GRANTED. SO ORDERED.
>
> */s/ Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> October 25, 2024

Magistrate Judge Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *City of New York v. EnviroMD Group LLC et al* [1:2024-cv-05161]
              <u>Request for Extension of the Deadline for Enviro Defendants' Reply Brief</u>

Dear Magistrate Judge Willis:

    Our firm is counsel to Defendants EnviroMD Group LLC, KLCC Wholesale Inc., RZ Smoke Inc., Urban Smoke Distributors, and GT Imports (collectively "Enviro Defendants") in the above-referenced matter. This case was recently removed from the New York County Supreme Court by Defendants Vape More In. a/k/a More LLC and Vape Plus Distribution Corp. a/k/a G&A Distribution (collectively "Vape More Defendants") and is pending before Your Honor.

    We write to respectfully request that this Court extend the deadline for the Enviro Defendants' Reply to Plaintiff's Opposition to the Motion to Dismiss the Second Amended Complaint by one week, moving the deadline to November 1, 2024. We seek this extension to accommodate the religious observance of several members of our team, and to ensure that we can fully respond to the arguments in Plaintiff's Opposition.

    We further inform the Court that Plaintiff has not consented to this extension. The Enviro Defendants reached out to Plaintiff's counsel and have not received a reply.

    We thank the Court for its time and attention to this matter.

                                          <u>/s/Meredith Lloyd</u>
                                          Erik Dykema, Esq.
                                          Meredith Lloyd, Esq.
                                          Bochner PLLC
                                          1040 Avenue of the Americas,
                                          15th Floor
                                          New York, NY 10018
                                          (646) 971-0685
                                          <u>erik@bochner.law</u>
                                          <u>meredith@bochner.law</u>

                                          *Attorneys for EnviroMD Group LLC, KLCC Wholesale Inc., RZ Smoke Inc., Urban Smoke Distributors, and GT Imports*