

ATLANTA   CINCINNATI   COLUMBUS   LOS ANGELES   WASHINGTON, D.C.
CHICAGO   CLEVELAND   DAYTON   NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/24

**MEMORANDUM ENDORSED**

October 30, 2024

*Via ECF*

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007
(212) 805-0296

Re: *City of New York v. EnviroMD Group LLC et al,* 1:24-cv-05161-GHW-JW

Dear Judge Woods:

We represent Defendants Vape More Inc. and Vape Plus Distribution Corp. ("Defendants") in the above-captioned matter. We write to request a 5-page extension of the 10-page limit for Defendants' joint reply to Plaintiff City of New York's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint. Defendants note that, though the City of New York requested additional pages to respond to three separate motions to dismiss, references to Defendants appear throughout the 52-page brief and are not separated out by section. This minor extension of the page limit will allow Defendants to fully respond to Plaintiff's arguments in opposition to their motion to dismiss. Defendants' reply is due Friday, November 1, 2024. The City's counsel have advised that the City consents to the relief requested herein.

We appreciate your consideration of this request.

Application granted. The application by Defendants Vape More Inc. and Vape Plus Distribution Corp. for a 5-page extension to the 10-page limit for their joint reply, *see* Individual Rule 3(A), is granted. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 95.

SO ORDERED.

Dated: October 31, 2024
New York, New York

GREGORY H. WOODS
United States District Judge

Respectfully submitted,

/s/ Eric N. Heyer

*Counsel for Vape More Inc. and Vape Plus Distribution Corp.*

Eric.Heyer@ThompsonHine.com   Fax: 202.331.8330   Phone: 202.263.4128

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W., Suite 700
Washington, D.C. 20036-3537

www.ThompsonHine.com
O: 202.331.8800
F: 202.331.8330