UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

THE CITY OF NEW YORK,

                Plaintiff,

      -against-

ENVIROMD GROUP LLC; GT IMPORTS; KAYLA WHOLESALE, INC., d/b/a The Vapery; KLCC WHOLESALE INC.; PIONEER DISTRIBUTION, INC. a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC; RZ SMOKE INC.; STAR ZONE INC.; URBAN SMOKE DISTRIBUTORS; VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION; DAVID ALFIH a/k/a David Alfieh, a/k/a DJ Alfani, and MARCUS BERNARD,

                Defendants.
---------------------------------------------------------------- X

Civil Action: 24-cv-05161 (GHW)(JW)

**DECLARATION OF KAYLA WHOLESALE IN REPLY**

JEFFREY BENJAMIN, ESQ., pursuant to 28 U.S.C. §1746, declares the following under penalties provided by law:

1) I am a member of the firm The Linden Law Group, P.C., attorneys for Defendant KAYLA WHOLESALE, INC., d/b/a The Vapery ("KAYLA") in this action.

2) I respectfully submit this Declaration in Reply to Plaintiff's opposition to this Defendant's Motion to Dismiss under FRCP 12(b).

3) As stated in our original motion papers, and so as not to convolute or otherwise clutter the record with duplicative arguments against the City's opposition to the various corporate entities' Motions to Dismiss in this matter, KAYLA hereby joins and incorporates by reference the Reply papers filed herein by the co-defendants in this

matter insofar as the legal arguments apply to KAYLA and its business similar to that of the co-defendants.

4) KAYLA otherwise makes no new legal arguments in further support of its original motion papers herein, beyond those argued by co-defendants in their respective Replies and who are similarly situated to KAYLA with respect to the City's allegations.

WHEREFORE, Defendant KAYLA WHOLESALE, INC. d/b/a The Vapery respectfully requests the Complaint against it be dismissed in its entirety along with such other and further relief the Court deems appropriate.

Dated: New York, New York

November 1, 2024

THE LINDEN LAW GROUP, P.C.

*Jeffrey Benjamin*

By:   Jeffrey Benjamin, Esq.
Attorneys for Defendant KAYLA WHOLESALE
250 Park Avenue, 7th Floor
New York, New York 10177
(212) 655-9536