UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――x

THE CITY OF NEW YORK,

                            Plaintiff,

              v.

ENVIROMD GROUP LLC; GT IMPORTS;
KAYLA WHOLESALE, INC., d/b/a The Vapery;
KLCC WHOLESALE INC.; PIONEER DISTRIBUTION, INC.
a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;
RZ SMOKE INC.; STAR ZONE INC.;
URBAN SMOKE DISTRIBUTORS;
VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS
DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION;
DAVID ALFIH a/k/a David Alfieh, a/k/a DJ Alfani; and
MARCUS BERNARD,

                            Defendants.
―――――――――――――――――――――――――――x

**1:24-cv-5161-GHW-JW**

**CLERK'S CERTIFICATE OF DEFAULT**

      I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced in the Supreme Court of the State of New York, New York County, on April 4, 2024 with the filing of a summons and complaint. The state court action was assigned index number 451009/2024. A copy of the summons and complaint was served on Defendant Pioneer Distribution Inc. a/k/a Wevapeusa.com a/k/a Seller Supreme LLC by service upon the New York Secretary of State on April 19, 2024,

and proof of service was therefore filed in the state court action on April 25, 2024. *See* NYSCEF Doc. No. 9.[1]

I further certify that an amended complaint was filed on June 14, 2024. This amended complaint added Defendants David Alfih and Marcus Bernard (together with Defendant Pioneer Distribution, Inc., the "Pioneer Defendants"). The case was removed to this Court on July 8, 2024, and the complaint was further amended on August 21, 2024 ("the Second Amended Complaint"). A copy of the summons, the Second Amended Complaint with exhibits, and the Court orders dated July 29, August 7, August 10, and September 12, 2024 were served upon Defendant David Alfih on September 24, 2024 and upon Defendant Marcus Bernard on October 14, 2024 by delivering a true copy to a person of suitable age and discretion, with additional service by mailing, *and proof of service was therefore filed on* October 18 and October 22, 2024 (ECF Nos. 88, 89).

I further certify the docket entries indicate that the Pioneer Defendants have not filed answers or otherwise moved with respect to the complaints herein. The default of the Pioneer Defendants is hereby noted.

Dated: New York, New York

April ___, 2025

                                                TAMMI M. HELLWIG

                                                Clerk of Court

By: _____

                                                Deputy Clerk

---

[1] The Affidavit of Service is annexed as Exhibit A to the Declaration of Elizabeth Slater in support of Plaintiff's Request for a Certificate of Default.