# EXHIBIT A

Case 1:24-cv-05161-GHW-JW    Document 101-1    Filed 04/03/25    Page 1 of 2

SUPREME COURT OF THE STATE OF NEW YORK
STATE OF NEW YORK, COUNTY OF NEW YORK

Plaintiff: THE CITY OF NEW YORK

-against-

Respondent: ENVIROMD GROUP LLC; ; GT IMPORTS, KAYLA WHOLESALE, INC., d/b/a The Vapery; KLCC WHOLESALE INC., MV TRADING LLC a/k/a MYVAPORSTORE; PIONEER DISTRIBUTION, INC. a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC; RZ SMOKE INC.; STAR ZONE INC., URBAN SMOKE DISTRIBUTORS; VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS DISTRIBUTION CORP., a/k/a G&A DISTRIBUTION,

Index Number: 451009/2024
Date Filed:
File #: 322037
CSMS #:
Part: 2
Court Date:

STATE OF __New York__, COUNTY OF __Albany__ SS.:  **AFFIDAVIT OF SERVICE**

__Juliet Elimian__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

That on __4/19/2024__ at __12:16__ pm

at 1 COMMERCE PLAZA, ALBANY, NY 12231, deponent served the Summons and Complaint bearing index #451009/2024 upon PIONEER DISTRIBUTION LLC, the intended recipient, by delivering two (2) true copies to __Sue Zouky__, in the office of the Secretary of State of New York, duly authorized to accept such service on behalf of the intended recipient.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows.

Sex: __Female__ Color of skin: __White__ Color of hair: __Blond__ Age: __50-60__ Height: __5'3-5'8__
Weight: __110-160__ Other Features: __Glasses__

During service of the documents, deponent has adhered to current CDC and NYS Department of Health Guidelines.

Said service was made pursuant to Section 303 of the New York State Limited Liability Law.

Sworn to before me on __4/19/2024__

JOSHUA ALLRED
NOTARY PUBLIC - STATE OF NEW YORK
SARATOGA COUNTY
REG. NO. 01AL6359398
COMM. EXP. 05/30/2025

New York City Department of Law - Manhattan - GRACIELA GARCIA
100 Church Street 4th Floor
New York, New York
Phone:
Tracking No. 24-0001873

Juliet Elimian
Please Print Name Below Signature

Job # 1627265

1 of 1