# EXHIBIT B

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Job #: 1630434

Plaintiff: THE CITY OF NEW YORK,

-against-

Defendant: ENVIROMD GROUP LLC; GT IMPORTS; KAYLA WHOLESALE, INC., d/b/a The Vapery; KLCC WHOLESALE INC.; PIONEER DISTRIBUTION, INC. a/k/a WEVAPEUSA.COM A/W A SELLER SUPREME LLC; M SMOKE INC.; STAR ZONE INC.; URBAN SMOKE DISTRIBUTORS; VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS DISTzuBUTION CORP. a/W a G&A DISTRIBUTION; DAVID ALFIH a/W a D avidAlfi eh, a/W a D J Alfani, and MARCUS BERNARD,

Index Number: 2024-05161
Date Filed:
File #:
CSMS #:
Part:
Court Date:

STATE OF NEW YORK, COUNTY OF KINGS, SS.:
Marcus Charles, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 9/24/2024, at 5:25 PM at: 1431 E 7th St, BROOKLYN, NY 11230-5712 Deponent served the within Summons (ECF No. 71); Second Amended Complaint (ECF No. 61) with exhibits (ECF Nos. 61-1 to 61-19); and the Court orders dated July 29 (ECF No. 37), August 7 (ECF No. 53), August 10 (ECF No. 55), September 12 (ECF No. 69)

On: **David Alfih**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Marcus Doe (Co-Resident) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
On 9/24/2024, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [X] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male        Color of skin: White        Color of hair: Brown        Glasses:
Age: 35-50      Height: 5' 4" - 5' 8"        Weight: Over 200 Lbs.        Other Features: Beard

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**
Service GPS Coordinates: LAT: 40.61605 LONG: -73.967472222222

Sworn to before me on 10/4/24

MARGARET SALISU
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SA6090055
Qualified in Suffolk County
Commission Expires April 7, 2027

Marcus Charles
2102101-DCA

New York City Department of Law - Manhattan - Aatif Iqbal
100 Church Street 4th Floor
New York, New York
Phone: (212) 356-2274
Tracking No. 388898

IREDE PROCESS SERVERS, INC, P.O. BOX 597, BAYSHORE NY 11706 DCA# 2011373