UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────x

THE CITY OF NEW YORK,

                Plaintiff,

       v.

ENVIROMD GROUP LLC; GT IMPORTS;
KAYLA WHOLESALE, INC., d/b/a The Vapery;
KLCC WHOLESALE INC.; PIONEER DISTRIBUTION, INC.
a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;
RZ SMOKE INC.; STAR ZONE INC.;
URBAN SMOKE DISTRIBUTORS;
VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS
DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION;
DAVID ALFIH a/k/a David Alfieh, a/k/a DJ Alfani; and
MARCUS BERNARD,

                Defendants.

───────────────────────────────x

**1:24:-cv-5161-GHW-JW**

**REQUEST FOR CERTIFICATE OF DEFAULT**

Plaintiff the City of New York ("City"), by its attorney, Muriel Goode-Trufant, Corporation Counsel of the City of New York, upon the accompanying Declaration of Elizabeth Slater dated April 3, 2025 and on all proceedings previously had herein, hereby requests that the Court (Office of the Clerk) issue a certificate of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 against the following defendants in this action: Pioneer Distribution, Inc. a/k/a Wevapeusa.com a/k/a Seller Supreme LLC and David Alfih a/k/a David Alfieh a/k/a DJ Alfani.

DATED: April 7, 2025
      New York, NY

                                                  MURIEL GOODE-TRUFANT
                                                  Corporation Counsel of the
                                                       City of New York
                                                  *Attorney for Plaintiff*
                                                  100 Church Street Rm 20-82
                                                  New York, New York 10007
                                                  (212) 356-2299

                                                  By:     /s/ *Elizabeth Slater*
                                                            Alexandra Jung
                                                            Eric Proshansky
                                                            Elizabeth Slater
                                                            Aatif Iqbal
                                                            Assistant Corporation Counsels