**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CITY OF NEW YORK,

                Plaintiff,

      -against-

ENVIROMD GROUP LLC, *et al.*,

               Defendants.
-----------------------------------------------------------------X

**ORDER**

**24-CV-5161 (GHW) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Given the recent order denying the motions to dismiss, the Parties are ordered to submit a joint status update on the progress of discovery by **July 28, 2025**. The joint letter shall not exceed five pages. Should the Parties request an extension of discovery deadlines, the joint letter shall be accompanied by a proposed amended case management plan.

SO ORDERED.

DATED:   New York, New York
            July 21, 2025

                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge