UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
THE CITY OF NEW YORK,

                        Plaintiff,

  - against –

ENVIROMD GROUP LLC; GT IMPORTS;
KAYLA WHOLESALE, INC., d/b/a The Vapery;
KLCCWHOLESALE INC.; MV TRADING LLC
a/k/a MYVAPORSTORE; PIONEER
DISTRIBUTION, INC. a/k/a WEVAPEUSA.COM
a/k/a SELLER SUPREME LLC; RZ SMOKE
INC.; STAR ZONE INC.; URBAN SMOKE
DISTRIBUTORS; VAPE MORE INC. a/k/a
MORE LLC; VAPE PLUS DISTRIBUTION
CORP. a/k/a G&A DISTRIBUTION,

                        Defendants.
---------------------------------------------------------------x

CIVIL ACTION NO.:
24-cv-05161-GHW-JW

## JOINT STATUS UPDATE

Pursuant to the Court's Order dated July 21, 2025 (Dkt. 106), Defendants Vape More Inc. ("Vape More") and Vape Plus Distribution Corp., ("Vape Plus") (collectively, the "Defendants") and Plaintiff the City of New York ("the City") respectfully submit this joint status report.

On August 21, 2024, Plaintiff filed a Second Amended Complaint. (Dkt. 61). On September 27, 2024, Defendants filed a Motion to Dismiss the Second Amended Complaint. (Dkt. 77). Discovery began in earnest after that time. In early 2025, the Parties began engaging in settlement discussions. The parties suspended additional discovery exchange during settlement discussions. A settlement in principle has been reached between the City and defendant Vape More.

On July 14, 2024, Judge Woods denied Defendant's motions to dismiss. (Dkt. 105). Subsequently, Defendants and Plaintiff met and conferred to discuss continued discovery exchange and potential settlement. The parties are continuing to pursue settlement.

To facilitate settlement and substantially complete fact and expert discovery, Defendants and the City respectfully request a 90-day extension of time on case deadlines. Please see the attached proposed amended case management plan with the requested extension.

Dated: July 25, 2025

Respectfully Submitted,

**THOMPSON HINE LLP**

By:    /s/ *Krupa A. Patel*
Krupa A. Patel
Eric N. Heyer (*pro hac vice* pending)
Joseph A. Smith (*pro hac vice* pending)
THOMPSON HINE LLP
1919 M Street, N.W., Suite 700
Washington, DC 20036
Phone: 202.331.8800
Krupa.Patel@ThompsonHine.com
Eric.Heyer@ThompsonHine.com
Joe.Smith@ThompsonHine.com

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
City of New York
*Attorney for Plaintiff the City of New York*100 Church Street, Room 20-99
New York, NY 10007
(212) 356-2032

By: */s/   Eric Proshansky*
Eric Proshansky
Elizabeth Slater
Alexandra Jung
Aatif Iqbal
Assistant Corporation Counsels

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2025, I caused to be served on counsel of record, electronically via the ECF, a true and correct copy of the foregoing Joint Status Report.

        /s/ Krupa A. Patel
        Krupa A. Patel