UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x

THE CITY OF NEW YORK,

                    Plaintiff,

             v.

ENVIROMD GROUP LLC; GT IMPORTS;
KAYLA WHOLESALE, INC., d/b/a The Vapery;
KLCC WHOLESALE INC.; PIONEER DISTRIBUTION, INC.
a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;
RZ SMOKE INC.; STAR ZONE INC.; URBAN SMOKE
DISTRIBUTORS; VAPE MORE INC. a/k/a MORE LLC; VAPE
PLUS DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION;
DAVID ALFIH a/k/a David Alfieh, a/k/a DJ Alfani; and
MARCUS BERNARD,

                   Defendants.

————————————————————————x

**NOTICE OF WITHDRAWAL OF APPEARANCE**

1:24:-cv-5161-GHW-JW

      **PLEASE TAKE NOTICE** that Alexandra Jung is leaving her position as an Assistant

Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of

New York, and is hereby withdrawn as counsel for the City of New York in the above-captioned

action. Attorneys Eric Proshansky, Aatif Iqbal, and Elizabeth Slater continue to be counsel of

record for the City of New York in this action.

Dated: July 30, 2025

                             MURIEL GOODE-TRUFANT
                             Corporation Counsel of the
                              City of New York
                             *Attorney for Plaintiff The City of New York*
                             100 Church Street, Rm. 20-82
                             New York, New York 10007
                             (212) 356-2299

                           By:    /s/ Alexandra Jung
                                   Alexandra Jung
                                   Assistant Corporation Counsel

So Ordered:

_____
The Hon. Gregory H. Woods
United States District Judge