**THOMPSON HINE**

ATLANTA  CINCINNATI  COLUMBUS  LOS ANGELES  WASHINGTON, D.C.
CHICAGO  CLEVELAND  DAYTON  NEW YORK

August 6, 2025

Via ECF

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re: *City of New York v. EnviroMD Group LLC et al,* 1:24-cv-05161-GHW-JW

Dear Hon. Judge Woods:

We represent Defendants Vape More and Vape Plus ("Defendants") in the above-captioned matter. In accordance with Your Honor's Individual Rules of Practice in Civil Cases, Rule F, we write jointly with the Plaintiff, The City of New York ("Plaintiff" and collectively with Defendants "Parties"), regarding the joint stipulation that was filed today.

First, the Parties request that the Court enter the stipulation extending the time for Defendants to respond to the Second Amended Complaint because the Parties have reached a settlement in principle for Defendant Vape More and require additional time to finalize the settlement agreement, which should negate any need for Vape More to file an answer to the Second Amended Complaint. Due to multiple conflicting deadlines and court appearances, counsel for Defendants also requires additional time to prepare Vape Plus's answer to the Second Amended Complaint. Pursuant to the Court's Order dated July 21, 2025 (Dkt. 106), the Parties submitted a joint status report on July 25, 2025, and a proposed case management schedule to extend all dates and deadlines by 90 days to facilitate settlement discussions and substantially complete fact and

Krupa.Patel@ThompsonHine.com   Fax: 202.331.8330   Phone: 202.973.2759

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W., Suite 700
Washington, D.C. 20036-3537

www.ThompsonHine.com
O: 202.331.8800
F: 202.331.8330

Case 1:24-cv-05161-GHW-JW    Document 111    Filed 08/06/25    Page 2 of 3



Via ECF
August 6, 2025
Page 2

expert discovery. (Dkt. 107). The parties also agreed to a two-week extension to serve answers to the Second Amended Complaint. (Dkt. 61). However, due to an inadvertent oversight, the proposed case management schedule did not include the proposed two-week extension. Second, both the Defendants and the Plaintiff agree that the extension of time is necessary to reduce unnecessary filings if the Vape More settlement is completed. Third, the Court has legal authority to enter the stipulation because the Court's own rules of practice allow for such an extension under Your Honor's Individual Rules of Practice in Civil Cases, Rule F. Fourth, the parties have agreed that this will be the final extension granted and the Defendants will promptly serve their responsive pleading on or before Wednesday, August 20, 2025.

                                                  Respectfully submitted,



Via ECF
August 6, 2025
Page 3

| **MURIEL GOODE-TRUFANT** | **THOMPSON HINE LLP** |
|---|---|

Acting Corporation Counsel of the City of New York
100 Church Street, Room 20-99
New York, NY 10007
(212) 356-2032

By: */s/ Aatif Iqbal*
Aatif Iqbal
Eric Proshansky
Elizabeth Slater
Alexandra Jung

Assistant Corporation Counsels

*Counsel for Plaintiff the City of New York*

By: */s/ Krupa A. Patel*
Krupa A. Patel
Eric N. Heyer (pending *pro hac vice*)
Joseph A. Smith (pending *pro hac vice*)
Ryan Callinan
1919 M Street, N.W., Suite 700
Washington, DC 20036
Phone: 202.331.8800
Fax: 202.331.8330
Krupa.Patel@ThompsonHine.com
Ryan.Callinan@ThompsonHine.com
Eric.Heyer@ThompsonHine.com
Joe.Smith@ThompsonHine.com

*Counsel for Defendants Vape More Inc. and Vape Plus Distribution Corp.*