```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
THE CITY OF NEW YORK,

        Plaintiff,

v.

ENVIROMD GROUP LLC, *et al.*,,

        Defendants.

------------------------------------------------------------ X

Case No. 1:24-cv-05161-GHW-JW

**JOINT STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO ANSWER COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the time for Defendants Vape Plus Distribution Corp. a/k/a G&A Distribution and Vape More Inc. a/k/a More LLC, to respond to Plaintiff's Second Amended Complaint in this action is hereby extended to and including August 20, 2025.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve, any and all defenses.

There have been no previous requests for an extension of time to respond to the Second Amended Complaint while the case has been pending in this Court. There has been one agreement to extend time for the First Amended Complaint and two agreements to extend the response date while this case was pending in the Supreme Court of New York, New York County, before it was removed to this Court.

Dated:    New York, New York
             August 6, 2025

| | |
|---|---|
| **MURIEL GOODE-TRUFANT** | **THOMPSON HINE LLP** |
| Acting Corporation Counsel of the City of New York<br>100 Church Street, Room 20-99<br>New York, NY 10007<br>(212) 356-2032<br><br>By: /s/ Aatif Iqbal<br>Aatif Iqbal<br>Eric Proshansky<br>Elizabeth Slater<br>Alexandra Jung<br><br>Assistant Corporation Counsels<br><br>*Counsel for Plaintiff the City of New York* | By: /s/ Krupa A. Patel<br>Krupa A. Patel<br>Eric N. Heyer (pending *pro hac vice*)<br>Joseph A. Smith (pending *pro hac vice*)<br>Ryan Callinan<br>1919 M Street, N.W., Suite 700<br>Washington, DC 20036<br>Phone: 202.331.8800<br>Fax: 202.331.8330<br>Krupa.Patel@ThompsonHine.com<br>Ryan.Callinan@ThompsonHine.com<br>Eric.Heyer@ThompsonHine.com<br>Joe.Smith@ThompsonHine.com<br><br>*Counsel for Defendants Vape More Inc. and Vape Plus Distribution Corp.* |

      SO ORDERED:

      _____
      Hon. Gregory H. Woods
      United States District Judge

      Dated: August 7, 2025
      New York, New York