UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

City of New York

                      Plaintiff,

-against-                              24- Civ. 5161 (GHW) (JEW)

**MOTION FOR ADMISSION**

EnviroMD Group LLC et al.,

**PRO HAC VICE**

                      Defendants.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, <u>Ishmael A. Green, Esq.</u> hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>EnviroMD Group LLC, GT Imports, KLCC Wholesale INC., RZ Smoke Inc., and Urban Smoke Distributors</u> in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of <u>Florida</u> and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 8/13/2025          Respectfully Submitted,

Applicant Signature: /s/ Ishmael A. Green

Applicant's Name: Ishmael A. Green, Esq.

Firm Name: Bochner PLLC

Address: 1040 Avenue of the Americas, 15th Fl.

City/State/Zip: New York, NY 10018

Telephone/Fax: (646) 971-0685

Email: igreen@bochner.law