UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

THE CITY OF NEW YORK,  Case No. 1:24-cv-05161-GHW-JW

                              Plaintiff,

-against-

ENVIROMD GROUP LLC; *et al.*,

                              Defendants.

------------------------------------x

### ISHMAEL A. GREEN, ESQ.'S AFFIDAVIT IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Ishmael A. Green Esq. am an attorney authorized to practice in the State of Florida, and hereby affirm subject to penalty of perjury under the laws of the United States as follows:

1. I am an attorney with Bochner PLLC, attorneys for Defendants EnviroMD Group LLC, GT Imports, KLCC Wholesale INC., RZ Smoke Inc., Urban Smoke Distributors in the above referenced case.

2. I submit this affidavit in support of my Motion for *Pro Hac Vice* admission to the Southern District of New York for the above captioned matter.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are currently no disciplinary proceedings presently against me in and Court.

Dated: August 12, 2025

                                                      Ishmael A. Green, Esq.
                                                      Bochner PLLC

State of New York
County of New York

The foregoing instrument was acknowledged before me on this 8/12/25 by Ishmael A. Green.

Signature of Notary Public

ISAAC ALONY
Notary Public - State of New York
Qualified in Kings County
Lic. #02AL6178557
My Commission Exp. December 3, 2027