AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Middle District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that **Ishmael A. Green**, Florida Bar # **0109100**, was duly admitted to practice in this Court on **January 06, 2021**, and is in good standing as a member of the Bar of this Court.

Dated at: **Orlando, Florida** on August 13, 2025.



_____
**Elizabeth M. Warren**
*Clerk of Court*