UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City of New York,

          Plaintiff,

-against-

EnviroMD Group LLC et al.,

          Defendants.

24- Civ. 5161 (GHW) (JEW)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Ishmael A. Green, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Florida; and that his/her contact information is as follows (please print):

Applicant's Name: Ishmael A. Green, Esq.

Firm Name: Bochner PLLC

Address: 1040 Avenue of the Americas, 15th Floor

City / State / Zip: New York, New York 10018

Telephone / Fax: (646) 971-0685

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for EnviroMD Group, LLC, GT Imports, KLCC Wholesale Inc., RZ Smoke Inc., and Urban Smoke Distributors in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                                United States District / Magistrate Judge