UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| THE CITY OF NEW YORK, | : | |
| | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 24-cv-05161-GHW-JW |
| | : | |
| - against – | : | |
| | : | |
| ENVIROMD GROUP LLC; GT IMPORTS; | : | **DEFENDANT VAPE MORE** |
| KAYLA WHOLESALE, INC., d/b/a The Vapery; | : | **INC.'S ANSWER TO** |
| KLCCWHOLESALE INC.; MV TRADING LLC | : | **PLAINTIFFS' SECOND** |
| a/k/a MYVAPORSTORE; PIONEER | : | **AMENDED COMPLAINT** |
| DISTRIBUTION, INC. a/k/a WEVAPEUSA.COM | : | |
| a/k/a SELLER SUPREME LLC; RZ SMOKE | : | |
| INC.; STAR ZONE INC.; URBAN SMOKE | : | |
| DISTRIBUTORS; VAPE MORE INC. a/k/a | : | |
| MORE LLC; VAPE PLUS DISTRIBUTION | : | |
| CORP. a/k/a G&A DISTRIBUTION, | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------- x

## DEDEDANT VAPE MORE'S ANSWER AND AFFIRMATIVE DFFENSES TO THE CITY OF NEW YORK'S SECOND AMENDED COMPLAINT

Defendants Vape More Inc. ("Vape More" or "Defendant"), by and through its undersigned counsel, for its Answer to Plaintiff City of New York's ("the City") Second Amended Complaint (ECF No. 61, hereby states as follows:

## NATURE OF THE ACTION

1.      Part 1 of Paragraph 1 contains legal conclusions to which no response is required and/or no factual allegations for Vape More to either admit or deny. To the extent that Paragraph 1 may be construed to contain such factual allegations, Vape More denies.

2.      Vape More admits that an "e-cigarette" or "electronic nicotine delivery system," or "ENDS," uses a battery to heat a nicotine-containing solution (an "e-liquid") to create an aerosol inhaled by the user that, unlike a conventional cigarette's smoke, is not generated by combustion.

Vape More admits that e-liquids typically contain nicotine, propylene glycol, and glycerin, and can be formulated to impart tastes similar to tobacco or other flavors, including fruits, candy, and desserts. Vape More denies the remaining allegations in Paragraph 2.

3.     Vape More admits that there are "disposable" ENDS that typically consist of a tank filled with an e-liquid that may or may not contain nicotine that is heated to create an aerosol inhaled by the user. Vape More lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 3 and so denies.

4.     Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 and so denies.

5.     Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 and so denies.

6.     Vape More denies any definition of "youth" as individuals up to "approximately 25 years of age," particularly given that the federal minimum age for sales of tobacco products is 21 years old. Vape More lacks knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 6 and so denies.

7.     Vape More denies the allegations in Paragraph 7.

8.     Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and so denies.

9.     Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and so denies.

10.     Paragraph 10 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies.

11.     Paragraph 11 contains legal conclusions to which no responses is required and/or no factual allegations for Vape More to either admit or deny. To the extent that a response may be deemed to be required, Vape More denies.

12.     Vape More denies the allegations in Paragraph 12.

## JURISDICTION AND VENUE

13.     Paragraph 13 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies.

14.     Paragraph 14 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies.

## PARTIES

15.     Vape More admits the allegations in Paragraph 15.

16.     The allegations in Paragraph 16 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 16 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

17.     The allegations in Paragraph 167 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 17 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

18.     The allegations in Paragraph 18 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 18 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

19.    The allegations in Paragraph 19 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 19 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

20.    The allegations in Paragraph 20 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 20 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

21.    The allegations in Paragraph 21 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 21 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

22.    The allegations in Paragraph 22 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 22 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

23.    The allegations in Paragraph 23 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 23 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

24.    Vape More admits to the allegations related to its incorporation. Vape More admits only that it has sold e-cigarettes to businesses located in New York City at some point during the time period of January 1, 2020, to present, and denies the remaining allegations in Paragraph 24.

25.     The allegations in Paragraph 25 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 25 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

26.     The allegations in Paragraph 26 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 26 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

27.     The allegations in Paragraph 27 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 27 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to these allegations and so denies.

## BACKGROUND

### The Family Smoking Prevention and Tobacco Control Act

28.     Paragraph 28 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies.

29.     Paragraph 29 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies.

30.     Paragraph 30 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies.

31.     Paragraph 31 contains no factual allegations for Vape More to either admit or deny. To the extent that Paragraph 31 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to truth of the allegations in Paragraph

31, and so denies. The remaining allegation in Paragraph 31, contain legal conclusions to which no response is required.  To the extent that a response may be deemed to be required, Vape More denies.

32.      Paragraph 32 contains no factual allegations for Vape More to either admit or deny. To the extent that Paragraph 32 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to truth of the allegations in Paragraph 32, and so denies. The remaining allegation in Paragraph 32, contain legal conclusions to which no response is required.  To the extent that a response may be deemed to be required, Vape More denies.

## Use of Flavored E-Cigarettes by Young Persons

33.      Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and so denies.

34.      Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and so denies.

35.      Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and so denies.

36.      Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and so denies.

37.      Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and so denies.

38.      Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and so denies.

39.     Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and so denies.

40.     Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and so denies.

41.     Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and so denies.

42.     Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and so denies.

43.     Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and so denies.

44.     Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and so denies.

45.     Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and so denies.

### Flavor Bans

46.     Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 and so denies.

47.     Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and so denies.

48.     Paragraph 48 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies.

**Enforcement Efforts**

49.    Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and so denies.

50.    Vape More lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 and so denies.

51.    Vape More denies that "these brands [of flavored e-cigarettes] have been or are currently available for sale" by Vape More. Vape More lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 51 and so denies.

**ACTIONS OF THE DEFENDANTS**

**EnviroMD Group LLC**

52.    The allegations in Paragraph 52 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 52 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

53.    The allegations in Paragraph 53 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 53 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

54.    The allegations in Paragraph 54 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 54 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

55.     The allegations in Paragraph 55 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 55 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

56.     The allegations in Paragraph 56 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 56 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

57.     The allegations in Paragraph 57 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 57 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

58.     The allegations in Paragraph 58 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 58 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

59.     The allegations in Paragraph 59 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 59 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

**GT Imports**

60.     The allegations in Paragraph 60 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 60 may be construed to contain such

factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

61.    The allegations in Paragraph 61 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 61 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

62.    The allegations in Paragraph 62 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 62 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

63.    The allegations in Paragraph 63 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 63 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

64.    The allegations in Paragraph 64 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 64 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

65.    The allegations in Paragraph 65 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 65 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

66.     The allegations in Paragraph 66 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 66 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

67.     The allegations in Paragraph 67 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 67 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

68.     The allegations in Paragraph 68 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 68 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

69.     The allegations in Paragraph 69 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 69 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

70.     The allegations in Paragraph 70 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 70 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

### Kayla Wholesale, Inc.

71.     The allegations in Paragraph 71 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 71 may be construed to contain such

factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

72.    The allegations in Paragraph 72 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 72 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

73.    The allegations in Paragraph 73 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 73 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

74.    The allegations in Paragraph 74 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 74 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

75.    The allegations in Paragraph 75 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 75 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

76.    The allegations in Paragraph 76 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 76 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

77.    The allegations in Paragraph 77 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 77 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

78.    The allegations in Paragraph 78 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 78 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

79.    The allegations in Paragraph 79 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 79 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

80.    The allegations in Paragraph 80 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 80 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

81.    The allegations in Paragraph 81 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 81 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

82.    The allegations in Paragraph 82 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 82 may be construed to contain such

factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

83.    The allegations in Paragraph 83 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 83 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

84.    The allegations in Paragraph 84 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 84 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

## KLCC Wholesale

85.    The allegations in Paragraph 85 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 85 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

86.    The allegations in Paragraph 86 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 86 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

87.    The allegations in Paragraph 87 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 87 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

88.     The allegations in Paragraph 88 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 88 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

89.     The allegations in Paragraph 89 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 89 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

### Pioneer, David Alfih, and Marcus Bernard

90.     The allegations in Paragraph 90 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 90 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

91.     The allegations in Paragraph 91 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 91 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

92.     The allegations in Paragraph 92 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 92 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

93.     The allegations in Paragraph 93 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 93 may be construed to contain such

factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

94.     The allegations in Paragraph 94 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 94 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

95.     The allegations in Paragraph 95 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 95 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

96.     The allegations in Paragraph 61 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 96 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

97.     The allegations in Paragraph 97 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 97 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

98.     The allegations in Paragraph 98 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 98 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

99.     The allegations in Paragraph 99 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 99 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

100.    The allegations in Paragraph 100 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 100 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

101.    The allegations in Paragraph 101 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 101 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

102.    The allegations in Paragraph 102 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 102 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

**RZ Smoke Inc.**

103.    The allegations in Paragraph 103 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 103 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

104.    The allegations in Paragraph 104 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 104 may be construed to contain

such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

105.    The allegations in Paragraph 105 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 105 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

106.    The allegations in Paragraph 106 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 106 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

107.    The allegations in Paragraph 107 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 107 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

108.    The allegations in Paragraph 108 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 108 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

109.    The allegations in Paragraph 109 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 109 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

110.    The allegations in Paragraph 110 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 110 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

### Star Zone

111.    The allegations in Paragraph 111 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 111 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

112.    The allegations in Paragraph 112 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 112 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

113.    The allegations in Paragraph 113 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 113 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

114.    The allegations in Paragraph 114 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 114 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

115.    The allegations in Paragraph 115 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 115 may be construed to contain

such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

116.     The allegations in Paragraph 116 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 116 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

117.     The allegations in Paragraph 117 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 117 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

118.     The allegations in Paragraph 118 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 118 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

**Urban Smoke**

119.     The allegations in Paragraph 119 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 119 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

120.     The allegations in Paragraph 120 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 120 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

121.    The allegations in Paragraph 121 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 121 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

122.    The allegations in Paragraph 122 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 122 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

123.    The allegations in Paragraph 123 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 123 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

124.    The allegations in Paragraph 124 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 124 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

125.    The allegations in Paragraph 125 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 125 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

126.    The allegations in Paragraph 126 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 126 may be construed to contain

such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

127.    The allegations in Paragraph 127 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 127 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

128.    The allegations in Paragraph 128 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 128 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

## Vape More

129.    Vape More admits only as to the operation of a warehouse and office space at 631 Columbia Street, Ext., Latham, NY 12110. Vape More denies the remaining allegations in Paragraph 129.

130.    Vape More admits only as to the operation of the website www.vapemoreinc.com. Vape More denies the remaining allegations in Paragraph 130.

131.    Vape More denies the allegations in Paragraph 131.

132.    Paragraph 132 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 132.

133.    Vape More denies the allegations in Paragraph 133.

134.    Paragraph 134 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 134.

135.    Vape More denies the allegations in Paragraph 135.

### Vape Plus

136.    The allegations in Paragraph 136 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 136 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

137.    The allegations in Paragraph 137 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 137 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

138.    The allegations in Paragraph 138 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 138 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

139.    The allegations in Paragraph 139 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 139 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

140.    The allegations in Paragraph 140 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 140 may be construed to contain

such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

141.    The allegations in Paragraph 141 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 141 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

142.    The allegations in Paragraph 142 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 142 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

143.    The allegations in Paragraph 143 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 143 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

144.    The allegations in Paragraph 144 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 144 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

## ALLEGATIONS RELATED TO CAUSES OF ACTION

### Allegations Related to the PACT Act

145.    Paragraph 145 contains legal conclusions to which no response is required.

146.    Paragraph 146 contains legal conclusions to which no response is required.

147.    Paragraph 147 contains legal conclusions to which no response is required.

148.    Paragraph 148 contains legal conclusions to which no response is required.

149.    Paragraph 149 contains legal conclusions to which no response is required.

150.    Paragraph 150 contains legal conclusions to which no response is required.

151.    Paragraph 151 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 151.

152.    Paragraph 152 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 152.

153.    Paragraph 153 further contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 153.

154.    Paragraph 154 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 154.

155.    Paragraph 155 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 155.

156.    The allegations in Paragraph 156 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 156 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

157.    Paragraph 157 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 157.

158.    The allegations in Paragraph 158 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 158 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

159.    The allegations in Paragraph 159 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 159 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

160.    Vape More denies the allegations in Paragraph 160.

### Allegations Related to N.Y. Pub. Hlth. L.§ 1399-LL(1-a)

161.    Paragraph 161 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 161.

162.    Paragraph 162 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 162.

163.    Paragraph 163 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 163.

164.    Paragraph 164 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 164.

165.    Vape More denies the allegations in Paragraph 165.

166.    The allegations in Paragraph 166 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 166 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

167.    Vape More denies the allegations in Paragraph 167.

**Allegations Related to N.Y.C. Administrative Code § 17-715 (b)(1)**

168.    Paragraph 168 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 168.

169.    Vape More denies the allegations in Paragraph 169.

**Allegations Related to Public Nuisance**

170.    Vape More denies the allegations in Paragraph 170.

171.    Paragraph 171 contains legal conclusions to which no response is required. More denies that it ever engaged in any marketing of e-cigarette products to minors.

172.    Paragraph 172 contains legal conclusions to which no response is required. More denies that it ever engaged in any marketing of e-cigarette products to minors.

173.    Vape More denies the allegations in Paragraph 173.

174.    Vape More lacks knowledge or information sufficient to form a belief as to truth of the allegations in Paragraph 174 and so denies.

175.    Vape More denies the allegations in Paragraph 175.

176.    Vape More lacks knowledge or information sufficient to form a belief as to truth of the allegations in Paragraph 176 and so denies.

177.    Vape More lacks knowledge or information sufficient to form a belief as to truth of the allegations in Paragraph 177 and so denies.

178.    Vape More lacks knowledge or information sufficient to form a belief as to truth of the allegations in Paragraph 178 and so denies.

179.    Vape More lacks knowledge or information sufficient to form a belief as to truth of the allegations in Paragraph 179 and so denies.

180.    Vape More denies the allegations in Paragraph 180.

181.    Paragraph 181 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 181.

## FIRST CLAIM FOR RELIEF (VIOLATION OF THE PACT ACT)

182.    Vape More incorporates by reference herein its responses to Paragraphs 1-182, above, as if fully set forth herein.

183.    Vape More denies the allegations in Paragraph 183.

184.    Paragraph 184 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 184.

185.    Paragraph 185 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 185.

186.     Paragraph 186 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 186.

187.     Paragraph 187 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 187.

188.     Paragraph 188 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 188.

**SECOND CLAIM FOR RELIEF (VIOLATION OF N.Y. PUB. HLTH. L. §1399-LL (1-A)**

189.     Vape More incorporates by reference herein its responses to Paragraphs 1-188, above, as if fully set forth herein.

190.     Paragraph 190 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 190.

191.     The allegations in Paragraph 191 are directed at parties other than Vape More, and therefore no response is required. To the extent that Paragraph 191 may be construed to contain such factual allegations, Vape More lacks knowledge or information sufficient to form a belief as to the truth of these allegations and so denies.

192.     Paragraph 192 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 192.

193.     Paragraph 193 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 193.

## THIRD CLAIM FOR RELIEF (VIOLATION OF N.Y.C. ADMIN. CODE § 17-715(B)(1)

194.     Vape More incorporates by reference herein its responses to Paragraphs 1-193, above, as if fully set forth herein.

195.     Paragraph 195 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 195.

196.     Paragraph 196 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 196.

## FOURTH CLAIM FOR RELIEF (PUBLIC NUISANCE)

197.     Vape More incorporates by reference herein its responses to Paragraphs 1-196, above, as if fully set forth herein.

198.     Paragraph 198 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 198.

199.     Paragraph 199 contains legal conclusions to which no response is required. To the extent that a response may be deemed to be required, Vape More denies the allegations in Paragraph 199.

## PRAYER FOR RELIEF

Vape More denies that Plaintiff is entitled to any of the relief it seeks in its Prayer for Relief, including Paragraphs a-e.

## AFFIRMATIVE DEFENSES

Vape More asserts the following affirmative defenses without conceding that they bear the burden of proof as to any of the defenses pled. Vape More reserves the right to assert any additional affirmative defenses as they become known.

1.     The City's Second Amended Complaint fails to state a claim upon which relief may be granted.

2.     The City lacks Article III and/or statutory standing for one or more of its claims.

3.     The claims and defendants are improperly joined.

4.     The City's claims are barred by equitable doctrines of acquiescence, waiver, estoppel, and/or laches.

5.     The City's claims are barred because Vape More's conduct has not caused any harm to the City and/or one or more intervening causes led to the harm of which the City complains.

6.     There is no direct or proximate causal relationship between any conduct of Vape More and any harm of which the City complains.

7.     Any harm alleged by the City was caused, in whole or in part, by the acts or omissions of third parties over whom Vape More has no control.

8.     To the extent Vape More violated any law or regulation, such violations were not knowing, willful, or intentional.

9.     The City has failed to mitigate its alleged damages.

10.    The City's conduct, including its facially contradictory interpretations and applications of its own and New York state statutes and/or regulations, and federal statutes and/or regulation, is arbitrary, capricious, and undertaken in bad faith.

11.    The City is not entitled to one or more forms of the relief that it requests.

12.     The City's claims are barred in whole or in part by the applicable statute(s) of limitations.

13.     The City's claims are barred in whole or in part because its alleged injury and damages are speculative and cannot be ascertained and/or allocated with reasonable certainty.

14.     The City's claims and alleged damages are subject to set-off and/or offset.

15.     The City is not entitled to any equitable relief because it would have an adequate remedy at law.

16.     The City's claims are preempted, in whole or part, by federal law.

17.     The City's claims are barred to the extent they seek to impose liability based on constitutionally protected speech under the First Amendment.

18.     Vape More hereby adopts any and all additional or other affirmative defenses pled by any other Defendant in this action and reserves the right to amend its Answer to allege additional affirmative defenses in the event Vape More discovers additional information that indicates such additional defenses are appropriate.

## DEMAND FOR JURY TRIAL

Vape More respectfully requests a trial by jury on all issues so triable raised in Plaintiff's Complaint and on Vape More's affirmative defenses.

Dated: August 20, 2025

Respectfully Submitted,

**THOMPSON HINE LLP**

By:_____/s/ *Krupa A. Patel*_____
    Krupa A. Patel

Eric N. Heyer (admitted *pro hac vice*)
Joseph A. Smith (admitted *pro hac vice*)
Ryan Callinan
THOMPSON HINE LLP
1919 M Street, N.W., Suite 700
Washington, DC 20036
Phone: 202.331.8800
Krupa.Patel@ThompsonHine.com
Eric.Heyer@ThompsonHine.com
Joe.Smith@ThompsonHine.com
Ryan.Callinan@ThompsonHine.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 20, 2025, I caused to be served on counsel of record, electronically via the ECF, a true and correct copy of the foregoing Answer

_s/ Krupa A. Patel_____

Krupa A. Patel