**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF NEW YORK,        ) | |
|        ) | |
| Plaintiff,        ) | Civil Action No. 1:24-cv-05161-GHW-JW |
|        ) | |
| v.        ) | |
|        ) | |
| ENVIROMD GROUP LLC, *et al.*,        ) | **MOTION TO WITHDRAW** |
|        ) | **APPEARANCE OF KRUPA PATEL** |
| Defendant.        ) | |
|        ) | |
|        ) | |
|        ) | |

The undersigned, Krupa Patel, pursuant to Local Rule 1.4(b), respectfully moves the Court to withdraw Ms. Patel's appearance as counsel of record for Defendants, Vape More Inc. (a/k/a More LLC) and Vape Plus Distribution Corp. (a/k/a G&A Distribution) (the "Thompson Hine Represented Defendants"). In support of this motion, the undersigned states as follows:

1.      Ms. Patel will be leaving her current firm, Thompson Hine LLP, on August 27, 2025. After this, she will no longer be covered by the firm's retainer agreement with the Thompson Hine Represented Defendants and will not be able to conduct work for them. Further, Ms. Patel will no longer be participating in litigation matters after leaving Thompson Hine LLP.

2.      Colleagues of Ms. Patel from Thompson Hine LLP have already entered their appearances in this case, and they will continue to capably represent the Thompson Hine Represented Defendants. Namely, these attorneys are Eric N. Heyer, Joseph A. Smith, and Ryan D. Callinan. These attorneys are very familiar with the facts and procedural posture of this case, and the Thompson Hine Represented Defendants will not be prejudiced by Ms. Patel's withdrawal.

3.      The instant motion to withdraw was served upon the Thompson Hine Represented Defendants prior to its filing, as noted in the attached Proof of Service.

WHEREFORE, the undersigned, Krupa Patel, respectfully requests that this Court grants this Motion and enters an order withdrawing her appearance as counsel of record for Defendants, Vape More Inc. (a/k/a More LLC) and Vape Plus Distribution Corp. (a/k/a G&A Distribution).

A proposed form of order is enclosed.

Respectfully submitted,

Dated: August 26, 2025          By: /s/ Krupa Patel
                                     Krupa Patel
                                     1919 M Street, NW, Suite 700
                                     Washington, DC 20036
                                     Phone: 202.973.2759
                                     Fax: 202.331.8330
                                     krupa.patel@thompsonhine.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, I caused the foregoing Motion to Withdraw and its supporting materials to be filed and served via the Court's ECF/ECM system upon all attorneys of record.

/s/ Krupa Patel
Krupa Patel