UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ENVIROMD GROUP LLC, *et al.*, )<br>)<br>    Defendant. )<br>)<br>)<br>)<br>_____ ) | Civil Action No. 1:24-cv-05161-GHW-JW<br><br>**[PROPOSED]**<br>**ORDER GRANTING MOTION TO**<br>**WITHDRAW APPEARANCE OF**<br>**KRUPA PATEL** |

Pending before the Court is a Motion to Withdraw Appearance of Krupa Patel as counsel for Vape More Inc. (a/k/a More LLC) and Vape Plus Distribution Corp. (a/k/a G&A Distribution). Upon consideration of the motion and all papers submitted in support thereof, it is hereby ORDERED that the motion is GRANTED.

The appearance of Krupa Patel as counsel of record in this matter for Vape More Inc. (a/k/a More LLC) and Vape Plus Distribution Corp. (a/k/a G&A Distribution) is WITHDRAWN, and the clerk is instructed to terminate Ms. Patel's appearance on the docket and end her receipt of service of filings in this matter.

IT IS SO ORDERED.

_____
Hon. Gregory H. Woods
JUDGE
United States District Court for the
Southern District of New York