# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:24-cv-05161-GHW-JW |
| ) | |
| v. ) | |
| ) | **PROOF OF SERVICE OF** |
| ENVIROMD GROUP LLC, *et al.*, ) | **MOTION TO WITHDRAW** |
| ) | **APPEARANCE OF KRUPA PATEL** |
| Defendant. ) | |

I HEREBY CERTIFY that on August 25, 2025, I caused the Motion to Withdraw Appearance of Krupa Patel in the above-captioned action to be served via email upon Defendants, Vape More Inc. (a/k/a More LLC) and Vape Plus Distribution Corp. (a/k/a G&A Distribution). A copy of that email is attached hereto.

/s/ Krupa Patel
Krupa Patel
1919 M Street, NW, Suite 700
Washington, DC 20036
Phone: 202.973.2759
Fax: 202.331.8330
krupa.patel@thompsonhine.com

# Hallmark, Brandon

| | |
|---|---|
| **From:** | Hallmark, Brandon |
| **Sent:** | Monday, August 25, 2025 5:59 PM |
| **To:** | ' ' |
| **Cc:** | Patel, Krupa |
| **Subject:** | Vape More SDNY Litigation - Krupa Patel's Pending Motion to Withdraw as Counsel |
| **Attachments:** | 250825 VAPE MORE-PLUS Withdraw - PATEL.pdf |

Good Evening –

I work for Eric Heyer, Krupa Patel, and the other Thompson Hine attorneys who work on Vape More's matter before the U.S. District Court for the Southern District of New York. As you may know, Krupa Patel is leaving Thompson Hine on August 27, 2025. As such, we are working to withdraw her as counsel of record in cases where she has made an appearance on behalf of Thompson Hine's clients. That includes Vape More's Southern District of New York matter, where the local rules of the Southern District of New York require us to give you advanced notice that we intend to file for Krupa's withdrawal. Attached please find a copy of the motion we intend to file tomorrow.

Eric Heyer and our other attorneys will continue to represent Vape More in these matters, and this notice is routine for cases in the Southern District where an attorney is leaving a law firm and must withdraw. But if you have any questions, please let us know. And if you could acknowledge your receipt of your copy of this motion, I would certainly appreciate it.

I hope your week is treating you well thus far.

**Brandon Keith Hallmark** | Paralegal | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-3537
**O:** 202.973.2767 | **F:** 202.331.8330 | www.ThompsonHine.com
Brandon.Hallmark@thompsonhine.com



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more.**

**Mansfield Rule certified by Diversity Lab for four consecutive years. Recognized by Bloomberg Law as a DEI Member Firm and by the Diversity & Flexibility Alliance as a Tipping the Scales Firm.**

**Read our Diversity, Equity & Inclusion Initiative report, Deliberate Action. Purposeful Impact.**

Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Dayton | Los Angeles | New York | Washington, D.C.



1

# Hallmark, Brandon

| | |
|---|---|
| **From:** | Hallmark, Brandon |
| **Sent:** | Monday, August 25, 2025 6:02 PM |
| **To:** | ' ' |
| **Cc:** | Patel, Krupa |
| **Subject:** | Vape Plus SDNY Matters - Krupa Patel's Pending Motion to Withdraw as Counsel |
| **Attachments:** | 250825 VAPE MORE-PLUS Withdraw - PATEL.pdf |

Greetings –

I work for Eric Heyer, Krupa Patel, and the other Thompson Hine attorneys who work on Vape Plus's matter before the U.S. District Court for the Southern District of New York. As you may know, Krupa Patel is leaving Thompson Hine on August 27, 2025. As such, we are working to withdraw her as counsel of record in cases where she has made an appearance on behalf of Thompson Hine's clients. That includes Vape Plus's Southern District of New York matter, where the local rules of the Southern District of New York require us to give you advanced notice that we intend to file for Krupa's withdrawal. Attached please find a copy of the motion we intend to file tomorrow.

Eric Heyer and our other attorneys will continue to represent Vape Plus in these matters, and this notice is routine for cases in the Southern District where an attorney is leaving a law firm and must withdraw. But if you have any questions, please let us know. And if you could acknowledge your receipt of your copy of this motion, I would certainly appreciate it.

I hope your week is treating you well thus far.


**Brandon Keith Hallmark** | Paralegal | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-3537
**O:** 202.973.2767 | **F:** 202.331.8330 | www.ThompsonHine.com
Brandon.Hallmark@thompsonhine.com



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more.**

**Mansfield Rule certified by Diversity Lab for four consecutive years. Recognized by Bloomberg Law as a DEI Member Firm and by the Diversity & Flexibility Alliance as a Tipping the Scales Firm.**

Read our Diversity, Equity & Inclusion Initiative report, **Deliberate Action. Purposeful Impact.**

Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Dayton | Los Angeles | New York | Washington, D.C.

