USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

| | |
|---|---|
| THE CITY OF NEW YORK, | ) |
| Plaintiff, | ) Civil Action No. 1:24-cv-05161-GHW-JW |
| v. | ) |
| ENVIROMD GROUP LLC, *et al.*, | ) **MOTION TO WITHDRAW APPEARANCE OF KRUPA PATEL** |
| Defendant. | ) |

      The undersigned, Krupa Patel, pursuant to Local Rule 1.4(b), respectfully moves the Court to withdraw Ms. Patel's appearance as counsel of record for Defendants, Vape More Inc. (a/k/a More LLC) and Vape Plus Distribution Corp. (a/k/a G&A Distribution) (the "Thompson Hine Represented Defendants"). In support of this motion, the undersigned states as follows:

      1.     Ms. Patel will be leaving her current firm, Thompson Hine LLP, on August 27, 2025. After this, she will no longer be covered by the firm's retainer agreement with the Thompson Hine Represented Defendants and will not be able to conduct work for them. Further, Ms. Patel will no longer be participating in litigation matters after leaving Thompson Hine LLP.

      2.     Colleagues of Ms. Patel from Thompson Hine LLP have already entered their appearances in this case, and they will continue to capably represent the Thompson Hine Represented Defendants. Namely, these attorneys are Eric N. Heyer, Joseph A. Smith, and Ryan D. Callinan. These attorneys are very familiar with the facts and procedural posture of this case, and the Thompson Hine Represented Defendants will not be prejudiced by Ms. Patel's withdrawal.

      3.     The instant motion to withdraw was served upon the Thompson Hine Represented Defendants prior to its filing, as noted in the attached Proof of Service.

1

WHEREFORE, the undersigned, Krupa Patel, respectfully requests that this Court grants this Motion and enters an order withdrawing her appearance as counsel of record for Defendants, Vape More Inc. (a/k/a More LLC) and Vape Plus Distribution Corp. (a/k/a G&A Distribution).

A proposed form of order is enclosed.

                                              Respectfully submitted,

Dated: August 26, 2025                By: /s/ Krupa Patel
                                                        Krupa Patel
                                                        1919 M Street, NW, Suite 700
                                                        Washington, DC 20036
                                                        Phone: 202.973.2759
                                                        Fax: 202.331.8330
                                                        krupa.patel@thompsonhine.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, I caused the foregoing Motion to Withdraw and its supporting materials to be filed and served via the Court's ECF/ECM system upon all attorneys of record.

                                                         /s/ Krupa Patel
                                                         Krupa Patel

Krupa Patel is granted leave to withdraw as counsel for Defendants Vape More Inc. and Vape Plus Distribution Corp.  The Clerk of Court is instructed to terminate Attorney Patel from the list of active counsel in this case, and to terminate the motion pending at Dkt. No. 117.

SO ORDERED.

Dated:  August 26, 2025        _____
                                          GREGORY H. WOODS
                                          United States District Judge