**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CITY OF NEW YORK,

                Plaintiff,                        **ORDER**

            -against-                      **24-CV-5161 (GHW) (JW)**

ENVIROMD GROUP LLC, *et al.*,

                Defendants.
----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Defendants EnviroMD Group LLC, GT Imports, Kayla Wholesale, Inc., KLCC Wholesale, Inc., Pioneer Distribution Inc., David Alfih, Marcus Bernard, RZ Smoke Inc., Star Zone Inc., and Urban Smoke Distributors failed to meet with the parties in the instant case to discuss the progress of discovery as ordered by the Court. See Dkt. No. 106.  Each of those Defendants are ordered to file a letter by **September 5, 2025,** explaining why they failed to participate in that court-ordered meeting and updating the Court on the status of discovery.  The letter shall not exceed two pages.

      SO ORDERED.

DATED:    New York, New York
               August 28, 2025

                                                             _____
                                                              JENNIFER E. WILLIS
                                                               United States Magistrate Judge