**Erik Dykema, Esq.**
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
e erik@bochner.law  w bochner.law

September 5, 2025

**VIA ECF**

Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court for the
Southern District of New York

    Re:    City of New York v. Enviromd Group LLC, et al.; 24-cv-5161-GHW-JW

        Status Report re: Discovery Pursuant to Dkt. 121

Dear Judge Willis:

    This firm currently represents Defendants KLCC Wholesale, Inc., Urban Smoke Distributors, GT Imports, EnviroMD Group LLC, and RZ Smoke Inc. We writes to provide the information and status report pursuant to Your Honor's Order of August 28, 2025 (Dkt. 121) (the "Order"). Prior to filing this letter, counsel shared the contents with Plaintiff City of New York to confirm the parties' mutual understanding of the status of discovery.

    The Order directed defendants to (1) explain why they failed to participate in a meeting with the parties to discuss the progress of discovery, and (2) update the Court on the status of discovery.

    With respect to meeting with the parties, counsel for Defendants have been in regular contact with counsel for the Plaintiff City of New York regarding settlement. After receiving the Court's ORDER to submit a joint status update on discovery (Dkt. 108), Defendants were in the process of scheduling a meeting with Plaintiff City of New York, however due to a previously scheduled vacation, lead counsel for Defendants were out of the country. Several proposals were exchanged but the meeting was inadvertently never scheduled. However, notwithstanding that particular meeting, lead counsel for the Defendants has been and continues to be in regular contact with lead counsel for the Plaintiff and both discovery and settlement issues are regularly discussed.

    With respect to the status of discovery:

    Counsel for the Defendants are in receipt of deposition notices from Plaintiff, and are working with the Defendants to confirm and schedule dates for those depositions.



Erik Dykema, Esq.
BOCHNER PLLC
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
e erik@bochner.law  w bochner.law

As to KLCC Wholesale, Inc., counsel have been unable to contact the Defendant for some time, and anticipate filing a motion for leave to withdraw.

As to EnviroMD Group LLC, counsel believes that the parties may have reached a settlement in principle with Plaintiff (pending Comptroller approval) and are working on finishing up the details;

As to Urban Smoke Distributors, counsel are in active settlement discussions with Plaintiff;

As to GT Imports and RZ Smoke Inc., while counsel are in settlement discussions with the Plaintiff, it is not clear that the matter will settle at this time and counsel will work with Defendant to produce documents.

We note generally that at least some documentation has already been provided by Defendants to Plaintiff as part of these settlement efforts.

**Additionally**, with respect to each of the foregoing defendants, counsel have a meeting scheduled with Plaintiff City of New York next week on Thursday Sept. 11, 2025 to discuss discovery, in the event that settlement is not reached.

The undersigned thanks the Court for its attention to this matter and is available to provide any further information at the Court's convenience.

Respectfully submitted,

/s/ Erik Dykema
Erik Dykema, Esq.