```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE CITY OF NEW YORK,

                Plaintiff,

                v.

ENVIROMD GROUP LLC; GT IMPORTS; KAYLA WHOLESALE, INC., d/b/a The Vapery; KLCC WHOLESALE INC.; PIONEER DISTRIBUTION, INC. a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC; RZ SMOKE INC.; STAR ZONE INC.; URBAN SMOKE DISTRIBUTORS; VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION; DAVID ALFIH a/k/a David Alfieh, a/k/a DJ Alfani; and MARCUS BERNARD,

                Defendants.

------------------------------------------------------------x

**MEMORANDUM ENDORSED**

NOTICE OF WITHDRAWAL OF APPEARANCE

1:24:-cv-5161-GHW-JW

**PLEASE TAKE NOTICE** that Alexandra Jung is leaving her position as an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and is hereby withdrawn as counsel for the City of New York in the above-captioned action. Attorneys Eric Proshansky, Aatif Iqbal, and Elizabeth Slater continue to be counsel of record for the City of New York in this action.

Dated: July 30, 2025

                MURIEL GOODE-TRUFANT
                Corporation Counsel of the
                City of New York
                *Attorney for Plaintiff The City of New York*
                100 Church Street, Rm. 20-82
                New York, New York 10007
                (212) 356-2299

            By:    /s/ Alexandra Jung
                    Alexandra Jung
                    Assistant Corporation Counsel

So Ordered:

_____
The Hon. Gregory H. Woods
United States District Judge

Alexandra Jung is granted leave to withdraw as counsel for the City of New York. The Clerk of Court is instructed to terminate Ms. Jung from the list of active counsel in this case, and to terminate the motion pending at Dkt. No. 109.

SO ORDERED.
Dated: September 11, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge