UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CITY OF NEW YORK,

                        Plaintiff,                        **ORDER**

           -against-                        **24-CV-5161 (GHW) (JW)**

ENVIROMD GROUP LLC, *et al.*,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Defendants Kayla Wholesale, Inc., Marcus Bernard, and Star Zone Inc. (collectively, "Defendants"), failed to meet with the parties in the instant case to discuss the progress of discovery as ordered by the Court.[1] See Dkt. No. 106. Those same Defendants then failed to comply with the Court's subsequent order directing Defendants to explain why they failed to participate in that court-ordered meeting and to update the Court on the status of discovery. See Dkt. No. 121.

    The Court orders Defendants to show cause as to why they should not be held in contempt by **September 19, 2025**. Defendants are also ordered to attend an in-person conference on **October 23, 2025, at 10:00 AM**. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

    SO ORDERED.

DATED:    New York, New York
                 September 12, 2025

                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge

---

[1] Defendants Pioneer Distribution Inc. and David Alfih defaulted from the case. See Dkt. No. 104.