UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————x

THE CITY OF NEW YORK,

                        Plaintiff,

                v.

ENVIROMD GROUP LLC; GT IMPORTS; KAYLA WHOLESALE, INC., d/b/a The Vapery; KLCC WHOLESALE INC.; PIONEER DISTRIBUTION, INC. a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC; RZ SMOKE INC.; STAR ZONE INC.; URBAN SMOKE DISTRIBUTORS; VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION; DAVID ALFIH a/k/a David Alfieh, a/k/a DJ Alfani; and MARCUS BERNARD,

                        Defendants.

———————————————————————————x

1:24-cv-5161-GHW-JW

**ORDER TO SHOW CAUSE**

      Based upon the Declaration of Eric Proshansky, dated September 16, 2025 and its exhibits, the supporting Memorandum of Law, dated September 16, 2025, and all the pleadings and proceedings previously before this Court, plaintiff The City of New York (the "City") has made a sufficient and proper showing in support of its motion, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b), for the entry of judgment by default against defendants Pioneer Distribution Inc. and David Alfih (the "Pioneer Defendants"), for failure to answer or otherwise respond to the City's Second Amended Complaint ("SAC").

      **NOW, THEREFORE,**

      **IT IS ORDERED** that the Pioneer Defendants show cause, if there by any, to this Court at _____ on the ____ day of _____, ___, in courtroom 12C of the United States Courthouse, 500 Pearl Street, New York, New York 10007, before Hon. Judge Gregory H. Woods, why this Court should not enter an Order:

(a) Finding the Pioneer Defendants liable for contributing to the public nuisance alleged in the SAC;

(b) Finding the Pioneer Defendants i) liable for violation of the Prevent All Cigarette Trafficking ("PACT") Act as alleged in the SAC; ii) and entering judgment against them in the amount of $35,000 in penalties as provided by 15 U.S.C. § 377;

(c) Finding the Pioneer Defendants i) liable for violation of New York Pub. Hlth. L. § 1399-*ll* as alleged in the SAC; and ii) entering judgment against them in the amount of $240,000 in penalties for each of the 2,400 e-cigarette devices delivered into the City by the Pioneer Defendants as provided by N.Y. Pub. Hlth. L. § 1399-*ll*(5);

(d) Finding the Pioneer Defendants liable for violation of New York City Administrative Code § 17-715 as alleged in the SAC;

(e) Enjoining the Pioneer Defendants from causing or contributing to a public nuisance by distributing and selling flavored e-cigarettes to any buyer in the City of New York;

(f) Enjoining the Pioneer Defendants from making delivery sales to any consumer in the City unless such sales comply with the PACT Act by: i) complying with all laws governing the sale of e-cigarettes in New York City and/or State per 15 U.S.C. § 376a(a)(3); ii) assuring that the weight of e-cigarettes sold, delivered, or caused to be delivered in a single sale or delivery into New York City does not exceed ten pounds per 15 U.S.C. §§ 376a(a), (b)(3); iii) placing notices identifying the package contents of packages involved in e-cigarette delivery sales as e-cigarettes as required by 15 U.S.C. §§ 376a(a), (b)(1), (2); and iv) delivering e-cigarettes by a method that requires the person to whom the delivery is made to provide age verification to the delivery service. 15 U.S.C. §§ 376a(a), (b)(4);

(g) Enjoining the Pioneer Defendants from making e-cigarette deliveries into the City other than to persons permitted to receive such deliveries pursuant to PHL § 1399-*ll*;

(h) Enjoining the Pioneer Defendants from selling, offering to sell, or possessing with intent to sell or offer to sell flavored e-cigarettes in the City in violation of NYC Administrative Code § 17-715.

**IT IS FURTHER ORDERED** that a copy of this Order and the papers supporting the City's application shall be served upon the Pioneer Defendants, or their attorneys who agree to accept service on their behalf, on or before _____, 2025 by personal service.

**IT IS FURTHER ORDERED** that the Defendants shall deliver any opposing papers in response to the Order to Show Cause above no later than _____, ___ at 5:00 p.m. Service shall be made by delivering the papers, using the most expeditious means available, by that date and

time, to the New York City Law Department, 100 Church Street, New York, New York 10007, Attn: Eric Proshansky, eproshan@law.nyc.gov, or such other place as counsel for the City may direct in writing. The City shall have until _____, ___ at 5:00 p.m. to serve, by the most expedition means available, including e-mail, any reply papers upon the Pioneer Defendants or their counsel, if counsel shall have made an appearance in this action.

    **IT IS FURTHER ORDERED** that this Order shall be, and is, binding upon the Pioneer Defendants and any of their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by e-mail service, personal service, or otherwise.

    **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this matter for all purposes.

    **SO ORDERED**, this ___ day of _____, 2025

                                                                                           _____
                                                                                      UNITED STATES DISTRICT JUDGE