UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x

THE CITY OF NEW YORK,

                Plaintiff,

        v.

ENVIROMD GROUP LLC; GT IMPORTS;
KAYLA WHOLESALE, INC., d/b/a The Vapery;
KLCC WHOLESALE INC.; PIONEER DISTRIBUTION, INC.
a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;
RZ SMOKE INC.; STAR ZONE INC.; URBAN SMOKE
DISTRIBUTORS; VAPE MORE INC. a/k/a MORE LLC; VAPE
PLUS DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION;
DAVID ALFIH a/k/a David Alfieh, a/k/a DJ Alfani; and
MARCUS BERNARD,

                Defendants.

————————————————————————x

1:24-cv-5161-GHW-JW

**APPLICATION FOR
DEFAULT JUDGMENT
AGAINST
DEFENDANTS PIONEER
DISTRIBUTION, INC. AND
<u>DAVID ALFIH</u>**

PLEASE TAKE NOTICE that, upon the Declaration of Eric Proshansky, dated September 16, 2025, and its exhibits, the supporting Memorandum of Law, dated September 16, 2025, and all the pleadings and proceedings previously before this Court, Plaintiff The City of New York (the "City") applies by proposed Order to Show Cause, pursuant to Fed. R. Civ. P. 55(b)(2), Local Civil Rule 55.2(b), and by Attachment A to the Court's Individual Rules of Practice, for the entry of judgment by default against Defendants Pioneer Distribution, Inc. and David Alfih (the "Pioneer Defendants"), based on their failure to answer or otherwise respond to the City's Second Amended Complaint ("SAC"):

    (a) Finding the Pioneer Defendants liable for contributing to the public nuisance alleged in the SAC;

    (b) Finding the Pioneer Defendants i) liable for violation of the Prevent All Cigarette Trafficking ("PACT") Act as alleged in the SAC; ii) and entering judgment against them in the amount of $35,000 in penalties as provided by 15 U.S.C. § 377;

(c) Finding the Pioneer Defendants i) liable for violation of New York Pub. Hlth. L. § 1399-*ll* as alleged in the SAC; and ii) entering judgment against them in the amount of $240,000 in penalties for each of the 2,400 e-cigarette devices delivered into the City by the Pioneer Defendants as provided by N.Y. Pub. Hlth. L. § 1399-*ll*(5);

(d) Finding the Pioneer Defendants liable for violation of New York City Administrative Code § 17-715 as alleged in the SAC;

(e) Enjoining the Pioneer Defendants from causing or contributing to a public nuisance by distributing and selling flavored e-cigarettes to any buyer in the City of New York;

(f) Enjoining the Pioneer Defendants from making delivery sales to any consumer in the City unless such sales comply with the PACT Act by: i) complying with all laws governing the sale of e-cigarettes in New York City and/or State per 15 U.S.C. § 376a(a)(3); ii) assuring that the weight of e-cigarettes sold, delivered, or caused to be delivered in a single sale or delivery into New York City does not exceed ten pounds per 15 U.S.C. §§ 376a(a), (b)(3); iii) placing notices identifying the package contents of packages involved in e-cigarette delivery sales as e-cigarettes as required by 15 U.S.C. §§ 376a(a), (b)(1), (2); and iv) delivering e-cigarettes by a method that requires the person to whom the delivery is made to provide age verification to the delivery service. 15 U.S.C. §§ 376a(a), (b)(4);

(g) Enjoining the Pioneer Defendants from making e-cigarette deliveries into the City other than to persons permitted to receive such deliveries pursuant to PHL § 1399-*ll*;

(h) Enjoining the Pioneer Defendants from selling, offering to sell, or possessing with intent to sell or offer to sell flavored e-cigarettes in the City in violation of NYC Administrative Code § 17-715; and

(i) For such other relief as the Court deems just and proper.

Dated: New York, NY
     September 16, 2025

                  MURIEL GOODE-TRUFANT
                  Corporation Counsel of the
                   City of New York
                  *Attorney for Plaintiff The City of New York*
                  100 Church Street, Rm. 20-099
                  New York, New York 10007
                  (212) 356-2032

                  By:    */s/ Eric Proshansky*
                          Eric Proshansky
                          Elizabeth Slater
                          Aatif Iqbal
                          Assistant Corporation Counsels