UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────x

THE CITY OF NEW YORK,

                Plaintiff,

      v.

ENVIROMD GROUP LLC; GT IMPORTS;
KAYLA WHOLESALE, INC., d/b/a The Vapery;
KLCC WHOLESALE INC.; PIONEER DISTRIBUTION, INC.
a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;
RZ SMOKE INC.; STAR ZONE INC.;
URBAN SMOKE DISTRIBUTORS;
VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS
DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION;
DAVID ALFIH a/k/a David Alfieh, a/k/a DJ Alfani; and
MARCUS BERNARD,

                Defendants.
───────────────────────────────x

1:24-cv-5161-GHW-JW

**DECLARATION OF ERIC PROSHANSKY IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT AGAINST THE PIONEER DEFENDANTS**

I, Eric Proshansky, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York. I am member of the bar of the State of New York and of this Court.

2. I submit this declaration in support of the City's Application for Default Judgment against Defendants Pioneer Distribution, Inc. and David Alfih (collectively, the "Pioneer Defendants").

3. Attached as Exhibit A is a copy of the City's filed Second Amended Complaint.

4. Attached as Exhibit B is the proof of service on Pioneer Distribution Inc. filed with the Court, showing that Pioneer Distribution Inc. was properly served by service upon the Secretary of the State of New York on April 19, 2024.

5. Attached as Exhibit C is the proof of service on David Alfih filed with the Court, showing that David Alfih was properly served by service at his home address on September 24, 2024.

6. Attached as Exhibit D is the Certificate of Default issued on April 7, 2025 by the Clerk of Court in this matter against the Pioneer Defendants.

7. As explained in the City's Memorandum of Law in Support of Plaintiff's Motion for Default Judgment against the Pioneer Defendants, the City requests that the Court order the Pioneer Defendants to pay $275,000 in penalties under the Prevent All Cigarette Trafficking Act (the "PACT Act") and New York Public Health Law.

8. In further support of the penalties sought in this case, the City submits that on or about April 29, 2025, an investigator accessed the website Wevapeusa.com and purchased a "Puff Bar Zero Ultra Disposable Vape" in Melon Kiwi flavor and a Puff Bar Pod, "Mango" flavor for delivery to a New York City address.

9. On or about May 13, 2025, a package was received at the Brooklyn address specified in the order. The package was not labeled to indicate that it contained vapor products, not labeled as required by the PACT Act, and did not require an adult signature to be received. The package showed a return address of Alfani Shipping, 7550 Creedmoor Road, Suite 104, #1034, Raleigh, NC 27613, which is a mail drop, and was delivered by FedEx to the Brooklyn address specified in the order.

10. Attached as Exhibit E is a true and correct copy of a screenshot of the website Soundcloud.com showing David Alfih's name below the name DJ Alfani, suggesting a connection between Alfani Shipping and David Alfih.

11. On or about August 25, 2025, an investigator again accessed the website *Wevapeusa.com* and purchased a Lost Mary Turbo 35K Pink Lemonade e-cigarette.

12. On August 27, 2025, a package was received at the Brooklyn address specified in the order. *Id.* The package was not labeled to indicate that it contained vapor products, not labeled as required by the PACT Act, and did not require an adult signature to be received. The package showed a return address of Alfani Shipping, Alfani Shipping (929) 743-9994, 7550 Creedmoor Road, Raleigh, NC, 27613.

13. Attached as Exhibit F is a true and correct copy of an invoice from YLSN Distribution Inc. to Pioneer Imports LLC, 1100 Coney Island Ave., Ste. 402, Brooklyn, NY 11230, dated June 13, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2025

/s/ *Eric Proshansky*
Eric Proshansky