# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
STATE OF NEW YORK, COUNTY OF NEW YORK

Plaintiff: THE CITY OF NEW YORK

-against-

Respondent: ENVIROMD GROUP LLC; ; GT IMPORTS, KAYLA WHOLESALE, INC., d/b/a The Vapery; KLCC WHOLESALE INC., MV TRADING LLC a/k/a MYVAPORSTORE; PIONEER DISTRIBUTION, INC. a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC; RZ SMOKE INC.; STAR ZONE INC., URBAN SMOKE DISTRIBUTORS; VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS DISTRIBUTION CORP., a/k/a G&A DISTRIBUTION,

Index Number: 451009/2024
Date Filed:
File #: 322037
CSMS #:
Part: 2
Court Date:

STATE OF New York, COUNTY OF Albany SS.:    **AFFIDAVIT OF SERVICE**

Juliet Elimian, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

That on 4/19/2024 at 12:16 pm

at 1 COMMERCE PLAZA, ALBANY, NY 12231, deponent served the Summons and Complaint bearing index #451009/2024 upon PIONEER DISTRIBUTION LLC, the intended recipient, by delivering two (2) true copies to Sue Zouky, in the office of the Secretary of State of New York, duly authorized to accept such service on behalf of the intended recipient.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows.

Sex: Female   Color of skin: White   Color of hair: Blond   Age: 50-60   Height: 5'3-5'8
Weight: 110-160   Other Features: Glasses

During service of the documents, deponent has adhered to current CDC and NYS Department of Health Guidelines.

Said service was made pursuant to Section 303 of the New York State Limited Liability Law.

Sworn to before me on 4/19/2024

JOSHUA ALLRED
NOTARY PUBLIC - STATE OF NEW YORK
SARATOGA COUNTY
REG. NO. 01AL6359398
COMM. EXP. 05/30/2025

New York City Department of Law - Manhattan - GRACIELA GARCIA
100 Church Street 4th Floor
New York, New York
Phone:
Tracking No. 24-0001873

Juliet Elimian
Please Print Name Below Signature

Job # 1627265