# **EXHIBIT E**



https://soundcloud.com/dj-alfani (last visited Sept. 12. 2025)