# EXHIBIT F

**YLSN DISTRIBUTION INC**
3924 W INA Rd #300
Tucson Arizona 85705
U.S.A
 PA License # 67-749714,  KS License # 863495453, WA License# 86-3495453, NM License# 04198857050-TPT OH# 92800202  LA# 2555486 WI# 411-1031198938-02

# Invoice
# INV-HDTUS-008841

**Balance Due**
**$0.00**

Bill To
**Pioneer Imports LLC**
Pioneer Imports LLC
1100 coney island ave
ste 402
brooklyn
11230 New York
U.S.A

Invoice Date : 06.13.2023
P.O.# : SO-HDTUS-07027

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | EBDesign BC5000 Disposable Pod Device 650mAh (Rechargeable) (200 bars / carton) - Beach Day 4% Nic | 1.0 Carton | 1,550.00 | 1,550.00 |
| 2 | EBDesign BC5000 Disposable Pod Device 650mAh (Rechargeable) (200 bars / carton) - Blueberry Pom Ice 4% Nic | 2.0 Carton | 1,550.00 | 3,100.00 |
| 3 | EBDesign BC5000 Disposable Pod Device 650mAh (Rechargeable) (200 bars / carton) - Clear 4% Nic | 1.0 Carton | 1,550.00 | 1,550.00 |
| 4 | EBDesign BC5000 Disposable Pod Device 650mAh (Rechargeable) (200 bars / carton) - Cranberry Punch 4% Nic | 1.0 Carton | 1,550.00 | 1,550.00 |
| 5 | EBDesign BC5000 Disposable Pod Device 650mAh (Rechargeable) (200 bars / carton) - Mint Tobacco 4% Nic | 2.0 Carton | 1,550.00 | 3,100.00 |
| 6 | EBDesign BC5000 Disposable Pod Device 650mAh (Rechargeable) (200 bars / carton) - Peach Ice 4% Nic | 1.0 Carton | 1,550.00 | 1,550.00 |
| 7 | EBDesign BC5000 Disposable Pod Device 650mAh (Rechargeable) (200 bars / carton) - Strawberry Ice 4% Nic | 1.0 Carton | 1,550.00 | 1,550.00 |
| 8 | EBDesign BC5000 Disposable Pod Device 650mAh (Rechargeable) (200 bars / carton) - Strawberry Mango 4% Nic | 1.0 Carton | 1,550.00 | 1,550.00 |
| 9 | EBDesign BC5000 Disposable Pod Device 650mAh (Rechargeable) (200 bars / carton) - Watermelon Ice 4% Nic | 2.0 Carton | 1,550.00 | 3,100.00 |

Items in Total 12.0

| | |
|---|---|
| Sub Total | 18,600.00 |
| **Total** | **$18,600.00** |
| Payment Made | (-) 18,600.00 |

1

| | |
|---|---|
| **Balance Due** | **$0.00** |

## Notes

PLEASE INSPECT DELIVERIES UPON ARRIVAL. Thanks for your business!

Happy Distro's Policy for Shortages, Nonconforming or Damaged Goods

Customer is responsible for inspecting and verifying products at the time of delivery. In the event that Customer identifies at the time of delivery a product shortage, nonconforming product or damaged goods, Customer shall:
1) PRIOR TO ACCEPTING GOODS, Customer shall record a photo / video of the shortage, nonconforming or damaged goods;
2) Customer shall report such shortage, nonconforming or damaged goods to the Carrier Agent.
3) Customer shall notify via email or phone to Happy Distro Sales Representative of such shortage, nonconforming product or damaged goods within 24 hours of receipt and arrange for product return.
4) Upon approval of product return, Customer shall ship product in the same manner as received.
5) Customer shall be responsible for all shipping costs associated with any approved returns.

Failure to comply with these procedures will result in the disallowance of any returns. Under no circumstances will returns be allowed once product is accepted from carrier.

## Terms & Conditions

Business Name: YLSN DISTRIBUTION INC
Business Address: 3924 W INA Rd #300, Tucson, AZ 85741

Banking information Cathay Bank (Primary)
Business Name: YLSN DISTRIBUTION INC
Account number # 33125570
Routing Number (ACH/WIRE)# 122203950
SWIFT Code (International Wire): CATHUS6L
Bank Address: 777 North Broadway ,Los Angeles, CA, 90012

Bank of America Banking information (Backup Only)
Business Name: YLSN DISTRIBUTION LLC
Account number # 457045258347
Routing Number (ACH)#122101706
Routing Number (WIRE)#026009593
Zelle: pay@happy-distro.com

Supplemental Policy / Terms Sheet

In connection with the sale of certain vapor products ("Products") by Happy Distro ("Seller") to Purchaser ("Customer"),
Customer hereby warrants as follows:

1. Customer warrants that it is solely responsible for all applicable taxes associated with the sale of Products by Seller to Customer (unless such taxes are otherwise reflected on the invoice) and that it complies with all required excise and related reporting requirements. Customer agrees to indemnify and hold harmless Seller from, and against any, taxes it is required to pay or collect with respect to such sale.

2. Customer warrants that it holds all applicable licenses required to purchase the Products and remit applicable taxes. Customer shall make all such licenses available to Seller upon request.

3. Where Seller has collected the applicable excise taxes and such excise taxes are reflected on the Customer invoice, Customer hereby agrees that in the event a State Taxing Authority should conclude that (i) Customer, rather than Seller, is responsible for remitting applicable excise tax and / or (ii) Seller or Customer is responsible for additional excise taxes as part of this transaction, Customer agrees to indemnify and hold harmless Seller for any additional tax, penalty or liabilities that may otherwise be due.

4. Customer warrants that it is in full compliance with all applicable federal and state regulations associated with the purchase and sale of the Products including, but not limited to, the provisions of the Prevent All Cigarette and Trafficking (PACT) Act, state excise tax and licensing requirements, flavor restrictions and nicotine restrictions. Customer agrees to indemnify and hold harmless Seller from, and against, any liabilities attributable to any such noncompliance.

5. Customer agrees to indemnify Seller against any claims arising from, or related to, Seller's reliance on warranties made by Customer or information furnished by Customer.

6. General Warranty - All Products come with a three-month limited warranty beginning with date of shipment.  Liability under this warranty shall be limited to the repayment of the purchase price of the Products.  Seller shall not be responsible for any defects arising out of actions taken by, or at the direction of, Customer, including, but not limited to, failure of Customer to ship or store Products in conformance with the products specifications.

7. Confidentiality – All wholesale prices and price lists of Seller products are confidential, and solely for the use of Purchaser.  Such pricing may be made available to any government agency as required or requested.

8. Any dispute arising between the parties shall be resolved exclusively by binding arbitration conducted before a panel of arbitrators, in accordance with the rules of the American Arbitration Association then in effect. The arbitrator shall be authorized to determine whether a party is the prevailing party, and if so, to award to that prevailing party reimbursement for all reasonable costs, expenses, and fees incurred by such prevailing party in connection with the arbitration proceeding, including, without limitations, the arbitrators' fees, administrative fees, filing fees, witness travel expenses, witness fees, expert witness fees, discovery costs, copying and telecommunication charges, messenger fees, document service and document delivery charges, and reasonable attorneys' fees incurred by the prevailing party in connection with such arbitration.