UNITED STATES DISTRICT COURT
SOUTHEN DISTRICT OF NEW YORK

------------------------------------- X

| | |
|---|---|
| THE CITY OF NEW YORK, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 1-24-cv-05161 |
| | : |
| ENVIROMD GROUP LLC; GT IMPORTS; | : |
| KAYLA WHOLESALE, INC. d/b/a | : |
| The Vapery; KLCC WHOLESALE INC.; | : |
| MV TRADING LLC a/k/a MYVAPORSTORE; | : |
| PIONEER DISTRIBUTION, INC. a/k/a/ | : |
| WEVAPEUSA.COM a/k/a/ SELLER SUPREME | : |
| LLC; RZ SMOKE INC.; STAR ZONE INC.; | : |
| URBAN SMOKE DISTRIBUTORS; | : |
| VAPE MORE INC. a/k/a MORE LLC; VAPE | : |
| PLUS DISTRIBUTION CORP. a/k/a G&A | : |
| DISTRIBUTION; DAVID ALFIH a/k/a | : |
| David Alfieh, a/k/a DJ Alfani; and | : |
| MARCUS BERNARD, | : |
| | : |
| Defendants. | : |

------------------------------------- X

## **DECLARATION OF ALEXANDER D. WIDELL**

I, Alexander D. Widell, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am a partner with the law firm Moritt Hock & Hamroff LLP, attorneys for defendant Star Zone, Inc. ("Star Zone") in the above-captioned action. I submit this declaration in response to the Court's Order, dated September 12, 2025, directing Star Zone to show cause why it should not be held in contempt for failing to comply with the Court's Orders dated July 21, 2025 and August 28, 2025 concerning the status of discovery.

2.  I take full responsibility for not complying with the Orders. As set forth herein, my failure to do so was not the result of any wrongful intent or other willful state of mind.

3.  The Order dated July 21, 2025 required the parties to meet to discuss the progress of discovery and submit a joint status update by July 28, 2025. I should have, but did not, advise

1

4045575v1

opposing counsel that I was not available to discuss the status of discovery during the week of July 21, 2025. From July 21, 2025 through July 28, 2025, I was with my family in Boynton Beach, Florida for a memorial service we held for my father on July 27, 2025. My father passed away on July 11, 2025.

4. The Court's Order dated August 28, 2025 required me to submit a letter explaining why I did not participate in the court-ordered meeting among the parties to discuss the progress of discovery and the joint status report to the Court on the status of discovery. I have no valid excuse for not complying with that Order. This is the first time in my 35 years of practice that I have failed to comply with an order of any court, and I respectfully ask the Court to take that fact into consideration when deciding whether to hold Star Zone (or myself) in contempt.

5. On a positive note, I am happy to report that Plaintiff City of New York and Star Zone have entered into a Consent Order, and are finalizing the accompanying settlement agreement. The City has authorized me to inform the Court that it will confirm the settlement with the Court once the settlement is finalized.

6. For all of the foregoing reasons, I respectfully request that the Court not hold Star Zone or me in contempt.

Dated: September 16, 2025
        Garden City, New York

*Alexander D. Widell*
        Alexander D. Widell