USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                              :
CITY OF NEW YORK,                    :
                              :
                Plaintiff,   :        1:24-cv-5161-GHW-JW
                              :
         -v-           :         ORDER
                              :
ENVIROMD GROUP LLC, *et al.*,   :
                              :
              Defendants.  :
                              :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On September 16, 2025, Plaintiff filed a motion for default judgment as to Defendants Pioneer Distribution, Inc. and David Alfih. Dkt. Nos. 125–130. The Court does not expect to enter default judgment as to any party until after the case has been resolved as to the defendants who have appeared in this action. Plaintiff may renewed its application for default judgment at the appropriate time.

The Clerk of Court is directed to terminate the motion pending at Dkt. No 126.

SO ORDERED.

Dated: September 18, 2025
New York, New York

                              _____
                                 GREGORY H. WOODS
                              United States District Judge