# THE LINDEN LAW GROUP, P.C.
**250 Park Avenue, 7th Floor**
**New York, New York 10177**
**(212) 655-9536**

---

September 19, 2025

**<u>Via ECF</u>**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St., Room 2260
New York, New York 10007

      Re:    *City of New York v. EnviroMD Group, LLC*, et al
              Civ Action No: 24-cv-05161 (GHW) (JW)

Dear Judge Woods:

      This office represents one Defendant Kayla Wholesale, Inc. I respectfully respond to the Court's Order to Show Cause dated September 12, 2025 at ECF Doc. #124.

      The City and Kayla settled the case in principle over a month ago, but have exchanged an executed Consent Order only this week, with an agreed payment plan in place.

      We did not mean to ignore discussion as to the progress of discovery, we have just relied on the fact that the case was settled in principle for some time, and have focused on executing Kayla's exit from the case. That has been accomplished.

      Thanking the Court for attention to this matter.

                                      Respectfully submitted,

                                      *Jeffrey Benjamin*
                                      Jeffrey Benjamin, Esq.