**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CITY OF NEW YORK,

                     Plaintiff,                **ORDER**

     -against-                        **24-CV-5161 (GHW) (JW)**

ENVIROMD GROUP LLC, *et al.*,

                     Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Defendants Kayla Wholesale, Inc. and Star Zone Inc.'s letters responding to the Court's order to show cause. See Dkt. Nos. 130, 134. While the Court did not hear from Defendant Marcus Bernard, the Court understands that Mr. Bernard has no counsel of record and has not been responsive in this case. The Court therefore adjourns *sine dine* the in-person conference scheduled for **October 23, 2025, at 10:00 AM**.

      SO ORDERED.

DATED:    New York, New York
              September 23, 2025

                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge