IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
THE CITY OF NEW YORK,

        Plaintiff,

    v.

ENVIROMD GROUP LLC; GT IMPORTS; KAYLA WHOLESALE, INC. d/b/a The Vapery; KLCC WHOLESALE INC.; MV TRADING LLC a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC; RZ SMOKE INC.; STAR ZONE INC.; URBAN SMOKE DISTRIBUTORS; VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION; DAVID ALFIH a/k/a David Alfieh, a/k/a DJ Alfani; and MARCUS BERNARD,

        Defendants.
-----------------------------------------------------------------X

Case No.: 1:24-cv-5161

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT KLCC WHOLESALE INC.

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Ishmael Green, Esq., dated October 20, 2025, Ishmael Green, Esq. shall move this Court, before the before the Hon. Gregory H. Woods, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse for the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, Courtroom 12C, at a date and time to be determined by the Court, for an Order, pursuant to Local Rule 1.4, relieving Ishmael Green, Esq. and Bochner PLLC as counsel of record to Defendant KLCC WHOLESALE INC. together with such other and further relief as this Court may deem just and proper.

Dated: October 20, 2025  
    New York, New York

Respectfully Submitted,

By:   */s/ Ishmael Green*  
Ishmael Green, Esq. (*pro hac vice*)  
BOCHNER PLLC  
100 S. Ashley Dr. Suite 600  
Tampa, FL 33602  
(646) 971-0685  
igreen@bochner.law

*Attorneys for Defendants EnviroMD Group LLC, GT Imports, KLCC Wholesale INC., RZ Smoke Inc., and Urban Smoke Distributors*