IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
THE CITY OF NEW YORK,

        Plaintiff,

        v.

ENVIROMD GROUP LLC; GT IMPORTS; KAYLA
WHOLESALE, INC. d/b/a The Vapery; KLCC
WHOLESALE INC.; MV TRADING LLC a/k/a
WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;
RZ SMOKE INC.; STAR ZONE INC.; URBAN
SMOKE DISTRIBUTORS; VAPE MORE INC.
a/k/a MORE LLC; VAPE PLUS DISTRIBUTION
CORP. a/k/a G&A DISTRIBUTION; DAVID ALFIH
a/k/a David Alfieh, a/k/a DJ Alfani; and MARCUS
BERNARD,

        Defendants.
-----------------------------------------------------------------X

Case No.: 1:24-cv-5161

**AFFIRMATION OF ISHMAEL GREEN
IN SUPPORT OF MOTION TO WITHDRAW AS
COUNSEL FOR DEFENDANT KLCC WHOLESALE INC.**

I, Ishmael Green, Esq., an attorney authorized to practice in the United States District Court for the Southern District of New York, affirm under penalty of perjury under the laws of the United States as follows:

1. I am a partner of the law firm Bochner PLLC (the "Firm"), counsel for Defendants ENVIROMD GROUP LLC, GT IMPORTS, KLCC WHOLESALE INC., RZ SMOKE INC., and URBAN SMOKE DISTRIBUTORS (collectively "Defendants"), in the above-captioned action.

2. I respectfully submit this affirmation in support of the instant motion for an order, pursuant to Local Civil Rule 1.4, relieving me and the Firm as counsel of record for Defendant KLCC WHOLESALE INC ("KLCC").

3. Local Civil Rule 1.4 provides for the withdrawal of counsel of record as follows:

> An attorney who has appeared for a party may be relieved or displaced only by order of the court. Such an order may be issued following the filing of a motion to withdraw, and only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, and whether or not the attorney is asserting a retaining or charging lien.

4. Here, the instant Motion to Withdraw as KLCC's counsel has become necessary because communications with KLCC have deteriorated to the point where this firm can no longer properly represent KLCC in this matter.

5. Consistent with Rule 1.4, courts in this circuit—including this Court—have found "satisfactory reasons to include . . . the existence of an irreconcilable conflict between attorney and client." *Ruiz v. Keratin Bar Inc.*, No. 17-CV-2216 (VEC), 2020 WL 7079904, at *2 (S.D.N.Y. Dec. 3, 2020) (quotations omitted); *see also Naguib v. Pub. Health Sols.*, No. 12-CV-2561, 2014 WL 2002824, at *1 (E.D.N.Y. May 15, 2014) (same); *Diarama Trading Co. v. J. Walter Thompson U.S.A.*, No. 01-CIV-2950, 2005 WL 1963945, at *1 (S.D.N.Y. Aug. 15, 2005) (same).

6. Pursuant to Local Civil Rule 1.4 and New York Rule of Professional Conduct 1.16(e), KLCC has been informed of the Firm's intent to file the instant Motion to Withdraw as Counsel, and KLCC does not oppose.

7. It is well-settled that "when considering these reasons coupled with no opposition from the client . . . there are sufficient grounds for withdrawal." *Papadatos v. Home Depot U.S.A, Inc.*, No. 21CV3208WFKJMW, 2022 WL 2612353, at *2 (E.D.N.Y. June 10, 2022).

8.       The instant Motion to Withdraw as Counsel will be served on all parties to the instant action in accordance with Local Civil Rule 1.4.

9.       For the foregoing reasons, I respectfully request that this Court grant the instant Motion for Ishmael Green, Esq. and Bochner PLLC to Withdraw as Counsel to Defendant KLCC in this action, together with such other and further relief as this Court deems just and proper.

Dated: October 20, 2025
      New York, New York

Respectfully Submitted,

*/s/ Ishmael Green*
Ishmael Green, Esq. (*pro hac vice*)
BOCHNER PLLC
100 S. Ashley Dr. Suite 600
Tampa, FL 33602
(646) 971-0685
igreen@bochner.law

*Attorneys for Defendants EnviroMD Group LLC, GT Imports, KLCC Wholesale INC., RZ Smoke Inc., and Urban Smoke Distributors*

3