## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

THE CITY OF NEW YORK,

        Plaintiff,

                                                Case No.: 1:24-cv-5161

   v.

ENVIROMD GROUP LLC; GT IMPORTS; KAYLA WHOLESALE, INC. d/b/a The Vapery; KLCC WHOLESALE INC.; MV TRADING LLC a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC; RZ SMOKE INC.; STAR ZONE INC.; URBAN SMOKE DISTRIBUTORS; VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION; DAVID ALFIH a/k/a David Alfieh, a/k/a DJ Alfani; and MARCUS BERNARD,

        Defendants.

-----------------------------------------------------------------X

## **[PROPOSED] ORDER**

    **IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for Defendant KLCC WHOLESALE INC. ("KLCC") filed by Ishmael Green, Esq. in the captioned case is **GRANTED**, and Ishmael Green, Esq. together with Bochner PLLC, is withdrawn as counsel of record for KLCC.

    **IT IS SO ORDERED**.

Dated: _____, 2025

                                                                 HON. GREGORY H. WOODS

                                                                  U.S. DISTRICT JUDGE