IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
THE CITY OF NEW YORK,

       Plaintiff,

    v.

ENVIROMD GROUP LLC; GT IMPORTS; KAYLA WHOLESALE, INC. d/b/a The Vapery; KLCC WHOLESALE INC.; MV TRADING LLC a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC; RZ SMOKE INC.; STAR ZONE INC.; URBAN SMOKE DISTRIBUTORS; VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION; DAVID ALFIH a/k/a David Alfieh, a/k/a DJ Alfani; and MARCUS BERNARD,

       Defendants.
---------------------------------------------------------------X

Case No.: 1:24-cv-5161

## CERTIFICATE OF SERVICE

    Pursuant to Local Civil Rule 1.4, I certify that, on October 20, 2025, a true and correct copy of the foregoing Notice of Motion to Withdraw as Counsel for Defendant KLCC WHOLESALE INC. ("KLCC"), Affirmation of Ishmael Green, Esq. in Support of Motion to Withdraw as Counsel, and Proposed Order was served on all counsel of record by filing same via CM/ECF. I further certify that, on October 20, 2025, a true and correct copy of the foregoing was also served on KLCC via electronic mail.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of October 2025, at New York, New York

                               By:    */s/ Ishmael Green*
                                        Ishmael Green, Esq. (*pro hac vice*)
                                        BOCHNER PLLC
                                        100 S. Ashley Dr. Suite 600
                                        Tampa, FL 33602

(646) 971-0685
igreen@bochner.law

*Attorneys for Defendants EnviroMD Group LLC, GT Imports, KLCC Wholesale INC., RZ Smoke Inc., and Urban Smoke Distributors*