**BOCHNER PLLC**

**Ishmael Green, Esq.**
**BOCHNER PLLC**
100 S. Ashley Dr, Suite 600, Tampa, FL 33602
o 813.421.3883  e igreen@bochner.law  w bochner.law

October 20, 2025

**VIA ECF**

Hon. Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

      Re:    *City of New York v. EnviroMD Group LLC et al;* **Case No. 1:24-cv-5161**
              <u>Letter Motion Requesting Extension of Discovery Deadlines for Certain Defendants</u>

Hon. Willis:

      This firm is counsel to Defendants EnviroMD Group LLC, GT Imports, KLCC Wholesale INC. (*Motion to Withdraw pending [ECF 136]*), RZ Smoke Inc., and Urban Smoke Distributors (collectively, "Defendants") in the above referenced case. Pursuant to Rule I(C) of Your Honor's Individual Rules of Practice, we write to respectfully request a 45 day extension of the close of discovery deadline, up to and including December 8, 2025, in the instant action. The current deadline for fact discovery to close is October 24, 2025. This is the first request Defendants have made to extend the close of fact discovery deadline. Counsel for Plaintiff City of New York ("Plaintiff" and, together with Defendants, the "Parties") consents to the request. The Parties are currently in active settlement discussions and therefore the extension request is sought in good faith and not for purposes of delay.

      We thank the Court for its time and attention to this matter.

                                          <u>/s/ Ishmael Green</u>
                                          Ishmael Green, Esq.
                                          *Counsel for Defendants*