# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

THE CITY OF NEW YORK,

        Plaintiff,

                                   Case No.: 1:24-cv-5161

     v.

ENVIROMD GROUP LLC; GT IMPORTS; KAYLA
WHOLESALE, INC. d/b/a The Vapery; KLCC
WHOLESALE INC.; MV TRADING LLC a/k/a
WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;
RZ SMOKE INC.; STAR ZONE INC.; URBAN
SMOKE DISTRIBUTORS; VAPE MORE INC.
a/k/a MORE LLC; VAPE PLUS DISTRIBUTION
CORP. a/k/a G&A DISTRIBUTION; DAVID ALFIH
a/k/a David Alfieh, a/k/a DJ Alfani; and MARCUS
BERNARD,

        Defendants.

--------------------------------------------------------------------X

### [~~PROPOSED~~] ORDER

    **IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for Defendant

KLCC WHOLESALE INC. ("KLCC") filed by Ishmael Green, Esq. in the captioned case is

**GRANTED**, and Ishmael Green, Esq. together with Bochner PLLC, is withdrawn as counsel of

record for KLCC.

    **IT IS SO ORDERED**.

    Dated: October 22, 2025

                                       *Jennifer E. Willis*

                               HON. JENNIFER E. WILLIS
                               United States Magistrate Judge