IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

THE CITY OF NEW YORK,                                   Case No. 1-24-cv-05161-GHW-JW

                    Plaintiff,

    -against-

ENVIROMD GROUP LLC *et al.*,

                    Defendants.

------------------------------------------------------------x

**AFFIRMATION OF MEREDITH LLOYD IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR ENVIROMD DEFENDANTS**

    I, Meredith Lloyd, Esq., an attorney admitted *pro hac vice* to practice in this Court, hereby affirm under penalty of perjury under the laws of the United States as follows:

    1.    I am currently of counsel to Taylor Dykema, PLLC and have entered an appearance in this matter as counsel for EnviroMD Group LLC, KLCC Wholesale Inc., RZ Smoke Inc., Urban Smoke Distributors, and GT Imports (each an "EnviroMD Defendant" and collectively, the "EnviroMD Defendants").

    2.    I formerly was an associate attorney working with Bochner PLLC, counsel for the EnviroMD Defendants.

    3.    I submit this affirmation in support of my motion for an order relieving me and Taylor Dykema, PLLC as counsel of record for the EnviroMD Defendants.

    4.    I respectfully submit that this motion to withdraw is necessary because I am no longer affiliated with Bochner, PLLC.

5. As required by the Local Rules of this Court and the New York Rules of Professional Conduct, each of the EnviroMD Defendants has been informed of my intent to file this motion to withdraw. None of the EnviroMD Defendants oppose this motion.

6. Other attorneys at Bochner PLLC will continue to represent each of the EnviroMD Defendants, with the exception of KLCC Wholesale, Inc.. *See,* ECF 136-1 (Motion to Withdraw from Representation of KLCC).

7. The instant Motion to Withdraw as Counsel will be served on all parties to the instant action in accordance with Local Civil Rule 1.4.

8. For the foregoing reasons, I respectfully request that this Court grant the instant Motion to Withdraw as Counsel to the EnviroMD Defendants in this action, together with such other and further relief as this Court deems just and proper.

Dated: October 24, 2025
        Columbus, OH

By: */s/ Meredith Lloyd*
Meredith Lloyd, Esq. (*pro hac vice*)
Taylor Dykema, PLLC
914 E 25th Street
Houston, TX 77009
meredith@taylordykema.com

*Attorney for EnviroMD Defendants*

2