IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

THE CITY OF NEW YORK,   Case No. 1-24-cv-05161-GHW-JW

                Plaintiff,

-against-

ENVIROMD GROUP LLC *et al.*,

                Defendants.

------------------------------------------------------------x

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for EnviroMD Group LLC, KLCC Wholesale Inc., RZ Smoke Inc., Urban Smoke Distributors, and GT Imports (collectively, the "EnviroMD Defendants"), is GRANTED; and Meredith Lloyd, Erik Dykema and Taylor Dykema PLLC, are withdrawn as counsel of record for the EnviroMD Defendants.

**IT IS SO ORDERED**.

Dated: _____, 2025

                                        _____

                                        Hon. Gregory H. Woods

                                        U.S. District Judge