IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

THE CITY OF NEW YORK,                                 Case No. 1-24-cv-05161-GHW-JW

                Plaintiff,

    -against-

ENVIROMD GROUP LLC *et al.*,

                Defendants.

------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 1.4, I certify that I caused a true and correct copy of the foregoing Notice of Motion to Withdraw as Counsel for EnviroMD Defendants, together with the Affirmation of Erik Dykema, the Affirmation of Meredith Lloyd, and the Proposed Order, to be served on all counsel of record via ECF on October 24, 2025.

Additionally, I certify that I caused a true and correct copy of the foregoing Notice of Motion to Withdraw as Counsel for EnviroMD Defendants, together with the Affirmation of Meredith Lloyd and Proposed Order, to be served on each of the EnviroMD Defendants via electronic mail on October 24, 2025.

                */s/ Meredith Lloyd*
                Meredith Lloyd, Esq.
                Taylor Dykema, PLLC
                914 E 25th Street
                Houston, TX 77009
                meredith@taylordykema.com
                (614) 557-4107