IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

THE CITY OF NEW YORK,　　　　　　　　　　Case No. 1-24-cv-05161-GHW-JW

　　　　　　　　Plaintiff,

　　-against-

ENVIROMD GROUP LLC *et al.*,

　　　　　　　　Defendants.

---------------------------------------------------------------x

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR DEFENDANTS ENVIROMD GROUP LLC, KLCC WHOLESALE INC.,
RZ SMOKE INC., URBAN SMOKE DISTRIBUTORS, AND GT IMPORTS**

**PLEASE TAKE NOTICE**, that upon the annexed affirmation of Erik Dykema, Esq., dated October 24, 2025, and upon the attached affirmation of Meredith Lloyd, Esq., dated October 24, 2025, the undersigned counsel shall move this Court, before the Hon. Gregory H. Woods, United States District Judge, at the Daniel Patrick Moynihan Courthouse for the U.S. District Court for the Southern District of New York, located at 500 Pearl Street, New York NY 10007, Courtroom 12C, at a date and time to be determined by the Court, for an Order pursuant to Local Rule 1.4, relieving Erik Dykema, Meredith Lloyd, and Taylor Dykema PLLC as counsel of record to Defendants EnviroMD Group LLC, KLCC Wholesale Inc., RZ Smoke Inc., Urban Smoke Distributors, and GT Imports (each an "EnviroMD Defendant" and collectively, the "EnviroMD Defendants"), together with such other and further relief as this Court may deem just and proper.

1

Dated: October 24, 2025
      New York, NY                      By:    /s/ Meredith Lloyd
                                                Meredith Lloyd, Esq. (*pro hac vice*)
                                                Erik Dykema, Esq.
                                                Taylor Dykema, PLLC
                                                914 E 25th Street
                                                Houston, TX 77009
                                                erik@taylordykema.com
                                                meredith@taylordykema.com

                                                *Attorneys for EnviroMD Defendants*

> Because withdrawal from the case means that Defendant KLCC Wholesale Inc. will be without counsel, the parties are ordered to attend a remote phone conference via Teams to discuss this issue on **November 5, 2025 at 1:30 PM**. Counsel is directed to call the Court's telephone conference line at the scheduled time. Please dial +1 646-453-4442 and enter passcode 426007039#. SO ORDERED.
>
> */s/ Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> October 27, 2025