

October 28, 2025

<u>Via ECF</u>

The Honorable Jennifer E. Willis
United States Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

> This request is GRANTED *nunc pro tunc*. SO ORDERED.
>
> */s/ Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> October 30, 2025

Re: *City of New York v. EnviroMD Group LLC et al,* 1:24-cv-05161-GHW-JW

Dear Judge Willis:

    We represent Defendant Vape Plus Distribution Corp. ("Vape Plus") in the above-referenced matter. Pursuant to Rule I(C) of Your Honor's Individual Rules of Practice, we write to respectfully request a 45-day extension of the close of discovery deadline, up to and including December 8, 2025. The current deadline for fact discovery to close is October 24, 2025. This is the first request Vape Plus has made to extend the close of fact discovery deadline. Counsel for Plaintiff City of New York ("Plaintiff" and, together with Defendant, the "Parties") consents to the request. The Parties are currently in active settlement discussions and therefore the extension request is sought in good faith and not for purposes of delay.

    We appreciate your consideration of this request.

Very truly yours,

*Eric N. Heyer*
Eric N. Heyer
*Counsel for Defendant Vape Plus*

Eric.Heyer@ThompsonHine.com  Fax: 202.331.8330  Phone: 202.263.4128

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W., Suite 700
Washington, D.C. 20036-3537

www.ThompsonHine.com
O: 202.331.8800
F: 202.331.8330