IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

THE CITY OF NEW YORK,

                Plaintiff,

    -against-

ENVIROMD GROUP LLC *et al.*,

                Defendants.

Case No. 1-24-cv-05161-GHW-JW

------------------------------------------------------------x

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for EnviroMD Group LLC, KLCC Wholesale Inc., RZ Smoke Inc., Urban Smoke Distributors, and GT Imports (collectively, the "EnviroMD Defendants"), is GRANTED; and Meredith Lloyd, Erik Dykema and Taylor Dykema PLLC, are withdrawn as counsel of record for the EnviroMD Defendants.

**IT IS SO ORDERED**.

Dated: November 6, 2025

_____
Hon. Jennifer E. Willis
U.S. Magistrate Judge

1