**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
THE CITY OF NEW YORK,

                Plaintiff,                             **ORDER**

        -against-                               **24-CV-5161 (GHW) (JW)**

ENVIROMD GROUP LLC, *et al.*,

                Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 5, 2025, this Court held a telephone conference regarding counsel for Defendant's KLLC Wholesale Inc. pending motion to withdraw as counsel and this Court **GRANTED** the motion to withdraw. The corporate representative for KLCC Wholesale Inc. was not present. Counsels from Bochner PLLC and Taylor Dykema, PLLC detailed efforts made to contact KLCC Wholesale Inc. and the general counsel at KLCC Wholesale Inc. prior to the hearing about their motions to withdraw and the hearing.

This Court ordered counsel from Bochner PLLC and Taylor Dykema, PLLC to contact client KLCC Wholesale Inc., to communicate that (1) the corporation no longer has counsel and may not appear *pro se*; (2) Defendant KLCC Wholesale Inc. must obtain new counsel who must file a notice of appearance with the Court by December 5, 2025 and; (3) should Defendant KLCC Wholesale Inc. fail to hire counsel, this Court will be inclined to entertain a motion by Plaintiff for leave to file for default against Defendant KLCC Wholesale Inc.

Plaintiff is directed to order a copy of the transcript of the November 5th conference. Plaintiff is also directed to provide a copy of the November 5th transcript to Defendants' former counsel so that he may ensure the Defendants receive a copy. **The Clerk of Court is respectfully requested to close Dkt. No. 140.**

SO ORDERED.

DATED:   New York, New York
         November 6, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge