

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **Elizabeth Slater**<br>Assistant Corporation Counsel<br>212.356.2033<br>eslater@law.nyc.gov |

November 25, 2025

The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Rm. 425
New York, NY 10007

    Re: *City of New York v. EnviroMD Group LLC, et al.*, No. 1:24-cv-05161-GHW-JW (S.D.N.Y.)

Dear Judge Willis:

    This office represents Plaintiff the City of New York (the "City") in this action. I file this letter to request a pre-motion conference concerning a motion to compel discovery against Defendants GT Imports and RZ Smoke Inc. (together, "Defendants") pursuant to your Honor's Individual Practices 2(A) and Local Civil Rule 37.2.

    Discovery is scheduled to conclude on December 8, 2025. *See* October 30, 2025 Order (ECF No. 145). Neither GT Imports nor RZ Smoke Inc. has produced *a single document* to the City, despite discovery demands being served almost a year ago on December 4, 2024. The City most recently met and conferred with counsel for Defendants on October 28, 2025. On that call, the City and counsel for Defendants discussed settlement, and the City advised counsel that if no settlement agreement were reached, Defendants would need to begin producing documents. Defendants never followed up with the City regarding settlement. As a result, on November 6, 2025, the City wrote to Defendants stating that it expected to receive a production by November 17, 2025. To date, the City has not received any production.

    Therefore, the City requests a discovery conference for leave to compel Defendants to produce discovery. Thank you for your attention to this matter.

    Respectfully submitted,

    */s/ Elizabeth Slater*
    Elizabeth Slater
    Assistant Corporation Counsel