

**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685 w bochner.law

December 8, 2025

**VIA ECF**

Magistrate Judge Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *City of New York v. EnviroMD Group LLC et al* [1:2024-cv-05161]
        Unopposed Request for Extension of Fact Discovery

Dear Magistrate Judge Willis:

Our firm is counsel to Defendants EnviroMD Group LLC, GT Imports, RZ Smoke Inc., and Urban Smoke Distributors (collectively "Enviro Defendants") in the above-referenced matter. We write pursuant to 1(C) of Your Honor's Individual Rules of Practice, to respectfully request a thirty (30) day extension of fact discovery. Currently, the close of fact discovery is December 8, 2025 and the deadline would be extended to January 7, 2025. Plaintiff City of New York ("Plaintiff") is unopposed to this requested relief. This is the Enviro Defendants' second request for an extension of this deadline. The reason for the request is the Enviro Defendants are still in process of gathering and reviewing documents to be produced to Plaintiff and the City of New York wishes to depose some of the Enviro Defendants. This request is made in good faith and not for purposes of delay.

We thank the Court for its time and attention to this matter.

*/s/Ishmael A. Green*
Andrew D. Bochner, Esq.
Ishmael A. Green, Esq. (*pro hac vice*)
Bochner PLLC
1040 Avenue of the Americas,
15th Floor
New York, NY 10018
(646) 971-0685
andrew@bochner.law
igreen@bochner.law

*Attorneys for EnviroMD Group LLC, GT Imports, RZ Smoke Inc., and Urban Smoke Distributors*
