# Thompson Hine

ATLANTA   CINCINNATI   COLUMBUS   LOS ANGELES   NEW YORK

CHICAGO   CLEVELAND   DAYTON   MINNEAPOLIS   WASHINGTON, D.C.

December 8, 2025

*Via ECF*

The Honorable Jennifer E. Willis
United States Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

Re: *City of New York v. EnviroMD Group LLC et al,* 1:24-cv-05161-GHW-JW

Dear Judge Willis:

We represent Defendant Vape Plus ("Defendant") in the above-referenced matter. Pursuant to Rule I(C) of Your Honor's Individual Rules of Practice, we write to respectfully request a 30-day extension of the close of discovery deadline, up to and including January 7, 2026. The current deadline for fact discovery to close is December 8, 2025. This is the second request Defendant has made to extend the close of fact discovery deadline. The reason for the request is that the Defendants and Plaintiff, City of New York ("Plaintiff") require additional time to complete their discovery obligations. Defendant reached out to counsel for Plaintiff for their consent to the request but have not heard back. The extension request is sought in good faith and not for purposes of delay.

We appreciate your consideration of this request.

Thank you,

_/s/ Eric N. Heyer_____
Eric N. Heyer

Eric.Heyer@ThompsonHine.com  Fax: 202.331.8330  Phone: 202.263.4128

THOMPSON HINE LLP       1919 M Street, N.W., Suite 700      www.ThompsonHine.com
ATTORNEYS AT LAW        Washington, D.C. 20036-3537        O: 202.331.8800
                                                           F: 202.331.8330