UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE CITY OF NEW YORK,

                Plaintiff,                 **ORDER**

             -against-               **24-CV-5161 (GHW) (JW)**

ENVIROMD GROUP LLC, *et al.*,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of letters from Defendants EnviroMD Group LLC, GT Imports, RZ Smoke Inc., and Urban Smoke Distributors at Dkt. No. 165 and Defendant Vape Plus at Dkt. No. 166 requesting a fact discovery extension from December 8, 2025, to January 7, 2026. These requests are **GRANTED** *nunc pro tunc*.

      For future requests, the Parties are reminded to follow the undersigned's individual practices in civil cases, which requires that extension requests be submitted *at least two business days* before the original deadline. See Individual Practices in Civil Cases § I.C.

      **The Clerk of Court is respectfully requested to close Dkt. Nos. 165 and 166.**

      SO ORDERED.

DATED:    New York, New York
              December 12, 2025

                                                    *Jennifer E. Willis*
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge