# THOMPSON HINE

ATLANTA   CINCINNATI   COLUMBUS   LOS ANGELES   NEW YORK
CHICAGO   CLEVELAND   DAYTON   MINNEAPOLIS   WASHINGTON, D.C.

January 2, 2026

*Via ECF*

The Honorable Jennifer E. Willis
United States Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

> This request is GRANTED. SO ORDERED.
>
> /s/ Jennifer E. Willis
> JENNIFER E. WILLIS
> United States Magistrate Judge
> January 5, 2026

Re: *City of New York v. EnviroMD Group LLC et al,* 1:24-cv-05161-GHW-JW

Dear Judge Willis:

We represent Defendant Vape Plus ("Defendant") in the above-referenced matter. Pursuant to Rule I(C) of Your Honor's Individual Rules of Practice, we write to respectfully request a 30-day extension of the close of discovery deadline, up to and including February 6, 2026. The current deadline for fact discovery to close is January 7, 2026. This is the third request Defendant has made to extend the close of fact discovery deadline. The reason for the request is that the Defendants and Plaintiff, the City of New York ("Plaintiff") require additional time to complete their discovery obligations. Counsel for Plaintiff consents to the extension request. The extension request is sought in good faith and not for purposes of delay.

We appreciate your consideration of this request.

Thank you,

/s/ Eric N. Heyer
Eric N. Heyer

Eric.Heyer@ThompsonHine.com   Fax: 202.331.8330   Phone: 202.263.4128

THOMPSON HINE LLP
ATTORNEYS AT LAW

1919 M Street, N.W., Suite 700
Washington, D.C. 20036-3537

www.ThompsonHine.com
O: 202.331.8800
F: 202.331.8330