

**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685  w bochner.law

January 9, 2026

**VIA ECF**

Magistrate Judge Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *City of New York v. EnviroMD Group LLC et al* [1:2024-cv-05161]
             Unopposed Request for Extension of Fact Discovery

Dear Magistrate Judge Willis:

      Our firm is counsel to Defendants RZ Smoke Inc and GT Imports ("Defendants") in the above-referenced matter. We write pursuant to 1(C) of Your Honor's Individual Rules of Practice, to respectfully request a forty-five (45) day extension of fact discovery as to Defendants RZ Smoke Inc and GT Imports. Currently, the close of fact discovery is January 7, 2026 and the deadline would be extended to February 23, 2026. Plaintiff City of New York ("Plaintiff") is unopposed to this requested relief. This is Defendants' third request for an extension of this deadline. The reason for the request is Defendants are still in process of gathering and reviewing documents to be produced to Plaintiff. This request is made in good faith and not for purposes of delay.

      We thank the Court for its time and attention to this matter.

      */s/Andrew D. Bochner*
      Andrew D. Bochner, Esq.
      Ishmael A. Green, Esq. (*pro hac vice*)
      Bochner PLLC
      1040 Avenue of the Americas,
      15th Floor
      New York, NY 10018
      (646) 971-0685
      andrew@bochner.law
      igreen@bochner.law

      *Attorneys for EnviroMD Group LLC, GT Imports, RZ Smoke Inc., and Urban Smoke Distributors*