UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE CITY OF NEW YORK,

                Plaintiff,                   **ORDER**

      -against-               **24-CV-5161 (GHW) (JW)**

ENVIROMD GROUP LLC, *et al.*,

                Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff the City of New York's request for a pre-motion conference concerning a motion to compel discovery against Defendants GT Imports and RZ Smoke. See Dkt. No. 160. The Court is also aware of the several requests from GT Imports and RZ Smoke to extend fact discovery (with the consent of Plaintiff). See Dkt. Nos. 165, 172.

      To that end, Plaintiff is directed to provide an update by **February 25, 2026** as to whether Plaintiff still seeks a pre-motion conference described in more detail at Dkt. No. 160.

      SO ORDERED.

DATED:    New York, New York
              February 18, 2026

                                                          */s/ Jennifer E. Willis*
                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge