

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**

| | | |
|---|---|---|
| **STEVEN BANKS**<br>*Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **Elizabeth Slater**<br>Assistant Corporation Counsel<br>212.356.2033<br>eslater@law.nyc.gov |

February 25, 2026

The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

    Re: *City of New York v. EnviroMD Group LLC, et al.*, No. 1:24-cv-05161-GHW-JW (S.D.N.Y.)

Dear Judge Willis:

    This office represents plaintiff the City of New York (the "City") in this action.

    In the Court's February 18, 2026 order, the Court instructed the City to provide an update as to whether it is still seeking a pre-motion conference concerning a motion to compel discovery from GT Imports and RZ Smoke. As to GT Imports, the City and GT Imports have arrived a settlement agreement, and the City expects a consent order to be filed on the docket promptly. Therefore, the City no longer seeks to move to compel GT Imports to comply with discovery.

    As to RZ Smoke, however, no settlement has been reached yet. In addition, RZ Smoke has not produced any discovery to the City; it has only sent the City some documents pursuant to confidential settlement discussions. Accordingly, the City continues its request for a conference to address a motion to compel RZ Smoke to produce discovery.

    Thank you for your attention to this matter.

    Respectfully submitted,

    */s/ Elizabeth Slater*
    Elizabeth Slater
    Assistant Corporation Counsel