UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE CITY OF NEW YORK,

                Plaintiff,                            **ORDER**

       -against-                          **24-CV-5161 (GHW) (JW)**

ENVIROMD GROUP LLC, *et al.*,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's letter at Dkt. No. 179 confirming its request for a conference to address a motion to compel RZ Smoke to produce discovery. This request is **GRANTED**. The parties are to appear for an in-person conference on **April 7, 2026 at 3:00 PM**. The conference will be held in courtroom 228 at Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

      Defendant RZ Smoke is directed to file a letter response, no more than three pages, by **March 5, 2026** with its position. Plaintiff and Defendant RZ Smoke are also ordered to file a joint letter, no more than 3 pages, on **March 31, 2026** summarizing open discovery issues and confirming whether the April 7th conference is still necessary.

      **The Clerk of Court is respectfully requested to close Dkt. No. 160.**

      SO ORDERED.

DATED:    New York, New York
               February 26, 2026

                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge