

Ishmael A. Green
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685  w  bochner.law

March 5, 2026

**VIA ECF**

Magistrate Judge Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *City of New York v. EnviroMD Group LLC et al* [1:2024-cv-05161]
             <u>Response to Plaintiff's Motion to Compe</u>

Dear Magistrate Judge Willis:

      Our firm is counsel to Defendant RZ Smoke Inc. ("Defendant") in the above-referenced matter. We write in response to the Order dated February 26, 2026, wherein Defendant was Ordered to file a letter response to Plaintiff's letter motion to compel discovery.

      Plaintiff's claim that Defendant has failed to produce documents is not only inaccurate but misrepresents the true nature of the parties' interactions. Over the past two years, counsel for Defendant has consistently demonstrated a commitment to cooperation, working closely and in good faith with Plaintiff's counsel, Mr. Proshansky, to resolve multiple complex litigations involving a wide group of defendants. Through these collaborative efforts, counsel for Defendant has played a key role in achieving six litigation settlements with Plaintiff and has constructively addressed numerous related matters, even those not yet before this Court.

      In nearly every instance, the parties have prioritized resolving disputes amicably, without resorting to formal discovery. The present case has followed this well-established pattern. At the outset, the City itself agreed to pause discovery, recognizing that a cooperative approach could yield a more efficient and mutually beneficial resolution. This understanding, though informal, was solidified by multiple joint requests to the Court for extensions of discovery deadlines—clear evidence of both parties' commitment to meaningful settlement discussions.

      Throughout this process, counsel for both parties have been in regular communication, exchanging updates on the case's status and continually exploring paths toward resolution. At all times, the parties were engaged in open discussions about the timing and scope of document production, with every expectation that outstanding issues would be resolved cooperatively.

      Importantly, Defendant has never refused to produce documents. To the contrary, Defendant has provided documents informally, just as Plaintiff has accepted in numerous related matters. Moreover, since Plaintiff filed the present motion and in addition to documents provided to Defendants informally, Defendant has made a formal production of over 5,600 documents. Defendant has also proactively requested a meet and confer with the City to address any remaining questions and ensure that any additional materials needed are promptly identified and produced.



Ishmael A. Green
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685 w bochner.law

Defendant's actions throughout this litigation reflect a consistent pattern of good faith, transparency, and substantial effort to satisfy Plaintiff's discovery requests. Given this history of cooperation, the ongoing settlement negotiations, and the significant document production already completed, Plaintiff's Motion to Compel is now moot.

For all these reasons, Defendant respectfully urges the Court to deny Plaintiff's Motion to Compel in its entirety.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/Ishmael A. Green*
Andrew D. Bochner, Esq.
Ishmael A. Green, Esq. (*pro hac vice*)
Bochner PLLC
1040 Avenue of the Americas,
15th Floor
New York, NY 10018
(646) 971-0685
andrew@bochner.law
igreen@bochner.law

*Attorneys for RZ Smoke Inc.*