UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE CITY OF NEW YORK,

                Plaintiff,

     -against-

ENVIROMD GROUP LLC, *et al.*,

                Defendants.
------------------------------------------------------------------X

**ORDER**

**24-CV-5161 (GHW) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Defendant RZ Smoke Inc.'s ("RZ Smoke" or "Defendant") letter at Dkt. No. 184. Plaintiff and RZ Smoke (collectively, the "parties") are still ordered to attend the pre-motion conference on April 7, 2026. Additionally, the parties are ordered to file a joint status letter by **March 31, 2026** with the parties' updated positions on Plaintiff's motion to compel. The parties are also to include whether the April 7th conference is still necessary.

      SO ORDERED.

DATED:    New York, New York
              March 9, 2026

                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge