

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NEW YORK 10007

This request is GRANTED.  SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge
April 1, 2026

**Elizabeth Slater**
Assistant Corporation Counsel
212.356.2033
eslater@law.nyc.gov

March 31, 2026

The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Rm. 425
New York, NY 10007

Re: *City of New York v. EnviroMD Group LLC, et al.*, No. 1:24-cv-05161-GHW-JW (S.D.N.Y.)

Dear Judge Willis:

Plaintiff the City of New York (the "City") and Defendant RZ Smoke Inc. ("RZ Smoke") submit this joint status update in compliance with the Court's order, issued on March 9, 2026.

Since filing of the City's letter seeking to move to compel RZ Smoke to comply with its discovery obligations, the City has received a production of documents from RZ Smoke. RZ Smoke has also agreed to provide a signed declaration authenticating the documents and describing the methods by which it received orders and shipped products. The City anticipates receipt of the signed declaration by April 2, 2026, enabling it to withdraw its request to file a motion.

The City requests permission to write the Court on April 2, 2026 as to whether it intends to proceed with its request to move to compel.

Respectfully submitted,

*/s/ Elizabeth Slater*
Elizabeth Slater
Assistant Corporation Counsel

*/s/ Ishmael Green*
Ishmael Green
Counsel for RZ Smoke

1