

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**

**STEVEN BANKS**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NEW YORK 10007

**Eric Proshansky**
Assistant Corporation Counsel
212.356.2032
The eproshan@law.nyc.gov

April 2, 2026

The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

Re: *City of New York v. EnviroMD Group LLC, et al.*, No. 1:24-cv-05161-GHW-JW (S.D.N.Y.)

Dear Judge Willis:

This office represents plaintiff the City of New York (the "City") in this action. The City has received sufficient materials from defendant RZ Smoke to enable a motion for summary judgment, including a finalized declaration. Accordingly, the City withdraws its request to move to compel RZ Smoke to comply with its discovery obligations.

Thank you for your attention to this matter.

Respectfully submitted,

Eric Proshansky
Assistant Corporation Counsel