

**Ishmael A. Green**
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685 w bochner.law

April 10, 2026

**VIA ECF**

Judge Gregory H. Woods
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _4/10/2026_

**MEMORANDUM ENDORSED**

Re:    *City of New York v. EnviroMD Group LLC et al.* [1:2024-cv-05161]
       Letter Motion Requesting Adjournment of Pre-Motion Conference

Dear Judge Woods:

Our firm is counsel to Defendant RZ Smoke Inc. ("Defendant") in the above-referenced matter. We write pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request an adjournment of the pre-motion conference regarding Plaintiff City of New York's ("Plaintiff") proposed Motion for Summary Judgment from April 14, 2026 to April 21, 2026. The parties can provide additional dates if the Court so requires.

The reason for this request is that the undersigned has pre-existing personal obligations at the scheduled time that cannot be rescheduled. Counsel for Plaintiff has agreed to this request, and this is Defendant's first request to adjourn the pre-motion conference regarding Plaintiff's proposed Motion for Summary Judgment.

Thank you for the Court's time and attention to this matter.

Application granted.  The pre-motion conference scheduled for April 14, 2026 is adjourned to April 21, 2026 at 4:00 p.m.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 192.

SO ORDERED.

Dated: April 10, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

Respectfully Submitted,

*/s/Ishmael A. Green*
Andrew D. Bochner, Esq.
Ishmael A. Green, Esq. (*pro hac vice*)
Bochner PLLC
1040 Avenue of the Americas,
15th Floor
New York, NY 10018
(646) 971-0685
andrew@bochner.law
igreen@bochner.law

*Attorneys for RZ Smoke Inc.*