USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                   :

CITY OF NEW YORK,                            :

                             :

                  Plaintiff,     :                    1:24-cv-5161-GHW

                             :

            -v-                     :                    ORDER

                             :

ENVIROMD GROUP LLC, *et al.*,     :

                             :

                Defendants.   :

                             :
-------------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

      The Court held a teleconference on April 21, 2026 with Plaintiff and Defendant RZ Smoke

("Defendant") to discuss Plaintiff's proposed motion for summary judgment against Defendant.

Plaintiff's request for leave to file a motion for summary judgment is granted.  The deadline for

Plaintiff to file and serve its motion for summary judgment is May 21, 2026.  Defendant's

opposition is due within six weeks after service of Plaintiff's motion; Plaintiff's reply, if any, is due

within three weeks after service of Defendant's opposition.

      SO ORDERED.

Dated:  April 21, 2026
        New York, New York

                                          _____
                                             GREGORY H. WOODS
                                      United States District Judge