UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/21/2026
```

------------------------------------------------------------------ X
                                                        :

CITY OF NEW YORK,                         :

                                     :

                        Plaintiff,   :              1:24-cv-5161-GHW

                                     :

            -v-                  :             ORDER

                                     :

ENVIROMD GROUP LLC, *et al.*,      :

                                     :

                    Defendants.  :

                                     :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The Court understands that the parties have completed fact discovery. The deadline for filing any motion for summary judgment in this case is May 21, 2026. Any party that wishes to file a motion for summary judgment must file a pre-motion conference letter in accordance with the Court's Individual Rules of Practice in Civil Cases by no later than April 28, 2026. Pursuant to the authority of Fed. R. Civ. P. 16(c)(2) and the Court's Individual Rule 2(E), any motion for summary judgment will be deemed untimely unless a request for a pre-motion conference relating thereto is made in writing by no later than April 28, 2026. The parties should review the Court's Individual Rule 2(E) for further details on the submission of, and responses to, pre-motion letters.

      SO ORDERED.

Dated:  April 21, 2026
        New York, New York

                                   _____
                                     GREGORY H. WOODS
                                 United States District Judge