UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————x

THE CITY OF NEW YORK,

                            Plaintiff,

                  v.

ENVIROMD GROUP LLC; GT IMPORTS;
KAYLA WHOLESALE, INC., d/b/a The Vapery;
KLCC WHOLESALE INC.; MV TRADING LLC a/k/a
MYVAPORSTORE; PIONEER DISTRIBUTION, INC. a/k/a
WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;
RZ SMOKE INC.; STAR ZONE INC.; URBAN SMOKE
DISTRIBUTORS; VAPE MORE INC. a/k/a MORE LLC;
VAPE PLUS DISTRIBUTION CORP. a/k/a G&A
DISTRIBUTION; and MARCUS BERNARD,

                           Defendants.

————————————————————————————x

1:24-cv-5161-GHW-JW

**NOTICE OF MOTION**

**(Oral Argument Requested)**

**PLEASE TAKE NOTICE THAT** plaintiff The City of New York will move this Court, on a date to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 56(a) against Defendant RZ Smoke Inc. (i) enjoining RZ Smoke from continuing to violate the Prevent All Cigarette Trafficking Act, 15 U.S.C. § 275 *et seq.*, New York Public Health Law § 1399-*ll* (1-a), and New York City Administrative Code § 17-715; (ii) scheduling an evidentiary hearing to determine the appropriate amount of penalties;  and (iii) for such other and further relief as the Court deems proper.

Pursuant to the Court's May 18, 2026 Order, RZ Smoke Inc. shall serve its opposition papers, if any, by Thursday, July 16, 2026, and the City's shall serve its reply on Thursday, August 6, 2026.

Dated: New York, New York
June 4, 2026

<div style="margin-left:45%">

**STEVEN BANKS**
Corporation Counsel of the
   City of New York
100 Church Street, 20-99
New York, New York 10007
(212) 356-2032
*Attorney for Plaintiff the*
*City of New York*


By: /s/ *Eric Proshansky*
        Eric Proshansky

</div>

Of Counsel:

    Aatif Iqbal
    Elizabeth Slater
    *Assistant Corporation Counsels*