UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x

THE CITY OF NEW YORK,

                    Plaintiff,

          v.

ENVIROMD GROUP LLC; GT IMPORTS;
KAYLA WHOLESALE, INC., d/b/a The Vapery;
KLCC WHOLESALE INC.; MV TRADING LLC a/k/a
MYVAPORSTORE; PIONEER DISTRIBUTION, INC. a/k/a
WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;
RZ SMOKE INC.; STAR ZONE INC.; URBAN SMOKE
DISTRIBUTORS; VAPE MORE INC. a/k/a MORE LLC;
VAPE PLUS DISTRIBUTION CORP. a/k/a G&A
DISTRIBUTION; and MARCUS BERNARD,

                    Defendants.

                                1:24-cv-5161-GHW-JW

————————————————————————x

### CITY OF NEW YORK'S
### RULE 56.1 STATEMENT OF MATERIAL UNDISPUTED FACTS

Under Rule 56.1 of the Local Civil Rules of the Southern and Eastern Districts of New York, in support of its motion for summary judgment against defendant RZ Smoke Inc. ("RZ Smoke"), plaintiff the City of New York provides this statement of material facts as to which there is no genuine issue to be tried. The motion is supported by the following declarations and exhibits thereto, submitted herewith: (1) Declaration of Eric Proshansky ("*Proshansky Decl.*"); (2) Declaration of Majid Rasool ("*Rasool Decl.*"); (3) Declaration of Achala Talati ("*Talati Decl.*"); (4) Declaration of Frances Daniels ("*Daniels Decl.*"); (5) Declaration of Janine Hodgkins ("*Hodgkins Decl.*"); (6) Declaration of Mia Marais ("*Marais Decl.*"); (7) Declaration of Meredith Berkman ("*Berkman Decl.*").

1

### I.    The Public Health Harm from Flavored Vapes

1.    E-cigarettes are a popular nicotine delivery device. *Talati Decl.* ¶¶ 4 ,9, 15-16.

2.    E-cigarettes use solutions that are heated by a battery to produce nicotine-infused aerosols or mists that are inhaled by the person who uses them. *Id.* ¶ 4.

3.    Flavored, high-nicotine e-cigarettes are used by youth and young adults, generating intense concern among public health authorities, the medical community, and parents. *See id.* ¶¶ 4-6.

4.    Many e-cigarettes use nicotine compounds with concentrations well above levels in cigarettes. *See Talati Decl.* ¶ 9.

5.    Many e-cigarettes are also sold in fruit, candy, or dessert flavors that appeal to youth and young adults and are incorrectly  associated with lower harm perception. *Id.* ¶ 10.

6.    An investigation by the federal Food and Drug Administration (FDA) and Centers for Disease Control and Prevention (CDC) states that "[c]ontinued surveillance of youth tobacco product use patterns and implementation of comprehensive tobacco control strategies, regulations, and enforcement are important for preventing and reducing tobacco product use by youths and associated adverse health outcomes, including a potential lifetime of nicotine addiction." Park-Lee E., Jamal A., Cowan H., et al. *Notes from the Field:* E-Cigarette and Nicotine Pouch Use Among Middle and High School Students — United States, 2024. MMWR Morb Mortal Wkly Rep 2024;73:774–778, *available at https://www.cdc.gov/mmwr/volumes/73/wr/mm7335a3.htm.*

7.    The New York City Department of Health and Mental Hygiene ("DOHMH"), which "implement[s] measures that prevent or reduce threats to public health, especially in the area of tobacco control" and "regularly monitors commercial tobacco and nicotine product use," has been tracking tobacco use among NYC youth and adults since 2001. *Talati Decl.* ¶ 15.

2

8.      Like the rest of the nation, New York City has experienced significant declines in cigarette smoking by youth and young adults. *Id.* ¶ 15.

9.      In or around 2014 and 2015, DOHMH first began collecting data on e-cigarette and discovered an increasing proportion of youth and young adults using e-cigarettes, threatening the progress that had been made towards decreasing their nicotine use. *Id.* ¶ 15.

10.      In 2023, 14% of public high school students and 13% of young adults ages 18-24 used e-cigarettes. *Id.* ¶ 16.

11.      DOHMH has observed that 92% of young adult e-cigarette users "never previously smoked cigarettes," further indicating that the overall increase in young adult nicotine users is driven not by an increase in cigarette smoking but in the use of e-cigarettes. *Id.* ¶ 16.

12.      DOHMH has reported that in New York City, "[i]n 2023, among youth ages 13 to 17 years, depression was more than twice as common among those who vaped (48%) than among those who did not vape (22%)," and that "[s]imilar patterns have also been observed among young adults; in 2021-2022, depression was almost twice as common among young adults who vaped (30%) compared with young adults who did not vape (16%)." *Id.* ¶ 17.

13.      Nicotine can change the chemistry of the adolescent brain, impairing learning, memory, and concentration. *Id.* ¶ 7.

14.      Parents have reported their children who use vapes "becom[ing] more volatile, argumentative, and ornery," as well as suffering from "reduced appetite" and "difficulty sleeping at night." *Hodgkins Decl.* ¶ 3. They have also noticed the extent to which vape retailers "target" school children, *see Marais Decl.* ¶ 7, and the proliferation of unlicensed vape retailers throughout New York City, *see Berkman Decl.* ¶¶ 6-7.

15.      E-cigarette use has caused direct lung injury. *Talati Decl.* ¶¶ 13, 19.

3

16.     In 2019, there was an outbreak of E-cigarette or Vaping Product Use-Associated Lung Injury (EVALI). *Id.*

17.     In New York City, there were 50 EVALI cases reported and, "[a]lthough most of these cases were associated with cannabis vaping product use, several were associated only with nicotine vaping products." *Id.* ¶ 19.

18.     One parent has explained that after contracting EVALI, their child "received 6 lung incisions with tubes inserted for drainage, followed by a pneumothorax surgery through the back of their right lung." *Daniels Decl. ¶ 4.*

19.     DOHMH engages in extensive efforts to combat youth use of flavored e-cigarettes, including:

    a.  Developing and disseminating educational materials and resources for e-cigarette retailers, to help them follow local and state laws, as well as materials to assist other city agencies and the public in directing enforcement efforts.

    b.  Developing media campaigns to educate NYC teenagers on the risks of vaping, including nicotine dependence, and share treatment resources.

    c.  Partnership and collaboration with NYC Public Schools (NYCPS) and the Department of Youth and Family Development (DYCD)  to review and implement health education curricula and lessons on vaping, train staff on this topic and available curricula/resources, train school-based clinicians on up-to-date prevention and treatment recommendations, review and update school policies, and share guidance and materials with school administrators, staff, students, and families.

    d.  Training healthcare providers and distributing prevention and treatment education materials at local colleges and universities on how to address and treat vaping and tobacco use on their campuses.

    e.  Completing Public Health Detailing campaigns promoting evidence-based pediatric and adult prevention and treatment recommendations to primary care providers in selected neighborhoods throughout New York City, reaching hundreds of providers and staff citywide.

f. Collecting, analyzing and using data from a range of sources to understand e-cigarette use. This includes behavioral surveillance, retail and consumer environment surveillance, health systems surveillance and formative research to support media campaign development and other projects.

*Id.* ¶ 22.

20. DOHMH has spent at least 6 million dollars on the above-related matters since July 2019. *Id.* ¶ 23.

## II. Efforts to Curb the Sale of Flavored Vapes

21. California, Massachusetts, New Jersey, Rhode Island, and Utah have banned flavored e-cigarettes. Cal. Health & Safety Code § 104559.5 (2025); Mass.G.L. c.270, § 28 (2019); N.J. Stat. Ann. § 2A:170-51.6 (2020); R.I. Gen. Laws § 44-20-61 (2025); Utah Code Ann. § 76-9-1114 (2025).

22. Dozens of municipalities and counties have banned flavored e-cigarettes, including Berkeley, Los Angeles, Washington D.C., Columbus, Chicago, Nassau County, Oakland, and Bloomington. *See, e.g.*, Berkeley, Cal., Municipal Code § 9.80.031 (2019); L.A., Cal., County Code § 11.35.070 (2019); D.C. Code § 7-1721.08 (2021); Columbus, Ohio, City Code § 715 (2022); Chicago, Ill., Municipal Code § 4-64 (2020); Nassau, N.Y., Admin. Code §§ 9-25.11 *et seq*. (2019); Oakland, Cal., Municipal Code § 5.991.030 (2020); Bloomington City Code §§ 14.435 *et seq*. (2021).

## III. RZ Smoke

23. RZ Smoke is a wholesale distributor of flavored e-cigarettes with current business address of 80 Bennett Rd., Suffield, CT 06078. *Rasool Decl.* ¶ 1.

24. RZ Smoke's customers primarily placed orders for flavored e-cigarettes through the Company's website RZSmoke.com. Customers were assigned a unique login and password. Upon login, customers selected e-cigarettes and placed them in an "online cart." After completing

5

the order, arrangement was made for payment, which was not made online, but by wire transfer, check or cash on delivery. *Rasool Decl.* ¶ 4.

25.     Orders for shipments placed by New York City customers were picked and packed at the Company's warehouse located at 80 Bennett Rd, Suffield CT 06078 and delivered to its New York warehouse located at 412 Hillside Ave, New Hyde Park, NY 11040. *Rasool Decl.* ¶ 5.

26.     Some orders were picked up by customers from the New York warehouse. *Rasool Decl.* ¶ 6.

27.     The remaining orders were placed in a Company-owned vehicle, typically a van. Several times each week, an RZ Smoke employee or contractor would deliver the products directly to customers located in New York City. *Rasool Decl.* ¶ 6.

28.     RZ Smoke has generated a business record showing completed sales by RZ Smoke of flavored disposable e-cigarettes to customers in New York City between January 2021 and December 2024. *Rasool Decl.* ¶ 7 & Ex. A.

29.     Rasool Exhibit A is a business record under Fed. R. Evid. 803 maintained in the ordinary course of business, showing completed sales by RZ Smoke to customers in New York City. The entries therein were made in or near the time of the transaction by a person with knowledge of the transaction. *Rasool Decl.* ¶ 7 & Ex. A.

30.     Between January 2021 and December 2024, RZ Smoke made $25,315,889.01 in sales of flavored e-cigarettes to 87 different customers in New York City. *Rasool Decl.*, Ex. A, columns D & L.

31.     RZ Smoke has produced another business record showing line-item details of completed sales by RZ Smoke to customers in New York City between July 2020 and December

2024. This record is a spreadsheet entitled "NYC_Line_Item_Vape_Only_Tobacco_Removed", produced as Bates number RZSMOKE00006339. *See Proshansky Decl.*, Ex. C.

32.    Proshansky Exhibit C is a business record under Fed. R. Evid. 803 maintained in the ordinary course of business, showing completed sales by RZ Smoke to customers in New York City. The entries therein were made in or near the time of the transaction by a person with knowledge of the transaction. *See Proshansky Decl.*, Ex. C.

33.    Proshansky Exhibit C has 73,209 rows. Each row reflects one line item sold to a specific customer in connection with a particular invoice. *Proshansky Decl.*, Ex. C.

34.    Proshansky Exhibit C has 4552 unique order IDs, indicating 4552 unique invoices. *Proshansky Decl.*, Ex. C, Column A.

35.    Of the products listed in Proshansky Exhibit C, nearly all are "flavored tobacco products," "flavored electronic cigarettes" or "flavored e-liquids" as defined by NYC Admin. Code § 17-713. *See Proshansky Decl.*, Ex. C.

36.    RZ    Smoke    has    also    produced    invoices,    RZSMOKE00000001-RZSMOKE00011970, documenting completed sales of vapor products to customers in New York City.

37.    The invoices with Bates Stamps RZSMOKE00000001-RZSMOKE00011970 are business records under Fed. R. Evid. 803 of completed sales by RZ Smoke to customers in New York City maintained in the ordinary course of business, and the entries in them were made in or near the time of the transaction by a person with knowledge of the transaction.

38.    A selection of these invoices is attached to the Proshansky Declaration as exhibits, grouped by customer. Specifically:

a.  Invoices for completed sales to APVAPESHOP INC. a/k/a Vanilla Blue Distributors are attached to the Proshansky Declaration as Exhibit D.

b.  Invoices for completed sales to Big Time Distributors are attached to the Proshansky Declaration as Exhibit E.

c.  Invoices for completed sales to Cloud Jay Corp. are attached to the Proshansky Declaration as Exhibit F.

d.  Invoices for completed sales to Finest Distributors LLC are attached to the Proshansky Declaration as Exhibit G.

e.  Invoices for completed sales to Igrind Inc. are attached to the Proshansky Declaration as Exhibit H.

f.  Invoices for completed sales to podguys are attached to the Proshansky Declaration as Exhibit I.

g.  Invoices for completed sales to ROSS DISTRO are attached to the Proshansky Declaration as Exhibit J.

h.  Invoices for completed sales to Mikes Smoke Shop are attached to the Proshansky Declaration as Exhibit K.

39.    Every invoice produced by RZ Smoke states "Shipping Method: Free Local Delivery." *See Proshansky Decl.*, Exs. D–K.

40.    All sales to each of the following customers were delivered to the customer by RZ Smoke or its agents:

a.  APVAPESHOP INC. a/k/a Vanilla Blue Distributors

b.  Big Time Distributors

c.  Cloud Jay Corp.

8

d.  Finest Distributors LLC

e.  Igrind Inc

f.  podguys

g.  ROSS DISTRO

h.  Mikes Smoke Shop

### IV.    RZ Smoke Sold Unapproved Flavored Vapes

41.    The FDA maintains a list of all "e-cigarettes authorized by the FDA", which it describes as "the only e-cigarettes that may be lawfully sold in the United States." *E-Cigarettes, "Vapes" and Other Electronic Nicotine Delivery Systems (ENDS) Authorized by the FDA*, FDA, https://www.fda.gov/tobacco-products/market-and-distribute-tobacco-product/e-cigarettes-vapes-and-other-electronic-nicotine-delivery-systems-ends-authorized-fda (last visited May 17, 2026).

42.    On May 5, 2026, the FDA approved "four Glas electronic nicotine delivery systems (ENDS) through the premarket tobacco product application (PMTA) pathway," including "Classic Menthol, Fresh Menthol, Gold, and Sapphire." This was "the FDA's first authorization of non-tobacco and non-menthol ENDS products." *FDA Expands Market Access, Authorizes New ENDS Products*, FDA, https://www.fda.gov/news-events/press-announcements/fda-expands-market-access-authorizes-new-ends-products (May 5, 2026).

43.    Before May 2026, the FDA had authorized only tobacco-flavored, menthol, and unflavored e-cigarettes. *See, e.g., E-Cigarettes Authorized by the FDA*, FDA, https://digitalmedia.hhs.gov/tobacco/hosted/E-Cigarettes-Authorized-FDA-June2024.pdf    (June 2024). Accordingly, before May 2026, no flavored nicotine product could be legally marketed anywhere in the United States. 21 U.S.C. § 387j(a); 81 Fed. Reg. 28,974 (May 10, 2016).

44.    All of the authorized e-cigarettes on the FDA's list come from one of five manufacturers:

9

     a. Glas Inc.

     b. JUUL Labs Inc.

     c. Logic Technology Development LLC

     d. NJOY LLC

     e. R.J. Reynolds Vapor Company

45. Any vapor product or e-cigarette manufactured by any manufacturer *other than these five* cannot be legally marketed anywhere in the United States. 21 U.S.C. § 387j(a); 81 Fed. Reg. 28,974 (May 10, 2016).

46. Of the line items listed in Proshansky Exhibit C—i.e. of the vapor products sold by RZ Smoke to customers in New York City— only 1,868 out of 73,209 rows, or 2.55%, pertain to products from these five manufacturers. *Proshansky Ex. C*. Specifically, out of 73,209 rows:

     a. 0 rows pertain to Glas Inc. products

     b. 1074 rows pertain to Juul Labs Inc. products

     c. 34 rows pertain to Logic Technology Development LLC products

     d. 14 rows pertain to NJOY LLC products, and

     e. 746 rows pertain to R.J. Reynolds Vapor Company products.

47. More than 97% of RZ Smoke's sales were of products that were not authorized by the FDA. *Proshansky Decl.*, Ex. C.

48. Every customer listed in Proshansky Exhibit C purchased from RZ Smoke at least one e-cigarette or vapor product that was not approved by the FDA. *Proshansky Decl.*, Ex. C.

## V. RZ Smoke's Customers Were Not Lawfully Operating

49. The New York Department of Taxation and Finance ("DTF")  maintains an online database of state-licensed retail dealers of cigarettes and tobacco products and vapor products that is available at https://data.ny.gov/Government-Finance/Registered-Retail-Dealers-of-

Cigarettes-and-Tobacc/55xf-9jat/about_data (hereinafter the "DTF Dealer Database"); *see generally Cigarette and tobacco products tax¸* NYS DTF, https://www.tax.ny.gov/bus/cig/cigidx.htm (last updated Feb. 18, 2025).

50.    The DTF Dealer Database is the "list of licensed or registered agents or vapor product dealers published by the department of taxation and finance" referenced in NY Public Health Law § 1399-*ll*; *see also* NY Tax L. § 1183 (requiring "[e]very person who intends to sell vapor products in this state" to "receive from the commissioner a certificate of registration prior to engaging in business").

51.    Of the 87 customers in New York City listed on Rasool Exhibit A, only 23— 26%—appear on the DTF list[1]:

| Company | Borough | Customer ID |
|---|---|---|
| 18th Ave Smoke Shop Discount | Brooklyn | 281 |
| 4 Way Deli | Staten Island | 1006 |
| APVAPESHOP INC | Brooklyn | 2480 |
| Broadway Tobacco House | New York | 1704 |
| Brooklyn Smokes Inc | Brooklyn | 934 |
| Dees Convenience Store Inc | Staten Island | 3419 |
| Eliot convenient & grocery | New York | 1482 |
| Faith Energy Inc | Brooklyn | 124 |
| Gnn Shine Bright | Bronx | 3658 |
| Mclean Deli & Grocery Inc | Bronx | 895 |
| Midtown Quick Mart Corp. | New York | 4790 |
| Montana Trading Group | Brooklyn | 4278 |
| N AND N Convenience Candy Plus | New York | 565 |
| NISSAN ENTERPRISES INC | Brooklyn | 3322 |
| pramukh1929 | Brooklyn | 326 |
| Pramukh1929 Inc | Brooklyn | 3026 |
| Royal Smoke N Vape | New York | 4967 |
| Sahajanand108inc | Queens | 3988 |
| Vapeology | Brooklyn | 1531 |
| VILLAGE Craft Beer & Smoke | New York | 398 |

---

[1] For ease of reference, and to facilitate differentiation between different customers with similar names (e.g. "General Vape"), each customer is listed here along with its Customer ID (column L).

11

| Company | Borough | Customer ID |
|---|---|---|
| WORKNPRAY ENTERPRISES INC | Brooklyn | 3210 |

52.     The other 66 customers—76% of the total—do **not** appear on the DTF list:

| Company | Borough | Customer ID |
|---|---|---|
| A&J CLOUD DISTRIBUTION CORP | Staten Island | 2421 |
| A2Z Distro LLC | New York | 4029 |
| AA | Brooklyn | 2009 |
| ANS EXOTICS SHOP INC | Staten Island | 3423 |
| AS & R Petroleum Inc. | Bronx | 1755 |
| Bay Distro LLC | Brooklyn | 4367 |
| Bbn masud Wholesale | Bronx | 507 |
| BC PATEL NEWS | New York | 759 |
| BestSmokeShop | Bronx | 1455 |
| Big time Dist | Bronx | 4379 |
| BP Gas | Brooklyn | 368 |
| Bronx Trading Co. Inc, | Bronx | 1881 |
| Cigar Land | Brooklyn | 128 |
| Cigarville - Premier Top Inc | New York | 4076 |
| Citron Hardware & Smoke Shop Inc | Bronx | 2954 |
| City Vape | Queens | 1413 |
| Cloud Jay Corp | Staten Island | 2766 |
| E smoke & cigar | Brooklyn | 3070 |
| Finest Distributors LLC | Brooklyn | 3401 |
| First and last newsstand | Queens | 1692 |
| Future Deli | Brooklyn | 901 |
| G N P Sunil Corp. | Bronx | 344 |
| Gee Smoke Shop | New York | 3375 |
| General Vape | Staten Island | 485 |
| General vape | Staten Island | 1689 |
| Gill Enterprises 1 Inc | Bronx | 2916 |
| Good Luck | Queens | 3448 |
| Guardian Vape Shop 2 Inc. | Bronx | 148 |
| H&H Deli&Grocery | Brooklyn | 1745 |
| Igrind Inc | Brooklyn | 4517 |
| International United Trade Inc | Brooklyn | 3750 |
| Iv Season Deli Grocery | Brooklyn | 155 |
| Jubilee Convenience Inc | New York | 4983 |
| Jumuna Inc | Brooklyn | 3034 |
| Karamawali | Brooklyn | 520 |
| KASH TRADERS CORP. | Brooklyn | 4250 |
| Khan LLC | Bronx | 1538 |

12

| Company | Borough | Customer ID |
|---|---|---|
| LA Hookah Smoke & Vape | New York | 1960 |
| Mikes Smoke Shop | New York | 929 |
| MILK N THINGS INC | Staten Island | 1295 |
| Mobil Mart | Bronx | 1104 |
| Mr Exotix | New York | 3318 |
| New Bedford Convenience Corp (DISTRO) | Queens | 3259 |
| NR NYC 888 | New York | 3430 |
| Penn Station Gifts | New York | 3979 |
| RLP Stationary | Bronx | 1668 |
| ROSS DISTRO. | Brooklyn | 473 |
| Sahara Distribution LLC | Queens | 4310 |
| SAID NEWSSTAND | New York | 902 |
| Shreeji Wholesale Inc | Queens | 4093 |
| Smok shop | Bronx | 1195 |
| Smoke Box | Bronx | 2605 |
| Smoke Hut | New York | 500 |
| smoke shop | Bronx | 3955 |
| Star Vape Corp | Brooklyn | 187 |
| SUNRISE CANDY AND TOBACCO CORP. | Brooklyn | 2950 |
| Super Vapes Convenience | New York | 2170 |
| T&A Candy & Grocery | Bronx | 619 |
| The new Intervale | Bronx | 2603 |
| U Mart Inc | New York | 607 |
| Vape Direct Distribution | Brooklyn | 3069 |
| Vape Guys Distribution | Brooklyn | 1994 |
| Vape Plus (G&A Distribution) | Brooklyn | 142 |
| VapeNY | Brooklyn | 1387 |
| VILLAGE VAPE & CIGAR | New York | 283 |
| West force usa inc | New York | 1682 |

53.     The NY State Department of Taxation and Finance has confirmed that none of the following entities had a certificate of registration as a vapor products dealer under the New York Tax Law at any time between 2019–2025:

      a.   Bbn masud Wholesale

      b.   Big time Dist

      c.   Cloud Jay Corp.

      d.   Finest Distributors LLC

13

e. Igrind Inc.

f. Vape Direct Distribution

g. podguys.com

h. ROSS DISTRO

i. Mikes Smoke Shop

*Proshansky Decl. ¶¶ 1–3; Proshansky Decl.*, Ex. A at 4; Proshansky *Decl.*, Ex. B.

54.     Every customer in New York City who purchased flavored e-cigarettes from RZ Smoke purchased more than 20 electronic cigarettes or more than 12 fluid ounces (354.882 mL) of e-liquid from RZ Smoke. *See Proshansky Ex. C*, column H. Specifically, each of the following customers purchased more than 20 electronic cigarettes or more than 12 fluid ounces (354.882 mL) of e-liquid from RZ Smoke:

a. 18th Ave Smoke Shop Discount

b. 24 seven smoke shop ii inc.

c. 4 Way Deli

d. 49 variety

e. A&J CLOUD DISTRIBUTION CORP

f. A2Z Distro LLC

g. ANS EXOTICS SHOP INC

h. APVAPESHOP INC

i. AS & R Petroleum Inc.

j. Bay Distro LLC

k. Big time Dist

l. BP Gas Station

m. Broadway Smoke Inc.

n.  Bronx Trading Co. Inc,

o.  brooklyn smokes

p.  Brooklyn Smokes Inc

q.  Citron Hardware & Smoke Shop Inc

r.  City Vape

s.  Cloud jay Corp

t.  DeesConveniencestoreinc

u.  E smoke & cigar

v.  Empire Smoke Distributors

w.  esmoke shop

x.  Faith energy inc

y.  Finest Distributors LLC

z.  Future Deli

aa.  G N P Sunil Corp.

bb.  Gee Smoke Shop

cc.  General vape

dd.  Gill Enterprises 1 Inc

ee.  Gnn Shine Bright

ff.  Guardian Vape Shop 2 Inc.

gg.  H&H Deli&Grocery

hh.  Igrind Inc

ii.  Jumuna Inc

jj.  K&A grocery

kk. KASH TRADERS CORP.

ll.  Khan LLC.

mm.    King Kong vape inc

nn. LA Hookah Smoke & Vape

oo. Mahant Krupa 56 LLC

pp. Metro Beer & Smoke

qq. Midtown Quick Mart Corp.

rr.  Mikes Smoke Shop

ss.  MILK N THINGS INC'

tt.  Montana Trading Group

uu. Mr Exotix

vv. Mylefastz

ww.    New Bedford Convenience Corp

xx. New Bedford Convenience Corp (DISTRO)

yy. NISSAN ENTERPRISES INC

zz. Penn Station Gifts

aaa.    pramukh1929

bbb.    pramukh1929 inc

ccc.    pramukh1930

ddd.    pramukh1931

eee.    pramukh1932

fff. pramukh1933

ggg.    pramukh1934

16

hhh.    pramukh1935

iii.  pramukh1936

jjj.  Premier Top Inc

kkk.    romaisha inc

lll.  Ross Distro

mmm.  ROSS DISTRO.

nnn.    Royal Smoke N Vape Inc

ooo.    Sahajanand108inc

ppp.    Sahajanand108inc

qqq.    Sahara Distribution LLC

rrr. SAID NEWSSTAND

sss. Shreeji Wholesale Inc

ttt.  Smoke Box

uuu.    Smoke Hut

vvv.    Star Vape Corp

www.  SUNRISE CANDY AND TOBACCO CORP.

xxx.    Super Vapes Convenience

yyy.    The New Intervale

zzz.    U Mart Inc

aaaa.   Urban Smoke Distributors

bbbb.   Vape Guys Distribution

cccc.   Vape Plus (G&A Distribution)

dddd.   VapeNY

eeee.    Vapeology

ffff. Vapor King Inc

gggg.    VILLAGE VAPE & CIGAR

hhhh.    WORKNPRAY ENTERPRISES INC.

Dated: New York, New York
June 4, 2026

**STEVEN BANKS**
Corporation Counsel of the
    City of New York
*Attorneys for Plaintiff The City of New York*
100 Church Street, Rm. 3-211
New York, New York 10007
(212) 356-2032

By:    */s/ Eric Proshansky*
        Eric Proshansky
        Aatif Iqbal
        Elizabeth Slater

        Assistant Corporation Counsels
