UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————x

THE CITY OF NEW YORK,

                    Plaintiff,

            v.

ENVIROMD GROUP LLC; GT IMPORTS; KAYLA
WHOLESALE, INC., d/b/a The Vapery; KLCC WHOLESALE
INC.; PIONEER DISTRIBUTION, INC. a/k/a
WEVAPEUSA.COM a/k/a SELLER SUPREME LLC; RZ
SMOKE INC.; STAR ZONE INC.; URBAN SMOKE
DISTRIBUTORS; VAPE MORE INC. a/k/a MORE LLC;
VAPE PLUS DISTRIBUTION CORP. a/k/a G&A
DISTRIBUTION; DAVID ALFIH a/k/a David Alfieh, a/k/a DJ
Alfani; and MARCUS BERNARD,

                    Defendants.

———————————————————————————x

1:24-cv-5161-GHW-JW

**DECLARATION OF ERIC PROSHANSKY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT RZ SMOKE INC.**

I, Eric Proshansky, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York. I am member of the bar of the State of New York and of this Court.

2. I submit this declaration in support of the City's motion for summary judgment against Defendant RZ Smoke Inc. ("RZ Smoke").

1. Attached as Exhibit A is a true and correct copy of a subpoena that was served on the New York State Department of Taxation and Finance ("DTF") on May 14, 2026.

2. To reduce the burden on DTF and ensure a timely response, the City sought to confirm the licensure status for only a subset of RZ Smoke's customers. Specifically, the City

1

asked DTF to confirm the license status of the following entities, designated on Schedule A of the May 14, 2026 subpoena: Bbn masud Wholesale, Big Time Dist, Cloud Jay Corp, Finest Distributors LLC, Igrind Inc, Vape Direct Distribution, podguys.com, ROSS DISTRO, and Mikes Smoke Shop. *See* Ex. A at 4.

3.    Attached as Exhibit B is a true and correct copy of a letter received from DTF in response to the City's May 14, 2026 subpoena.

4.    Attached as Exhibit C is a true and correct copy of a spreadsheet that was produced by RZ Smoke in response to the City's discovery demands, bearing Bates stamp RZSMOKE00006339.

5.    Attached as Exhibit D is a true and correct copy of invoices produced by RZ Smoke reflecting completed sales of flavored vapor products by RZ Smoke to APVAPESHOP INC. a/k/a Vanilla Blue Distributors.

6.    Attached as Exhibit E is a true and correct copy of invoices produced by RZ Smoke reflecting completed sales of flavored vapor products by RZ Smoke to Big Time Distributors.

7.    Attached as Exhibit F is a true and correct copy of invoices produced by RZ Smoke reflecting completed sales of flavored vapor products by RZ Smoke to Cloud Jay Corp.

8.    Attached as Exhibit G is a true and correct copy of invoices produced by RZ Smoke reflecting completed sales of flavored vapor products by RZ Smoke to Finest Distributors LLC.

9.    Attached as Exhibit H is a true and correct copy of invoices produced by RZ Smoke reflecting completed sales of flavored vapor products by RZ Smoke to Igrind Inc.

10.    Attached as Exhibit I is a true and correct copy of invoices produced by RZ Smoke reflecting completed sales of flavored vapor products by RZ Smoke to podguys.

2

11. Attached as Exhibit J is a true and correct copy of invoices produced by RZ Smoke reflecting completed sales of flavored vapor products by RZ Smoke to ROSS DISTRO.

12. Attached as Exhibit K is a true and correct copy of invoices produced by RZ Smoke reflecting completed sales of flavored vapor products by RZ Smoke to Mikes Smoke Shop.

13. For ease of reference, all exhibits are listed in the table below:

| Exhibit | Document |
|---|---|
| A | Subpoena served on NY DTF |
| B | DTF Letter responding to subpoena |
| C | "NYC_Line_Item_Vape_Only_Tobacco_Removed" spreadsheet, produced as RZSMOKE00006339 |
| D | Invoices for completed sales to APVAPESHOP INC. a/k/a Vanilla Blue Distributors |
| E | Invoices for completed sales to Big Time Distributors |
| F | Invoices for completed sales to Cloud Jay Corp. |
| G | Invoices for completed sales to Finest Distributors LLC |
| H | Invoices for completed sales to Igrind Inc. |
| I | Invoices for completed sales to podguys |
| J | Invoices for completed sales to ROSS DISTRO |
| K | Invoices for completed sales to Mikes Smoke Shop |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2026

/s/ Eric Proshansky

3