# Proshansky Exhibit B - Letter from DTF



**NEW YORK STATE** | **Department of Taxation and Finance**

**OFFICE OF COUNSEL**

May 21, 2026

**CERTIFIED MAIL**

Eric Proshansky, Esq.
NYC Law Department
100 Church Street, Rm. 3-211
New York, NY 10007

                    Re:    City of New York v. EnviroMD Group, LLC
                           Our File: F-14101

Dear Mr. Proshansky:

        Please be advised the Department has diligently searched its records in response to the requests in your recent subpoena relative to the above-referenced matter. Specifically, to answer your requests:

1. A search of our records did not reveal any of the entities listed in schedule A having a certificate of registration as a vapor products dealer under the New York Tax Law from 2019-2025.
2. The NYS Department of Taxation and Finance cannot determine whether records maintained by the Department would be responsive to any reference in the Public Health Law.

        Should you have any further questions or concerns, kindly contact the undersigned at (518) 457-2070.

                           Very truly yours,

                           AMANDA HILLER
                           Deputy Commissioner and Counsel

                    by:

                           Eric R. Gee
                           Associate Attorney

CITY OF N.Y. LAW DEPT.

2026 MAY 29 P 3:39