# Proshansky Exhibit D - Invoices - APVAPESHOP

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 196485 | Jan 6, 2021 | **$507.90** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 50 | HQD Cuvie V2 3pk Disposable 5% Nicotine - Strawberry | $2.99 | $149.50 |
| 30 | HQD Cuvie V2 3pk Disposable 5% Nicotine - Lush Ice | $2.99 | $89.70 |
| 10 | HQD Cuvie V2 3pk Disposable 5% Nicotine - Peachy Ice | $2.99 | $29.90 |
| 20 | HQD Cuvie V2 3pk Disposable 5% Nicotine - Banana Ice | $2.99 | $59.80 |
| 100 | LOY Disposable 5% Nicotine - Lush Ice | $0.99 | $99.00 |
| 5 | Iced Mango Bomb By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $40.00 |
| 5 | Iced Mango Bomb By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $40.00 |

Total quantities shipped: **220**

**Customer Note:** Side entrance, century 1 group You will see on the corner if you can't find call me and I'll come outside

| | |
|---|---|
| Subtotal: | $507.90 |
| Total: | $507.90 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000040

# INVOICE



| | Order # | Date | Total |
|---|---------|------|-------|
| | 196678 | Jan 7, 2021 | **$1,586.00** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 80 | HQD Cuvie V2 3pk Disposable 5% Nicotine - Strawberry | $2.99 | $239.20 |
| 320 | HQD Cuvie V2 3pk Disposable 5% Nicotine - Banana Ice | $2.99 | $956.80 |
| 7 | Lush Ice By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $56.00 |
| 7 | Lush Ice By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $56.00 |
| 5 | Iced Purple Bomb By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $40.00 |
| 5 | Iced Purple Bomb By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $40.00 |
| 50 | LOY Disposable 5% Nicotine - Ice Pineapple | $0.99 | $49.50 |
| 50 | LOY Disposable 5% Nicotine - Kiwi Strawberry | $0.99 | $49.50 |
| 100 | LOY Disposable 5% Nicotine - Lush Ice | $0.99 | $99.00 |

Total quantities shipped: **624**

**Customer Note:** side entrance century 1 group call when outside

Subtotal: $1,586.00
Total: $1,586.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000041

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 200543 | Feb 12, 2021 | **$1,318.20** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ALTO Device 5pk By VUSE - Blue | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Gold | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Red | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Rose Gold | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Silver | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Slate | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Teal | $4.50 | $4.50 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 2.4% Nicotine | $41.20 | $41.20 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% Nicotine | $41.20 | $41.20 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 2.4% Nicotine | $41.20 | $41.20 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 5.0% Nicotine | $41.20 | $41.20 |
| 1 | ALTO Pods 5pk By VUSE - Rich Tobacco 2.4% Nicotine | $41.20 | $41.20 |
| 1 | ALTO Pods 5pk By VUSE - Rich Tobacco 5.0% Nicotine | $41.20 | $41.20 |
| 200 | HYPPE Ultra (600+ Puffs) - Cola Ice | $0.99 | $198.00 |
| 150 | HYPPE Ultra (600+ Puffs) - Grape Soda | $0.99 | $148.50 |
| 100 | HYPPE Ultra (600+ Puffs) - Lemon Soda | $0.99 | $99.00 |
| 200 | HYPPE Ultra (600+ Puffs) - Lush Ice | $0.99 | $198.00 |
| 100 | HYPPE Ultra (600+ Puffs) - Lychee Soda | $0.99 | $99.00 |
| 100 | HYPPE Ultra (600+ Puffs) - Peach Ice | $0.99 | $99.00 |
| 50 | HYPPE Ultra (600+ Puffs) - Strawberry Banana | $0.99 | $49.50 |
| 50 | HYPPE Ultra (600+ Puffs) - Banana Ice | $0.99 | $49.50 |
| 50 | HYPPE Ultra (600+ Puffs) - Mighty Mint | $0.99 | $49.50 |
| 50 | HYPPE Ultra (600+ Puffs) - Orange Soda | $0.99 | $49.50 |

Total quantities shipped: **1063**

**Customer Note:** Need it Friday February 12th please before 330pm thank you

| | |
|---|---|
| Subtotal: | $1,318.20 |
| Total: | $1,318.20 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000042

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 200830 | Feb 15, 2021 | $378.00 |



**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ALTO Device 5pk By VUSE - Blue | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Gold | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Red | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Rose Gold | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Silver | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Slate | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Teal | $4.50 | $4.50 |
| 100 | HYPPE Ultra (600+ Puffs) - Cola Ice | $0.99 | $99.00 |
| 100 | HYPPE Ultra (600+ Puffs) - Grape Soda | $0.99 | $99.00 |
| 50 | HYPPE Ultra (600+ Puffs) - Lemon Soda | $0.99 | $49.50 |
| 50 | HYPPE Ultra (600+ Puffs) - Lychee Soda | $0.99 | $49.50 |
| 50 | HYPPE Ultra (600+ Puffs) - Strawberry Banana | $0.99 | $49.50 |

Total quantities shipped: **357**

**Customer Note:** need it by Tuesday February 16th please Thank you

| | |
|---|---|
| Subtotal: | $378.00 |
| Total: | $378.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000043



# INVOICE

| Order # | Document Date | Total |
|---------|---------------|-------|
| 200831 | Feb 15, 2021 | **$32.49** |

**PAID**

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 1 | ALTO Device 5pk By VUSE - Blue | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Gold | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Red | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Rose Gold | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Silver | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Slate | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Teal | $4.50 | $4.50 |
| 1 | HYPPE Ultra (600+ Puffs) - Peach Ice | $0.99 | $0.99 |

Total quantities shipped: **8**

**Customer Note:** Please add with my previous order thank you

Subtotal: $32.49
Total: $32.49

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
RETURNED CHECKS: $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000044

# INVOICE

PAID

| Order # | Date | Total |
|---|---|---|
| 200968 | Feb 17, 2021 | $155.10 |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ALTO Device 5pk By VUSE - Blue | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Gold | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Red | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Rose Gold | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Silver | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Slate | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Teal | $4.50 | $4.50 |
| 3 | ALTO Pods 5pk By VUSE - Menthol 5.0% Nicotine | $41.20 | $123.60 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $155.10 |
| Total: | $155.10 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000045

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 201491 | Feb 22, 2021 | **$2,000.00** | **PAID** |



**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 200 | HYPPE Ultra (600+ Puffs) - Cola Ice | $0.99 | $198.00 |
| 200 | HYPPE Ultra (600+ Puffs) - Grape Soda | $0.99 | $198.00 |
| 400 | HYPPE Ultra (600+ Puffs) - Lemon Soda | $0.99 | $396.00 |
| 300 | HYPPE Ultra (600+ Puffs) - Lush Ice | $0.99 | $297.00 |
| 300 | HYPPE Ultra (600+ Puffs) - Lychee Soda | $0.99 | $297.00 |
| 200 | HYPPE Ultra (600+ Puffs) - Orange Soda | $0.99 | $198.00 |
| 100 | HYPPE Ultra (600+ Puffs) - Peach Ice | $0.99 | $99.00 |
| 300 | HYPPE Ultra (600+ Puffs) - Strawberry Banana | $0.99 | $297.00 |
| 40 | SOL FEELM Device (Promotional) - Black | $0.50 | $20.00 |

Total quantities shipped: **2040**

**Customer Note:** Need It by Tuesday
February 22nd Thank you (important)

Subtotal: $2,000.00
Total: $2,000.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000046



# INVOICE

| | Order # | Date | Total |  |
|---|---|---|---|---|
| | 205039 | Mar 31, 2021 | **$353.70** | |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 300 | LOY Disposable 5% Nicotine - Lush Ice | $0.99 | $297.00 |
| 30 | HYPPE Ultra (600+ Puffs) - Orange Soda | $0.99 | $29.70 |
| 1 | ALTO Device 5pk By VUSE - Blue | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Gold | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Red | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Rose Gold | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Slate | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Teal | $4.50 | $4.50 |

Total quantities shipped: **336**

**Customer Note:** Need it by 03/31 thank you just clear it. already gone

| | |
|---|---|
| Subtotal: | $353.70 |
| Total: | $353.70 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000047

# INVOICE

| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 206214 | Apr 11, 2021 | **$4,114.50** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 24 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $1,920.00 |
| 24 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $1,920.00 |
| 1 | ALTO Device 5pk By VUSE - Blue | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Gold | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Red | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Rose Gold | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Slate | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Teal | $4.50 | $4.50 |
| 150 | LOY Disposable 5% Nicotine - Lush Ice | $0.99 | $148.50 |
| 50 | LOY Disposable 5% Nicotine - Pink Lemonade | $0.99 | $49.50 |
| 50 | LOY Disposable 5% Nicotine - Watermelon Lemonade | $0.99 | $49.50 |

Total quantities shipped: **304**

**Customer Note:** NOTE !! missing 6 boxes LOY Disposable 5% Nicotine - Lush Ice from my last order please add to this one Thank you.

| | |
|---|---|
| Subtotal: | $4,114.50 |
| Total: | $4,114.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000048

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 206908 | Apr 18, 2021 | $650.00 |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 65 | Mighty Mint By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $520.00 |
| 2 | Mighty Mint By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $16.00 |
| 6 | Tropical Mango By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $48.00 |
| 5 | Mango Bomb By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $40.00 |
| 2 | Apple Bomb By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $16.00 |
| 1 | Orion Ice By Zenith 120ml - 0mg | $10.00 | $10.00 |

Total quantities shipped: **81**

**Customer Note:** NEED MONDAY APRIL 19 PLEASE, THANK YOU

| | |
|---|---|
| Subtotal: | $650.00 |
| Total: | $650.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000049

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 207314 | Apr 21, 2021 | **$1,125.90** |  **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 250 | LOY Disposable 5% Nicotine - Lush Ice | $0.99 | $247.50 |
| 100 | LOY Disposable 5% Nicotine - Watermelon Lemonade | $0.99 | $99.00 |
| 120 | HYPPE Ultra (600+ Puffs) - Cola Ice | $0.99 | $118.80 |
| 120 | HYPPE Ultra (600+ Puffs) - Grape Soda | $0.99 | $118.80 |
| 100 | HYPPE Ultra (600+ Puffs) - Lemon Soda | $0.99 | $99.00 |
| 80 | HYPPE Ultra (600+ Puffs) - Lychee Soda | $0.99 | $79.20 |
| 100 | HYPPE Ultra (600+ Puffs) - Banana Ice | $0.99 | $99.00 |
| 120 | HYPPE Ultra (600+ Puffs) - Orange Soda | $0.99 | $118.80 |
| 120 | HYPPE Ultra (600+ Puffs) - Peach Ice | $0.99 | $118.80 |
| 1 | ALTO Device 5pk By VUSE - Blue | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Gold | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Red | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Rose Gold | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Slate | $4.50 | $4.50 |
| 1 | ALTO Device 5pk By VUSE - Teal | $4.50 | $4.50 |

Total quantities shipped: **1116**

**Customer Note:** Need by Thursday 04/22
Thank you!

| | |
|---|---|
| Subtotal: | $1,125.90 |
| Total: | $1,125.90 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000050

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 207958 | Apr 28, 2021 | **$990.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 150 | HYPPE Ultra (600+ Puffs) - Cola Ice | $0.99 | $148.50 |
| 150 | HYPPE Ultra (600+ Puffs) - Grape Soda | $0.99 | $148.50 |
| 150 | HYPPE Ultra (600+ Puffs) - Orange Soda | $0.99 | $148.50 |
| 150 | HYPPE Ultra (600+ Puffs) - Peach Ice | $0.99 | $148.50 |
| 150 | HYPPE Ultra (600+ Puffs) - Banana Ice | $0.99 | $148.50 |
| 150 | LOY Disposable 5% Nicotine - Lush Ice | $0.99 | $148.50 |
| 100 | LOY Disposable 5% Nicotine - Watermelon Lemonade | $0.99 | $99.00 |

Total quantities shipped: **1000**

**Customer Note:** I was missing 6 boxes loy
Bar lush ice from my last order please add
to this order, & need Thursday the 29th. Ok
we added your 6 box of loy lush ice . Raza

| | |
|---|---|
| Subtotal: | $990.00 |
| Total: | $990.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Document Date** | **Total** | **PAID** |
| 209556 | May 12, 2021 | $3,488.75 | |



**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Iced Berry Bomb By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $32.00 |
| 2 | Melon Mix By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $16.00 |
| 1 | Mighty Mint By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $8.00 |
| 8 | Tropical Mango By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $64.00 |
| 1 | Don't Care Bear Iced Out By Bad Drip 60ml - 0mg | $8.75 | $8.75 |
| 36 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $2,880.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $480.00 |

Total quantities shipped: **58**

**Customer Note:** Need by 05/12 Thusday please thank you

| | |
|---|---|
| Subtotal: | $3,488.75 |
| Total: | $3,488.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000052

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 211055 | May 26, 2021 | **$1,646.00** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $960.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $480.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 2.4% 2pk | $41.20 | $82.40 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $41.20 | $82.40 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 1.8% 2pk | $41.20 | $41.20 |

Total quantities shipped: **23**

**Customer Note:** Need by Thursday may 27th, Thank you

| | |
|---|---|
| Subtotal: | $1,646.00 |
| Total: | $1,646.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000053

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 211125 | May 27, 2021 | **$45.00** |



**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Hawaiian Pog By Naked100 60ml (Ice Series) - 0mg | $9.00 | $9.00 |
| 1 | Hawaiian Pog By Naked100 60ml - 0mg | $9.00 | $9.00 |
| 1 | Lava Flow By Naked100 60ml (Ice Series) - 0mg | $9.00 | $9.00 |
| 1 | Lava Flow By Naked100 60ml - 0mg | $9.00 | $9.00 |
| 1 | Crisp Menthol By Naked100 60ml - 0mg | $9.00 | $9.00 |

Total quantities shipped: **5**

**Customer Note:** Please add to my current order, thank you

|  |  |
|---|---|
| Subtotal: | $45.00 |
| Total: | $45.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000054

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 211848 | Jun 3, 2021 | **$715.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | Air Bar Max - Blueberry Blackcurrant | $7.50 | $150.00 |
| 10 | Air Bar Max - Kiwi Berry Ice | $7.50 | $75.00 |
| 20 | Air Bar Max - Melon Shake | $7.50 | $150.00 |
| 20 | Air Bar Max - Sakura Grape | $7.50 | $150.00 |
| 10 | Air Bar Max - Shake Shake | $7.50 | $75.00 |
| 20 | Air Bar Lux 5% Nicotine - Watermelon Ice | $5.25 | $105.00 |
| 1 | Draco Ice By Zenith 120ml - 0mg | $10.00 | $10.00 |

Total quantities shipped: **101**

**Customer Note:** Need BY 06/04 thank you

| | |
|---|---|
| Subtotal: | $715.00 |
| Total: | $715.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000055

# INVOICE

| Order # | Date | Total | |
|---------|------|-------|---|
| 212632 | Jun 10, 2021 | **$1,440.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 9 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $720.00 |
| 9 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $720.00 |

Total quantities shipped: **18**

**Customer Note:** NEED BY FRIDAY JUNE 11, THANK YOU

| | |
|---|---|
| Subtotal: | $1,440.00 |
| Total: | $1,440.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000056

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 212870 | Jun 14, 2021 | **$150.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | Air Bar Max - Watermelon Ice | $7.50 | $150.00 |

Total quantities shipped: **20**

**Customer Note:** Add to my current order please

| | |
|---|---|
| Subtotal: | $150.00 |
| Total: | $150.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000057

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 213273 | Jun 16, 2021 | **$1,106.00** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | PAX ERA LIFE - Blaze | $20.00 | $40.00 |
| 2 | PAX ERA LIFE - Grass | $20.00 | $40.00 |
| 2 | PAX ERA LIFE - Onyx | $20.00 | $40.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $480.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $480.00 |
| 1 | PB & Jam Monster Strawberry By Jam Monster Salts 30ml - 48mg | $8.00 | $8.00 |
| 1 | Scorpius By Zenith 100ml - 0mg | $9.00 | $9.00 |
| 1 | Virgo By Zenith 100ml - 0mg | $9.00 | $9.00 |

Total quantities shipped: **21**

**Customer Note:** NEED by thursday June 17th

Subtotal: $1,106.00
Total: $1,106.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000058

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 213448 | Jun 18, 2021 | **$225.00** | **PAID** |



**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 50 | Air Bar Diamond 5% Nicotine - Cherry Cola | $4.50 | $225.00 |

Total quantities shipped: **50**

Subtotal: $225.00
Total: $225.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000059

# INVOICE

| | Order # | Document Date | Total Due |
|---|---|---|---|
| | 213644 | Jun 21, 2021 | **$67.50** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Myle Mini Disposable 5% Nicotine - Peach Ice | $6.75 | $67.50 |

Total quantities shipped: **10**

**Customer Note:** need by 06/22 thank you

| | |
|---|---|
| Subtotal: | $67.50 |
| Total: | $67.50 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000060

 # INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 213797 | Jun 22, 2021 | **$1,365.00** |  |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | VGOD POD 1K - Apple Bomb Iced | $6.50 | $130.00 |
| 20 | VGOD POD 1K - Berry Bomb Iced | $6.50 | $130.00 |
| 20 | VGOD POD 1K - Crisp Apple | $6.50 | $130.00 |
| 20 | VGOD POD 1K - Cubano | $6.50 | $130.00 |
| 10 | VGOD POD 1K - Dry Tobacco | $6.50 | $65.00 |
| 30 | VGOD POD 1K - Lush Ice | $6.50 | $195.00 |
| 30 | VGOD POD 1K - Mango Bomb Iced | $6.50 | $195.00 |
| 30 | VGOD POD 1K - Mighty Mint | $6.50 | $195.00 |
| 20 | VGOD POD 1K - Purple Bomb Iced | $6.50 | $130.00 |
| 10 | VGOD POD 1K - Tropical Mango | $6.50 | $65.00 |

Total quantities shipped: **210**

**Customer Note:** need wenesday 06/22
thank you

|  |  |
|---|---|
| Subtotal: | $1,365.00 |
| Total: | $1,365.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000061

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 213914 | Jun 23, 2021 | **$2,150.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 22 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $1,760.00 |
| 10 | VGOD POD 1K - Berry Bomb Iced | $6.50 | $65.00 |
| 10 | VGOD POD 1K - Crisp Apple | $6.50 | $65.00 |
| 20 | VGOD POD 1K - Lush Ice | $6.50 | $130.00 |
| 10 | VGOD POD 1K - Mango Bomb Iced | $6.50 | $65.00 |
| 10 | VGOD POD 1K - Purple Bomb Iced | $6.50 | $65.00 |

Total quantities shipped: **82**

**Customer Note:** Please need by Thursday
June 24th, Thank you

| | |
|---|---|
| Subtotal: | $2,150.00 |
| Total: | $2,150.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000062


# INVOICE

| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 214383 | Jun 25, 2021 | **$300.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | VGOD POD 1K - Berry Bomb Iced | $6.50 | $65.00 |
| 10 | VGOD POD 1K - Crisp Apple | $6.50 | $65.00 |
| 10 | VGOD POD 1K - Mango Bomb Iced | $6.50 | $65.00 |
| 10 | VGOD POD 1K - Mighty Mint | $6.50 | $65.00 |
| 5 | Mighty Mint By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $40.00 |

Total quantities shipped: **45**

| | |
|---|---|
| Subtotal: | $300.00 |
| Total: | $300.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000063



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 214856 | Jun 29, 2021 | **$376.53** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Air Bar Max - Energy Drinks | $7.50 | $75.00 |
| 10 | Air Bar Max - Guava Shake | $7.50 | $75.00 |
| 10 | Air Bar Max - Sakura Grape | $7.50 | $75.00 |
| 20 | Air Bar Lux 5% Nicotine - Watermelon Apple Ice | $5.25 | $105.00 |
| 47 | Boss Reserve By Cuttwood Salts 30ml - 35mg | $0.99 | $46.53 |

Total quantities shipped: **97**

**Customer Note:** need by tom please

Subtotal: $376.53
Total: $376.53

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000064



# INVOICE

| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 214912 | Jun 29, 2021 | **$48.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Jewel Mint By Pod Juice Salts - 55mg | $8.00 | $8.00 |
| 1 | Jewel Mango By Pod Juice Salts - 55mg | $8.00 | $8.00 |
| 1 | Jewel Mango Diamond By Pod Juice Salts - 55mg | $8.00 | $8.00 |
| 1 | Jewel Mint Lush Ice By Pod Juice Salts - 55mg | $8.00 | $8.00 |
| 1 | Jewel Mint Diamond By Pod Juice Salts - 35mg | $8.00 | $8.00 |
| 1 | Jewel Mint Sapphire By Pod Juice Salts - 35mg | $8.00 | $8.00 |

Total quantities shipped: **6**

**Customer Note:** add to my current order please

Subtotal: $48.00
Total: $48.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000065

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 215141 | Jul 1, 2021 | **$1,920.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $960.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $960.00 |

Total quantities shipped: **24**

**Customer Note:** need by tomo july 2nd please

| | |
|---|---|
| Subtotal: | $1,920.00 |
| Total: | $1,920.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000066

# INVOICE

| Order # | Document Date | Total | |
|---------|---------------|-------|---|
| 215394 | Jul 5, 2021 | **$512.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 4 | Peach Queen By Pod Juice Salts - 35mg | $8.00 | $32.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $480.00 |

Total quantities shipped: **10**

**Customer Note:** need by july 6th

| | |
|---|---|
| Subtotal: | $512.00 |
| Total: | $512.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 215883 | Jul 8, 2021 | **$719.00** | |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | GLAMEE NOVA - 4000 Puffs - CLEAR - No Flavor | $6.75 | $67.50 |
| 10 | GLAMEE NOVA - 4000 Puffs - Tobacco Red | $6.75 | $67.50 |
| 3 | Georgia Peach By Salt Bae 30ml - 25mg | $8.00 | $24.00 |
| 7 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $560.00 |

Total quantities shipped: **30**

**Customer Note:** need buy friday thank you

| | |
|---|---|
| Subtotal: | $719.00 |
| Total: | $719.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000068

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 216178 | Jul 11, 2021 | **$1,040.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 13 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $1,040.00 |

Total quantities shipped: **13**

**Customer Note:** need by monday 07/12
thank you

Subtotal: $1,040.00
Total: $1,040.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000069



# INVOICE

| Order # | Date | Total |  |
|---------|------|-------|------|
| 216468 | Jul 14, 2021 | **$1,920.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $960.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $960.00 |

Total quantities shipped: **24**

**Customer Note:** NEED THURSDAY 07/15
THANK YOU

| | |
|---|---|
| Subtotal: | $1,920.00 |
| Total: | $1,920.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000070

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 216510 | Jul 15, 2021 | $150.00 | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Air Bar Max - Apple Shake | $7.50 | $75.00 |
| 10 | Air Bar Max - Berries Shake | $7.50 | $75.00 |

Total quantities shipped: **20**

**Customer Note:** Add to my current order thank you

| | |
|---|---|
| Subtotal: | $150.00 |
| Total: | $150.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000071

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 216598 | Jul 15, 2021 | **$1,120.00** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 7 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $560.00 |
| 7 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $560.00 |

Total quantities shipped: **14**

**Customer Note:** Need by friday 07/16
Thank you

| | |
|---|---|
| Subtotal: | $1,120.00 |
| Total: | $1,120.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000072

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 216831 | Jul 18, 2021 | **$375.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 50 | Air Bar Max - Red Mojito | $7.50 | $375.00 |

Total quantities shipped: **50**

**Customer Note:** need monday please

Subtotal: $375.00
Total: $375.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000073

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 216854 | Jul 18, 2021 | **$160.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Apple Bomb By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $32.00 |
| 3 | Iced Mango Bomb By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $24.00 |
| 5 | Iced Apple Bomb By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $40.00 |
| 3 | Iced Berry Bomb By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $24.00 |
| 1 | Dry Tobacco By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $8.00 |
| 4 | Lush Ice By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $32.00 |

Total quantities shipped: **20**

**Customer Note:** need monday 07/18
thank you

| | |
|---|---|
| Subtotal: | $160.00 |
| Total: | $160.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000074

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 217132 | Jul 21, 2021 | **$1,600.00** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $1,600.00 |

Total quantities shipped: **20**

**Customer Note:** Neen by thursday 07/21
thank you

| | |
|---|---|
| Subtotal: | $1,600.00 |
| Total: | $1,600.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000075



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 217696 | Jul 27, 2021 | **$2,240.00** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 14 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $1,120.00 |
| 14 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $1,120.00 |

Total quantities shipped: **28**

**Customer Note:** need by wenesday 07/28
thank you

| | |
|---|---|
| Subtotal: | $2,240.00 |
| Total: | $2,240.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000076

 **INVOICE**

| | | |
|---|---|---|
| **Order #** | **Date** | **Total** |
| 218594 | Aug 4, 2021 | **$4,845.00** |

 **PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 33 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $2,640.00 |
| 24 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $1,920.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 1.8% 2pk | $47.50 | $95.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 2.4% 2pk | $47.50 | $95.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $47.50 | $95.00 |

Total quantities shipped: **63**

**Customer Note:** need by 08/04 please,
Thank you

| | |
|---|---|
| Subtotal: | $4,845.00 |
| Total: | $4,845.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000077

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 218606 | Aug 4, 2021 | **$405.00** |

**PAID**

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | GLAMEE NOVA - 4000 Puffs - Taro Ice Cream | $6.75 | $135.00 |
| 20 | GLAMEE NOVA - 4000 Puffs - Watermelon Chew | $6.75 | $135.00 |
| 20 | GLAMEE NOVA - 4000 Puffs - Green Energy Drink | $6.75 | $135.00 |

Total quantities shipped: **60**

**Customer Note:** please add to my current order

Subtotal: $405.00
Total: $405.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000078

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 219357 | Aug 11, 2021 | **$815.00** | **PAID** |



**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Air Bar Lux - Blueberry Kiwi Ice | $5.25 | $52.50 |
| 20 | Air Bar Lux - Energy Drinks | $5.25 | $105.00 |
| 10 | Air Bar Lux - Watermelon Candy | $5.25 | $52.50 |
| 10 | Air Bar Max - Cool Mint | $7.50 | $75.00 |
| 10 | Air Bar Max - Cranberry Grape | $7.50 | $75.00 |
| 10 | Air Bar Max - Melon Shake | $7.50 | $75.00 |
| 10 | Air Bar Box - Energy Drinks | $9.50 | $95.00 |
| 10 | Air Bar Box - Orange Juice | $9.50 | $95.00 |
| 10 | Air Bar Box - Strawberry Mango | $9.50 | $95.00 |
| 10 | Air Bar Box - Watermelon Ice | $9.50 | $95.00 |

Total quantities shipped: **110**

**Customer Note:** need by thursday 08/12
thank you

Subtotal: $815.00
Total: $815.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000079



# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 219909 | Aug 16, 2021 | **$249.00** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 10 | Air Bar Box - Energy Drinks | $9.50 | $95.00 |
| 10 | VGOD POD 1K - Berry Bomb Iced | $6.50 | $65.00 |
| 10 | VGOD POD 1K - Mighty Mint | $6.50 | $65.00 |
| 1 | Jewel Mango Diamond By Pod Juice Salts - 35mg | $8.00 | $8.00 |
| 1 | Jewel Mango Diamond By Pod Juice Salts - 55mg | $8.00 | $8.00 |
| 1 | Jewel Mint Diamond By Pod Juice Salts - 55mg | $8.00 | $8.00 |

Total quantities shipped: **33**

**Customer Note:** Please need by Monday August 16th, thank you

| | |
|---|---|
| **Subtotal:** | $249.00 |
| **Total:** | $249.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000080

# INVOICE

| Order # | Document Date | Total | PAID |
|---|---|---|---|
| 220004 | Aug 16, 2021 | **$2,852.50** | |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 35 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $2,800.00 |
| 10 | Air Bar Lux - Pineapple Ice | $5.25 | $52.50 |

Total quantities shipped: **45**

**Customer Note:** Need by tomorrow Tuesday 08/17, Pleas bring with my previous order, Thank you

| | |
|---|---|
| Subtotal: | $2,852.50 |
| Total: | $2,852.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000081



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 220293 | Aug 18, 2021 | **$2,560.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $960.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $960.00 |
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $80.00 | $480.00 |
| 10 | Lush Ice By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $80.00 |
| 10 | Iced Berry Bomb By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $80.00 |

Total quantities shipped: **50**

**Customer Note:** need by thursday 08/19
thank you

Subtotal: $2,560.00
Total: $2,560.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000082

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 220445 | Aug 19, 2021 | **$1,440.00** |  PAID |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $960.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $480.00 |

Total quantities shipped: **18**

|  |  |
|---|---|
| Subtotal: | $1,440.00 |
| Total: | $1,440.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000083

# INVOICE

 

| Order # | Date | Total |
|---|---|---|
| 222244 | Aug 29, 2021 | **$1,795.00** |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 14 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $1,120.00 |
| 40 | Air Bar Diamond - Blueberry Ice | $4.50 | $180.00 |
| 40 | Air Bar Diamond - Watermelon Apple Ice | $4.50 | $180.00 |
| 40 | Air Bar Diamond - Watermelon Ice | $4.50 | $180.00 |
| 30 | Air Bar Diamond - Red Mojito | $4.50 | $135.00 |

Total quantities shipped: **164**

**Customer Note:** need by monday 08/30
thank you

| | |
|---|---|
| Subtotal: | $1,795.00 |
| Total: | $1,795.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000084

# INVOICE

**PAID**

| Order # | Date | Total |
|---|---|---|
| 222462 | Aug 31, 2021 | **$320.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Air Bar Box - Watermelon Ice | $9.50 | $95.00 |
| 50 | Air Bar Diamond - Blueberry Raspberry | $4.50 | $225.00 |

Total quantities shipped: **60**

**Customer Note:** need by 09/01 please

| | |
|---|---|
| Subtotal: | $320.00 |
| Total: | $320.00 |

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000085

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 222737 | Sep 2, 2021 | $1,312.50 | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Novo Pods & Coils - Novo 3 - Mesh 0.8ohm 3pk | $6.50 | $65.00 |
| 10 | Novo Pods & Coils - Novo X - DC 0.8ohms MTL 3pk | $6.25 | $62.50 |
| 20 | Air Bar Box - Cool Lemon | $9.50 | $190.00 |
| 20 | Air Bar Box - Cool Mint | $9.50 | $190.00 |
| 10 | Air Bar Box - Cranberry Grape | $9.50 | $95.00 |
| 10 | Air Bar Box - Energy Drinks | $9.50 | $95.00 |
| 20 | Air Bar Box - Strawberry Mango | $9.50 | $190.00 |
| 10 | Air Bar Lux Plus - Corns & Chips | $8.50 | $85.00 |
| 10 | Air Bar Lux Plus - Kiwi Lemon Shake | $8.50 | $85.00 |
| 10 | Air Bar Lux Plus - Kiwi Orange | $8.50 | $85.00 |
| 20 | Air Bar Lux Plus - Monster Ice | $8.50 | $170.00 |

Total quantities shipped: **150**

**Customer Note:** need by 09/03 thank you

| | |
|---|---|
| Subtotal: | $1,312.50 |
| Total: | $1,312.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE



| Order # | Document Date | Total | |
|---|---|---|---|
| 222872 | Sep 4, 2021 | **$3,310.00** |  |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | Air Bar Box - Watermelon Ice | $9.50 | $190.00 |
| 36 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $2,880.00 |
| 3 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $240.00 |

Total quantities shipped: **59**

**Customer Note:** Need buy Monday 09/06 please

Subtotal: $3,310.00
Total: $3,310.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000087

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 223630 | Sep 8, 2021 | **$2,010.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | $80.00 | $960.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $80.00 | $960.00 |
| 20 | Air Bar Lux - Red Apple Ice | $4.50 | $90.00 |

Total quantities shipped: **44**

**Customer Note:** Need by Thursday 09/09
Thank you

| | |
|---|---|
| Subtotal: | $2,010.00 |
| Total: | $2,010.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000088

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 223907 | Sep 11, 2021 | **$1,440.00** |  PAID |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 18 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $1,440.00 |

Total quantities shipped: **18**

**Customer Note:** Need by Monday 09/13
thank you

| | |
|---|---|
| Subtotal: | $1,440.00 |
| Total: | $1,440.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000089



**INVOICE**



| Order # | Date | Total |
|---|---|---|
| 223921 | Sep 11, 2021 | **$718.24** |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | Juul Kits - Slate + 2 Pods Menthol 4ct | $26.76 | $321.12 |
| 12 | Juul Kits - Slate + 2 Pods Virginia Tobacco 4ct | $26.76 | $321.12 |
| 8 | Juul Charger | $4.50 | $36.00 |
| 5 | Strawberry Milkshake By Salt Bae 30ml - 50mg | $8.00 | $40.00 |

Total quantities shipped: **37**

| | |
|---|---|
| Subtotal: | $718.24 |
| Total: | $718.24 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000090

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 224019 | Sep 13, 2021 | **$3,360.00** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 36 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $2,880.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $480.00 |

Total quantities shipped: **42**

**Customer Note:** need by Teusday 09/14
Thank you

| | |
|---|---|
| Subtotal: | $3,360.00 |
| Total: | $3,360.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000091

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 224180 | Sep 13, 2021 | **$1,553.24** |  **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $480.00 |
| 12 | Juul Kits - Slate + 2 Pods Menthol 4ct | $26.76 | $321.12 |
| 12 | Juul Kits - Slate + 2 Pods Virginia Tobacco 4ct | $26.76 | $321.12 |
| 6 | Caliburn G Kit By Uwell - Blue | $18.50 | $111.00 |
| 20 | Air Bar Diamond - Green Apple Ice | $4.00 | $80.00 |
| 20 | Air Bar Diamond - Red Mojito | $4.00 | $80.00 |
| 20 | Air Bar Diamond - Watermelon Apple Ice | $4.00 | $80.00 |
| 20 | Air Bar Diamond - Watermelon Ice | $4.00 | $80.00 |

Total quantities shipped: **116**

**Customer Note:** Add to current order please

| | |
|---|---|
| Subtotal: | $1,553.24 |
| Total: | $1,553.24 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000092

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 224505 | Sep 14, 2021 | $1,680.00 | PAID |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 25 | Berry By Nkd100 Salts 30ml - 50mg | $8.00 | $200.00 |
| 20 | Strawberry Pom By Nkd100 Salts 30ml - 35mg | $8.00 | $160.00 |
| 20 | Strawberry Pom By Nkd100 Salts 30ml - 50mg | $8.00 | $160.00 |
| 5 | Really Berry By Nkd100 Salts 30ml - 35mg | $8.00 | $40.00 |
| 5 | Really Berry By Nkd100 Salts 30ml - 50mg | $8.00 | $40.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Aloe Grape | $9.00 | $90.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Blue Razz Ice | $9.00 | $90.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Cola Ice | $9.00 | $90.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Energize | $9.00 | $90.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Minty O's | $9.00 | $90.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Power | $9.00 | $90.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Strawberry Kiwi | $9.00 | $90.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Summer LUV | $9.00 | $90.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Tropical | $9.00 | $90.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Lush Ice | $9.00 | $90.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Pina Colada | $9.00 | $90.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Spearmint | $9.00 | $90.00 |

Total quantities shipped: **195**

**Customer Note:** Need by wenesday 09/15

|  |  |
|---|---|
| Subtotal: | $1,680.00 |
| Total: | $1,680.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000093

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 224986 | Sep 18, 2021 | **$2,490.00** |  |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 30 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $2,400.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Spearmint | $9.00 | $90.00 |

Total quantities shipped: **40**

**Customer Note:** Need by monday 09/20
Thank you

| | |
|---|---|
| Subtotal: | $2,490.00 |
| Total: | $2,490.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000094

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 225432 | Sep 23, 2021 | **$737.24** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Air Bar Box - Cool Lemon | $9.50 | $95.00 |
| 12 | Juul Kits - Slate + 2 Pods Menthol 4ct | $26.76 | $321.12 |
| 12 | Juul Kits - Slate + 2 Pods Virginia Tobacco 4ct | $26.76 | $321.12 |

Total quantities shipped: **34**

**Customer Note:** Need by Thursday 09/23
thank you

Subtotal: $737.24
Total: $737.24

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000095

 # INVOICE



| | **Order #** | **Date** | **Total** |
|---|---|---|---|
| | 225728 | Sep 27, 2021 | $1,690.00 |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | GLAMEE NOVA - 4000 Puffs - Apple Banana Ice | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Banana Ice | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Berry Orange Ice | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Blue Razz Ice | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Blueberry Raspberry Lemon | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Fantasy Love | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Green Energy Drink | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Hawaii Pog | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Jungle Juice | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Key Lime Pie | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Kiwi Blueberry Ice | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Lush Ice | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Passion Fruit Mango | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Peach Ice | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Peach Mango | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Peach Mango Watermelon | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Rainbow | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Shake Shake | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Strawberry Banana | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Strawberry Cream | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Strawberry Watermelon | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Taro Ice Cream | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Tobacco | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Tobacco Red | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Watermelon Candy | $6.50 | $65.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Watermelon Chew | $6.50 | $65.00 |

Total quantities shipped: **260**

**Customer Note:** Need by Monday 09/27
Thank you

| | |
|---|---|
| Subtotal: | $1,690.00 |
| Total: | $1,690.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000096



# INVOICE

| | |
|---|---|
| **Order #** | 226255 |
| **Date** | Sep 30, 2021 |
| **Total** | $3,607.50 |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480  Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 36 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $2,808.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |
| 5 | American Patriots By Nkd100 Salts 30ml - 35mg | $6.50 | $32.50 |
| 20 | American Patriots By Nkd100 Salts 30ml - 50mg | $6.50 | $130.00 |
| 9 | Euro Gold By Nkd100 Salts 30ml - 35mg | $6.50 | $58.50 |
| 4 | Euro Gold By Nkd100 Salts 30ml - 50mg | $6.50 | $26.00 |
| 1 | Hawaiian Pog By Nkd100 Salts 30ml - 35mg | $6.50 | $6.50 |
| 6 | Hawaiian Pog By Nkd100 Salts 30ml - 50mg | $6.50 | $39.00 |
| 6 | Lava Flow By Nkd100 Salts 30ml - 50mg | $6.50 | $39.00 |

Total quantities shipped: **93**

**Customer Note:** need by 10/01 thank you

| | |
|---|---|
| Subtotal: | $3,607.50 |
| Total: | $3,607.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000097



# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 226671 | Oct 4, 2021 | $1,612.50 |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | GLAMEE NOVA - 4000 Puffs - Apple Banana Ice | $5.75 | $57.50 |
| 10 | GLAMEE NOVA - 4000 Puffs - Blue Razz Ice | $5.75 | $57.50 |
| 10 | GLAMEE NOVA - 4000 Puffs - Hawaii Pog | $5.75 | $57.50 |
| 10 | GLAMEE NOVA - 4000 Puffs - Kiwi Blueberry Ice | $5.75 | $57.50 |
| 20 | Air Bar Lux Plus - Blueberry Ice | $7.00 | $140.00 |
| 10 | Air Bar Lux Plus - CLEAR - No Flavor | $7.00 | $70.00 |
| 20 | Air Bar Lux Plus - Cranberry Grape | $7.00 | $140.00 |
| 20 | Air Bar Lux Plus - Strawberry Raspberry | $7.00 | $140.00 |
| 30 | Air Bar Box - Cool Lemon | $8.00 | $240.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Lemon Crumble | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Peach Mango Watermelon | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Raspberry Watermelon | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Sour Apple Ice | $8.00 | $80.00 |
| 4 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $47.50 | $190.00 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $47.50 | $47.50 |
| 1 | ALTO Pods 5pk By VUSE - Rich Tobacco 1.8% 2pk | $47.50 | $47.50 |
| 1 | ALTO Pods 5pk By VUSE - Rich Tobacco 2.4% 2pk | $47.50 | $47.50 |

Total quantities shipped: **187**

**Customer Note:** Need by Tuesday 10/05
Thank you

| | |
|---|---|
| Subtotal: | $1,612.50 |
| Total: | $1,612.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000098

# INVOICE

**PAID**

| Order # | Date | Total |
|---|---|---|
| 227258 | Oct 7, 2021 | **$3,260.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 40 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $3,120.00 |
| 5 | Hyde USB Chargers 50ct | $15.00 | $75.00 |
| 10 | Novo Pods & Coils - Novo 2 - Mesh 1.0ohm 3pk | $6.50 | $65.00 |

Total quantities shipped: **55**

**Customer Note:** Need by Friday 10/08
Thank you

| | |
|---|---|
| Subtotal: | $3,260.00 |
| Total: | $3,260.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000099

# INVOICE



| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | **PAID** |
| 227347 | Oct 8, 2021 | $1,403.00 | |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 30 | Air Bar Diamond - Blueberry Raspberry | $4.00 | $120.00 |
| 40 | Air Bar Diamond - Blueberry Kiwi Ice | $4.00 | $160.00 |
| 20 | Air Bar Diamond - Energy Drinks | $4.00 | $80.00 |
| 40 | Air Bar Diamond - Grape Ice | $4.00 | $160.00 |
| 10 | Air Bar Diamond - Love Story | $4.00 | $40.00 |
| 30 | Air Bar Diamond - Pink Lemonade | $4.00 | $120.00 |
| 30 | Air Bar Diamond - Strawberry Ice | $4.00 | $120.00 |
| 30 | Air Bar Lux - Red Apple Ice | $4.50 | $135.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **236**

**Customer Note:** Need by monday 10/11
thank you

| | |
|---|---|
| Subtotal: | $1,403.00 |
| Total: | $1,403.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000100



| INVOICE | Order #<br>227565 | Date<br>Oct 11, 2021 | Total<br>$1,950.00 |  |
|---|---|---|---|---|

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 30 | MYLE Nano Disposable - Coconut Lime | $6.50 | $195.00 |
| 30 | MYLE Nano Disposable - Iced Mint | $6.50 | $195.00 |
| 30 | MYLE Nano Disposable - Iced Quad Berry | $6.50 | $195.00 |
| 30 | MYLE Nano Disposable - Iced Watermelon | $6.50 | $195.00 |
| 30 | MYLE Nano Disposable - Mint Mojito | $6.50 | $195.00 |
| 30 | MYLE Nano Disposable - Peach | $6.50 | $195.00 |
| 30 | MYLE Nano Disposable - Prime Pear | $6.50 | $195.00 |
| 30 | MYLE Nano Disposable - Raspberry Ice | $6.50 | $195.00 |
| 30 | MYLE Nano Disposable - Red Apple | $6.50 | $195.00 |
| 30 | MYLE Nano Disposable - White Grape | $6.50 | $195.00 |

Total quantities shipped: **300**

**Customer Note:** Need by 10/12 Thank you

Subtotal: $1,950.00
Total: $1,950.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000101

 **INVOICE**

 **PAID**

| Order # | Date | Total |
|---|---|---|
| 228307 | Oct 16, 2021 | **$2,262.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 29 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $2,262.00 |

Total quantities shipped: **29**

**Customer Note:** need by monday 10/18 thank you

| | |
|---|---|
| Subtotal: | $2,262.00 |
| Total: | $2,262.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000102



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 228365 | Oct 17, 2021 | **$2,340.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $1,404.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **30**

**Customer Note:** Add to current order please

| | |
|---|---|
| Subtotal: | $2,340.00 |
| Total: | $2,340.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000103

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 228464 | Oct 18, 2021 | **$3,913.99** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | MYLE Nano Disposable - Coconut Lime | $6.50 | $65.00 |
| 10 | MYLE Nano Disposable - Mint Mojito | $6.50 | $65.00 |
| 10 | MYLE Nano Disposable - Peach | $6.50 | $65.00 |
| 10 | MYLE Nano Disposable - Prime Pear | $6.50 | $65.00 |
| 10 | MYLE Nano Disposable - Raspberry Ice | $6.50 | $65.00 |
| 10 | MYLE Nano Disposable - Red Apple | $6.50 | $65.00 |
| 10 | MYLE Nano Disposable - White Grape | $6.50 | $65.00 |
| 10 | Air Bar Lux Plus - Cherry Lemon Shake | $7.00 | $70.00 |
| 10 | Air Bar Lux Plus - CLEAR - No Flavor | $7.00 | $70.00 |
| 10 | Air Bar Lux Plus - Cola Ice | $7.00 | $70.00 |
| 10 | Air Bar Lux Plus - Cool Mint | $7.00 | $70.00 |
| 10 | Air Bar Lux Plus - Cranberry Grape | $7.00 | $70.00 |
| 10 | Air Bar Lux Plus - Energy Drinks | $7.00 | $70.00 |
| 10 | Air Bar Lux Plus - Kiwi Lemon Shake | $7.00 | $70.00 |
| 10 | Air Bar Lux Plus - Kiwi Orange | $7.00 | $70.00 |
| 10 | Air Bar Lux Plus - Monster Ice | $7.00 | $70.00 |
| 10 | Air Bar Lux Plus - Strawberry Raspberry | $7.00 | $70.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Aloe Grape | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Banana Ice | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Blue Razz Ice | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Cola Ice | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Energize | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Lemon Crumble | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Lush Ice | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Minty O's | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Peach Mango Watermelon | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Pina Colada | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Power | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Raspberry Watermelon | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Sour Apple Ice | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Spearmint | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Strawberry Banana | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Strawberry Kiwi | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Strawberries & Cream | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Summer LUV | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Tropical Gummy | $8.00 | $80.00 |
| 10 | Hyde Edge 1500 Puffs - Aloe Grape | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Banana Ice | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Bananas and Cream | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Cherry Peach Lemonade | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Cola Ice | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Energize | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Honeydew Punch | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Lush Ice | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Mango Peaches & Cream | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Minty O's | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - OJ | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Peach Mango Watermelon | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Pina Colada | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Power | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Raspberry Watermelon | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Spearmint | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Strawberries & Cream | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Strawberry Banana | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Strawberry Kiwi | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Summer LUV | $6.00 | $60.00 |

RZSMOKE00000104

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Clipper Leaf Flame Lighters Solid Gold 48ct | $38.99 | $38.99 |

Total quantities shipped: **561**

**Customer Note:** need by Teusday 10/19
Thank you

| | |
|---|---|
| Subtotal: | $3,913.99 |
| Total: | $3,913.99 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000105

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | |
| 228500 | Oct 18, 2021 | **$142.50** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 2pk | $47.50 | $47.50 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $47.50 | $47.50 |
| 1 | ALTO Pods 5pk By VUSE - Rich Tobacco 5.0% 2pk | $47.50 | $47.50 |

Total quantities shipped: **3**

**Customer Note:** Add to current order please

Subtotal: $142.50
Total: $142.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000106

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 228509 | Oct 19, 2021 | **$300.00** | **PAID**  |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 30 | Iced Apple Bomb By VGOD SaltNic Labs 30ml - 50mg | $6.25 | $187.50 |
| 10 | Summer Strawberry By VGOD SaltNic Labs 30ml - 50mg | $6.25 | $62.50 |
| 8 | Melon Mix By VGOD SaltNic Labs 30ml - 50mg | $6.25 | $50.00 |

Total quantities shipped: **48**

**Customer Note:** Please add to current orders

| | |
|---|---|
| Subtotal: | $300.00 |
| Total: | $300.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000107

# INVOICE




| Order # | Date | Total |
|---|---|---|
| 229059 | Oct 24, 2021 | $1,691.50 |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |
| 1 | Doob Tubes - Large Original 25ct | $12.50 | $12.50 |
| 1 | Doob Tubes - Small Funnies 25ct | $10.00 | $10.00 |
| 6 | Randy's Glass Cleaner - Black Label 12oz | $4.00 | $24.00 |
| 1 | Clipper Classic Larger Lighters 48ct - Assorted Solid + 6 FREE Lighter | $29.50 | $29.50 |
| 1 | Clipper Classic Larger Lighters 48ct - Raw Design | $29.50 | $29.50 |
| 20 | MYLE Nano Disposable - Iced Quad Berry | $6.50 | $130.00 |
| 20 | MYLE Nano Disposable - Iced Watermelon | $6.50 | $130.00 |
| 10 | MYLE Nano Disposable - Peach | $6.50 | $65.00 |
| 20 | MYLE Nano Disposable - Prime Pear | $6.50 | $130.00 |
| 10 | MYLE Nano Disposable - Raspberry Ice | $6.50 | $65.00 |
| 10 | MYLE Nano Disposable - Red Apple | $6.50 | $65.00 |
| 10 | MYLE Nano Disposable - White Grape | $6.50 | $65.00 |

Total quantities shipped: **122**

**Customer Note:** Need by monday 10/25
Thank you

| | |
|---|---|
| Subtotal: | $1,691.50 |
| Total: | $1,691.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000108

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 229248 | Oct 26, 2021 | **$1,872.00** |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **24**

**Customer Note:** Need by 10/27 thank you

| | |
|---|---|
| Subtotal: | $1,872.00 |
| Total: | $1,872.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000109



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 229497 | Oct 28, 2021 | **$3,404.50** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | Hyde Rebel Recharge 4500 Puffs - Aloe Grape | $8.00 | $160.00 |
| 20 | Hyde Rebel Recharge 4500 Puffs - Blue Razz Ice | $8.00 | $160.00 |
| 20 | Hyde Rebel Recharge 4500 Puffs - Lush Ice | $8.00 | $160.00 |
| 20 | Hyde Rebel Recharge 4500 Puffs - Peach Mango Watermelon | $8.00 | $160.00 |
| 20 | Hyde Rebel Recharge 4500 Puffs - Sour Apple Ice | $8.00 | $160.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Strawberry Kiwi | $8.00 | $80.00 |
| 20 | Hyde Rebel Recharge 4500 Puffs - Tropical Gummy | $8.00 | $160.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Berry Orange Ice | $5.75 | $57.50 |
| 10 | GLAMEE NOVA - 4000 Puffs - Blueberry Raspberry Lemon | $5.75 | $57.50 |
| 10 | GLAMEE NOVA - 4000 Puffs - Jungle Juice | $5.75 | $57.50 |
| 20 | Hyde Edge Recharge 3300 Puffs - Energize | $8.00 | $160.00 |
| 20 | Hyde Edge Recharge 3300 Puffs - Summer LUV | $8.00 | $160.00 |
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $1,404.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **224**

**Customer Note:** need by 10/29 thank you

| | |
|---|---|
| Subtotal: | $3,404.50 |
| Total: | $3,404.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000110

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 229826 | Nov 1, 2021 | $4,680.00 |

 **PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 60 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $4,680.00 |

Total quantities shipped: **60**

**Customer Note:** need by 11/02 please

|  |  |
|---|---|
| Subtotal: | $4,680.00 |
| Total: | $4,680.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000111

# INVOICE

PAID

| Order # | Date | Total |
|---|---|---|
| 229839 | Nov 1, 2021 | **$91.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Dry Tobacco By VGOD SaltNic Labs 30ml - 25mg | $6.50 | $26.00 |
| 10 | Dry Tobacco By VGOD SaltNic Labs 30ml - 50mg | $6.50 | $65.00 |

Total quantities shipped: **14**

| | |
|---|---|
| Subtotal: | $91.00 |
| Total: | $91.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000112



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 230009 | Nov 2, 2021 | **$1,063.50** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Novo Pods & Coils - Novo 3 - Mesh 0.8ohm 3pk | $6.50 | $65.00 |
| 10 | Novo Pods & Coils - Novo X - DC 0.8ohms MTL 3pk | $6.25 | $62.50 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **32**

**Customer Note:** need by 11/03 Thank you

| | |
|---|---|
| Subtotal: | $1,063.50 |
| Total: | $1,063.50 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000113

# INVOICE

| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 230163 | Nov 3, 2021 | **$1,125.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Kalibloom Kik - DELTA 8 Disposable 1000mg - Sativa - Lemon Cake | $15.00 | $75.00 |
| 1 | Cake DELTA 8 Gummies 500mg - Assorted Bears - 10pk Black Display Box | $85.00 | $85.00 |
| 1 | Cake DELTA 8 Gummies 500mg - Assorted Bears - 10pk Blue Display Box | $85.00 | $85.00 |
| 1 | Cake DELTA 8 Gummies 500mg - Assorted Bears - 10pk Purple Display Box | $85.00 | $85.00 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Indica - Banana Runtz | $8.50 | $42.50 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Indica - King Louis XIII | $8.50 | $42.50 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Indica - LA Confidential | $8.50 | $42.50 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Indica - Slurricane | $8.50 | $42.50 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Indica - Presidentail OG | $8.50 | $42.50 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Indica - Strawberry Cough | $8.50 | $42.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Honey Glue | $15.00 | $75.00 |
| 4 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - PB & J | $15.00 | $60.00 |
| 4 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Texas Pound Cake | $15.00 | $60.00 |
| 1 | MEDUSA - DELTA 8 Disposable 500mg - Blue Razz | $10.00 | $10.00 |
| 1 | MEDUSA - DELTA 8 Disposable 500mg - Watermelon | $10.00 | $10.00 |
| 5 | MEDUSA - DELTA 8 Disposable 950mg - Hybrid - Confetti Cake | $12.00 | $60.00 |
| 5 | MEDUSA - DELTA 8 Disposable 950mg - Hybrid - Pink Runtz | $12.00 | $60.00 |
| 5 | MEDUSA - DELTA 8 Disposable 950mg - Indica - Kush Mints | $12.00 | $60.00 |
| 5 | MEDUSA - DELTA 8 Disposable 950mg - Sativa - Blue Dream | $12.00 | $60.00 |
| 1 | Cake DELTA 8 Gummies 500mg - Assorted Bears - 10pk Yellow Display Box | $85.00 | $85.00 |

Total quantities shipped: **74**

**Customer Note:** need by 11/04 thank you

| | |
|---|---|
| Subtotal: | $1,125.00 |
| Total: | $1,125.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000114



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 230187 | Nov 4, 2021 | **$975.00** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 50 | Cubano By VGOD SaltNic Labs 30ml - 25mg | $6.50 | $325.00 |
| 50 | Tropical Mango By VGOD SaltNic Labs 30ml - 25mg | $6.50 | $325.00 |
| 50 | Dry Tobacco By VGOD SaltNic Labs 30ml - 50mg | $6.50 | $325.00 |

Total quantities shipped: **150**

**Customer Note:** Please need by tomorrow 11/05 , add to my current order thank you

Subtotal: $975.00
Total: $975.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000115



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 230524 | Nov 9, 2021 | **$1,920.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $80.00 | $960.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $80.00 | $960.00 |

Total quantities shipped: **24**

**Customer Note:** need by 11/09 Thank you

| | |
|---|---|
| Subtotal: | $1,920.00 |
| Total: | $1,920.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000116

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 230617 | Nov 10, 2021 | **$325.00** |  **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 50 | Dry Tobacco By VGOD SaltNic Labs 30ml - 50mg | $6.50 | $325.00 |

Total quantities shipped: **50**

**Customer Note:** Need by Thursday 11/11 please

| | |
|---|---|
| Subtotal: | $325.00 |
| Total: | $325.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000117



# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 230644 | Nov 10, 2021 | **$468.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **6**

**Customer Note:** please add to previous order

| | |
|---|---|
| Subtotal: | $468.00 |
| Total: | $468.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000118



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 231015 | Nov 15, 2021 | $2,539.75 |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 60 | Air Bar Diamond - Cool Mint | $4.00 | $240.00 |
| 40 | Air Bar Diamond - Mango Strawberry | $4.00 | $160.00 |
| 30 | Air Bar Max - Cool Mint | $6.50 | $195.00 |
| 80 | Air Bar Max - Watermelon Ice | $6.50 | $520.00 |
| 1 | Novo Pods & Coils - Novo 4 - Empty Pods 3pk | $3.75 | $3.75 |
| 2 | Novo Pods & Coils - Novo 4 - LP1 Coil DC 0.8ohm MTL 5pk | $8.50 | $17.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **231**

**Customer Note:** need by 11/16 thank you

| | |
|---|---|
| Subtotal: | $2,539.75 |
| Total: | $2,539.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000119



# INVOICE

| | Order # | Date | Total |
|---|---|---|---|
| | 231088 | Nov 15, 2021 | **$468.00** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **6**

> **Customer Note:** Add to current order please

| | |
|---|---|
| Subtotal: | $468.00 |
| Total: | $468.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000120



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 231290 | Nov 17, 2021 | **$2,532.50** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Novo Pods & Coils - Novo 3 - Mesh 0.8ohm 3pk | $6.50 | $65.00 |
| 10 | Novo Pods & Coils - Novo X - DC 0.8ohms MTL 3pk | $6.25 | $62.50 |
| 10 | Novo Pods & Coils - Novo X - Mesh 0.8ohms 3pk | $6.50 | $65.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $468.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **60**

**Customer Note:** need by 11/18 Thank you

| | |
|---|---|
| Subtotal: | $2,532.50 |
| Total: | $2,532.50 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000121

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 231653 | Nov 21, 2021 | **$1,934.00** |


**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 7 | GLAMEE FLOW – 4500 Puffs - Blueberry Ice (0% Nicotine) | $7.00 | $49.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |
| 2 | Luscious By VGOD SaltNic Labs 30ml - 25mg | $6.50 | $13.00 |

Total quantities shipped: **33**

**Customer Note:** Need Monday 11/22
thank you

| | |
|---|---|
| Subtotal: | $1,934.00 |
| Total: | $1,934.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000122

# INVOICE




| | Order # | Date | Total | |
|---|---|---|---|---|
| | 232133 | Nov 24, 2021 | **$998.50** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Summer Strawberry By VGOD SaltNic Labs 30ml - 25mg | $6.25 | $31.25 |
| 5 | Summer Strawberry By VGOD SaltNic Labs 30ml - 50mg | $6.25 | $31.25 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **22**

**Customer Note:** Need by 11/25 please

| | |
|---|---|
| Subtotal: | $998.50 |
| Total: | $998.50 |

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000123

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 232249 | Nov 24, 2021 | **$760.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 50 | Air Bar Diamond - Cranberry Lemonade Ice | $4.00 | $200.00 |
| 50 | Air Bar Diamond - Peach | $4.00 | $200.00 |
| 50 | Air Bar Diamond - Shake Shake | $4.00 | $200.00 |
| 40 | Air Bar Diamond - Strawberry Watermelon | $4.00 | $160.00 |

Total quantities shipped: **190**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $760.00 |
| Total: | $760.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.



# INVOICE



| | Order #<br>232320 | Date<br>Nov 26, 2021 | Total<br>$1,123.50 | |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 10 | Iced Apple Bomb By VGOD SaltNic Labs 30ml - 50mg | $6.25 | $62.50 |
| 10 | Apple Bomb By VGOD SaltNic Labs 30ml - 50mg | $6.25 | $62.50 |
| 10 | Berry Bomb By VGOD SaltNic Labs 30ml - 50mg | $6.25 | $62.50 |
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $468.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **42**

**Customer Note:** Need by Friday 11/26 add to current order, thank you

| | |
|---|---|
| Subtotal: | $1,123.50 |
| Total: | $1,123.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000125



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 232498 | Nov 28, 2021 | **$855.00** |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Air Bar Box - Cool Lemon | $8.00 | $80.00 |
| 10 | Air Bar Box - Kiwi Shake | $8.00 | $80.00 |
| 10 | Air Bar Box - Orange Juice | $8.00 | $80.00 |
| 10 | Air Bar Box - Pineapple Shake | $8.00 | $80.00 |
| 10 | GLAMEE NOVA - 4000 Puffs - Blueberry Cheesecake | $5.75 | $57.50 |
| 10 | GLAMEE NOVA - 4000 Puffs - Blueberry Pineapple | $5.75 | $57.50 |
| 10 | GLAMEE NOVA - 4000 Puffs - Chocolate Mint | $5.75 | $57.50 |
| 10 | GLAMEE NOVA - 4000 Puffs - Fantasy Cotton | $5.75 | $57.50 |
| 10 | GLAMEE NOVA - 4000 Puffs - Oatmeal Pudding | $5.75 | $57.50 |
| 10 | GLAMEE NOVA - 4000 Puffs - Orange Pineapple Citrus | $5.75 | $57.50 |
| 10 | GLAMEE NOVA - 4000 Puffs - Raspberry Peach | $5.75 | $57.50 |
| 10 | GLAMEE NOVA - 4000 Puffs - Raspberry Watermelon | $5.75 | $57.50 |
| 10 | Monster Bars 3500 Puffs - Strawberry Jam | $7.50 | $75.00 |

Total quantities shipped: **130**

**Customer Note:** Need By Monday 11/29
Thank You

Subtotal: $855.00
Total: $855.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000126

# INVOICE



**PAID**

| | Order # | Date | Total |
|---|---|---|---|
| | 232519 | Nov 28, 2021 | **$666.25** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Cubano Black By VGOD SaltNic Labs 30ml - 25mg | $6.25 | $31.25 |
| 5 | Cubano Black By VGOD SaltNic Labs 30ml - 50mg | $6.25 | $31.25 |
| 5 | Cubano Silver By VGOD SaltNic Labs 30ml - 25mg | $6.25 | $31.25 |
| 5 | Cubano Silver By VGOD SaltNic Labs 30ml - 50mg | $6.25 | $31.25 |
| 5 | Cubano By VGOD SaltNic Labs 30ml - 50mg | $6.25 | $31.25 |
| 5 | American Patriots By Nkd100 Salts 30ml - 35mg | $6.50 | $32.50 |
| 5 | American Patriots By Nkd100 Salts 30ml - 50mg | $6.50 | $32.50 |
| 5 | Cuban Blend By Nkd100 Salts 30ml - 35mg | $6.50 | $32.50 |
| 5 | Cuban Blend By Nkd100 Salts 30ml - 50mg | $6.50 | $32.50 |
| 5 | Euro Gold By Nkd100 Salts 30ml - 35mg | $6.50 | $32.50 |
| 5 | Euro Gold By Nkd100 Salts 30ml - 50mg | $6.50 | $32.50 |
| 5 | American Patriots By Naked100 60ml (Tobacco Series) - 0mg | $7.00 | $35.00 |
| 5 | American Patriots By Naked100 60ml (Tobacco Series) - 3mg | $7.00 | $35.00 |
| 5 | American Patriots By Naked100 60ml (Tobacco Series) - 6mg | $7.00 | $35.00 |
| 5 | Euro Gold By Naked100 60ml (Tobacco Series) - 0mg | $7.00 | $35.00 |
| 5 | Euro Gold By Naked100 60ml (Tobacco Series) - 3mg | $7.00 | $35.00 |
| 5 | Euro Gold By Naked100 60ml (Tobacco Series) - 6mg | $7.00 | $35.00 |
| 5 | Cuban Blend By Naked100 60ml (Tobacco Series) - 0mg | $7.00 | $35.00 |
| 5 | Cuban Blend By Naked100 60ml (Tobacco Series) - 3mg | $7.00 | $35.00 |
| 5 | Cuban Blend By Naked100 60ml (Tobacco Series) - 6mg | $7.00 | $35.00 |

Total quantities shipped: **100**

**Customer Note:** Add to current order please

| | |
|---|---|
| Subtotal: | $666.25 |
| Total: | $666.25 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000127

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 233567 | Dec 2, 2021 | **$936.00** | **PAID**  |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **12**

**Customer Note:** Need by friday 12/03
thank you

| | |
|---|---|
| Subtotal: | $936.00 |
| Total: | $936.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000128



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 233578 | Dec 2, 2021 | **$468.00** |


**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **6**

| | |
|---|---|
| **Subtotal:** | $468.00 |
| **Total:** | $468.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000129

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 233590 | Dec 2, 2021 | **$35.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Strawberry By Reds Apple 7 Daze 60ml - 6mg | $7.00 | $35.00 |

Total quantities shipped: **5**

**Customer Note:** Add to current orders please

| | |
|---|---|
| Subtotal: | $35.00 |
| Total: | $35.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000130



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 234034 | Dec 6, 2021 | **$1,404.00** |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **18**

**Customer Note:** need by 12/07 thank you

| | |
|---|---|
| Subtotal: | $1,404.00 |
| Total: | $1,404.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000131

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 234232 | Dec 8, 2021 | **$1,560.00** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $1,560.00 |

Total quantities shipped: **20**

**Customer Note:** need by 12/08 thank you

Subtotal: $1,560.00
Total: $1,560.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000132

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 234296 | Dec 8, 2021 | **$468.00** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **6**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $468.00 |
| Total: | $468.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000133

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 234762 | Dec 12, 2021 | **$1,404.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |
| 1 | CCELL Tabletop Sign Holder | $0.00 | $0.00 |

Total quantities shipped: **19**

**Customer Note:** need by monday 12/13
thank you

| | |
|---|---|
| Subtotal: | $1,404.00 |
| Total: | $1,404.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000134

 **INVOICE**

 **PAID**

| | Order # | Date | Total |
|---|---|---|---|
| | 234973 | Dec 14, 2021 | **$1,417.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Peach By Reds Apple 7 Daze 60ml - 0mg | $7.00 | $35.00 |
| 5 | Dry Tobacco By VGOD SaltNic Labs 30ml - 25mg | $6.50 | $32.50 |
| 6 | Dry Tobacco By VGOD SaltNic Labs 30ml - 50mg | $6.50 | $39.00 |
| 5 | Cubano By VGOD SaltNic Labs 30ml - 25mg | $6.50 | $32.50 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Banana Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Cool Mint | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Jungle Juice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Kiwi Blueberry Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Lush Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Rainbow | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Shake Shake | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Cream | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Tobacco | $57.50 | $57.50 |
| 2 | Hyde Rebel Recharge 4500 Puffs 10pk - Minty O's | $80.00 | $160.00 |
| 5 | Hyde USB Chargers 50ct | $15.00 | $75.00 |

Total quantities shipped: **44**

**Customer Note:** need by thursday 12/15
thank you

| | |
|---|---|
| Subtotal: | $1,417.00 |
| Total: | $1,417.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000135



# INVOICE


**PAID**

| Order #<br>235085 | Date<br>Dec 14, 2021 | Total<br>$140.00 |
| --- | --- | --- |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
| --- | --- | --- | --- |
| 10 | Euro Gold By Nkd100 Salts 30ml - 35mg | $7.00 | $70.00 |
| 10 | Berry By Nkd100 Salts 30ml - 35mg | $7.00 | $70.00 |

Total quantities shipped: **20**

**Customer Note:** add to current order please

| | |
| --- | --- |
| Subtotal: | $140.00 |
| Total: | $140.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000136

 **INVOICE**

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 235143 | Dec 15, 2021 | **$1,452.00** |  **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480  Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Red Mango By Salt Bae 30ml - 25mg | $6.50 | $6.50 |
| 1 | Georgia Peach By Salt Bae 30ml - 25mg | $6.50 | $6.50 |
| 5 | Peach By Reds Apple 7 Daze 60ml - 6mg | $7.00 | $35.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **25**

**Customer Note:** need by 12/16 thank you

Subtotal: $1,452.00
Total: $1,452.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000137



# INVOICE



**PAID**

| Order # | Date | Total |
|---|---|---|
| 235509 | Dec 19, 2021 | $1,886.00 |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $468.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $78.00 | $468.00 |
| 1 | Strawberry By Reds Apple 7 Daze 60ml - 0mg | $7.00 | $7.00 |
| 1 | Mango By Reds Apple 7 Daze 60ml - 6mg | $7.00 | $7.00 |

Total quantities shipped: **26**

**Customer Note:** need by monday 12/20 thank you

| | |
|---|---|
| Subtotal: | $1,886.00 |
| Total: | $1,886.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000138

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 235770 | Dec 21, 2021 | **$1,800.00** |  PAID |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480  Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Air Bar Lux 10pk - Blueberry Ice | $45.00 | $135.00 |
| 3 | Air Bar Lux 10pk - Cranberry Lemonade Ice | $45.00 | $135.00 |
| 3 | Air Bar Lux 10pk - Watermelon Apple Ice | $45.00 | $135.00 |
| 3 | Air Bar Lux 10pk - Watermelon Ice | $45.00 | $135.00 |
| 4 | Air Bar Diamond 10pk - Mango | $40.00 | $160.00 |
| 3 | Air Bar Diamond 10pk - Pineapple Ice | $40.00 | $120.00 |
| 5 | Air Bar Diamond 10pk - Shake Shake | $40.00 | $200.00 |
| 5 | Air Bar Diamond 10pk - Watermelon Ice | $40.00 | $200.00 |
| 2 | Air Bar Lux 10pk - Grape Ice | $45.00 | $90.00 |
| 2 | Air Bar Lux 10pk - Strawberry Watermelon | $45.00 | $90.00 |
| 1 | Air Bar Box 10pk - Blueberry Ice | $80.00 | $80.00 |
| 1 | Air Bar Box 10pk - Monster Ice | $80.00 | $80.00 |
| 1 | Air Bar Box 10pk - Strawberry Watermelon | $80.00 | $80.00 |
| 1 | Air Bar Box 10pk - Watermelon Apple Ice | $80.00 | $80.00 |
| 1 | Air Bar Box 10pk - Watermelon Candy | $80.00 | $80.00 |

Total quantities shipped: **38**

**Customer Note:** need by wensday 12/22 thank you

| | |
|---|---|
| Subtotal: | $1,800.00 |
| Total: | $1,800.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000139

# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 236177 | Dec 23, 2021 | **$936.00** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **12**

**Customer Note:** need by 12/24 Thank you

| | |
|---|---|
| Subtotal: | $936.00 |
| Total: | $936.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000140

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 236210 | Dec 23, 2021 | **$936.00** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **12**

**Customer Note:** Add to current order please

| | |
|---|---|
| Subtotal: | $936.00 |
| Total: | $936.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000141

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 237037 | Dec 29, 2021 | **$1,404.00** |  |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **18**

**Customer Note:** need by thursday 12/30
thank you

| | |
|---|---|
| Subtotal: | $1,404.00 |
| Total: | $1,404.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000142

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 237250 | Dec 31, 2021 | **$1,235.50** |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Apple Banana Ice | $57.50 | $57.50 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Raspberry Lemon | $57.50 | $115.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Blue Razz Ice | $57.50 | $115.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Cool Mint | $57.50 | $57.50 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Kiwi Blueberry Ice | $57.50 | $115.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Passion Fruit Mango | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Taro Ice Cream | $57.50 | $57.50 |
| 76 | Iced Mango Bomb By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $608.00 |
| 25 | Iced Mango Bomb By VGOD SaltNic Labs 30ml - 50mg | $0.00 | $0.00 |
| 10 | Novo Pods & Coils - Novo X - DC 0.8ohms MTL 3pk | $5.25 | $52.50 |

Total quantities shipped: **121**

**Customer Note:** need by monday 01/03
Thank you

| | |
|---|---|
| Subtotal: | $1,235.50 |
| Total: | $1,235.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000143

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 237585 | Jan 4, 2022 | **$893.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Hyde N Bar Recharge 4500 Puffs 10pk - Blue Razz Ice | $85.00 | $170.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Mango Peaches & Cream | $85.00 | $85.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Cherry Peach Lemonade | $85.00 | $85.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Aloe Grape | $85.00 | $85.00 |

Total quantities shipped: **11**

**Customer Note:** need by Wednesday 11/05 thank you

| | |
|---|---|
| Subtotal: | $893.00 |
| Total: | $893.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000144

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 237814 | Jan 6, 2022 | **$1,696.00** | |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 2pk | $47.50 | $142.50 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 1.8% 2pk | $47.50 | $95.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 2.4% 2pk | $47.50 | $95.00 |
| 5 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $47.50 | $237.50 |
| 3 | ALTO Pods 5pk By VUSE - Rich Tobacco 5.0% 2pk | $47.50 | $142.50 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $47.50 | $47.50 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **28**

**Customer Note:** Need by Friday 01/06
Thank you

| | |
|---|---|
| Subtotal: | $1,696.00 |
| Total: | $1,696.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000145

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 238508 | Jan 10, 2022 | **$1,248.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 4 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $312.00 |

Total quantities shipped: **16**

**Customer Note:** Need by 01/11 Thank you

| | |
|---|---|
| Subtotal: | $1,248.00 |
| Total: | $1,248.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000146

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 238532 | Jan 10, 2022 | **$1,152.50** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Cool Mint | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Kiwi Blueberry Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Lush Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Banana | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Watermelon | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Chew | $57.50 | $57.50 |
| 1 | Puffco Peak Pro - Peak Pro - Vaporizer | $300.00 | $300.00 |
| 6 | Puffco Peak Pro - Peak Pro - 3D Chambers (Limited Edition) | $75.00 | $450.00 |

Total quantities shipped: **14**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $1,152.50 |
| Total: | $1,152.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000147

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 238675 | Jan 11, 2022 | **$7.00** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Myle Mini 10pk - Iced Quad Berry | $70.00 | $7.00 |

Total quantities shipped: **1**

**Customer Note:** need by Wednesday 01/12 Thank you

| | |
|---|---|
| Subtotal: | $70.00 |
| Discount: | -$63.00 |
| Total: | $7.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000148

# INVOICE

| Order # | Date | Total | |
|---------|------|-------|---|
| 238685 | Jan 11, 2022 | **$450.00** | **PAID**  |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 6 | Puffco Peak Pro - Peak Pro - 3D Chambers (Limited Edition) | $75.00 | $450.00 |

Total quantities shipped: **6**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $450.00 |
| Total: | $450.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000149





# INVOICE

| Order # | Date | Total |
|---|---|---|
| 238867 | Jan 12, 2022 | **$2,808.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $1,404.00 |
| 18 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $1,404.00 |

Total quantities shipped: **36**

**Customer Note:** need by thursday 12/13
thank you

| | |
|---|---|
| Subtotal: | $2,808.00 |
| Total: | $2,808.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000150

# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 238938 | Jan 13, 2022 | $935.00 | |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Coconut Crumble | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Fresh Vanilla | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Lemon Ice Cream | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Mandarin Lime | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Mango Peach Apricot | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Mango Peaches & Cream | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Peach | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Peach Lemon | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Philippine Mango | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Rainbow | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Strawberry Ice Cream | $85.00 | $85.00 |

Total quantities shipped: **11**

**Customer Note:** Please need by Friday 01/14 thank you

Subtotal: $935.00
Total: $935.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000151

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 238954 | Jan 13, 2022 | **$468.00** |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **6**

**Customer Note:** Add to current order please

| | |
|---|---|
| Subtotal: | $468.00 |
| Total: | $468.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000152

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 239799 | Jan 20, 2022 | $2,015.90 | PAID |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 188 | Mighty Mint By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $1,504.00 |
| 62 | Mighty Mint By VGOD SaltNic Labs 30ml - 50mg | $0.00 | $0.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |
| 1 | Tips By RAW - Pre Rolled Tips 20pk | $14.95 | $14.95 |
| 1 | OCB Sophistique - 1 1/4 + Tips 24pk | $28.95 | $28.95 |

Total quantities shipped: **258**

**Customer Note:** Need By Friday 12/21
Thank you

Subtotal: $2,015.90
Total: $2,015.90

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.



# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 240518 | Jan 23, 2022 | **$976.00** | PAID |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 38 | Dry Tobacco By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $304.00 |
| 12 | Dry Tobacco By VGOD SaltNic Labs 30ml - 50mg | $0.00 | $0.00 |
| 75 | Mighty Mint By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $600.00 |
| 25 | Mighty Mint By VGOD SaltNic Labs 30ml - 50mg | $0.00 | $0.00 |
| 9 | Lush Ice By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $72.00 |
| 3 | Lush Ice By VGOD SaltNic Labs 30ml - 25mg | $0.00 | $0.00 |

Total quantities shipped: **162**

**Customer Note:** Need by Monday 12/24 thank you

| | |
|---|---|
| Subtotal: | $976.00 |
| Total: | $976.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000154

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 241173 | Jan 24, 2022 | **$1,937.00** | **PAID** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Novo Pods & Coils - Novo 2 - Mesh 1.0ohm 3pk | $6.50 | $65.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **34**

**Customer Note:** need by Tuesday 12/25 thank you

| | |
|---|---|
| Subtotal: | $1,937.00 |
| Total: | $1,937.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000155

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 241562 | Jan 25, 2022 | **$1,092.00** | **PAID** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $156.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **14**

**Customer Note:** Need by Wednesday 01/26 thank you

| | |
|---|---|
| Subtotal: | $1,092.00 |
| Total: | $1,092.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000156

# INVOICE



| Order # | Date | Total | PAID |
|---|---|---|---|
| 241815 | Jan 27, 2022 | $2,370.00 | |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Blue Razz Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - CLEAR - No Flavor | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Hawaii Pog | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Kiwi Blueberry Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Tobacco Red | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Candy | $57.50 | $57.50 |
| 3 | Daze Egge Recharge 3000 Puffs - Berry Fusion Iced | $67.50 | $202.50 |
| 3 | Daze Egge Recharge 3000 Puffs - Glacial Mint | $67.50 | $202.50 |
| 3 | Daze Egge Recharge 3000 Puffs - Grapple Aloe | $67.50 | $202.50 |
| 3 | Daze Egge Recharge 3000 Puffs - Island Colada | $67.50 | $202.50 |
| 3 | Daze Egge Recharge 3000 Puffs - Mangoberry | $67.50 | $202.50 |
| 3 | Daze Egge Recharge 3000 Puffs - OG Reds Iced | $67.50 | $202.50 |
| 3 | Daze Egge Recharge 3000 Puffs - OG Reds Watermelon Iced | $67.50 | $202.50 |
| 3 | Daze Egge Recharge 3000 Puffs - Sour Bites | $67.50 | $202.50 |
| 3 | Daze Egge Recharge 3000 Puffs - Strapple Iced | $67.50 | $202.50 |
| 3 | Daze Egge Recharge 3000 Puffs - Tropic Passion | $67.50 | $202.50 |

Total quantities shipped: **36**

**Customer Note:** need by 01/28 thank you

| | |
|---|---|
| Subtotal: | $2,370.00 |
| Total: | $2,370.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000157

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 242095 | Jan 27, 2022 | **$468.00** |


**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **6**

**Customer Note:** Add to current order

| | |
|---|---|
| Subtotal: | $468.00 |
| Total: | $468.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000158



# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 242547 | Jan 31, 2022 | **$2,184.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $1,404.00 |
| 10 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $780.00 |

Total quantities shipped: **28**

**Customer Note:** Need by Tuesday 02/01
thank you

Subtotal: $2,184.00
Total: $2,184.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000159



# INVOICE

| | Order # | Date | Total |  |
|---|---|---|---|---|
| | 242746 | Feb 1, 2022 | **$1,428.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Puffco Peak - Peak - Atomizers | $24.00 | $24.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **19**

**Customer Note:** Need by Wednesday
02/02 thank you

| | |
|---|---|
| Subtotal: | $1,428.00 |
| Total: | $1,428.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000160



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 243346 | Feb 7, 2022 | **$3,744.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 36 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $2,808.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **48**

**Customer Note:** need by tuesday 02/08
thank you

| | |
|---|---|
| Subtotal: | $3,744.00 |
| Total: | $3,744.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000161

# INVOICE



| | Order # | Date | Total | PAID |
|---|---|---|---|---|
| | 243556 | Feb 8, 2022 | **$3,352.00** | |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $468.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $78.00 | $468.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 3 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $8.00 | $24.00 |
| 1 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $0.00 | $0.00 |
| 10 | Novo Pods & Coils - Novo 2 - DC 1.4ohm MTL 3pk | $6.50 | $65.00 |
| 10 | Novo Pods & Coils - Novo 2 - Mesh 1.0ohm 3pk | $6.50 | $65.00 |
| 10 | Novo Pods & Coils - Novo 2 - Quartz 1.4ohm 3pk | $6.50 | $65.00 |
| 10 | Novo Pods & Coils - Novo 3 - Mesh 0.8ohm 3pk | $6.50 | $65.00 |
| 10 | Novo Pods & Coils - Novo X - DC 0.8ohms MTL 3pk | $6.25 | $62.50 |
| 10 | Novo Pods & Coils - Novo X - Mesh 0.8ohms 3pk | $6.50 | $65.00 |
| 10 | Novo Pods & Coils - Novo 1 - Ceramic 1.4ohm 3pk | $6.75 | $67.50 |
| 10 | Novo Pods & Coils - Novo 2 Clear Pod - Meshed 0.9ohm 3pk | $6.50 | $65.00 |

Total quantities shipped: **120**

**Customer Note:** need by Wednesday 02/09 thank you

Subtotal: $3,352.00
Total: $3,352.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000162

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 243631 | Feb 9, 2022 | **$915.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Apple Peach | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Blackcurrant | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Mint | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Cool Mint | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Fruit Punch | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Lush Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mango Mojito | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Melon Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mighty Mint | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mojito Mint | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Red Apple | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Sour Apple | $57.50 | $57.50 |
| 1 | FullSend Gummies 500mg 5pk - Blue Razz | $45.00 | $45.00 |
| 1 | FullSend Gummies 500mg 5pk - Tropical Punch | $45.00 | $45.00 |
| 1 | FullSend Gummies 500mg 5pk - Green Apple | $45.00 | $45.00 |
| 1 | FullSend Gummies 500mg 5pk - Strawberry | $45.00 | $45.00 |
| 1 | FullSend Gummies 500mg 5pk - Watermelon | $45.00 | $45.00 |

Total quantities shipped: **17**

**Customer Note:** need by thursday 02/10
thank you

| | |
|---|---|
| Subtotal: | $915.00 |
| Total: | $915.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000163

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 243680 | Feb 9, 2022 | **$20.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | PAX ERA LIFE - Indigo | $20.00 | $20.00 |

Total quantities shipped: **1**

| | |
|---|---|
| Subtotal: | $20.00 |
| Total: | $20.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000164

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 243886 | Feb 11, 2022 | **$2,016.00** | **PAID** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $8.00 | $48.00 |
| 2 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $0.00 | $0.00 |
| 6 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $8.00 | $48.00 |
| 2 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $0.00 | $0.00 |
| 6 | Iced Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $8.00 | $48.00 |
| 2 | Iced Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $0.00 | $0.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **48**

**Customer Note:** Need by Monday 02/14
thank you

| | |
|---|---|
| Subtotal: | $2,016.00 |
| Total: | $2,016.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000165

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 244674 | Feb 13, 2022 | **$1,872.00** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **24**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $1,872.00 |
| Total: | $1,872.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000166

# INVOICE



| | Order # | Date | Total | PAID |
|---|---|---|---|---|
| | 245048 | Feb 15, 2022 | **$2,304.00** | |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $8.00 | $48.00 |
| 2 | Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $0.00 | $0.00 |
| 6 | Blue Raspberry Lemonade By Salt Bae 30ml - 50mg | $8.00 | $48.00 |
| 2 | Blue Raspberry Lemonade By Salt Bae 30ml - 50mg | $0.00 | $0.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |
| 3 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $8.00 | $24.00 |
| 1 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $0.00 | $0.00 |
| 3 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 50mg | $8.00 | $24.00 |
| 1 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 50mg | $0.00 | $0.00 |
| 6 | Red Mango By Salt Bae 30ml - 25mg | $8.00 | $48.00 |
| 2 | Red Mango By Salt Bae 30ml - 25mg | $0.00 | $0.00 |
| 6 | Red Mango By Salt Bae 30ml - 50mg | $8.00 | $48.00 |
| 2 | Red Mango By Salt Bae 30ml - 50mg | $0.00 | $0.00 |
| 6 | Iced Red Mango By Salt Bae 30ml - 25mg | $8.00 | $48.00 |
| 2 | Iced Red Mango By Salt Bae 30ml - 25mg | $0.00 | $0.00 |
| 6 | Iced Red Mango By Salt Bae 30ml - 50mg | $8.00 | $48.00 |
| 2 | Iced Red Mango By Salt Bae 30ml - 50mg | $0.00 | $0.00 |
| 6 | Iced Juicy Watermelon By Salt Bae 30ml - 25mg | $8.00 | $48.00 |
| 2 | Iced Juicy Watermelon By Salt Bae 30ml - 25mg | $0.00 | $0.00 |
| 6 | Iced Juicy Watermelon By Salt Bae 30ml - 50mg | $8.00 | $48.00 |
| 2 | Iced Juicy Watermelon By Salt Bae 30ml - 50mg | $0.00 | $0.00 |

Total quantities shipped: **96**

**Customer Note:** need by Wednesday 02/16 thank you

| | |
|---|---|
| Subtotal: | $2,304.00 |
| Total: | $2,304.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000167

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 245153 | Feb 16, 2022 | $1,444.00 |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - CLEAR - No Flavor | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Cool Mint | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Passion Fruit Mango | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Raspberry Peach | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Banana | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Cream | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Watermelon | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Taro Ice Cream | $57.50 | $57.50 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |
| 6 | Iced Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $8.00 | $48.00 |
| 2 | Iced Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $0.00 | $0.00 |

Total quantities shipped: **28**

**Customer Note:** need by Thursday 02/17
thank you

| | |
|---|---|
| Subtotal: | $1,444.00 |
| Total: | $1,444.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000168

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 245185 | Feb 16, 2022 | **$119.75** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Nord 4 Kit By Smok (80W) - Black Armor | $23.95 | $47.90 |
| 2 | Nord 4 Kit By Smok (80W) - Blue Grey Armor | $23.95 | $47.90 |
| 1 | Nord 4 Kit By Smok (80W) - Fluid Black Grey | $23.95 | $23.95 |

Total quantities shipped: **5**

**Customer Note:** Add to current order please

| | |
|---|---|
| Subtotal: | $119.75 |
| Total: | $119.75 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000169

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 246053 | Feb 20, 2022 | **$1,624.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $50.00 | $100.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Blueberry Mint | $50.00 | $100.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $50.00 | $100.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Rainbow Candy | $50.00 | $100.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $50.00 | $100.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $50.00 | $100.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Double Apple | $50.00 | $100.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $50.00 | $100.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Peach Ice | $50.00 | $100.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Pina Colada | $50.00 | $100.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Strawberry Banana | $50.00 | $100.00 |
| 1 | Air Bar Box 10pk - Energy Drinks | $80.00 | $80.00 |
| 1 | Air Bar Box 10pk - Grape Ice | $80.00 | $80.00 |
| 1 | Air Bar Box 10pk - Sour Apple Ice | $80.00 | $80.00 |
| 1 | Air Bar Box 10pk - Watermelon Apple Ice | $80.00 | $80.00 |
| 1 | Air Bar Box 10pk - Watermelon Ice | $80.00 | $80.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $50.00 | $100.00 |
| 1 | Naartane Butane Gas - 5X - 320ml 12pk | $24.00 | $24.00 |

Total quantities shipped: **30**

**Customer Note:** Need By Monday 02/21
Thank you

| | |
|---|---|
| **Subtotal:** | $1,624.00 |
| **Total:** | $1,624.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000170

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 246220 | Feb 22, 2022 | **$984.00** |  PAID |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $468.00 |
| 6 | Dry Tobacco By VGOD - Salt Nicotine 50mg - 30ml | $8.00 | $48.00 |
| 2 | Dry Tobacco By VGOD - Salt Nicotine 50mg - 30ml | $0.00 | $0.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **20**

**Customer Note:** need by 02/23
Wednesday thank you

| | |
|---|---|
| Subtotal: | $984.00 |
| Total: | $984.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000171

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 246274 | Feb 22, 2022 | **$320.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 10pk - Cherry Lemon | $80.00 | $80.00 |
| 1 | Air Bar Box 10pk - Cool Mint | $80.00 | $80.00 |
| 1 | Air Bar Box 10pk - Monster Ice | $80.00 | $80.00 |
| 1 | Air Bar Box 10pk - Strawberry Mango | $80.00 | $80.00 |

Total quantities shipped: **4**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $320.00 |
| Total: | $320.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000172

# INVOICE

**PAID**

| | Order # | Date | Total |
|---|---|---|---|
| | 246824 | Feb 27, 2022 | **$1,549.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Cheesecake | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Raspberry Lemon | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Fantasy Cotton | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Fantasy Love | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Green Energy Drink | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Hawaii Pog | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Jungle Juice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Lush Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mighty Mint | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango Watermelon | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Raspberry Watermelon | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Shake Shake | $57.50 | $57.50 |
| 38 | Cubano By VGOD - Salt Nicotine 50mg - 30ml | $8.00 | $304.00 |
| 12 | Cubano By VGOD - Salt Nicotine 50mg - 30ml | $0.00 | $0.00 |
| 3 | Air Bar Max 10pk - Watermelon Ice | $65.00 | $195.00 |
| 3 | Air Bar Diamond 10pk - Blueberry Ice | $40.00 | $120.00 |
| 2 | Air Bar Diamond 10pk - Mango | $40.00 | $80.00 |
| 1 | Air Bar Box 10pk - Watermelon Apple Ice | $80.00 | $80.00 |
| 1 | Air Bar Box 10pk - Watermelon Ice | $80.00 | $80.00 |

Total quantities shipped: **72**

**Customer Note:** Need by Monday 02/28
Thank you

| | |
|---|---|
| Subtotal: | $1,549.00 |
| Total: | $1,549.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000173

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 247114 | Mar 1, 2022 | **$2,865.50** |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Ice | $57.50 | $57.50 |
| 24 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $1,872.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **37**

**Customer Note:** need by 03/02
Wednesdays thank you

| | |
|---|---|
| Subtotal: | $2,865.50 |
| Total: | $2,865.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000174

# INVOICE



| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | |
| 247231 | Mar 2, 2022 | $3,753.00 | |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $1,404.00 |
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $468.00 |
| 18 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $1,404.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $78.00 | $468.00 |
| 1 | Mango Iced By Reds Apple - 0mg - 60ml | $9.00 | $9.00 |

Total quantities shipped: **49**

**Customer Note:** need by thursday 03/03
thank you

| | |
|---|---|
| Subtotal: | $3,753.00 |
| Total: | $3,753.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000175

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 247293 | Mar 2, 2022 | **$130.00** | **PAID** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Novo Pods & Coils - Novo 3 - Mesh 0.8ohm 3pk | $6.50 | $65.00 |
| 10 | Novo Pods & Coils - Novo X - Mesh 0.8ohms 3pk | $6.50 | $65.00 |

Total quantities shipped: **20**

| | |
|---|---|
| Subtotal: | $130.00 |
| Total: | $130.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000176

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 247323 | Mar 3, 2022 | **$1,675.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 10pk - Blueberry Ice | $75.00 | $75.00 |
| 1 | Air Bar Box 10pk - Grape Ice | $75.00 | $75.00 |
| 1 | Air Bar Box 10pk - Mix Berries | $75.00 | $75.00 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $47.50 | $95.00 |
| 3 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 2pk | $47.50 | $142.50 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 1.8% 2pk | $47.50 | $95.00 |
| 4 | ALTO Pods 5pk By VUSE - Menthol 2.4% 2pk | $47.50 | $190.00 |
| 5 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $47.50 | $237.50 |
| 2 | ALTO Pods 5pk By VUSE - Rich Tobacco 1.8% 2pk | $47.50 | $95.00 |
| 2 | ALTO Pods 5pk By VUSE - Rich Tobacco 2.4% 2pk | $47.50 | $95.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $50.00 | $50.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Blueberry Mint | $50.00 | $50.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $50.00 | $50.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $50.00 | $50.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Rainbow Candy | $50.00 | $50.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $50.00 | $50.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Double Apple | $50.00 | $50.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $50.00 | $50.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Pina Colada | $50.00 | $50.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Strawberry Banana | $50.00 | $50.00 |

Total quantities shipped: **33**

**Customer Note:** need by friday 03/04
thank you

| | |
|---|---|
| Subtotal: | $1,675.00 |
| Total: | $1,675.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000177

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 247385 | Mar 3, 2022 | **$330.00** | PAID |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Puffco Budsy - Black | $33.00 | $330.00 |

Total quantities shipped: **10**

**Customer Note:** add to current order

| | |
|---|---|
| Subtotal: | $330.00 |
| Total: | $330.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000178

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 247590 | Mar 6, 2022 | **$1,880.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | $8.00 | $8.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **25**

**Customer Note:** need by Monday 03/07
thank you

| | |
|---|---|
| Subtotal: | $1,880.00 |
| Total: | $1,880.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000179

# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 247818 | Mar 7, 2022 | **$791.50** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480  Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 27 | Strawberry POM By Naked100 - Salt Nicotine 35mg - 30ml (TFN) Buy 3 Get 1 Free! | $6.00 | $162.00 |
| 9 | Strawberry POM By Naked100 - Salt Nicotine 35mg - 30ml (TFN) | $6.00 | $54.00 |
| 9 | Strawberry POM By Naked100 - Salt Nicotine 50mg - 30ml (TFN) Buy 3 Get 1 Free! | $6.00 | $54.00 |
| 3 | Strawberry POM By Naked100 - Salt Nicotine 50mg - 30ml (TFN) | $6.00 | $18.00 |
| 6 | Lava Flow By Naked100 - Salt Nicotine 50mg - 30ml (TFN) Buy 3 Get 1 Free! | $6.00 | $36.00 |
| 2 | Lava Flow By Naked100 - Salt Nicotine 50mg - 30ml (TFN) | $6.00 | $12.00 |
| 9 | Berry By Naked100 - Salt Nicotine 35mg - 30ml (TFN) Buy 3 Get 1 Free! | $6.00 | $54.00 |
| 3 | Berry By Naked100 - Salt Nicotine 35mg - 30ml (TFN) | $6.00 | $18.00 |
| 12 | Berry By Naked100 - Salt Nicotine 50mg - 30ml (TFN) Buy 3 Get 1 Free! | $6.00 | $72.00 |
| 4 | Berry By Naked100 - Salt Nicotine 50mg - 30ml (TFN) | $6.00 | $24.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Kiwi Blueberry Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Lush Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Rainbow | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Candy | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Chew | $57.50 | $57.50 |

Total quantities shipped: **89**

**Customer Note:** need by Tuesday 03/08
thank you

Subtotal: $791.50
Total: $791.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000180

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 248078 | Mar 9, 2022 | $1,046.00 |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | | Price | Subtotal |
|---|---|---|---|---|
| 6 | American Patriots By Naked100 - Salt Nicotine 50mg - 30ml (TFN) | Buy 3 Get 1 Free! | $8.00 | $48.00 |
| 2 | American Patriots By Naked100 - Salt Nicotine 50mg - 30ml (TFN) | | $0.00 | $0.00 |
| 1 | GLAMEE FLOW 4500 Puffs 10pk - Blueberry Ice (0% Nicotine) | | $62.50 | $62.50 |
| 1 | GLAMEE FLOW 4500 Puffs 10pk - Watermelon Ice (0% Nicotine) | | $62.50 | $62.50 |
| 3 | Crisp Menthol By Naked100 - 3mg - 60ml | Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Crisp Menthol By Naked100 - 3mg - 60ml | | $0.00 | $0.00 |
| 6 | Crisp Menthol By Naked100 - 6mg - 60ml | Buy 3 Get 1 Free! | $9.00 | $54.00 |
| 2 | Crisp Menthol By Naked100 - 6mg - 60ml | | $0.00 | $0.00 |
| 6 | Hawaiian Pog By Naked100 - 3mg - 60ml | Buy 3 Get 1 Free! | $9.00 | $54.00 |
| 2 | Hawaiian Pog By Naked100 - 3mg - 60ml | | $0.00 | $0.00 |
| 3 | Hawaiian Pog By Naked100 - 6mg - 60ml | Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Hawaiian Pog By Naked100 - 6mg - 60ml | | $0.00 | $0.00 |
| 6 | Lava Flow By Naked100 - 3mg - 60ml | Buy 3 Get 1 Free! | $9.00 | $54.00 |
| 2 | Lava Flow By Naked100 - 3mg - 60ml | | $0.00 | $0.00 |
| 3 | Lava Flow By Naked100 - 6mg - 60ml | Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Lava Flow By Naked100 - 6mg - 60ml | | $0.00 | $0.00 |
| 6 | Strawberry POM By Naked100 - 0mg - 60ml | Buy 3 Get 1 Free! | $9.00 | $54.00 |
| 2 | Strawberry POM By Naked100 - 0mg - 60ml | | $0.00 | $0.00 |
| 6 | Strawberry POM By Naked100 - 3mg - 60ml | Buy 3 Get 1 Free! | $9.00 | $54.00 |
| 2 | Strawberry POM By Naked100 - 3mg - 60ml | | $0.00 | $0.00 |
| 6 | Strawberry POM By Naked100 - 6mg - 60ml | Buy 3 Get 1 Free! | $9.00 | $54.00 |
| 2 | Strawberry POM By Naked100 - 6mg - 60ml | | $0.00 | $0.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | | $78.00 | $468.00 |

Total quantities shipped: **76**

**Customer Note:** need by 03/10 thursday
thank you

| | |
|---|---|
| Subtotal: | $1,046.00 |
| Total: | $1,046.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000181

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 248143 | Mar 9, 2022 | $824.00 |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | | Price | Subtotal |
|---|---|---|---|---|
| 9 | Pineapple Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | Buy 3 Get 1 Free! | $8.00 | $72.00 |
| 3 | Pineapple Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | | $0.00 | $0.00 |
| 9 | Pineapple Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | Buy 3 Get 1 Free! | $8.00 | $72.00 |
| 3 | Pineapple Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | | $0.00 | $0.00 |
| 9 | White Guava Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | Buy 3 Get 1 Free! | $8.00 | $72.00 |
| 3 | White Guava Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | | $0.00 | $0.00 |
| 9 | White Guava Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | Buy 3 Get 1 Free! | $8.00 | $72.00 |
| 3 | White Guava Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | | $0.00 | $0.00 |
| 9 | Berries Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | Buy 3 Get 1 Free! | $8.00 | $72.00 |
| 3 | Berries Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | | $0.00 | $0.00 |
| 9 | Berries Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | Buy 3 Get 1 Free! | $8.00 | $72.00 |
| 3 | Berries Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | | $0.00 | $0.00 |
| 9 | Strawberry Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | Buy 3 Get 1 Free! | $8.00 | $72.00 |
| 3 | Strawberry Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | | $0.00 | $0.00 |
| 9 | Strawberry Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | Buy 3 Get 1 Free! | $8.00 | $72.00 |
| 3 | Strawberry Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | | $0.00 | $0.00 |
| 9 | Peach Mango Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | Buy 3 Get 1 Free! | $8.00 | $72.00 |
| 3 | Peach Mango Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | | $0.00 | $0.00 |
| 4 | Watermelon Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | Buy 3 Get 1 Free! | $8.00 | $32.00 |
| 1 | Watermelon Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | | $0.00 | $0.00 |
| 9 | Apple Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | Buy 3 Get 1 Free! | $8.00 | $72.00 |
| 3 | Apple Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | | $0.00 | $0.00 |
| 9 | Apple Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | Buy 3 Get 1 Free! | $8.00 | $72.00 |
| 3 | Apple Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | | $0.00 | $0.00 |

Total quantities shipped: **137**

**Customer Note:** add to current order
please

| | |
|---|---|
| Subtotal: | $824.00 |
| Total: | $824.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000182

# INVOICE



| | **Order #** | **Date** | **Total** |
|---|---|---|---|
| | 248895 | Mar 15, 2022 | **$1,511.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | GLAMEE NOVA 4000 Puffs 10pk - Cool Mint | $57.50 | $287.50 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Tobacco | $57.50 | $115.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Banana Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Melon Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Taro Ice Cream | $57.50 | $57.50 |

Total quantities shipped: **22**

**Customer Note:** need by Wednesday 03/16 thank you

| | |
|---|---|
| Subtotal: | $1,511.00 |
| Total: | $1,511.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000183

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 249649 | Mar 21, 2022 | **$936.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **12**

**Customer Note:** Need by 03/22 Tuesday thank you

| | |
|---|---|
| Subtotal: | $936.00 |
| Total: | $936.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000184

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 249768 | Mar 22, 2022 | **$2,808.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 24 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $1,872.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **36**

**Customer Note:** Need by Wednesday 03/23 thank you

| | |
|---|---|
| Subtotal: | $2,808.00 |
| Total: | $2,808.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000185

# INVOICE

**PAID**

| | | |
|---|---|---|
| **Order #** | **Date** | **Total** |
| 250146 | Mar 25, 2022 | **$3,221.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480  Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Mango By Reds Apple - 6mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Mango By Reds Apple - 6mg - 60ml | $0.00 | $0.00 |
| 1 | Mango By Reds Apple - 0mg - 60ml | $9.00 | $9.00 |
| 3 | Mango By Reds Apple - 3mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Mango By Reds Apple - 3mg - 60ml | $0.00 | $0.00 |
| 3 | Peach Iced By Reds Apple - 3mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Peach Iced By Reds Apple - 3mg - 60ml | $0.00 | $0.00 |
| 3 | Peach Iced By Reds Apple - 6mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Peach Iced By Reds Apple - 6mg - 60ml | $0.00 | $0.00 |
| 3 | Strawberry Iced By Reds Apple - 3mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Strawberry Iced By Reds Apple - 3mg - 60ml | $0.00 | $0.00 |
| 3 | Strawberry Iced By Reds Apple - 6mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Strawberry Iced By Reds Apple - 6mg - 60ml | $0.00 | $0.00 |
| 3 | Fruit Mix Iced By Reds Apple - 0mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Fruit Mix Iced By Reds Apple - 0mg - 60ml | $0.00 | $0.00 |
| 3 | Fruit Mix Iced By Reds Apple - 6mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Fruit Mix Iced By Reds Apple - 6mg - 60ml | $0.00 | $0.00 |
| 3 | Guava Iced By Reds Apple - 3mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Guava Iced By Reds Apple - 3mg - 60ml | $0.00 | $0.00 |
| 3 | Guava Iced By Reds Apple - 6mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Guava Iced By Reds Apple - 6mg - 60ml | $0.00 | $0.00 |
| 3 | Fruit Mix By Reds Apple - 3mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Fruit Mix By Reds Apple - 3mg - 60ml | $0.00 | $0.00 |
| 3 | Fruit Mix By Reds Apple - 6mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Fruit Mix By Reds Apple - 6mg - 60ml | $0.00 | $0.00 |
| 3 | Peach By Reds Apple - 0mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Peach By Reds Apple - 0mg - 60ml | $0.00 | $0.00 |
| 3 | Peach By Reds Apple - 3mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Peach By Reds Apple - 3mg - 60ml | $0.00 | $0.00 |
| 3 | Peach By Reds Apple - 6mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Peach By Reds Apple - 6mg - 60ml | $0.00 | $0.00 |
| 3 | Strawberry By Reds Apple - 6mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Strawberry By Reds Apple - 6mg - 60ml | $0.00 | $0.00 |
| 3 | Mango Iced By Reds Apple - 0mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Mango Iced By Reds Apple - 0mg - 60ml | $0.00 | $0.00 |
| 3 | Mango Iced By Reds Apple - 3mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Mango Iced By Reds Apple - 3mg - 60ml | $0.00 | $0.00 |
| 3 | Mango Iced By Reds Apple - 6mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Mango Iced By Reds Apple - 6mg - 60ml | $0.00 | $0.00 |
| 2 | Peach Iced By Reds Apple - 0mg - 60ml | $9.00 | $18.00 |
| 3 | Guava Iced By Reds Apple - 0mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $27.00 |
| 1 | Guava Iced By Reds Apple - 0mg - 60ml | $0.00 | $0.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $936.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $78.00 | $468.00 |
| 4 | Air Bar Max 10pk - Watermelon Ice | $65.00 | $260.00 |
| 6 | Crisp Menthol By Naked100 - 3mg - 60ml  Buy 3 Get 1 Free! | $9.00 | $54.00 |
| 2 | Crisp Menthol By Naked100 - 3mg - 60ml | $0.00 | $0.00 |

Total quantities shipped: **125**

**Customer Note:** need by monday 03/28
thank you

| | |
|---|---|
| Subtotal: | $3,221.00 |
| Total: | $3,221.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

RZSMOKE00000186

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000187

# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 250273 | Mar 27, 2022 | $1,811.00 | |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Tobacco | $57.50 | $172.50 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Cool Mint | $57.50 | $172.50 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Mighty Mint | $57.50 | $115.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Peach Ice | $57.50 | $115.00 |
| 1 | Air Bar Box 10pk - Blueberry Raspberry | $75.00 | $75.00 |
| 1 | Air Bar Box 10pk - Cool Mint | $75.00 | $75.00 |
| 1 | Air Bar Box 10pk - Grape Ice | $75.00 | $75.00 |
| 1 | Air Bar Box 10pk - Sour Apple Ice | $75.00 | $75.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **26**

**Customer Note:** Add to current order please

| | |
|---|---|
| Subtotal: | $1,811.00 |
| Total: | $1,811.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000188

# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 250343 | Mar 28, 2022 | **$1,592.00** | |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | | Price | Subtotal |
|---|---|---|---|---|
| 9 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | Buy 3 Get 1 Free! | $8.00 | $72.00 |
| 3 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | | $0.00 | $0.00 |
| 38 | Summer Strawberry By VGOD - Salt Nicotine 50mg - 30ml | Buy 3 Get 1 Free! | $8.00 | $304.00 |
| 12 | Summer Strawberry By VGOD - Salt Nicotine 50mg - 30ml | | $0.00 | $0.00 |
| 38 | Tropical Mango By VGOD - Salt Nicotine 25mg - 30ml | Buy 3 Get 1 Free! | $8.00 | $304.00 |
| 12 | Tropical Mango By VGOD - Salt Nicotine 25mg - 30ml | | $0.00 | $0.00 |
| 38 | Tropical Mango By VGOD - Salt Nicotine 50mg - 30ml | Buy 3 Get 1 Free! | $8.00 | $304.00 |
| 12 | Tropical Mango By VGOD - Salt Nicotine 50mg - 30ml | | $0.00 | $0.00 |
| 38 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | Buy 3 Get 1 Free! | $8.00 | $304.00 |
| 12 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | | $0.00 | $0.00 |
| 38 | Iced Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | Buy 3 Get 1 Free! | $8.00 | $304.00 |
| 12 | Iced Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | | $0.00 | $0.00 |

Total quantities shipped: **262**

**Customer Note:** Need by Tuesday 03/29
thank you

| | |
|---|---|
| Subtotal: | $1,592.00 |
| Total: | $1,592.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000189

# INVOICE

| | Order # | Date | Total | PAID |
|---|---|---|---|---|
| | 250645 | Mar 30, 2022 | **$2,878.25** | |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Fume Infinity 3500 Puffs 5pk - Banana Ice | $43.75 | $131.25 |
| 3 | Fume Infinity 3500 Puffs 5pk - Dessert Breeze | $43.75 | $131.25 |
| 2 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $43.75 | $87.50 |
| 3 | Fume Infinity 3500 Puffs 5pk - Kiwi Strawberry | $43.75 | $131.25 |
| 3 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $43.75 | $131.25 |
| 3 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $43.75 | $131.25 |
| 3 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $43.75 | $131.25 |
| 3 | Fume Infinity 3500 Puffs 5pk - Yogurt Ice Cream | $43.75 | $131.25 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **47**

**Customer Note:** need by Thursday 03/31
thank you

| | |
|---|---|
| Subtotal: | $2,878.25 |
| Total: | $2,878.25 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

 

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 250696 | Mar 30, 2022 | **$3,744.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 24 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $1,872.00 |
| 24 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $1,872.00 |

Total quantities shipped: **48**

**Customer Note:** add to current order thank you

| | |
|---|---|
| Subtotal: | $3,744.00 |
| Total: | $3,744.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000191

# INVOICE



| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | |
| 251139 | Apr 3, 2022 | $1,986.00 | |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | | Price | Subtotal |
|---|---|---|---|---|
| 9 | Tribeca By Halo E-Liquid - 0mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $85.50 |
| 3 | Tribeca By Halo E-Liquid - 0mg - 60ml | | $0.00 | $0.00 |
| 9 | Tribeca By Halo E-Liquid - 3mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $85.50 |
| 3 | Tribeca By Halo E-Liquid - 3mg - 60ml | | $0.00 | $0.00 |
| 9 | Tribeca By Halo E-Liquid - 6mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $85.50 |
| 3 | Tribeca By Halo E-Liquid - 6mg - 60ml | | $0.00 | $0.00 |
| 9 | Tribeca By Halo E-Liquid - 12mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $85.50 |
| 3 | Tribeca By Halo E-Liquid - 12mg - 60ml | | $0.00 | $0.00 |
| 9 | Tribeca By Halo E-Liquid - 18mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $85.50 |
| 3 | Tribeca By Halo E-Liquid - 18mg - 60ml | | $0.00 | $0.00 |
| 9 | Tribeca By Halo E-Liquid - 24mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $85.50 |
| 3 | Tribeca By Halo E-Liquid - 24mg - 60ml | | $0.00 | $0.00 |
| 9 | Subzero By Halo E-Liquid - 0mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $85.50 |
| 3 | Subzero By Halo E-Liquid - 0mg - 60ml | | $0.00 | $0.00 |
| 9 | Subzero By Halo E-Liquid - 3mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $85.50 |
| 3 | Subzero By Halo E-Liquid - 3mg - 60ml | | $0.00 | $0.00 |
| 9 | Subzero By Halo E-Liquid - 6mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $85.50 |
| 3 | Subzero By Halo E-Liquid - 6mg - 60ml | | $0.00 | $0.00 |
| 9 | Subzero By Halo E-Liquid - 12mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $85.50 |
| 3 | Subzero By Halo E-Liquid - 12mg - 60ml | | $0.00 | $0.00 |
| 9 | Subzero By Halo E-Liquid - 18mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $85.50 |
| 3 | Subzero By Halo E-Liquid - 18mg - 60ml | | $0.00 | $0.00 |
| 9 | Subzero By Halo E-Liquid - 24mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $85.50 |
| 3 | Subzero By Halo E-Liquid - 24mg - 60ml | | $0.00 | $0.00 |
| 3 | Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | Buy 3 Get 1 Free! | $8.00 | $24.00 |
| 1 | Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | | $0.00 | $0.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | | $78.00 | $936.00 |

Total quantities shipped: **160**

**Customer Note:** need by Monday 04/04
Thank you

| | |
|---|---|
| **Subtotal:** | $1,986.00 |
| **Total:** | $1,986.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000192



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 251209 | Apr 4, 2022 | **$3,120.00** |  |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 40 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $3,120.00 |

Total quantities shipped: **40**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $3,120.00 |
| Total: | $3,120.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000193

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 251681 | Apr 7, 2022 | **$1,909.00** | **PAID** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Air Bar Box 10pk - Cool Mint | $75.00 | $150.00 |
| 1 | Air Bar Box 10pk - Sour Apple Ice | $75.00 | $75.00 |
| 1 | Air Bar Box 10pk - Strawberry Mango | $75.00 | $75.00 |
| 1 | Air Bar Box 10pk - Strawberry Watermelon | $75.00 | $75.00 |
| 1 | Air Bar Box 10pk - Watermelon Candy | $75.00 | $75.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Chew | $55.00 | $55.00 |
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $1,404.00 |

Total quantities shipped: **25**

**Customer Note:** need by Friday 04/07 thank you.

| | |
|---|---|
| **Subtotal:** | $1,909.00 |
| **Total:** | $1,909.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000194

# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 251848 | Apr 8, 2022 | **$1,925.00** |


**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 2 | Esco Bar 2500 Puffs - Carsonator - Aloe Mango Melon | $70.00 | $140.00 |
| 1 | Esco Bar 2500 Puffs - Carsonator - Blueberry Ambrosia | $70.00 | $70.00 |
| 1 | Esco Bar 2500 Puffs - Strawberry Banana | $70.00 | $70.00 |
| 2 | GLAMEE FLOW 4500 Puffs 10pk - Blueberry Ice (0% Nicotine) | $62.50 | $125.00 |
| 2 | GLAMEE FLOW 4500 Puffs 10pk - Watermelon Ice (0% Nicotine) | $62.50 | $125.00 |
| 2 | Hyde I.D. Recharge 4500 Puffs 10pk - Cali Melon | $82.50 | $165.00 |
| 2 | Hyde I.D. Recharge 4500 Puffs 10pk - Rainbow | $82.50 | $165.00 |
| 2 | Hyde I.D. Recharge 4500 Puffs 10pk - Strawberry Ice Cream | $82.50 | $165.00 |
| 2 | Air Bar Box 10pk - Blueberry Ice | $75.00 | $150.00 |
| 1 | Air Bar Box 10pk - Cool Mint | $75.00 | $75.00 |
| 2 | Air Bar Box 10pk - Grape Ice | $75.00 | $150.00 |
| 2 | Air Bar Box 10pk - Sour Apple Ice | $75.00 | $150.00 |
| 2 | Air Bar Box 10pk - Strawberry Watermelon | $75.00 | $150.00 |
| 2 | Air Bar Box 10pk - Watermelon Apple Ice | $75.00 | $150.00 |
| 1 | Air Bar Box 10pk - Watermelon Candy | $75.00 | $75.00 |

Total quantities shipped: **26**

**Customer Note:** Need by Monday 04/11
Thank you

| | |
|---|---|
| Subtotal: | $1,925.00 |
| Total: | $1,925.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000195

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 251965 | Apr 10, 2022 | **$2,146.29** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | ALTO Pods 5pk By VUSE - Menthol 2.4% 2pk | $48.11 | $481.10 |
| 5 | ALTO Pods 5pk By VUSE - Menthol 1.8% 2pk | $48.11 | $240.55 |
| 10 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $48.11 | $481.10 |
| 5 | ALTO Pods 5pk By VUSE - Rich Tobacco 2.4% 2pk | $48.11 | $240.55 |
| 3 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $48.11 | $144.33 |
| 3 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 2pk | $48.11 | $144.33 |
| 3 | ALTO Pods 5pk By VUSE - Rich Tobacco 5.0% 2pk | $48.11 | $144.33 |
| 5 | D8 - DELTA 8 Disposable 2 Grams - Hybrid - Clementine x Purple Punch | $18.00 | $90.00 |
| 5 | D8 - DELTA 8 Disposable 2 Grams - Indica - Cherry Pie x G.S. Cookies | $18.00 | $90.00 |
| 5 | D8 - DELTA 8 Disposable 2 Grams - Sativa - Hawaiian x Trainwreck | $18.00 | $90.00 |

Total quantities shipped: **54**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $2,146.29 |
| Total: | $2,146.29 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000196

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 252011 | Apr 11, 2022 | $1,400.00 | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Blue Razz Ice | $57.50 | $115.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Cool Mint | $57.50 | $172.50 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Lush Ice | $57.50 | $115.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Raspberry Watermelon | $57.50 | $57.50 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Banana | $57.50 | $115.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Watermelon | $57.50 | $57.50 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Tobacco | $57.50 | $115.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Berry Orange Ice | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mighty Mint | $57.50 | $57.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango | $57.50 | $57.50 |
| 12 | American Patriots By Naked100 - Salt Nicotine 35mg - 30ml (TFN)  Buy 3 Get 1 Free! | $8.00 | $96.00 |
| 4 | American Patriots By Naked100 - Salt Nicotine 35mg - 30ml (TFN) | $0.00 | $0.00 |
| 9 | American Patriots By Naked100 - Salt Nicotine 50mg - 30ml (TFN)  Buy 3 Get 1 Free! | $8.00 | $72.00 |
| 3 | American Patriots By Naked100 - Salt Nicotine 50mg - 30ml (TFN) | $0.00 | $0.00 |
| 6 | Hawaiian Pog By Naked100 - Salt Nicotine 50mg - 30ml (TFN)  Buy 3 Get 1 Free! | $8.00 | $48.00 |
| 2 | Hawaiian Pog By Naked100 - Salt Nicotine 50mg - 30ml (TFN) | $0.00 | $0.00 |
| 21 | Strawberry POM By Naked100 - Salt Nicotine 35mg - 30ml (TFN)  Buy 3 Get 1 Free! | $8.00 | $168.00 |
| 7 | Strawberry POM By Naked100 - Salt Nicotine 35mg - 30ml (TFN) | $0.00 | $0.00 |
| 12 | Strawberry POM By Naked100 - Salt Nicotine 50mg - 30ml (TFN)  Buy 3 Get 1 Free! | $8.00 | $96.00 |
| 4 | Strawberry POM By Naked100 - Salt Nicotine 50mg - 30ml (TFN) | $0.00 | $0.00 |

Total quantities shipped: **96**

**Customer Note:** needs by Tuesday 04/12
thank you

| | |
|---|---|
| Subtotal: | $1,400.00 |
| Total: | $1,400.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000197

# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 252054 | Apr 11, 2022 | **$2,340.00** | |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 30 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $2,340.00 |

Total quantities shipped: **30**

**Customer Note:** Add to current order please

| | |
|---|---|
| Subtotal: | $2,340.00 |
| Total: | $2,340.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000198

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 252092 | Apr 11, 2022 | **$936.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **12**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $936.00 |
| Total: | $936.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000199



# INVOICE


**PAID**

| Order # | Date | Total |
|---|---|---|
| 252464 | Apr 13, 2022 | **$9,360.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 60 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $4,680.00 |
| 60 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $78.00 | $4,680.00 |

Total quantities shipped: **120**

**Customer Note:** Need by Thursday 04/14
Thank you

Subtotal: $9,360.00
Total: $9,360.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000200

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 252513 | Apr 14, 2022 | **$2,808.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $1,404.00 |
| 18 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $1,404.00 |

Total quantities shipped: **36**

**Customer Note:** Need by friday 04/15

| | |
|---|---|
| Subtotal: | $2,808.00 |
| Total: | $2,808.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000201

# INVOICE



| | | |
|---|---|---|
| **Order #** 253594 | **Date** Apr 24, 2022 | **Total** $3,500.00 |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Pineapple | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Fruit Punch | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Melon Ice | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Orange Pineapple Citrus | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Raspberry Watermelon | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Cream | $55.00 | $55.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Chew | $55.00 | $110.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mojito Mint | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Red Apple | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Chocolate Mint | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Fantasy Cotton | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Fantasy Love | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Hawaii Pog | $55.00 | $55.00 |
| 3 | Air Bar Box 10pk - Blueberry Ice | $70.00 | $210.00 |
| 2 | Air Bar Box 10pk - Blueberry Raspberry | $70.00 | $140.00 |
| 2 | Air Bar Box 10pk - Cherry Lemon | $70.00 | $140.00 |
| 2 | Air Bar Box 10pk - Cool Lemon | $70.00 | $140.00 |
| 1 | Air Bar Box 10pk - Cool Mint | $70.00 | $70.00 |
| 2 | Air Bar Box 10pk - Cranberry Grape | $70.00 | $140.00 |
| 1 | Air Bar Box 10pk - Energy Drinks | $70.00 | $70.00 |
| 3 | Air Bar Box 10pk - Grape Ice | $70.00 | $210.00 |
| 2 | Air Bar Box 10pk - Kiwi Shake | $70.00 | $140.00 |
| 2 | Air Bar Box 10pk - Mix Berries | $70.00 | $140.00 |
| 1 | Air Bar Box 10pk - Monster Ice | $70.00 | $70.00 |
| 2 | Air Bar Box 10pk - Pineapple Shake | $70.00 | $140.00 |
| 2 | Air Bar Box 10pk - Sour Apple Ice | $70.00 | $140.00 |
| 1 | Air Bar Box 10pk - Strawberry Kiwi | $70.00 | $70.00 |
| 1 | Air Bar Box 10pk - Strawberry Mango | $70.00 | $70.00 |
| 2 | Air Bar Box 10pk - Watermelon Candy | $70.00 | $140.00 |
| 1 | Air Bar Box 10pk - Watermelon Ice | $70.00 | $70.00 |
| 12 | Blue Raspberry Lemonade By Salt Bae 30ml - 25mg  Buy 3 Get 1 Free! | $8.00 | $96.00 |
| 4 | Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $0.00 | $0.00 |
| 3 | Blue Raspberry Lemonade By Salt Bae 30ml - 50mg  Buy 3 Get 1 Free! | $8.00 | $24.00 |
| 1 | Blue Raspberry Lemonade By Salt Bae 30ml - 50mg | $0.00 | $0.00 |
| 6 | Strawberry Milkshake By Salt Bae 30ml - 25mg  Buy 3 Get 1 Free! | $8.00 | $48.00 |
| 2 | Strawberry Milkshake By Salt Bae 30ml - 25mg | $0.00 | $0.00 |
| 6 | Strawberry Milkshake By Salt Bae 30ml - 50mg  Buy 3 Get 1 Free! | $8.00 | $48.00 |
| 2 | Strawberry Milkshake By Salt Bae 30ml - 50mg | $0.00 | $0.00 |
| 6 | Juicy Roll-Ups By Salt Bae 30ml - 25mg  Buy 3 Get 1 Free! | $8.00 | $48.00 |
| 2 | Juicy Roll-Ups By Salt Bae 30ml - 25mg | $0.00 | $0.00 |
| 6 | Juicy Roll-Ups By Salt Bae 30ml - 50mg  Buy 3 Get 1 Free! | $8.00 | $48.00 |
| 2 | Juicy Roll-Ups By Salt Bae 30ml - 50mg | $0.00 | $0.00 |
| 21 | Strawberry POM By Naked100 - Salt Nicotine 35mg - 30ml (TFN)  Buy 3 Get 1 Free! | $8.00 | $168.00 |
| 7 | Strawberry POM By Naked100 - Salt Nicotine 35mg - 30ml (TFN) | $0.00 | $0.00 |
| 10 | Glamee Charger USB Type C - USB Type C - 25ct | $15.00 | $150.00 |

Total quantities shipped: **134**

**Customer Note:** Need by Monday 04/25
Thank you

| | |
|---|---|
| Subtotal: | $3,500.00 |
| Total: | $3,500.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

RZSMOKE00000202

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if postdated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000203

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 253761 | Apr 25, 2022 | **$2,362.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $468.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $78.00 | $468.00 |
| 1 | Air Bar Box 10pk - Blueberry Ice | $70.00 | $70.00 |
| 1 | Air Bar Box 10pk - Blueberry Raspberry | $70.00 | $70.00 |
| 1 | Air Bar Box 10pk - Cranberry Grape | $70.00 | $70.00 |
| 1 | Air Bar Box 10pk - Grape Ice | $70.00 | $70.00 |
| 1 | Air Bar Box 10pk - Strawberry Kiwi | $70.00 | $70.00 |
| 1 | Air Bar Box 10pk - Strawberry Mango | $70.00 | $70.00 |
| 1 | Air Bar Box 10pk - Watermelon Ice | $70.00 | $70.00 |

Total quantities shipped: **31**

**Customer Note:** Need by Tuesday 04/26
thank you

| | |
|---|---|
| Subtotal: | $2,362.00 |
| Total: | $2,362.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000204

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 254108 | Apr 27, 2022 | **$1,598.90** |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Novo Pods & Coils - Novo 3 - Mesh 0.8ohm 3pk | $6.50 | $65.00 |
| 10 | Novo Pods & Coils - Novo X - DC 0.8ohms MTL 3pk | $6.25 | $62.50 |
| 2 | Novo X Kit By Smok - 7-Color Resin | $19.50 | $39.00 |
| 2 | Novo X Kit By Smok - Blue Cobra | $19.50 | $39.00 |
| 2 | Novo X Kit By Smok - Red Stabilizing Wood | $19.50 | $39.00 |
| 2 | Novo X Kit By Smok - White Cobra | $19.50 | $39.00 |
| 2 | Puffco Peak Pro - Peak Pro - 3D Chambers (Limited Edition) | $75.00 | $150.00 |
| 2 | Novo X Kit By Smok - Black Cobra | $19.50 | $39.00 |
| 1 | Jewel Mint By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) | $8.00 | $8.00 |
| 3 | Juul Kits - Basic Kit - Slate 8ct | $60.80 | $182.40 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **48**

**Customer Note:** Need by Thursday 04/28
Thank you

| | |
|---|---|
| Subtotal: | $1,598.90 |
| Total: | $1,598.90 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000205



# INVOICE


**PAID**

| Order # | Date | Total |
|---|---|---|
| 254320 | Apr 29, 2022 | **$9,360.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 60 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $4,680.00 |
| 60 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $78.00 | $4,680.00 |

Total quantities shipped: **120**

**Customer Note:** Need by monday 05/02

| | |
|---|---|
| Subtotal: | $9,360.00 |
| Total: | $9,360.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000206

# INVOICE

 **PAID**

| Order # | Date | Total |
|---|---|---|
| 254510 | May 2, 2022 | **$3,468.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $936.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $78.00 | $468.00 |
| 6 | Jewel Mint By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) **Buy 3 Get 1 Free!** | $8.00 | $48.00 |
| 2 | Jewel Mint By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) | $0.00 | $0.00 |
| 6 | Jewel Mint By Pod Juice 55 - Salt Nicotine 55mg - 30ml (TFN) **Buy 3 Get 1 Free!** | $8.00 | $48.00 |
| 2 | Jewel Mint By Pod Juice 55 - Salt Nicotine 55mg - 30ml (TFN) | $0.00 | $0.00 |
| 6 | Jewel Mango By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) **Buy 3 Get 1 Free!** | $8.00 | $48.00 |
| 2 | Jewel Mango By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) | $0.00 | $0.00 |
| 6 | Jewel Mango By Pod Juice 55 - Salt Nicotine 55mg - 30ml (TFN) **Buy 3 Get 1 Free!** | $8.00 | $48.00 |
| 2 | Jewel Mango By Pod Juice 55 - Salt Nicotine 55mg - 30ml (TFN) | $0.00 | $0.00 |

Total quantities shipped: **74**

**Customer Note:** Need By Tuesday 05/03
Thank you

Subtotal: **$3,468.00**
Total: **$3,468.00**

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000207

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 254610 | May 3, 2022 | **$4,574.40** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 60 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $4,574.40 |

Total quantities shipped: **60**

**Customer Note:** Need By Wednesday 05/04 Thank you

| | |
|---|---|
| Subtotal: | $4,574.40 |
| Total: | $4,574.40 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000208

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 254859 | May 5, 2022 | $5,022.08 |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 30 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $2,287.20 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $914.88 |
| 2 | Air Bar Box 10pk - Blueberry Ice | $70.00 | $140.00 |
| 3 | Air Bar Box 10pk - Blueberry Raspberry | $70.00 | $210.00 |
| 1 | Air Bar Box 10pk - Cherry Lemon | $70.00 | $70.00 |
| 2 | Air Bar Box 10pk - Cranberry Grape | $70.00 | $140.00 |
| 2 | Air Bar Box 10pk - Energy Drinks | $70.00 | $140.00 |
| 2 | Air Bar Box 10pk - Mix Berries | $70.00 | $140.00 |
| 1 | Air Bar Box 10pk - Monster Ice | $70.00 | $70.00 |
| 1 | Air Bar Box 10pk - Pineapple Shake | $70.00 | $70.00 |
| 2 | Air Bar Box 10pk - Sour Apple Ice | $70.00 | $140.00 |
| 2 | Air Bar Box 10pk - Strawberry Kiwi | $70.00 | $140.00 |
| 2 | Air Bar Box 10pk - Strawberry Mango | $70.00 | $140.00 |
| 2 | Air Bar Box 10pk - Watermelon Apple Ice | $70.00 | $140.00 |
| 2 | Air Bar Box 10pk - Watermelon Candy | $70.00 | $140.00 |
| 2 | Air Bar Box 10pk - Watermelon Ice | $70.00 | $140.00 |

Total quantities shipped: **68**

**Customer Note:** Need by friday 05/06
thank you

| | |
|---|---|
| Subtotal: | $5,022.08 |
| Total: | $5,022.08 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000209

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 255081 | May 8, 2022 | **$3,840.26** | |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 38 | Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml  **Buy 3 Get 1 Free!** | $8.00 | $304.00 |
| 12 | Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml | $0.00 | $0.00 |
| 38 | Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml  **Buy 3 Get 1 Free!** | $8.00 | $304.00 |
| 12 | Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | $0.00 | $0.00 |
| 38 | Dry Tobacco By VGOD - Salt Nicotine 25mg - 30ml  **Buy 3 Get 1 Free!** | $8.00 | $304.00 |
| 12 | Dry Tobacco By VGOD - Salt Nicotine 25mg - 30ml | $0.00 | $0.00 |
| 38 | Iced Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml  **Buy 3 Get 1 Free!** | $8.00 | $304.00 |
| 12 | Iced Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $0.00 | $0.00 |
| 38 | Iced Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml  **Buy 3 Get 1 Free!** | $8.00 | $304.00 |
| 12 | Iced Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $0.00 | $0.00 |
| 1 | Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $8.00 | $8.00 |
| 1 | Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $8.00 | $8.00 |
| 1 | Melon Mix By VGOD - Salt Nicotine 25mg - 30ml | $8.00 | $8.00 |
| 1 | Melon Mix By VGOD - Salt Nicotine 50mg - 30ml | $8.00 | $8.00 |
| 9 | Subzero By Halo E-Liquid - 0mg - 60ml  **Buy 3 Get 1 Free!** | $9.50 | $85.50 |
| 3 | Subzero By Halo E-Liquid - 0mg - 60ml | $0.00 | $0.00 |
| 9 | Subzero By Halo E-Liquid - 12mg - 60ml  **Buy 3 Get 1 Free!** | $9.50 | $85.50 |
| 3 | Subzero By Halo E-Liquid - 12mg - 60ml | $0.00 | $0.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Apple Peach | $57.50 | $115.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Rainbow | $57.50 | $57.50 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Raspberry Peach | $57.50 | $115.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $914.88 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $914.88 |

Total quantities shipped: **307**

**Customer Note:** need by monday 05/09
thank you

| | |
|---|---|
| **Subtotal:** | $3,840.26 |
| **Total:** | $3,840.26 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000210

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 255342 | May 10, 2022 | **$2,063.82** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Novo Pods & Coils - Novo 2 - DC 1.4ohm MTL 3pk | $6.50 | $65.00 |
| 10 | Novo Pods & Coils - Novo 2 - Mesh 1.0ohm 3pk | $6.50 | $65.00 |
| 20 | Novo Pods & Coils - Novo 3 - Mesh 0.8ohm 3pk | $6.50 | $130.00 |
| 10 | Novo Pods & Coils - Novo X - DC 0.8ohms MTL 3pk | $6.25 | $62.50 |
| 10 | Novo Pods & Coils - Novo X - Mesh 0.8ohms 3pk | $6.50 | $65.00 |
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $1,372.32 |
| 38 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml   **Buy 3 Get 1 Free!** | $8.00 | $304.00 |
| 12 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $0.00 | $0.00 |

Total quantities shipped: **128**

**Customer Note:** Need By Wednesday 05/11 Thank You

| | |
|---|---|
| Subtotal: | $2,063.82 |
| Total: | $2,063.82 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000211

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 255483 | May 11, 2022 | **$750.50** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Kiwi Blueberry Ice | $57.50 | $172.50 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Banana | $57.50 | $172.50 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Lush Ice | $57.50 | $172.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango Watermelon | $57.50 | $57.50 |
| 3 | Juul Kits - Basic Kit - Slate 8ct | $58.50 | $175.50 |

Total quantities shipped: **13**

**Customer Note:** Need By Thursday 05/12
Thank you

| | |
|---|---|
| Subtotal: | $750.50 |
| Total: | $750.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000212

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 255484 | May 11, 2022 | **$60.80** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Juul Kits - Basic Kit - Slate 8ct | $60.80 | $60.80 |

Total quantities shipped: **1**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $60.80 |
| Total: | $60.80 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000213

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 255716 | May 12, 2022 | **$18,297.60** |  |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 120 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $9,148.80 |
| 120 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $9,148.80 |

Total quantities shipped: **240**

**Customer Note:** Please need by Friday 05/13 Thank you

Subtotal: $18,297.60
Total: $18,297.60

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000214

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 255904 | May 13, 2022 | **$1,829.76** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $914.88 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $914.88 |

Total quantities shipped: **24**

**Customer Note:** need by Monday, 05/16
Thank you + reminder to bring check back
from last order thank you.

| | |
|---|---|
| Subtotal: | $1,829.76 |
| Total: | $1,829.76 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000215

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 256027 | May 15, 2022 | **$390.00** | **PAID** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Novo Pods & Coils - Novo 2 - DC 1.4ohm MTL 3pk | $6.50 | $65.00 |
| 10 | Novo Pods & Coils - Novo 2 - Mesh 1.0ohm 3pk | $6.50 | $65.00 |
| 10 | Novo Pods & Coils - Novo 2 - Quartz 1.4ohm 3pk | $6.50 | $65.00 |
| 30 | Novo Pods & Coils - Novo 3 - Mesh 0.8ohm 3pk | $6.50 | $195.00 |

Total quantities shipped: **60**

**Customer Note:** Add to current order please

| | |
|---|---|
| Subtotal: | $390.00 |
| Total: | $390.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000216

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 257095 | May 23, 2022 | **$1,829.76** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $457.44 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $457.44 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $457.44 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $457.44 |

Total quantities shipped: **24**

**Customer Note:** need by Tuesday 05/24
thank you

| | |
|---|---|
| Subtotal: | $1,829.76 |
| Total: | $1,829.76 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000217

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 258189 | May 29, 2022 | **$3,813.08** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | | Price | Subtotal |
|---|---|---|---|---|
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Blue Razz Ice | | $57.50 | $172.50 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Lush Ice | | $57.50 | $115.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Cream | | $57.50 | $115.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Tobacco | | $57.50 | $172.50 |
| 30 | JUUL Pods 8pk - Menthol 5% 4 Pods | | $76.24 | $2,287.20 |
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | | $76.24 | $914.88 |
| 3 | Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | Buy 3 Get 1 Free! | $8.00 | $24.00 |
| 1 | Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | | $0.00 | $0.00 |
| 2 | Pink Cakes By VGOD - Salt Nicotine 50mg - 30ml | | $6.00 | $12.00 |

Total quantities shipped: **58**

**Customer Note:** Need By monday 05/30
Thank you

| | |
|---|---|
| Subtotal: | $3,813.08 |
| Total: | $3,813.08 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000218

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 258289 | May 30, 2022 | **$2,831.50** | |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 7 | ALTO Pods 5pk By VUSE - Golden Tobacco 2.4% 2pk | $46.50 | $325.50 |
| 5 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 2pk | $46.50 | $232.50 |
| 5 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $46.50 | $232.50 |
| 10 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $46.50 | $465.00 |
| 3 | ALTO Pods 5pk By VUSE - Rich Tobacco 1.8% 2pk | $46.50 | $139.50 |
| 3 | ALTO Pods 5pk By VUSE - Rich Tobacco 2.4% 2pk | $46.50 | $139.50 |
| 3 | ALTO Pods 5pk By VUSE - Rich Tobacco 5.0% 2pk | $46.50 | $139.50 |
| 12 | ALTO Pods 5pk By VUSE - Menthol 2.4% 2pk | $46.50 | $558.00 |
| 3 | ALTO Pods 5pk By VUSE - Menthol 1.8% 2pk | $46.50 | $139.50 |
| 5 | ALTO Device 5pk By VUSE - Blue | $23.00 | $115.00 |
| 5 | ALTO Device 5pk By VUSE - Red | $23.00 | $115.00 |
| 5 | ALTO Device 5pk By VUSE - Slate | $23.00 | $115.00 |
| 5 | ALTO Device 5pk By VUSE - Teal | $23.00 | $115.00 |

Total quantities shipped: **71**

**Customer Note:** Need by Tuesday 05/30
Thank you

| | |
|---|---|
| Subtotal: | $2,831.50 |
| Total: | $2,831.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000219

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 258347 | May 31, 2022 | **$1,415.00** | **PAID** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Air Bar Diamond 10pk - Blueberry Ice | $37.00 | $370.00 |
| 5 | Air Bar Diamond 10pk - Watermelon Candy | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Strawberry Mango | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Watermelon Ice | $37.00 | $185.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Cool Lemon | $70.00 | $140.00 |
| 3 | Air Bar Box 3000 Puffs 10pk - Strawberry Watermelon | $70.00 | $210.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Watermelon Ice | $70.00 | $140.00 |

Total quantities shipped: **32**

**Customer Note:** Need By Wednesday 06/01 Thank you

| | |
|---|---|
| Subtotal: | $1,415.00 |
| Total: | $1,415.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000220

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 258462 | May 31, 2022 | **$2,208.00** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 24 | ALTO Device 5pk By VUSE - Blue | $23.00 | $552.00 |
| 24 | ALTO Device 5pk By VUSE - Red | $23.00 | $552.00 |
| 36 | ALTO Device 5pk By VUSE - Slate | $23.00 | $828.00 |
| 12 | ALTO Device 5pk By VUSE - Teal | $23.00 | $276.00 |

Total quantities shipped: **96**

**Customer Note:** add to current order please

| | |
|---|---|
| **Subtotal:** | $2,208.00 |
| **Total:** | $2,208.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000221

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 258698 | Jun 2, 2022 | **$4,209.52** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 24 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $1,829.76 |
| 24 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $1,829.76 |
| 10 | Logic Power 27mg 2ct 10pk - Tobacco | $55.00 | $550.00 |

Total quantities shipped: **58**

**Customer Note:** need by friday 06/03
thank you

| | |
|---|---|
| Subtotal: | $4,209.52 |
| Total: | $4,209.52 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000222



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 258770 | Jun 3, 2022 | $9,148.80 |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 60 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $4,574.40 |
| 60 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $4,574.40 |

Total quantities shipped: **120**

**Customer Note:** Need on Tuesday 06/07 thank you, will be closed Monday.

| | |
|---|---|
| Subtotal: | $9,148.80 |
| Total: | $9,148.80 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000223

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 259267 | Jun 7, 2022 | **$1,111.50** | **PAID** |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | | Price | Subtotal |
|---|---|---|---|---|
| 27 | Subzero By Halo E-Liquid - 3mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $256.50 |
| 9 | Subzero By Halo E-Liquid - 3mg - 60ml | | $0.00 | $0.00 |
| 27 | Subzero By Halo E-Liquid - 6mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $256.50 |
| 9 | Subzero By Halo E-Liquid - 6mg - 60ml | | $0.00 | $0.00 |
| 27 | Subzero By Halo E-Liquid - 12mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $256.50 |
| 9 | Subzero By Halo E-Liquid - 12mg - 60ml | | $0.00 | $0.00 |
| 18 | Subzero By Halo E-Liquid - 18mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $171.00 |
| 6 | Subzero By Halo E-Liquid - 18mg - 60ml | | $0.00 | $0.00 |
| 9 | Tribeca By Halo E-Liquid - 18mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $85.50 |
| 3 | Tribeca By Halo E-Liquid - 18mg - 60ml | | $0.00 | $0.00 |
| 9 | Subzero By Halo E-Liquid - 24mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $85.50 |
| 3 | Subzero By Halo E-Liquid - 24mg - 60ml | | $0.00 | $0.00 |

Total quantities shipped: **156**

**Customer Note:** Need by Wednesday 06/08 thank you

Subtotal: **$1,111.50**
Total: **$1,111.50**

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000224

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 259268 | Jun 7, 2022 | $296.00 | PAID |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 8 | Air Bar Diamond 10pk - Aloe Blackcurrant | $37.00 | $296.00 |

Total quantities shipped: **8**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $296.00 |
| Total: | $296.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000225

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 259364 | Jun 8, 2022 | **$1,829.76** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $914.88 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $914.88 |

Total quantities shipped: **24**

**Customer Note:** need by Thursday 06/09
Thank you

|  |  |
|---|---|
| Subtotal: | $1,829.76 |
| Total: | $1,829.76 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 259784 | Jun 12, 2022 | **$3,202.08** |

**PAID**

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 36 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $2,744.64 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $457.44 |

Total quantities shipped: **42**

**Customer Note:** need by monday 06/13
thank you

| | |
|---|---|
| Subtotal: | $3,202.08 |
| Total: | $3,202.08 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000227



# INVOICE


**PAID**

| Order # | Date | Total |
|---|---|---|
| 259845 | Jun 13, 2022 | **$914.88** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $457.44 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $457.44 |

Total quantities shipped: **12**

**Customer Note:** need by Tuesday 06/14
thank you

| | |
|---|---|
| Subtotal: | $914.88 |
| Total: | $914.88 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000228

# INVOICE

| | Order # | Date | Total Due |
|---|---|---|---|
| | 259971 | Jun 13, 2022 | **$4,574.40** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 60 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $4,574.40 |

Total quantities shipped: **60**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $4,574.40 |
| Total: | $4,574.40 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000229

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 260123 | Jun 14, 2022 | **$4,574.40** |



**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
3047 Avenue U Suite 3
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 60 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $4,574.40 |

Total quantities shipped: **60**

Subtotal: $4,574.40
Total: $4,574.40

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000230

# INVOICE





| Order # | Date | Total |
|---|---|---|
| 260579 | Jun 17, 2022 | **$3,659.52** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $1,372.32 |
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $914.88 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $914.88 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $457.44 |

Total quantities shipped: **48**

**Customer Note:** Need By monday 06/20
Thank you

| | |
|---|---|
| Subtotal: | $3,659.52 |
| Total: | $3,659.52 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000231

# INVOICE

| Order # | Date | Total |  |
|---------|------|-------|------|
| 260651 | Jun 17, 2022 | **$230.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 3 | GLAMEE NOVA 4000 Puffs 10pk - CLEAR - No Flavor | $57.50 | $172.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Cool Mint | $57.50 | $57.50 |

Total quantities shipped: **4**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $230.00 |
| Total: | $230.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000232

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 260798 | Jun 19, 2022 | $1,600.00 | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blueberry Energize | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Green Apple | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Guava Ice | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Malysian Mango | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Candy | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $160.00 |

Total quantities shipped: **20**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $1,600.00 |
| Total: | $1,600.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000233

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 261263 | Jun 22, 2022 | **$1,372.32** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480  Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 18 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $1,372.32 |

Total quantities shipped: **18**

**Customer Note:** need by 06/23 Thank you

| | |
|---|---|
| Subtotal: | $1,372.32 |
| Total: | $1,372.32 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000234



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 261326 | Jun 23, 2022 | $2,012.16 |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 24 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $1,829.76 |
| 3 | Juul Kits - Basic Kit - Slate 8ct | $60.80 | $182.40 |

Total quantities shipped: **27**

Customer Note: need by 06/24 thank you

Subtotal: $2,012.16
Total: $2,012.16

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000235

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 261334 | Jun 23, 2022 | **$1,829.76** | |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480  Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 24 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $1,829.76 |

Total quantities shipped: **24**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $1,829.76 |
| Total: | $1,829.76 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000236

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 261509 | Jun 24, 2022 | $7,760.00 |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 17 | ELF Bar BC5000 10pk - Green Apple | $80.00 | $1,360.00 |
| 20 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $1,600.00 |

Total quantities shipped: **97**

**Customer Note:** need by monday 06/27 thank you

Subtotal: $7,760.00
Total: $7,760.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000237

# INVOICE

| Order # | Document Date | Total | PAID |
|---|---|---|---|
| 261692 | Jun 26, 2022 | $1,624.50 | |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 27 | Subzero By Halo E-Liquid - 0mg - 60ml | $9.50 | $256.50 |
| 9 | Subzero By Halo E-Liquid - 0mg - 60ml | $0.00 | $0.00 |
| 36 | Subzero By Halo E-Liquid - 3mg - 60ml | $9.50 | $342.00 |
| 12 | Subzero By Halo E-Liquid - 3mg - 60ml | $0.00 | $0.00 |
| 27 | Subzero By Halo E-Liquid - 6mg - 60ml | $9.50 | $256.50 |
| 9 | Subzero By Halo E-Liquid - 6mg - 60ml | $0.00 | $0.00 |
| 27 | Subzero By Halo E-Liquid - 12mg - 60ml | $9.50 | $256.50 |
| 9 | Subzero By Halo E-Liquid - 12mg - 60ml | $0.00 | $0.00 |
| 27 | Subzero By Halo E-Liquid - 18mg - 60ml | $9.50 | $256.50 |
| 9 | Subzero By Halo E-Liquid - 18mg - 60ml | $0.00 | $0.00 |
| 27 | Subzero By Halo E-Liquid - 24mg - 60ml | $9.50 | $256.50 |
| 9 | Subzero By Halo E-Liquid - 24mg - 60ml | $0.00 | $0.00 |

Total quantities shipped: **228**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $1,624.50 |
| Total: | $1,624.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000238

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 261825 | Jun 27, 2022 | **$2,287.20** |  **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 30 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $2,287.20 |

Total quantities shipped: **30**

**Customer Note:** need by teusday 06/28
thank you

Subtotal: $2,287.20
Total: $2,287.20

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000239

# INVOICE

| | Order # | Date | Total |  |
|---|---|---|---|---|
| | 261965 | Jun 27, 2022 | **$121.60** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Juul Kits - Basic Kit - Slate 8ct | $60.80 | $121.60 |

Total quantities shipped: **2**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $121.60 |
| Total: | $121.60 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000240

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 262123 | Jun 28, 2022 | **$10,063.68** |

**PAID**

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229
**Phone:** (929) 435-7234 |

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480  Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:**

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 132 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $10,063.68 |

Total quantities shipped: **132**

Subtotal: $10,063.68
Total: $10,063.68

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000241

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 262391 | Jun 30, 2022 | **$2,408.80** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $1,372.32 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $914.88 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $60.80 | $121.60 |

Total quantities shipped: **32**

**Customer Note:** Need by Friday 07/01
thank you

Subtotal: $2,408.80
Total: $2,408.80

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000242

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 262846 | Jul 1, 2022 | **$10,063.68** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229
**Phone:** (929) 435-7234 |

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:**

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 72 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $5,489.28 |
| 60 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $4,574.40 |

Total quantities shipped: **132**

**Customer Note:** DELIVERY MONDAY

| | |
|---|---|
| Subtotal: | $10,063.68 |
| Total: | $10,063.68 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000243

# INVOICE

| | Order # | Date | Total | PAID |
|---|---|---|---|---|
| | 262940 | Jul 2, 2022 | **$3,344.00** | |



**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | | Price | Subtotal |
|---|---|---|---|---|
| 250 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | Buy 5 Get 4 Free! | $8.00 | $2,000.00 |
| 200 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | | $0.00 | $0.00 |
| 56 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | Buy 5 Get 4 Free! | $8.00 | $448.00 |
| 44 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | | $0.00 | $0.00 |
| 56 | Lush Ice By VGOD - Salt Nicotine 50mg - 30ml | Buy 5 Get 4 Free! | $8.00 | $448.00 |
| 44 | Lush Ice By VGOD - Salt Nicotine 50mg - 30ml | | $0.00 | $0.00 |
| 56 | Iced Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | Buy 5 Get 4 Free! | $8.00 | $448.00 |
| 44 | Iced Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | | $0.00 | $0.00 |

Total quantities shipped: **750**

**Customer Note:** Add to current order

| | |
|---|---|
| Subtotal: | $3,344.00 |
| Total: | $3,344.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000244

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 263341 | Jul 6, 2022 | **$17,382.72** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $914.88 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $914.88 |
| 108 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $8,233.92 |
| 96 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $7,319.04 |

Total quantities shipped: **228**

Subtotal: $17,382.72
Total: $17,382.72

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000245

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 263642 | Jul 7, 2022 | **$114,360.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 750 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $57,180.00 |
| 150 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $11,436.00 |
| 450 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $34,308.00 |
| 150 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $11,436.00 |

Total quantities shipped: **1500**

Subtotal: $114,360.00
Total: $114,360.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000246

# INVOICE

| Order # | Date | Total | |
|---------|------|-------|---|
| 263689 | Jul 7, 2022 | **$960.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 4 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $320.00 |
| 4 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $320.00 |
| 4 | ELF Bar BC5000 10pk - Rainbow Candy | $80.00 | $320.00 |

Total quantities shipped: **12**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $960.00 |
| Total: | $960.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000247

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 264210 | Jul 12, 2022 | **$1,700.00** |

**PAID**

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Box 3000 Puffs 10pk - Blueberry Raspberry | $68.00 | $340.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Clear Ice | $68.00 | $340.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $68.00 | $340.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Monster Ice | $68.00 | $340.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Sour Apple Ice | $68.00 | $340.00 |

Total quantities shipped: **25**

**Customer Note:** Need by Wednesday 07/13 thank you

Subtotal: $1,700.00
Total: $1,700.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000248

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 264810 | Jul 17, 2022 | **$3,753.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
AP Vape Shop Inc
1229 Avenue U, Store Front
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | | Price | Subtotal |
|---|---|---|---|---|
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | | $90.00 | $1,620.00 |
| 18 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | | $90.00 | $1,620.00 |
| 18 | Subzero By Halo E-Liquid - 3mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $171.00 |
| 6 | Subzero By Halo E-Liquid - 3mg - 60ml | | $0.00 | $0.00 |
| 18 | Subzero By Halo E-Liquid - 6mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $171.00 |
| 6 | Subzero By Halo E-Liquid - 6mg - 60ml | | $0.00 | $0.00 |
| 18 | Subzero By Halo E-Liquid - 12mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $171.00 |
| 6 | Subzero By Halo E-Liquid - 12mg - 60ml | | $0.00 | $0.00 |

Total quantities shipped: **108**

**Customer Note:** NEW LOCATION ! 1941 CONEY ISLAND AVENUE BROOKLYN, NEW YORK, 11223

| | |
|---|---|
| Subtotal: | $3,753.00 |
| Total: | $3,753.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000249

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 265114 | Jul 19, 2022 | **$26,858.75** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Fume Extra 1500 Puffs 10pk - Banana Ice | $52.50 | $262.50 |
| 5 | Fume Extra 1500 Puffs 10pk - Black Ice | $52.50 | $262.50 |
| 40 | Fume Extra 1500 Puffs 10pk - Blue Razz | $52.50 | $2,100.00 |
| 20 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $52.50 | $1,050.00 |
| 20 | Fume Extra 1500 Puffs 10pk - Bubble Gum | $52.50 | $1,050.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Coffee Tobacco | $52.50 | $262.50 |
| 20 | Fume Extra 1500 Puffs 10pk - Cotton Candy | $52.50 | $1,050.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Dessert Breeze | $52.50 | $262.50 |
| 20 | Fume Extra 1500 Puffs 10pk - Double Apple | $52.50 | $1,050.00 |
| 20 | Fume Extra 1500 Puffs 10pk - Fresh Lychee | $52.50 | $1,050.00 |
| 10 | Fume Extra 1500 Puffs 10pk - Gummy Bears | $52.50 | $525.00 |
| 40 | Fume Extra 1500 Puffs 10pk - Lush Ice | $52.50 | $2,100.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Mango | $52.50 | $262.50 |
| 10 | Fume Extra 1500 Puffs 10pk - Melon Ice | $52.50 | $525.00 |
| 20 | Fume Extra 1500 Puffs 10pk - Pineapple Ice | $52.50 | $1,050.00 |
| 20 | Fume Extra 1500 Puffs 10pk - Pink Lemonade | $52.50 | $1,050.00 |
| 20 | Fume Extra 1500 Puffs 10pk - Rainbow Candy | $52.50 | $1,050.00 |
| 10 | Fume Extra 1500 Puffs 10pk - Raspberry Watermelon | $52.50 | $525.00 |
| 20 | Fume Extra 1500 Puffs 10pk - Tangerine Ice | $52.50 | $1,050.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Unicorn | $52.50 | $262.50 |
| 5 | Fume Infinity 3500 Puffs 5pk - Black Ice | $43.75 | $218.75 |
| 15 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $43.75 | $656.25 |
| 10 | Fume Infinity 3500 Puffs 5pk - Blueberry CC | $43.75 | $437.50 |
| 5 | Fume Infinity 3500 Puffs 5pk - Coffee Tobacco | $43.75 | $218.75 |
| 15 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $43.75 | $656.25 |
| 5 | Fume Infinity 3500 Puffs 5pk - Dessert Breeze | $43.75 | $218.75 |
| 15 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $43.75 | $656.25 |
| 15 | Fume Infinity 3500 Puffs 5pk - Gummy Bears | $43.75 | $656.25 |
| 9 | Fume Infinity 3500 Puffs 5pk - Lychee Ice | $43.75 | $393.75 |
| 5 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $43.75 | $218.75 |
| 30 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $43.75 | $1,312.50 |
| 15 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $47.50 | $712.50 |
| 15 | Fume Infinity 3500 Puffs 5pk - Rainbow Candy | $43.75 | $656.25 |
| 15 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $43.75 | $656.25 |
| 15 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $43.75 | $656.25 |
| 15 | Fume Infinity 3500 Puffs 5pk - Strawberry Watermelon | $43.75 | $656.25 |
| 15 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $43.75 | $656.25 |
| 5 | Fume Infinity 3500 Puffs 5pk - Unicorn | $43.75 | $218.75 |
| 3 | Fume Ultra 2500 Puffs 10pk - Strawberry Mango | $67.50 | $202.50 |

Total quantities shipped: **547**

**Customer Note:** NEW LOCATION !! PLS UPDATE 1941 CONEY ISLAND AVENUE BROOKLYN, NEW YORK 11223

| | |
|---|---|
| Subtotal: | $26,858.75 |
| Total: | $26,858.75 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

RZSMOKE00000250

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000251

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 271216 | Aug 30, 2022 | **$6,730.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480  Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Blueberry Energize | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Clear 5% | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Green Apple | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Red Mojito | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $160.00 |
| 20 | Air Bar Diamond 10pk - Watermelon Candy | $35.00 | $700.00 |
| 10 | Air Bar Box 3000 Puffs 10pk - Clear Ice | $65.00 | $650.00 |
| 20 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $65.00 | $1,300.00 |
| 10 | Air Bar Box 3000 Puffs 10pk - Super Mint | $65.00 | $650.00 |
| 10 | Air Bar Box 3000 Puffs 10pk - Watermelon Candy | $65.00 | $650.00 |
| 20 | Air Bar Diamond 10pk - Mango | $35.00 | $700.00 |

Total quantities shipped: **116**

**Customer Note:** Need by Wednesday
08/31 thank you

Subtotal: $6,730.00
Total: $6,730.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000252

**INVOICE**

| Order # | Date | Total | |
|---|---|---|---|
| 271263 | Aug 31, 2022 | **$2,600.00** |  **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 40 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $65.00 | $2,600.00 |

Total quantities shipped: **40**

**Customer Note:** Need by thursday 09/01
thank you

Subtotal: $2,600.00
Total: $2,600.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000253

# INVOICE



| Order # | Date | Total | |
|---------|------|-------|--|
| 271379 | Sep 1, 2022 | $1,520.00 |  PAID |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 2 | ELF Bar BC5000 10pk - Blueberry Energize | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Cuba Cigar | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Green Apple | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $160.00 |

Total quantities shipped: **19**

| | |
|--|--|
| Subtotal: | $1,520.00 |
| Total: | $1,520.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000254

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 271513 | Sep 2, 2022 | $3,360.00 |

**PAID**

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Cuba Cigar | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Grape Energy | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Guava Ice | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Pineapple Coconut Ice | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Sweet Menthol | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $160.00 |

Total quantities shipped: **42**

**Customer Note:** Need by Monday 09/05
thank you

Subtotal: **$3,360.00**
Total: **$3,360.00**

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000255



# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 271525 | Sep 2, 2022 | $27,520.00 | |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Cuba Cigar | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Grape Energy | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $1,600.00 |
| 4 | ELF Bar BC5000 10pk - Mandarin Lime | $80.00 | $320.00 |
| 20 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Pineapple Coconut Ice | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Sweet Menthol | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $1,600.00 |

Total quantities shipped: **344**

|  |  |
|---|---|
| Subtotal: | $27,520.00 |
| Total: | $27,520.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 271539 | Sep 2, 2022 | **$2,080.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Hyde X 3000 Puffs - Apple Peach Watermelon | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - Banana Papaya | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - Blue Razz Ice | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - Cool Mint | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - Dragon Fruit Lemonade | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - Orange Citrus | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - Orange Vanilla | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - Passion Fruit | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - Pomegranate Berry Mint | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - Strawberry Crunch | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - Strawberry Ice | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - Strawberry Kiwi | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - Strawberry Orange Ice | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - Strawberry Pineapple Coconut | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - White Peach Melon | $65.00 | $130.00 |
| 2 | Hyde X 3000 Puffs - Virginia Tobacco | $65.00 | $130.00 |

Total quantities shipped: **32**

**Customer Note:** ADD to current orders please, thank you

| | |
|---|---|
| Subtotal: | $2,080.00 |
| Total: | $2,080.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000257



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 271847 | Sep 6, 2022 | **$3,260.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | Mint By Naked100 - Salt Nicotine 35mg - 30ml | $6.00 | $120.00 |
| 20 | Mint By Naked100 - Salt Nicotine 50mg - 30ml | $6.00 | $120.00 |
| 10 | American Patriots By Naked100 - Salt Nicotine 35mg - 30ml | $6.00 | $60.00 |
| 10 | American Patriots By Naked100 - Salt Nicotine 50mg - 30ml | $6.00 | $60.00 |
| 10 | Cuban Blend By Naked100 - Salt Nicotine 35mg - 30ml | $6.00 | $60.00 |
| 10 | Lava Flow By Naked100 - Salt Nicotine 35mg - 30ml | $6.00 | $60.00 |
| 10 | Lava Flow By Naked100 - Salt Nicotine 50mg - 30ml | $6.00 | $60.00 |
| 10 | Melon By Naked100 - Salt Nicotine 35mg - 30ml | $6.00 | $60.00 |
| 10 | Melon By Naked100 - Salt Nicotine 50mg - 30ml | $6.00 | $60.00 |
| 10 | Berry By Naked100 - Salt Nicotine 35mg - 30ml | $6.00 | $60.00 |
| 10 | Berry By Naked100 - Salt Nicotine 50mg - 30ml | $6.00 | $60.00 |
| 25 | Strawberry POM By Naked100 - Salt Nicotine 35mg - 30ml | $6.00 | $150.00 |
| 25 | Strawberry POM By Naked100 - Salt Nicotine 50mg - 30ml | $6.00 | $150.00 |
| 10 | Peach Mango Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | $6.00 | $60.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Blue Razz Ice | $53.00 | $159.00 |
| 10 | GLAMEE NOVA 4000 Puffs 10pk - Cool Mint | $53.00 | $530.00 |
| 5 | GLAMEE NOVA 4000 Puffs 10pk - Lush Ice | $53.00 | $265.00 |
| 5 | GLAMEE NOVA 4000 Puffs 10pk - Mighty Mint | $53.00 | $265.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Peach Ice | $53.00 | $159.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Banana | $53.00 | $159.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Watermelon | $53.00 | $159.00 |
| 5 | GLAMEE NOVA 4000 Puffs 10pk - Tobacco | $53.00 | $265.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Raspberry Watermelon | $53.00 | $159.00 |

Total quantities shipped: **230**

**Customer Note:** Need by Wednesday
09/07 thank you

Subtotal: $3,260.00
Total: $3,260.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000258

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 271959 | Sep 6, 2022 | **$3,500.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | STIG XL 700 Puffs 10pk - Crisp Apple | $35.00 | $350.00 |
| 10 | STIG XL 700 Puffs 10pk - Cubano | $35.00 | $350.00 |
| 10 | STIG XL 700 Puffs 10pk - Dry Tobacco | $35.00 | $350.00 |
| 10 | STIG XL 700 Puffs 10pk - Iced Apple Bomb | $35.00 | $350.00 |
| 10 | STIG XL 700 Puffs 10pk - Iced Berry Bomb | $35.00 | $350.00 |
| 10 | STIG XL 700 Puffs 10pk - Iced Mango Bomb | $35.00 | $350.00 |
| 10 | STIG XL 700 Puffs 10pk - Iced Purple Bomb | $35.00 | $350.00 |
| 10 | STIG XL 700 Puffs 10pk - Lush Ice | $35.00 | $350.00 |
| 10 | STIG XL 700 Puffs 10pk - Mighty Mint | $35.00 | $350.00 |
| 10 | STIG XL 700 Puffs 10pk - Tropical Mango | $35.00 | $350.00 |

Total quantities shipped: **100**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $3,500.00 |
| Total: | $3,500.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 272081 | Sep 7, 2022 | $3,003.00 | **PAID**  |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 27 | JUUL Pods 8pk - Menthol 5% 4 Pods | $77.00 | $2,079.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $77.00 | $924.00 |

Total quantities shipped: **39**

**Customer Note:** need by 09/08 thank you

| | |
|---|---|
| Subtotal: | $3,003.00 |
| Total: | $3,003.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000260

# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 272094 | Sep 7, 2022 | **$27.00** |



**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 2 | Yocan Uni Twist - Black | $13.50 | $27.00 |

Total quantities shipped: **2**

**Customer Note:** add to current order pls

Subtotal: $27.00
Total: $27.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000261



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 272190 | Sep 7, 2022 | **$510.00** |



**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | NKD100 Max 4500 Puffs 120pk (Bundle Offer) | $510.00 | $510.00 |

Total quantities shipped: **1**

Subtotal: $510.00
Total: $510.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000262

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 273197 | Sep 14, 2022 | $2,823.00 |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | STIG XL 700 Puffs 10pk - Crisp Apple | $35.00 | $175.00 |
| 8 | STIG XL 700 Puffs 10pk - Cubano | $35.00 | $280.00 |
| 8 | STIG XL 700 Puffs 10pk - Dry Tobacco | $35.00 | $280.00 |
| 5 | STIG XL 700 Puffs 10pk - Iced Apple Bomb | $35.00 | $175.00 |
| 5 | STIG XL 700 Puffs 10pk - Iced Berry Bomb | $35.00 | $175.00 |
| 9 | STIG XL 700 Puffs 10pk - Iced Mango Bomb | $35.00 | $315.00 |
| 5 | STIG XL 700 Puffs 10pk - Iced Purple Bomb | $35.00 | $175.00 |
| 9 | STIG XL 700 Puffs 10pk - Lush Ice | $35.00 | $315.00 |
| 8 | STIG XL 700 Puffs 10pk - Mighty Mint | $35.00 | $280.00 |
| 5 | STIG XL 700 Puffs 10pk - Tropical Mango | $35.00 | $175.00 |
| 15 | Tribeca By Halo E-Liquid - Salt Nicotine 50mg - 30ml | $6.00 | $90.00 |
| 45 | Subzero By Halo E-Liquid - Salt Nicotine 50mg - 30ml | $6.00 | $270.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |

Total quantities shipped: **129**

**Customer Note:** need by thursday 19/15 thank you

|  |  |
|---|---|
| Subtotal: | $2,823.00 |
| Total: | $2,823.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000263

# INVOICE





| | Order # | Date | Total | |
|---|---|---|---|---|
| | 273335 | Sep 15, 2022 | **$2,150.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 25 | Luscious By VGOD - Salt Nicotine 25mg - 30ml | $5.00 | $125.00 |
| 25 | Luscious By VGOD - Salt Nicotine 50mg - 30ml | $5.00 | $125.00 |
| 50 | Cubano Silver By VGOD - Salt Nicotine 25mg - 30ml | $5.00 | $250.00 |
| 50 | Cubano Silver By VGOD - Salt Nicotine 50mg - 30ml | $5.00 | $250.00 |
| 20 | BELO 6000 Puffs - Variety Pack | $70.00 | $1,400.00 |

Total quantities shipped: **170**

**Customer Note:** need by friday 09/16
thank you

Subtotal: $2,150.00
Total: $2,150.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000264

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 274084 | Sep 20, 2022 | **$12,000.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $1,600.00 |
| 10 | ELF Bar BC5000 10pk - Malysian Mango | $80.00 | $800.00 |
| 20 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $1,600.00 |

Total quantities shipped: **150**

Subtotal: **$12,000.00**
Total: **$12,000.00**

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000265

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 274243 | Sep 21, 2022 | **$928.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Fume Ultra 2500 Puffs 10pk - Black Ice | $67.50 | $270.00 |
| 4 | Fume Ultra 2500 Puffs 10pk - Blue Razz | $67.50 | $270.00 |
| 4 | Fume Ultra 2500 Puffs 10pk - Raspberry Watermelon | $67.50 | $270.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |

Total quantities shipped: **14**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $928.00 |
| Total: | $928.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000266

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 275250 | Sep 30, 2022 | **$2,518.00** | **PAID** |



**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Brazz Ice | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Blue Razz Lemon | $80.00 | $400.00 |
| 3 | ELF Bar BC5000 10pk - Fuji Ice | $80.00 | $240.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Sunset (Strawberry Peach Mango Orange) | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $160.00 |

Total quantities shipped: **32**

**Customer Note:** need by Monday 10/03
thank you

| | |
|---|---|
| Subtotal: | $2,518.00 |
| Total: | $2,518.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.



# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 275372 | Oct 1, 2022 | $790.00 |



**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 64 | Strawberry POM By Naked100 - Salt Nicotine 35mg - 30ml | $6.00 | $384.00 |
| 36 | Tribeca By Halo E-Liquid - 6mg - 60ml | $6.00 | $216.00 |
| 12 | Tribeca By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $6.00 | $72.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |

Total quantities shipped: **114**

**Customer Note:** Add to current order

| | |
|---|---|
| Subtotal: | $790.00 |
| Total: | $790.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000268

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 275578 | Oct 3, 2022 | **$4,738.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 60 | JUUL Pods 8pk - Menthol 3% 4 Pods | $77.00 | $4,620.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |

Total quantities shipped: **62**

**Customer Note:** Need by Tuesday 10/04 thank you

| | |
|---|---|
| Subtotal: | $4,738.00 |
| Total: | $4,738.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000269

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 275609 | Oct 3, 2022 | $2,100.00 | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480  Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon | $32.50 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Blueberry Ice | $32.50 | $162.50 |
| 10 | Air Bar Box 3000 Puffs 5pk - Cool Lemon | $32.50 | $325.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Strawberry Kiwi | $32.50 | $325.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Watermelon Apple Ice | $32.50 | $325.00 |
| 10 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $800.00 |

Total quantities shipped: **50**

**Customer Note:** add to current order

Subtotal: $2,100.00
Total: $2,100.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000270

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 275846 | Oct 5, 2022 | **$1,660.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480  Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 60 | Tribeca By Halo E-Liquid - 3mg - 60ml | $6.00 | $360.00 |
| 60 | Tribeca By Halo E-Liquid - 6mg - 60ml | $6.00 | $360.00 |
| 60 | Tribeca By Halo E-Liquid - 12mg - 60ml | $6.00 | $360.00 |
| 36 | Tribeca By Halo E-Liquid - 18mg - 60ml | $6.00 | $216.00 |
| 36 | Tribeca By Halo E-Liquid - 24mg - 60ml | $6.00 | $216.00 |
| 5 | Tribeca By Halo E-Liquid - Salt Nicotine 20mg - 30ml | $6.00 | $30.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |

Total quantities shipped: **259**

**Customer Note:** Add to current order please

| | |
|---|---|
| Subtotal: | $1,660.00 |
| Total: | $1,660.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000271

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 276028 | Oct 7, 2022 | **$4,918.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |
| 10 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Blue Razz Lemon | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Brazz Ice | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $800.00 |

Total quantities shipped: **62**

**Customer Note:** closed monday and Tuesday please bring Wednesday thank you

Subtotal: $4,918.00
Total: $4,918.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000272

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 276855 | Oct 13, 2022 | **$853.00** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |
| 15 | STIG XL 700 Puffs 10pk - Iced Mango Bomb | $35.00 | $525.00 |
| 4 | Fume Extra 1500 Puffs 10pk - Blue Razz | $52.50 | $210.00 |

Total quantities shipped: **21**

**Customer Note:** need by friday 10/14
thank you

| | |
|---|---|
| Subtotal: | $853.00 |
| Total: | $853.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000273

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 277531 | Oct 20, 2022 | $8,118.00 | PAID |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |
| 5 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $400.00 |

Total quantities shipped: **102**

|  | |
|---|---|
| Subtotal: | $8,118.00 |
| Total: | $8,118.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000274

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 277548 | Oct 20, 2022 | $1,908.00 | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480  Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $53.00 | $530.00 |
| 10 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $53.00 | $530.00 |
| 10 | ALTO Pods 5pk By VUSE - Rich Tobacco 5.0% 2pk | $53.00 | $530.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Raspberry Lemon | $53.00 | $106.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Passion Fruit Mango | $53.00 | $106.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Chew | $53.00 | $106.00 |

Total quantities shipped: **36**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $1,908.00 |
| Total: | $1,908.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000275

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 277682 | Oct 21, 2022 | **$650.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Box 3000 Puffs 5pk - Black Ice | $32.50 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Miami Mint | $32.50 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Mighty Mint | $32.50 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon Bubblegum | $32.50 | $162.50 |

Total quantities shipped: **20**

| | |
|---|---|
| Subtotal: | $650.00 |
| Total: | $650.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000276

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 277734 | Oct 21, 2022 | $3,540.00 | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |
| 36 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $77.00 | $2,772.00 |
| 5 | Air Bar Box 3000 Puffs 5pk - Black Ice | $32.50 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Miami Mint | $32.50 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Mighty Mint | $32.50 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon Bubblegum | $32.50 | $162.50 |

Total quantities shipped: **58**

**Customer Note:** Add to current order

Subtotal: $3,540.00
Total: $3,540.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000277

# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 277896 | Oct 24, 2022 | $16,118.00 |



**PAID**

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $800.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |
| 10 | ELF Bar BC5000 10pk - Blue Razz Lemon | $80.00 | $800.00 |

Total quantities shipped: **202**

**Customer Note:** need by teusday 10/24
thank you

| | |
|---|---|
| Subtotal: | $16,118.00 |
| Total: | $16,118.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000278


# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 277919 | Oct 24, 2022 | **$2,755.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 41 | MYLE Pods 5pk - Blue Leaf Menthol 24mg | $25.00 | $1,025.00 |
| 26 | MYLE Pods 5pk - Gold Leaf Tobacco 24mg | $25.00 | $650.00 |
| 17 | MYLE Devices 5pk - Aqua Teal | $40.00 | $680.00 |
| 10 | MYLE Devices 5pk - Jet Black | $40.00 | $400.00 |

Total quantities shipped: **94**

Customer Note: add to current order

Subtotal: $2,755.00
Total: $2,755.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
RETURNED CHECKS: $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000279



# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 277978 | Oct 24, 2022 | **$16,878.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 180 | JUUL Pods 8pk - Menthol 5% 4 Pods | $77.00 | $13,860.00 |
| 30 | JUUL Pods 8pk - Menthol 3% 4 Pods | $77.00 | $2,310.00 |
| 12 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $708.00 |

Total quantities shipped: **222**

**Customer Note:** add to current order

| | |
|---|---|
| Subtotal: | $16,878.00 |
| Total: | $16,878.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000280

# INVOICE

| Order # | Date | Total Due |
|---|---|---|
| 277979 | Oct 24, 2022 | **$16,501.60** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 180 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $14,040.00 |
| 30 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $2,340.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $60.80 | $121.60 |

Total quantities shipped: **212**

**Customer Note:** add to current order

| | |
|---|---|
| Subtotal: | $16,501.60 |
| Total: | $16,501.60 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000281



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 278180 | Oct 25, 2022 | **$795.00** |



**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Lost Mary OS5000 Puffs - Blue Razz Ice | $85.00 | $170.00 |
| 3 | Lost Mary OS5000 Puffs - Grape | $85.00 | $255.00 |
| 2 | Lost Mary OS5000 Puffs - Strawberry Pina Colada | $85.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Watermelon | $85.00 | $170.00 |
| 5 | Strawberry By Reds Apple - 6mg - 60ml | $6.00 | $30.00 |

Total quantities shipped: **14**

**Customer Note:** Need by Wednesday
10/25 thank you

Subtotal: $795.00
Total: $795.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000282



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 278200 | Oct 26, 2022 | **$1,700.00** |  |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Lost Mary OS5000 Puffs - Cranberry Soda | $85.00 | $340.00 |
| 4 | Lost Mary OS5000 Puffs - Grape | $85.00 | $340.00 |
| 4 | Lost Mary OS5000 Puffs - Kiwi Passion Fruit Guava | $85.00 | $340.00 |
| 4 | Lost Mary OS5000 Puffs - Strawberry Pina Colada | $85.00 | $340.00 |
| 4 | Lost Mary OS5000 Puffs - Strawberry Sundae | $85.00 | $340.00 |

Total quantities shipped: **20**

**Customer Note:** need by Thursday 10/27 thank you

Subtotal: **$1,700.00**
Total: **$1,700.00**

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000283



**INVOICE**

| Order # | Date | Total | |
|---|---|---|---|
| 278202 | Oct 26, 2022 | **$3,200.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | ELF Bar BC5000 10pk - Pineapple Strawnana | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $800.00 |

Total quantities shipped: **40**

Customer Note: add to current order

| | |
|---|---|
| Subtotal: | $3,200.00 |
| Total: | $3,200.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
RETURNED CHECKS: $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000284



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 278322 | Oct 27, 2022 | **$4,800.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | ELF Bar BC5000 10pk - Blue Razz Lemon | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $800.00 |

Total quantities shipped: **60**

**Customer Note:** need by friday 10/28
thank you

Subtotal: $4,800.00
Total: $4,800.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000285

# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 278443 | Oct 28, 2022 | **$6,400.00** | |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | ELF Bar BC5000 10pk - Blue Razz Lemon | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $800.00 |
| 20 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $1,600.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $80.00 | $800.00 |

Total quantities shipped: **80**

**Customer Note:** need by monday 10/31
thank you

| | |
|---|---|
| Subtotal: | $6,400.00 |
| Total: | $6,400.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000286

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 278445 | Oct 28, 2022 | **$1,020.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Lost Mary OS5000 Puffs - Juicy Peach | $85.00 | $340.00 |
| 4 | Lost Mary OS5000 Puffs - Pineapple Mango | $85.00 | $340.00 |
| 4 | Lost Mary OS5000 Puffs - Strawberry Ice | $85.00 | $340.00 |

Total quantities shipped: **12**

Customer Note: add to current order

Subtotal: $1,020.00
Total: $1,020.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000287

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 278589 | Oct 30, 2022 | **$1,152.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 72 | Tribeca By Halo E-Liquid - 3mg - 60ml | $6.00 | $432.00 |
| 120 | Tribeca By Halo E-Liquid - 6mg - 60ml | $6.00 | $720.00 |

Total quantities shipped: **192**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $1,152.00 |
| Total: | $1,152.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000288

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 278781 | Nov 1, 2022 | **$1,178.00** |

**PAID**

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Glamee Charger USB Type C - USB Type C - 25ct | $15.00 | $150.00 |
| 19 | Tribeca By Halo E-Liquid - Salt Nicotine 20mg - 30ml | $6.00 | $114.00 |
| 64 | Strawberry POM By Naked100 - Salt Nicotine 35mg - 30ml | $6.00 | $384.00 |
| 10 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $53.00 | $530.00 |

Total quantities shipped: **103**

**Customer Note:** need by teusday 11/02
thank you

| | |
|---|---|
| Subtotal: | $1,178.00 |
| Total: | $1,178.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000289

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 278788 | Nov 1, 2022 | **$319.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ALTO Device 5pk By VUSE - Slate | $27.00 | $27.00 |
| 1 | ALTO Device 5pk By VUSE - Teal | $27.00 | $27.00 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 2pk | $53.00 | $53.00 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 1.8% 2pk | $53.00 | $53.00 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $53.00 | $53.00 |
| 1 | ALTO Pods 5pk By VUSE - Rich Tobacco 1.8% 2pk | $53.00 | $53.00 |
| 1 | ALTO Pods 5pk By VUSE - Rich Tobacco 5.0% 2pk | $53.00 | $53.00 |

Total quantities shipped: **7**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $319.00 |
| Total: | $319.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000290

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 278946 | Nov 2, 2022 | **$8,800.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 40 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $3,200.00 |
| 10 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Sunset (Strawberry Peach Mango Orange) | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Brazz Ice | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $800.00 |

Total quantities shipped: **110**

**Customer Note:** need by Thursday 11/03
thank you

| | |
|---|---|
| Subtotal: | $8,800.00 |
| Total: | $8,800.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000291

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 279182 | Nov 4, 2022 | **$2,678.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $53.00 | $53.00 |
| 1 | ALTO Pods 5pk By VUSE - Rich Tobacco 5.0% 2pk | $53.00 | $53.00 |
| 2 | ALTO Device 5pk By VUSE - Slate | $27.00 | $54.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $800.00 |

Total quantities shipped: **36**

**Customer Note:** need by monday 11/07
thank you

| | |
|---|---|
| Subtotal: | $2,678.00 |
| Total: | $2,678.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000292

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 279457 | Nov 8, 2022 | **$2,438.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $1,600.00 |
| 9 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $720.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |

Total quantities shipped: **31**

**Customer Note:** need by Wednesday 11/09 thank you

| | |
|---|---|
| Subtotal: | $2,438.00 |
| Total: | $2,438.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000293

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 279539 | Nov 8, 2022 | **$420.00** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 50 | Subzero By Halo E-Liquid - 0mg - 60ml | $6.00 | $300.00 |
| 20 | Tribeca By Halo E-Liquid - 0mg - 60ml | $6.00 | $120.00 |

Total quantities shipped: **70**

**Customer Note:** add to current order

| | |
|---|---|
| Subtotal: | $420.00 |
| Total: | $420.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000294

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 279563 | Nov 8, 2022 | **$5,200.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480  Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 40 | Air Bar Box 3000 Puffs 5pk - Black Ice | $32.50 | $1,300.00 |
| 40 | Air Bar Box 3000 Puffs 5pk - Clear Ice | $32.50 | $1,300.00 |
| 20 | Air Bar Box 3000 Puffs 5pk - Mango Pineapple | $32.50 | $650.00 |
| 20 | Air Bar Box 3000 Puffs 5pk - Pineapple Shake | $32.50 | $650.00 |
| 20 | Air Bar Box 3000 Puffs 5pk - Sakura Apricot Nectar | $32.50 | $650.00 |
| 20 | Air Bar Box 3000 Puffs 5pk - Strawberry Mango | $32.50 | $650.00 |

Total quantities shipped: **160**

**Customer Note:** add to current orders please

| | |
|---|---|
| Subtotal: | $5,200.00 |
| Total: | $5,200.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000295

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 280080 | Nov 13, 2022 | **$613.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |
| 30 | Novo Pods & Coils - Novo 2 - DC 1.4ohm MTL 3pk | $5.50 | $165.00 |
| 30 | Novo Pods & Coils - Novo 2 - Mesh 1.0ohm 3pk | $5.50 | $165.00 |
| 30 | Novo Pods & Coils - Novo 3 - Mesh 0.8ohm 3pk | $5.50 | $165.00 |

Total quantities shipped: **92**

**Customer Note:** need by monday 11/14
thank you

| | |
|---|---|
| Subtotal: | $613.00 |
| Total: | $613.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000296

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 280095 | Nov 13, 2022 | **$66.00** |

**PAID**

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 11 | Tribeca By Halo E-Liquid - 12mg - 60ml | $6.00 | $66.00 |

Total quantities shipped: **11**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $66.00 |
| Total: | $66.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000297



# INVOICE



**PAID**

| Order # | Date | Total |
|---------|------|-------|
| 280465 | Nov 16, 2022 | $3,838.00 |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 20 | Novo Pods & Coils - Novo 4 - LP1 Coil DC 0.8ohm MTL 5pk | $7.50 | $150.00 |
| 20 | Novo Pods & Coils - Novo 4 - LP1 Coil Meshed 1.2ohm 5pk | $7.50 | $150.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |
| 2 | FLUM Pebble 6000 Puff - Aloe Grape | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Apple | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Apple Grapefruit | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Berrymelon Icy | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Blueberry Mint | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Cherry Berry | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Clear | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Luscious Watermelon | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Mango Icy | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Matcha (Japanese Green Tea) | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Menthol | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Passion Grape | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Passion Kiwi | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Peach Orange | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Spearmint | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Strawberry Coconut | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Strawmelon | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - StrawMelon Apple | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Vanilla Ice Cream | $90.00 | $180.00 |

Total quantities shipped: **80**

**Customer Note:** need by thursday 11/17
thank you

| Subtotal: | $3,838.00 |
|-----------|-----------|
| Total: | $3,838.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000298

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 280519 | Nov 16, 2022 | **$1,670.00** |  |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Novo Pods & Coils - Novo 2 - DC 1.4ohm MTL 3pk | $5.50 | $55.00 |
| 10 | Novo Pods & Coils - Novo 2 - Mesh 1.0ohm 3pk | $5.50 | $55.00 |
| 10 | Novo Pods & Coils - Novo 3 - Mesh 0.8ohm 3pk | $5.50 | $55.00 |
| 10 | Novo Pods & Coils - Novo X - Mesh 0.8ohms 3pk | $5.50 | $55.00 |
| 2 | Novo X Kit By Smok - Black Cobra | $17.50 | $35.00 |
| 2 | Novo X Kit By Smok - Blue Cobra | $17.50 | $35.00 |
| 2 | Novo X Kit By Smok - Red Stabilizing Wood | $17.50 | $35.00 |
| 2 | Novo X Kit By Smok - Silver Cobra | $17.50 | $35.00 |
| 2 | Novo X Kit By Smok - White Cobra | $17.50 | $35.00 |
| 3 | Lost Mary OS5000 Puffs - Blue Razz Ice | $85.00 | $255.00 |
| 2 | Lost Mary OS5000 Puffs - Blueberry Ice | $85.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Juicy Peach | $85.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Kiwi Passion Fruit Guava | $85.00 | $170.00 |
| 3 | Lost Mary OS5000 Puffs - Strawberry Ice | $85.00 | $255.00 |
| 3 | Lost Mary OS5000 Puffs - Strawberry Mango | $85.00 | $255.00 |

Total quantities shipped: **65**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $1,670.00 |
| Total: | $1,670.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000299

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 280672 | Nov 17, 2022 | **$2,698.00** | **PAID** |



**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 30 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $86.00 | $2,580.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |

Total quantities shipped: **32**

**Customer Note:** need by friday 11/18
thank you

| | |
|---|---|
| Subtotal: | $2,698.00 |
| Total: | $2,698.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000300

# INVOICE


| Order # | Date | Total |
|---|---|---|
| 280722 | Nov 18, 2022 | $4,319.50 |

**PAID**

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 36 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $86.00 | $3,096.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $86.00 | $516.00 |
| 4 | Air Bar Box 3000 Puffs 5pk - Unflavored 5.0% Nicotine - Limited Edition | $35.00 | $140.00 |
| 3 | NKD100 Max 4500 Puffs 10pk - Artic Air Ice | $72.50 | $217.50 |
| 2 | NKD100 Max 4500 Puffs 10pk - American Patriot | $72.50 | $145.00 |
| 2 | NKD100 Max 4500 Puffs 10pk - Grape Ice | $72.50 | $145.00 |
| 2 | NKD100 Max 4500 Puffs 10pk - Hawaiin POG | $72.50 | $145.00 |

Total quantities shipped: **55**

**Customer Note:** need by monday 11/21
thank you

| | |
|---|---|
| Subtotal: | $4,404.50 |
| B5G1 Discount: | -$85 |
| Total: | $4,319.50 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000301

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 280731 | Nov 18, 2022 | **$1,350.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | Air Bar Box 3000 Puffs 5pk - Jungle Juice | $32.50 | $650.00 |
| 20 | Air Bar Box 3000 Puffs 5pk - Unflavored 5.0% Nicotine - Limited Edition | $35.00 | $700.00 |

Total quantities shipped: **40**

**Customer Note:** add to current order please

Subtotal: $1,350.00
Total: $1,350.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 280842 | Nov 20, 2022 | **$4,668.00** |

**PAID**

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 80 | Air Bar Box 3000 Puffs 5pk - Grape Ice | $32.50 | $2,600.00 |
| 20 | Air Bar Box 3000 Puffs 5pk - Kiwi Shake | $32.50 | $650.00 |
| 40 | Air Bar Box 3000 Puffs 5pk - Watermelon Ice | $32.50 | $1,300.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |

Total quantities shipped: **142**

**Customer Note:** Add to current orders please

| Subtotal: | $4,668.00 |
|---|---|
| Total: | $4,668.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000303

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 281006 | Nov 21, 2022 | **$4,550.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 40 | Air Bar Box 3000 Puffs 5pk - Cool Lemon | $32.50 | $1,300.00 |
| 20 | Air Bar Box 3000 Puffs 5pk - Love Story | $32.50 | $650.00 |
| 40 | Air Bar Box 3000 Puffs 5pk - Strawberry Candy | $32.50 | $1,300.00 |
| 40 | Air Bar Box 3000 Puffs 5pk - Super Mint | $32.50 | $1,300.00 |

Total quantities shipped: **140**

**Customer Note:** RPM 5 KIT BY SMOK

| | |
|---|---|
| Subtotal: | $4,550.00 |
| Total: | $4,550.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000304

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 281017 | Nov 21, 2022 | $2,595.00 | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | RPM 5 Kit By Smok - Beige White Leather | $24.00 | $120.00 |
| 5 | RPM 5 Kit By Smok - Black | $24.00 | $120.00 |
| 5 | RPM 5 Kit By Smok - Black Leather | $24.00 | $120.00 |
| 5 | RPM 5 Kit By Smok - Brown Leather | $24.00 | $120.00 |
| 5 | RPM 5 Kit By Smok - Grey Leather | $24.00 | $120.00 |
| 5 | RPM 5 Kit By Smok - Matte Gun Metal | $24.00 | $120.00 |
| 5 | RPM 5 Kit By Smok - Prism Rainbow | $24.00 | $120.00 |
| 5 | RPM 5 Kit By Smok - White | $24.00 | $120.00 |
| 20 | RPM Coils & Pods - RPM 3 - Mesh 0.23 5pk | $9.00 | $180.00 |
| 20 | RPM Coils & Pods - RPM 3 - Mesh 0.15 5pk | $9.00 | $180.00 |
| 5 | Nord 5 Kit By Smok - 7-Color Dart | $20.00 | $100.00 |
| 5 | Nord 5 Kit By Smok - Beige White | $20.00 | $100.00 |
| 5 | Nord 5 Kit By Smok - Black | $20.00 | $100.00 |
| 5 | Nord 5 Kit By Smok - Black Dart | $20.00 | $100.00 |
| 5 | Nord 5 Kit By Smok - Blue Grey Dart | $20.00 | $100.00 |
| 5 | Nord 5 Kit By Smok - Blue Pink Dart | $20.00 | $100.00 |
| 5 | Nord 5 Kit By Smok - Brown | $20.00 | $100.00 |
| 5 | Nord 5 Kit By Smok - Fluid Black Grey | $20.00 | $100.00 |
| 5 | Nord 5 Kit By Smok - Green Blue Dart | $20.00 | $100.00 |
| 5 | Nord 5 Kit By Smok - Grey | $20.00 | $100.00 |
| 5 | Nord 5 Kit By Smok - Red Grey Dart | $20.00 | $100.00 |
| 5 | Nord 5 Kit By Smok - White Dart | $20.00 | $100.00 |
| 20 | Nord Coils & Pods - Nord 5 - Empty Pod 3pk | $3.75 | $75.00 |

Total quantities shipped: **160**

**Customer Note:** please update price, didn't ask, thank you

Subtotal: $2,595.00
Total: $2,595.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000305

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 281138 | Nov 22, 2022 | **$2,698.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 30 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $86.00 | $2,580.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |

Total quantities shipped: **32**

**Customer Note:** add to current order please

| | |
|---|---|
| Subtotal: | $2,698.00 |
| Total: | $2,698.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000306

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 281228 | Nov 23, 2022 | **$4,392.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 120 | Subzero By Halo E-Liquid - 0mg - 60ml | $6.00 | $720.00 |
| 72 | Subzero By Halo E-Liquid - 3mg - 60ml | $6.00 | $432.00 |
| 72 | Subzero By Halo E-Liquid - 6mg - 60ml | $6.00 | $432.00 |
| 72 | Subzero By Halo E-Liquid - 12mg - 60ml | $6.00 | $432.00 |
| 60 | Tribeca By Halo E-Liquid - 0mg - 60ml | $6.00 | $360.00 |
| 72 | Tribeca By Halo E-Liquid - 3mg - 60ml | $6.00 | $432.00 |
| 72 | Tribeca By Halo E-Liquid - 6mg - 60ml | $6.00 | $432.00 |
| 72 | Tribeca By Halo E-Liquid - 12mg - 60ml | $6.00 | $432.00 |
| 60 | Tribeca By Halo E-Liquid - 18mg - 60ml | $6.00 | $360.00 |
| 60 | Tribeca By Halo E-Liquid - 24mg - 60ml | $6.00 | $360.00 |

Total quantities shipped: **732**

**Customer Note:** Need for monday 11/28
thank you

Subtotal: $4,392.00
Total: $4,392.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000307


# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 281517 | Nov 27, 2022 | **$666.00** |  PAID |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 15 | American Patriots By Naked100 - Salt Nicotine 35mg - 30ml | $6.00 | $90.00 |
| 8 | Crisp Menthol By Naked100 - 0mg - 60ml | $6.00 | $48.00 |
| 8 | Crisp Menthol By Naked100 - 3mg - 60ml | $6.00 | $48.00 |
| 8 | Crisp Menthol By Naked100 - 6mg - 60ml | $6.00 | $48.00 |
| 10 | Mint By Naked100 - Salt Nicotine 35mg - 30ml | $6.00 | $60.00 |
| 10 | Mint By Naked100 - Salt Nicotine 50mg - 30ml | $6.00 | $60.00 |
| 10 | Watermelon Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | $6.00 | $60.00 |
| 10 | Watermelon Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | $6.00 | $60.00 |
| 32 | Strawberry POM By Naked100 - Salt Nicotine 50mg - 30ml | $6.00 | $192.00 |

Total quantities shipped: **111**

**Customer Note:** ADD to current order please

| | |
|---|---|
| Subtotal: | $666.00 |
| Total: | $666.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000308

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 281630 | Nov 28, 2022 | **$1,870.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 120 | Tribeca By Halo E-Liquid - 3mg - 60ml | $6.00 | $720.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $118.00 |
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $86.00 | $516.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $86.00 | $516.00 |

Total quantities shipped: **134**

**Customer Note:** need by Tuesday 11/29
thank you

| | |
|---|---|
| Subtotal: | $1,870.00 |
| Total: | $1,870.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000309

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 281631 | Nov 28, 2022 | **$5,160.00** |

**PAID**

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 30 | JUUL Pods 8pk - Menthol 3% 4 Pods | $86.00 | $2,580.00 |
| 30 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $86.00 | $2,580.00 |

Total quantities shipped: **60**

Customer Note: add to current order

| | |
|---|---|
| Subtotal: | $5,160.00 |
| Total: | $5,160.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000310

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 281730 | Nov 29, 2022 | **$18,115.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 8 | Air Bar Box 3000 Puffs 5pk - Apple Raspberry | $32.50 | $260.00 |
| 40 | Air Bar Box 3000 Puffs 5pk - Blueberry Ice | $32.50 | $1,300.00 |
| 40 | Air Bar Box 3000 Puffs 5pk - Cool Mint | $32.50 | $1,300.00 |
| 14 | Air Bar Box 3000 Puffs 5pk - Cranberry Grape | $32.50 | $455.00 |
| 16 | Air Bar Box 3000 Puffs 5pk - Energy Drinks | $32.50 | $520.00 |
| 20 | Air Bar Box 3000 Puffs 5pk - Love Story | $32.50 | $650.00 |
| 12 | Air Bar Box 3000 Puffs 5pk - Mango Pineapple | $32.50 | $390.00 |
| 8 | Air Bar Box 3000 Puffs 5pk - Pineapple Shake | $32.50 | $260.00 |
| 8 | Air Bar Box 3000 Puffs 5pk - Strawberry Grapefruit | $32.50 | $260.00 |
| 80 | Air Bar Box 3000 Puffs 5pk - Strawberry Kiwi | $32.50 | $2,600.00 |
| 6 | Air Bar Box 3000 Puffs 5pk - Strawberry Mango | $32.50 | $195.00 |
| 80 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon | $32.50 | $2,600.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Vitamin Water | $32.50 | $325.00 |
| 40 | Air Bar Box 3000 Puffs 5pk - Watermelon Apple Ice | $32.50 | $1,300.00 |
| 40 | Air Bar Box 3000 Puffs 5pk - Watermelon Ice | $32.50 | $1,300.00 |
| 5 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $400.00 |
| 20 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $1,600.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Brazz Ice | $80.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $80.00 | $800.00 |

Total quantities shipped: **477**

**Customer Note:** need by Wednesday 11/30 thank you

Subtotal: **$18,115.00**
Total: **$18,115.00**

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000311

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 282155 | Dec 4, 2022 | $290.00 |

 PAID

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 15 | Jewel Mint By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) | $6.00 | $90.00 |
| 15 | Jewel Mint By Pod Juice 55 - Salt Nicotine 55mg - 30ml (TFN) | $6.00 | $90.00 |
| 1 | Juice Head Nicotine Pouches Display Case + 50pk Kit | $110.00 | $110.00 |

Total quantities shipped: **31**

| | |
|---|---|
| Subtotal: | $290.00 |
| Total: | $290.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000312



# INVOICE

| Order # | Document Date | Total | PAID |
|---------|---------------|-------|------|
| 282345 | Dec 6, 2022 | $3,645.00 | |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 10 | OG Blue By Keep It 100 - 0mg - 100ml | $6.50 | $65.00 |
| 10 | OG Blue By Keep It 100 - 3mg - 100ml (TFN) | $6.50 | $65.00 |
| 10 | OG Blue By Keep It 100 - 6mg - 100ml (TFN) | $6.50 | $65.00 |
| 10 | Berry AU Lait By Keep It 100 - 0mg - 100ml | $6.50 | $65.00 |
| 2 | Berry AU Lait By Keep It 100 - 3mg - 100ml (TFN) | $6.50 | $13.00 |
| 10 | Berry AU Lait By Keep It 100 - 6mg - 100ml (TFN) | $6.50 | $65.00 |
| 10 | OG Summer Blue By Keep It 100 - 3mg - 100ml (TFN) | $6.50 | $65.00 |
| 10 | OG Summer Blue By Keep It 100 - 6mg - 100ml (TFN) | $6.50 | $65.00 |
| 10 | OG Tropical Blue By Keep It 100 - 0mg - 100ml | $6.50 | $65.00 |
| 10 | OG Tropical Blue By Keep It 100 - 3mg - 100ml (TFN) | $6.50 | $65.00 |
| 10 | OG Tropical Blue By Keep It 100 - 6mg - 100ml (TFN) | $6.50 | $65.00 |
| 10 | OG Blue Iced By Keep It 100 - 0mg - 100ml | $6.50 | $65.00 |
| 10 | OG Blue Iced By Keep It 100 - 3mg - 100ml (TFN) | $6.50 | $65.00 |
| 10 | OG Blue Iced By Keep It 100 - 6mg - 100ml (TFN) | $6.50 | $65.00 |
| 10 | Maui Blast By Keep It 100 - 0mg - 100ml | $6.50 | $65.00 |
| 10 | Maui Blast By Keep It 100 - 3mg - 100ml (TFN) | $6.50 | $65.00 |
| 10 | Maui Blast By Keep It 100 - 6mg - 100ml (TFN) | $6.50 | $65.00 |
| 72 | Tribeca By Halo E-Liquid - 3mg - 60ml | $6.00 | $432.00 |
| 72 | Tribeca By Halo E-Liquid - 6mg - 60ml | $6.00 | $432.00 |
| 72 | Tribeca By Halo E-Liquid - 12mg - 60ml | $6.00 | $432.00 |
| 72 | Subzero By Halo E-Liquid - 3mg - 60ml | $6.00 | $432.00 |
| 72 | Subzero By Halo E-Liquid - 6mg - 60ml | $6.00 | $432.00 |
| 72 | Subzero By Halo E-Liquid - 12mg - 60ml | $6.00 | $432.00 |

Total quantities shipped: **594**

**Customer Note:** need by Wednesday 12/07 thank you

Subtotal: $3,645.00
Total: $3,645.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000313

# INVOICE

| Order # | Date | Total | |
|---------|------|-------|--|
| 282358 | Dec 6, 2022 | **$2,640.00** | PAID |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 20 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $1,600.00 |
| 5 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $400.00 |
| 3 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $240.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $400.00 |

Total quantities shipped: **33**

|  |  |
|--|--|
| Subtotal: | $2,640.00 |
| Total: | $2,640.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 282472 | Dec 7, 2022 | **$3,320.00** |

**PAID**

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | VGOD POD 4KR 10pk - Crisp Apple | $65.00 | $260.00 |
| 4 | VGOD POD 4KR 10pk - Cubano | $65.00 | $260.00 |
| 4 | VGOD POD 4KR 10pk - Dry Tobacco | $65.00 | $260.00 |
| 4 | VGOD POD 4KR 10pk - Iced Apple Bomb | $65.00 | $260.00 |
| 4 | VGOD POD 4KR 10pk - Iced Berry Bomb | $65.00 | $260.00 |
| 4 | VGOD POD 4KR 10pk - Iced Mango Bomb | $65.00 | $260.00 |
| 4 | VGOD POD 4KR 10pk - Iced Purple Bomb | $65.00 | $260.00 |
| 4 | VGOD POD 4KR 10pk - Lush Ice | $65.00 | $260.00 |
| 4 | VGOD POD 4KR 10pk - Mighty Mint | $65.00 | $260.00 |
| 4 | VGOD POD 4KR 10pk - Tropical Mango | $65.00 | $260.00 |
| 2 | FLUM Pebble 6000 Puff - Artic Icy | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Cool Mint | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Melo Ice Cream | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - White Gummy | $90.00 | $180.00 |

Total quantities shipped: **48**

**Customer Note:** need by thursday 12/08 thank you

Subtotal: $3,320.00
Total: $3,320.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000315



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 282595 | Dec 8, 2022 | **$1,368.08** |



**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Killer Kustard By Vapetasia - 0mg - 100ml | $7.00 | $70.00 |
| 20 | Killer Kustard By Vapetasia - 3mg - 100ml | $7.00 | $140.00 |
| 20 | Killer Kustard By Vapetasia - 6mg - 100ml | $7.00 | $140.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $84.84 | $509.04 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $84.84 | $509.04 |

Total quantities shipped: **62**

**Customer Note:** need by friday 12/09
thank you

Subtotal: $1,368.08
Total: $1,368.08

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000316

# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 282807 | Dec 11, 2022 | $700.00 | |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | STIG XL 700 Puffs 10pk - Iced Mango Bomb | $35.00 | $350.00 |
| 10 | STIG XL 700 Puffs 10pk - Lush Ice | $35.00 | $350.00 |

Total quantities shipped: **20**

**Customer Note:** need by monday 12/11
thank you

| | |
|---|---|
| Subtotal: | $700.00 |
| Total: | $700.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000317




# INVOICE

| Order # | Date | Total |
|---|---|---|
| 282866 | Dec 12, 2022 | $14,720.00 |

**PAID**

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 7 | ELF Bar BC5000 10pk - Blue Razz Lemon | $80.00 | $560.00 |
| 7 | ELF Bar BC5000 10pk - Grape Energy | $80.00 | $560.00 |
| 23 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $1,840.00 |
| 9 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $720.00 |
| 20 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $1,600.00 |
| 7 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $560.00 |
| 8 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $640.00 |
| 14 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $1,120.00 |
| 10 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $400.00 |
| 20 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $1,600.00 |
| 15 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $1,200.00 |
| 6 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $480.00 |
| 16 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $1,280.00 |
| 12 | ELF Bar BC5000 10pk - Watermelon Brazz Ice | $80.00 | $960.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $80.00 | $400.00 |

Total quantities shipped: **184**

**Customer Note:** need by teusday 12/13 thank you

| | |
|---|---|
| Subtotal: | $14,720.00 |
| Total: | $14,720.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000318

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 282891 | Dec 12, 2022 | **$5,525.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | Air Bar Box 3000 Puffs 5pk - Apple Raspberry | $32.50 | $390.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Blueberry Ice | $32.50 | $325.00 |
| 40 | Air Bar Box 3000 Puffs 5pk - Cool Mint | $32.50 | $1,300.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Cranberry Grape | $32.50 | $325.00 |
| 6 | Air Bar Box 3000 Puffs 5pk - Energy Drinks | $32.50 | $195.00 |
| 8 | Air Bar Box 3000 Puffs 5pk - Jungle Juice | $32.50 | $260.00 |
| 4 | Air Bar Box 3000 Puffs 5pk - Mango Pineapple | $32.50 | $130.00 |
| 12 | Air Bar Box 3000 Puffs 5pk - Pineapple Shake | $32.50 | $390.00 |
| 14 | Air Bar Box 3000 Puffs 5pk - Sakura Apricot Nectar | $32.50 | $455.00 |
| 8 | Air Bar Box 3000 Puffs 5pk - Strawberry Mango | $32.50 | $260.00 |
| 8 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon | $32.50 | $260.00 |
| 18 | Air Bar Box 3000 Puffs 5pk - Watermelon Apple Ice | $32.50 | $585.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Watermelon Candy | $32.50 | $325.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Watermelon Ice | $32.50 | $325.00 |

Total quantities shipped: **170**

**Customer Note:** add to order

Subtotal: $5,525.00
Total: $5,525.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000319

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 283053 | Dec 13, 2022 | $1,186.00 | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $53.00 | $530.00 |
| 10 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $53.00 | $530.00 |
| 7 | Lava Flow By Naked100 - 0mg - 60ml | $6.00 | $42.00 |
| 7 | Lava Flow By Naked100 - 3mg - 60ml | $6.00 | $42.00 |
| 7 | Lava Flow By Naked100 - 6mg - 60ml | $6.00 | $42.00 |

Total quantities shipped: **41**

| | |
|---|---|
| Subtotal: | $1,186.00 |
| Total: | $1,186.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000320

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 283225 | Dec 14, 2022 | **$3,920.00** |  |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480    Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $800.00 |
| 9 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $720.00 |
| 10 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Grape Energy | $80.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $800.00 |

Total quantities shipped: **49**

Subtotal: $3,920.00
Total: $3,920.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000321

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 283365 | Dec 16, 2022 | $1,572.00 |

**PAID**

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ALTO Pods 5pk By VUSE - Menthol 2.4% 2pk | $53.00 | $106.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $53.00 | $106.00 |
| 3 | Lost Mary OS5000 Puffs - Kiwi Passion Fruit Guava | $85.00 | $255.00 |
| 3 | Lost Mary OS5000 Puffs - Pineapple Mango | $85.00 | $255.00 |
| 3 | Lost Mary OS5000 Puffs - Strawberry Ice | $85.00 | $255.00 |
| 3 | Lost Mary OS5000 Puffs - Strawberry Mango | $85.00 | $255.00 |
| 2 | Lost Mary OS5000 Puffs - Strawberry Pina Colada | $85.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Strawberry Sundae | $85.00 | $170.00 |

Total quantities shipped: **20**

**Customer Note:** need by monday 12/19 thank you

Subtotal: $1,572.00
Total: $1,572.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000322

# INVOICE

 

| Order # | Date | Total | |
|---|---|---|---|
| 283538 | Dec 18, 2022 | **$3,672.00** | **PAID** |

**SHIP TO:**
Alan Pisakhov
APVAPESHOP INC
1941 Coney Island Avenue
BROOKLYN, NY 11223
**Phone:** (929) 435-7234 | (929) 435-7234

**BILL TO:**
Alan Pisakhov
APVAPESHOP INC
1229 Ave U
Brooklyn, NY 11229

**Terms:** Cash, Check or CC
**Customer ID:** 2480   Master Distributor
**Email:** apvapeshop@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 120 | Tribeca By Halo E-Liquid - 6mg - 60ml | $6.00 | $720.00 |
| 96 | Tribeca By Halo E-Liquid - 12mg - 60ml | $6.00 | $576.00 |
| 84 | Tribeca By Halo E-Liquid - 18mg - 60ml | $6.00 | $504.00 |
| 84 | Subzero By Halo E-Liquid - 3mg - 60ml | $6.00 | $504.00 |
| 84 | Subzero By Halo E-Liquid - 6mg - 60ml | $6.00 | $504.00 |
| 84 | Subzero By Halo E-Liquid - 18mg - 60ml | $6.00 | $504.00 |
| 2 | FLUM Pebble 6000 Puff - Blue Energy | $90.00 | $180.00 |
| 2 | FLUM Pebble 6000 Puff - Straw Mango | $90.00 | $180.00 |

Total quantities shipped: **556**

| | |
|---|---|
| Subtotal: | $3,672.00 |
| Total: | $3,672.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00000323