# Proshansky Exhibit E - Invoices –

# Big Time Distribution

# INVOICE

PAID

| | Order # | Date | Total |
|---|---|---|---|
| | 280253 | Nov 14, 2022 | **$26,400.00** |

**SHIP TO:**
Maneef Maneef
Big Time Distributors
1756 Bronxdale Avenue
Bronx, NY 10462
**Phone:** (347) 224-7850 | (347) 224-7850

**BILL TO:**
Vape Plus
Vape Plus (G&A Distribution)
2578 Atlantic Avenue
Brooklyn, NY 11027

**Terms:** Cash, Check or CC
**Customer ID:** 142  Master Distributor
**Email:** Gadistributionny@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 100 | Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Blue Raspberry Lemonade By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Strawberry Kiwi By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Strawberry Kiwi By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Iced Winter Green By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Iced Winter Green By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Georgia Peach By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Georgia Peach By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Fruit Punch By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Fruit Punch By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Red Mango By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Red Mango By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Pink Lemonade By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Pink Lemonade By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Juicy Watermelon By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Juicy Watermelon By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Juicy Roll-Ups By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Juicy Roll-Ups By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Iced Banana By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Iced Banana By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Iced Green Apple By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Iced Green Apple By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Strawberry Milkshake By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Strawberry Milkshake By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Watermelon Kiwi By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Watermelon Kiwi By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Sweet Caramel Tobacco By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Sweet Caramel Tobacco By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Iced Juicy Watermelon By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Iced Juicy Watermelon By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Green Apple By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Green Apple By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Strawberry Acai By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Strawberry Acai By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Grape Kiwi By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Grape Kiwi By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Iced Red Mango By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Iced Red Mango By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Whiskey Tobacco By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Whiskey Tobacco By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Virginia Tobacco By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Virginia Tobacco By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Iced Honey Dew By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Iced Honey Dew By Salt Bae 30ml - 50mg | $5.50 | $550.00 |
| 100 | Fresh Pineapple By Salt Bae 30ml - 25mg | $5.50 | $550.00 |
| 100 | Fresh Pineapple By Salt Bae 30ml - 50mg | $5.50 | $550.00 |

Total quantities shipped: **4800**

| | |
|---|---|
| Subtotal: | $26,400.00 |
| Total: | $26,400.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

RZSMOKE00001307

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment,**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001308

# INVOICE

| Order # | Date | Total | |
|---------|------|-------|---|
| 290641 | Mar 6, 2023 | **$75,600.00** | **PAID** |

**SHIP TO:**
Maneef Maneef
Big Time Distributors
1756 Bronxdale Avenue
Bronx, NY 10462
**Phone:** (347) 224-7850 | (347) 224-7850

**BILL TO:**
Vape Plus
Vape Plus (G&A Distribution)
2578 Atlantic Avenue
Brooklyn, NY 11027

**Terms:** Cash, Check or CC
**Customer ID:** 142   Master Distributor
**Email:** Gadistributionny@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 600 | JUUL Pods 8pk - Menthol 5% 4 Pods | $84.00 | $50,400.00 |
| 300 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $84.00 | $25,200.00 |

Total quantities shipped: **900**

| | |
|---|---|
| Subtotal: | $75,600.00 |
| Total: | $75,600.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001309

# INVOICE

| | Order # | Date | Total | PAID |
|---|---|---|---|---|
| | 290684 | Mar 7, 2023 | **$75,600.00** | |





**SHIP TO:**
Maneef Maneef
Big Time Distributors
1756 Bronxdale Avenue
Bronx, NY 10462
**Phone:** (347) 224-7850 | (347) 224-7850

**BILL TO:**
Vape Plus
Vape Plus (G&A Distribution)
2578 Atlantic Avenue
Brooklyn, NY 11027

**Terms:** Cash, Check or CC
**Customer ID:** 142   Master Distributor
**Email:** Gadistributionny@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 600 | JUUL Pods 8pk - Menthol 5% 4 Pods | $84.00 | $50,400.00 |
| 300 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $84.00 | $25,200.00 |

Total quantities shipped: **900**

|  |  |
|---|---|
| Subtotal: | $75,600.00 |
| Total: | $75,600.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001310

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 332919 | Jan 9, 2024 | **$37,200.00** | **PAID**  |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Paid with Credit Card
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 120 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $4,650.00 |
| 40 | RAZ TN9000 5pk - Blueberry Watermelon | $38.75 | $0.00 | $1,550.00 |
| 40 | RAZ TN9000 5pk - Cactus Jack | $38.75 | $0.00 | $1,550.00 |
| 40 | RAZ TN9000 5pk - Citronnade | $38.75 | $0.00 | $1,550.00 |
| 80 | RAZ TN9000 5pk - Dragon Fruit Lemonade | $38.75 | $0.00 | $3,100.00 |
| 120 | RAZ TN9000 5pk - Grape Ice | $38.75 | $0.00 | $4,650.00 |
| 40 | RAZ TN9000 5pk - Mango Colada | $38.75 | $0.00 | $1,550.00 |
| 120 | RAZ TN9000 5pk - Miami Mint | $38.75 | $0.00 | $4,650.00 |
| 40 | RAZ TN9000 5pk - Night Crawler | $38.75 | $0.00 | $1,550.00 |
| 40 | RAZ TN9000 5pk - Polar Ice | $38.75 | $0.00 | $1,550.00 |
| 40 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $1,550.00 |
| 80 | RAZ TN9000 5pk - Triple Berry Ice | $38.75 | $0.00 | $3,100.00 |
| 40 | RAZ TN9000 5pk - Violet (Grape Strawberry) | $38.75 | $0.00 | $1,550.00 |
| 120 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $4,650.00 |

Total quantities shipped: **960**

**Subtotal:** $37,200.00
**Total:** $37,200.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001311

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 334112 | Jan 23, 2024 | **$44,100.00** | **PAID**  |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 24 | Breeze Pro 2000 Puffs 10pk - Banana Mint | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Blueberry Banana | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Blue Raspberry | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Blueberry Mint | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Blueberry Watermelon | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Cherry Cola | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Citrus | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Cherry Lemon | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Grape | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Lemon Mint | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Menthol | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Mint | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Orange Mango Watermelon | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Pineapple Coconut | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Pomegranate Berry Mint | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Raspberry Lemon | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Strawberry Kiwi | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Strawberry Peach Mint | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Spearmint | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Vanilla Tobacco | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Watermelon Mint | $87.50 | $0.00 | $2,100.00 |

Total quantities shipped: **504**

| | |
|---|---|
| **Subtotal:** | $44,100.00 |
| **Total:** | $44,100.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001312

# INVOICE



| Order # | Date | Total | PAID |
|---------|------|-------|------|
| 334229 | Jan 24, 2024 | **$17,500.00** | |



**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 1 | Chubby Gorilla Jars - White 4oz | $17,000.00 | $0.00 | $17,000.00 |

Total quantities shipped: **1**

| | |
|---|---|
| Subtotal: | $17,000.00 |
| Shipping Fee: | $500.00 |
| Total: | $17,500.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001313

# INVOICE



**PAID**

| | Order # | Date | Total |
|---|---|---|---|
| | 337665 | Mar 4, 2024 | **$36,350.00** |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 40 | RAZ TN9000 5pk - Blueberry Watermelon | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Cactus Jack | $37.50 | $0.00 | $1,500.00 |
| 80 | RAZ TN9000 5pk - Clear | $37.50 | $0.00 | $3,000.00 |
| 80 | RAZ TN9000 5pk - Miami Mint | $37.50 | $0.00 | $3,000.00 |
| 40 | RAZ TN9000 5pk - Peach Grapefruit | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Strawberry Ice | $37.50 | $0.00 | $1,500.00 |
| 80 | RAZ TN9000 5pk - Watermelon Ice | $37.50 | $0.00 | $3,000.00 |
| 40 | RAZ TN9000 5pk - White Gummy Watermelon | $37.50 | $0.00 | $1,500.00 |
| 80 | Geek Bar Pulse 15000 Puffs 5pk - Blue Mint | $36.25 | $0.00 | $2,900.00 |
| 40 | Geek Bar Pulse 15000 Puffs 5pk - Dragon Melon | $36.25 | $0.00 | $1,450.00 |
| 40 | Geek Bar Pulse 15000 Puffs 5pk - Grape Blow Pop | $36.25 | $0.00 | $1,450.00 |
| 40 | Geek Bar Pulse 15000 Puffs 5pk - Sour Apple Ice | $36.25 | $0.00 | $1,450.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Cherry Cola | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Lemon Mint | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Pineapple Coconut | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Pomegranate Berry Mint | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Strawberry Peach Mint | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Watermelon Mint | $87.50 | $0.00 | $2,100.00 |

Total quantities shipped: **784**

|  | |
|---|---|
| **Subtotal:** | $36,350.00 |
| **Total:** | $36,350.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001314

# INVOICE

 PAID

| Order # | Date | Total |
|---|---|---|
| 337734 | Mar 5, 2024 | **$2,100.00** |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 24 | Breeze Pro 2000 Puffs 10pk - Blueberry Mint | $87.50 | $0.00 | $2,100.00 |

Total quantities shipped: **24**

|  |  |
|---|---|
| Subtotal: | $2,100.00 |
| Total: | $2,100.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001315

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 338766 | Mar 14, 2024 | **$16,000.00** |  **PAID** |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379    Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 40 | VIHO Supercharge 20,000 Puffs 5pk - Blueberry Ice | $40.00 | $0.00 | $1,600.00 |
| 40 | VIHO Supercharge 20,000 Puffs 5pk - Blueberry Raspberry Ice | $40.00 | $0.00 | $1,600.00 |
| 40 | VIHO Supercharge 20,000 Puffs 5pk - Cool Mint | $40.00 | $0.00 | $1,600.00 |
| 40 | VIHO Supercharge 20,000 Puffs 5pk - Pineapple Apple Pear | $40.00 | $0.00 | $1,600.00 |
| 40 | VIHO Supercharge 20,000 Puffs 5pk - Raspberry Orange | $40.00 | $0.00 | $1,600.00 |
| 40 | VIHO Supercharge 20,000 Puffs 5pk - Sour Apple Ice | $40.00 | $0.00 | $1,600.00 |
| 40 | VIHO Supercharge 20,000 Puffs 5pk - Strawberry Banana | $40.00 | $0.00 | $1,600.00 |
| 40 | VIHO Supercharge 20,000 Puffs 5pk - Strawberry Mango | $40.00 | $0.00 | $1,600.00 |
| 40 | VIHO Supercharge 20,000 Puffs 5pk - Strawberry Shortcake | $40.00 | $0.00 | $1,600.00 |
| 40 | VIHO Supercharge 20,000 Puffs 5pk - Watermelon Ice | $40.00 | $0.00 | $1,600.00 |

Total quantities shipped: **400**

Subtotal: $16,000.00
Total: $16,000.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001316

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 338943 | Mar 15, 2024 | **$7,750.00** | **PAID**  |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Air Bar Diamond Box 20000 Puffs 10pk - Alaskan Mint | $77.50 | $0.00 | $1,550.00 |
| 20 | Air Bar Diamond Box 20000 Puffs 10pk - Blueberry Watermelon | $77.50 | $0.00 | $1,550.00 |
| 20 | Air Bar Diamond Box 20000 Puffs 10pk - Grape Freeze | $77.50 | $0.00 | $1,550.00 |
| 20 | Air Bar Diamond Box 20000 Puffs 10pk - Kiwi Dragon Berry | $77.50 | $0.00 | $1,550.00 |
| 20 | Air Bar Diamond Box 20000 Puffs 10pk - Peach Ice | $77.50 | $0.00 | $1,550.00 |

Total quantities shipped: **100**

Subtotal: $7,750.00
Total: $7,750.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001317

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 341444 | Apr 9, 2024 | **$121,700.00** | **PAID** |



**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 40 | RAZ TN9000 5pk - Blue Raz Ice | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Night Crawler | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Ruby (Cherry Strawberry Raspberry) | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Strawberry Ice | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Triple Berry Ice | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Watermelon Ice | $37.50 | $0.00 | $1,500.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - 6IXTY9INE | $40.00 | $0.00 | $3,200.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Blueberry Ice | $40.00 | $0.00 | $3,200.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Blueberry Raspberry Ice | $40.00 | $0.00 | $3,200.00 |
| 300 | VIHO Supercharge 20,000 Puffs 5pk - Cool Mint | $40.00 | $0.00 | $12,000.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Crisp Apple Berry | $40.00 | $0.00 | $3,200.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Grape Ice | $40.00 | $0.00 | $3,200.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Icy Mint | $40.00 | $0.00 | $3,200.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Lemon Pie | $40.00 | $0.00 | $3,200.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Magic Mango | $40.00 | $0.00 | $3,200.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Pineapple Apple Pear | $40.00 | $0.00 | $3,200.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Rainbow Candy | $40.00 | $0.00 | $3,200.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Raspberry Orange | $40.00 | $0.00 | $3,200.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Sour Apple Ice | $40.00 | $0.00 | $3,200.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Strawberry Banana | $40.00 | $0.00 | $3,200.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Strawberry Mango | $40.00 | $0.00 | $3,200.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Strawberry Shortcake | $40.00 | $0.00 | $3,200.00 |
| 80 | VIHO Supercharge 20,000 Puffs 5pk - Watermelon Ice | $40.00 | $0.00 | $3,200.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Banana Icy | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Blue Razz Lemonade | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Blue POM Orange | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Blue Power | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Blue Razz Icy | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Cherry Berry | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Cherry Cola | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Cherry Lemon | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Coconut Pineapple | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Dragon Fruit Berries | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Dragon Fruit Watermelon | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Glacier O'REAL (Oreo) | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Glazed Donut | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Grape Bubble Gum | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Mango Icy | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Mango Peach Watermelon | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Mighty Mint | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Passion Fruit Icy | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Peach Icy | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Peach Lemon | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Popping Candy | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Rainbow Pop | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Raspberry Watermelon | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Sex On The Beach | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Sour Apple Icy | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Sour Raspberry Bubble Gum | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Strawberry Ice | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Strawberry Banana | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Strawberry Kiwi | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Triple Berries | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Tropical Melon | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Watermelon Bubble Gum | $37.50 | $0.00 | $1,500.00 |
| 40 | VIHO Turbo 10000 Puff 5pk - Watermelon Berries | $37.50 | $0.00 | $1,500.00 |

RZSMOKE00001318

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|

Total quantities shipped: 3140

|  |  |
|--|--|
| Subtotal: | $121,700.00 |
| Total: | $121,700.00 |

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001319

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 346649 | May 25, 2024 | **$6,000.00** | **PAID** |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 40 | RAZ TN9000 5pk - Black Cherry Peach | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Strawberry Ice | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Tropical Storm | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Watermelon Ice | $37.50 | $0.00 | $1,500.00 |

Total quantities shipped: **160**

Liftgate Required for Pallet Shipping

| | |
|---|---|
| Subtotal: | $6,000.00 |
| Total: | $6,000.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001320

# INVOICE

**PAID**

| Order # | Date | Total |
|---|---|---|
| 350199 | Jul 2, 2024 | **$40,512.50** |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 80 | RAZ TN9000 5pk - Blue Raz Ice | $37.50 | $0.00 | $3,000.00 |
| 80 | RAZ TN9000 5pk - Blueberry Watermelon | $37.50 | $0.00 | $3,000.00 |
| 40 | RAZ TN9000 5pk - Cherry Lemon | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Mango Colada | $37.50 | $0.00 | $1,500.00 |
| 120 | RAZ TN9000 5pk - Miami Mint | $37.50 | $0.00 | $4,500.00 |
| 80 | RAZ TN9000 5pk - Strawberry Ice | $37.50 | $0.00 | $3,000.00 |
| 40 | RAZ TN9000 5pk - Strawberry Shortcake | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Triple Berry Ice | $37.50 | $0.00 | $1,500.00 |
| 10 | RAZ TN9000 5pk - Tropical Storm | $37.50 | $0.00 | $375.00 |
| 80 | RAZ TN9000 5pk - Watermelon Ice | $37.50 | $0.00 | $3,000.00 |
| 30 | RAZ DC25000 5pk - Black Cherry Peach | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Bangin Sour Berries | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Blueberry Watermelon | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Cherry Strapple | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Georgia Peach | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Iced Blue Dragon | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Miami Mint | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Mango Loco | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Raspberry Limeade | $42.50 | $0.00 | $1,275.00 |
| 25 | RAZ DC25000 5pk - Razzle Dazzle | $42.50 | $0.00 | $1,062.50 |
| 30 | RAZ DC25000 5pk - Rainbow Rain | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Sour Apple Watermelon | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Sour Watermelon Peach | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Strawberry Kiwi Pear | $42.50 | $0.00 | $1,275.00 |

Total quantities shipped: **1025**

Liftgate Required for Pallet Shipping

**Subtotal:** $40,512.50
**Total:** $40,512.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001321

# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 356626 | Sep 11, 2024 | **$5,980.00** |



**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 100 | Pressd 7 Hydroxymitragynine - 7 Hydroxymitragynine 3ct - 18mg | $10.00 | $0.00 | $1,000.00 |
| 100 | Pressd 7 Hydroxymitragynine - RED OH 3ct - 18mg | $12.00 | $0.00 | $1,200.00 |
| 100 | Pressd 7 Hydroxymitragynine - The Hulk Blend 3ct - 30mg | $12.50 | $0.00 | $1,250.00 |
| 100 | Modus 7 Hydroxymitragynine - 6ct - 10mg | $8.50 | $0.00 | $850.00 |
| 20 | Modus 7 Hydroxy Kratom Shots - 30mg - 12ct | $84.00 | $0.00 | $1,680.00 |

Total quantities shipped: **420**

Liftgate Required for Pallet Shipping

Subtotal: $5,980.00
Total: $5,980.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001322

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 358267 | Sep 26, 2024 | **$24,762.50** | **PAID**  |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 13 | Breeze Pro 2000 Puffs 10pk - Blue Raspberry | $87.50 | $0.00 | $1,137.50 |
| 24 | Breeze Pro 2000 Puffs 10pk - Blueberry Banana | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Blueberry Watermelon | $87.50 | $0.00 | $2,100.00 |
| 38 | Breeze Pro 2000 Puffs 10pk - Grape | $87.50 | $0.00 | $3,325.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Menthol | $87.50 | $0.00 | $2,100.00 |
| 3 | Breeze Pro 2000 Puffs 10pk - Mint | $87.50 | $0.00 | $262.50 |
| 24 | Breeze Pro 2000 Puffs 10pk - Peach Mango | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Pomegranate Berry Mint | $87.50 | $0.00 | $2,100.00 |
| 13 | Breeze Pro 2000 Puffs 10pk - Raspberry Lemon | $87.50 | $0.00 | $1,137.50 |
| 24 | Breeze Pro 2000 Puffs 10pk - Strawberry Banana | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Strawberry Kiwi | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Strawberry Peach Mint | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Strawmelon | $87.50 | $0.00 | $2,100.00 |

Total quantities shipped: **283**

Liftgate Required for Pallet Shipping

| | |
|---|---|
| Subtotal: | $24,762.50 |
| Total: | $24,762.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001323

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 358728 | Oct 1, 2024 | **$2,700.00** |  **PAID** |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 360 | KAMA 7 Hydroxymitragynine - 4ct Tablets - 20mg | $7.50 | $0.00 | $2,700.00 |

Total quantities shipped: **360**

Liftgate Required for Pallet Shipping

| | |
|---|---|
| Subtotal: | $2,700.00 |
| Total: | $2,700.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001324

# INVOICE



**PAID**

| | Order # | Date | Total |
|---|---|---|---|
| | 358736 | Oct 1, 2024 | **$25,044.00** |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $936.00 |
| 5 | MIT45 Kratom Liquid - MIT45 Super K 12ct (Blue) | $62.40 | $0.00 | $312.00 |
| 10 | MIT45 Kratom Liquid - MIT45 Super K Extra Strong 12ct (Purple) | $129.60 | $0.00 | $1,296.00 |
| 40 | RAZ TN9000 5pk - Black Cherry Kiwi | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Day Crawler | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Strawberry Watermelon | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Blue Raz Cotton Clouds | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Cherry Lemon | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Graham Twist | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Mango Colada | $37.50 | $0.00 | $1,500.00 |
| 80 | RAZ TN9000 5pk - Miami Mint | $37.50 | $0.00 | $3,000.00 |
| 40 | RAZ TN9000 5pk - Polar Ice | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Ruby (Cherry Strawberry Raspberry) | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Strawberry Ice | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Vicky (Pink Lemonade) | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Watermelon Ice | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - White Gummy Watermelon | $37.50 | $0.00 | $1,500.00 |

Total quantities shipped: **625**

Liftgate Required for Pallet Shipping

Subtotal: $25,044.00
Total: $25,044.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001325

# INVOICE





| | Order # | Date | Total |
|---|---|---|---|
| | 359372 | Oct 9, 2024 | **$12,070.00** |

**PAID**

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Paid with Credit Card
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | RAZ DC25000 5pk - Black Cherry Peach | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Cherry Strapple | $42.50 | $0.00 | $1,275.00 |
| 10 | RAZ DC25000 5pk - Frozen Juicy Strawberry | $42.50 | $0.00 | $425.00 |
| 30 | RAZ DC25000 5pk - Halloween Edition - Key Lime Pie | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Halloween Edition - Strawberry Granola | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Mango Loco | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Miami Mint | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - New York Mint | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Orange Mango | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - Pink Lemonade Minty O's | $42.50 | $0.00 | $1,275.00 |
| 4 | RAZ DC25000 5pk - Sour Apple Ice | $42.50 | $0.00 | $170.00 |

Total quantities shipped: **284**

Liftgate Required for Pallet Shipping

Subtotal: $12,070.00
Total: $12,070.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001326

 **INVOICE**

 **PAID**

| Order # | Date | Total |
|---|---|---|
| 359458 | Oct 9, 2024 | **$8,350.00** |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 40 | Geek Bar Pulse 15000 Puffs 5pk - Berry Bliss | $36.25 | $0.00 | $1,450.00 |
| 40 | Geek Bar Pulse 15000 Puffs 5pk - Blow Pop | $36.25 | $0.00 | $1,450.00 |
| 40 | Geek Bar Pulse 15000 Puffs 5pk - Mexico Mango | $36.25 | $0.00 | $1,450.00 |
| 40 | Geek Bar Pulse 15000 Puffs 5pk - Sour Apple Blow Pop | $36.25 | $0.00 | $1,450.00 |
| 30 | RAZ DC25000 5pk - Halloween Edition - Strawberry Granola | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ DC25000 5pk - New York Mint | $42.50 | $0.00 | $1,275.00 |

Total quantities shipped: **220**

Liftgate Required for Pallet Shipping

**Subtotal:** $8,350.00
**Total:** $8,350.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001327

# INVOICE

| | Order # | Date | Total | **PAID** |
|---|---|---|---|---|
| | 359503 | Oct 9, 2024 | **$17,637.50** |  |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 24 | Breeze Pro 2000 Puffs 10pk - Banana Mint | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Blue Raspberry | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Blueberry Mint | $87.50 | $0.00 | $2,100.00 |
| 23 | Breeze Pro 2000 Puffs 10pk - Lemon Mint | $87.50 | $0.00 | $2,012.50 |
| 20 | Breeze Pro 2000 Puffs 10pk - Raspberry Lemon | $87.50 | $0.00 | $1,750.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Spearmint | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Strawberry Cream | $87.50 | $0.00 | $2,100.00 |
| 24 | Breeze Pro 2000 Puffs 10pk - Watermelon Mint | $87.50 | $0.00 | $2,100.00 |
| 30 | RAZ DC25000 5pk - Halloween Edition - Strawberry Granola | $42.50 | $0.00 | $1,275.00 |

Total quantities shipped: **217**

Liftgate Required for Pallet Shipping

| | |
|---|---|
| Subtotal: | $17,637.50 |
| Total: | $17,637.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001328

# INVOICE

| Order # | Date | Total Due |
|---|---|---|
| 361349 | Oct 29, 2024 | **$18,712.50** |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 100 | 7-Ohmz 7 Hydroxymitragynine - 3ct - 14mg | $11.50 | $0.00 | $1,150.00 |
| 100 | Straight Heat 7 Hydroxymitragynine Kratom Extract Sippin Syrup - Cherry - 4oz | $12.00 | $0.00 | $1,200.00 |
| 100 | Pressd 7 Hydroxymitragynine - 7 Hydroxymitragynine 3ct - 18mg | $10.00 | $0.00 | $1,000.00 |
| 100 | Pressd 7 Hydroxymitragynine - RED OH 3ct - 18mg | $12.00 | $0.00 | $1,200.00 |
| 100 | Pressd 7 Hydroxymitragynine - The Hulk Blend 3ct - 30mg | $12.50 | $0.00 | $1,137.50 |
| 10 | Modus 7 Hydroxymitragynine Gummies - 5ct - 10mg x 5pk | $42.50 | $0.00 | $425.00 |
| 24 | KAMA Liquid Extract Shots - Gold Shot 150mg MIT 12ct | $72.00 | $0.00 | $1,728.00 |
| 24 | KAMA Liquid Extract Shots - Black Shot 230mg MIT 12ct | $72.00 | $0.00 | $1,728.00 |
| 24 | KAMA Liquid Extract Shots - Platinum Shot 150mg MIT + 7 Hydroxymitragynine 45mg 12ct | $84.00 | $0.00 | $2,016.00 |
| 24 | KAMA Liquid Extract Shots - 7 Hydroxymitragynine 45mg 12ct | $72.00 | $0.00 | $1,728.00 |
| 720 | KAMA 7 Hydroxymitragynine - 4ct Tablets - 20mg | $7.50 | $0.00 | $5,400.00 |

Total quantities shipped: **1326**

Liftgate Required for Pallet Shipping

| | |
|---|---|
| Subtotal: | $18,825.00 |
| Discount: | -$112.50 |
| Total: | $18,712.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001329

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 361377 | Oct 30, 2024 | **$6,417.50** | **PAID** |



**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379    Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | RAZ DC25000 5pk - Black Cherry Peach | $42.50 | $0.00 | $425.00 |
| 10 | RAZ DC25000 5pk - Clear | $42.50 | $0.00 | $425.00 |
| 10 | RAZ DC25000 5pk - Clear Diamond | $42.50 | $0.00 | $425.00 |
| 10 | RAZ DC25000 5pk - Clear Sapphire | $42.50 | $0.00 | $425.00 |
| 1 | RAZ DC25000 5pk - Fire & Ice | $42.50 | $0.00 | $42.50 |
| 10 | RAZ DC25000 5pk - Georgia Peach | $42.50 | $0.00 | $425.00 |
| 10 | RAZ DC25000 5pk - Halloween Edition - Key Lime Pie | $42.50 | $0.00 | $425.00 |
| 10 | RAZ DC25000 5pk - Halloween Edition - Strawberry Granola | $42.50 | $0.00 | $425.00 |
| 10 | RAZ DC25000 5pk - Night Crawler | $42.50 | $0.00 | $425.00 |
| 10 | RAZ DC25000 5pk - Rainbow Rain | $42.50 | $0.00 | $425.00 |
| 10 | RAZ DC25000 5pk - Raspberry Limeade | $42.50 | $0.00 | $425.00 |
| 10 | RAZ DC25000 5pk - Sour Apple Watermelon | $42.50 | $0.00 | $425.00 |
| 10 | RAZ DC25000 5pk - Strawberry Burst | $42.50 | $0.00 | $425.00 |
| 10 | RAZ DC25000 5pk - Strawberry Kiwi Pear | $42.50 | $0.00 | $425.00 |
| 10 | RAZ DC25000 5pk - Strawberry Orange Tang | $42.50 | $0.00 | $425.00 |
| 10 | RAZ DC25000 5pk - Tobacco | $42.50 | $0.00 | $425.00 |

Total quantities shipped: **151**

Liftgate Required for Pallet Shipping

**Subtotal:** $6,417.50
**Total:** $6,417.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001330



# INVOICE

| | Order # | Date | Total |
|---|---|---|---|
| | 361474 | Oct 30, 2024 | $16,095.00 |



**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Paid with Credit Card
**Customer ID:** 4379  Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 40 | RAZ TN9000 5pk - Black Cherry Peach | $37.50 | $0.00 | $1,500.00 |
| 80 | RAZ TN9000 5pk - Blue Raz Ice | $37.50 | $0.00 | $3,000.00 |
| 40 | RAZ TN9000 5pk - Georgia Peach | $37.50 | $0.00 | $1,500.00 |
| 19 | RAZ TN9000 5pk - Night Crawler | $37.50 | $0.00 | $712.50 |
| 40 | RAZ TN9000 5pk - Polar Ice | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Sour Mango Pineapple | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Tiffany (Kiwi Watermelon) | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Triple Berry Ice | $37.50 | $0.00 | $1,500.00 |
| 10 | RAZ DC25000 5pk - Night Crawler | $42.50 | $0.00 | $425.00 |
| 8 | RAZ DC25000 5pk - Rainbow Rain | $42.50 | $0.00 | $340.00 |
| 7 | RAZ DC25000 5pk - Strawberry Orange Tang | $42.50 | $0.00 | $297.50 |
| 30 | Air Bar Diamond 10pk - Cranberry Lemonade Ice | $30.00 | $0.00 | $900.00 |
| 9 | Air Bar Diamond 10pk - Strawberry Pina Colada | $30.00 | $0.00 | $270.00 |
| 20 | Air Bar Nex 6500 Puffs - Blueberry Ice | $57.50 | $0.00 | $1,150.00 |

Total quantities shipped: **423**

Liftgate Required for Pallet Shipping

| | |
|---|---|
| Subtotal: | $16,095.00 |
| Total: | $16,095.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001331

# INVOICE

 

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 363429 | Nov 21, 2024 | **$3,150.00** | **PAID** |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Paid with Credit Card
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 350 | KAMA 7 Hydroxy + Pseudoindoxyl - Natural - 4ct Tablets 25mg | $9.00 | $0.00 | $3,150.00 |

Total quantities shipped: **350**

Liftgate Required for Pallet Shipping

| | |
|---|---|
| Subtotal: | $3,150.00 |
| Total: | $3,150.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001332

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 364015 | Nov 26, 2024 | **$26,175.00** | **PAID**  |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Paid with Credit Card
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | RAZ LTX 25000 Puffs 5pk - Blue Raz Ice | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ LTX 25000 Puffs 5pk - Cherry Strapple | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ LTX 25000 Puffs 5pk - Frozen Banana | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ LTX 25000 Puffs 5pk - Frozen Cherry Apple | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ LTX 25000 Puffs 5pk - Frozen Dragonfruit Lemon | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ LTX 25000 Puffs 5pk - Georgia Peach | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ LTX 25000 Puffs 5pk - Iced Blue Dragon | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ LTX 25000 Puffs 5pk - Miami Mint | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ LTX 25000 Puffs 5pk - Night Crawler | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ LTX 25000 Puffs 5pk - Pink Lemonade Minty O's | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ LTX 25000 Puffs 5pk - Sour Apple Ice | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ LTX 25000 Puffs 5pk - Strawberry Burst | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ LTX 25000 Puffs 5pk - Strawberry Kiwi Pear | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ LTX 25000 Puffs 5pk - Watermelon Ice | $42.50 | $0.00 | $1,275.00 |
| 40 | RAZ TN9000 5pk - Strawberry Shortcake | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Tiffany (Kiwi Watermelon) | $37.50 | $0.00 | $1,500.00 |
| 40 | RAZ TN9000 5pk - Watermelon Ice | $37.50 | $0.00 | $1,500.00 |
| 30 | RAZ LTX 25000 Puffs 0% Nicotine 5pk - Blueberry Watermelon | $42.50 | $0.00 | $1,275.00 |
| 30 | RAZ LTX 25000 Puffs 0% Nicotine 5pk - New York Mint | $42.50 | $0.00 | $1,275.00 |
| 15 | RAZ LTX 25000 Puffs 0% Nicotine 5pk - Razzle Dazzle | $42.50 | $0.00 | $637.50 |
| 15 | RAZ LTX 25000 Puffs 0% Nicotine 5pk - Strawberry Burst | $42.50 | $0.00 | $637.50 |

Total quantities shipped: **630**

Liftgate Required for Pallet Shipping

| | |
|---|---|
| Subtotal: | $26,175.00 |
| Total: | $26,175.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001333



# INVOICE

| | |
|---|---|
| **Order #** 364647 | **Date** Dec 3, 2024 | **Total** **$8,193.75** |  **PAID** |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Paid with Credit Card
**Customer ID:** 4379    Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | RAZ LTX 25000 Puffs 5pk - Bangin Sour Berries | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Blue Raz Ice | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Cherry Strapple | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Clear Diamond | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Frozen Banana | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Frozen Cherry Apple | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Frozen Dragonfruit Lemon | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Iced Blue Dragon | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Mango Loco | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Miami Mint | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - New York Mint | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Pink Lemonade Minty O's | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Rainbow Rain | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Razzle Dazzle | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Sour Apple Ice | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Sour Apple Watermelon | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Sour Watermelon Peach | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Strawberry Burst | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Strawberry Kiwi Pear | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Strawberry Orange Tang | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Watermelon Ice | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 5pk - Wintergreen | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 0% Nicotine 5pk - Bangin Sour Berries | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 0% Nicotine 5pk - Blueberry Watermelon | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 0% Nicotine 5pk - New York Mint | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 0% Nicotine 5pk - Razzle Dazzle | $42.50 | $0.00 | $212.50 |
| 5 | RAZ LTX 25000 Puffs 0% Nicotine 5pk - Strawberry Burst | $42.50 | $0.00 | $212.50 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Berry Bliss | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Cool Mint | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - California Cherry | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Crazy Melon | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Dragon Melon | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Frozen Cherry Apple | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Grape Blow Pop | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Sour Apple Ice | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Sour Apple Blow Pop | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Strawberry Mango | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Watermelon Ice | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse X 25000 Puffs 5pk - Sour Straws | $46.25 | $0.00 | $231.25 |
| 5 | Geek Bar Pulse X 25000 Puffs 5pk - White Peach Raspberry | $46.25 | $0.00 | $231.25 |

Total quantities shipped: **200**

Liftgate Required for Pallet Shipping

| | |
|---|---|
| Subtotal: | $8,193.75 |
| Total: | $8,193.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001334



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 365060 | Dec 6, 2024 | **$3,962.50** |  **PAID** |

**SHIP TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462
**Phone:** (914) 349-2159 | (914) 349-2159

**BILL TO:**
Rami Ahmed
Big time Dist
1756 Bronxdale Ave
Bronx, NY 10462

**Terms:** Cash, Check or CC
**Customer ID:** 4379   Master Distributor
**Email:** Rami@bigtimedist.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Geek Bar Pulse X 25000 Puffs 5pk - Blackberry Blueberry | $46.25 | $0.00 | $231.25 |
| 5 | Geek Bar Pulse X 25000 Puffs 5pk - Blue Razz Ice | $46.25 | $0.00 | $231.25 |
| 5 | Geek Bar Pulse X 25000 Puffs 5pk - Cool Mint | $46.25 | $0.00 | $231.25 |
| 5 | Geek Bar Pulse X 25000 Puffs 5pk - Pink & Blue | $46.25 | $0.00 | $231.25 |
| 5 | Geek Bar Pulse X 25000 Puffs 5pk - Strawberry Watermelon | $46.25 | $0.00 | $231.25 |
| 5 | Geek Bar Pulse X 25000 Puffs 5pk - Strawberry B-Pop | $46.25 | $0.00 | $231.25 |
| 5 | Geek Bar Pulse X 25000 Puffs 5pk - Watermelon Ice | $46.25 | $0.00 | $231.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Blueberry Watermelon | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Black Cherry | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Cherry Bomb | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Dragon Melon | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Frozen Blackberry Fab | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Frozen Cherry Apple | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Frozen Strawberry | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Fcuking FAB | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Juicy Peach Ice | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Miami Mint | $36.25 | $0.00 | $181.25 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Watermelon Ice | $36.25 | $0.00 | $181.25 |
| 10 | VIHO Turbo 10000 Puff 5pk - Peach Icy | $35.00 | $0.00 | $350.00 |

Total quantities shipped: **100**

Liftgate Required for Pallet Shipping

**Subtotal:** $3,962.50
**Total:** $3,962.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001335