# Proshansky Exhibit F - Invoices – Cloud Jay Corp.

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 364914 | Dec 4, 2024 | **$3,934.85** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Gold By OPMS - Gold Shots 50ct | $422.50 | $0.00 | $1,267.50 |
| 20 | Modus 7 Hydroxy Kratom Shots - 30mg - 12ct | $90.00 | $0.00 | $1,800.00 |
| 2 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $20.25 | $0.00 | $40.50 |
| 2 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $20.25 | $0.00 | $40.50 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 5 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $286.35 |
| 10 | Modus 7 Hydroxymitragynine Tabs - Blue Razz 4ct - 20mg | $12.00 | $0.00 | $120.00 |
| 10 | Modus 7 Hydroxymitragynine Tabs - Mixed Berry 4ct - 20mg | $12.00 | $0.00 | $120.00 |

Total quantities shipped: **72**

|  | |
|---|---|
| Subtotal: | $3,934.85 |
| Total: | $3,934.85 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001339

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 242494 | Jan 31, 2022 | **$6,347.50** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Blue Razz Ice | $82.50 | $0.00 | $495.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Caribbean Colada | $82.50 | $0.00 | $165.00 |
| 6 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Cherry Peach Lemonade | $82.50 | $0.00 | $495.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - OJ | $82.50 | $0.00 | $165.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Philippine Mango | $82.50 | $0.00 | $165.00 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Raspberry Watermelon | $82.50 | $0.00 | $247.50 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Strawberry Kiwi | $82.50 | $0.00 | $165.00 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Tropical | $82.50 | $0.00 | $247.50 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Banana Ice | $82.50 | $0.00 | $412.50 |
| 4 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach | $82.50 | $0.00 | $330.00 |
| 6 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Sour Apple Ice | $82.50 | $0.00 | $495.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Mango Peaches & Cream | $77.50 | $0.00 | $387.50 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $77.50 | $0.00 | $387.50 |
| 15 | Hyde Edge 1500 Puffs 10pk - Blue Razz Ice | $57.50 | $0.00 | $862.50 |
| 10 | Hyde Edge 1500 Puffs 10pk - Raspberry Watermelon | $57.50 | $0.00 | $575.00 |
| 1 | Air Bar Box 10pk - Blueberry Ice | $85.00 | $0.00 | $85.00 |
| 1 | Air Bar Box 10pk - Cherry Lemon | $85.00 | $0.00 | $85.00 |
| 1 | Air Bar Box 10pk - Cool Lemon | $85.00 | $0.00 | $85.00 |
| 1 | Air Bar Box 10pk - Watermelon Candy | $85.00 | $0.00 | $85.00 |
| 1 | Pod Mesh 5500 Puffs 10pk - Frozen Sour Apple | $82.50 | $0.00 | $82.50 |
| 1 | Pod Mesh 5500 Puffs 10pk - Glacier Fuji Apple | $82.50 | $0.00 | $82.50 |
| 1 | Pod Mesh 5500 Puffs 10pk - Glacier Grape Chew | $82.50 | $0.00 | $82.50 |
| 1 | Pod Mesh 5500 Puffs 10pk - Peblz | $82.50 | $0.00 | $82.50 |
| 1 | Pod Mesh 5500 Puffs 10pk - Watermelon Soft Chew | $82.50 | $0.00 | $82.50 |

Total quantities shipped: **85**

| | |
|---|---|
| Subtotal: | $6,347.50 |
| Total: | $6,347.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001340

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 245970 | Feb 19, 2022 | **$2,450.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Dragonfruit Lemonade | $77.50 | $0.00 | $155.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Orange Ice | $77.50 | $0.00 | $232.50 |
| 8 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Blue Razz Ice | $82.50 | $0.00 | $660.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Brazmallows | $82.50 | $0.00 | $165.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Caribbean Colada | $82.50 | $0.00 | $82.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Energize | $82.50 | $0.00 | $82.50 |
| 4 | Hyde Edge Rave Recharge 4000 Puffs 10pk - OJ | $82.50 | $0.00 | $330.00 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach Mango Watermelon | $82.50 | $0.00 | $247.50 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Strawberry Kiwi | $82.50 | $0.00 | $247.50 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Tropical | $82.50 | $0.00 | $247.50 |

Total quantities shipped: **30**

|  |  |
|---|---|
| Subtotal: | $2,450.00 |
| Total: | $2,450.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001341

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 245983 | Feb 19, 2022 | **$4,715.00** | PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Fume Extra 1500 Puffs 10pk - Pineapple Ice | $57.50 | $0.00 | $115.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Purple Rain | $57.50 | $0.00 | $172.50 |
| 4 | Fume Extra 1500 Puffs 10pk - Rainbow Candy | $57.50 | $0.00 | $230.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Strawberry Mango | $57.50 | $0.00 | $287.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Tangerine Ice | $57.50 | $0.00 | $172.50 |
| 5 | Fume Extra 1500 Puffs 10pk - Grape | $57.50 | $0.00 | $287.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Mango | $57.50 | $0.00 | $115.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Pina Colada | $57.50 | $0.00 | $172.50 |
| 5 | Fume Extra 1500 Puffs 10pk - Strawberry Banana | $57.50 | $0.00 | $287.50 |
| 5 | Fume Extra 1500 Puffs 10pk - Strawberry Watermelon | $57.50 | $0.00 | $287.50 |
| 5 | Fume Extra 1500 Puffs 10pk - Tropical Fruit | $57.50 | $0.00 | $287.50 |
| 5 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $50.00 | $0.00 | $250.00 |
| 5 | Fume Infinity 3500 Puffs 5pk - Blueberry Mint | $50.00 | $0.00 | $250.00 |
| 5 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $50.00 | $0.00 | $250.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $50.00 | $0.00 | $150.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Rainbow Candy | $50.00 | $0.00 | $100.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $50.00 | $0.00 | $150.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $50.00 | $0.00 | $150.00 |
| 5 | Fume Infinity 3500 Puffs 5pk - Double Apple | $50.00 | $0.00 | $250.00 |
| 5 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $50.00 | $0.00 | $250.00 |
| 5 | Fume Infinity 3500 Puffs 5pk - Peach Ice | $50.00 | $0.00 | $250.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Pina Colada | $50.00 | $0.00 | $100.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Strawberry Banana | $50.00 | $0.00 | $150.00 |

Total quantities shipped: **88**

**Customer Note:** 181 bionia Ave Staten Island New York 10305 Location for delivery

| | |
|---|---|
| Subtotal: | $4,715.00 |
| Total: | $4,715.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001342

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 246980 | Feb 28, 2022 | **$6,690.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   *Distributor*
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Mango Peaches & Cream | $77.50 | $0.00 | $387.50 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $77.50 | $0.00 | $387.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Power | $77.50 | $0.00 | $77.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Summer LUV | $77.50 | $0.00 | $77.50 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Sour Apple Ice | $82.50 | $0.00 | $412.50 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Apple Peach Watermelon | $77.50 | $0.00 | $310.00 |
| 9 | Hyde Edge Recharge 3300 Puffs 10pk - Banana Ice | $77.50 | $0.00 | $697.50 |
| 10 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz | $77.50 | $0.00 | $775.00 |
| 10 | Hyde Edge Recharge 3300 Puffs 10pk - Cherry Peach Lemonade | $77.50 | $0.00 | $775.00 |
| 10 | Hyde Edge Recharge 3300 Puffs 10pk - Cola Ice | $77.50 | $0.00 | $775.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - OJ | $77.50 | $0.00 | $387.50 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Peach Mango Watermelon | $77.50 | $0.00 | $387.50 |
| 10 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $77.50 | $0.00 | $775.00 |
| 6 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Orange Ice | $77.50 | $0.00 | $465.00 |

Total quantities shipped: **86**

**Customer Note:** 181 bionia Ave Staten Island 10305

| | |
|---|---|
| Subtotal: | $6,690.00 |
| Total: | $6,690.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001343

# INVOICE



| | Order # | Date | Total | PAID |
|---|---|---|---|---|
| | 247676 | Mar 7, 2022 | $14,960.00 | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Bananas & Cream | $82.50 | $0.00 | $82.50 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Brazmallows | $82.50 | $0.00 | $165.00 |
| 4 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Cherry Peach Lemonade | $82.50 | $0.00 | $330.00 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Mango Peaches & Cream | $82.50 | $0.00 | $247.50 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - OJ | $82.50 | $0.00 | $412.50 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach Mango Watermelon | $82.50 | $0.00 | $247.50 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Philippine Mango | $82.50 | $0.00 | $412.50 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Banana Ice | $82.50 | $0.00 | $412.50 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Cherry Peach Lemonade | $77.50 | $0.00 | $387.50 |
| 7 | Hyde Edge Recharge 3300 Puffs 10pk - Mango Peaches & Cream | $77.50 | $0.00 | $542.50 |
| 11 | Hyde Edge Recharge 3300 Puffs 10pk - OJ | $77.50 | $0.00 | $852.50 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $77.50 | $0.00 | $387.50 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Power | $77.50 | $0.00 | $155.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Summer LUV | $77.50 | $0.00 | $155.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Pineapple Ice | $57.50 | $0.00 | $115.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Purple Rain | $57.50 | $0.00 | $172.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Rainbow Candy | $57.50 | $0.00 | $172.50 |
| 5 | Fume Extra 1500 Puffs 10pk - Strawberry Mango | $57.50 | $0.00 | $287.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Tangerine Ice | $57.50 | $0.00 | $172.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Mango | $57.50 | $0.00 | $115.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Pina Colada | $57.50 | $0.00 | $287.50 |
| 9 | Fume Extra 1500 Puffs 10pk - Strawberry Watermelon | $57.50 | $0.00 | $517.50 |
| 9 | Fume Extra 1500 Puffs 10pk - Tropical Fruit | $57.50 | $0.00 | $517.50 |
| 3 | Fume Ultra 2500 Puffs 10pk - Purple Rain | $77.50 | $0.00 | $232.50 |
| 4 | Fume Ultra 2500 Puffs 10pk - Tangerine Ice | $77.50 | $0.00 | $310.00 |
| 8 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz | $77.50 | $0.00 | $620.00 |
| 11 | Hyde Edge Recharge 3300 Puffs 10pk - Dragonfruit Lemonade | $77.50 | $0.00 | $852.50 |
| 6 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $77.50 | $0.00 | $465.00 |
| 6 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Orange Ice | $77.50 | $0.00 | $465.00 |
| 10 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Blue Razz Ice | $82.50 | $0.00 | $825.00 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Blue Razz Lemonade | $82.50 | $0.00 | $412.50 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Caribbean Colada | $82.50 | $0.00 | $412.50 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Dewberry | $82.50 | $0.00 | $165.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Energize | $82.50 | $0.00 | $165.00 |
| 10 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Minty O's | $82.50 | $0.00 | $825.00 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Strawberry Kiwi | $82.50 | $0.00 | $412.50 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Tropical | $82.50 | $0.00 | $412.50 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach | $82.50 | $0.00 | $412.50 |
| 10 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Sour Apple Ice | $82.50 | $0.00 | $825.00 |

Total quantities shipped: **198**

**Customer Note:** 181 bionia Ave

| | |
|---|---|
| Subtotal: | $14,960.00 |
| Total: | $14,960.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

RZSMOKE00001344

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001345



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 248769 | Mar 14, 2022 | $7,296.75 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $50.00 | $0.00 | $250.00 |
| 5 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $50.00 | $0.00 | $250.00 |
| 5 | Fume Infinity 3500 Puffs 5pk - Strawberry Banana | $50.00 | $0.00 | $250.00 |
| 30 | Green Vein Maeng Da By OPMS - 36g - 60 Capsules | $4.75 | $0.00 | $142.50 |
| 43 | Green Vein Maeng Da By OPMS - 38.4g - 64 Capsules (Blister Pack) | $4.75 | $0.00 | $204.25 |
| 6 | Hyde Edge Recharge 3300 Puffs 10pk - Apple Peach Watermelon | $77.50 | $0.00 | $465.00 |
| 7 | Hyde Edge Recharge 3300 Puffs 10pk - Aloe Grape | $77.50 | $0.00 | $542.50 |
| 20 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $77.50 | $0.00 | $1,550.00 |
| 7 | Hyde Edge Recharge 3300 Puffs 10pk - Honeydew Punch | $77.50 | $0.00 | $542.50 |
| 8 | Hyde Edge Recharge 3300 Puffs 10pk - Pina Colada | $77.50 | $0.00 | $620.00 |
| 7 | Hyde Edge Recharge 3300 Puffs 10pk - Pineapple Peach Mango | $77.50 | $0.00 | $542.50 |
| 7 | Hyde Edge Recharge 3300 Puffs 10pk - Spearmint | $77.50 | $0.00 | $542.50 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Banana | $77.50 | $0.00 | $155.00 |
| 7 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Kiwi | $77.50 | $0.00 | $542.50 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Tropical | $77.50 | $0.00 | $155.00 |
| 7 | Hyde Edge Recharge 3300 Puffs 10pk - Watermelon Ice Cream | $77.50 | $0.00 | $542.50 |

Total quantities shipped: **168**

**Customer Note:** 181 bionia Ave Staten Island 10305 Delivery at this address

| | |
|---|---|
| Subtotal: | $7,296.75 |
| Total: | $7,296.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001346

# INVOICE



| | Order # | Document Date | Total |
|---|---|---|---|
| | 249853 | Mar 23, 2022 | **$2,545.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Box 10pk - Strawberry Watermelon | $75.00 | $0.00 | $150.00 |
| 7 | Hyde Edge Recharge 3300 Puffs 10pk - Apple Peach Watermelon | $77.50 | $0.00 | $542.50 |
| 10 | Hyde Edge Recharge 3300 Puffs 10pk - Dragonfruit Lemonade | $77.50 | $0.00 | $775.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Honeydew Punch | $77.50 | $0.00 | $310.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Banana | $77.50 | $0.00 | $387.50 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Watermelon Ice Cream | $77.50 | $0.00 | $310.00 |
| 1 | Daze Egge Recharge 3000 Puffs - Island Colada | $70.00 | $0.00 | $70.00 |

Total quantities shipped: **33**

**Customer Note:** 181 bionia Ave

Subtotal: $2,545.00
Total: $2,545.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 250314 | Mar 28, 2022 | **$2,742.50** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Cool Mint 5pk By ZYN - 3mg | $17.50 | $0.00 | $35.00 |
| 2 | Cool Mint 5pk By ZYN - 6mg | $17.50 | $0.00 | $35.00 |
| 2 | Wintergreen 5pk By ZYN - 3mg | $17.50 | $0.00 | $35.00 |
| 2 | Wintergreen 5pk By ZYN - 6mg | $17.50 | $0.00 | $35.00 |
| 2 | Peppermint 5pk By ZYN - 3mg | $17.50 | $0.00 | $35.00 |
| 2 | Peppermint 5pk By ZYN - 6mg | $17.50 | $0.00 | $35.00 |
| 2 | Coffee 5pk By ZYN - 3mg | $17.50 | $0.00 | $35.00 |
| 2 | Coffee 5pk By ZYN - 6mg | $17.50 | $0.00 | $35.00 |
| 2 | Spearmint 5pk By ZYN - 3mg | $17.50 | $0.00 | $35.00 |
| 2 | Spearmint 5pk By ZYN - 6mg | $17.50 | $0.00 | $35.00 |
| 2 | Citrus 5pk By ZYN - 3mg | $17.50 | $0.00 | $35.00 |
| 2 | Citrus 5pk By ZYN - 6mg | $17.50 | $0.00 | $35.00 |
| 2 | Chill 5pk By ZYN - 3mg | $17.50 | $0.00 | $35.00 |
| 2 | Chill 5pk By ZYN - 6mg | $17.50 | $0.00 | $35.00 |
| 2 | Menthol 5pk By ZYN - 3mg | $17.50 | $0.00 | $35.00 |
| 2 | Menthol 5pk By ZYN - 6mg | $17.50 | $0.00 | $35.00 |
| 2 | Cinnamon 5pk By ZYN - 3mg | $17.50 | $0.00 | $35.00 |
| 2 | Cinnamon 5pk By ZYN - 6mg | $17.50 | $0.00 | $35.00 |
| 2 | Smooth 5pk By ZYN - 3mg | $17.50 | $0.00 | $35.00 |
| 2 | Smooth 5pk By ZYN - 6mg | $17.50 | $0.00 | $35.00 |
| 18 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $77.50 | $0.00 | $1,395.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Kiwi | $77.50 | $0.00 | $155.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Tropical | $77.50 | $0.00 | $387.50 |
| 5 | Gold By OPMS - 5ct | $21.00 | $0.00 | $105.00 |

Total quantities shipped: **70**

**Customer Note:** Deliver to 181 bionia Ave Staten Island New York 10305. 718-813-5755

| | |
|---|---|
| Subtotal: | $2,742.50 |
| Total: | $2,742.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 250633 | Mar 30, 2022 | $9,218.75 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Novo X Kit By Smok - 7-Color Cobra | $17.00 | $0.00 | $85.00 |
| 5 | Novo X Kit By Smok - 7-Color Resin | $17.00 | $0.00 | $85.00 |
| 5 | Novo X Kit By Smok - Black Stabilizing Wood | $17.00 | $0.00 | $85.00 |
| 5 | Novo X Kit By Smok - Blue Cobra | $17.00 | $0.00 | $85.00 |
| 5 | Novo X Kit By Smok - Red Stabilizing Wood | $17.00 | $0.00 | $85.00 |
| 5 | Novo X Kit By Smok - White Cobra | $17.00 | $0.00 | $85.00 |
| 6 | Novo Pods & Coils - Novo 4 - LP1 Coil DC 0.8ohm MTL 5pk | $7.50 | $0.00 | $45.00 |
| 6 | Novo Pods & Coils - Novo 4 - LP1 Coil Meshed 0.8ohm 5pk | $7.50 | $0.00 | $45.00 |
| 9 | Fume Extra 1500 Puffs 10pk - Blueberry CC | $52.50 | $0.00 | $472.50 |
| 12 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $52.50 | $0.00 | $630.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Pineapple Ice | $52.50 | $0.00 | $157.50 |
| 5 | Fume Extra 1500 Puffs 10pk - Purple Rain | $52.50 | $0.00 | $262.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Pina Colada | $52.50 | $0.00 | $105.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Strawberry Banana | $52.50 | $0.00 | $157.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Yogurt Ice Cream | $52.50 | $0.00 | $157.50 |
| 5 | Fume Ultra 2500 Puffs 10pk - Black Ice | $67.50 | $0.00 | $337.50 |
| 5 | Fume Ultra 2500 Puffs 10pk - Dessert Breeze | $67.50 | $0.00 | $337.50 |
| 5 | Fume Ultra 2500 Puffs 10pk - Yogurt Ice Cream | $67.50 | $0.00 | $337.50 |
| 10 | Fume Ultra 2500 Puffs 10pk - Double Apple | $67.50 | $0.00 | $675.00 |
| 4 | Fume Ultra 2500 Puffs 10pk - Rainbow Candy | $67.50 | $0.00 | $270.00 |
| 4 | Fume Ultra 2500 Puffs 10pk - Strawberry Banana | $67.50 | $0.00 | $270.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Banana Ice | $43.75 | $0.00 | $131.25 |
| 3 | Fume Infinity 3500 Puffs 5pk - Dessert Breeze | $43.75 | $0.00 | $131.25 |
| 5 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $43.75 | $0.00 | $218.75 |
| 5 | Fume Infinity 3500 Puffs 5pk - Kiwi Strawberry | $43.75 | $0.00 | $218.75 |
| 5 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $43.75 | $0.00 | $218.75 |
| 5 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $43.75 | $0.00 | $218.75 |
| 5 | Fume Infinity 3500 Puffs 5pk - Strawberry Banana | $43.75 | $0.00 | $218.75 |
| 5 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $43.75 | $0.00 | $218.75 |
| 5 | Fume Infinity 3500 Puffs 5pk - Yogurt Ice Cream | $43.75 | $0.00 | $218.75 |
| 5 | Novo X Kit By Smok - Black Cobra | $17.00 | $0.00 | $85.00 |
| 4 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,520.00 |
| 50 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |

Total quantities shipped: **212**

| | |
|---|---|
| Subtotal: | $9,218.75 |
| Total: | $9,218.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001349



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 251903 | Apr 9, 2022 | $2,866.50 |  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Fume Ultra 2500 Puffs 10pk - Double Apple | $67.50 | $0.00 | $67.50 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Caribbean Colada | $82.50 | $0.00 | $165.00 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach Mango Watermelon | $82.50 | $0.00 | $412.50 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Pina Colada | $77.50 | $0.00 | $155.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $77.50 | $0.00 | $387.50 |
| 5 | Black By OPMS - 5ct | $21.00 | $0.00 | $105.00 |
| 4 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,520.00 |
| 6 | Crisp Menthol By Naked100 - 0mg - 60ml  **Buy 3 Get 1 Free!** | $9.00 | $0.00 | $54.00 |
| 2 | Crisp Menthol By Naked100 - 0mg - 60ml | $0.00 | $0.00 | $0.00 |

Total quantities shipped: **32**

|  | |
|---|---|
| Subtotal: | $2,866.50 |
| Total: | $2,866.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001350

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 251938 | Apr 10, 2022 | **$675.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Esco Bar 2500 Puffs - Blue Raspberry | $67.50 | $0.00 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Bubblegum Ice | $67.50 | $0.00 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Carsonator - Aloe Mango Melon | $67.50 | $0.00 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Carsonator - Blueberry Ambrosia | $67.50 | $0.00 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Mango Ice | $67.50 | $0.00 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Orange Limeade | $67.50 | $0.00 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Peach Ice | $67.50 | $0.00 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Strawberry Ice | $67.50 | $0.00 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Strawberry Banana | $67.50 | $0.00 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Watermelon Ice | $67.50 | $0.00 | $67.50 |

Total quantities shipped: **10**

Subtotal: $675.00
Total: $675.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE



| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 252404 | Apr 13, 2022 | **$8,236.75** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Apple Peach Watermelon | $77.50 | $0.00 | $77.50 |
| 10 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $77.50 | $0.00 | $775.00 |
| 6 | Hyde Edge Recharge 3300 Puffs 10pk - Cola Ice | $77.50 | $0.00 | $465.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Dragonfruit Lemonade | $77.50 | $0.00 | $232.50 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Energize | $77.50 | $0.00 | $310.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Kiwi | $77.50 | $0.00 | $155.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Brazmallows | $82.50 | $0.00 | $165.00 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Energize | $82.50 | $0.00 | $247.50 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Philippine Mango | $82.50 | $0.00 | $165.00 |
| 5 | Fume Infinity 3500 Puffs 5pk - Blueberry CC | $43.75 | $0.00 | $218.75 |
| 3 | Fume Infinity 3500 Puffs 5pk - Cuban Tobacco | $43.75 | $0.00 | $131.25 |
| 7 | Fume Infinity 3500 Puffs 5pk - Double Apple | $43.75 | $0.00 | $306.25 |
| 5 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $43.75 | $0.00 | $218.75 |
| 15 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $43.75 | $0.00 | $656.25 |
| 7 | Fume Infinity 3500 Puffs 5pk - Strawberry Banana | $43.75 | $0.00 | $306.25 |
| 7 | Fume Infinity 3500 Puffs 5pk - Strawberry Watermelon | $43.75 | $0.00 | $306.25 |
| 2 | Fume Mini 1200 Puffs 10pk - Blueberry CC | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Dessert Breeze | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Double Apple | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Lush Ice | $52.50 | $0.00 | $105.00 |
| 3 | Fume Mini 1200 Puffs 10pk - Mint Ice | $52.50 | $0.00 | $157.50 |
| 2 | Fume Mini 1200 Puffs 10pk - Pina Colada | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Purple Rain | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Rainbow Candy | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Raspberry Watermelon | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Strawberry Banana | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Strawberry Mango | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Strawberry Watermelon | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Tropical Fruit | $52.50 | $0.00 | $105.00 |
| 3 | Fume Mini 1200 Puffs 10pk - Watermelon Lemonade | $52.50 | $0.00 | $157.50 |
| 2 | Fume Mini 1200 Puffs 10pk - Yogurt Ice Cream | $52.50 | $0.00 | $105.00 |
| 1 | Gold By OPMS - 3ct | $13.75 | $0.00 | $13.75 |
| 1 | Gold By OPMS - 5ct | $21.75 | $0.00 | $21.75 |
| 4 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,520.00 |
| 10 | Black By OPMS - 3ct | $13.00 | $0.00 | $130.00 |
| 1 | Esco Bar 2500 Puffs - Bubblegum Ice | $67.50 | $0.00 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Peach Ice | $67.50 | $0.00 | $67.50 |

Total quantities shipped: **132**

| | |
|---|---|
| Subtotal: | $8,236.75 |
| Total: | $8,236.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon

RZSMOKE00001352

as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001353



# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 254110 | Apr 27, 2022 | $6,111.00 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Fume Extra 1500 Puffs 10pk - Pineapple Ice | $52.50 | $0.00 | $157.50 |
| 5 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,900.00 |
| 30 | Gold By OPMS - 2ct | $9.00 | $0.00 | $270.00 |
| 30 | Gold By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 30 | Gold By OPMS - 5ct | $21.00 | $0.00 | $630.00 |
| 5 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,900.00 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Cherry Peach Lemonade | $78.50 | $0.00 | $235.50 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Mango Peaches & Cream | $78.50 | $0.00 | $157.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach Mango Watermelon | $78.50 | $0.00 | $157.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Strawberry Ice Cream | $78.50 | $0.00 | $157.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach | $78.50 | $0.00 | $157.00 |

Total quantities shipped: **114**

| | |
|---|---|
| Subtotal: | $6,111.00 |
| Total: | $6,111.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001354



# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 255272 | May 10, 2022 | **$7,228.90** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $0.00 | $2,287.20 |
| 30 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $0.00 | $2,287.20 |
| 1 | Esco Bar 2500 Puffs - Carsonator - Aloe Mango Melon | $67.50 | $0.00 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Peach Ice | $67.50 | $0.00 | $67.50 |
| 30 | Black By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 22 | Black By OPMS - 5ct | $21.00 | $0.00 | $462.00 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $380.00 |
| 20 | Gold By OPMS - 2ct | $9.00 | $0.00 | $180.00 |
| 20 | Gold By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 20 | Gold By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 5 | Green Vein Maeng Da By OPMS - 72g - 120 Capsules | $9.50 | $0.00 | $47.50 |

Total quantities shipped: **181**

| | |
|---|---|
| Subtotal: | $7,228.90 |
| Total: | $7,228.90 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001355

# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 255816 | May 12, 2022 | $9,174.58 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Banana Cherry | $78.50 | $0.00 | $235.50 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Berry Ice Cream | $78.50 | $0.00 | $235.50 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Loops | $78.50 | $0.00 | $235.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Rainbow Candy | $52.50 | $0.00 | $105.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Kiwi Strawberry | $43.75 | $0.00 | $131.25 |
| 3 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $43.75 | $0.00 | $131.25 |
| 2 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $43.75 | $0.00 | $87.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Rainbow Candy | $43.75 | $0.00 | $87.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $43.75 | $0.00 | $87.50 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $0.00 | $914.88 |
| 18 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $0.00 | $1,372.32 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $0.00 | $914.88 |
| 5 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,900.00 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 30 | Gold By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 50 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 12 | Air Bar Box 10pk - Watermelon Ice | $68.00 | $0.00 | $816.00 |
| 2 | Air Bar Lux 10pk - Strawberry Wafer Biscuit | $40.50 | $0.00 | $81.00 |
| 10 | Super Green Borneo By OPMS - 36g - 60 Capsules | $5.00 | $0.00 | $50.00 |
| 10 | Green Vein Maeng Da By OPMS - 72g - 120 Capsules | $8.90 | $0.00 | $89.00 |

Total quantities shipped: **204**

| | |
|---|---|
| Subtotal: | $9,174.58 |
| Total: | $9,174.58 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001356

# INVOICE

| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 256148 | May 16, 2022 | $21,197.78 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | | Price | Tax | Subtotal |
|---|---|---|---|---|---|
| 20 | Air Bar Box 10pk - Blueberry Raspberry | | $68.00 | $0.00 | $1,360.00 |
| 20 | Air Bar Box 10pk - Energy Drinks | | $68.00 | $0.00 | $1,360.00 |
| 10 | Air Bar Box 10pk - Mix Berries | | $68.00 | $0.00 | $680.00 |
| 5 | Air Bar Box 10pk - Pineapple Shake | | $68.00 | $0.00 | $340.00 |
| 10 | Air Bar Box 10pk - Strawberry Kiwi | | $68.00 | $0.00 | $680.00 |
| 10 | Air Bar Box 10pk - Strawberry Mango | | $68.00 | $0.00 | $680.00 |
| 20 | Air Bar Box 10pk - Strawberry Watermelon | | $68.00 | $0.00 | $1,360.00 |
| 20 | Air Bar Box 10pk - Watermelon Candy | | $68.00 | $0.00 | $1,360.00 |
| 10 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | | $52.50 | $0.00 | $525.00 |
| 10 | Fume Extra 1500 Puffs 10pk - Pineapple Ice | | $52.50 | $0.00 | $525.00 |
| 10 | Fume Extra 1500 Puffs 10pk - Rainbow Candy | | $52.50 | $0.00 | $525.00 |
| 10 | Fume Extra 1500 Puffs 10pk - Tropical Fruit | | $52.50 | $0.00 | $525.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Blueberry | | $77.50 | $0.00 | $77.50 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Peach Mango Watermelon | | $77.50 | $0.00 | $155.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | | $77.50 | $0.00 | $232.50 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Blue Razz Ice | | $82.50 | $0.00 | $247.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Loops | | $82.50 | $0.00 | $82.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Banana Ice | | $82.50 | $0.00 | $82.50 |
| 24 | JUUL Pods 8pk - Menthol 5% 4 Pods | | $76.24 | $0.00 | $1,829.76 |
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | | $76.24 | $0.00 | $914.88 |
| 24 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | | $76.24 | $0.00 | $1,829.76 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | | $76.24 | $0.00 | $914.88 |
| 50 | Black By OPMS - 3ct | | $13.00 | $0.00 | $650.00 |
| 2 | Black By OPMS - Black Shots 45ct | | $380.00 | $0.00 | $760.00 |
| 50 | Gold By OPMS - 5ct | | $21.00 | $0.00 | $1,050.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | | $380.00 | $0.00 | $760.00 |
| 12 | Menthol Ice By Halo E-Liquid - 0mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $0.00 | $114.00 |
| 4 | Menthol Ice By Halo E-Liquid - 0mg - 60ml | | $0.00 | $0.00 | $0.00 |
| 11 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $0.00 | $104.50 |
| 3 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | | $0.00 | $0.00 | $0.00 |
| 24 | Menthol Ice By Halo E-Liquid - 6mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $0.00 | $228.00 |
| 8 | Menthol Ice By Halo E-Liquid - 6mg - 60ml | | $0.00 | $0.00 | $0.00 |
| 24 | Menthol Ice By Halo E-Liquid - 12mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $0.00 | $228.00 |
| 8 | Menthol Ice By Halo E-Liquid - 12mg - 60ml | | $0.00 | $0.00 | $0.00 |
| 24 | Menthol Ice By Halo E-Liquid - 18mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $0.00 | $228.00 |
| 8 | Menthol Ice By Halo E-Liquid - 18mg - 60ml | | $0.00 | $0.00 | $0.00 |
| 12 | Tribeca By Halo E-Liquid - 0mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $0.00 | $114.00 |
| 4 | Tribeca By Halo E-Liquid - 0mg - 60ml | | $0.00 | $0.00 | $0.00 |
| 35 | Tribeca By Halo E-Liquid - 3mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $0.00 | $332.50 |
| 11 | Tribeca By Halo E-Liquid - 3mg - 60ml | | $0.00 | $0.00 | $0.00 |
| 12 | Tribeca By Halo E-Liquid - 6mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $0.00 | $114.00 |
| 4 | Tribeca By Halo E-Liquid - 6mg - 60ml | | $0.00 | $0.00 | $0.00 |
| 12 | Tribeca By Halo E-Liquid - 12mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $0.00 | $114.00 |
| 4 | Tribeca By Halo E-Liquid - 12mg - 60ml | | $0.00 | $0.00 | $0.00 |
| 12 | Tribeca By Halo E-Liquid - 18mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $0.00 | $114.00 |
| 4 | Tribeca By Halo E-Liquid - 18mg - 60ml | | $0.00 | $0.00 | $0.00 |

Total quantities shipped: **578**

**Subtotal:** $21,197.78
**Total:** $21,197.78

RZSMOKE00001357

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001358

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 257078 | May 23, 2022 | **$18,457.00** |  PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 60 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $0.00 | $4,574.40 |
| 40 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $0.00 | $3,049.60 |
| 5 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $0.00 | $400.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Blueberry | $76.00 | $0.00 | $228.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $76.00 | $0.00 | $228.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Dewberry | $80.00 | $0.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Energize | $80.00 | $0.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach | $80.00 | $0.00 | $80.00 |
| 10 | Air Bar Box 10pk - Mix Berries | $68.00 | $0.00 | $680.00 |
| 10 | Air Bar Box 10pk - Strawberry Kiwi | $68.00 | $0.00 | $680.00 |
| 5 | Air Bar Box 10pk - Watermelon Apple Ice | $68.00 | $0.00 | $340.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Double Apple | $52.50 | $0.00 | $262.50 |
| 5 | Fume Extra 1500 Puffs 10pk - Purple Rain | $52.50 | $0.00 | $262.50 |
| 50 | Black By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 50 | Gold By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 30 | Gold By OPMS - 2ct | $9.00 | $0.00 | $270.00 |
| 20 | Gold By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 30 | Black By OPMS - 2ct | $9.00 | $0.00 | $270.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Banana Cherry | $76.00 | $0.00 | $152.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Berry Ice Cream | $76.00 | $0.00 | $228.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Aloe Grape | $76.00 | $0.00 | $152.00 |
| 10 | Hyde Edge Recharge 3300 Puffs 10pk - Minty O's | $76.00 | $0.00 | $760.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Peach Mango Watermelon | $76.00 | $0.00 | $380.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $76.00 | $0.00 | $380.00 |
| 10 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Blue Razz Ice | $80.00 | $0.00 | $800.00 |
| 6 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Raspberry Watermelon | $80.00 | $0.00 | $480.00 |
| 10 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Really Blueberry | $80.00 | $0.00 | $800.00 |
| 4 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Strawberry Kiwi | $80.00 | $0.00 | $320.00 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Tropical | $80.00 | $0.00 | $240.00 |
| 7 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Sour Apple Ice | $80.00 | $0.00 | $560.00 |

Total quantities shipped: **396**

| | |
|---|---|
| Subtotal: | $18,457.00 |
| Total: | $18,457.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001359

# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 258580 | Jun 1, 2022 | $4,661.38 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Cola Ice | $76.00 | $0.00 | $152.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Minty O's | $76.00 | $0.00 | $76.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Pink Drink | $76.00 | $0.00 | $304.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Power | $76.00 | $0.00 | $152.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Ice Cream | $76.00 | $0.00 | $152.00 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Blue Razz Ice | $78.50 | $0.00 | $392.50 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach Mango Watermelon | $78.50 | $0.00 | $157.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Strawberry Ice Cream | $78.50 | $0.00 | $78.50 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Banana Ice | $78.50 | $0.00 | $157.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach | $78.50 | $0.00 | $78.50 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Sour Apple Ice | $78.50 | $0.00 | $157.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $52.50 | $0.00 | $262.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Black Ice | $52.50 | $0.00 | $157.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Bubble Gum | $52.50 | $0.00 | $105.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Dessert Breeze | $52.50 | $0.00 | $157.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Mango | $52.50 | $0.00 | $157.50 |
| 20 | Fume Extra 1500 Puffs 10pk - Mint Ice | $52.50 | $0.00 | $1,050.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $0.00 | $914.88 |

Total quantities shipped: **72**

Subtotal: $4,661.38
Total: $4,661.38

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001360

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 258972 | Jun 5, 2022 | $12,873.68 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | Air Bar Diamond 10pk - Sour Apple | $35.00 | $0.00 | $210.00 |
| 17 | Air Bar Diamond 10pk - Strawberry Watermelon | $35.00 | $0.00 | $595.00 |
| 10 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $68.00 | $0.00 | $680.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Strawberry Kiwi | $68.00 | $0.00 | $340.00 |
| 30 | Air Bar Box 3000 Puffs 10pk - Strawberry Watermelon | $68.00 | $0.00 | $2,040.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Watermelon Apple Ice | $68.00 | $0.00 | $340.00 |
| 20 | Air Bar Box 3000 Puffs 10pk - Watermelon Ice | $68.00 | $0.00 | $1,360.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Bubble Gum | $52.50 | $0.00 | $105.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Melon Ice | $52.50 | $0.00 | $262.50 |
| 5 | Fume Extra 1500 Puffs 10pk - Rainbow Candy | $52.50 | $0.00 | $262.50 |
| 3 | Juul Kits - Basic Kit - Slate 8ct | $60.80 | $0.00 | $182.40 |
| 30 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $0.00 | $2,287.20 |
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $0.00 | $914.88 |
| 30 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $0.00 | $2,287.20 |
| 30 | Gold By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 30 | Black By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 1 | Yocan Kodo Battery 20ct Display | $95.00 | $0.00 | $95.00 |
| 1 | Hyde Edge 1500 Puffs 10pk - Peach Mango Watermelon | $53.50 | $0.00 | $53.50 |
| 1 | Black King Size 50pk By RAW - Classic | $23.00 | $0.00 | $23.00 |
| 3 | Crisp Menthol By Naked100 - 0mg - 60ml   **Buy 3 Get 1 Free!** | $9.00 | $0.00 | $27.00 |
| 1 | Crisp Menthol By Naked100 - 0mg - 60ml | $0.00 | $0.00 | $0.00 |
| 3 | Menthol Ice By Halo E-Liquid - 24mg - 60ml   **Buy 3 Get 1 Free!** | $9.50 | $0.00 | $28.50 |
| 1 | Menthol Ice By Halo E-Liquid - 24mg - 60ml | $0.00 | $0.00 | $0.00 |

Total quantities shipped: **251**

|  | |
|---|---|
| Subtotal: | $12,873.68 |
| Total: | $12,873.68 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001361

# INVOICE



| Order # | Date | Total | PAID |
|---|---|---|---|
| 259278 | Jun 7, 2022 | **$2,255.00** | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Air Bar Box 3000 Puffs 10pk - Watermelon Ice | $68.00 | $0.00 | $1,360.00 |
| 1 | Yocan Kodo Battery 20ct Display | $95.00 | $0.00 | $95.00 |
| 2 | ELF Bar BC5000 10pk - Guava Ice | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Gumi | $80.00 | $0.00 | $400.00 |
| 3 | ELF Bar BC5000 10pk - Pineapple Coconut Ice | $80.00 | $0.00 | $240.00 |

Total quantities shipped: **31**

|  |  |
|---|---|
| Subtotal: | $2,255.00 |
| Total: | $2,255.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001362

# INVOICE

| Order # | Document Date | Total | PAID |
|---|---|---|---|
| 259443 | Jun 9, 2022 | $10,020.00 | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 15 | Special 98 12pk By RAW - Classic | $40.00 | $0.00 | $600.00 |
| 5 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,900.00 |
| 10 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Fuji Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $400.00 |
| 4 | ELF Bar BC5000 10pk - Pineapple Coconut Ice | $80.00 | $0.00 | $320.00 |
| 3 | ELF Bar BC5000 10pk - Rainbow Candy | $80.00 | $0.00 | $240.00 |
| 5 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $0.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $800.00 |
| 6 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $480.00 |
| 7 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $560.00 |
| 5 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $400.00 |
| 6 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $480.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $800.00 |
| 6 | Lean Cone 12pk By RAW - Classic | $40.00 | $0.00 | $240.00 |

Total quantities shipped: **117**

Subtotal: $10,020.00
Total: $10,020.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001363



# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 259485 | Jun 9, 2022 | **$1,268.75** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 2 | Fume Infinity 3500 Puffs 5pk - Coffee Tobacco | $43.75 | $0.00 | $87.50 |
| 5 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $43.75 | $0.00 | $218.75 |
| 5 | Fume Infinity 3500 Puffs 5pk - Gummy Bears | $43.75 | $0.00 | $218.75 |
| 2 | Fume Infinity 3500 Puffs 5pk - Lychee Ice | $43.75 | $0.00 | $87.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $43.75 | $0.00 | $87.50 |
| 5 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $43.75 | $0.00 | $218.75 |
| 3 | Fume Infinity 3500 Puffs 5pk - Rainbow Candy | $43.75 | $0.00 | $131.25 |
| 5 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $43.75 | $0.00 | $218.75 |

Total quantities shipped: **29**

Subtotal: $1,268.75
Total: $1,268.75

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001364

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 260185 | Jun 14, 2022 | **$6,632.50** |  **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Blue Razz Cloud | $60.00 | $0.00 | $120.00 |
| 5 | ELF Bar BC5000 10pk - Black Ice | $80.00 | $0.00 | $400.00 |
| 2 | ELF Bar BC5000 10pk - Fuji Ice | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Green Apple | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $400.00 |
| 1 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $80.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $400.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Unicorn | $52.50 | $0.00 | $262.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Coffee Tobacco | $52.50 | $0.00 | $105.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Blueberry CC | $52.50 | $0.00 | $157.50 |
| 6 | Fume Extra 1500 Puffs 10pk - Gummy Bears | $52.50 | $0.00 | $315.00 |
| 8 | Fume Extra 1500 Puffs 10pk - Lush Ice | $52.50 | $0.00 | $420.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Mint Ice | $52.50 | $0.00 | $157.50 |
| 4 | Fume Extra 1500 Puffs 10pk - Pina Colada | $52.50 | $0.00 | $210.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Tangerine Ice | $52.50 | $0.00 | $105.00 |
| 100 | Black By OPMS - 5ct | $21.00 | $0.00 | $2,100.00 |
| 10 | Air Bar Box 3000 Puffs 10pk - Cherry Lemon | $68.00 | $0.00 | $680.00 |

Total quantities shipped: **170**

| | |
|---|---|
| Subtotal: | $6,632.50 |
| Total: | $6,632.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001365

# INVOICE



PAID



| Order # | Document Date | Total |
|---|---|---|
| 260423 | Jun 16, 2022 | $8,089.28 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $68.00 | $0.00 | $340.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Super Mint | $68.00 | $0.00 | $340.00 |
| 6 | ELF Bar BC5000 10pk - Energy | $80.00 | $0.00 | $480.00 |
| 6 | ELF Bar BC5000 10pk - Malibu | $80.00 | $0.00 | $480.00 |
| 6 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $480.00 |
| 6 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $480.00 |
| 24 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $0.00 | $1,829.76 |
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $0.00 | $914.88 |
| 24 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $0.00 | $1,829.76 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $0.00 | $914.88 |

Total quantities shipped: **106**

| | |
|---|---|
| Subtotal: | $8,089.28 |
| Total: | $8,089.28 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001366

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 260486 | Jun 16, 2022 | **$237.50** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 50 | Green Vein Maeng Da By OPMS - 36g - 60 Capsules | $4.75 | $0.00 | $237.50 |

Total quantities shipped: **50**

|  |  |
|---|---|
| Subtotal: | $237.50 |
| Total: | $237.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001367

# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 260596 | Jun 17, 2022 | **$4,160.00** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | ELF Bar BC5000 10pk - Blueberry Energize | $80.00 | $0.00 | $480.00 |
| 1 | ELF Bar BC5000 10pk - Green Apple | $80.00 | $0.00 | $80.00 |
| 5 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Malysian Mango | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $400.00 |
| 6 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $480.00 |
| 1 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $0.00 | $80.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $400.00 |
| 2 | ELF Bar BC5000 10pk - Sweet Menthol | $80.00 | $0.00 | $160.00 |
| 6 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $480.00 |

Total quantities shipped: **52**

| | |
|---|---|
| Subtotal: | $4,160.00 |
| Total: | $4,160.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001368



# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 261035 | Jun 21, 2022 | **$729.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Air Bar Diamond 10pk - Cool Mint | $35.00 | $0.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Pineapple Ice | $35.00 | $0.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Strawberry Kiwi | $35.00 | $0.00 | $175.00 |
| 3 | Air Bar Box 3000 Puffs 10pk - Love Story | $68.00 | $0.00 | $204.00 |

Total quantities shipped: **18**

| | |
|---|---|
| Subtotal: | $729.00 |
| Total: | $729.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001369

# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 261213 | Jun 22, 2022 | **$4,369.88** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Fume Extra 1500 Puffs 10pk - Black Ice | $52.50 | $0.00 | $105.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Coffee Tobacco | $52.50 | $0.00 | $105.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Dessert Breeze | $52.50 | $0.00 | $52.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Lush Ice | $52.50 | $0.00 | $105.00 |
| 30 | Fume Extra 1500 Puffs 10pk - Mint Ice | $52.50 | $0.00 | $1,575.00 |
| 6 | Fume Extra 1500 Puffs 10pk - Raspberry Watermelon | $52.50 | $0.00 | $315.00 |
| 6 | Fume Extra 1500 Puffs 10pk - Strawberry | $52.50 | $0.00 | $315.00 |
| 6 | Fume Extra 1500 Puffs 10pk - Strawberry Banana | $52.50 | $0.00 | $315.00 |
| 6 | Fume Extra 1500 Puffs 10pk - Strawberry Mango | $52.50 | $0.00 | $315.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Unicorn | $52.50 | $0.00 | $157.50 |
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $0.00 | $914.88 |
| 1 | Yocan Kodo Battery 20ct Display | $95.00 | $0.00 | $95.00 |

Total quantities shipped: **77**

| | |
|---|---|
| Subtotal: | $4,369.88 |
| Total: | $4,369.88 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001370

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 261296 | Jun 23, 2022 | **$315.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Fume Extra 1500 Puffs 10pk - Coffee Tobacco | $52.50 | $0.00 | $157.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Tangerine Ice | $52.50 | $0.00 | $157.50 |

Total quantities shipped: **6**

| | |
|---|---|
| Subtotal: | $315.00 |
| Total: | $315.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.



# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 261487 | Jun 24, 2022 | **$4,657.90** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | Fume Infinity 3500 Puffs 5pk - Black Ice | $43.75 | $0.00 | $175.00 |
| 5 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $43.75 | $0.00 | $218.75 |
| 4 | Fume Infinity 3500 Puffs 5pk - Blueberry CC | $43.75 | $0.00 | $175.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $43.75 | $0.00 | $175.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Dessert Breeze | $43.75 | $0.00 | $87.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $43.75 | $0.00 | $87.50 |
| 5 | Fume Infinity 3500 Puffs 5pk - Gummy Bears | $43.75 | $0.00 | $218.75 |
| 3 | Fume Infinity 3500 Puffs 5pk - Kiwi Strawberry | $43.75 | $0.00 | $131.25 |
| 1 | Fume Infinity 3500 Puffs 5pk - Lychee Ice | $43.75 | $0.00 | $43.75 |
| 1 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $43.75 | $0.00 | $43.75 |
| 15 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $43.75 | $0.00 | $656.25 |
| 6 | Fume Infinity 3500 Puffs 5pk - Pina Colada | $43.75 | $0.00 | $262.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $43.75 | $0.00 | $87.50 |
| 3 | Fume Infinity 3500 Puffs 5pk - Rainbow Candy | $43.75 | $0.00 | $131.25 |
| 1 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $43.75 | $0.00 | $43.75 |
| 3 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $43.75 | $0.00 | $131.25 |
| 5 | Fume Infinity 3500 Puffs 5pk - Unicorn | $43.75 | $0.00 | $218.75 |
| 3 | Juul Kits - Basic Kit - Slate 8ct | $58.80 | $0.00 | $176.40 |
| 8 | Air Bar Box 3000 Puffs 10pk - Watermelon Candy | $68.00 | $0.00 | $544.00 |
| 50 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |

Total quantities shipped: **127**

|  | |
|---|---|
| Subtotal: | $4,657.90 |
| Total: | $4,657.90 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001372

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 261503 | Jun 24, 2022 | **$1,600.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Sour Candy | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $400.00 |

Total quantities shipped: **20**

| | |
|---|---|
| Subtotal: | $1,600.00 |
| Total: | $1,600.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001373

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 261844 | Jun 27, 2022 | **$117.60** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Juul Kits - Basic Kit - Slate 8ct | $58.80 | $0.00 | $117.60 |

Total quantities shipped: **2**

Subtotal: $117.60
Total: $117.60

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001374

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 262008 | Jun 27, 2022 | **$680.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Air Bar Box 3000 Puffs 10pk - Grape Ice | $68.00 | $0.00 | $680.00 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $680.00 |
| Total: | $680.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001375

# INVOICE





| Order # | Document Date | Total |
|---|---|---|
| 262236 | Jun 29, 2022 | $3,036.25 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | Fume Extra 1500 Puffs 10pk - Banana Ice | $52.50 | $0.00 | $210.00 |
| 4 | Fume Extra 1500 Puffs 10pk - Blue Razz | $52.50 | $0.00 | $210.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Cotton Candy | $52.50 | $0.00 | $262.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Melon Ice | $52.50 | $0.00 | $157.50 |
| 7 | Fume Extra 1500 Puffs 10pk - Pina Colada | $52.50 | $0.00 | $367.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Pineapple Ice | $52.50 | $0.00 | $105.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Pink Lemonade | $52.50 | $0.00 | $262.50 |
| 5 | Fume Extra 1500 Puffs 10pk - Purple Rain | $52.50 | $0.00 | $262.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Raspberry Watermelon | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Strawberry | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Unicorn | $52.50 | $0.00 | $52.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $43.75 | $0.00 | $43.75 |
| 5 | ELF Bar BC5000 10pk - Rainbow Candy | $80.00 | $0.00 | $400.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $0.00 | $160.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $43.75 | $0.00 | $131.25 |
| 5 | Fume Infinity 3500 Puffs 5pk - Peach Ice | $43.75 | $0.00 | $218.75 |
| 2 | Fume Infinity 3500 Puffs 5pk - Strawberry Watermelon | $43.75 | $0.00 | $87.50 |

Total quantities shipped: **56**

| | |
|---|---|
| Subtotal: | $3,036.25 |
| Total: | $3,036.25 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001376

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 262299 | Jun 29, 2022 | **$152.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Energize | $76.00 | $0.00 | $76.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Summer LUV | $76.00 | $0.00 | $76.00 |

Total quantities shipped: **2**

|  | |
|---|---|
| Subtotal: | $152.00 |
| Total: | $152.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001377

 **INVOICE**

| Order # | Document Date | Total | |
|---|---|---|---|
| 262712 | Jul 1, 2022 | **$1,455.35** |  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Juul Kits - Basic Kit - Slate 8ct | $58.80 | $0.00 | $117.60 |
| 5 | Air Bar Diamond 10pk - Cool Mint | $35.00 | $0.00 | $175.00 |
| 3 | Air Bar Box 5000 Puffs 5pk - Blueberry Ice | $41.25 | $0.00 | $123.75 |
| 3 | Air Bar Box 5000 Puffs 5pk - Double Apple | $41.25 | $0.00 | $123.75 |
| 3 | Air Bar Box 5000 Puffs 5pk - Gummy Bears | $41.25 | $0.00 | $123.75 |
| 3 | Air Bar Box 5000 Puffs 5pk - Jungle Juice | $41.25 | $0.00 | $123.75 |
| 3 | Air Bar Box 5000 Puffs 5pk - Rainbow Blast | $41.25 | $0.00 | $123.75 |
| 5 | Air Bar Box 3000 Puffs 10pk - Mix Berries | $68.00 | $0.00 | $340.00 |
| 3 | Air Bar Box 3000 Puffs 10pk - Strawberry Kiwi | $68.00 | $0.00 | $204.00 |

Total quantities shipped: **30**

|  | |
|---|---|
| Subtotal: | $1,455.35 |
| Total: | $1,455.35 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001378

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 263082 | Jul 4, 2022 | $3,265.55 | PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 100 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.44 | $0.00 | $444.00 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $4.44 | $0.00 | $222.00 |
| 25 | Dry Tobacco By VGOD - Salt Nicotine 25mg - 30ml | $4.44 | $0.00 | $111.00 |
| 15 | Cubano By VGOD - Salt Nicotine 50mg - 30ml | $4.44 | $0.00 | $66.60 |
| 10 | Iced Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.44 | $0.00 | $44.40 |
| 10 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.44 | $0.00 | $44.40 |
| 10 | Iced Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.44 | $0.00 | $44.40 |
| 10 | Iced Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.44 | $0.00 | $44.40 |
| 10 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $4.44 | $0.00 | $44.40 |
| 5 | Melon Mix By VGOD - Salt Nicotine 25mg - 30ml | $4.44 | $0.00 | $22.20 |
| 2 | ELF Bar BC5000 10pk - Guava Ice | $80.00 | $0.00 | $160.00 |
| 1 | Pink Punch 0 By Twist E-Liquid - 3mg - 2 x 60ml | $11.50 | $0.00 | $11.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Banana Ice | $52.50 | $0.00 | $105.00 |
| 6 | Fume Extra 1500 Puffs 10pk - Black Ice | $52.50 | $0.00 | $315.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Blue Razz | $52.50 | $0.00 | $157.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Coffee Tobacco | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Lush Ice | $52.50 | $0.00 | $52.50 |
| 5 | Fume Extra 1500 Puffs 10pk - Mint Ice | $52.50 | $0.00 | $262.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Raspberry Watermelon | $52.50 | $0.00 | $52.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Black Ice | $43.75 | $0.00 | $87.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $43.75 | $0.00 | $87.50 |
| 5 | Fume Infinity 3500 Puffs 5pk - Peach Ice | $43.75 | $0.00 | $218.75 |
| 1 | Fume Infinity 3500 Puffs 5pk - Pina Colada | $43.75 | $0.00 | $43.75 |
| 2 | Fume Extra 1500 Puffs 10pk - Bubble Gum | $43.75 | $0.00 | $87.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Dessert Breeze | $43.75 | $0.00 | $43.75 |
| 100 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $4.40 | $0.00 | $440.00 |

Total quantities shipped: **380**

| | |
|---|---|
| Subtotal: | $3,265.55 |
| Total: | $3,265.55 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001379

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 263083 | Jul 4, 2022 | **$76.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Summer LUV | $76.00 | $0.00 | $76.00 |

Total quantities shipped: **1**

|  |  |
|---|---|
| Subtotal: | $76.00 |
| Total: | $76.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001380

# INVOICE



| | Order # | Document Date | Total |
|---|---|---|---|
| | 263353 | Jul 6, 2022 | $4,529.46 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $0.00 | $1,372.32 |
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $0.00 | $914.88 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $0.00 | $914.88 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $0.00 | $914.88 |
| 2 | Air Bar Box 5000 Puffs 5pk - Blueberry Ice | $41.25 | $0.00 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Double Apple | $41.25 | $0.00 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Gummy Bears | $41.25 | $0.00 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Jungle Juice | $41.25 | $0.00 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Rainbow Blast | $41.25 | $0.00 | $82.50 |

Total quantities shipped: **64**

| | |
|---|---|
| Subtotal: | $4,529.46 |
| Total: | $4,529.46 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001381

# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 263401 | Jul 6, 2022 | **$1,333.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Berry Ice Cream | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Cherry Peach Lemonade | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Philippine Mango | $78.50 | $0.00 | $78.50 |
| 10 | Fume Extra 1500 Puffs 10pk - Lush Ice | $52.50 | $0.00 | $525.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Lush Ice | $67.50 | $0.00 | $67.50 |
| 1 | Fume Ultra 2500 Puffs 10pk - Tropical Fruit | $67.50 | $0.00 | $67.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Blueberry Mint | $43.75 | $0.00 | $43.75 |
| 1 | Fume Infinity 3500 Puffs 5pk - Coffee Tobacco | $43.75 | $0.00 | $43.75 |
| 8 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $43.75 | $0.00 | $350.00 |

Total quantities shipped: **25**

| | |
|---|---|
| Subtotal: | $1,333.00 |
| Total: | $1,333.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001382

# INVOICE


**PAID**

| | Order # | Date | Total |
|---|---|---|---|
| | 263515 | Jul 6, 2022 | **$437.50** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $43.75 | $0.00 | $437.50 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $437.50 |
| Total: | $437.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 263582 | Jul 7, 2022 | **$2,240.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $800.00 |
| 1 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Mandarin Lime | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $80.00 |
| 3 | ELF Bar BC5000 10pk - Pineapple Coconut Ice | $80.00 | $0.00 | $240.00 |
| 1 | ELF Bar BC5000 10pk - Pineapple Strawnana | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $80.00 |
| 3 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $240.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $160.00 |
| 3 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $240.00 |

Total quantities shipped: **28**

| | |
|---|---|
| Subtotal: | $2,240.00 |
| Total: | $2,240.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001384

# INVOICE



**PAID**

| Order # | Document Date | Total |
|---------|------|-------|
| 263865 | Jul 9, 2022 | $12,542.86 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 1 | Fireluke 2 Tank By FreeMax - Metal Blue | $16.49 | $0.00 | $16.49 |
| 5 | Air Bar Box 5000 Puffs 5pk - Blueberry Ice | $41.25 | $0.00 | $206.25 |
| 1 | Air Bar Box 5000 Puffs 5pk - Double Apple | $41.25 | $0.00 | $41.25 |
| 1 | Air Bar Box 5000 Puffs 5pk - Rainbow Blast | $41.25 | $0.00 | $41.25 |
| 1 | ELF Bar BC5000 10pk - Rainbow Candy | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $0.00 | $80.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Strawberry Watermelon | $43.75 | $0.00 | $87.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Berry Ice Cream | $76.00 | $0.00 | $76.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Blueberry | $76.00 | $0.00 | $152.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz | $76.00 | $0.00 | $76.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $76.00 | $0.00 | $152.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Orange Ice | $76.00 | $0.00 | $76.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Summer LUV | $76.00 | $0.00 | $76.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Tropical | $76.00 | $0.00 | $76.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Banana Cherry | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Berry Ice Cream | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Dewberry | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Loops | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Mango Peaches & Cream | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach Mango Watermelon | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Philippine Mango | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Raspberry Watermelon | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Tropical | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Banana Ice | $78.50 | $0.00 | $78.50 |
| 60 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $0.00 | $4,574.40 |
| 18 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $0.00 | $1,372.32 |
| 60 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $0.00 | $4,574.40 |

Total quantities shipped: **169**

Subtotal: $12,542.86
Total: $12,542.86

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001385



# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 263947 | Jul 10, 2022 | **$55.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Chocolate Mint | $55.00 | $0.00 | $55.00 |

Total quantities shipped: **1**

Subtotal: $55.00
Total: $55.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001386

# INVOICE

| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 264026 | Jul 11, 2022 | **$5,313.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Air Bar Diamond 10pk - Blueberry Raspberry | $35.00 | $0.00 | $350.00 |
| 5 | Air Bar Diamond 10pk - Cool Mint | $35.00 | $0.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Sakura Grape | $35.00 | $0.00 | $175.00 |
| 10 | Air Bar Diamond 10pk - Sour Apple | $35.00 | $0.00 | $350.00 |
| 10 | Air Bar Diamond 10pk - Strawberry Kiwi | $35.00 | $0.00 | $350.00 |
| 3 | Air Bar Diamond 10pk - Super Mint | $35.00 | $0.00 | $105.00 |
| 20 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $68.00 | $0.00 | $1,360.00 |
| 20 | Air Bar Box 3000 Puffs 10pk - Love Story | $68.00 | $0.00 | $1,360.00 |
| 10 | Air Bar Box 3000 Puffs 10pk - Mix Berries | $68.00 | $0.00 | $680.00 |
| 6 | Air Bar Box 3000 Puffs 10pk - Strawberry Watermelon | $68.00 | $0.00 | $408.00 |

Total quantities shipped: **99**

Subtotal: $5,313.00
Total: $5,313.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001387

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 264215 | Jul 12, 2022 | **$1,155.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Air Bar Box 5000 Puffs 5pk - Blueberry Ice | $41.25 | $0.00 | $206.25 |
| 3 | Air Bar Box 5000 Puffs 5pk - Blueberry Mint | $41.25 | $0.00 | $123.75 |
| 5 | Air Bar Box 5000 Puffs 5pk - Cool Mint | $41.25 | $0.00 | $206.25 |
| 5 | Air Bar Box 5000 Puffs 5pk - Kiwi Dragon Berry | $41.25 | $0.00 | $206.25 |
| 5 | Air Bar Box 5000 Puffs 5pk - Peach Blueberry Candy | $41.25 | $0.00 | $206.25 |
| 2 | Air Bar Box 5000 Puffs 5pk - Strawberry Kiwi | $41.25 | $0.00 | $82.50 |
| 3 | Air Bar Box 5000 Puffs 5pk - Watermelon Ice | $41.25 | $0.00 | $123.75 |

Total quantities shipped: **28**

Subtotal: $1,155.00
Total: $1,155.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001388

# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 264460 | Jul 13, 2022 | **$1,103.50** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | ELF Bar BC5000 10pk - Rainbow Candy | $80.00 | $0.00 | $240.00 |
| 10 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Minty O's | $78.50 | $0.00 | $785.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Summer LUV | $78.50 | $0.00 | $78.50 |

Total quantities shipped: **14**

| | |
|---|---|
| Subtotal: | $1,103.50 |
| Total: | $1,103.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001389

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 264461 | Jul 13, 2022 | **$59.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Air Bar Lux Plus 10pk - Corns & Chips | $59.00 | $0.00 | $59.00 |

Total quantities shipped: **1**

|  | |
|---|---|
| Subtotal: | $59.00 |
| Total: | $59.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001390

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 264615 | Jul 15, 2022 | **$8,505.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $68.00 | $0.00 | $1,360.00 |
| 40 | Air Bar Box 3000 Puffs 10pk - Blueberry Raspberry | $68.00 | $0.00 | $2,720.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Love Story | $68.00 | $0.00 | $340.00 |
| 20 | Air Bar Box 3000 Puffs 10pk - Strawberry Watermelon | $68.00 | $0.00 | $1,360.00 |
| 20 | Air Bar Box 3000 Puffs 10pk - Watermelon Ice | $68.00 | $0.00 | $1,360.00 |
| 39 | Air Bar Diamond 10pk - Blueberry Kiwi Ice | $35.00 | $0.00 | $1,365.00 |

Total quantities shipped: **144**

Subtotal: **$8,505.00**
Total: **$8,505.00**

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001391

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 264619 | Jul 15, 2022 | $6,697.50 | PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Berry Ice Cream | $76.00 | $0.00 | $76.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Blueberry | $76.00 | $0.00 | $152.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Banana Ice | $76.00 | $0.00 | $304.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz | $76.00 | $0.00 | $152.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $76.00 | $0.00 | $380.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Cherry Peach Lemonade | $76.00 | $0.00 | $152.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Cola Ice | $76.00 | $0.00 | $228.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Dragonfruit Lemonade | $76.00 | $0.00 | $152.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Energize | $76.00 | $0.00 | $228.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - OJ | $76.00 | $0.00 | $76.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $76.00 | $0.00 | $76.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Peach Mango Watermelon | $76.00 | $0.00 | $304.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Pina Colada | $76.00 | $0.00 | $304.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $76.00 | $0.00 | $304.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $76.00 | $0.00 | $304.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Spearmint | $76.00 | $0.00 | $228.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Banana | $76.00 | $0.00 | $152.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Kiwi | $76.00 | $0.00 | $76.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Orange Ice | $76.00 | $0.00 | $228.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Summer LUV | $76.00 | $0.00 | $76.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Tropical | $76.00 | $0.00 | $304.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Watermelon Ice Cream | $76.00 | $0.00 | $76.00 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Blue Razz Ice | $78.50 | $0.00 | $235.50 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Blue Razz Lemonade | $78.50 | $0.00 | $392.50 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Minty O's | $78.50 | $0.00 | $157.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach Mango Watermelon | $78.50 | $0.00 | $157.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Raspberry Watermelon | $78.50 | $0.00 | $157.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Tropical | $78.50 | $0.00 | $157.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Banana Ice | $78.50 | $0.00 | $157.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach | $78.50 | $0.00 | $78.50 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Sour Apple Ice | $78.50 | $0.00 | $392.50 |
| 1 | Hyde Edge 1500 Puffs 10pk - Dragonfruit Lemonade | $53.50 | $0.00 | $53.50 |
| 1 | Hyde Edge 1500 Puffs 10pk - Peach Mango Watermelon | $53.50 | $0.00 | $53.50 |
| 1 | Hyde Edge 1500 Puffs 10pk - Raspberry Watermelon | $53.50 | $0.00 | $53.50 |
| 1 | Hyde Edge 1500 Puffs 10pk - Sour Apple Ice | $53.50 | $0.00 | $53.50 |
| 1 | Hyde Edge 1500 Puffs 10pk - Strawberry Banana | $53.50 | $0.00 | $53.50 |
| 1 | Hyde Edge 1500 Puffs 10pk - Strawberry Ice Cream | $53.50 | $0.00 | $53.50 |
| 1 | Hyde Edge 1500 Puffs 10pk - Strawberry Kiwi | $53.50 | $0.00 | $53.50 |
| 1 | Hyde Edge 1500 Puffs 10pk - Strawberry Orange Ice | $53.50 | $0.00 | $53.50 |
| 1 | Hyde Edge 1500 Puffs 10pk - Tropical Gummy | $53.50 | $0.00 | $53.50 |

Total quantities shipped: **90**

| | |
|---|---|
| Subtotal: | $6,697.50 |
| Total: | $6,697.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

RZSMOKE00001392

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment,**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001393

# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 264704 | Jul 15, 2022 | **$4,908.75** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Fume Extra 1500 Puffs 10pk - Banana Ice | $52.50 | $0.00 | $157.50 |
| 5 | Fume Extra 1500 Puffs 10pk - Black Ice | $52.50 | $0.00 | $262.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $52.50 | $0.00 | $105.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Bubble Gum | $52.50 | $0.00 | $105.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Cotton Candy | $52.50 | $0.00 | $52.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Dessert Breeze | $52.50 | $0.00 | $105.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Double Apple | $52.50 | $0.00 | $105.00 |
| 10 | Fume Extra 1500 Puffs 10pk - Lush Ice | $52.50 | $0.00 | $525.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Mango | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Melon Ice | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Pina Colada | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Rainbow Candy | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Tangerine Ice | $52.50 | $0.00 | $52.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Unicorn | $52.50 | $0.00 | $105.00 |
| 10 | Air Bar Box 3000 Puffs 10pk - NKD100 Max - Blue Razz Ice | $72.50 | $0.00 | $725.00 |
| 10 | Air Bar Box 3000 Puffs 10pk - NKD100 Max - Peach Mango | $72.50 | $0.00 | $725.00 |
| 10 | Air Bar Box 3000 Puffs 10pk - NKD100 Max - Watermelon Ice | $72.50 | $0.00 | $725.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Black Ice | $41.25 | $0.00 | $82.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $41.25 | $0.00 | $82.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Blueberry CC | $41.25 | $0.00 | $82.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $41.25 | $0.00 | $41.25 |
| 10 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $41.25 | $0.00 | $412.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $41.25 | $0.00 | $82.50 |
| 3 | Fume Infinity 3500 Puffs 5pk - Strawberry Watermelon | $41.25 | $0.00 | $123.75 |
| 1 | Fume Infinity 3500 Puffs 5pk - Unicorn | $41.25 | $0.00 | $41.25 |

Total quantities shipped: **87**

| | |
|---|---|
| Subtotal: | $4,908.75 |
| Total: | $4,908.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001394

# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 264860 | Jul 18, 2022 | **$800.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   *Distributor*
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $80.00 |
| 3 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $240.00 |
| 2 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $160.00 |
| 3 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $240.00 |
| 1 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $80.00 |

Total quantities shipped: **10**

Subtotal: $800.00
Total: **$800.00**

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001395

# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 265217 | Jul 20, 2022 | **$2,810.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Pod Mesh 2500 Puffs 10pk - Peblz | $45.00 | $0.00 | $45.00 |
| 2 | Air Bar Box 5000 Puffs 5pk - Blueberry Ice | $41.25 | $0.00 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Cool Mint | $41.25 | $0.00 | $82.50 |
| 1 | Air Bar Box 5000 Puffs 5pk - Double Apple | $41.25 | $0.00 | $41.25 |
| 2 | Fume Extra 1500 Puffs 10pk - Black Ice | $52.50 | $0.00 | $105.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Blue Razz | $52.50 | $0.00 | $157.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $52.50 | $0.00 | $157.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Fresh Lychee | $52.50 | $0.00 | $105.00 |
| 8 | Fume Extra 1500 Puffs 10pk - Gummy Bears | $52.50 | $0.00 | $420.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Lush Ice | $52.50 | $0.00 | $105.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Pink Lemonade | $52.50 | $0.00 | $52.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Raspberry Watermelon | $52.50 | $0.00 | $157.50 |
| 3 | Fume Infinity 3500 Puffs 5pk - Black Ice | $43.75 | $0.00 | $131.25 |
| 3 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $43.75 | $0.00 | $131.25 |
| 2 | Fume Infinity 3500 Puffs 5pk - Blueberry CC | $43.75 | $0.00 | $87.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $43.75 | $0.00 | $43.75 |
| 5 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $43.75 | $0.00 | $218.75 |
| 1 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $43.75 | $0.00 | $43.75 |
| 1 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $43.75 | $0.00 | $43.75 |
| 5 | Fume Infinity 3500 Puffs 5pk - Strawberry Watermelon | $43.75 | $0.00 | $218.75 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $76.00 | $0.00 | $228.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $76.00 | $0.00 | $152.00 |

Total quantities shipped: **56**

| | |
|---|---|
| Subtotal: | $2,810.00 |
| Total: | $2,810.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001396



# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 265767 | Jul 25, 2022 | **$3,280.00** |  PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 8 | ELF Bar BC5000 10pk - Black Ice | $80.00 | $0.00 | $640.00 |
| 8 | ELF Bar BC5000 10pk - Fuji Ice | $80.00 | $0.00 | $640.00 |
| 15 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $1,200.00 |
| 10 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $800.00 |

Total quantities shipped: **41**

|  | |
|---|---|
| Subtotal: | $3,280.00 |
| Total: | $3,280.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001397

# INVOICE

| Order # | Document Date | Total | PAID |
|---|---|---|---|
| 265769 | Jul 25, 2022 | $4,917.50 | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 8 | Fume Extra 1500 Puffs 10pk - Black Ice | $52.50 | $0.00 | $420.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Blue Razz | $52.50 | $0.00 | $262.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Bubble Gum | $52.50 | $0.00 | $105.00 |
| 6 | Fume Extra 1500 Puffs 10pk - Cuban Tobacco | $52.50 | $0.00 | $315.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Double Apple | $52.50 | $0.00 | $52.50 |
| 10 | Fume Extra 1500 Puffs 10pk - Lush Ice | $52.50 | $0.00 | $525.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Melon Ice | $52.50 | $0.00 | $52.50 |
| 10 | Fume Extra 1500 Puffs 10pk - Mint Ice | $52.50 | $0.00 | $525.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Pina Colada | $52.50 | $0.00 | $262.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Rainbow Candy | $52.50 | $0.00 | $105.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Strawberry Mango | $52.50 | $0.00 | $157.50 |
| 15 | Fume Extra 1500 Puffs 10pk - Strawberry Watermelon | $52.50 | $0.00 | $787.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Tangerine Ice | $52.50 | $0.00 | $105.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Unicorn | $52.50 | $0.00 | $105.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Black Ice | $43.75 | $0.00 | $87.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $43.75 | $0.00 | $87.50 |
| 3 | Fume Infinity 3500 Puffs 5pk - Cuban Tobacco | $43.75 | $0.00 | $131.25 |
| 4 | Fume Infinity 3500 Puffs 5pk - Kiwi Strawberry | $43.75 | $0.00 | $175.00 |
| 5 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $43.75 | $0.00 | $218.75 |
| 5 | Fume Infinity 3500 Puffs 5pk - Strawberry Banana | $43.75 | $0.00 | $218.75 |
| 5 | Fume Infinity 3500 Puffs 5pk - Strawberry Watermelon | $43.75 | $0.00 | $218.75 |

Total quantities shipped: **98**

| | |
|---|---|
| Subtotal: | $4,917.50 |
| Total: | $4,917.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001398

# INVOICE



| | Order # | Document Date | Total |
|---|---|---|---|
| | 265778 | Jul 25, 2022 | **$6,750.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Pod Mesh 2500 Puffs 10pk - Peblz | $45.00 | $0.00 | $225.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Blueberry CC | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Double Apple | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Lush Ice | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Pina Colada | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Purple Rain | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Rainbow Candy | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Raspberry Watermelon | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Strawberry Banana | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Strawberry Mango | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Strawberry Watermelon | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Tropical Fruit | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Watermelon Lemonade | $52.50 | $0.00 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Yogurt Ice Cream | $52.50 | $0.00 | $105.00 |
| 30 | JUUL Pods 8pk - Menthol 5% 4 Pods | $86.00 | $0.00 | $2,580.00 |
| 30 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $86.00 | $0.00 | $2,580.00 |

Total quantities shipped: **91**

|  |  |
|---|---|
| Subtotal: | $6,750.00 |
| Total: | $6,750.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001399

# INVOICE

| | | | | |
|---|---|---|---|---|
| **Order #** | **Document Date** | | **Total** | **PAID** |
| 266273 | Jul 29, 2022 | | $7,390.00 | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Box 3000 Puffs 10pk - Strawberry Kiwi | $68.00 | $0.00 | $136.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Blue Razz | $52.50 | $0.00 | $52.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Double Apple | $52.50 | $0.00 | $105.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Tangerine Ice | $52.50 | $0.00 | $157.50 |
| 24 | JUUL Pods 8pk - Menthol 5% 4 Pods | $86.00 | $0.00 | $2,064.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $86.00 | $0.00 | $1,032.00 |
| 10 | Novo Pods & Coils - Novo 4 - LP1 Coil DC 0.8ohm MTL 5pk | $7.50 | $0.00 | $75.00 |
| 1 | Novo 3 By Smok - IML Blue Cobra | $12.50 | $0.00 | $12.50 |
| 1 | Novo 3 By Smok - IML Red Cobra | $12.50 | $0.00 | $12.50 |
| 1 | Novo 3 By Smok - IML Silver Cobra | $12.50 | $0.00 | $12.50 |
| 1 | Novo 2 By Smok - Black and White Resin | $12.50 | $0.00 | $12.50 |
| 1 | Novo 2 By Smok - Blue and Black Resin Streak | $12.50 | $0.00 | $12.50 |
| 1 | Novo 2 By Smok - Black - Carbon Fiber | $12.50 | $0.00 | $12.50 |
| 1 | Novo X Kit By Smok - 7-Color Cobra | $17.50 | $0.00 | $17.50 |
| 1 | Novo X Kit By Smok - 7-Color Resin | $17.50 | $0.00 | $17.50 |
| 3 | Novo X Kit By Smok - Black Cobra | $17.50 | $0.00 | $52.50 |
| 3 | Novo X Kit By Smok - Black Stabilizing Wood | $17.50 | $0.00 | $52.50 |
| 3 | Novo X Kit By Smok - Blue Cobra | $17.50 | $0.00 | $52.50 |
| 3 | Novo X Kit By Smok - Red Stabilizing Wood | $17.50 | $0.00 | $52.50 |
| 3 | Novo X Kit By Smok - Silver Cobra | $17.50 | $0.00 | $52.50 |
| 3 | Novo X Kit By Smok - White Cobra | $17.50 | $0.00 | $52.50 |
| 1 | Krunch By Keep It 100 - 6mg - 100ml (TFN) | $7.00 | $0.00 | $7.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz | $76.00 | $0.00 | $76.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Minty O's | $76.00 | $0.00 | $380.00 |
| 4 | ELF Bar BC5000 10pk - Grape Energy | $80.00 | $0.00 | $320.00 |
| 10 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $800.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $160.00 |
| 10 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $400.00 |

Total quantities shipped: **123**

| | |
|---|---|
| Subtotal: | $7,390.00 |
| Total: | $7,390.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001400


# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 266305 | Jul 29, 2022 | $9,190.00 | PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 40 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $68.00 | $0.00 | $2,720.00 |
| 20 | Air Bar Box 3000 Puffs 10pk - Grape Ice | $68.00 | $0.00 | $1,360.00 |
| 20 | Air Bar Box 3000 Puffs 10pk - Mix Berries | $68.00 | $0.00 | $1,360.00 |
| 40 | Air Bar Box 3000 Puffs 10pk - Strawberry Watermelon | $68.00 | $0.00 | $2,720.00 |
| 10 | Air Bar Box 3000 Puffs 10pk - Watermelon Candy | $68.00 | $0.00 | $680.00 |
| 10 | Air Bar Diamond 10pk - Blueberry Kiwi Ice | $35.00 | $0.00 | $350.00 |

Total quantities shipped: **140**

|  |  |
|---|---|
| Subtotal: | $9,190.00 |
| Total: | $9,190.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001401

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 267535 | Aug 4, 2022 | **$945.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Air Bar Diamond 10pk - Apple Cream | $35.00 | $0.00 | $175.00 |
| 10 | Air Bar Diamond 10pk - Blueberry Custard | $35.00 | $0.00 | $350.00 |
| 6 | Air Bar Diamond 10pk - Strawberry Banana | $35.00 | $0.00 | $210.00 |
| 3 | Air Bar Diamond 10pk - Strawberry Custard | $35.00 | $0.00 | $105.00 |
| 3 | Air Bar Diamond 10pk - Watermelon Bombe | $35.00 | $0.00 | $105.00 |

Total quantities shipped: **27**

| | |
|---|---|
| Subtotal: | $945.00 |
| Total: | $945.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001402

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 268075 | Aug 8, 2022 | **$3,284.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $6.00 | $0.00 | $18.00 |
| 3 | Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $6.00 | $0.00 | $18.00 |
| 15 | Air Bar Box 3000 Puffs 10pk - Strawberry Kiwi | $68.00 | $0.00 | $1,020.00 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Blue Razz Ice | $78.50 | $0.00 | $392.50 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Minty O's | $78.50 | $0.00 | $392.50 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach | $78.50 | $0.00 | $235.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Purple Rain | $52.50 | $0.00 | $157.50 |
| 10 | Fume Extra 1500 Puffs 10pk - Peach Ice | $52.50 | $0.00 | $525.00 |
| 10 | Fume Extra 1500 Puffs 10pk - Strawberry Banana | $52.50 | $0.00 | $525.00 |

Total quantities shipped: **57**

| | |
|---|---|
| Subtotal: | $3,284.00 |
| Total: | $3,284.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001403

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 268184 | Aug 8, 2022 | **$5,837.12** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 50 | JUUL Pods 8pk - Menthol 5% 4 Pods | $85.84 | $0.00 | $4,292.00 |
| 18 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $85.84 | $0.00 | $1,545.12 |

Total quantities shipped: **68**

Subtotal: $5,837.12
Total: $5,837.12

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001404

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 268185 | Aug 8, 2022 | **$4,827.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 60 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,260.00 |
| 6 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $2,280.00 |
| 60 | Black By OPMS - 5ct | $21.00 | $0.00 | $1,260.00 |
| 4 | Grape By Reds Apple - 3mg - 60ml | $6.75 | $0.00 | $27.00 |

Total quantities shipped: **130**

| | |
|---|---|
| Subtotal: | $4,827.00 |
| Total: | $4,827.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001405

# INVOICE




| Order # | Date | Total | |
|---|---|---|---|
| 268500 | Aug 10, 2022 | **$9,868.74** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 60 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $0.00 | $4,574.40 |
| 18 | JUUL Pods 8pk - Menthol 3% 4 Pods | $76.24 | $0.00 | $1,372.32 |
| 36 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $0.00 | $2,744.64 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $0.00 | $914.88 |
| 5 | Fume Extra 1500 Puffs 10pk - Fresh Lychee | $52.50 | $0.00 | $262.50 |

Total quantities shipped: **131**

| | |
|---|---|
| Subtotal: | $9,868.74 |
| Total: | $9,868.74 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001406

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 268579 | Aug 11, 2022 | **$700.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | MYLE Mini - Pink Lemonade | $70.00 | $0.00 | $700.00 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $700.00 |
| Total: | $700.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001407

# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 268685 | Aug 11, 2022 | **$980.00** | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Air Bar Diamond 10pk - Blueberry Ice | $35.00 | $0.00 | $350.00 |
| 15 | Air Bar Diamond 10pk - Rainbow Candy | $35.00 | $0.00 | $525.00 |
| 3 | Air Bar Diamond 10pk - Strawberry Banana | $35.00 | $0.00 | $105.00 |

Total quantities shipped: **28**

|  |  |
|---|---|
| Subtotal: | $980.00 |
| Total: | $980.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001408

# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 269192 | Aug 14, 2022 | $1,611.50 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Air Bar Diamond 10pk - Sakura Grape | $35.00 | $0.00 | $105.00 |
| 8 | Air Bar Diamond 10pk - Strawberry Banana | $35.00 | $0.00 | $280.00 |
| 5 | Air Bar Diamond 10pk - Blueberry Raspberry | $35.00 | $0.00 | $175.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - NKD100 Max - Apple | $72.50 | $0.00 | $145.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - NKD100 Max - Peach Mango | $72.50 | $0.00 | $362.50 |
| 8 | Air Bar Box 3000 Puffs 10pk - Cool Lemon | $68.00 | $0.00 | $544.00 |

Total quantities shipped: **31**

| | |
|---|---|
| Subtotal: | $1,611.50 |
| Total: | $1,611.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001409

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 269199 | Aug 15, 2022 | **$120.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $6.00 | $0.00 | $24.00 |
| 6 | Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $6.00 | $0.00 | $36.00 |
| 4 | Dry Tobacco By VGOD - Salt Nicotine 25mg - 30ml | $6.00 | $0.00 | $24.00 |
| 6 | Dry Tobacco By VGOD - Salt Nicotine 50mg - 30ml | $6.00 | $0.00 | $36.00 |

Total quantities shipped: **20**

|  |  |
|---|---|
| Subtotal: | $120.00 |
| Total: | $120.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001410

 **INVOICE**

 **PAID**

| Order # | Document Date | Total |
|---|---|---|
| 269664 | Aug 18, 2022 | **$4,608.50** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Fume Extra 1500 Puffs 10pk - Blueberry CC | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Bubble Gum | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Fresh Lychee | $52.50 | $0.00 | $52.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Grape | $52.50 | $0.00 | $157.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Raspberry Watermelon | $52.50 | $0.00 | $157.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Strawberry | $52.50 | $0.00 | $157.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Strawberry Watermelon | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Unicorn | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Yogurt Ice Cream | $52.50 | $0.00 | $52.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Double Apple | $43.75 | $0.00 | $87.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $43.75 | $0.00 | $87.50 |
| 3 | Fume Infinity 3500 Puffs 5pk - Peach Ice | $43.75 | $0.00 | $131.25 |
| 3 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $43.75 | $0.00 | $131.25 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Mango Peaches & Cream | $78.50 | $0.00 | $157.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - OJ | $78.50 | $0.00 | $157.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Philippine Mango | $78.50 | $0.00 | $157.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Strawberry Ice Cream | $78.50 | $0.00 | $157.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Strawberry Kiwi | $78.50 | $0.00 | $157.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Banana Ice | $78.50 | $0.00 | $78.50 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach | $78.50 | $0.00 | $235.50 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Mango Peaches & Cream | $76.00 | $0.00 | $152.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Banana | $76.00 | $0.00 | $152.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Orange Ice | $76.00 | $0.00 | $152.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Watermelon Ice Cream | $76.00 | $0.00 | $76.00 |
| 20 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $68.00 | $0.00 | $1,360.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Kiwi Shake | $68.00 | $0.00 | $340.00 |

Total quantities shipped: **72**

| | |
|---|---|
| Subtotal: | **$4,608.50** |
| Total: | **$4,608.50** |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001411

# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 270087 | Aug 23, 2022 | **$9,933.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Fume Extra 1500 Puffs 10pk - Melon Ice | $52.50 | $0.00 | $157.50 |
| 4 | Air Bar Box 5000 Puffs 5pk - Blueberry Mint | $41.25 | $0.00 | $165.00 |
| 4 | Air Bar Box 5000 Puffs 5pk - Cool Mint | $41.25 | $0.00 | $165.00 |
| 2 | Air Bar Box 5000 Puffs 5pk - Grape Ice | $41.25 | $0.00 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Jungle Juice | $41.25 | $0.00 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Mango Ice | $41.25 | $0.00 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Mix Berries | $41.25 | $0.00 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Strawberry Mango | $41.25 | $0.00 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Super Mint | $41.25 | $0.00 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Watermelon Candy | $41.25 | $0.00 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Clear 3% | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $160.00 |
| 3 | Air Bar Diamond 10pk - Apple Cream | $35.00 | $0.00 | $105.00 |
| 10 | Air Bar Diamond 10pk - Blueberry Ice | $35.00 | $0.00 | $350.00 |
| 6 | Air Bar Diamond 10pk - Coconut Creme Brulee | $35.00 | $0.00 | $210.00 |
| 30 | Air Bar Diamond 10pk - Love Story | $35.00 | $0.00 | $1,050.00 |
| 6 | Air Bar Diamond 10pk - Strawberry Custard | $35.00 | $0.00 | $210.00 |
| 5 | Air Bar Diamond 10pk - Strawberry Kiwi | $35.00 | $0.00 | $175.00 |
| 7 | Air Bar Diamond 10pk - Watermelon Bombe | $35.00 | $0.00 | $245.00 |
| 5 | Air Bar Diamond 10pk - Watermelon Candy | $35.00 | $0.00 | $175.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Pineapple Shake | $68.00 | $0.00 | $136.00 |
| 6 | Air Bar Box 3000 Puffs 10pk - Super Mint | $68.00 | $0.00 | $408.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Blue Razz Ice | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Caribbean Colada | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Cherry Peach Lemonade | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Loops | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Mango Peaches & Cream | $78.50 | $0.00 | $78.50 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Minty O's | $78.50 | $0.00 | $235.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach Mango Watermelon | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Raspberry Watermelon | $78.50 | $0.00 | $78.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Strawberry Kiwi | $78.50 | $0.00 | $78.50 |
| 5 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Sour Apple Ice | $78.50 | $0.00 | $392.50 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Aloe Grape | $76.00 | $0.00 | $228.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz | $76.00 | $0.00 | $228.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $76.00 | $0.00 | $152.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Cola Ice | $76.00 | $0.00 | $380.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Energize | $76.00 | $0.00 | $228.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $76.00 | $0.00 | $380.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Pina Colada | $76.00 | $0.00 | $152.00 |
| 7 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $76.00 | $0.00 | $532.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Spearmint | $76.00 | $0.00 | $380.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Ice Cream | $76.00 | $0.00 | $152.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Tropical | $76.00 | $0.00 | $304.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Watermelon Ice Cream | $76.00 | $0.00 | $152.00 |

Total quantities shipped: **180**

RZSMOKE00001412

Subtotal: $9,933.00

Total: $9,933.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001413

# INVOICE



**Order #** 270555    **Date** Aug 26, 2022    **Total** $6,351.75    **PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 23 | Green Vein Maeng Da By OPMS - 36g - 60 Capsules | $4.75 | $0.00 | $109.25 |
| 2 | Green Vein Maeng Da By OPMS - 1oz - Powder | $2.25 | $0.00 | $4.50 |
| 2 | Green Vein Maeng Da By OPMS - 16oz - Powder | $17.25 | $0.00 | $34.50 |
| 1 | Red Vein Maeng Da By OPMS - 1oz - Powder | $2.25 | $0.00 | $2.25 |
| 1 | Red Vein Maeng Da By OPMS - 16oz - Powder | $17.25 | $0.00 | $17.25 |
| 2 | Red Vein Maeng Da By Remarkable Herbs - 3 oz | $4.50 | $0.00 | $9.00 |
| 2 | Red Vein Maeng Da By Remarkable Herbs - 8 oz | $11.50 | $0.00 | $23.00 |
| 2 | Red Vein Maeng Da By Remarkable Herbs - 20 oz | $22.00 | $0.00 | $44.00 |
| 2 | White Vein Maeng Da By Remarkable Herbs - 3 oz | $4.50 | $0.00 | $9.00 |
| 2 | White Vein Maeng Da By Remarkable Herbs - 8 oz | $11.50 | $0.00 | $23.00 |
| 2 | White Vein Maeng Da By Remarkable Herbs - 20 oz | $22.00 | $0.00 | $44.00 |
| 2 | Red Vein Maeng Da By Whole Herbs - Powder - 3.5oz | $5.00 | $0.00 | $10.00 |
| 2 | Red Vein Maeng Da By Whole Herbs - Powder - 8oz | $11.00 | $0.00 | $22.00 |
| 2 | Red Vein Maeng Da By Whole Herbs - Powder - 17.5oz | $18.50 | $0.00 | $37.00 |
| 2 | Green Vein Maeng Da By Whole Herbs - Powder - 8oz | $5.00 | $0.00 | $10.00 |
| 2 | Green Vein Maeng Da By Whole Herbs - Powder - 17.5oz | $18.50 | $0.00 | $37.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $52.50 | $0.00 | $157.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Double Apple | $52.50 | $0.00 | $157.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Strawberry | $52.50 | $0.00 | $52.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Tropical Fruit | $52.50 | $0.00 | $157.50 |
| 4 | Air Bar Diamond 10pk - Blueberry Ice | $35.00 | $0.00 | $140.00 |
| 4 | Air Bar Diamond 10pk - Blueberry Raspberry | $35.00 | $0.00 | $140.00 |
| 4 | Air Bar Diamond 10pk - Watermelon Candy | $35.00 | $0.00 | $140.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $65.00 | $0.00 | $325.00 |
| 8 | Air Bar Box 3000 Puffs 10pk - Super Mint | $65.00 | $0.00 | $520.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $77.00 | $0.00 | $924.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $77.00 | $0.00 | $462.00 |
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Pineapple Strawnana | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Sunset (Strawberry Peach Mango Orange) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $160.00 |

Total quantities shipped: **127**

| | |
|---|---|
| Subtotal: | $6,351.75 |
| Total: | $6,351.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon

RZSMOKE00001414

as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001415

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 270592 | Aug 26, 2022 | **$750.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Hyde Edge Recharge 3300 Puffs 10pk - Minty O's | $75.00 | $0.00 | $750.00 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $750.00 |
| Total: | $750.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001416

# INVOICE

**PAID**

| | | | |
|---|---|---|---|
| **Order #** | **Document Date** | **Total** | |
| 270877 | Aug 29, 2022 | $9,340.00 | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Blueberry Energize | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Clear 3% | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Clear 5% | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Green Apple | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Guava Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Gumi | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Mandarin Lime | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Pineapple Coconut Ice | $80.00 | $0.00 | $400.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Candy | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Red Mojito | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Sweet Menthol | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $160.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Berry Ice Cream | $75.00 | $0.00 | $75.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz | $75.00 | $0.00 | $75.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Energize | $75.00 | $0.00 | $150.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Minty O's | $75.00 | $0.00 | $375.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - OJ | $75.00 | $0.00 | $75.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $75.00 | $0.00 | $150.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $75.00 | $0.00 | $75.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Spearmint | $75.00 | $0.00 | $75.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Ice Cream | $75.00 | $0.00 | $75.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Kiwi | $75.00 | $0.00 | $150.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Tropical | $75.00 | $0.00 | $75.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Watermelon Ice Cream | $75.00 | $0.00 | $150.00 |

Total quantities shipped: **118**

| | |
|---|---|
| Subtotal: | $9,340.00 |
| Total: | $9,340.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

RZSMOKE00001417

**Legal Disclaimer - EFT Authorization**

By providing a check as payment,

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

**Legal Disclaimer - EFT Authorization**

By providing a check as payment,

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001418

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 270905 | Aug 29, 2022 | **$214.50** | **PAID** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | Green Vein Maeng Da By OPMS - 38.4g - 64 Capsules (Blister Pack) | $4.75 | $0.00 | $142.50 |
| 1 | Yocan Uni - Black Silver | $9.00 | $0.00 | $9.00 |
| 1 | Yocan Uni - Blue | $9.00 | $0.00 | $9.00 |
| 1 | Yocan Uni - Matte Gold | $9.00 | $0.00 | $9.00 |
| 1 | Yocan Uni - Mint Green | $9.00 | $0.00 | $9.00 |
| 1 | Yocan Uni - Red | $9.00 | $0.00 | $9.00 |
| 1 | Yocan Uni - Silver | $9.00 | $0.00 | $9.00 |
| 1 | Yocan Uni - Smoky Gray | $9.00 | $0.00 | $9.00 |
| 1 | Yocan Uni - White | $9.00 | $0.00 | $9.00 |

Total quantities shipped: **38**

Subtotal: $214.50
Total: $214.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001419

# INVOICE

| | Order # | Document Date | Total Due |
|---|---|---|---|
| | 270983 | Aug 29, 2022 | **$262.50** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Hyde Edge 1500 Puffs 10pk - Banana Ice | $52.50 | $0.00 | $52.50 |
| 2 | Hyde Edge 1500 Puffs 10pk - Minty O's | $52.50 | $0.00 | $105.00 |
| 2 | Hyde Edge 1500 Puffs 10pk - Peach Gummy | $52.50 | $0.00 | $105.00 |

Total quantities shipped: **5**

|  |  |
|---|---|
| Subtotal: | $262.50 |
| Total: | $262.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001420

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** 271001 | **Document Date** Aug 29, 2022 | **Total** $2,432.50 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Fume Extra 1500 Puffs 10pk - Black Ice | $52.50 | $0.00 | $52.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Blueberry CC | $52.50 | $0.00 | $105.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $52.50 | $0.00 | $52.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Bubble Gum | $52.50 | $0.00 | $105.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Coffee Tobacco | $52.50 | $0.00 | $52.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Cotton Candy | $52.50 | $0.00 | $157.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Cuban Tobacco | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Dessert Breeze | $52.50 | $0.00 | $52.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Double Apple | $52.50 | $0.00 | $157.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Fresh Lychee | $52.50 | $0.00 | $52.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Grape | $52.50 | $0.00 | $157.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Gummy Bears | $52.50 | $0.00 | $52.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Purple Rain | $52.50 | $0.00 | $105.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Rainbow Candy | $52.50 | $0.00 | $52.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Raspberry Watermelon | $52.50 | $0.00 | $105.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Tropical Fruit | $52.50 | $0.00 | $157.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Unicorn | $52.50 | $0.00 | $157.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Yogurt Ice Cream | $52.50 | $0.00 | $105.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $43.75 | $0.00 | $175.00 |
| 7 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $43.75 | $0.00 | $306.25 |
| 2 | Fume Infinity 3500 Puffs 5pk - Peach Ice | $43.75 | $0.00 | $87.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $43.75 | $0.00 | $43.75 |
| 2 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $43.75 | $0.00 | $87.50 |

Total quantities shipped: **49**

|  | |
|---|---|
| Subtotal: | $2,432.50 |
| Total: | $2,432.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001421

# INVOICE

| Order # | Document Date | Total | PAID  |
|---|---|---|---|
| 271008 | Aug 30, 2022 | **$1,120.00** | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Fume Ultra 2500 Puffs 10pk - Black Ice | $67.50 | $0.00 | $67.50 |
| 1 | Fume Ultra 2500 Puffs 10pk - Blue Razz | $67.50 | $0.00 | $67.50 |
| 1 | Fume Ultra 2500 Puffs 10pk - Bubble Gum | $67.50 | $0.00 | $67.50 |
| 1 | Fume Ultra 2500 Puffs 10pk - Cuban Tobacco | $67.50 | $0.00 | $67.50 |
| 1 | Fume Ultra 2500 Puffs 10pk - Fresh Lychee | $67.50 | $0.00 | $67.50 |
| 1 | Fume Ultra 2500 Puffs 10pk - Mango | $67.50 | $0.00 | $67.50 |
| 2 | Fume Ultra 2500 Puffs 10pk - Melon Ice | $67.50 | $0.00 | $135.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Pineapple Ice | $67.50 | $0.00 | $67.50 |
| 1 | Fume Ultra 2500 Puffs 10pk - Raspberry Watermelon | $67.50 | $0.00 | $67.50 |
| 1 | Fume Ultra 2500 Puffs 10pk - Strawberry Mango | $67.50 | $0.00 | $67.50 |
| 2 | Fume Ultra 2500 Puffs 10pk - Tangerine Ice | $67.50 | $0.00 | $135.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Unicorn | $67.50 | $0.00 | $67.50 |
| 4 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $43.75 | $0.00 | $175.00 |

Total quantities shipped: **18**

| | |
|---|---|
| Subtotal: | $1,120.00 |
| Total: | $1,120.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001422

# INVOICE



| Order # | Document Date | Total | |
|---|---|---|---|
| 271212 | Aug 30, 2022 | **$4,585.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Blueberry Energize | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Clear 3% | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Clear 5% | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Green Apple | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Mandarin Lime | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Candy | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Red Mojito | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $160.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Banana Ice | $75.00 | $0.00 | $150.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $75.00 | $0.00 | $150.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Cola Ice | $75.00 | $0.00 | $150.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $75.00 | $0.00 | $225.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $75.00 | $0.00 | $300.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Clear Ice | $65.00 | $0.00 | $325.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $65.00 | $0.00 | $325.00 |

Total quantities shipped: **60**

| | Subtotal: | $4,585.00 |
|---|---|---|
| | Total: | $4,585.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001423



# INVOICE

| Order # | Document Date | Total | PAID |
|---|---|---|---|
| 271396 | Sep 1, 2022 | **$4,480.00** | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Blueberry Energize | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Clear 3% | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Cuba Cigar | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Energy | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Green Apple | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Mandarin Lime | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Pineapple Coconut Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Candy | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Red Mojito | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Sweet Menthol | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $160.00 |

Total quantities shipped: **56**

| | |
|---|---|
| Subtotal: | $4,480.00 |
| Total: | $4,480.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001424

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 271397 | Sep 1, 2022 | **$1,900.00** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,900.00 |

Total quantities shipped: **5**

| | |
|---|---|
| Subtotal: | $1,900.00 |
| Total: | $1,900.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001425

# INVOICE



| | | |
|---|---|---|
| **Order #** | **Document Date** | **Total** |
| 271524 | Sep 2, 2022 | **$5,440.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Blueberry Energize | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Cuba Cigar | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Energy | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Grape Energy | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Guava Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Pineapple Coconut Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Candy | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Red Mojito | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Sweet Menthol | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $160.00 |

Total quantities shipped: **68**

| | |
|---|---|
| Subtotal: | $5,440.00 |
| Total: | $5,440.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001426

# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 271716 | Sep 4, 2022 | **$1,537.50** |



**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | Fume Extra 1500 Puffs 10pk - Banana Ice | $52.50 | $0.00 | $210.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Black Ice | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Bubble Gum | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Double Apple | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Gummy Bears | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Mango | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Melon Ice | $52.50 | $0.00 | $52.50 |
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Sweet Menthol | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $160.00 |

Total quantities shipped: **23**

| | |
|---|---|
| Subtotal: | $1,537.50 |
| Total: | $1,537.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001427

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 271757 | Sep 5, 2022 | **$18,942.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 120 | JUUL Pods 8pk - Menthol 5% 4 Pods | $77.00 | $0.00 | $9,240.00 |
| 24 | JUUL Pods 8pk - Menthol 3% 4 Pods | $77.00 | $0.00 | $1,848.00 |
| 90 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $77.00 | $0.00 | $6,930.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $77.00 | $0.00 | $924.00 |

Total quantities shipped: **246**

|  |  |
|---|---|
| Subtotal: | $18,942.00 |
| Total: | $18,942.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001428



# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 271949 | Sep 6, 2022 | **$2,035.00** |  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Blueberry Energize | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Red Mojito | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $160.00 |
| 2 | STIG XL 700 Puffs 10pk - Cubano | $35.00 | $0.00 | $70.00 |
| 1 | STIG XL 700 Puffs 10pk - Dry Tobacco | $35.00 | $0.00 | $35.00 |
| 1 | STIG XL 700 Puffs 10pk - Iced Apple Bomb | $35.00 | $0.00 | $35.00 |
| 3 | STIG XL 700 Puffs 10pk - Iced Berry Bomb | $35.00 | $0.00 | $105.00 |
| 3 | STIG XL 700 Puffs 10pk - Iced Mango Bomb | $35.00 | $0.00 | $105.00 |
| 3 | STIG XL 700 Puffs 10pk - Lush Ice | $35.00 | $0.00 | $105.00 |
| 3 | STIG XL 700 Puffs 10pk - Mighty Mint | $35.00 | $0.00 | $105.00 |
| 1 | STIG XL 700 Puffs 10pk - Tropical Mango | $35.00 | $0.00 | $35.00 |

Total quantities shipped: **35**

|  | |
|---|---|
| Subtotal: | $2,035.00 |
| Total: | $2,035.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001429

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 272048 | Sep 6, 2022 | **$2,388.75** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Fume Extra 1500 Puffs 10pk - Black Ice | $52.50 | $0.00 | $105.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Blue Razz | $52.50 | $0.00 | $157.50 |
| 5 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $52.50 | $0.00 | $262.50 |
| 4 | Fume Extra 1500 Puffs 10pk - Bubble Gum | $52.50 | $0.00 | $210.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Cotton Candy | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Dessert Breeze | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Double Apple | $52.50 | $0.00 | $52.50 |
| 5 | Fume Extra 1500 Puffs 10pk - Grape | $52.50 | $0.00 | $262.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Melon Ice | $52.50 | $0.00 | $105.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Purple Rain | $52.50 | $0.00 | $262.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Rainbow Candy | $52.50 | $0.00 | $105.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Raspberry Watermelon | $52.50 | $0.00 | $105.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Coffee Tobacco | $43.75 | $0.00 | $87.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $43.75 | $0.00 | $87.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Dessert Breeze | $43.75 | $0.00 | $43.75 |
| 1 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $43.75 | $0.00 | $43.75 |
| 1 | Fume Infinity 3500 Puffs 5pk - Lychee Ice | $43.75 | $0.00 | $43.75 |
| 2 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $43.75 | $0.00 | $87.50 |
| 4 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $43.75 | $0.00 | $175.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $43.75 | $0.00 | $87.50 |

Total quantities shipped: **48**

| | |
|---|---|
| Subtotal: | $2,388.75 |
| Total: | $2,388.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001430

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 272149 | Sep 7, 2022 | **$260.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Box 3000 Puffs 10pk - Cranberry Grape | $65.00 | $0.00 | $130.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Strawberry Mango | $65.00 | $0.00 | $130.00 |

Total quantities shipped: **4**

| | |
|---|---|
| Subtotal: | $260.00 |
| Total: | $260.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001431

# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 272188 | Sep 7, 2022 | **$2,400.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Green Apple | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Rainbow Candy | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $160.00 |

Total quantities shipped: **30**

| | |
|---|---|
| Subtotal: | $2,400.00 |
| Total: | $2,400.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001432

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 272820 | Sep 12, 2022 | **$2,762.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $160.00 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $380.00 |
| 2 | Gold By OPMS - 5ct | $21.00 | $0.00 | $42.00 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $275.00 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $275.00 |
| 25 | Iced Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $137.50 |
| 25 | Iced Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $137.50 |
| 10 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $55.00 |
| 10 | Summer Strawberry By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $55.00 |
| 15 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $82.50 |
| 15 | Iced Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $82.50 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |

Total quantities shipped: **211**

|  |  |
|---|---|
| Subtotal: | $2,762.00 |
| Total: | $2,762.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| | | |
|---|---|---|
| **Order #** | **Document Date** | **Total** |
| 272997 | Sep 13, 2022 | **$2,725.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Mint Tobacco | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Sunset (Strawberry Peach Mango Orange) | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $160.00 |
| 29 | Air Bar Diamond 10pk - Blueberry Ice | $35.00 | $0.00 | $1,015.00 |
| 5 | Air Bar Diamond 10pk - Peach | $35.00 | $0.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Sakura Grape | $35.00 | $0.00 | $175.00 |
| 2 | Air Bar Box 5000 Puffs 5pk - Blueberry Ice | $40.00 | $0.00 | $80.00 |

Total quantities shipped: **57**

| | |
|---|---|
| Subtotal: | $2,725.00 |
| Total: | $2,725.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001434

**INVOICE**

| Order # | Document Date | Total |
| --- | --- | --- |
| 273196 | Sep 14, 2022 | **$1,701.50** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
| --- | --- | --- | --- | --- |
| 4 | Green Vein Maeng Da By OPMS - 36g - 60 Capsules | $4.75 | $0.00 | $19.00 |
| 2 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $760.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $52.50 | $0.00 | $157.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Lush Ice | $52.50 | $0.00 | $105.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Strawberry Mango | $65.00 | $0.00 | $130.00 |
| 5 | Pod Mesh 2500 Puffs 10pk - Peblz | $45.00 | $0.00 | $225.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Power | $75.00 | $0.00 | $150.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Minty O's | $77.50 | $0.00 | $155.00 |

Total quantities shipped: **22**

| | |
| --- | --- |
| Subtotal: | $1,701.50 |
| Total: | $1,701.50 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001435

# INVOICE

| Order # | Document Date | Total Due |
|---|---|---|
| 273234 | Sep 15, 2022 | **$67.50** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Fume Ultra 2500 Puffs 10pk - Strawberry Mango | $67.50 | $0.00 | $67.50 |

Total quantities shipped: **1**

Subtotal: $67.50
Total: $67.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001436

# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 273389 | Sep 15, 2022 | **$3,985.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blueberry Energize | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Malysian Mango | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Mint Tobacco | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $160.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Banana Ice | $75.00 | $0.00 | $75.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $75.00 | $0.00 | $225.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Cherry Peach Lemonade | $75.00 | $0.00 | $150.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Energize | $75.00 | $0.00 | $75.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $75.00 | $0.00 | $150.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Peach Mango Watermelon | $75.00 | $0.00 | $75.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $75.00 | $0.00 | $75.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $75.00 | $0.00 | $150.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Spearmint | $75.00 | $0.00 | $75.00 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Blue Razz Ice | $77.50 | $0.00 | $232.50 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Minty O's | $77.50 | $0.00 | $232.50 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach | $77.50 | $0.00 | $155.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Sour Apple Ice | $77.50 | $0.00 | $155.00 |

Total quantities shipped: **51**

| | |
|---|---|
| Subtotal: | $3,985.00 |
| Total: | $3,985.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001437



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 273524 | Sep 17, 2022 | **$1,710.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Box 3000 Puffs 10pk - Cranberry Grape | $65.00 | $0.00 | $130.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Sour Apple Ice | $65.00 | $0.00 | $130.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Strawberry Mango | $65.00 | $0.00 | $130.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Watermelon Ice | $65.00 | $0.00 | $130.00 |
| 10 | Air Bar Diamond 10pk - Love Story | $35.00 | $0.00 | $350.00 |
| 20 | Gold By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 20 | Black By OPMS - 5ct | $21.00 | $0.00 | $420.00 |

Total quantities shipped: **58**

| | |
|---|---|
| Subtotal: | $1,710.00 |
| Total: | $1,710.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001438

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 273655 | Sep 19, 2022 | **$131.25** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $43.75 | $0.00 | $131.25 |

Total quantities shipped: **3**

| | |
|---|---|
| Subtotal: | $131.25 |
| Total: | $131.25 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001439



# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 274214 | Sep 21, 2022 | **$695.00** | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Mandarin Lime | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $0.00 | $160.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Strawberry Mango | $65.00 | $0.00 | $65.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Dragonfruit Lemonade | $75.00 | $0.00 | $150.00 |

Total quantities shipped: **9**

|  | |
|---|---|
| Subtotal: | $695.00 |
| Total: | $695.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001440



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 274357 | Sep 22, 2022 | **$1,472.50** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Energy | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |
| 10 | Iced Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $55.00 |
| 25 | Lush Ice By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $137.50 |

Total quantities shipped: **51**

| | |
|---|---|
| Subtotal: | $1,472.50 |
| Total: | $1,472.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001441

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 274594 | Sep 23, 2022 | **$1,567.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Grape Energy | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |
| 3 | Air Bar Diamond 10pk - Sakura Grape | $35.00 | $0.00 | $105.00 |
| 20 | Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $110.00 |
| 12 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $6.00 | $0.00 | $72.00 |

Total quantities shipped: **51**

| | |
|---|---|
| Subtotal: | $1,567.00 |
| Total: | $1,567.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001442

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 274658 | Sep 25, 2022 | **$1,280.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Grape Energy | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |

Total quantities shipped: **16**

Subtotal: $1,280.00
Total: $1,280.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001443

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 274681 | Sep 25, 2022 | **$2,890.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $0.00 | $118.00 |
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $77.00 | $0.00 | $1,386.00 |
| 18 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $77.00 | $0.00 | $1,386.00 |

Total quantities shipped: **38**

|  |  |
|---|---|
| Subtotal: | $2,890.00 |
| Total: | $2,890.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001444



# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 274769 | Sep 26, 2022 | $3,360.00 |  PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blueberry Energize | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Grape Energy | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Green Apple | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Brazz Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $80.00 | $0.00 | $160.00 |

Total quantities shipped: **42**

| | |
|---|---|
| Subtotal: | $3,360.00 |
| Total: | $3,360.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001445



# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 274771 | Sep 26, 2022 | **$2,210.00** |  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Lost Mary OS5000 Puffs - Blue Cotton Candy | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Blue Razz Ice | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Blueberry Ice | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Cranberry Soda | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Grape | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Juicy Peach | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Kiwi Passion Fruit Guava | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Pineapple Mango | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Strawberry Ice | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Strawberry Mango | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Strawberry Pina Colada | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Strawberry Sundae | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Watermelon | $85.00 | $0.00 | $170.00 |

Total quantities shipped: **26**

|  |  |
|---|---|
| Subtotal: | $2,210.00 |
| Total: | $2,210.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001446

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 274982 | Sep 28, 2022 | $4,658.75 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Berry Ice Cream | $75.00 | $0.00 | $75.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Pina Colada | $75.00 | $0.00 | $75.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Banana | $75.00 | $0.00 | $150.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Banana Ice | $52.50 | $0.00 | $52.50 |
| 4 | Fume Extra 1500 Puffs 10pk - Blue Razz | $52.50 | $0.00 | $210.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Cotton Candy | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Dessert Breeze | $52.50 | $0.00 | $52.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Fresh Lychee | $52.50 | $0.00 | $105.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Grape | $52.50 | $0.00 | $157.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Gummy Bears | $52.50 | $0.00 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Lush Ice | $52.50 | $0.00 | $52.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Mango | $52.50 | $0.00 | $105.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Pink Lemonade | $52.50 | $0.00 | $52.50 |
| 4 | Fume Extra 1500 Puffs 10pk - Raspberry Watermelon | $52.50 | $0.00 | $210.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Tropical Fruit | $52.50 | $0.00 | $105.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Unicorn | $52.50 | $0.00 | $52.50 |
| 2 | Fume Extra 1500 Puffs 10pk - Yogurt Ice Cream | $52.50 | $0.00 | $105.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $43.75 | $0.00 | $131.25 |
| 3 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $43.75 | $0.00 | $131.25 |
| 2 | Fume Infinity 3500 Puffs 5pk - Dessert Breeze | $43.75 | $0.00 | $87.50 |
| 3 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $43.75 | $0.00 | $131.25 |
| 2 | Fume Infinity 3500 Puffs 5pk - Gummy Bears | $43.75 | $0.00 | $87.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $43.75 | $0.00 | $43.75 |
| 1 | Fume Infinity 3500 Puffs 5pk - Rainbow Candy | $43.75 | $0.00 | $43.75 |
| 4 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $43.75 | $0.00 | $175.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $43.75 | $0.00 | $131.25 |
| 3 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $43.75 | $0.00 | $131.25 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Banana Cherry | $75.00 | $0.00 | $75.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - OJ | $75.00 | $0.00 | $75.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $75.00 | $0.00 | $150.00 |
| 2 | ELF Bar BC5000 10pk - Green Apple | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $160.00 |

Total quantities shipped: **79**

| | |
|---|---|
| Subtotal: | $4,658.75 |
| Total: | $4,658.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

RZSMOKE00001447

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment,**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001448

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 275205 | Sep 30, 2022 | $1,305.00 | **PAID**  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $400.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Raspberry Watermelon | $52.50 | $0.00 | $105.00 |

Total quantities shipped: **17**

|  | |
|---|---|
| Subtotal: | $1,305.00 |
| Total: | $1,305.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001449

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 275422 | Oct 2, 2022 | **$4,296.00** | **PAID**  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | Red Vein Maeng Da By Remarkable Herbs - 8 oz | $11.50 | $0.00 | $46.00 |
| 5 | Lost Mary OS5000 Puffs - Blue Cotton Candy | $85.00 | $0.00 | $425.00 |
| 5 | Lost Mary OS5000 Puffs - Blue Razz Ice | $85.00 | $0.00 | $425.00 |
| 5 | Lost Mary OS5000 Puffs - Blueberry Ice | $85.00 | $0.00 | $425.00 |
| 5 | Lost Mary OS5000 Puffs - Cranberry Soda | $85.00 | $0.00 | $425.00 |
| 5 | Lost Mary OS5000 Puffs - Grape | $85.00 | $0.00 | $425.00 |
| 5 | Lost Mary OS5000 Puffs - Kiwi Passion Fruit Guava | $85.00 | $0.00 | $425.00 |
| 5 | Lost Mary OS5000 Puffs - Pineapple Mango | $85.00 | $0.00 | $425.00 |
| 5 | Lost Mary OS5000 Puffs - Strawberry Ice | $85.00 | $0.00 | $425.00 |
| 5 | Lost Mary OS5000 Puffs - Strawberry Sundae | $85.00 | $0.00 | $425.00 |
| 5 | Lost Mary OS5000 Puffs - Watermelon | $85.00 | $0.00 | $425.00 |

Total quantities shipped: **54**

| | |
|---|---|
| Subtotal: | $4,296.00 |
| Total: | $4,296.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001450



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 275510 | Oct 3, 2022 | **$1,200.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $400.00 |

Total quantities shipped: **15**

| | |
|---|---|
| Subtotal: | $1,200.00 |
| Total: | $1,200.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001451

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 275539 | Oct 3, 2022 | **$1,462.50** |  **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Air Bar Box 3000 Puffs 5pk - Blueberry Ice | $32.50 | $0.00 | $162.50 |
| 10 | Air Bar Box 3000 Puffs 5pk - Cool Lemon | $32.50 | $0.00 | $325.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Strawberry Kiwi | $32.50 | $0.00 | $325.00 |
| 5 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon | $32.50 | $0.00 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Super Mint | $32.50 | $0.00 | $162.50 |
| 10 | Air Bar Box 3000 Puffs 5pk - Watermelon Apple Ice | $32.50 | $0.00 | $325.00 |

Total quantities shipped: **45**

|  | |
|---|---|
| Subtotal: | $1,462.50 |
| Total: | $1,462.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001452

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 275573 | Oct 3, 2022 | **$4,380.00** |  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 3 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 50 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 50 | Black By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |

Total quantities shipped: **106**

Subtotal: $4,380.00
Total: $4,380.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001453

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 275936 | Oct 6, 2022 | $2,213.00 | PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $75.00 | $0.00 | $450.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Dragonfruit Lemonade | $75.00 | $0.00 | $225.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $75.00 | $0.00 | $75.00 |
| 5 | Air Bar Box 3000 Puffs 5pk - Cool Lemon | $32.50 | $0.00 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Super Mint | $32.50 | $0.00 | $162.50 |
| 2 | Lost Mary OS5000 Puffs - Blue Razz Ice | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Blueberry Ice | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Cranberry Soda | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Grape | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Pineapple Mango | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Strawberry Ice | $85.00 | $0.00 | $170.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $0.00 | $118.00 |

Total quantities shipped: **34**

| | |
|---|---|
| Subtotal: | $2,213.00 |
| Total: | $2,213.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001454

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 276016 | Oct 7, 2022 | **$16,000.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Blue Razz Lemon | $80.00 | $0.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Grape Energy | $80.00 | $0.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $0.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $0.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Rainbow Candy | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $0.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Brazz Ice | $80.00 | $0.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $80.00 | $0.00 | $800.00 |

Total quantities shipped: **200**

| | |
|---|---|
| Subtotal: | $16,000.00 |
| Total: | $16,000.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001455

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 276019 | Oct 7, 2022 | $525.00 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Novo X Kit By Smok - 7-Color Cobra | $17.50 | $0.00 | $52.50 |
| 3 | Novo X Kit By Smok - 7-Color Resin | $17.50 | $0.00 | $52.50 |
| 4 | Novo X Kit By Smok - Black Cobra | $17.50 | $0.00 | $70.00 |
| 4 | Novo X Kit By Smok - Black Stabilizing Wood | $17.50 | $0.00 | $70.00 |
| 4 | Novo X Kit By Smok - Blue Cobra | $17.50 | $0.00 | $70.00 |
| 4 | Novo X Kit By Smok - Red Stabilizing Wood | $17.50 | $0.00 | $70.00 |
| 4 | Novo X Kit By Smok - Silver Cobra | $17.50 | $0.00 | $70.00 |
| 4 | Novo X Kit By Smok - White Cobra | $17.50 | $0.00 | $70.00 |

Total quantities shipped: **30**

**Subtotal:** $525.00
**Total:** $525.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001456

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 276275 | Oct 10, 2022 | **$1,645.50** |  PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Air Bar Box 3000 Puffs 5pk - Blueberry Ice | $32.50 | $0.00 | $162.50 |
| 10 | Air Bar Box 3000 Puffs 5pk - Clear Ice 2.5% | $32.50 | $0.00 | $325.00 |
| 6 | Air Bar Box 3000 Puffs 5pk - Cool Lemon | $32.50 | $0.00 | $195.00 |
| 6 | Air Bar Box 3000 Puffs 5pk - Kiwi Shake | $32.50 | $0.00 | $195.00 |
| 20 | Air Bar Box 3000 Puffs 5pk - Strawberry Kiwi | $32.50 | $0.00 | $650.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $0.00 | $118.00 |

Total quantities shipped: **49**

| | |
|---|---|
| Subtotal: | $1,645.50 |
| Total: | $1,645.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001457

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 276322 | Oct 10, 2022 | **$1,500.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Hyde Edge Recharge 3300 Puffs 10pk - Minty O's | $75.00 | $0.00 | $1,500.00 |

Total quantities shipped: **20**

| | |
|---|---|
| Subtotal: | $1,500.00 |
| Total: | $1,500.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001458

# INVOICE


| Order # | Date | Total |
|---|---|---|
| 276327 | Oct 10, 2022 | **$1,125.00** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 15 | Hyde Edge Recharge 3300 Puffs 10pk - Minty O's | $75.00 | $0.00 | $1,125.00 |

Total quantities shipped: **15**

|  |  |
|---|---|
| Subtotal: | $1,125.00 |
| Total: | $1,125.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001459

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 276451 | Oct 11, 2022 | **$2,685.50** | **PAID**  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $400.00 |
| 3 | ELF Bar BC5000 10pk - Blue Razz Lemon | $80.00 | $0.00 | $240.00 |
| 5 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $400.00 |
| 3 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $240.00 |
| 5 | Air Bar Box 3000 Puffs 5pk - Blueberry Ice | $32.50 | $0.00 | $162.50 |
| 10 | Air Bar Box 3000 Puffs 5pk - Strawberry Kiwi | $32.50 | $0.00 | $325.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $0.00 | $118.00 |

Total quantities shipped: **43**

| | |
|---|---|
| Subtotal: | $2,685.50 |
| Total: | $2,685.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001460

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 277040 | Oct 16, 2022 | **$8,188.00** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 50 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 5 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,900.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Super Mint | $32.50 | $0.00 | $325.00 |
| 5 | Air Bar Diamond 10pk - Sakura Grape | $35.00 | $0.00 | $175.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $0.00 | $118.00 |
| 30 | JUUL Pods 8pk - Menthol 5% 4 Pods | $77.00 | $0.00 | $2,310.00 |
| 30 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $77.00 | $0.00 | $2,310.00 |

Total quantities shipped: **132**

Subtotal: $8,188.00
Total: $8,188.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001461

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 277246 | Oct 17, 2022 | **$821.50** |  PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 50 | Green Vein Maeng Da By OPMS - 36g - 60 Capsules | $4.75 | $0.00 | $237.50 |
| 48 | Tribeca By Halo E-Liquid - 6mg - 60ml | $7.00 | $0.00 | $336.00 |
| 10 | Green Vein Maeng Da By OPMS - 72g - 120 Capsules | $8.90 | $0.00 | $89.00 |
| 1 | Novo 3 By Smok - 7-Color Carbon Fiber | $12.50 | $0.00 | $12.50 |
| 1 | Novo 3 By Smok - Black Carbon Fiber | $12.50 | $0.00 | $12.50 |
| 1 | Novo 3 By Smok - Blue Carbon Fiber | $12.50 | $0.00 | $12.50 |
| 1 | Novo 3 By Smok - Gold Carbon Fiber | $12.50 | $0.00 | $12.50 |
| 1 | Novo 3 By Smok - IML 7-Color Cobra | $12.50 | $0.00 | $12.50 |
| 1 | Novo 3 By Smok - IML Black Cobra | $12.50 | $0.00 | $12.50 |
| 12 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $7.00 | $0.00 | $84.00 |

Total quantities shipped: **126**

Subtotal: $821.50
Total: $821.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 277518 | Oct 20, 2022 | **$14,372.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $400.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $0.00 | $118.00 |
| 60 | JUUL Pods 8pk - Menthol 5% 4 Pods | $77.00 | $0.00 | $4,620.00 |
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | $77.00 | $0.00 | $924.00 |
| 30 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $77.00 | $0.00 | $2,310.00 |

Total quantities shipped: **184**

|  |  |
|---|---|
| Subtotal: | $14,372.00 |
| Total: | $14,372.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001463



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 277625 | Oct 20, 2022 | $2,040.00 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Lost Mary OS5000 Puffs - Blue Cotton Candy | $85.00 | $0.00 | $425.00 |
| 3 | Lost Mary OS5000 Puffs - Blue Razz Ice | $85.00 | $0.00 | $255.00 |
| 2 | Lost Mary OS5000 Puffs - Grape | $85.00 | $0.00 | $170.00 |
| 5 | Lost Mary OS5000 Puffs - Juicy Peach | $85.00 | $0.00 | $425.00 |
| 1 | Lost Mary OS5000 Puffs - Kiwi Passion Fruit Guava | $85.00 | $0.00 | $85.00 |
| 1 | Lost Mary OS5000 Puffs - Strawberry Ice | $85.00 | $0.00 | $85.00 |
| 5 | Lost Mary OS5000 Puffs - Strawberry Pina Colada | $85.00 | $0.00 | $425.00 |
| 2 | Lost Mary OS5000 Puffs - Watermelon | $85.00 | $0.00 | $170.00 |

Total quantities shipped: **24**

| | |
|---|---|
| Subtotal: | $2,040.00 |
| Total: | $2,040.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001464

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 277698 | Oct 21, 2022 | $812.50 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Air Bar Box 3000 Puffs 5pk - Black Ice | $32.50 | $0.00 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Miami Mint | $32.50 | $0.00 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Mighty Mint | $32.50 | $0.00 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon Bubblegum | $32.50 | $0.00 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Watermelon Apple Ice | $32.50 | $0.00 | $162.50 |

Total quantities shipped: **25**

| | |
|---|---|
| Subtotal: | $812.50 |
| Total: | $812.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001465

# INVOICE




| | Order # | Date | Total | |
|---|---|---|---|---|
| | 277828 | Oct 22, 2022 | **$3,353.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | JUUL Pods 8pk - Menthol 5% 4 Pods | $77.00 | $0.00 | $2,310.00 |
| 5 | Air Bar Box 3000 Puffs 5pk - Black Ice | $32.50 | $0.00 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Miami Mint | $32.50 | $0.00 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon Bubblegum | $32.50 | $0.00 | $162.50 |
| 5 | Air Bar Box 3000 Puffs 5pk - Watermelon Apple Ice | $32.50 | $0.00 | $162.50 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $275.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $0.00 | $118.00 |

Total quantities shipped: **102**

|  |  |
|---|---|
| Subtotal: | $3,353.00 |
| Total: | $3,353.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001466



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 277980 | Oct 24, 2022 | **$2,720.00** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $800.00 |
| 3 | ELF Bar BC5000 10pk - Clear 5% | $80.00 | $0.00 | $240.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $800.00 |
| 1 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $80.00 |

Total quantities shipped: **34**

|  |  |
|---|---|
| Subtotal: | $2,720.00 |
| Total: | $2,720.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001467

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 278211 | Oct 26, 2022 | **$1,410.50** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon Bubblegum | $32.50 | $0.00 | $65.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $0.00 | $118.00 |
| 7 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $560.00 |
| 3 | ELF Bar BC5000 10pk - Pineapple Strawnana | $80.00 | $0.00 | $240.00 |
| 5 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $400.00 |
| 5 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $27.50 |

Total quantities shipped: **24**

|  | |
|---|---|
| Subtotal: | $1,410.50 |
| Total: | $1,410.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001468

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 278346 | Oct 27, 2022 | $3,600.00 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | ELF Bar BC5000 10pk - Blue Razz Lemon | $80.00 | $0.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $0.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $800.00 |

Total quantities shipped: **45**

|  |  |
|---|---|
| Subtotal: | $3,600.00 |
| Total: | $3,600.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001469

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 278964 | Nov 3, 2022 | **$4,560.50** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Blueberry | $75.00 | $0.00 | $150.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Tropical | $75.00 | $0.00 | $150.00 |
| 50 | Black By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 50 | Black By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 10 | Gold By OPMS - 2ct | $9.00 | $0.00 | $90.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $380.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $0.00 | $118.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Berry Ice Cream | $77.50 | $0.00 | $77.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Raspberry Watermelon | $77.50 | $0.00 | $77.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Tropical | $77.50 | $0.00 | $77.50 |
| 2 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $160.00 |
| 3 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $240.00 |
| 3 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $0.00 | $240.00 |
| 3 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $240.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $80.00 |
| 3 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $240.00 |

Total quantities shipped: **138**

| | |
|---|---|
| Subtotal: | **$4,560.50** |
| Total: | **$4,560.50** |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001470

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 279187 | Nov 4, 2022 | **$3,275.00** |


**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Fume Extra 1500 Puffs 10pk - Blue Razz | $50.00 | $0.00 | $100.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Double Apple | $50.00 | $0.00 | $150.00 |
| 20 | Fume Extra 1500 Puffs 10pk - Mint Ice | $50.00 | $0.00 | $1,000.00 |
| 15 | Fume Extra 1500 Puffs 10pk - Strawberry Banana | $50.00 | $0.00 | $750.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Banana Ice | $42.50 | $0.00 | $85.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Blueberry Mint | $42.50 | $0.00 | $85.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Double Apple | $42.50 | $0.00 | $85.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $42.50 | $0.00 | $85.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Gummy Bears | $42.50 | $0.00 | $42.50 |
| 3 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $42.50 | $0.00 | $127.50 |
| 10 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $42.50 | $0.00 | $425.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $42.50 | $0.00 | $85.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $42.50 | $0.00 | $85.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Strawberry Watermelon | $42.50 | $0.00 | $42.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $42.50 | $0.00 | $42.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Unicorn | $42.50 | $0.00 | $85.00 |

Total quantities shipped: **70**

Subtotal: $3,275.00
Total: $3,275.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001471

# INVOICE





| Order # | Date | Total |
|---|---|---|
| 279321 | Nov 6, 2022 | **$464.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Pod Mesh 2500 Puffs 10pk - Krunch | $45.00 | $0.00 | $45.00 |
| 10 | Dry Tobacco By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $55.00 |
| 1 | STIG XL 700 Puffs 10pk - Dry Tobacco | $35.00 | $0.00 | $35.00 |
| 1 | Gold By OPMS - 2ct | $9.00 | $0.00 | $9.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $160.00 |

Total quantities shipped: **17**

Subtotal: $464.00
Total: $464.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001472

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 279556 | Nov 8, 2022 | **$4,875.00** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Air Bar Box 3000 Puffs 5pk - Blueberry Ice | $32.50 | $0.00 | $650.00 |
| 20 | Air Bar Box 3000 Puffs 5pk - Blueberry Raspberry | $32.50 | $0.00 | $650.00 |
| 20 | Air Bar Box 3000 Puffs 5pk - Grape Ice | $32.50 | $0.00 | $650.00 |
| 40 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon | $32.50 | $0.00 | $1,300.00 |
| 20 | Air Bar Box 3000 Puffs 5pk - Watermelon Candy | $32.50 | $0.00 | $650.00 |
| 20 | Air Bar Box 3000 Puffs 5pk - Watermelon Ice | $32.50 | $0.00 | $650.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Apple Raspberry | $32.50 | $0.00 | $325.00 |

Total quantities shipped: **150**

|  |  |
|---|---|
| Subtotal: | $4,875.00 |
| Total: | $4,875.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 280047 | Nov 12, 2022 | **$8,102.50** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $240.00 |
| 2 | ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $0.00 | $160.00 |
| 5 | ZERO NICOTINE - ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $0.00 | $400.00 |
| 5 | ZERO NICOTINE - ELF Bar BC5000 10pk - Kiwi Passion Fruit Guava | $80.00 | $0.00 | $400.00 |
| 5 | ZERO NICOTINE - ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $400.00 |
| 3 | ZERO NICOTINE - ELF Bar BC5000 10pk - Rainbow Candy | $80.00 | $0.00 | $240.00 |
| 5 | ZERO NICOTINE - ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $400.00 |
| 2 | ZERO NICOTINE - ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $160.00 |
| 5 | ZERO NICOTINE - ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $400.00 |
| 5 | ZERO NICOTINE - ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $400.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $75.00 | $0.00 | $375.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Banana Ice | $50.00 | $0.00 | $150.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Black Ice | $50.00 | $0.00 | $250.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Blue Razz | $50.00 | $0.00 | $100.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $50.00 | $0.00 | $250.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Bubble Gum | $50.00 | $0.00 | $50.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Cotton Candy | $50.00 | $0.00 | $100.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Dessert Breeze | $50.00 | $0.00 | $100.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Double Apple | $50.00 | $0.00 | $100.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Grape | $50.00 | $0.00 | $100.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Gummy Bears | $50.00 | $0.00 | $150.00 |
| 4 | Fume Extra 1500 Puffs 10pk - Lush Ice | $50.00 | $0.00 | $200.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Melon Ice | $50.00 | $0.00 | $100.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Purple Rain | $50.00 | $0.00 | $100.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Rainbow Candy | $50.00 | $0.00 | $100.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Strawberry Mango | $50.00 | $0.00 | $150.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Tangerine Ice | $50.00 | $0.00 | $50.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Tropical Fruit | $50.00 | $0.00 | $50.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Unicorn | $50.00 | $0.00 | $50.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Yogurt Ice Cream | $50.00 | $0.00 | $100.00 |
| 3 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $0.00 | $240.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $400.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Fresh Lychee | $50.00 | $0.00 | $50.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Mango | $50.00 | $0.00 | $100.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Mint Ice | $50.00 | $0.00 | $250.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Peach Ice | $50.00 | $0.00 | $100.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Pink Lemonade | $50.00 | $0.00 | $50.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Black Ice | $42.50 | $0.00 | $85.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $42.50 | $0.00 | $85.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Blueberry Mint | $42.50 | $0.00 | $42.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Coffee Tobacco | $42.50 | $0.00 | $42.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $42.50 | $0.00 | $42.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Dessert Breeze | $42.50 | $0.00 | $42.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $42.50 | $0.00 | $42.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $42.50 | $0.00 | $42.50 |
| 5 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $42.50 | $0.00 | $212.50 |
| 3 | Fume Infinity 3500 Puffs 5pk - Peach Ice | $42.50 | $0.00 | $127.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $42.50 | $0.00 | $42.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Strawberry Watermelon | $42.50 | $0.00 | $85.00 |
| 6 | Air Bar Box 3000 Puffs 5pk - Kiwi Shake | $32.50 | $0.00 | $195.00 |

Total quantities shipped: **136**

RZSMOKE00001474

Subtotal: $8,102.50
Total: $8,102.50

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001475

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 280120 | Nov 13, 2022 | **$2,420.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $0.00 | $240.00 |
| 3 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $240.00 |
| 30 | Gold By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 3 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 1 | Yocan Kodo Battery 20ct Display | $85.00 | $0.00 | $85.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Banana | $75.00 | $0.00 | $225.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Fresh Lychee | $50.00 | $0.00 | $100.00 |

Total quantities shipped: **45**

|  |  |
|---|---|
| Subtotal: | $2,420.00 |
| Total: | $2,420.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 281066 | Nov 22, 2022 | $9,280.00 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $0.00 | $320.00 |
| 3 | ELF Bar BC5000 10pk - Grape Energy | $80.00 | $0.00 | $240.00 |
| 3 | ELF Bar BC5000 10pk - Gumi | $80.00 | $0.00 | $240.00 |
| 4 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $320.00 |
| 3 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $240.00 |
| 10 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $800.00 |
| 3 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $240.00 |
| 6 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $480.00 |
| 6 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $480.00 |
| 3 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $0.00 | $240.00 |
| 5 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $400.00 |
| 2 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $0.00 | $160.00 |
| 8 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $640.00 |
| 4 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $320.00 |
| 8 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $640.00 |
| 12 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $960.00 |
| 24 | Menthol Ice By Halo E-Liquid - 6mg - 60ml | $7.00 | $0.00 | $168.00 |
| 40 | Black By OPMS - 3ct | $13.00 | $0.00 | $520.00 |
| 40 | Black By OPMS - 5ct | $21.00 | $0.00 | $840.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $86.00 | $0.00 | $1,032.00 |

Total quantities shipped: **200**

|  | |
|---|---|
| Subtotal: | $9,280.00 |
| Total: | $9,280.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001477



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 281499 | Nov 27, 2022 | **$2,445.00** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Pod Mesh 2500 Puffs 10pk - Loops | $45.00 | $0.00 | $45.00 |
| 60 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,260.00 |
| 3 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,140.00 |

Total quantities shipped: **64**

|  | |
|---|---|
| Subtotal: | $2,445.00 |
| Total: | $2,445.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001478

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 281508 | Nov 27, 2022 | **$650.00** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Air Bar Box 3000 Puffs 5pk - Super Mint | $32.50 | $0.00 | $650.00 |

Total quantities shipped: **20**

|  |  |
|---|---|
| Subtotal: | $650.00 |
| Total: | $650.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001479

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 281658 | Nov 29, 2022 | **$770.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Fume Extra 1500 Puffs 10pk - Banana Ice | $50.00 | $0.00 | $150.00 |
| 3 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $240.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |

Total quantities shipped: **7**

| | |
|---|---|
| Subtotal: | $770.00 |
| Total: | $770.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001480

# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 282070 | Dec 2, 2022 | $1,525.00 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Fume Extra 1500 Puffs 10pk - Blue Razz | $50.00 | $0.00 | $50.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $50.00 | $0.00 | $150.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Bubble Gum | $50.00 | $0.00 | $50.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Cotton Candy | $50.00 | $0.00 | $150.00 |
| 6 | Fume Extra 1500 Puffs 10pk - Lush Ice | $50.00 | $0.00 | $300.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Melon Ice | $50.00 | $0.00 | $150.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Pink Lemonade | $50.00 | $0.00 | $50.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Purple Rain | $50.00 | $0.00 | $100.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Rainbow Candy | $50.00 | $0.00 | $100.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Banana Ice | $42.50 | $0.00 | $42.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $42.50 | $0.00 | $42.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Double Apple | $42.50 | $0.00 | $42.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $42.50 | $0.00 | $42.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Gummy Bears | $42.50 | $0.00 | $42.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Kiwi Strawberry | $42.50 | $0.00 | $42.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $42.50 | $0.00 | $42.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Strawberry Watermelon | $42.50 | $0.00 | $42.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $42.50 | $0.00 | $85.00 |

Total quantities shipped: **32**

|  |  |
|---|---|
| Subtotal: | $1,525.00 |
| Total: | $1,525.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 282092 | Dec 3, 2022 | **$1,300.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 40 | Air Bar Box 3000 Puffs 5pk - Blueberry Ice | $32.50 | $0.00 | $1,300.00 |

Total quantities shipped: **40**

| | |
|---|---|
| Subtotal: | $1,300.00 |
| Total: | $1,300.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001482

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 282352 | Dec 6, 2022 | **$10,160.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $1,600.00 |
| 20 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $1,600.00 |
| 10 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $400.00 |
| 15 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $1,200.00 |
| 15 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $1,200.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |
| 15 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $1,200.00 |
| 20 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $1,600.00 |

Total quantities shipped: **127**

Subtotal: $10,160.00
Total: $10,160.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001483

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 282693 | Dec 9, 2022 | **$477.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Apple Peach | $53.00 | $0.00 | $53.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Berry Orange Ice | $53.00 | $0.00 | $53.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Chocolate Mint | $53.00 | $0.00 | $53.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Fantasy Love | $53.00 | $0.00 | $53.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Melon Ice | $53.00 | $0.00 | $53.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mojito Mint | $53.00 | $0.00 | $53.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Passion Fruit Mango | $53.00 | $0.00 | $53.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Raspberry Peach | $53.00 | $0.00 | $53.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Red Apple | $53.00 | $0.00 | $53.00 |

Total quantities shipped: **9**

| | |
|---|---|
| Subtotal: | $477.00 |
| Total: | $477.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001484

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 282720 | Dec 9, 2022 | **$230.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Pod Mesh 2500 Puffs 10pk - Krunch | $45.00 | $0.00 | $90.00 |
| 2 | Pod Mesh 2500 Puffs 10pk - Loops | $45.00 | $0.00 | $90.00 |
| 1 | Novo 3 By Smok - Gold Carbon Fiber | $12.50 | $0.00 | $12.50 |
| 2 | Novo 3 By Smok - IML Gold Cobra | $12.50 | $0.00 | $25.00 |
| 1 | Novo 3 By Smok - Red Carbon Fiber | $12.50 | $0.00 | $12.50 |

Total quantities shipped: **8**

|  |  |
|---|---|
| Subtotal: | $230.00 |
| Total: | $230.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001485

# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 282949 | Dec 12, 2022 | **$6,610.00** | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 15 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $5,700.00 |
| 12 | Air Bar Box 3000 Puffs 5pk - Energy Drinks | $32.50 | $0.00 | $390.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Mango Pineapple | $32.50 | $0.00 | $325.00 |
| 4 | Air Bar Box 3000 Puffs 5pk - Strawberry Grapefruit | $32.50 | $0.00 | $130.00 |
| 2 | Air Bar Box 3000 Puffs 5pk - Strawberry Kiwi | $32.50 | $0.00 | $65.00 |

Total quantities shipped: **43**

|  |  |
|---|---|
| Subtotal: | $6,610.00 |
| Total: | $6,610.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001486



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 283118 | Dec 14, 2022 | **$7,086.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Fume Extra 1500 Puffs 10pk - Banana Ice | $50.00 | $0.00 | $100.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Bubble Gum | $50.00 | $0.00 | $50.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Dessert Breeze | $50.00 | $0.00 | $50.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Double Apple | $50.00 | $0.00 | $100.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Gummy Bears | $50.00 | $0.00 | $50.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Lush Ice | $50.00 | $0.00 | $150.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Mango | $50.00 | $0.00 | $50.00 |
| 6 | Fume Extra 1500 Puffs 10pk - Pina Colada | $50.00 | $0.00 | $300.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Pink Lemonade | $50.00 | $0.00 | $50.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Raspberry Watermelon | $50.00 | $0.00 | $150.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Tropical Fruit | $50.00 | $0.00 | $150.00 |
| 24 | JUUL Pods 8pk - Menthol 5% 4 Pods | $83.00 | $0.00 | $1,992.00 |
| 18 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $83.00 | $0.00 | $1,494.00 |
| 15 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $75.00 | $0.00 | $1,125.00 |
| 10 | Hyde Edge Recharge 3300 Puffs 10pk - Minty O's | $75.00 | $0.00 | $750.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $75.00 | $0.00 | $150.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $75.00 | $0.00 | $375.00 |

Total quantities shipped: **98**

| | |
|---|---|
| Subtotal: | $7,086.00 |
| Total: | $7,086.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001487

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 283217 | Dec 14, 2022 | $9,600.00 | PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 15 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $1,200.00 |
| 2 | ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $0.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $0.00 | $400.00 |
| 3 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $0.00 | $240.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $800.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $800.00 |
| 15 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $1,200.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $400.00 |
| 20 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $1,600.00 |

Total quantities shipped: **120**

| | |
|---|---|
| Subtotal: | $9,600.00 |
| Total: | $9,600.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001488

# INVOICE




| Order # | Date | Total |
|---|---|---|
| 283638 | Dec 19, 2022 | **$10,863.50** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $400.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $80.00 |
| 19 | Subzero By Halo E-Liquid - 3mg - 60ml | $7.00 | $0.00 | $133.00 |
| 48 | Subzero By Halo E-Liquid - 6mg - 60ml | $7.00 | $0.00 | $336.00 |
| 1 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $7.00 | $0.00 | $7.00 |
| 50 | Black By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 60 | Black By OPMS - 5ct | $21.00 | $0.00 | $1,260.00 |
| 3 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 40 | Gold By OPMS - 3ct | $13.00 | $0.00 | $520.00 |
| 50 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 5 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,900.00 |
| 2 | Pod Mesh 2500 Puffs 10pk - Loops | $45.00 | $0.00 | $90.00 |
| 24 | JUUL Pods 8pk - Menthol 5% 4 Pods | $83.00 | $0.00 | $1,992.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $83.00 | $0.00 | $498.00 |
| 50 | Green Vein Maeng Da By OPMS - 36g - 60 Capsules | $4.75 | $0.00 | $237.50 |
| 1 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $35.00 | $0.00 | $35.00 |
| 10 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $55.00 |

Total quantities shipped: **381**

|  |  |
|---|---|
| Subtotal: | $10,863.50 |
| Total: | $10,863.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001489

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 283818 | Dec 21, 2022 | **$2,850.00** |  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Lost Mary OS5000 Puffs - Strawberry Ice | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Strawberry Sundae | $85.00 | $0.00 | $170.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $400.00 |
| 3 | ELF Bar BC5000 10pk - Rainbow Cloudz | $80.00 | $0.00 | $240.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $800.00 |
| 7 | Fume Extra 1500 Puffs 10pk - Lush Ice | $50.00 | $0.00 | $350.00 |

Total quantities shipped: **38**

|  | |
|---|---|
| Subtotal: | $2,850.00 |
| Total: | $2,850.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 283899 | Dec 22, 2022 | $800.00 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $800.00 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $800.00 |
| Total: | $800.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001491

# INVOICE

| | Order # | Date | Total |
|---|---|---|---|
| | 283900 | Dec 22, 2022 | **$800.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $800.00 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $800.00 |
| Total: | $800.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001492



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 283947 | Dec 22, 2022 | **$2,705.00** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Lost Mary OS5000 Puffs - Blue Razz Ice | $85.00 | $0.00 | $255.00 |
| 3 | Lost Mary OS5000 Puffs - Blueberry Ice | $85.00 | $0.00 | $255.00 |
| 3 | Lost Mary OS5000 Puffs - Cranberry Soda | $85.00 | $0.00 | $255.00 |
| 3 | Lost Mary OS5000 Puffs - Grape | $85.00 | $0.00 | $255.00 |
| 3 | Lost Mary OS5000 Puffs - Juicy Peach | $85.00 | $0.00 | $255.00 |
| 3 | Lost Mary OS5000 Puffs - Kiwi Passion Fruit Guava | $85.00 | $0.00 | $255.00 |
| 1 | Lost Mary OS5000 Puffs - Pineapple Mango | $85.00 | $0.00 | $85.00 |
| 2 | Lost Mary OS5000 Puffs - Strawberry Mango | $85.00 | $0.00 | $170.00 |
| 3 | Lost Mary OS5000 Puffs - Strawberry Pina Colada | $85.00 | $0.00 | $255.00 |
| 1 | Lost Mary OS5000 Puffs - Strawberry Sundae | $85.00 | $0.00 | $85.00 |
| 3 | Lost Mary OS5000 Puffs - Watermelon | $85.00 | $0.00 | $255.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Strawberry Candy | $32.50 | $0.00 | $325.00 |

Total quantities shipped: **38**

Subtotal: $2,705.00
Total: $2,705.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001493

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 284241 | Dec 26, 2022 | **$5,280.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $80.00 |
| 5 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $0.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $400.00 |

Total quantities shipped: **66**

| | |
|---|---|
| Subtotal: | $5,280.00 |
| Total: | $5,280.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001494

# INVOICE



| Order # | Document Date | Total | |
|---|---|---|---|
| 284623 | Dec 29, 2022 | $9,780.87 | PAID |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Fume Extra 1500 Puffs 10pk - Banana Ice | $50.00 | $0.00 | $100.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Black Ice | $50.00 | $0.00 | $100.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Blueberry CC | $50.00 | $0.00 | $50.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Blue Razz | $50.00 | $0.00 | $100.00 |
| 5 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $50.00 | $0.00 | $250.00 |
| 4 | Fume Extra 1500 Puffs 10pk - Bubble Gum | $50.00 | $0.00 | $200.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Cotton Candy | $50.00 | $0.00 | $100.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Double Apple | $50.00 | $0.00 | $100.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Melon Ice | $50.00 | $0.00 | $150.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Rainbow Candy | $50.00 | $0.00 | $50.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Strawberry | $50.00 | $0.00 | $150.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Tangerine Ice | $50.00 | $0.00 | $50.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Double Apple | $41.25 | $0.00 | $41.25 |
| 1 | Fume Infinity 3500 Puffs 5pk - Black Ice | $41.25 | $0.00 | $41.25 |
| 2 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $41.25 | $0.00 | $82.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Kiwi Strawberry | $41.25 | $0.00 | $82.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $41.25 | $0.00 | $41.25 |
| 1 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $41.25 | $0.00 | $41.25 |
| 1 | Fume Infinity 3500 Puffs 5pk - Pina Colada | $41.25 | $0.00 | $41.25 |
| 2 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $41.25 | $0.00 | $82.50 |
| 40 | Air Bar Box 3000 Puffs 5pk - Apple Raspberry | $32.50 | $0.00 | $1,300.00 |
| 20 | Air Bar Box 3000 Puffs 5pk - Strawberry Mango | $32.50 | $0.00 | $650.00 |
| 3 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $0.00 | $240.00 |
| 3 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $240.00 |
| 5 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $400.00 |
| 10 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $800.00 |
| 3 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $240.00 |
| 5 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $0.00 | $400.00 |
| 3 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $240.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $800.00 |
| 3 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $240.00 |
| 1 | Lost Mary OS5000 Puffs - Blue Cotton Candy | $85.00 | $0.00 | $85.00 |
| 2 | Lost Mary OS5000 Puffs - Blue Razz Ice | $85.00 | $0.00 | $170.00 |
| 2 | Lost Mary OS5000 Puffs - Blueberry Ice | $85.00 | $0.00 | $170.00 |
| 1 | Lost Mary OS5000 Puffs - Grape | $85.00 | $0.00 | $85.00 |
| 3 | Lost Mary OS5000 Puffs - Strawberry Ice | $85.00 | $0.00 | $255.00 |
| 1 | Lost Mary OS5000 Puffs - Watermelon | $85.00 | $0.00 | $85.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $84.84 | $0.00 | $1,018.08 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $84.84 | $0.00 | $509.04 |

Total quantities shipped: **172**

|  | |
|---|---|
| Subtotal: | $9,780.87 |
| Total: | $9,780.87 |

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

RZSMOKE00001495

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001496

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 285251 | Jan 4, 2023 | $9,729.23 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | ELF Bar BC5000 10pk - Grape Energy | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $400.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Mango | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $400.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $75.00 | $0.00 | $150.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $84.84 | $0.00 | $1,018.08 |
| 24 | JUUL Pods 8pk - Menthol 3% 4 Pods | $84.84 | $0.00 | $2,036.16 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $84.84 | $0.00 | $1,018.08 |
| 24 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $84.84 | $0.00 | $2,036.16 |
| 5 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $288.00 |
| 2 | Wintergreen 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Wintergreen 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Spearmint 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Spearmint 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Cool Mint 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Cool Mint 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Peppermint 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Peppermint 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Chill 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Chill 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Smooth 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Smooth 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Menthol 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Menthol 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 25 | Green Vein Maeng Da By OPMS - 36g - 60 Capsules | $4.75 | $0.00 | $118.75 |

Total quantities shipped: **164**

| | |
|---|---|
| Subtotal: | $9,729.23 |
| Total: | $9,729.23 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001497

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 285364 | Jan 4, 2023 | $6,022.50 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Air Bar Mini 2000 Puffs - Blue Razz | $42.50 | $0.00 | $425.00 |
| 15 | Air Bar Mini 2000 Puffs - Cool Mint | $42.50 | $0.00 | $637.50 |
| 15 | Air Bar Mini 2000 Puffs - Grape Ice | $42.50 | $0.00 | $637.50 |
| 5 | Air Bar Mini 2000 Puffs - Mixed Berries | $42.50 | $0.00 | $212.50 |
| 5 | Air Bar Mini 2000 Puffs - Peach Mango Pineapple | $42.50 | $0.00 | $212.50 |
| 5 | Air Bar Mini 2000 Puffs - Strawberry Kiwi | $42.50 | $0.00 | $212.50 |
| 5 | Air Bar Mini 2000 Puffs - Watermelon Candy | $42.50 | $0.00 | $212.50 |
| 15 | Air Bar Mini 2000 Puffs - Watermelon Ice | $42.50 | $0.00 | $637.50 |
| 3 | Air Bar Nex 6500 Puffs - Blackberry Ice | $67.50 | $0.00 | $202.50 |
| 2 | Air Bar Nex 6500 Puffs - Blueberry Dragonfruit | $67.50 | $0.00 | $135.00 |
| 3 | Air Bar Nex 6500 Puffs - Blueberry Ice | $67.50 | $0.00 | $202.50 |
| 5 | Air Bar Nex 6500 Puffs - Clear | $67.50 | $0.00 | $337.50 |
| 5 | Air Bar Nex 6500 Puffs - Cool Mint | $67.50 | $0.00 | $337.50 |
| 3 | Air Bar Nex 6500 Puffs - Grape Ice | $67.50 | $0.00 | $202.50 |
| 3 | Air Bar Nex 6500 Puffs - Melon Kiwi | $67.50 | $0.00 | $202.50 |
| 5 | Air Bar Nex 6500 Puffs - Miami Mint | $67.50 | $0.00 | $337.50 |
| 3 | Air Bar Nex 6500 Puffs - Pineapple Coconut | $67.50 | $0.00 | $202.50 |
| 2 | Air Bar Nex 6500 Puffs - Pineapple Mango | $67.50 | $0.00 | $135.00 |
| 3 | Air Bar Nex 6500 Puffs - Strawberry Kiwi | $67.50 | $0.00 | $202.50 |
| 5 | Air Bar Nex 6500 Puffs - Watermelon Ice | $67.50 | $0.00 | $337.50 |

Total quantities shipped: **117**

Subtotal: **$6,022.50**
Total: **$6,022.50**

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001498

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 285392 | Jan 5, 2023 | **$1,020.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | LUFF BAR Bubble 6000 - Alaska Ice | $75.00 | $0.00 | $75.00 |
| 1 | LUFF BAR Bubble 6000 - Blueberry Ice | $75.00 | $0.00 | $75.00 |
| 1 | LUFF BAR Bubble 6000 - Cool Mint | $75.00 | $0.00 | $75.00 |
| 1 | LUFF BAR Bubble 6000 - Sour Apple | $75.00 | $0.00 | $75.00 |
| 1 | LUFF BAR Bubble 6000 - Strawberry Watermelon | $75.00 | $0.00 | $75.00 |
| 1 | LUFF BAR Bubble 6000 - Watermelon Ice | $75.00 | $0.00 | $75.00 |
| 1 | FLUM Pebble 6000 Puff - Berrymelon Icy | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff - Blue Energy | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff - Cherry Berry | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff - Strawberry Coconut | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff - Vanilla Ice Cream | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff - Cool Mint | $95.00 | $0.00 | $95.00 |

Total quantities shipped: **12**

|  |  |
|---|---|
| Subtotal: | $1,020.00 |
| Total: | $1,020.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001499

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 285611 | Jan 7, 2023 | $4,733.00 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | Lost Mary OS5000 Puffs - Blue Cotton Candy | $85.00 | $0.00 | $340.00 |
| 1 | Lost Mary OS5000 Puffs - Blue Razz Ice | $85.00 | $0.00 | $85.00 |
| 2 | Lost Mary OS5000 Puffs - Blueberry Ice | $85.00 | $0.00 | $170.00 |
| 1 | Lost Mary OS5000 Puffs - Cranberry Soda | $85.00 | $0.00 | $85.00 |
| 2 | Lost Mary OS5000 Puffs - Pineapple Mango | $85.00 | $0.00 | $170.00 |
| 4 | Lost Mary OS5000 Puffs - Strawberry Ice | $85.00 | $0.00 | $340.00 |
| 1 | Lost Mary OS5000 Puffs - Strawberry Pina Colada | $85.00 | $0.00 | $85.00 |
| 5 | ELF Bar BC5000 10pk - Grape Energy | $80.00 | $0.00 | $400.00 |
| 3 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $80.00 | $0.00 | $240.00 |
| 1 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $80.00 |
| 5 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $400.00 |
| 3 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $0.00 | $240.00 |
| 5 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $400.00 |
| 5 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $288.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Peach Ice | $50.00 | $0.00 | $100.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Dragonfruit Lemonade | $75.00 | $0.00 | $75.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $75.00 | $0.00 | $150.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Tropical | $75.00 | $0.00 | $75.00 |
| 10 | Gold By OPMS - 5ct | $21.00 | $0.00 | $210.00 |

Total quantities shipped: **68**

|  |  |
|---|---|
| Subtotal: | $4,733.00 |
| Total: | $4,733.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001500

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 285688 | Jan 9, 2023 | **$13,920.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 15 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $1,200.00 |
| 10 | ELF Bar BC5000 10pk - Blue Razz Lemon | $80.00 | $0.00 | $800.00 |
| 13 | ELF Bar BC5000 10pk - Clear 5% | $80.00 | $0.00 | $1,040.00 |
| 15 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $0.00 | $1,200.00 |
| 15 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $1,200.00 |
| 15 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $1,200.00 |
| 10 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $800.00 |
| 15 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $1,200.00 |
| 9 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $80.00 | $0.00 | $720.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Brazz Ice | $80.00 | $0.00 | $400.00 |
| 20 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $1,600.00 |
| 32 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $2,560.00 |

Total quantities shipped: **174**

Subtotal: **$13,920.00**
Total: **$13,920.00**

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001501

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 285691 | Jan 9, 2023 | **$5,478.00** |  PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $83.00 | $0.00 | $996.00 |
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | $83.00 | $0.00 | $996.00 |
| 30 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $83.00 | $0.00 | $2,490.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $83.00 | $0.00 | $996.00 |

Total quantities shipped: **66**

|  |  |
|---|---|
| Subtotal: | $5,478.00 |
| Total: | $5,478.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001502

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 286197 | Jan 13, 2023 | **$2,976.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Beach Day | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Black Winter | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Cranberry Punch | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Crazi Berry | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Mixed Fruity | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Blue Razz Lemon | $80.00 | $0.00 | $80.00 |
| 14 | ELF Bar BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $1,120.00 |
| 1 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $80.00 | $0.00 | $80.00 |
| 10 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $576.00 |
| 1 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $80.00 |
| 4 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $320.00 |
| 1 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $80.00 |

Total quantities shipped: **40**

| | |
|---|---|
| Subtotal: | $2,976.00 |
| Total: | $2,976.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001503

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 286233 | Jan 13, 2023 | **$2,971.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 36 | Tribeca By Halo E-Liquid - 3mg - 60ml | $7.00 | $0.00 | $252.00 |
| 72 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $7.00 | $0.00 | $504.00 |
| 60 | Black By OPMS - 5ct | $21.00 | $0.00 | $1,260.00 |
| 30 | Gold By OPMS - 5ct | $21.00 | $0.00 | $630.00 |
| 4 | Air Bar Box 3000 Puffs 5pk - Energy Drinks | $32.50 | $0.00 | $130.00 |
| 6 | Air Bar Box 3000 Puffs 5pk - Super Mint | $32.50 | $0.00 | $195.00 |

Total quantities shipped: **208**

| | |
|---|---|
| Subtotal: | $2,971.00 |
| Total: | $2,971.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001504

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 287423 | Jan 22, 2023 | $4,231.00 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | ELF Bar BC5000 10pk - Cranberry Grape | $80.00 | $0.00 | $240.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $160.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $800.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $0.00 | $118.00 |
| 4 | JUUL Pods 8pk - Menthol 5% 4 Pods | $83.00 | $0.00 | $332.00 |
| 2 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $83.00 | $0.00 | $166.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |
| 1 | Lost Mary MO5000 10pk - Cherry Lemon | $85.00 | $0.00 | $85.00 |
| 1 | Lost Mary MO5000 10pk - Citrus Sunrise | $85.00 | $0.00 | $85.00 |
| 1 | Lost Mary MO5000 10pk - Energize | $85.00 | $0.00 | $85.00 |
| 1 | Lost Mary MO5000 10pk - Ginger Beer | $85.00 | $0.00 | $85.00 |
| 1 | Lost Mary MO5000 10pk - Grape Jelly | $85.00 | $0.00 | $85.00 |
| 1 | Lost Mary MO5000 10pk - Kiwi Passion Fruit Guava | $85.00 | $0.00 | $85.00 |
| 1 | Lost Mary MO5000 10pk - Lemon Sparkling Wine | $85.00 | $0.00 | $85.00 |
| 1 | Lost Mary MO5000 10pk - Mango Peach | $85.00 | $0.00 | $85.00 |
| 1 | Lost Mary MO5000 10pk - Mango Peach Watermelon | $85.00 | $0.00 | $85.00 |
| 1 | Lost Mary MO5000 10pk - Pineapple Apple Pear | $85.00 | $0.00 | $85.00 |
| 1 | Lost Mary MO5000 10pk - Watermelon Cherry | $85.00 | $0.00 | $85.00 |
| 1 | Lost Mary MO5000 10pk - Watermelon | $85.00 | $0.00 | $85.00 |
| 2 | Air Bar Mini 2000 Puffs - Black Ice | $42.50 | $0.00 | $85.00 |
| 2 | Air Bar Mini 2000 Puffs - Peach Blueberry Candy | $42.50 | $0.00 | $85.00 |
| 4 | Air Bar Box 3000 Puffs 5pk - Mango Pineapple | $32.50 | $0.00 | $130.00 |
| 4 | Air Bar Box 3000 Puffs 5pk - Strawberry Candy | $32.50 | $0.00 | $130.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Super Mint | $32.50 | $0.00 | $325.00 |

Total quantities shipped: **65**

| | |
|---|---|
| Subtotal: | $4,231.00 |
| Total: | $4,231.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001505

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 287622 | Jan 24, 2023 | **$5,360.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Blue Cotton Candy | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Cranberry Punch | $80.00 | $0.00 | $80.00 |
| 4 | ELF Bar BC5000 10pk - Gumi | $80.00 | $0.00 | $320.00 |
| 12 | ELF Bar BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $960.00 |
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $80.00 | $0.00 | $160.00 |
| 3 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $240.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $400.00 |
| 3 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $240.00 |
| 6 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $0.00 | $480.00 |
| 4 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $320.00 |
| 1 | ELF Bar BC5000 10pk - Sunrise | $80.00 | $0.00 | $80.00 |
| 6 | ELF Bar BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $480.00 |
| 10 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $80.00 | $0.00 | $800.00 |
| 1 | ELF Bar BC5000 10pk - Winter Berry | $80.00 | $0.00 | $80.00 |

Total quantities shipped: **67**

|  |  |
|---|---|
| Subtotal: | $5,360.00 |
| Total: | $5,360.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001506

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 287818 | Jan 27, 2023 | **$2,895.25** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Blue Cotton Candy | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Sunrise | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Winter Berry | $80.00 | $0.00 | $80.00 |
| 2 | Air Bar Box 3000 Puffs 5pk - Monster Ice | $32.50 | $0.00 | $65.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Fresh Lychee | $50.00 | $0.00 | $100.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Melon Ice | $50.00 | $0.00 | $100.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Peach Ice | $50.00 | $0.00 | $100.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Unicorn | $41.25 | $0.00 | $41.25 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $75.00 | $0.00 | $225.00 |
| 2 | Cotton Clouds By Pod Juice 55 - Salt Nicotine 20mg - 30ml (TFN) | $6.00 | $0.00 | $12.00 |
| 2 | Cotton Clouds By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) | $6.00 | $0.00 | $12.00 |
| 2 | Graham Cracker By Pod Juice 55 - Salt Nicotine 20mg - 30ml (TFN) | $6.00 | $0.00 | $12.00 |
| 2 | Graham Cracker By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) | $6.00 | $0.00 | $12.00 |
| 3 | Loops By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) | $6.00 | $0.00 | $18.00 |
| 3 | Loops By Pod Juice 55 - Salt Nicotine 55mg - 30ml (TFN) | $6.00 | $0.00 | $18.00 |
| 2 | Vanilla Custard Tobacco By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) | $6.00 | $0.00 | $12.00 |
| 2 | Vanilla Custard Tobacco By Pod Juice 55 - Salt Nicotine 55mg - 30ml (TFN) | $6.00 | $0.00 | $12.00 |
| 1 | Novo 2 By Smok - Black and White Resin | $12.50 | $0.00 | $12.50 |
| 1 | Novo 2 By Smok - Blue and Black Resin Streak | $12.50 | $0.00 | $12.50 |
| 1 | Novo 2 By Smok - Red and Yellow Resin Streak | $12.50 | $0.00 | $12.50 |
| 1 | Novo 2 By Smok - Red Stabilizing Wood | $12.50 | $0.00 | $12.50 |
| 2 | Wintergreen 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Wintergreen 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Cool Mint 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Cool Mint 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Citrus 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Citrus 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Spearmint 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Spearmint 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Peppermint 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Peppermint 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Menthol 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Menthol 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Chill 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Chill 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Smooth 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Smooth 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $380.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 10 | Gold By OPMS - 5ct | $21.00 | $0.00 | $210.00 |

Total quantities shipped: **85**

|  | |
|---|---|
| Subtotal: | $2,895.25 |
| Total: | $2,895.25 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

RZSMOKE00001507

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment,**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001508

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 287959 | Jan 28, 2023 | **$2,945.00** |  **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Blue Cotton Candy | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Strawberry Banana | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Sunrise | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Winter Berry | $80.00 | $0.00 | $80.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Strawberry Mango | $32.50 | $0.00 | $325.00 |
| 12 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon Bubblegum | $32.50 | $0.00 | $390.00 |
| 12 | Air Bar Box 3000 Puffs 5pk - Super Mint | $32.50 | $0.00 | $390.00 |
| 30 | Black By OPMS - 5ct | $21.00 | $0.00 | $630.00 |
| 50 | Black By OPMS - 3ct | $13.00 | $0.00 | $650.00 |

Total quantities shipped: **121**

| | |
|---|---|
| Subtotal: | $2,945.00 |
| Total: | $2,945.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001509

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 288012 | Jan 29, 2023 | **$2,653.25** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 9 | Wintergreen 5pk By Rogue - 3mg | $19.50 | $0.00 | $175.50 |
| 1 | Cool Mint 5pk By ZYN - 3mg | $18.00 | $0.00 | $18.00 |
| 1 | Smooth 5pk By ZYN - 3mg | $18.00 | $0.00 | $18.00 |
| 1 | ELF Bar BC5000 10pk - Blue Cotton Candy | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Sunrise | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Winter Berry | $80.00 | $0.00 | $80.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $82.00 | $0.00 | $984.00 |
| 10 | Nord 4 Kit By Smok (80W) - Black | $21.00 | $0.00 | $210.00 |
| 10 | Nord 4 Kit By Smok (80W) - Red | $21.00 | $0.00 | $210.00 |
| 5 | Novo X Kit By Smok - Black Cobra | $17.50 | $0.00 | $87.50 |
| 5 | Novo X Kit By Smok - Black Stabilizing Wood | $17.50 | $0.00 | $87.50 |
| 4 | Novo X Kit By Smok - Red Stabilizing Wood | $17.50 | $0.00 | $70.00 |
| 3 | Novo X Kit By Smok - Silver Cobra | $17.50 | $0.00 | $52.50 |
| 3 | Novo X Kit By Smok - White Cobra | $17.50 | $0.00 | $52.50 |
| 25 | Green Vein Maeng Da By OPMS - 36g - 60 Capsules | $4.75 | $0.00 | $118.75 |
| 10 | Green Vein Maeng Da By OPMS - 72g - 120 Capsules | $8.90 | $0.00 | $89.00 |

Total quantities shipped: **104**

|  |  |
|---|---|
| Subtotal: | $2,653.25 |
| Total: | $2,653.25 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001510

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 288082 | Jan 30, 2023 | **$3,045.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Blue Cotton Candy | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Blue Razz Lemon | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Mango Peach | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $400.00 |
| 8 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $640.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $80.00 | $0.00 | $400.00 |
| 1 | ELF Bar BC5000 10pk - Winter Berry | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Sour Apple | $80.00 | $0.00 | $80.00 |
| 10 | Hyde Edge Recharge 3300 Puffs 10pk - Minty O's | $72.50 | $0.00 | $725.00 |

Total quantities shipped: **39**

| | |
|---|---|
| Subtotal: | $3,045.00 |
| Total: | $3,045.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001511

# INVOICE


| Order # | Date | Total | |
|---|---|---|---|
| 288294 | Feb 1, 2023 | $2,375.00 | PAID |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Beach Day | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Black Winter | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Blue Cotton Candy | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Cranberry Punch | $80.00 | $0.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Crazi Berry | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Mixed Fruity | $80.00 | $0.00 | $80.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |
| 1 | ELF Bar BC5000 10pk - Sunrise | $80.00 | $0.00 | $80.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $400.00 |
| 6 | ELF Bar BC5000 10pk - Watermelon Jolly Ice | $80.00 | $0.00 | $480.00 |
| 1 | ELF Bar BC5000 10pk - Winter Berry | $80.00 | $0.00 | $80.00 |
| 1 | Novo 3 By Smok - Black Carbon Fiber | $12.50 | $0.00 | $12.50 |
| 1 | Novo 3 By Smok - Blue Carbon Fiber | $12.50 | $0.00 | $12.50 |
| 1 | Novo 3 By Smok - Gold Carbon Fiber | $12.50 | $0.00 | $12.50 |
| 1 | Novo 3 By Smok - IML Silver Cobra | $12.50 | $0.00 | $12.50 |
| 1 | Novo 3 By Smok - Peacock Blue Carbon Fiber | $12.50 | $0.00 | $12.50 |
| 1 | Novo 3 By Smok - Red Carbon Fiber | $12.50 | $0.00 | $12.50 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $380.00 |

Total quantities shipped: **31**

| | |
|---|---|
| Subtotal: | $2,375.00 |
| Total: | $2,375.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001512


# INVOICE



| Order # | Date | Total |
|---|---|---|
| 288400 | Feb 2, 2023 | **$2,967.50** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Fume Extra 1500 Puffs 10pk - Blue Razz | $50.00 | $0.00 | $150.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Blueberry Mint | $41.25 | $0.00 | $82.50 |
| 2 | Air Bar Mini 2000 Puffs - Black Ice | $42.50 | $0.00 | $85.00 |
| 2 | Air Bar Mini 2000 Puffs - Clear | $42.50 | $0.00 | $85.00 |
| 2 | Air Bar Mini 2000 Puffs - Peach Blueberry Candy | $42.50 | $0.00 | $85.00 |
| 2 | ELF Bar BC5000 10pk - Beach Day | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Black Winter | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $400.00 |
| 2 | ELF Bar BC5000 10pk - Cranberry Punch | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Crazi Berry | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $400.00 |
| 2 | ELF Bar BC5000 10pk - Mixed Fruity | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Sunset (Strawberry Peach Mango Orange) | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $400.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Jolly Ice | $80.00 | $0.00 | $160.00 |

Total quantities shipped: **42**

| | |
|---|---|
| Subtotal: | $2,967.50 |
| Total: | $2,967.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001513



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 288487 | Feb 3, 2023 | $4,400.00 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Beach Day | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Black Winter | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $400.00 |
| 2 | ELF Bar BC5000 10pk - Cranberry Punch | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Crazi Berry | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $400.00 |
| 2 | ELF Bar BC5000 10pk - Mixed Fruity | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $400.00 |
| 5 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $0.00 | $295.00 |
| 2 | Air Bar Mini 2000 Puffs - Watermelon Candy | $42.50 | $0.00 | $85.00 |
| 10 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $82.00 | $0.00 | $820.00 |

Total quantities shipped: **57**

| | |
|---|---|
| Subtotal: | $4,400.00 |
| Total: | $4,400.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001514

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 288780 | Feb 6, 2023 | $8,179.10 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Logic Power 27mg 2ct 10pk - Menthol | $57.60 | $0.00 | $57.60 |
| 24 | JUUL Pods 8pk - Menthol 5% 4 Pods | $82.00 | $0.00 | $1,968.00 |
| 18 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $82.00 | $0.00 | $1,476.00 |
| 20 | Black By OPMS - 2ct | $9.00 | $0.00 | $180.00 |
| 50 | Black By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 20 | Gold By OPMS - 2ct | $9.00 | $0.00 | $180.00 |
| 20 | Gold By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 50 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $72.50 | $0.00 | $217.50 |
| 5 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $400.00 |
| 1 | ELF Bar BC5000 10pk - Mango Peach Apricot | $80.00 | $0.00 | $80.00 |
| 4 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $320.00 |
| 1 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $80.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $400.00 |
| 2 | Air Bar Nex 6500 Puffs - Blueberry Grape Mint | $67.50 | $0.00 | $135.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Clear Ice 2.5% | $32.50 | $0.00 | $325.00 |

Total quantities shipped: **239**

| | |
|---|---|
| Subtotal: | $8,179.10 |
| Total: | $8,179.10 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001515

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 289224 | Feb 13, 2023 | **$6,194.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $400.00 |
| 4 | ELF Bar BC5000 10pk - Miami Mint | $80.00 | $0.00 | $320.00 |
| 3 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $0.00 | $240.00 |
| 3 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $240.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $400.00 |
| 2 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $80.00 | $0.00 | $160.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Brazz Ice | $80.00 | $0.00 | $400.00 |
| 3 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $80.00 | $0.00 | $240.00 |
| 30 | JUUL Pods 8pk - Menthol 5% 4 Pods | $82.00 | $0.00 | $2,460.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $82.00 | $0.00 | $984.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Blue Razz | $50.00 | $0.00 | $100.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Fresh Lychee | $50.00 | $0.00 | $50.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Melon Ice | $50.00 | $0.00 | $100.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Purple Rain | $50.00 | $0.00 | $100.00 |

Total quantities shipped: **79**

Subtotal: $6,194.00
Total: $6,194.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001516

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 289706 | Feb 20, 2023 | **$3,600.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | ELF Bar BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $800.00 |
| 5 | ELF Bar BC5000 10pk - Clear 5% | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Cuba Cigar | $80.00 | $0.00 | $400.00 |
| 5 | ELF Bar BC5000 10pk - Fuji Ice | $80.00 | $0.00 | $400.00 |
| 2 | ELF Bar BC5000 10pk - Grape Energy | $80.00 | $0.00 | $160.00 |
| 3 | ELF Bar BC5000 10pk - Peach Berry | $80.00 | $0.00 | $240.00 |
| 5 | ELF Bar BC5000 10pk - Peach Ice | $80.00 | $0.00 | $400.00 |
| 3 | ELF Bar BC5000 10pk - Pineapple Strawnana | $80.00 | $0.00 | $240.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Candy | $80.00 | $0.00 | $160.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $160.00 |
| 3 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $240.00 |

Total quantities shipped: **45**

|  |  |
|---|---|
| Subtotal: | $3,600.00 |
| Total: | $3,600.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001517

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 290017 | Feb 24, 2023 | **$3,025.10** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | E & B BC5000 10pk - Mixed Fruity | $80.00 | $0.00 | $240.00 |
| 5 | E & B BC5000 10pk - Peach Ice | $80.00 | $0.00 | $400.00 |
| 20 | E & B BC5000 10pk - Watermelon Ice | $80.00 | $0.00 | $1,600.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Sour Apple Ice | $77.50 | $0.00 | $77.50 |
| 20 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon | $32.50 | $0.00 | $650.00 |
| 1 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $57.60 |

Total quantities shipped: **50**

| | |
|---|---|
| Subtotal: | $3,025.10 |
| Total: | $3,025.10 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001518

# INVOICE





| Order # | Date | Total |
|---|---|---|
| 290031 | Feb 24, 2023 | **$5,580.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | Black By OPMS - 2ct | $9.00 | $0.00 | $270.00 |
| 10 | Black By OPMS - 3ct | $13.00 | $0.00 | $130.00 |
| 60 | Black By OPMS - 5ct | $21.00 | $0.00 | $1,260.00 |
| 3 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 20 | Gold By OPMS - 2ct | $9.00 | $0.00 | $180.00 |
| 20 | Gold By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 3 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 10 | E & B BC5000 10pk - Strawberry Ice | $80.00 | $0.00 | $800.00 |
| 3 | E & B BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $240.00 |
| 2 | E & B BC5000 10pk - Watermelon Brazz Ice | $80.00 | $0.00 | $160.00 |

Total quantities shipped: **161**

Subtotal: $5,580.00
Total: $5,580.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001519

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 290281 | Feb 28, 2023 | **$3,197.25** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 8 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $3,040.00 |
| 1 | Fume Unlimited 7000 Puffs - Lush Ice | $41.25 | $0.00 | $41.25 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 2.4% 2pk | $58.00 | $0.00 | $58.00 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 2.4% 2pk | $58.00 | $0.00 | $58.00 |

Total quantities shipped: **11**

|  |  |
|---|---|
| Subtotal: | $3,197.25 |
| Total: | $3,197.25 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001520

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 290374 | Mar 1, 2023 | **$3,069.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $84.00 | $0.00 | $2,520.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $84.00 | $0.00 | $504.00 |
| 1 | Pod Mesh 2500 Puffs 10pk - Loops | $45.00 | $0.00 | $45.00 |

Total quantities shipped: **37**

|  |  |
|---|---|
| Subtotal: | $3,069.00 |
| Total: | $3,069.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001521

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 290395 | Mar 2, 2023 | **$3,027.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Lost Mary OS5000 10pk - Black Mint | $80.00 | $0.00 | $240.00 |
| 2 | Lost Mary OS5000 10pk - Blue Cotton Candy | $80.00 | $0.00 | $160.00 |
| 2 | Lost Mary OS5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 2 | Lost Mary OS5000 10pk - Cherry Cola | $80.00 | $0.00 | $160.00 |
| 2 | Lost Mary OS5000 10pk - Cherry Peach Lemonade | $80.00 | $0.00 | $160.00 |
| 3 | Lost Mary OS5000 10pk - Mad Blue | $80.00 | $0.00 | $240.00 |
| 3 | Lost Mary OS5000 10pk - Mary Dream | $80.00 | $0.00 | $240.00 |
| 2 | Lost Mary OS5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $160.00 |
| 2 | Lost Mary OS5000 10pk - Spearmint | $80.00 | $0.00 | $160.00 |
| 2 | Lost Mary OS5000 10pk - Strawberry Ice | $80.00 | $0.00 | $160.00 |
| 2 | Lost Mary OS5000 10pk - Watermelon Lemon | $80.00 | $0.00 | $160.00 |
| 1 | E & B BC5000 10pk - Passion Fruit Orange Guava | $80.00 | $0.00 | $80.00 |
| 1 | Air Bar Mini 2000 Puffs - Black Ice | $42.50 | $0.00 | $42.50 |
| 1 | Air Bar Mini 2000 Puffs - Kiwi Lime - Exclusive Flavor | $45.00 | $0.00 | $45.00 |
| 1 | Air Bar Mini 2000 Puffs - Mango Tangelo - Exclusive Flavor | $45.00 | $0.00 | $45.00 |
| 1 | Air Bar Mini 2000 Puffs - Peach Blueberry Candy | $42.50 | $0.00 | $42.50 |
| 1 | Air Bar Mini 2000 Puffs - Rainbow Blast | $42.50 | $0.00 | $42.50 |
| 1 | Air Bar Mini 2000 Puffs - Strawberry Starfruit - Exclusive Flavor | $45.00 | $0.00 | $45.00 |
| 1 | Air Bar Mini 2000 Puffs - Strawberry Watermelon Peach - Exclusive Flavor | $45.00 | $0.00 | $45.00 |
| 1 | Red Vein Maeng Da By Remarkable Herbs - 8 oz | $11.50 | $0.00 | $11.50 |
| 5 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $288.00 |
| 10 | Black By OPMS - 5ct | $21.00 | $0.00 | $210.00 |
| 10 | Black By OPMS - 3ct | $13.00 | $0.00 | $130.00 |

Total quantities shipped: **59**

| | |
|---|---|
| Subtotal: | $3,027.00 |
| Total: | $3,027.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001522

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 290404 | Mar 2, 2023 | **$3,590.00** | **PAID**  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 50 | Black By OPMS - 2ct | $9.00 | $0.00 | $450.00 |
| 80 | Black By OPMS - 3ct | $13.00 | $0.00 | $1,040.00 |
| 100 | Black By OPMS - 5ct | $21.00 | $0.00 | $2,100.00 |

Total quantities shipped: **230**

| | |
|---|---|
| Subtotal: | $3,590.00 |
| Total: | $3,590.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001523

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 290575 | Mar 6, 2023 | **$2,920.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $2,280.00 |
| 10 | Black By OPMS - 2ct | $9.00 | $0.00 | $90.00 |
| 10 | Black By OPMS - 3ct | $13.00 | $0.00 | $130.00 |
| 10 | Black By OPMS - 5ct | $21.00 | $0.00 | $210.00 |
| 10 | Gold By OPMS - 5ct | $21.00 | $0.00 | $210.00 |

Total quantities shipped: **46**

| | |
|---|---|
| Subtotal: | $2,920.00 |
| Total: | $2,920.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001524

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 290758 | Mar 7, 2023 | $5,300.00 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | FLUM Pebble 6000 Puff 10pk - Aloe Grape | $95.00 | $0.00 | $95.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Blueberry Mint | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Clear | $95.00 | $0.00 | $190.00 |
| 3 | FLUM Pebble 6000 Puff 10pk - Cool Mint | $95.00 | $0.00 | $285.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Mango Icy | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Straw Mango | $95.00 | $0.00 | $190.00 |
| 2 | Air Bar Box 3000 Puffs 5pk - Mango Pineapple | $32.50 | $0.00 | $65.00 |
| 14 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon | $32.50 | $0.00 | $455.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Unflavored 5.0% Nicotine - Limited Edition | $32.50 | $0.00 | $325.00 |
| 10 | Air Bar Box 3000 Puffs 5pk - Unflavored 2.5% Nicotine - Limited Edition | $32.50 | $0.00 | $325.00 |
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $85.00 | $0.00 | $1,530.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $85.00 | $0.00 | $510.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Berrymelon Icy | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Blue Energy | $95.00 | $0.00 | $95.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Luscious Watermelon | $95.00 | $0.00 | $190.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Menthol | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Peach Icy | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Peach Orange | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Spearmint | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Strawmelon | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - StrawMelon Apple | $95.00 | $0.00 | $95.00 |

Total quantities shipped: **82**

| | |
|---|---|
| Subtotal: | $5,300.00 |
| Total: | $5,300.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001525



# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 291197 | Mar 15, 2023 | **$2,917.70** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ALTO Pods 5pk By VUSE - Menthol 2.4% 4pk | $95.00 | $0.00 | $190.00 |
| 2 | Logic Power 27mg 2ct 10pk - Menthol | $57.60 | $0.00 | $115.20 |
| 10 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon | $32.50 | $0.00 | $325.00 |
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $85.00 | $0.00 | $510.00 |
| 3 | Wintergreen 5pk By ZYN - 3mg | $18.00 | $0.00 | $54.00 |
| 3 | Wintergreen 5pk By ZYN - 6mg | $18.00 | $0.00 | $54.00 |
| 3 | Peppermint 5pk By ZYN - 3mg | $18.00 | $0.00 | $54.00 |
| 3 | Peppermint 5pk By ZYN - 6mg | $18.00 | $0.00 | $54.00 |
| 3 | Spearmint 5pk By ZYN - 3mg | $18.00 | $0.00 | $54.00 |
| 3 | Spearmint 5pk By ZYN - 6mg | $18.00 | $0.00 | $54.00 |
| 3 | Cool Mint 5pk By ZYN - 3mg | $18.00 | $0.00 | $54.00 |
| 3 | Cool Mint 5pk By ZYN - 6mg | $18.00 | $0.00 | $54.00 |
| 2 | Smooth 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Smooth 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Coffee 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Coffee 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Citrus 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Citrus 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 3 | Chill 5pk By ZYN - 3mg | $18.00 | $0.00 | $54.00 |
| 3 | Chill 5pk By ZYN - 6mg | $18.00 | $0.00 | $54.00 |
| 4 | Menthol 5pk By ZYN - 3mg | $18.00 | $0.00 | $72.00 |
| 4 | Menthol 5pk By ZYN - 6mg | $18.00 | $0.00 | $72.00 |
| 3 | Pod Mesh 2500 Puffs 10pk - Loops | $45.00 | $0.00 | $135.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Blueberry | $72.50 | $0.00 | $72.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz | $72.50 | $0.00 | $72.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Cherry Peach Lemonade | $72.50 | $0.00 | $72.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Dragonfruit Lemonade | $72.50 | $0.00 | $72.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Pina Colada | $72.50 | $0.00 | $72.50 |
| 2 | FLUM Pebble 6000 Puff 10pk - Clear | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Cool Mint | $95.00 | $0.00 | $190.00 |

Total quantities shipped: **82**

| | |
|---|---|
| Subtotal: | $2,917.70 |
| Total: | $2,917.70 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001526

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 291445 | Mar 19, 2023 | $5,760.00 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Juul Kits - Basic Kit - Slate 8ct | $59.00 | $0.00 | $295.00 |
| 2 | Air Bar Nex 6500 Puffs - Cool Mint | $67.50 | $0.00 | $135.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Blueberry Mint | $95.00 | $0.00 | $95.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Clear | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Cool Mint | $95.00 | $0.00 | $190.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Luscious Watermelon | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Peach Icy | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Straw Mango | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Strawmelon | $95.00 | $0.00 | $95.00 |
| 1 | STIG XL 700 Puffs 10pk - Crisp Apple | $35.00 | $0.00 | $35.00 |
| 1 | STIG XL 700 Puffs 10pk - Iced Berry Bomb | $35.00 | $0.00 | $35.00 |
| 1 | STIG XL 700 Puffs 10pk - Iced Mango Bomb | $35.00 | $0.00 | $35.00 |
| 1 | STIG XL 700 Puffs 10pk - Iced Purple Bomb | $35.00 | $0.00 | $35.00 |
| 1 | STIG XL 700 Puffs 10pk - Lush Ice | $35.00 | $0.00 | $35.00 |
| 1 | STIG XL 700 Puffs 10pk - Mighty Mint | $35.00 | $0.00 | $35.00 |
| 1 | STIG XL 700 Puffs 10pk - Tropical Mango | $35.00 | $0.00 | $35.00 |
| 1 | VGOD POD 4KR 10pk - Crisp Apple | $65.00 | $0.00 | $65.00 |
| 1 | VGOD POD 4KR 10pk - Cubano | $65.00 | $0.00 | $65.00 |
| 1 | VGOD POD 4KR 10pk - Iced Apple Bomb | $65.00 | $0.00 | $65.00 |
| 1 | VGOD POD 4KR 10pk - Iced Berry Bomb | $65.00 | $0.00 | $65.00 |
| 1 | VGOD POD 4KR 10pk - Iced Mango Bomb | $65.00 | $0.00 | $65.00 |
| 1 | VGOD POD 4KR 10pk - Iced Purple Bomb | $65.00 | $0.00 | $65.00 |
| 1 | VGOD POD 4KR 10pk - Lush Ice | $65.00 | $0.00 | $65.00 |
| 1 | VGOD POD 4KR 10pk - Mighty Mint | $65.00 | $0.00 | $65.00 |
| 1 | VGOD POD 4KR 10pk - Tropical Mango | $65.00 | $0.00 | $65.00 |
| 10 | Majestic Mango By Mighty Vapors - 3mg - 60ml (TFN) | $6.50 | $0.00 | $65.00 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $275.00 |
| 10 | Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $55.00 |
| 10 | Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $55.00 |
| 10 | Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $55.00 |
| 10 | Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $55.00 |
| 15 | Iced Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $82.50 |
| 10 | Iced Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $55.00 |
| 20 | Iced Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $110.00 |
| 15 | Iced Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $82.50 |
| 20 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $110.00 |
| 20 | Iced Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $110.00 |
| 10 | Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $55.00 |
| 10 | Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $55.00 |
| 20 | Iced Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $110.00 |
| 10 | Iced Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $55.00 |
| 50 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $275.00 |
| 50 | Lush Ice By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $275.00 |
| 20 | Gold By OPMS - 2ct | $9.00 | $0.00 | $180.00 |
| 20 | Gold By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $85.00 | $0.00 | $510.00 |

Total quantities shipped: **430**

|  |  |
|---|---|
| Subtotal: | $5,760.00 |
| Total: | $5,760.00 |

RZSMOKE00001527

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001528

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 291632 | Mar 21, 2023 | **$2,827.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Hyde Edge Recharge 3300 Puffs 10pk - Minty O's | $72.50 | $0.00 | $725.00 |
| 2 | Lost Mary OS5000 10pk - Watermelon | $80.00 | $0.00 | $160.00 |
| 3 | Lost Mary OS5000 10pk - Blue Cotton Candy | $80.00 | $0.00 | $240.00 |
| 2 | Lost Mary OS5000 10pk - Strawberry Ice | $80.00 | $0.00 | $160.00 |
| 3 | Air Bar Nex 6500 Puffs - Cool Mint | $67.50 | $0.00 | $202.50 |
| 42 | Green Vein Maeng Da By OPMS - 36g - 60 Capsules | $4.75 | $0.00 | $199.50 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $380.00 |

Total quantities shipped: **65**

| | |
|---|---|
| Subtotal: | $2,827.00 |
| Total: | $2,827.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001529

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 291751 | Mar 22, 2023 | **$5,635.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Air Bar Diamond 10pk - Blueberry Ice | $35.00 | $0.00 | $700.00 |
| 20 | Air Bar Diamond 10pk - Blueberry Raspberry | $35.00 | $0.00 | $700.00 |
| 10 | Air Bar Diamond 10pk - CLEAR - Unflavored | $35.00 | $0.00 | $350.00 |
| 40 | Air Bar Diamond 10pk - Cool Mint | $35.00 | $0.00 | $1,400.00 |
| 16 | Air Bar Diamond 10pk - Love Story | $35.00 | $0.00 | $560.00 |
| 5 | Air Bar Diamond 10pk - Mango | $35.00 | $0.00 | $175.00 |
| 10 | Air Bar Diamond 10pk - Sakura Grape | $35.00 | $0.00 | $350.00 |
| 40 | Air Bar Diamond 10pk - Watermelon Ice | $35.00 | $0.00 | $1,400.00 |

Total quantities shipped: **161**

| | |
|---|---|
| Subtotal: | $5,635.00 |
| Total: | $5,635.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001530

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 292963 | Mar 27, 2023 | $2,782.75 | PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Packs Pod 5000 Puffs 5pk - Blue Slurpie | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Marshmallow Fluff | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Orange Creamsicle | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Rainbow Sorbet | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Unicorn Sherbert | $38.75 | $0.00 | $38.75 |
| 1 | Lost Mary OS5000 10pk - Black Mint | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Spearmint | $80.00 | $0.00 | $80.00 |
| 1 | Air Bar Nex 6500 Puffs - Blackberry Ice | $67.50 | $0.00 | $67.50 |
| 1 | Air Bar Mini 2000 Puffs - Cool Mint | $42.50 | $0.00 | $42.50 |
| 1 | Air Bar Mini 2000 Puffs - Watermelon Ice | $42.50 | $0.00 | $42.50 |
| 70 | Gold By OPMS - 3ct | $13.00 | $0.00 | $910.00 |
| 40 | Gold By OPMS - 5ct | $21.00 | $0.00 | $840.00 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 24 | Kringle Curse By Halo E-Liquid - 3mg - 60ml | $6.50 | $0.00 | $156.00 |
| 12 | Kringle Curse By Halo E-Liquid - 6mg - 60ml | $6.50 | $0.00 | $78.00 |
| 5 | Majestic Mango By Mighty Vapors - 3mg - 60ml (TFN) | $6.50 | $0.00 | $32.50 |

Total quantities shipped: **181**

| | |
|---|---|
| Subtotal: | $2,782.75 |
| Total: | $2,782.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001531

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 293128 | Mar 28, 2023 | **$2,921.50** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Banana Ice | $72.50 | $0.00 | $362.50 |
| 15 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $72.50 | $0.00 | $1,087.50 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Cola Ice | $72.50 | $0.00 | $217.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Lush Ice | $72.50 | $0.00 | $72.50 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $72.50 | $0.00 | $145.00 |
| 8 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $72.50 | $0.00 | $580.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Summer LUV | $72.50 | $0.00 | $72.50 |
| 36 | Menthol Ice By Halo E-Liquid - 6mg - 60ml | $6.50 | $0.00 | $234.00 |
| 12 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $6.50 | $0.00 | $78.00 |
| 6 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $6.00 | $0.00 | $36.00 |
| 6 | Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $6.00 | $0.00 | $36.00 |

Total quantities shipped: **95**

| | |
|---|---|
| Subtotal: | $2,921.50 |
| Total: | $2,921.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001532



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 293530 | Mar 30, 2023 | **$2,901.00** |  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $1,728.00 |
| 2 | Air Bar Mini 2000 Puffs - Cool Mint | $42.50 | $0.00 | $85.00 |
| 2 | Air Bar Mini 2000 Puffs - Watermelon Ice | $42.50 | $0.00 | $85.00 |
| 2 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $37.50 | $0.00 | $75.00 |
| 3 | E & B BC5000 Ultra 10pk - Dragon Fruit Banana Berry | $85.00 | $0.00 | $255.00 |
| 2 | E & B BC5000 Ultra 10pk - Grape Honeydew | $85.00 | $0.00 | $170.00 |
| 3 | E & B BC5000 Ultra 10pk - Strawberry Watermelon Peach | $85.00 | $0.00 | $255.00 |
| 2 | Air Bar Mini 2000 Puffs - Strawberry Starfruit - Exclusive Flavor | $42.50 | $0.00 | $85.00 |
| 2 | Air Bar Mini 2000 Puffs - Strawberry Watermelon Peach - Exclusive Flavor | $42.50 | $0.00 | $85.00 |
| 12 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $6.50 | $0.00 | $78.00 |

Total quantities shipped: **60**

| | |
|---|---|
| Subtotal: | $2,901.00 |
| Total: | $2,901.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001533



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 294553 | Apr 6, 2023 | **$6,211.00** |



**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $3,800.00 |
| 100 | Black By OPMS - 5ct | $21.00 | $0.00 | $2,100.00 |
| 24 | Menthol Ice By Halo E-Liquid - 6mg - 60ml | $6.50 | $0.00 | $156.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Banana Ice | $77.50 | $0.00 | $77.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Sour Apple Ice | $77.50 | $0.00 | $77.50 |

Total quantities shipped: **136**

| | |
|---|---|
| Subtotal: | $6,211.00 |
| Total: | $6,211.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001534

# INVOICE

| Order # | Document Date | Total | PAID |
|---|---|---|---|
| 294634 | Apr 8, 2023 | **$1,613.75** | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | White Vein Maeng Da By Remarkable Herbs - 20 oz | $22.00 | $0.00 | $132.00 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $58.00 | $0.00 | $58.00 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 4pk | $95.00 | $0.00 | $95.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 5.0% 4pk | $95.00 | $0.00 | $190.00 |
| 1 | Novo Bar AL6000 10pk - Blue Razz Ice | $62.50 | $0.00 | $62.50 |
| 2 | Novo Bar AL6000 10pk - Clear | $62.50 | $0.00 | $125.00 |
| 1 | Novo Bar AL6000 10pk - Watermelon Candy | $62.50 | $0.00 | $62.50 |
| 1 | Packs Pod 5000 Puffs 5pk - Marshmallow Fluff | $38.75 | $0.00 | $38.75 |
| 10 | Gold By OPMS - 5ct | $21.00 | $0.00 | $210.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 10 | Gold By OPMS - 3ct | $13.00 | $0.00 | $130.00 |
| 10 | Black By OPMS - 3ct | $13.00 | $0.00 | $130.00 |

Total quantities shipped: **46**

|  |  |
|---|---|
| Subtotal: | $1,613.75 |
| Total: | $1,613.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001535

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 295123 | Apr 12, 2023 | **$2,772.50** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | FLUM Pebble 6000 Puff 10pk - Apple | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Cherry Berry | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Clear | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Cool Mint | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Cranberry Grape | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Luscious Watermelon | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Mango Icy | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Matcha (Japanese Green Tea) | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Passion Kiwi | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Peach Icy | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Vanilla Ice Cream | $95.00 | $0.00 | $95.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Peach Ice | $50.00 | $0.00 | $150.00 |
| 3 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $37.50 | $0.00 | $112.50 |
| 20 | Air Bar Box 3000 Puffs 5pk - Strawberry Watermelon | $32.50 | $0.00 | $650.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Lush Ice | $72.50 | $0.00 | $72.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Summer LUV | $72.50 | $0.00 | $72.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Arctic Icy | $95.00 | $0.00 | $95.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Tobacco | $95.00 | $0.00 | $190.00 |
| 10 | Tropical Mango By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $55.00 |
| 10 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $55.00 |
| 10 | Summer Strawberry By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $55.00 |
| 10 | Iced Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $55.00 |
| 10 | Iced Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $55.00 |
| 10 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $5.50 | $0.00 | $55.00 |
| 10 | Iced Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $5.50 | $0.00 | $55.00 |

Total quantities shipped: **112**

|  | |
|---|---|
| Subtotal: | $2,772.50 |
| Total: | $2,772.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001536

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 295318 | Apr 14, 2023 | $9,765.00 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | FLUM Pebble 6000 Puff 10pk - Mango Icy | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Matcha (Japanese Green Tea) | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Peach Icy | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Spearmint | $95.00 | $0.00 | $95.00 |
| 4 | Air Bar Box 3000 Puffs 10pk - Unflavored 2.5% Nicotine - Limited Edition | $65.00 | $0.00 | $260.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Peach Orange | $95.00 | $0.00 | $95.00 |
| 2 | Lost Mary OS5000 10pk - Strawberry Ice | $80.00 | $0.00 | $160.00 |
| 10 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $65.00 | $0.00 | $650.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Cool Lemon | $65.00 | $0.00 | $325.00 |
| 20 | Air Bar Box 3000 Puffs 10pk - Miami Mint | $65.00 | $0.00 | $1,300.00 |
| 20 | Air Bar Box 3000 Puffs 10pk - Super Mint | $65.00 | $0.00 | $1,300.00 |
| 40 | Air Bar Box 3000 Puffs 10pk - Watermelon Ice | $65.00 | $0.00 | $2,600.00 |
| 15 | Air Bar Diamond 10pk - Cool Mint | $35.00 | $0.00 | $525.00 |
| 10 | Air Bar Diamond 10pk - Sakura Grape | $35.00 | $0.00 | $350.00 |
| 15 | Air Bar Diamond 10pk - Super Mint | $35.00 | $0.00 | $525.00 |
| 10 | Air Bar Diamond 10pk - Watermelon Ice | $35.00 | $0.00 | $350.00 |
| 2 | Air Bar Nex 6500 Puffs - Blackberry Ice | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Blueberry Dragonfruit | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Blueberry Ice | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Cool Mint | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Miami Mint | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Kiwi | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Mango | $67.50 | $0.00 | $135.00 |

Total quantities shipped: **170**

| | |
|---|---|
| Subtotal: | $9,765.00 |
| Total: | $9,765.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001537



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 295949 | Apr 20, 2023 | **$2,738.10** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Pod Mesh 2500 Puffs 10pk - Krunch | $45.00 | $0.00 | $90.00 |
| 3 | Pod Mesh 2500 Puffs 10pk - Loops | $45.00 | $0.00 | $135.00 |
| 10 | Milk Of The Poppy By Vapetasia - 3mg - 100ml | $7.00 | $0.00 | $70.00 |
| 36 | Kringle Curse By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $207.00 |
| 1 | Lost Mary OS5000 10pk - Luster Edition - Lemon Lime Sparkling | $80.00 | $0.00 | $80.00 |
| 2 | Lost Mary OS5000 10pk - Cherry Cola | $80.00 | $0.00 | $160.00 |
| 2 | Lost Mary OS5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $160.00 |
| 2 | Lost Mary OS5000 10pk - Strawberry Ice | $80.00 | $0.00 | $160.00 |
| 1 | Lost Mary OS5000 10pk - Strawberry Mango | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Watermelon Lemon | $80.00 | $0.00 | $80.00 |
| 15 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 10 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $5.50 | $0.00 | $55.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $80.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $72.50 | $0.00 | $72.50 |
| 1 | PROTON 18650 3018mAH 2pk By BlackCell | $10.35 | $0.00 | $10.35 |
| 2 | Air Bar Nex 6500 Puffs - Blackberry Ice | $67.50 | $0.00 | $135.00 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 2.4% 2pk | $58.00 | $0.00 | $58.00 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 2pk | $58.00 | $0.00 | $58.00 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 4pk | $95.00 | $0.00 | $95.00 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 2.4% 2pk | $58.00 | $0.00 | $58.00 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 2.4% 4pk | $95.00 | $0.00 | $95.00 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $58.00 | $0.00 | $58.00 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 5.0% 4pk | $95.00 | $0.00 | $95.00 |
| 1 | Packs Pod 5000 Puffs 5pk - Guava Bubblegum | $38.75 | $0.00 | $38.75 |
| 10 | Cubano By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Cubano By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Iced Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Iced Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Iced Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 5 | Iced Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $22.50 |
| 10 | Iced Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 5 | Iced Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $22.50 |

Total quantities shipped: **218**

| | |
|---|---|
| Subtotal: | $2,738.10 |
| Total: | $2,738.10 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon

RZSMOKE00001538

as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001539

# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 296399 | Apr 24, 2023 | **$2,989.60** | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | FLUM Pebble 6000 Puff 10pk - Aloe Grape | $95.00 | $0.00 | $190.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Arctic Icy | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Blanco Grapefruit | $95.00 | $0.00 | $95.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Blueberry Mint | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Icy Mint | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Luscious Watermelon | $95.00 | $0.00 | $190.00 |
| 4 | FLUM Pebble 6000 Puff 10pk - Matcha (Japanese Green Tea) | $95.00 | $0.00 | $380.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Menthol | $95.00 | $0.00 | $95.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Peach Icy | $95.00 | $0.00 | $190.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Spearmint | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Strawberry Banana | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Strawberry Coconut | $95.00 | $0.00 | $95.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Straw Mango | $95.00 | $0.00 | $190.00 |
| 2 | Lost Mary OS5000 10pk - Cherry Peach Lemonade | $80.00 | $0.00 | $160.00 |
| 1 | Lost Mary OS5000 10pk - Pineapple Mango | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Spearmint | $80.00 | $0.00 | $80.00 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $58.00 | $0.00 | $116.00 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 2.4% 2pk | $58.00 | $0.00 | $116.00 |
| 1 | STIG XL 700 Puffs 10pk - Mighty Mint | $35.00 | $0.00 | $35.00 |
| 1 | VGOD POD 4KR 10pk - Lush Ice | $65.00 | $0.00 | $65.00 |
| 1 | VGOD POD 4KR 10pk - Mighty Mint | $65.00 | $0.00 | $65.00 |
| 1 | Logic Power 27mg 2ct 10pk - Menthol | $57.60 | $0.00 | $57.60 |
| 2 | Logic Pro 2ct 10pk - Tobacco 20mg | $62.50 | $0.00 | $125.00 |

Total quantities shipped: **36**

| | |
|---|---|
| Subtotal: | $2,989.60 |
| Total: | $2,989.60 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001540

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 296715 | Apr 27, 2023 | **$9,943.50** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Air Bar Box 3000 Puffs 10pk - Black Ice | $62.50 | $0.00 | $312.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Mango Pineapple | $62.50 | $0.00 | $187.50 |
| 2 | Air Bar Box 3000 Puffs 10pk - Miami Mint | $62.50 | $0.00 | $125.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Strawberry Mango | $62.50 | $0.00 | $312.50 |
| 30 | JUUL Pods 8pk - Menthol 5% 4 Pods | $88.00 | $0.00 | $2,640.00 |
| 30 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $88.00 | $0.00 | $2,640.00 |
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $88.00 | $0.00 | $528.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $88.00 | $0.00 | $528.00 |
| 10 | Juul Kits - Slate + 2 Pods Virginia Tobacco 4ct | $30.00 | $0.00 | $300.00 |
| 1 | Lost Mary OS5000 10pk - Cherry Cola | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Cherry Peach Lemonade | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Pineapple Mango | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Strawberry Mango | $80.00 | $0.00 | $80.00 |
| 2 | STIG XL 700 Puffs 10pk - Iced Mango Bomb | $35.00 | $0.00 | $70.00 |
| 5 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,900.00 |

Total quantities shipped: **109**

|  | |
|---|---|
| Subtotal: | $9,943.50 |
| Total: | $9,943.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001541

| Order # | Date | Total | |
|---|---|---|---|
| 297338 | May 4, 2023 | **$5,919.80** | PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Juul Kits - Slate + 2 Pods Virginia Tobacco 4ct | $30.00 | $0.00 | $600.00 |
| 36 | Tribeca By Halo E-Liquid - 12mg - 60ml | $5.75 | $0.00 | $207.00 |
| 40 | Air Bar Diamond 10pk - Cool Mint | $33.50 | $0.00 | $1,340.00 |
| 2 | Peppermint 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 10 | Air Bar Diamond 10pk - Blueberry Custard | $33.50 | $0.00 | $335.00 |
| 4 | Air Bar Diamond 10pk - Peach Mango | $33.50 | $0.00 | $134.00 |
| 20 | Red Vein Maeng Da By OPMS - 36g - 60 Capsules | $4.89 | $0.00 | $97.80 |
| 1 | FLUM Pebble 6000 Puff 10pk - Aloe Grape | $95.00 | $0.00 | $95.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Apple | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Berrymelon Icy | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Blanco Grapefruit | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Blueberry Melo | $95.00 | $0.00 | $190.00 |
| 5 | FLUM Pebble 6000 Puff 10pk - Clear | $95.00 | $0.00 | $475.00 |
| 5 | FLUM Pebble 6000 Puff 10pk - Cool Mint | $95.00 | $0.00 | $475.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Icy Mint | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Mango Icy | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Menthol | $95.00 | $0.00 | $190.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Peach Icy | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Spearmint | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Tobacco | $95.00 | $0.00 | $95.00 |
| 2 | Funky Republic Ti7000 5pk - Blue Razz Ice | $47.50 | $0.00 | $95.00 |
| 2 | Funky Republic Ti7000 5pk - Pineapple Coconut Ice | $47.50 | $0.00 | $95.00 |
| 1 | Lost Mary OS5000 10pk - Juicy Peach | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Strawberry Ice | $80.00 | $0.00 | $80.00 |
| 2 | Lost Mary OS5000 10pk - Strawberry Pina Colada | $80.00 | $0.00 | $160.00 |

Total quantities shipped: **168**

|  | |
|---|---|
| Subtotal: | $5,919.80 |
| Total: | $5,919.80 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001542

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 297724 | May 8, 2023 | $3,169.79 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 77 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $346.50 |
| 10 | Dry Tobacco By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Dry Tobacco By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 15 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 10 | Summer Strawberry By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 1 | Iced Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $4.50 |
| 15 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 10 | Iced Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 5 | Tropical Mango By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $22.50 |
| 10 | Melon Mix By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 5 | Melon Mix By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $22.50 |
| 15 | Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $5.50 | $0.00 | $82.50 |
| 15 | Blue Raspberry Lemonade By Salt Bae 30ml - 50mg | $5.50 | $0.00 | $82.50 |
| 25 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $5.50 | $0.00 | $137.50 |
| 25 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 50mg | $5.50 | $0.00 | $137.50 |
| 5 | Cotton Clouds By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) | $5.50 | $0.00 | $27.50 |
| 10 | Loops By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) | $5.50 | $0.00 | $55.00 |
| 11 | Kringle Curse By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $63.25 |
| 30 | Juul Kits - Slate + 2 Pods Virginia Tobacco 4ct | $30.00 | $0.00 | $900.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Jungle Juice | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Box 3000 Puffs 10pk - Mango Pineapple | $62.50 | $0.00 | $62.50 |
| 1 | Caliburn A3 Kit By UWELL - Black | $12.04 | $0.00 | $12.04 |
| 1 | Caliburn A3 Kit By UWELL - Blue | $12.04 | $0.00 | $12.04 |
| 1 | Caliburn A3 Kit By UWELL - Gray | $12.04 | $0.00 | $12.04 |
| 1 | Caliburn A3 Kit By UWELL - Green | $12.04 | $0.00 | $12.04 |
| 1 | Caliburn A3 Kit By UWELL - Red | $12.04 | $0.00 | $12.04 |
| 1 | Caliburn A3 Kit By UWELL - Silver | $12.04 | $0.00 | $12.04 |
| 10 | Caliburn Pods & Coils By UWELL - Caliburn A3 - 1.0 Pods 4pk | $7.48 | $0.00 | $74.80 |
| 1 | Citrus 5pk By ZYN - 3mg | $18.00 | $0.00 | $18.00 |
| 2 | Citrus 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Cool Mint 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Spearmint 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Spearmint 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Chill 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Chill 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | Menthol 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Menthol 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 2 | STIG XL 700 Puffs 10pk - Iced Berry Bomb | $35.00 | $0.00 | $70.00 |
| 2 | STIG XL 700 Puffs 10pk - Iced Mango Bomb | $35.00 | $0.00 | $70.00 |
| 2 | STIG XL 700 Puffs 10pk - Iced Purple Bomb | $35.00 | $0.00 | $70.00 |
| 2 | STIG XL 700 Puffs 10pk - Lush Ice | $35.00 | $0.00 | $70.00 |
| 2 | STIG XL 700 Puffs 10pk - Mighty Mint | $35.00 | $0.00 | $70.00 |

Total quantities shipped: **349**

|  | |
|---|---|
| Subtotal: | $3,169.79 |
| Total: | $3,169.79 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

RZSMOKE00001543

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment,**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001544

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 298142 | May 12, 2023 | **$6,850.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Lost Mary OS5000 10pk - Luster Edition - Acai Berry Storm Ice | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Luster Edition - Berry Crush Ice | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Luster Edition - Black Strawnana | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Luster Edition - Raspberry Lemonade | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Watermelon | $80.00 | $0.00 | $80.00 |
| 40 | Black By OPMS - 3ct | $13.00 | $0.00 | $520.00 |
| 30 | Black By OPMS - 5ct | $21.00 | $0.00 | $630.00 |
| 5 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,900.00 |
| 20 | Gold By OPMS - 2ct | $9.00 | $0.00 | $180.00 |
| 50 | Gold By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 50 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 4 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,520.00 |

Total quantities shipped: **204**

|  |  |
|---|---|
| Subtotal: | $6,850.00 |
| Total: | $6,850.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001545

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 298685 | May 18, 2023 | **$7,082.50** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 40 | Air Bar Box 3000 Puffs 10pk - Clear Ice | $62.50 | $0.00 | $2,500.00 |
| 20 | Air Bar Box 3000 Puffs 10pk - Grape Ice | $62.50 | $0.00 | $1,250.00 |
| 2 | Air Bar Nex 6500 Puffs - Blackberry Ice | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Blueberry Dragonfruit | $67.50 | $0.00 | $135.00 |
| 10 | Air Bar Nex 6500 Puffs - Miami Mint | $67.50 | $0.00 | $675.00 |
| 2 | Air Bar Mini 2000 Puffs - Kiwi Lime - Exclusive Flavor | $42.50 | $0.00 | $85.00 |
| 2 | Air Bar Mini 2000 Puffs - Mango Tangelo - Exclusive Flavor | $42.50 | $0.00 | $85.00 |
| 5 | Air Bar Mini 2000 Puffs - Strawberry Watermelon Peach - Exclusive Flavor | $42.50 | $0.00 | $212.50 |
| 30 | Cubano By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $135.00 |
| 20 | Cubano By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $90.00 |
| 30 | Black By OPMS - 5ct | $21.00 | $0.00 | $630.00 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $380.00 |
| 30 | Gold By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |

Total quantities shipped: **195**

| | |
|---|---|
| Subtotal: | $7,082.50 |
| Total: | $7,082.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001546



# INVOICE



**PAID**

| | Order # | Document Date | Total |
|---|---|---|---|
| | 298965 | May 20, 2023 | **$2,976.26** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 24 | Menthol Ice By Halo E-Liquid - 0mg - 60ml | $5.75 | $0.00 | $138.00 |
| 24 | Menthol Ice By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $138.00 |
| 24 | Menthol Ice By Halo E-Liquid - 12mg - 60ml | $5.75 | $0.00 | $138.00 |
| 24 | Menthol Ice By Halo E-Liquid - 18mg - 60ml | $5.75 | $0.00 | $138.00 |
| 12 | Menthol Ice By Halo E-Liquid - 24mg - 60ml | $5.75 | $0.00 | $69.00 |
| 12 | Menthol Ice By Halo E-Liquid - Salt Nicotine 20mg - 30ml | $5.75 | $0.00 | $69.00 |
| 12 | Menthol Ice By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $69.00 |
| 24 | Menthol Ice By Halo E-Liquid - Salt Nicotine 50mg - 30ml | $5.75 | $0.00 | $138.00 |
| 10 | Green Vein Maeng Da By Whole Herbs - Capsules - 500ct | $25.30 | $0.00 | $253.00 |
| 10 | Red Vein Maeng Da By Whole Herbs - Capsules - 60ct | $4.49 | $0.00 | $44.90 |
| 10 | Red Vein Bali By Whole Herbs - Capsules - 60ct | $4.89 | $0.00 | $48.90 |
| 2 | MIT45 Kratom Liquid - MIT45 Gold 30ct | $240.00 | $0.00 | $480.00 |
| 40 | Caliburn Pods & Coils By UWELL - Caliburn - 1.4 Pods 4pk | $7.26 | $0.00 | $290.40 |
| 1 | Novo X Kit By Smok - 7-Color Cobra | $15.93 | $0.00 | $15.93 |
| 1 | Novo X Kit By Smok - 7-Color Resin | $15.93 | $0.00 | $15.93 |
| 4 | Novo X Kit By Smok - Black Cobra | $15.93 | $0.00 | $63.72 |
| 2 | Novo X Kit By Smok - Black Stabilizing Wood | $15.93 | $0.00 | $31.86 |
| 3 | Novo X Kit By Smok - Blue Cobra | $15.93 | $0.00 | $47.79 |
| 3 | Novo X Kit By Smok - Red Stabilizing Wood | $15.93 | $0.00 | $47.79 |
| 3 | Novo X Kit By Smok - White Cobra | $15.93 | $0.00 | $47.79 |
| 1 | Packs Pod 5000 Puffs 5pk - Limited Edition - Biscotti Latte | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Limited Edition - Grape Swish | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Limited Edition - Watermelon Sugar | $38.75 | $0.00 | $38.75 |
| 2 | Packs Pod 5000 Puffs 5pk - Black Cherry Gelato | $38.75 | $0.00 | $77.50 |
| 2 | Packs Pod 5000 Puffs 5pk - Sour Gushers | $38.75 | $0.00 | $77.50 |
| 3 | Fume Extra 1500 Puffs 10pk - Peach Ice | $50.00 | $0.00 | $150.00 |
| 3 | Peppermint 5pk By ZYN - 3mg | $18.00 | $0.00 | $54.00 |
| 2 | Wintergreen 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Spearmint 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Cool Mint 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Menthol 5pk By ZYN - 3mg | $18.00 | $0.00 | $36.00 |
| 2 | Menthol 5pk By ZYN - 6mg | $18.00 | $0.00 | $36.00 |
| 1 | Chill 5pk By ZYN - 3mg | $18.00 | $0.00 | $18.00 |
| 1 | Chill 5pk By ZYN - 6mg | $18.00 | $0.00 | $18.00 |

Total quantities shipped: **270**

|  | |
|---|---|
| Subtotal: | $2,976.26 |
| Total: | $2,976.26 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001547



# INVOICE

| Order # | Document Date | Total |
|---------|---------------|-------|
| 299121 | May 22, 2023 | $3,000.75 |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 5 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,900.00 |
| 10 | Super Green Borneo By OPMS - 288g - 480 Capsules | $29.33 | $0.00 | $293.30 |
| 15 | Green Vein Maeng Da By OPMS - 288g - 480 Capsules | $27.31 | $0.00 | $409.65 |
| 20 | Caliburn Kit By Uwell - Black | $11.64 | $0.00 | $232.80 |
| 5 | Caliburn Kit By Uwell - Pink | $11.64 | $0.00 | $58.20 |
| 1 | Novo 3 Kit By Smok - Black Carbon Fiber | $11.83 | $0.00 | $11.83 |
| 1 | Novo 3 Kit By Smok - Blue Carbon Fiber | $11.83 | $0.00 | $11.83 |
| 1 | Novo 3 Kit By Smok - Gold Carbon Fiber | $11.83 | $0.00 | $11.83 |
| 1 | Novo 3 Kit By Smok - IML Red Cobra | $11.27 | $0.00 | $11.27 |
| 1 | Novo 3 Kit By Smok - IML Silver Cobra | $11.27 | $0.00 | $11.27 |
| 1 | Novo 3 Kit By Smok - IML White Cobra | $11.27 | $0.00 | $11.27 |
| 1 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $37.50 | $0.00 | $37.50 |

Total quantities shipped: **62**

| | |
|---|---|
| Subtotal: | $3,000.75 |
| Total: | $3,000.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001548

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 299270 | May 23, 2023 | **$3,209.60** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 21 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $1,209.60 |
| 2 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $760.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 1 | Lost Mary OS5000 10pk - Luster Edition - Acai Berry Storm Ice | $80.00 | $0.00 | $80.00 |
| 2 | Lost Mary OS5000 10pk - Luster Edition - Berry Crush Ice | $80.00 | $0.00 | $160.00 |
| 1 | Lost Mary OS5000 10pk - Luster Edition - Black Strawnana | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Luster Edition - Raspberry Lemonade | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Blue Cotton Candy | $80.00 | $0.00 | $80.00 |

Total quantities shipped: **31**

Subtotal: $3,209.60
Total: $3,209.60

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001549

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 299375 | May 24, 2023 | $3,249.79 | **PAID**  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 9 | Green Vein Thai By Remarkable Herbs - 3 oz | $4.31 | $0.00 | $38.79 |
| 3 | Graham Cracker By Pod Juice 55 - Salt Nicotine 20mg - 30ml (TFN) | $5.50 | $0.00 | $16.50 |
| 3 | Graham Cracker By Pod Juice 55 - Salt Nicotine 55mg - 30ml (TFN) | $5.50 | $0.00 | $16.50 |
| 3 | Churros By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) | $5.50 | $0.00 | $16.50 |
| 3 | Churros By Pod Juice 55 - Salt Nicotine 55mg - 30ml (TFN) | $5.50 | $0.00 | $16.50 |
| 60 | Air Bar Diamond 10pk - Cool Mint | $33.00 | $0.00 | $1,980.00 |
| 30 | Juul Kits - Slate + 2 Pods Virginia Tobacco 4ct | $30.00 | $0.00 | $900.00 |
| 15 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 15 | Cubano By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 15 | Cubano By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $67.50 |
| 1 | Green CBD - CBD Gummies 500mg - Blue Raspberry | $12.50 | $0.00 | $12.50 |
| 1 | Green CBD - CBD Gummies 500mg - Juicy Strawberry | $12.50 | $0.00 | $12.50 |
| 1 | Green CBD - CBD Gummies 500mg - Pink Lemonade | $12.50 | $0.00 | $12.50 |
| 1 | Green CBD - CBD Gummies 500mg - Ripe Mango | $12.50 | $0.00 | $12.50 |
| 1 | Green CBD - CBD Gummies 500mg - Watermelon Blast | $12.50 | $0.00 | $12.50 |

Total quantities shipped: **161**

| | |
|---|---|
| Subtotal: | $3,249.79 |
| Total: | $3,249.79 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001550

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 299442 | May 25, 2023 | **$4,495.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | FLUM Pebble 6000 Puff 10pk - Arctic Icy | $95.00 | $0.00 | $285.00 |
| 4 | FLUM Pebble 6000 Puff 10pk - Blanco Grapefruit | $95.00 | $0.00 | $380.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Blueberry Mint | $95.00 | $0.00 | $95.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Blue Razz Icy | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Cherry Berry | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Clear | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Luscious Watermelon | $95.00 | $0.00 | $190.00 |
| 3 | FLUM Pebble 6000 Puff 10pk - Mango Icy | $95.00 | $0.00 | $285.00 |
| 4 | FLUM Pebble 6000 Puff 10pk - Matcha (Japanese Green Tea) | $95.00 | $0.00 | $380.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Passion Kiwi | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Peach Icy | $95.00 | $0.00 | $190.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Strawberry Coconut | $95.00 | $0.00 | $95.00 |
| 3 | FLUM Pebble 6000 Puff 10pk - Straw Mango | $95.00 | $0.00 | $285.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Strawmelon | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - StrawMelon Apple | $95.00 | $0.00 | $95.00 |
| 1 | Lost Mary OS5000 10pk - Luster Edition - Acai Berry Storm Ice | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Luster Edition - Berry Crush Ice | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Luster Edition - Black Strawnana | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Luster Edition - Raspberry Lemonade | $80.00 | $0.00 | $80.00 |
| 2 | Lost Mary OS5000 10pk - Black Mint | $80.00 | $0.00 | $160.00 |
| 2 | Lost Mary OS5000 10pk - Blue Cotton Candy | $80.00 | $0.00 | $160.00 |
| 1 | Lost Mary OS5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Cherry Peach Lemonade | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Juicy Peach | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Mad Blue | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary OS5000 10pk - Spearmint | $80.00 | $0.00 | $80.00 |
| 2 | Lost Mary OS5000 10pk - Strawberry Ice | $80.00 | $0.00 | $160.00 |
| 2 | Lost Mary OS5000 10pk - Watermelon | $80.00 | $0.00 | $160.00 |

Total quantities shipped: **50**

|  | |
|---|---|
| Subtotal: | $4,495.00 |
| Total: | $4,495.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001551

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 299826 | May 30, 2023 | **$4,489.75** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | EB Design TE6000 5pk - Apple Peach | $40.00 | $0.00 | $120.00 |
| 3 | EB Design TE6000 5pk - Autumn | $40.00 | $0.00 | $120.00 |
| 6 | EB Design TE6000 5pk - Blue Razz Ice | $40.00 | $0.00 | $240.00 |
| 5 | EB Design TE6000 5pk - Clear | $40.00 | $0.00 | $200.00 |
| 5 | EB Design TE6000 5pk - Grape Ice | $40.00 | $0.00 | $200.00 |
| 3 | EB Design TE6000 5pk - Hawaii Punch | $40.00 | $0.00 | $120.00 |
| 6 | EB Design TE6000 5pk - Ice Mint | $40.00 | $0.00 | $240.00 |
| 6 | EB Design TE6000 5pk - Juicy Peach | $40.00 | $0.00 | $240.00 |
| 3 | EB Design TE6000 5pk - Key West | $40.00 | $0.00 | $120.00 |
| 3 | EB Design TE6000 5pk - Lemon Drop | $40.00 | $0.00 | $120.00 |
| 5 | EB Design TE6000 5pk - Strawberry Ice | $40.00 | $0.00 | $200.00 |
| 6 | EB Design TE6000 5pk - Watermelon Ice | $40.00 | $0.00 | $240.00 |
| 5 | Logic Pro 2ct 10pk - Tobacco 20mg | $62.50 | $0.00 | $312.50 |
| 10 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $576.00 |
| 5 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $37.50 | $0.00 | $187.50 |
| 1 | Packs Pod 5000 Puffs 5pk - Sour Gushers | $38.75 | $0.00 | $38.75 |
| 2 | Air Bar Nex 6500 Puffs - Black Dragon Ice | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Kiwi Lime | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Love Story | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Peach Ice | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Spearmint | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Pina Colada | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Yogurt | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Watermelon Cantaloupe Honeydew | $67.50 | $0.00 | $135.00 |

Total quantities shipped: **93**

| | |
|---|---|
| Subtotal: | $4,489.75 |
| Total: | $4,489.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001552



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 299965 | May 31, 2023 | **$3,543.10** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | ALTO Pods 5pk By VUSE - Golden Tobacco 2.4% 2pk | $58.00 | $0.00 | $174.00 |
| 5 | ALTO Pods 5pk By VUSE - Golden Tobacco 2.4% 4pk | $95.00 | $0.00 | $475.00 |
| 3 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 2pk | $58.00 | $0.00 | $174.00 |
| 5 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 4pk | $95.00 | $0.00 | $475.00 |
| 1 | Air Bar Nex 6500 Puffs - Black Dragon Ice | $67.50 | $0.00 | $67.50 |
| 1 | Air Bar Nex 6500 Puffs - Kiwi Lime | $67.50 | $0.00 | $67.50 |
| 2 | Air Bar Nex 6500 Puffs - Peach Ice | $67.50 | $0.00 | $135.00 |
| 1 | Air Bar Nex 6500 Puffs - Spearmint | $67.50 | $0.00 | $67.50 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Pina Colada | $67.50 | $0.00 | $67.50 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Yogurt | $67.50 | $0.00 | $67.50 |
| 2 | Air Bar Nex 6500 Puffs - Watermelon Cantaloupe Honeydew | $67.50 | $0.00 | $135.00 |
| 5 | Caliburn Kit By Uwell - Black | $11.64 | $0.00 | $58.20 |
| 10 | Caliburn Kit By Uwell - Blue | $11.64 | $0.00 | $116.40 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 12 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |
| 12 | Tribeca By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $69.00 |
| 50 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 3 | EB Design TE6000 5pk - Blue Razz Ice | $40.00 | $0.00 | $120.00 |
| 1 | EB Design TE6000 5pk - Clear | $40.00 | $0.00 | $40.00 |
| 1 | EB Design TE6000 5pk - Grape Ice | $40.00 | $0.00 | $40.00 |
| 3 | EB Design TE6000 5pk - Ice Mint | $40.00 | $0.00 | $120.00 |
| 1 | EB Design TE6000 5pk - Juicy Peach | $40.00 | $0.00 | $40.00 |
| 1 | EB Design TE6000 5pk - Key West | $40.00 | $0.00 | $40.00 |
| 3 | EB Design TE6000 5pk - Strawberry Ice | $40.00 | $0.00 | $120.00 |
| 3 | EB Design TE6000 5pk - Watermelon Ice | $40.00 | $0.00 | $120.00 |
| 1 | EB Design TE6000 5pk - Apple Peach | $40.00 | $0.00 | $40.00 |
| 1 | EB Design TE6000 5pk - Autumn | $40.00 | $0.00 | $40.00 |

Total quantities shipped: **133**

|  |  |
|---|---|
| Subtotal: | $3,543.10 |
| Total: | $3,543.10 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001553

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 300384 | Jun 5, 2023 | $3,852.65 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | FLUM Pebble 6000 Puff 10pk - Blue Energy | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Clear | $95.00 | $0.00 | $190.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Peach Orange | $95.00 | $0.00 | $190.00 |
| 3 | EB Design TE6000 5pk - Blue Razz Ice | $40.00 | $0.00 | $120.00 |
| 3 | EB Design TE6000 5pk - Clear | $40.00 | $0.00 | $120.00 |
| 3 | EB Design TE6000 5pk - Grape Ice | $40.00 | $0.00 | $120.00 |
| 5 | EB Design TE6000 5pk - Watermelon Ice | $40.00 | $0.00 | $200.00 |
| 4 | Air Bar Box 3000 Puffs 10pk - Black Ice | $62.50 | $0.00 | $250.00 |
| 4 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $62.50 | $0.00 | $250.00 |
| 4 | Air Bar Box 3000 Puffs 10pk - Blueberry Raspberry | $62.50 | $0.00 | $250.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $62.50 | $0.00 | $312.50 |
| 2 | Air Bar Box 3000 Puffs 10pk - Strawberry Grapefruit | $62.50 | $0.00 | $125.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Strawberry Kiwi | $62.50 | $0.00 | $125.00 |
| 2 | Caliburn A2 Kit By UWELL - Aqua Blue | $10.31 | $0.00 | $20.62 |
| 2 | Caliburn A2 Kit By UWELL - Artic Silver | $10.31 | $0.00 | $20.62 |
| 5 | Caliburn A2 Kit By UWELL - Black | $10.31 | $0.00 | $51.55 |
| 2 | Caliburn A2 Kit By UWELL - Blue | $10.31 | $0.00 | $20.62 |
| 2 | Caliburn A2 Kit By UWELL - Green | $10.31 | $0.00 | $20.62 |
| 2 | Caliburn A2 Kit By UWELL - Grey | $10.31 | $0.00 | $20.62 |
| 5 | Majestic Mango By Mighty Vapors - 6mg - 60ml | $5.50 | $0.00 | $27.50 |
| 10 | Air Bar Diamond 10pk - Blueberry Custard | $33.00 | $0.00 | $330.00 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $58.00 | $0.00 | $58.00 |
| 40 | Black By OPMS - 5ct | $21.00 | $0.00 | $840.00 |

Total quantities shipped: **112**

|  |  |
|---|---|
| Subtotal: | $3,852.65 |
| Total: | $3,852.65 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001554

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 300612 | Jun 8, 2023 | **$5,087.36** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 25 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $112.50 |
| 5 | Iced Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $22.50 |
| 5 | EB Design TE6000 5pk - Apple Peach | $40.00 | $0.00 | $200.00 |
| 3 | EB Design TE6000 5pk - Autumn | $40.00 | $0.00 | $120.00 |
| 10 | EB Design TE6000 5pk - Blue Razz Ice | $40.00 | $0.00 | $400.00 |
| 10 | EB Design TE6000 5pk - Clear | $40.00 | $0.00 | $400.00 |
| 10 | EB Design TE6000 5pk - Grape Ice | $40.00 | $0.00 | $400.00 |
| 5 | EB Design TE6000 5pk - Hawaii Punch | $40.00 | $0.00 | $200.00 |
| 5 | EB Design TE6000 5pk - Juicy Peach | $40.00 | $0.00 | $200.00 |
| 3 | EB Design TE6000 5pk - Key West | $40.00 | $0.00 | $120.00 |
| 3 | EB Design TE6000 5pk - Lemon Drop | $40.00 | $0.00 | $120.00 |
| 10 | EB Design TE6000 5pk - Strawberry Ice | $40.00 | $0.00 | $400.00 |
| 10 | EB Design TE6000 5pk - Watermelon Ice | $40.00 | $0.00 | $400.00 |
| 100 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $450.00 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $225.00 |
| 20 | Iced Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $90.00 |
| 2 | Green Vein Maeng Da By OPMS - 18g - 30 Capsules | $3.68 | $0.00 | $7.36 |
| 4 | Air Bar Box 3000 Puffs 10pk - Black Ice | $62.50 | $0.00 | $250.00 |
| 4 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $62.50 | $0.00 | $250.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $62.50 | $0.00 | $312.50 |
| 5 | Air Bar Box 3000 Puffs 10pk - Strawberry Kiwi | $62.50 | $0.00 | $312.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Strawberry Banana | $95.00 | $0.00 | $95.00 |

Total quantities shipped: **295**

|  |  |
|---|---|
| Subtotal: | $5,087.36 |
| Total: | $5,087.36 |

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001555


# INVOICE


**PAID**

| Order # | Date | Total |
|---|---|---|
| 300811 | Jun 12, 2023 | **$4,689.50** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 60 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,260.00 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $380.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 9 | Pod Mesh 2500 Puffs 10pk - Loops | $10.00 | $0.00 | $90.00 |
| 5 | EB Design TE6000 5pk - Strawberry Ice | $40.00 | $0.00 | $200.00 |
| 20 | LP Coils By Smok - LP1 - Meshed 0.8 5pk | $7.05 | $0.00 | $141.00 |
| 4 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $62.50 | $0.00 | $250.00 |
| 3 | Air Bar Box 3000 Puffs 10pk - Blueberry Raspberry | $62.50 | $0.00 | $187.50 |
| 5 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $62.50 | $0.00 | $312.50 |
| 3 | Air Bar Nex 6500 Puffs - Blueberry Dragonfruit | $67.50 | $0.00 | $202.50 |
| 2 | STIG XL 700 Puffs 10pk - Iced Berry Bomb | $45.00 | $0.00 | $90.00 |
| 5 | STIG XL 700 Puffs 10pk - Iced Mango Bomb | $45.00 | $0.00 | $225.00 |
| 3 | STIG XL 700 Puffs 10pk - Lush Ice | $45.00 | $0.00 | $135.00 |
| 10 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $576.00 |

Total quantities shipped: **151**

|  | Subtotal: | $4,689.50 |
|---|---|---|
|  | Total: | $4,689.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001556

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 301584 | Jun 20, 2023 | **$6,541.67** | PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 15 | Logic Pro 2ct 10pk - Tobacco 20mg | $62.50 | $0.00 | $937.50 |
| 48 | Tribeca By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $276.00 |
| 48 | Tribeca By Halo E-Liquid - Salt Nicotine 50mg - 30ml | $5.75 | $0.00 | $276.00 |
| 60 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $345.00 |
| 24 | Subzero By Halo E-Liquid - 12mg - 60ml | $5.75 | $0.00 | $138.00 |
| 18 | Kringle Curse By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $103.50 |
| 24 | Subzero By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $138.00 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $58.00 | $0.00 | $116.00 |
| 20 | EB Design TE6000 5pk - Ice Mint | $40.00 | $0.00 | $800.00 |
| 2 | Green Vein Maeng Da By OPMS - 4oz - Powder | $5.46 | $0.00 | $10.92 |
| 3 | MIT45 Kratom Liquid - MIT45 Gold 30ct | $240.00 | $0.00 | $720.00 |
| 3 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 10 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $576.00 |
| 5 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $37.50 | $0.00 | $187.50 |
| 1 | Green Vein Thai By OPMS - 16oz - Powder | $17.25 | $0.00 | $17.25 |

Total quantities shipped: **285**

| | |
|---|---|
| Subtotal: | $6,541.67 |
| Total: | $6,541.67 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001557

# INVOICE

| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 301832 | Jun 22, 2023 | **$7,267.50** |  PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Funky Republic Ti7000 5pk - Blossom Mint | $47.50 | $0.00 | $95.00 |
| 3 | Funky Republic Ti7000 5pk - Blue Red Mint | $47.50 | $0.00 | $142.50 |
| 2 | Funky Republic Ti7000 5pk - Mango Kiss | $47.50 | $0.00 | $95.00 |
| 3 | Funky Republic Ti7000 5pk - Mixed Fruit | $47.50 | $0.00 | $142.50 |
| 2 | Funky Republic Ti7000 5pk - Osk Ice | $47.50 | $0.00 | $95.00 |
| 2 | Funky Republic Ti7000 5pk - Passion Fruit Kiwi Lime | $47.50 | $0.00 | $95.00 |
| 2 | Funky Republic Ti7000 5pk - Peach Pie | $47.50 | $0.00 | $95.00 |
| 2 | Funky Republic Ti7000 5pk - Pink Bomb | $47.50 | $0.00 | $95.00 |
| 2 | Funky Republic Ti7000 5pk - Rainbow Cloudz | $47.50 | $0.00 | $95.00 |
| 2 | Funky Republic Ti7000 5pk - Super Berry | $47.50 | $0.00 | $95.00 |
| 2 | Funky Republic Ti7000 5pk - Tropical Island | $47.50 | $0.00 | $95.00 |
| 2 | Funky Republic Ti7000 5pk - Tropical Rainbow Blast | $47.50 | $0.00 | $95.00 |
| 3 | Funky Republic Ti7000 5pk - Watermelon Ice | $47.50 | $0.00 | $142.50 |
| 5 | EB Design TE6000 5pk - Apple Peach | $40.00 | $0.00 | $200.00 |
| 5 | EB Design TE6000 5pk - Autumn | $40.00 | $0.00 | $200.00 |
| 10 | EB Design TE6000 5pk - Blue Razz Ice | $40.00 | $0.00 | $400.00 |
| 10 | EB Design TE6000 5pk - Grape Ice | $40.00 | $0.00 | $400.00 |
| 5 | EB Design TE6000 5pk - Hawaii Punch | $40.00 | $0.00 | $200.00 |
| 10 | EB Design TE6000 5pk - Ice Mint | $40.00 | $0.00 | $400.00 |
| 10 | EB Design TE6000 5pk - Juicy Peach | $40.00 | $0.00 | $400.00 |
| 5 | EB Design TE6000 5pk - Key West | $40.00 | $0.00 | $200.00 |
| 5 | EB Design TE6000 5pk - Lemon Drop | $40.00 | $0.00 | $200.00 |
| 20 | EB Design TE6000 5pk - Strawberry Ice | $40.00 | $0.00 | $800.00 |
| 20 | EB Design TE6000 5pk - Watermelon Ice | $40.00 | $0.00 | $800.00 |
| 4 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $62.50 | $0.00 | $250.00 |
| 15 | EB Design BC5000 10pk - Clear | $80.00 | $0.00 | $1,200.00 |
| 1 | Lost Mary OS5000 10pk - Spearmint | $80.00 | $0.00 | $80.00 |
| 2 | Lost Mary OS5000 10pk - Luster Edition - Acai Berry Storm Ice | $80.00 | $0.00 | $160.00 |

Total quantities shipped: **156**

| | |
|---|---|
| Subtotal: | $7,267.50 |
| Total: | $7,267.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001558

# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 301836 | Jun 23, 2023 | **$2,125.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | FLUM Pebble 6000 Puff 10pk - Matcha (Japanese Green Tea) | $95.00 | $0.00 | $285.00 |
| 10 | Air Bar Diamond 10pk - Blueberry Custard | $33.00 | $0.00 | $330.00 |
| 4 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $62.50 | $0.00 | $250.00 |
| 2 | Funky Republic Fi3000 10pk - Apple Watermelon | $60.00 | $0.00 | $120.00 |
| 2 | Funky Republic Fi3000 10pk - Berry Chill | $60.00 | $0.00 | $120.00 |
| 1 | Funky Republic Fi3000 10pk - Berry Storm | $60.00 | $0.00 | $60.00 |
| 1 | Funky Republic Fi3000 10pk - Blue Mint Rose | $60.00 | $0.00 | $60.00 |
| 3 | Funky Republic Fi3000 10pk - Blue Razz Ice | $60.00 | $0.00 | $180.00 |
| 3 | Funky Republic Fi3000 10pk - Miami Mint | $60.00 | $0.00 | $180.00 |
| 2 | Funky Republic Fi3000 10pk - Mountain Ice | $60.00 | $0.00 | $120.00 |
| 2 | Funky Republic Fi3000 10pk - Peach Ice | $60.00 | $0.00 | $120.00 |
| 2 | Funky Republic Fi3000 10pk - Strawberry Peach Sakura | $60.00 | $0.00 | $120.00 |
| 3 | Funky Republic Fi3000 10pk - Watermelon Ice | $60.00 | $0.00 | $180.00 |

Total quantities shipped: **38**

| | |
|---|---|
| Subtotal: | $2,125.00 |
| Total: | $2,125.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001559

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 301959 | Jun 24, 2023 | **$10,775.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $37.50 | $0.00 | $375.00 |
| 10 | EB Design BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Blueberry Tobacco | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Cherry Lemon Mint | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Coffee Tobacco | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Lemon Mint | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Miami Mint | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Pineapple Orange Mint | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Sakura Grape | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Snoow Grape | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Strawberry Passion Fruit Duo Ice | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Strawberry Raspberry Cherry Ice | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Strawlemon Ice | $80.00 | $0.00 | $800.00 |

Total quantities shipped: **140**

| | |
|---|---|
| Subtotal: | $10,775.00 |
| Total: | $10,775.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001560


# INVOICE



| Order # | Date | Total |
|---|---|---|
| 302602 | Jun 30, 2023 | **$8,122.72** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Packs Pod 5000 Puffs 5pk - Blue Slurpie | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Limited Edition - Spark | $38.75 | $0.00 | $38.75 |
| 5 | Logic Pro 2ct 10pk - Menthol 20mg | $62.50 | $0.00 | $312.50 |
| 10 | EB Design BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Blueberry Pom Ice | $80.00 | $0.00 | $800.00 |
| 15 | EB Design BC5000 10pk - Clear | $80.00 | $0.00 | $1,200.00 |
| 10 | EB Design BC5000 10pk - Miami Mint | $80.00 | $0.00 | $800.00 |
| 5 | EB Design BC5000 10pk - Snoow Grape | $80.00 | $0.00 | $400.00 |
| 10 | EB Design BC5000 10pk - Snoow Ice (Frozen Creamsicle) | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Strawberry Passion Fruit Duo Ice | $80.00 | $0.00 | $800.00 |
| 2 | EB Design BC5000 10pk - Strawberry Pear Orange Ice | $80.00 | $0.00 | $160.00 |
| 5 | EB Design BC5000 10pk - Strawlemon Ice | $80.00 | $0.00 | $400.00 |
| 10 | EB Design BC5000 10pk - Triple Berry Ice | $80.00 | $0.00 | $800.00 |
| 10 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $72.50 | $0.00 | $725.00 |
| 2 | Red Vein Maeng Da By OPMS - 16oz - Powder | $18.40 | $0.00 | $36.80 |
| 2 | Red Vein Maeng Da By OPMS - 4oz - Powder | $5.46 | $0.00 | $10.92 |

Total quantities shipped: **108**

Subtotal: $8,122.72

Total: **$8,122.72**

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001561

# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 302632 | Jun 30, 2023 | **$2,181.25** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 1 | Packs Pod 5000 Puffs 5pk - Limited Edition - Biscotti Latte | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Limited Edition - Blow Pop | $38.75 | $0.00 | $38.75 |
| 2 | Packs Pod 5000 Puffs 5pk - Limited Edition - Grape Swish | $38.75 | $0.00 | $77.50 |
| 2 | Packs Pod 5000 Puffs 5pk - Limited Edition - Lush Ice | $38.75 | $0.00 | $77.50 |
| 2 | Packs Pod 5000 Puffs 5pk - Limited Edition - Peach Punch | $38.75 | $0.00 | $77.50 |
| 1 | Packs Pod 5000 Puffs 5pk - Limited Edition - Pina Colada | $38.75 | $0.00 | $38.75 |
| 2 | Packs Pod 5000 Puffs 5pk - Limited Edition - Pop Rocks | $38.75 | $0.00 | $77.50 |
| 2 | Packs Pod 5000 Puffs 5pk - Limited Edition - Strawberries & Cream | $38.75 | $0.00 | $77.50 |
| 2 | Packs Pod 5000 Puffs 5pk - Limited Edition - Watermelon Sugar | $38.75 | $0.00 | $77.50 |
| 10 | EB Design BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $800.00 |
| 10 | EB Design BC5000 10pk - Miami Mint | $80.00 | $0.00 | $800.00 |

Total quantities shipped: **35**

Subtotal: $2,181.25
Total: $2,181.25

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001562



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 303428 | Jul 10, 2023 | **$13,926.80** |  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $62.50 | $0.00 | $1,250.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Mix Berries | $62.50 | $0.00 | $312.50 |
| 5 | Air Bar Box 3000 Puffs 10pk - Super Mint | $62.50 | $0.00 | $312.50 |
| 20 | Air Bar Box 3000 Puffs 10pk - Watermelon Ice | $62.50 | $0.00 | $1,250.00 |
| 5 | EB Design BC5000 10pk - Clear | $80.00 | $0.00 | $400.00 |
| 1 | Lost Mary OS5000 10pk - Spearmint | $80.00 | $0.00 | $80.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Arctic Icy | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Blue Energy | $95.00 | $0.00 | $95.00 |
| 3 | FLUM Pebble 6000 Puff 10pk - Clear | $95.00 | $0.00 | $285.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Icy Mint | $95.00 | $0.00 | $95.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Luscious Watermelon | $95.00 | $0.00 | $95.00 |
| 3 | FLUM Pebble 6000 Puff 10pk - Mango Icy | $95.00 | $0.00 | $285.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Matcha (Japanese Green Tea) | $95.00 | $0.00 | $190.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Peach Icy | $95.00 | $0.00 | $95.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Spearmint | $95.00 | $0.00 | $190.00 |
| 5 | EB Design TE6000 5pk - Apple Peach | $40.00 | $0.00 | $200.00 |
| 5 | EB Design TE6000 5pk - Blue Razz Ice | $40.00 | $0.00 | $200.00 |
| 2 | EB Design TE6000 5pk - Grape Ice | $40.00 | $0.00 | $80.00 |
| 2 | EB Design TE6000 5pk - Hawaii Punch | $40.00 | $0.00 | $80.00 |
| 15 | Dry Tobacco By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 8 | Tropical Mango By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $36.00 |
| 15 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 15 | Summer Strawberry By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $67.50 |
| 5 | Cubano By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $22.50 |
| 30 | Gold By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 50 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 50 | Black By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 3 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 20 | Super Green Borneo By OPMS - 288g - 480 Capsules | $29.33 | $0.00 | $586.60 |
| 5 | Red Vein Maeng Da By Whole Herbs - Powder - 8oz | $11.50 | $0.00 | $57.50 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $58.00 | $0.00 | $116.00 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 2.4% 2pk | $58.00 | $0.00 | $116.00 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 2.4% 4pk | $95.00 | $0.00 | $190.00 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 2pk | $58.00 | $0.00 | $116.00 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 4pk | $95.00 | $0.00 | $190.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 1.8% 2pk | $58.00 | $0.00 | $116.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 2.4% 2pk | $58.00 | $0.00 | $116.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 2.4% 4pk | $95.00 | $0.00 | $190.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $58.00 | $0.00 | $116.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 5.0% 4pk | $95.00 | $0.00 | $190.00 |
| 5 | Novo X Kit By Smok - Black Cobra | $15.93 | $0.00 | $79.65 |
| 5 | Novo X Kit By Smok - Black Stabilizing Wood | $15.93 | $0.00 | $79.65 |
| 5 | Novo X Kit By Smok - Blue Cobra | $15.93 | $0.00 | $79.65 |
| 5 | Novo X Kit By Smok - Red Stabilizing Wood | $15.93 | $0.00 | $79.65 |
| 5 | Novo X Kit By Smok - Silver Cobra | $15.93 | $0.00 | $79.65 |
| 5 | Novo X Kit By Smok - White Cobra | $15.93 | $0.00 | $79.65 |
| 10 | Novo Pods & Coils - Novo 2 - DC 0.8 MTL Clear Pods 3pk | $4.75 | $0.00 | $47.50 |
| 10 | Novo Pods & Coils - Novo 3 - Meshed 0.8 Pods 3pk | $4.60 | $0.00 | $46.00 |
| 20 | Caliburn Pods & Coils By UWELL - Caliburn A2 - 1.2 Pods 4pk (Side Filling Pod) | $7.26 | $0.00 | $145.20 |
| 20 | Caliburn Pods & Coils By UWELL - Caliburn A3 - 1.0 Pods 4pk | $7.48 | $0.00 | $149.60 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Lush Ice | $72.50 | $0.00 | $72.50 |

RZSMOKE00001563

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $72.50 | $0.00 | $72.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Tropical | $72.50 | $0.00 | $72.50 |
| 20 | Majestic Mango By Mighty Vapors - 3mg - 60ml (TFN) | $5.50 | $0.00 | $110.00 |
| 20 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $1,152.00 |

Total quantities shipped: **454**

Subtotal: $13,926.80

Total: $13,926.80

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001564



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 304085 | Jul 18, 2023 | $17,978.00 |  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | EB Design BC5000 10pk - Strawberry Tobacco | $80.00 | $0.00 | $160.00 |
| 4 | EB Design BC5000 10pk - Sunset | $80.00 | $0.00 | $320.00 |
| 4 | EB Design BC5000 10pk - Tropical Spoal (Tropical Rainbow Blast) | $80.00 | $0.00 | $320.00 |
| 4 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,520.00 |
| 30 | Gold By OPMS - 2ct | $9.00 | $0.00 | $270.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Blue Razz | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Banana | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Blueberry | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Grape | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Peach | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Strawberry | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Watermelon | $80.00 | $0.00 | $80.00 |
| 2 | ZYN Nicotine Pouches 5pk - Chill 3mg | $18.00 | $0.00 | $36.00 |
| 2 | ZYN Nicotine Pouches 5pk - Chill 6mg | $18.00 | $0.00 | $36.00 |
| 2 | ZYN Nicotine Pouches 5pk - Cinnamon 3mg | $18.00 | $0.00 | $36.00 |
| 2 | ZYN Nicotine Pouches 5pk - Cinnamon 6mg | $18.00 | $0.00 | $36.00 |
| 2 | ZYN Nicotine Pouches 5pk - Citrus 3mg | $18.00 | $0.00 | $36.00 |
| 2 | ZYN Nicotine Pouches 5pk - Citrus 6mg | $18.00 | $0.00 | $36.00 |
| 2 | ZYN Nicotine Pouches 5pk - Coffee 3mg | $18.00 | $0.00 | $36.00 |
| 2 | ZYN Nicotine Pouches 5pk - Cool Mint 3mg | $18.00 | $0.00 | $36.00 |
| 2 | ZYN Nicotine Pouches 5pk - Menthol 3mg | $18.00 | $0.00 | $36.00 |
| 2 | ZYN Nicotine Pouches 5pk - Menthol 6mg | $18.00 | $0.00 | $36.00 |
| 2 | ZYN Nicotine Pouches 5pk - Peppermint 3mg | $18.00 | $0.00 | $36.00 |
| 2 | ZYN Nicotine Pouches 5pk - Smooth 3mg | $18.00 | $0.00 | $36.00 |
| 2 | ZYN Nicotine Pouches 5pk - Smooth 6mg | $18.00 | $0.00 | $36.00 |
| 2 | ZYN Nicotine Pouches 5pk - Spearmint 3mg | $18.00 | $0.00 | $36.00 |
| 2 | ZYN Nicotine Pouches 5pk - Wintergreen 3mg | $18.00 | $0.00 | $36.00 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 25 | Cubano By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $112.50 |
| 25 | Dry Tobacco By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $112.50 |
| 25 | Dry Tobacco By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $112.50 |
| 25 | Iced Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $112.50 |
| 25 | Iced Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $112.50 |
| 15 | Tropical Mango By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 15 | Tropical Mango By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $67.50 |
| 25 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $112.50 |
| 25 | Lush Ice By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $112.50 |
| 25 | Iced Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $112.50 |
| 25 | Iced Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $112.50 |
| 25 | Iced Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $112.50 |
| 25 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $112.50 |
| 15 | Summer Strawberry By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $67.50 |
| 25 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $112.50 |
| 15 | Iced Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $67.50 |
| 15 | Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 15 | Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $67.50 |
| 15 | Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 15 | Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $67.50 |
| 10 | Melon Mix By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Melon Mix By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 30 | Black By OPMS - 2ct | $9.00 | $0.00 | $270.00 |

RZSMOKE00001565

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | EB Design TE6000 5pk - Autumn | $40.00 | $0.00 | $200.00 |
| 5 | EB Design TE6000 5pk - Hawaii Punch | $40.00 | $0.00 | $200.00 |
| 2 | EB Design TE6000 5pk - Ice Mint | $40.00 | $0.00 | $80.00 |
| 20 | Gold By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 50 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 6 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $2,280.00 |
| 50 | Black By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 36 | Tribeca By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $207.00 |
| 48 | Tribeca By Halo E-Liquid - 12mg - 60ml | $5.75 | $0.00 | $276.00 |
| 10 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $62.50 | $0.00 | $625.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Love Story | $62.50 | $0.00 | $312.50 |
| 2 | Air Bar Mini 2000 Puffs - Black Ice | $42.50 | $0.00 | $85.00 |
| 3 | Air Bar Mini 2000 Puffs - Peach Blueberry Candy | $42.50 | $0.00 | $127.50 |
| 5 | EB Design BC5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $400.00 |
| 5 | EB Design BC5000 10pk - Brown Tobacco (Nut Tobacco) | $80.00 | $0.00 | $400.00 |
| 10 | EB Design BC5000 10pk - Strawberry Kiwi | $80.00 | $0.00 | $800.00 |
| 5 | EB Design BC5000 10pk - Strawberry Raspberry Cherry Ice | $80.00 | $0.00 | $400.00 |
| 20 | EB Design BC5000 10pk - Strawberry Watermelon | $80.00 | $0.00 | $1,600.00 |
| 15 | EB Design BC5000 10pk - Watermelon BG (Watermelon Bubble Gum) | $80.00 | $0.00 | $1,200.00 |

Total quantities shipped: **923**

| | |
|---|---|
| Subtotal: | $17,978.00 |
| Total: | $17,978.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001566

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 304109 | Jul 18, 2023 | $3,144.16 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Super Green Borneo By OPMS - 288g - 480 Capsules | $29.33 | $0.00 | $586.60 |
| 6 | Green Vein Thai By Remarkable Herbs - 8 oz | $11.67 | $0.00 | $70.02 |
| 1 | Novo 4 Kit By Smok - Black Armor | $17.04 | $0.00 | $17.04 |
| 1 | Novo 4 Kit By Smok - Black Carbon Fiber | $17.04 | $0.00 | $17.04 |
| 1 | Novo 4 Kit By Smok - Black Stabilizing Wood | $17.04 | $0.00 | $17.04 |
| 1 | Novo 4 Kit By Smok - Blue Grey Cobra | $17.04 | $0.00 | $17.04 |
| 1 | Novo 4 Kit By Smok - Cyan Pink | $17.04 | $0.00 | $17.04 |
| 1 | Novo 4 Kit By Smok - Fluid 7-Color | $17.04 | $0.00 | $17.04 |
| 1 | Novo 4 Kit By Smok - Fluid Black Grey | $17.04 | $0.00 | $17.04 |
| 1 | Novo 4 Kit By Smok - Red Stabilizing Wood | $17.04 | $0.00 | $17.04 |
| 1 | Novo 4 Kit By Smok - Silver Carbon Fiber | $17.04 | $0.00 | $17.04 |
| 1 | Novo 4 Kit By Smok - White Armor | $17.04 | $0.00 | $17.04 |
| 20 | Caliburn Pods & Coils By UWELL - Caliburn - 1.4 Pods 4pk | $7.26 | $0.00 | $145.20 |
| 20 | Caliburn Pods & Coils By UWELL - Caliburn A2 - 1.2 Pods 4pk (Side Filling Pod) | $7.26 | $0.00 | $145.20 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $72.50 | $0.00 | $72.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $72.50 | $0.00 | $72.50 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 2 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $760.00 |
| 2 | Novo X Kit By Smok - 7-Color Cobra | $15.93 | $0.00 | $31.86 |
| 2 | Novo X Kit By Smok - 7-Color Resin | $15.93 | $0.00 | $31.86 |
| 3 | Novo X Kit By Smok - Black Cobra | $15.93 | $0.00 | $47.79 |
| 2 | Novo X Kit By Smok - Black Stabilizing Wood | $15.93 | $0.00 | $31.86 |
| 2 | Novo X Kit By Smok - Blue Cobra | $15.93 | $0.00 | $31.86 |
| 2 | Novo X Kit By Smok - Red Stabilizing Wood | $15.93 | $0.00 | $31.86 |
| 3 | Novo X Kit By Smok - Silver Cobra | $15.93 | $0.00 | $47.79 |
| 2 | Novo X Kit By Smok - White Cobra | $15.93 | $0.00 | $31.86 |
| 2 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $37.50 | $0.00 | $75.00 |

Total quantities shipped: **102**

| | |
|---|---|
| Subtotal: | $3,144.16 |
| Total: | $3,144.16 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001567

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 305311 | Jul 31, 2023 | $3,067.75 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $1,152.00 |
| 10 | Logic Pro 2ct 10pk - Menthol 20mg | $62.50 | $0.00 | $625.00 |
| 8 | Logic Pro 2ct 10pk - Tobacco 20mg | $62.50 | $0.00 | $500.00 |
| 25 | Green Vein Maeng Da By OPMS - 36g - 60 Capsules | $4.89 | $0.00 | $122.25 |
| 1 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $18.00 | $0.00 | $18.00 |
| 1 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $18.00 | $0.00 | $18.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Cola Ice | $72.50 | $0.00 | $72.50 |
| 3 | EB Design BC5000 10pk - Cherry Lemon Mint | $80.00 | $0.00 | $240.00 |
| 1 | EB Design BC5000 10pk - Orange Pear Nectar | $80.00 | $0.00 | $80.00 |
| 2 | Lost Mary OS5000 10pk - Pineapple Mango | $80.00 | $0.00 | $160.00 |
| 1 | Lost Mary OS5000 10pk - Watermelon | $80.00 | $0.00 | $80.00 |

Total quantities shipped: **73**

Subtotal: $3,067.75
Total: $3,067.75

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001568

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 306737 | Aug 15, 2023 | **$3,078.00** |  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Lost Mary OS5000 10pk - Black Mint | $80.00 | $0.00 | $160.00 |
| 2 | Lost Mary OS5000 10pk - Blue Razz Ice | $80.00 | $0.00 | $160.00 |
| 2 | Lost Mary OS5000 10pk - Blueberry P&B Cloud (Blue Cotton Candy) | $80.00 | $0.00 | $160.00 |
| 3 | Lost Mary OS5000 10pk - Strawberry Ice | $80.00 | $0.00 | $240.00 |
| 2 | Lost Mary OS5000 10pk - Watermelon | $80.00 | $0.00 | $160.00 |
| 3 | FLUM Pebble 6000 Puff 10pk - Clear | $95.00 | $0.00 | $285.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Luscious Watermelon | $95.00 | $0.00 | $95.00 |
| 5 | EB Design TE6000 5pk - Juicy Peach | $40.00 | $0.00 | $200.00 |
| 1 | EB Design BC5000 10pk - Cranberry Puncher (Cranberry Punch) | $80.00 | $0.00 | $80.00 |
| 5 | Air Bar Mini 2000 Puffs - Cool Mint | $42.50 | $0.00 | $212.50 |
| 1 | Air Bar Mini 2000 Puffs - Watermelon Candy | $42.50 | $0.00 | $42.50 |
| 3 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $58.00 | $0.00 | $58.00 |
| 1 | Air Bar Mini 2000 Puffs - Classic Tobacco | $42.50 | $0.00 | $42.50 |
| 1 | Air Bar Mini 2000 Puffs - Tobacco | $42.50 | $0.00 | $42.50 |

Total quantities shipped: **33**

Subtotal: $3,078.00
Total: $3,078.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001569

# INVOICE




| Order # | Date | Total |
|---|---|---|
| 306777 | Aug 15, 2023 | **$3,013.82** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Air Bar Nex 6500 Puffs - Kiwi Lime | $67.50 | $0.00 | $67.50 |
| 1 | Air Bar Nex 6500 Puffs - Melon Kiwi | $67.50 | $0.00 | $67.50 |
| 1 | Air Bar Nex 6500 Puffs - Spearmint | $67.50 | $0.00 | $67.50 |
| 1 | Air Bar Nex 6500 Puffs - Virginia Tobacco | $67.50 | $0.00 | $67.50 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Apple Melonberry | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Blue Razz | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Blueberry | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Peach | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Lush Lime | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Melon Head | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Mintberry | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Passion Pom | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Peach Mango | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Peach Watermelon | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Pineapple Mango | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Strawberry Banana | $80.00 | $0.00 | $80.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Watermelon | $80.00 | $0.00 | $80.00 |
| 2 | EB Design BC5000 10pk - Strawberry Passion Fruit Duo Ice | $80.00 | $0.00 | $160.00 |
| 1 | EB Design BC5000 10pk - Strawberry Pear Orange Ice | $80.00 | $0.00 | $80.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $62.50 | $0.00 | $312.50 |
| 1 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $93.60 |
| 1 | MIT45 Kratom Liquid - MIT45 Gold 30ct | $234.00 | $0.00 | $234.00 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $380.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 1 | Novo X Kit By Smok - Black Stabilizing Wood | $15.93 | $0.00 | $15.93 |
| 1 | Novo X Kit By Smok - Red Stabilizing Wood | $15.93 | $0.00 | $15.93 |
| 1 | Novo X Kit By Smok - Silver Cobra | $15.93 | $0.00 | $15.93 |
| 1 | Novo X Kit By Smok - White Cobra | $15.93 | $0.00 | $15.93 |

Total quantities shipped: **33**

Subtotal: $3,013.82
Total: $3,013.82

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001570

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 306993 | Aug 18, 2023 | **$6,688.50** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | EB Design BC5000 10pk - Blue Razz Ice | $73.50 | $0.00 | $220.50 |
| 2 | EB Design BC5000 10pk - Blueberry Pom Ice | $73.50 | $0.00 | $147.00 |
| 3 | EB Design BC5000 10pk - Cranberry Grape | $73.50 | $0.00 | $220.50 |
| 1 | EB Design BC5000 10pk - Cranberry Puncher (Cranberry Punch) | $73.50 | $0.00 | $73.50 |
| 2 | EB Design BC5000 10pk - Berry Mix (Crazi Berry) | $73.50 | $0.00 | $147.00 |
| 2 | EB Design BC5000 10pk - Fuji Ice | $73.50 | $0.00 | $147.00 |
| 4 | EB Design BC5000 10pk - Mango Peach | $73.50 | $0.00 | $294.00 |
| 20 | EB Design BC5000 10pk - Miami Mint | $73.50 | $0.00 | $1,470.00 |
| 2 | EB Design BC5000 10pk - Mixed Fruity | $73.50 | $0.00 | $147.00 |
| 1 | EB Design BC5000 10pk - Orange Pear Nectar | $73.50 | $0.00 | $73.50 |
| 5 | EB Design BC5000 10pk - Peach Berry | $73.50 | $0.00 | $367.50 |
| 2 | EB Design BC5000 10pk - Pineapple Orange Mint | $73.50 | $0.00 | $147.00 |
| 2 | EB Design BC5000 10pk - Pineapple Strawnana | $73.50 | $0.00 | $147.00 |
| 5 | EB Design BC5000 10pk - Strawberry Kiwi | $73.50 | $0.00 | $367.50 |
| 2 | EB Design BC5000 10pk - Strawberry Pear Orange Ice | $73.50 | $0.00 | $147.00 |
| 6 | EB Design BC5000 10pk - Strawberry Raspberry Cherry Ice | $73.50 | $0.00 | $441.00 |
| 1 | EB Design BC5000 10pk - Sunset | $73.50 | $0.00 | $73.50 |
| 5 | EB Design BC5000 10pk - Triple Berry Ice | $73.50 | $0.00 | $367.50 |
| 3 | EB Design BC5000 10pk - Tropical Spoal (Tropical Rainbow Blast) | $73.50 | $0.00 | $220.50 |
| 20 | EB Design BC5000 10pk - Watermelon Ice | $73.50 | $0.00 | $1,470.00 |

Total quantities shipped: **91**

Subtotal: $6,688.50
Total: $6,688.50

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001571

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 307259 | Aug 21, 2023 | $3,202.50 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | EB Design BC5000 10pk - Blue Razz Ice | $73.50 | $0.00 | $367.50 |
| 25 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $1,440.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Berrymelon Icy | $95.00 | $0.00 | $95.00 |
| 100 | Gold By OPMS - 3ct | $13.00 | $0.00 | $1,300.00 |

Total quantities shipped: **131**

|  |  |
|---|---|
| Subtotal: | $3,202.50 |
| Total: | $3,202.50 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 307624 | Aug 25, 2023 | $3,806.50 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Mini 2000 Puffs - Black Dragon Ice | $42.50 | $0.00 | $85.00 |
| 3 | Air Bar Mini 2000 Puffs - Blueberry Mint | $42.50 | $0.00 | $127.50 |
| 2 | Air Bar Mini 2000 Puffs - Creamy Coffee | $42.50 | $0.00 | $85.00 |
| 3 | Air Bar Mini 2000 Puffs - Frozen Peach | $42.50 | $0.00 | $127.50 |
| 3 | Air Bar Mini 2000 Puffs - Fruit Cereal | $42.50 | $0.00 | $127.50 |
| 3 | Air Bar Mini 2000 Puffs - Lush Candy | $42.50 | $0.00 | $127.50 |
| 3 | Air Bar Mini 2000 Puffs - Rainbow Blast | $42.50 | $0.00 | $127.50 |
| 3 | Air Bar Mini 2000 Puffs - Rocky Road | $42.50 | $0.00 | $127.50 |
| 3 | Air Bar Mini 2000 Puffs - Strawberry Cheesecake | $42.50 | $0.00 | $127.50 |
| 5 | STIG XL 700 Puffs 10pk - Iced Mango Bomb | $45.00 | $0.00 | $225.00 |
| 1 | Lost Mary OS5000 10pk - Peach Mango Watermelon | $80.00 | $0.00 | $80.00 |
| 1 | Lost Mary MO5000 5pk - Blueberry Raspberry Lemon | $40.00 | $0.00 | $40.00 |
| 1 | Lost Mary MO5000 5pk - Guava Ice | $40.00 | $0.00 | $40.00 |
| 1 | Air Bar Atron 5000 Puffs 10pk - Cool Mint | $55.00 | $0.00 | $55.00 |
| 1 | Air Bar Atron 5000 Puffs 10pk - Watermelon Cantaloupe Honeydew | $55.00 | $0.00 | $55.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Mighty Mint | $62.50 | $0.00 | $125.00 |
| 2 | Air Bar Diamond 10pk - Berries Punch | $33.00 | $0.00 | $66.00 |
| 2 | Air Bar Diamond 10pk - Green Apple Ice | $33.00 | $0.00 | $66.00 |
| 2 | Air Bar Diamond 10pk - Spearmint | $33.00 | $0.00 | $66.00 |
| 2 | Air Bar Diamond 10pk - Strawberry Pina Colada | $33.00 | $0.00 | $66.00 |
| 2 | Tyson 2.0 Heavyweight 7000 Puffs - Blue Razz | $77.50 | $0.00 | $155.00 |
| 3 | Tyson 2.0 Heavyweight 7000 Puffs - Cool Mint | $77.50 | $0.00 | $232.50 |
| 2 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Banana | $77.50 | $0.00 | $155.00 |
| 2 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Blueberry | $77.50 | $0.00 | $155.00 |
| 2 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Grape | $77.50 | $0.00 | $155.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Mango | $77.50 | $0.00 | $77.50 |
| 2 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Peach | $77.50 | $0.00 | $155.00 |
| 2 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Strawberry | $77.50 | $0.00 | $155.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Lush Lime | $77.50 | $0.00 | $77.50 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Peach Mango | $77.50 | $0.00 | $77.50 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Peach Watermelon | $77.50 | $0.00 | $77.50 |
| 2 | Tyson 2.0 Heavyweight 7000 Puffs - Strawberry Banana | $77.50 | $0.00 | $155.00 |
| 2 | Tyson 2.0 Heavyweight 7000 Puffs - Strawberry Watermelon | $77.50 | $0.00 | $155.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Watermelon | $77.50 | $0.00 | $77.50 |

Total quantities shipped: **69**

| | |
|---|---|
| Subtotal: | $3,806.50 |
| Total: | $3,806.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001573

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 307925 | Aug 28, 2023 | **$3,037.50** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Tyson 2.0 Heavyweight 7000 Puffs - Apple Melonberry | $77.50 | $0.00 | $155.00 |
| 3 | Tyson 2.0 Heavyweight 7000 Puffs - Blue Razz | $77.50 | $0.00 | $232.50 |
| 2 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Banana | $77.50 | $0.00 | $155.00 |
| 3 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Blueberry | $77.50 | $0.00 | $232.50 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Grape | $77.50 | $0.00 | $77.50 |
| 2 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Mango | $77.50 | $0.00 | $155.00 |
| 3 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Peach | $77.50 | $0.00 | $232.50 |
| 3 | Tyson 2.0 Heavyweight 7000 Puffs - Frozen Strawberry | $77.50 | $0.00 | $232.50 |
| 2 | Tyson 2.0 Heavyweight 7000 Puffs - Lush Lime | $77.50 | $0.00 | $155.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Melon Head | $77.50 | $0.00 | $77.50 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Passion Pom | $77.50 | $0.00 | $77.50 |
| 2 | Tyson 2.0 Heavyweight 7000 Puffs - Peach Mango | $77.50 | $0.00 | $155.00 |
| 2 | Tyson 2.0 Heavyweight 7000 Puffs - Peach Watermelon | $77.50 | $0.00 | $155.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Pineapple Mango | $77.50 | $0.00 | $77.50 |
| 3 | Tyson 2.0 Heavyweight 7000 Puffs - Strawberry Banana | $77.50 | $0.00 | $232.50 |
| 3 | Tyson 2.0 Heavyweight 7000 Puffs - Strawberry Watermelon | $77.50 | $0.00 | $232.50 |
| 3 | Tyson 2.0 Heavyweight 7000 Puffs - Watermelon | $77.50 | $0.00 | $232.50 |
| 2 | Air Bar Mini 2000 Puffs - Creamy Coffee | $42.50 | $0.00 | $85.00 |
| 2 | Air Bar Mini 2000 Puffs - Rainbow Blast | $42.50 | $0.00 | $85.00 |

Total quantities shipped: **41**

| | |
|---|---|
| Subtotal: | $3,037.50 |
| Total: | $3,037.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 308098 | Aug 30, 2023 | **$5,846.15** | **PAID**  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 71 | Gold By OPMS - 3ct | $13.00 | $0.00 | $923.00 |
| 3 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 10 | Majestic Mango By Mighty Vapors - Salt Nicotine 35mg - 30ml (TFN) | $5.50 | $0.00 | $55.00 |
| 10 | EB Design BC5000 10pk - Blue Razz Ice | $73.50 | $0.00 | $735.00 |
| 1 | EB Design BC5000 10pk - Berry Mix (Crazi Berry) | $73.50 | $0.00 | $73.50 |
| 5 | EB Design BC5000 10pk - Pineapple Coconut Ice | $73.50 | $0.00 | $367.50 |
| 2 | EB Design BC5000 10pk - Triple Berry Ice | $73.50 | $0.00 | $147.00 |
| 2 | EB Design BC5000 10pk - Tropical Spoal (Tropical Rainbow Blast) | $73.50 | $0.00 | $147.00 |
| 12 | Hyde Edge Recharge 3300 Puffs 10pk - Minty O's | $72.50 | $0.00 | $870.00 |
| 96 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $552.00 |
| 24 | Menthol Ice By Halo E-Liquid - 12mg - 60ml | $5.75 | $0.00 | $138.00 |
| 60 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $345.00 |
| 1 | Yocan Kodo Pro Battery - Kodo Pro - 20ct Display | $93.15 | $0.00 | $93.15 |

Total quantities shipped: **317**

| | |
|---|---|
| Subtotal: | $5,846.15 |
| Total: | $5,846.15 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001575



# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 323754 | Sep 29, 2023 | **$3,010.55** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | EB Create BC5000 10pk - Clear | $73.50 | $0.00 | $367.50 |
| 10 | Iced Banana Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Iced Banana Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 6 | Iced Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $27.00 |
| 6 | Tropical Mango By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $27.00 |
| 3 | ALTO Pods 5pk By VUSE - Menthol 2.4% 4pk | $95.00 | $0.00 | $285.00 |
| 1 | EB Create BC5000 10pk - Pineapple Orange Mint | $73.50 | $0.00 | $73.50 |
| 3 | EB Create BC5000 10pk - Triple Berry Ice | $73.50 | $0.00 | $220.50 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 10 | Black By OPMS - 5ct | $21.00 | $0.00 | $210.00 |
| 3 | PROTON 18650 3018mAH 2pk By BlackCell | $10.35 | $0.00 | $31.05 |
| 4 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $67.50 | $0.00 | $270.00 |
| 4 | Air Bar Nex 6500 Puffs - Grape Ice | $67.50 | $0.00 | $270.00 |
| 1 | Air Bar Nex 6500 Puffs - Peach Mango Watermelon | $67.50 | $0.00 | $67.50 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Pina Colada | $67.50 | $0.00 | $67.50 |
| 1 | Packs Pod 5000 Puffs 5pk - Big Red Apple | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Lush Ice | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Peach Punch | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Pink Lemonade | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Straw Bubble | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Straw Nana | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Strawberry Limeade | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Apple Juice | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Gelato Freeze | $38.75 | $0.00 | $38.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Grape Swish | $38.75 | $0.00 | $38.75 |
| 1 | Air Bar Mini 2000 Puffs - Peach Mango Pineapple | $42.50 | $0.00 | $42.50 |
| 1 | Lost Mary MO5000 5pk - Black Duo Ice | $39.25 | $0.00 | $39.25 |
| 1 | Lost Mary MO5000 5pk - Fuji Duo Ice | $39.25 | $0.00 | $39.25 |
| 1 | Lost Mary MO5000 5pk - Ginger Beer | $39.25 | $0.00 | $39.25 |
| 1 | Lost Mary MO5000 5pk - Guava Ice | $39.25 | $0.00 | $39.25 |
| 1 | Lost Mary MO5000 5pk - Strawberry Ice | $39.25 | $0.00 | $39.25 |
| 1 | Lost Mary MO5000 5pk - Strawberry Watermelon Ice | $39.25 | $0.00 | $39.25 |
| 1 | Lost Mary MO5000 5pk - Tropical Fruit | $39.25 | $0.00 | $39.25 |
| 1 | Lost Mary MO5000 5pk - Watermelon Ice | $39.25 | $0.00 | $39.25 |

Total quantities shipped: **106**

| | |
|---|---|
| Subtotal: | $3,010.55 |
| Total: | $3,010.55 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001576



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 324128 | Oct 4, 2023 | **$3,211.54** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Air Bar Box 3000 Puffs 10pk - Miami Mint | $62.50 | $0.00 | $187.50 |
| 1 | EB Create BC5000 10pk - Cherry Lemon Mint | $73.50 | $0.00 | $73.50 |
| 20 | Lush Ice By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $90.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Aloe Grape | $97.50 | $0.00 | $97.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Apple | $97.50 | $0.00 | $97.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Blanco Grapefruit | $97.50 | $0.00 | $97.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Blueberry Melo | $97.50 | $0.00 | $97.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Clear 3% | $97.50 | $0.00 | $97.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Passion Kiwi | $97.50 | $0.00 | $97.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Peach Orange | $97.50 | $0.00 | $97.50 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 20 | Black By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 20 | Gold By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 3 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 5 | Green Vein Thai By Remarkable Herbs - 8 oz | $11.67 | $0.00 | $58.35 |
| 3 | Red Vein Bali By Remarkable Herbs - 8 oz | $13.23 | $0.00 | $39.69 |

Total quantities shipped: **102**

|  | |
|---|---|
| Subtotal: | $3,211.54 |
| Total: | $3,211.54 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001577

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 325204 | Oct 13, 2023 | $3,371.35 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar AB5000 10pk - Blue Razz Ice | $65.00 | $0.00 | $130.00 |
| 1 | Air Bar AB5000 10pk - Cranberry Lemonade Ice | $65.00 | $0.00 | $65.00 |
| 1 | Air Bar AB5000 10pk - Sakura Grape | $65.00 | $0.00 | $65.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Apple | $97.50 | $0.00 | $195.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Blanco Grapefruit | $97.50 | $0.00 | $195.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Blue Energy | $97.50 | $0.00 | $97.50 |
| 2 | FLUM Pebble 6000 Puff 10pk - Clear 3% | $97.50 | $0.00 | $195.00 |
| 2 | FLUM Pebble 6000 Puff 10pk - Mango Icy | $97.50 | $0.00 | $195.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Peach Orange | $97.50 | $0.00 | $97.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Pineapple Coconut | $97.50 | $0.00 | $97.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Strawberry Coconut | $97.50 | $0.00 | $97.50 |
| 100 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $450.00 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $225.00 |
| 25 | Cubano By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $112.50 |
| 1 | Lost Mary MO5000 5pk - Blackcurrant Mint | $39.25 | $0.00 | $39.25 |
| 1 | Lost Mary MO5000 5pk - Fuji Duo Ice | $39.25 | $0.00 | $39.25 |
| 1 | Lost Mary MO5000 5pk - Ginger Beer | $39.25 | $0.00 | $39.25 |
| 1 | Lost Mary MO5000 5pk - Guava Ice | $39.25 | $0.00 | $39.25 |
| 1 | Lost Mary MO5000 5pk - Plum Rose Mint | $39.25 | $0.00 | $39.25 |
| 2 | EB Design TE6000 5pk - Clear | $40.00 | $0.00 | $80.00 |
| 3 | EB Create BC5000 10pk - Clear | $73.50 | $0.00 | $220.50 |
| 1 | EB Create BC5000 10pk - Sunset | $73.50 | $0.00 | $73.50 |
| 60 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $345.00 |
| 24 | Menthol Ice By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $138.00 |
| 20 | Novo Pods & Coils - Novo 2 - Quartz 1.4 Pods 3pk | $5.03 | $0.00 | $100.60 |

Total quantities shipped: **306**

|  | |
|---|---|
| Subtotal: | $3,371.35 |
| Total: | $3,371.35 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001578

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 325845 | Oct 20, 2023 | $4,117.25 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | FLUM Pebble 6000 Puff 10pk - Apple | $97.50 | $0.00 | $97.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Blanco Grapefruit | $97.50 | $0.00 | $97.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Blue Energy | $97.50 | $0.00 | $97.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Peach Orange | $97.50 | $0.00 | $97.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Pineapple Coconut | $97.50 | $0.00 | $97.50 |
| 1 | FLUM Pebble 6000 Puff 10pk - Strawberry Coconut | $97.50 | $0.00 | $97.50 |
| 3 | EB Create BC5000 10pk - Thermal Edition - Fuji Cloudz | $73.50 | $0.00 | $220.50 |
| 3 | EB Create BC5000 10pk - Thermal Edition - Nectarine | $73.50 | $0.00 | $220.50 |
| 2 | EB Create BC5000 10pk - Thermal Edition - Sour Grape Chew | $73.50 | $0.00 | $147.00 |
| 4 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,520.00 |
| 50 | Green Vein Maeng Da By OPMS - 36g - 60 Capsules | $4.89 | $0.00 | $244.50 |
| 1 | Lost Mary MO5000 5pk - Berry Rose Duo Ice | $39.25 | $0.00 | $39.25 |
| 2 | Lost Mary MO5000 5pk - Black Duo Ice | $39.25 | $0.00 | $78.50 |
| 1 | Lost Mary MO5000 5pk - Kiwi Dragon Duo Ice | $39.25 | $0.00 | $39.25 |
| 1 | Lost Mary MO5000 5pk - Mango Peach | $39.25 | $0.00 | $39.25 |
| 1 | Air Bar AB5000 10pk - Blueberry Energize | $65.00 | $0.00 | $65.00 |
| 3 | Air Bar AB5000 10pk - Cool Mint | $65.00 | $0.00 | $195.00 |
| 1 | Air Bar AB5000 10pk - Cranberry Lemonade Ice | $65.00 | $0.00 | $65.00 |
| 1 | Air Bar AB5000 10pk - Sakura Grape | $65.00 | $0.00 | $65.00 |
| 2 | Air Bar AB5000 10pk - Strawberry Ice | $65.00 | $0.00 | $130.00 |
| 1 | Air Bar AB5000 10pk - Strawberry Pina Colada | $65.00 | $0.00 | $65.00 |
| 2 | Air Bar AB5000 10pk - Strawberry Watermelon | $65.00 | $0.00 | $130.00 |
| 3 | Air Bar AB5000 10pk - Watermelon Ice | $65.00 | $0.00 | $195.00 |
| 1 | EB Create BC5000 10pk - Triple Berry Ice | $73.50 | $0.00 | $73.50 |

Total quantities shipped: **88**

| | |
|---|---|
| Subtotal: | $4,117.25 |
| Total: | $4,117.25 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001579



# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 326487 | Oct 29, 2023 | **$3,635.78** |  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | FLUM Pebble 6000 Puff 10pk - Apple | $97.50 | $0.00 | $97.50 |
| 2 | FLUM Pebble 6000 Puff 10pk - Blanco Grapefruit | $97.50 | $0.00 | $195.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Blue Energy | $97.50 | $0.00 | $97.50 |
| 3 | EB Create BC5000 10pk - Thermal Edition - Banana Cake | $63.50 | $0.00 | $190.50 |
| 2 | Air Bar Nex 6500 Puffs - Blackberry Ice | $67.50 | $0.00 | $135.00 |
| 1 | Air Bar Nex 6500 Puffs - Melon Kiwi | $67.50 | $0.00 | $67.50 |
| 2 | Air Bar Nex 6500 Puffs - Miami Mint | $67.50 | $0.00 | $135.00 |
| 1 | Air Bar Nex 6500 Puffs - Pineapple Mango | $67.50 | $0.00 | $67.50 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Kiwi | $67.50 | $0.00 | $135.00 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Mango | $67.50 | $0.00 | $135.00 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Watermelon Peach | $67.50 | $0.00 | $67.50 |
| 2 | Air Bar Mini 2000 Puffs - Blue Razz | $42.50 | $0.00 | $85.00 |
| 6 | PROTON 18650 3018mAH 2pk By BlackCell | $10.35 | $0.00 | $62.10 |
| 1 | RPM Pods & Coils - RPM 2 - DC 0.25 Coils 5pk | $7.70 | $0.00 | $7.70 |
| 5 | RPM Pods & Coils - RPM 2 - Mesh 0.16 Coils 5pk | $8.28 | $0.00 | $41.40 |
| 3 | Nord Pods & Coils - Nord - DC 0.8 MTL Coils 5pk | $6.96 | $0.00 | $20.88 |
| 5 | Nord Pods & Coils - Nord - Mesh MTL 0.8 Coils 5pk | $6.99 | $0.00 | $34.95 |
| 1 | Packs Pod 5000 Puffs 5pk - Flavorless | $33.75 | $0.00 | $33.75 |
| 1 | Packs Pod 5000 Puffs 5pk - Spark | $33.75 | $0.00 | $33.75 |
| 2 | EB Create BC5000 10pk - Brown Tobacco (Nut Tobacco) | $63.50 | $0.00 | $127.00 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 20 | Gold By OPMS - 2ct | $9.00 | $0.00 | $180.00 |
| 30 | Gold By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 30 | Gold By OPMS - 5ct | $21.00 | $0.00 | $630.00 |
| 10 | Tropical Mango By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Pink Cakes By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Pink Cakes By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 20 | Iced Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $90.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary MO5000 5pk - Kiwi Fuse | $36.25 | $0.00 | $36.25 |
| 1 | Lost Mary OS5000 10pk - Blueberry P&B Cloud (Blue Cotton Candy) | $72.50 | $0.00 | $72.50 |

Total quantities shipped: **197**

|  |  |
|---|---|
| Subtotal: | $3,635.78 |
| Total: | $3,635.78 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001580



# INVOICE

| Order # | Document Date | Total |  |
|---|---|---|---|
| 327093 | Nov 6, 2023 | **$9,037.40** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Air Bar Nex 6500 Puffs - Grape Ice | $67.50 | $0.00 | $337.50 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $225.00 |
| 50 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 50 | Lush Ice By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $225.00 |
| 25 | Cubano By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $112.50 |
| 25 | Cubano By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $112.50 |
| 1 | EB Create BC5000 10pk - Beach Day | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Orange Pear Nectar | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Pineapple Strawnana | $63.50 | $0.00 | $63.50 |
| 3 | EB Create BC5000 10pk - Sunset | $63.50 | $0.00 | $190.50 |
| 4 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $374.40 |
| 5 | Air Bar Nex 6500 Puffs - Miami Mint | $67.50 | $0.00 | $337.50 |
| 3 | Air Bar Nex 6500 Puffs - Peach Mango Watermelon | $67.50 | $0.00 | $202.50 |
| 3 | Air Bar Nex 6500 Puffs - Spearmint | $67.50 | $0.00 | $202.50 |
| 3 | Air Bar Nex 6500 Puffs - Strawberry Kiwi | $67.50 | $0.00 | $202.50 |
| 3 | Air Bar Nex 6500 Puffs - Strawberry Mango | $67.50 | $0.00 | $202.50 |
| 3 | Air Bar Nex 6500 Puffs - Strawberry Watermelon Peach | $67.50 | $0.00 | $202.50 |
| 10 | EB Create BC5000 10pk - Blue Razz Ice | $63.50 | $0.00 | $635.00 |
| 7 | EB Create BC5000 10pk - Cherry Lemon Mint | $63.50 | $0.00 | $444.50 |
| 10 | EB Create BC5000 10pk - Lemon Mint | $63.50 | $0.00 | $635.00 |
| 10 | EB Create BC5000 10pk - Mango Peach | $63.50 | $0.00 | $635.00 |
| 5 | EB Create BC5000 10pk - Peach Berry | $63.50 | $0.00 | $317.50 |
| 5 | EB Create BC5000 10pk - Peach Mango Watermelon | $63.50 | $0.00 | $317.50 |
| 5 | EB Create BC5000 10pk - Strawberry Banana | $63.50 | $0.00 | $317.50 |
| 5 | EB Create BC5000 10pk - Strawberry Ice | $63.50 | $0.00 | $317.50 |
| 5 | EB Create BC5000 10pk - Strawberry Mango | $63.50 | $0.00 | $317.50 |
| 5 | EB Create BC5000 10pk - Strawberry Watermelon | $63.50 | $0.00 | $317.50 |
| 5 | EB Create BC5000 10pk - Thermal Edition - Blackberry Cherry | $63.50 | $0.00 | $317.50 |
| 5 | EB Create BC5000 10pk - Thermal Edition - Cherry Dragonfruit | $63.50 | $0.00 | $317.50 |
| 5 | Lost Mary MO5000 5pk - Miami Mint | $36.25 | $0.00 | $181.25 |
| 2 | Lost Mary MO5000 5pk - Watermelon Ice | $36.25 | $0.00 | $72.50 |
| 1 | Lost Mary MO5000 5pk - Blackcurrant Mint | $36.25 | $0.00 | $36.25 |
| 2 | Lost Mary MO5000 5pk - Blue Razz Ice | $36.25 | $0.00 | $72.50 |
| 1 | Lost Mary MO5000 5pk - Cherry Lemon | $36.25 | $0.00 | $36.25 |
| 1 | Lost Mary MO5000 5pk - Strawberry Watermelon Ice | $36.25 | $0.00 | $36.25 |
| 2 | Lost Mary OS5000 10pk - Mad Blue | $72.50 | $0.00 | $145.00 |

Total quantities shipped: **376**

|  |  |
|---|---|
| Subtotal: | $9,037.40 |
| Total: | $9,037.40 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon

RZSMOKE00001581

as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001582

# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 327444 | Nov 8, 2023 | **$3,102.00** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Lost Mary OS5000 10pk - Blueberry Raspberry Pomegranate | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Banana Raspberry Ice | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Berry Crush Ice | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Blueberry Raspberry Peach | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Cherry Banana Duo Ice | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Cherry Cola | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Forest Mint | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Green Grape Ice | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Mango Pomelo Dragon Fruit | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Mary Dream | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Raspberry Lemonade | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Strawberry Guava Mint | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Sakura Berry Peach Ice | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Triple Berry Duo Ice | $72.50 | $0.00 | $72.50 |
| 1 | EB Create BC5000 10pk - Blueberry Pom Ice | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Mixed Fruity | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Snoow Grape | $63.50 | $0.00 | $63.50 |
| 9 | Breeze Pro 2000 Puffs 10pk - Cherry Cola | $88.50 | $0.00 | $796.50 |
| 10 | Gold By OPMS - 3ct | $13.00 | $0.00 | $130.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 10 | Gold By OPMS - 5ct | $21.00 | $0.00 | $210.00 |

Total quantities shipped: **48**

| | |
|---|---|
| Subtotal: | $3,102.00 |
| Total: | $3,102.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001583

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 327964 | Nov 14, 2023 | **$3,833.50** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | EB Create BC5000 10pk - Blue Razz Ice | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Blueberry Pom Ice | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Cranberry Grape | $63.50 | $0.00 | $63.50 |
| 2 | EB Create BC5000 10pk - Lemon Mint | $63.50 | $0.00 | $127.00 |
| 1 | EB Create BC5000 10pk - Malibu | $63.50 | $0.00 | $63.50 |
| 2 | EB Create BC5000 10pk - Mango Peach | $63.50 | $0.00 | $127.00 |
| 10 | EB Create BC5000 10pk - Miami Mint | $63.50 | $0.00 | $635.00 |
| 3 | EB Create BC5000 10pk - Peach Berry | $63.50 | $0.00 | $190.50 |
| 5 | EB Create BC5000 10pk - Peach Ice | $63.50 | $0.00 | $317.50 |
| 2 | EB Create BC5000 10pk - Peach Mango Watermelon | $63.50 | $0.00 | $127.00 |
| 2 | EB Create BC5000 10pk - Strawberry Banana | $63.50 | $0.00 | $127.00 |
| 2 | EB Create BC5000 10pk - Strawberry Kiwi | $63.50 | $0.00 | $127.00 |
| 3 | EB Create BC5000 10pk - Strawberry Mango | $63.50 | $0.00 | $190.50 |
| 4 | EB Create BC5000 10pk - Strawberry Pina Colada | $63.50 | $0.00 | $254.00 |
| 4 | EB Create BC5000 10pk - Strawberry Raspberry Cherry Ice | $63.50 | $0.00 | $254.00 |
| 3 | EB Create BC5000 10pk - Strawberry Watermelon | $63.50 | $0.00 | $190.50 |
| 2 | EB Create BC5000 10pk - Watermelon BG (Watermelon Bubble Gum) | $63.50 | $0.00 | $127.00 |
| 5 | EB Create BC5000 10pk - Watermelon Ice | $63.50 | $0.00 | $317.50 |
| 5 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $468.00 |

Total quantities shipped: **58**

| | |
|---|---|
| Subtotal: | $3,833.50 |
| Total: | $3,833.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001584

# INVOICE

**Order #** 328295

**Date** Nov 17, 2023

**Total** $3,023.00

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 3 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 3 | Breeze Prime 6000 Puffs 5pk - Honeydew Pineapple | $62.50 | $0.00 | $187.50 |
| 3 | Breeze Prime 6000 Puffs 5pk - Strawberry Mint | $62.50 | $0.00 | $187.50 |
| 20 | Black By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 60 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $345.00 |
| 24 | Tribeca By Halo E-Liquid - 12mg - 60ml | $5.75 | $0.00 | $138.00 |
| 36 | Tribeca By Halo E-Liquid - 18mg - 60ml | $5.75 | $0.00 | $207.00 |
| 24 | Menthol Ice By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $138.00 |

Total quantities shipped: **193**

Subtotal: $3,023.00
Total: $3,023.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 328781 | Nov 22, 2023 | **$3,190.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | STIG XL 700 Puffs 10pk - Iced Mango Bomb | $30.00 | $0.00 | $150.00 |
| 4 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,520.00 |
| 4 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,520.00 |

Total quantities shipped: **13**

|  | |
|---|---|
| Subtotal: | $3,190.00 |
| Total: | $3,190.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001586



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 329931 | Dec 7, 2023 | $3,666.40 |



**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | EB Create BC5000 10pk - Blue Razz Ice | $63.50 | $0.00 | $317.50 |
| 1 | EB Create BC5000 10pk - Lemon Mint | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Peach Mango Watermelon | $63.50 | $0.00 | $63.50 |
| 5 | EB Create BC5000 10pk - Watermelon Ice | $63.50 | $0.00 | $317.50 |
| 4 | Logic Pro 2ct 10pk - Tobacco 20mg | $62.50 | $0.00 | $250.00 |
| 4 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $374.40 |
| 3 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 3 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,140.00 |

Total quantities shipped: **26**

|  |  |
|---|---|
| Subtotal: | $3,666.40 |
| Total: | $3,666.40 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001587

# INVOICE




| | **Order #** | **Date** | **Total** | |
|---|---|---|---|---|
| | 330155 | Dec 11, 2023 | **$4,862.40** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 8 | VGOD POD 4KR 10pk - Cubano | $55.00 | $0.00 | $440.00 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Kiwi | $63.50 | $0.00 | $127.00 |
| 30 | Black By OPMS - 5ct | $21.00 | $0.00 | $630.00 |
| 3 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 24 | Tribeca By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $138.00 |
| 48 | Tribeca By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $276.00 |
| 72 | Tribeca By Halo E-Liquid - Salt Nicotine 50mg - 30ml | $5.75 | $0.00 | $414.00 |
| 10 | Red Vein Bali By Whole Herbs - Capsules - 250ct | $15.81 | $0.00 | $158.10 |
| 2 | Lost Mary MO5000 5pk - Blackcurrant Mint | $36.25 | $0.00 | $72.50 |
| 20 | Gold By OPMS - 2ct | $9.00 | $0.00 | $180.00 |
| 10 | Gold By OPMS - 3ct | $13.00 | $0.00 | $130.00 |
| 2 | ZYN Nicotine Pouches 5pk - Cinnamon 6mg | $18.50 | $0.00 | $37.00 |
| 2 | ZYN Nicotine Pouches 5pk - Citrus 6mg | $18.50 | $0.00 | $37.00 |
| 2 | ZYN Nicotine Pouches 5pk - Coffee 6mg | $18.50 | $0.00 | $37.00 |
| 2 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $18.50 | $0.00 | $37.00 |
| 2 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $18.50 | $0.00 | $37.00 |
| 1 | ZYN Nicotine Pouches 5pk - Smooth 6mg | $18.50 | $0.00 | $18.50 |
| 2 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $18.50 | $0.00 | $37.00 |
| 2 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $18.50 | $0.00 | $37.00 |
| 3 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $280.80 |
| 1 | EB Design TE6000 5pk - Clear | $22.50 | $0.00 | $22.50 |
| 10 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $576.00 |

Total quantities shipped: **258**

| | |
|---|---|
| Subtotal: | $4,862.40 |
| Total: | $4,862.40 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001588

# INVOICE

| Order # | Document Date | Total |  |
|---|---|---|---|
| 330696 | Dec 15, 2023 | $3,052.60 | PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Air Bar Mini 2000 Puffs - Clear | $40.00 | $0.00 | $400.00 |
| 1 | EB Create BC5000 10pk - Brown Tobacco (Nut Tobacco) | $63.50 | $0.00 | $63.50 |
| 3 | EB Create BC5000 10pk - Watermelon BG (Watermelon Bubble Gum) | $63.50 | $0.00 | $190.50 |
| 4 | EB Create BC5000 10pk - Watermelon Ice | $63.50 | $0.00 | $254.00 |
| 2 | Lost Mary MO5000 5pk - Watermelon Cherry | $36.25 | $0.00 | $72.50 |
| 1 | ZYN Nicotine Pouches 5pk - Chill 6mg | $18.50 | $0.00 | $18.50 |
| 1 | ZYN Nicotine Pouches 5pk - Cinnamon 3mg | $18.50 | $0.00 | $18.50 |
| 2 | ZYN Nicotine Pouches 5pk - Citrus 6mg | $18.50 | $0.00 | $37.00 |
| 2 | ZYN Nicotine Pouches 5pk - Coffee 3mg | $18.50 | $0.00 | $37.00 |
| 2 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $18.50 | $0.00 | $37.00 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $18.50 | $0.00 | $55.50 |
| 2 | ZYN Nicotine Pouches 5pk - Wintergreen 3mg | $18.50 | $0.00 | $37.00 |
| 4 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $18.50 | $0.00 | $74.00 |
| 1 | Tyson 2.0 Heavyweight 7000 Puffs - Lush Lime | $75.00 | $0.00 | $75.00 |
| 50 | Gold By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 20 | Gold By OPMS - 2ct | $9.00 | $0.00 | $180.00 |
| 30 | Black By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 1 | Juul Kits - Basic Kit - Slate 8ct | $58.50 | $0.00 | $58.50 |
| 1 | Juul Kits - Basic Kit - Silver 8ct | $58.50 | $0.00 | $58.50 |
| 6 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $345.60 |

Total quantities shipped: **146**

| | |
|---|---|
| Subtotal: | $3,052.60 |
| Total: | $3,052.60 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001589

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 330747 | Dec 15, 2023 | **$952.50** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | EB Create BC5000 10pk - Peach Berry | $63.50 | $0.00 | $190.50 |
| 2 | EB Create BC5000 10pk - Peach Ice | $63.50 | $0.00 | $127.00 |
| 2 | EB Create BC5000 10pk - Sakura Grape | $63.50 | $0.00 | $127.00 |
| 3 | EB Create BC5000 10pk - Strawberry Banana | $63.50 | $0.00 | $190.50 |
| 4 | EB Create BC5000 10pk - Strawberry Ice | $63.50 | $0.00 | $254.00 |
| 1 | EB Create BC5000 10pk - Strawberry Pina Colada | $63.50 | $0.00 | $63.50 |

Total quantities shipped: **15**

Subtotal: $952.50
Total: $952.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001590

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 331114 | Dec 20, 2023 | **$3,057.35** |  PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Lost Mary OS5000 10pk - Blueberry P&B Cloud (Blue Cotton Candy) | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Peach Mango Watermelon | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary MO5000 5pk - Watermelon Ice | $36.25 | $0.00 | $36.25 |
| 1 | RAZ TN9000 5pk - Watermelon Ice | $40.00 | $0.00 | $40.00 |
| 3 | EB Create BC5000 10pk - Watermelon BG (Watermelon Bubble Gum) | $63.50 | $0.00 | $190.50 |
| 5 | EB Create BC5000 10pk - Watermelon Ice | $63.50 | $0.00 | $317.50 |
| 5 | Juul Kits - Basic Kit - Slate 8ct | $58.50 | $0.00 | $292.50 |
| 1 | Air Bar Box 3000 Puffs 10pk - Watermelon Apple Ice | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar AB5000 10pk - Watermelon Ice | $57.50 | $0.00 | $57.50 |
| 6 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $27.00 |
| 1 | EB Create BC5000 10pk - Pineapple Orange Mint | $63.50 | $0.00 | $63.50 |
| 3 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $280.80 |
| 1 | EB Create BC5000 10pk - Brown Tobacco (Nut Tobacco) | $63.50 | $0.00 | $63.50 |
| 1 | Lost Mary MO5000 5pk - Berry Rose Duo Ice | $36.25 | $0.00 | $36.25 |
| 1 | Lost Mary MO5000 5pk - Pure | $36.25 | $0.00 | $36.25 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $380.00 |
| 1 | Lost Mary OS5000 10pk - Acai Berry Storm Ice | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Banana Raspberry Ice | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Green Grape Ice | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Light Snow Peppermint | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Mexican Mango | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Strawberry Banana | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Strawberry Guava Mint | $72.50 | $0.00 | $72.50 |
| 1 | Air Bar Nex 6500 Puffs - Virginia Tobacco | $62.50 | $0.00 | $62.50 |
| 8 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $460.80 |

Total quantities shipped: **49**

| | |
|---|---|
| Subtotal: | $3,057.35 |
| Total: | $3,057.35 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001591

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 331277 | Dec 21, 2023 | **$3,614.50** | PAID |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Nex 6500 Puffs - Strawberry Kiwi | $62.50 | $0.00 | $125.00 |
| 1 | Air Bar AB5000 10pk - Blue Razz Ice | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Clear | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Cool Mint | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Miami Mint | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Virginia Tobacco | $57.50 | $0.00 | $57.50 |
| 1 | Lost Mary MO5000 5pk - Watermelon Cherry | $36.25 | $0.00 | $36.25 |
| 1 | EB Create BC5000 10pk - Brown Tobacco (Nut Tobacco) | $63.50 | $0.00 | $63.50 |
| 2 | EB Create BC5000 10pk - Clear | $63.50 | $0.00 | $127.00 |
| 1 | EB Create BC5000 10pk - Cherry Lemon Mint | $63.50 | $0.00 | $63.50 |
| 20 | EB Create BC5000 10pk - Miami Mint | $63.50 | $0.00 | $1,270.00 |
| 2 | EB Create BC5000 10pk - Peach Berry | $63.50 | $0.00 | $127.00 |
| 2 | EB Create BC5000 10pk - Peach Ice | $63.50 | $0.00 | $127.00 |
| 1 | EB Create BC5000 10pk - Sakura Grape | $63.50 | $0.00 | $63.50 |
| 2 | EB Create BC5000 10pk - Strawberry Banana | $63.50 | $0.00 | $127.00 |
| 4 | EB Create BC5000 10pk - Strawberry Ice | $63.50 | $0.00 | $254.00 |
| 5 | EB Create BC5000 10pk - Strawberry Kiwi | $63.50 | $0.00 | $317.50 |
| 2 | EB Create BC5000 10pk - Strawberry Mango | $63.50 | $0.00 | $127.00 |
| 1 | EB Create BC5000 10pk - Strawberry Pina Colada | $63.50 | $0.00 | $63.50 |
| 2 | EB Create BC5000 10pk - Strawberry Raspberry Cherry Ice | $63.50 | $0.00 | $127.00 |
| 2 | EB Create BC5000 10pk - Strawberry Watermelon | $63.50 | $0.00 | $127.00 |
| 5 | Lost Mary MO5000 5pk - Strawberry Ice | $36.25 | $0.00 | $181.25 |

Total quantities shipped: **60**

| | |
|---|---|
| Subtotal: | $3,614.50 |
| Total: | $3,614.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001592

# INVOICE

| | Order # | Document | Date | Total | |
|---|---|---|---|---|---|
| | 331342 | | Dec 22, 2023 | **$3,051.00** | **PAID** |

 

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Lost Mary MO5000 5pk - Blue Razz Ice | $36.25 | $0.00 | $108.75 |
| 2 | Lost Mary MO5000 5pk - Blueberry Raspberry Lemon | $36.25 | $0.00 | $72.50 |
| 10 | Lost Mary MO5000 5pk - Miami Mint | $36.25 | $0.00 | $362.50 |
| 2 | Lost Mary MO5000 5pk - Strawberry Ice | $36.25 | $0.00 | $72.50 |
| 1 | Lost Mary MO5000 5pk - White Strawberry Ice | $36.25 | $0.00 | $36.25 |
| 1 | Lost Mary OS5000 10pk - Miami Mint | $72.50 | $0.00 | $72.50 |
| 2 | EB Create BC5000 10pk - Strawberry Banana | $63.50 | $0.00 | $127.00 |
| 2 | EB Create BC5000 10pk - Strawberry Ice | $63.50 | $0.00 | $127.00 |
| 2 | EB Create BC5000 10pk - Strawberry Kiwi | $63.50 | $0.00 | $127.00 |
| 1 | EB Create BC5000 10pk - Blueberry Tobacco | $63.50 | $0.00 | $63.50 |
| 2 | EB Create BC5000 10pk - Cranberry Grape | $63.50 | $0.00 | $127.00 |
| 1 | EB Create BC5000 10pk - Mixed Fruity | $63.50 | $0.00 | $63.50 |
| 2 | EB Create BC5000 10pk - Pineapple Coconut Ice | $63.50 | $0.00 | $127.00 |
| 1 | EB Create BC5000 10pk - Strawberry Raspberry Cherry Ice | $63.50 | $0.00 | $63.50 |
| 3 | EB Create BC5000 10pk - Strawberry Watermelon | $63.50 | $0.00 | $190.50 |
| 10 | Black By OPMS - 5ct | $21.00 | $0.00 | $210.00 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $380.00 |
| 10 | Gold By OPMS - 5ct | $21.00 | $0.00 | $210.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 10 | Gold By OPMS - 3ct | $13.00 | $0.00 | $130.00 |

Total quantities shipped: **67**

| | |
|---|---|
| Subtotal: | $3,051.00 |
| Total: | $3,051.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001593

# INVOICE

| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 331610 | Dec 26, 2023 | $3,206.10 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | White Vein Maeng Da By Remarkable Herbs - 20 oz | $23.00 | $0.00 | $230.00 |
| 10 | Logic Pro 2ct 10pk - Menthol 20mg | $62.50 | $0.00 | $625.00 |
| 10 | Green Vein Thai By Remarkable Herbs - 8 oz | $11.67 | $0.00 | $116.70 |
| 3 | Air Bar Mini 2000 Puffs - Spearmint | $40.00 | $0.00 | $120.00 |
| 1 | EB Create BC5000 10pk - Peach Ice | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Peach Mango Watermelon | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Pineapple Coconut Ice | $63.50 | $0.00 | $63.50 |
| 10 | Green Vein Maeng Da By OPMS - 288g - 480 Capsules | $27.31 | $0.00 | $273.10 |
| 40 | Gold By OPMS - 5ct | $21.00 | $0.00 | $840.00 |
| 24 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $138.00 |
| 24 | Menthol Ice By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $138.00 |
| 8 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $460.80 |
| 1 | ZYN Nicotine Pouches 5pk - Citrus 3mg | $18.50 | $0.00 | $18.50 |
| 3 | ZYN Nicotine Pouches 5pk - Citrus 6mg | $18.50 | $0.00 | $55.50 |

Total quantities shipped: **146**

|  |  |
|---|---|
| Subtotal: | $3,206.10 |
| Total: | $3,206.10 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001594

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 331890 | Dec 28, 2023 | $3,013.00 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | EB Create BC5000 10pk - Miami Mint | $63.50 | $0.00 | $1,270.00 |
| 2 | EB Create BC5000 10pk - Pineapple Coconut Ice | $63.50 | $0.00 | $127.00 |
| 1 | EB Create BC5000 10pk - Strawberry Raspberry Cherry Ice | $63.50 | $0.00 | $63.50 |
| 3 | EB Create BC5000 10pk - Strawberry Watermelon | $63.50 | $0.00 | $190.50 |
| 5 | EB Create BC5000 10pk - Watermelon Ice | $63.50 | $0.00 | $317.50 |
| 2 | EB Create BC5000 10pk - Strawberry Banana | $63.50 | $0.00 | $127.00 |
| 2 | Air Bar Nex 6500 Puffs - Mexican Mango | $62.50 | $0.00 | $125.00 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Watermelon | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Watermelon Peach | $62.50 | $0.00 | $62.50 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 20 | Killer Kustard By Vapetasia - Salt Nicotine 24mg - 30ml | $5.50 | $0.00 | $110.00 |
| 1 | Air Bar AB5000 10pk - Clear | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Super Mint | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Virginia Tobacco | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Watermelon Ice | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar Mini 2000 Puffs - Mixed Berries | $40.00 | $0.00 | $40.00 |
| 1 | Air Bar Mini 2000 Puffs - Pacific Cooler | $40.00 | $0.00 | $40.00 |
| 5 | Melon Mix By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $22.50 |

Total quantities shipped: **118**

|  | |
|---|---|
| Subtotal: | $3,013.00 |
| Total: | $3,013.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001595

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 332418 | Jan 4, 2024 | **$6,268.50** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | STIG XL 700 Puffs 10pk - Iced Mango Bomb | $30.00 | $0.00 | $180.00 |
| 1 | STIG XL 700 Puffs 10pk - Mighty Mint | $30.00 | $0.00 | $30.00 |
| 1 | EB Create BC5000 10pk - Tropical Spoal (Tropical Rainbow Blast) | $63.50 | $0.00 | $63.50 |
| 2 | EB Create BC5000 10pk - Cherry Lemon Mint | $63.50 | $0.00 | $127.00 |
| 4 | EB Create BC5000 10pk - Peach Ice | $63.50 | $0.00 | $254.00 |
| 3 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 3 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 2 | Air Bar Nex 6500 Puffs - Black Dragon Ice | $62.50 | $0.00 | $125.00 |
| 1 | Air Bar Nex 6500 Puffs - Kiwi Lime | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Nex 6500 Puffs - Melon Kiwi | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Nex 6500 Puffs - Pineapple Coconut | $62.50 | $0.00 | $62.50 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Pina Colada | $62.50 | $0.00 | $125.00 |
| 1 | Air Bar Mini 2000 Puffs - Watermelon Candy | $40.00 | $0.00 | $40.00 |
| 15 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 10 | Iced Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 12 | Iced Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $54.00 |
| 10 | Iced Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 15 | Iced Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $67.50 |
| 3 | Breeze Pro 2000 Puffs 10pk - Blueberry Banana | $88.50 | $0.00 | $265.50 |
| 1 | Rogue Nicotine Pouches 5pk - Apple 3mg | $19.50 | $0.00 | $19.50 |
| 1 | Rogue Nicotine Pouches 5pk - Apple 6mg | $19.50 | $0.00 | $19.50 |
| 1 | Rogue Nicotine Pouches 5pk - Cinnamon 3mg | $19.50 | $0.00 | $19.50 |
| 1 | Rogue Nicotine Pouches 5pk - Cinnamon 6mg | $19.50 | $0.00 | $19.50 |
| 1 | Rogue Nicotine Pouches 5pk - Honey Lemon 3mg | $19.50 | $0.00 | $19.50 |
| 1 | Rogue Nicotine Pouches 5pk - Honey Lemon 6mg | $19.50 | $0.00 | $19.50 |
| 1 | Rogue Nicotine Pouches 5pk - Mango 3mg | $19.50 | $0.00 | $19.50 |
| 1 | Rogue Nicotine Pouches 5pk - Mango 6mg | $19.50 | $0.00 | $19.50 |
| 1 | Rogue Nicotine Pouches 5pk - Peppermint 3mg | $19.50 | $0.00 | $19.50 |
| 1 | Rogue Nicotine Pouches 5pk - Peppermint 6mg | $19.50 | $0.00 | $19.50 |
| 1 | Rogue Nicotine Pouches 5pk - Wintergreen 3mg | $19.50 | $0.00 | $19.50 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Watermelon Peach | $62.50 | $0.00 | $125.00 |
| 4 | EB Create BC5000 10pk - Strawberry Kiwi | $63.50 | $0.00 | $254.00 |
| 2 | EB Create BC5000 10pk - Triple Berry Ice | $63.50 | $0.00 | $127.00 |
| 20 | Black By OPMS - 2ct | $9.00 | $0.00 | $180.00 |
| 20 | Black By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 10 | Gold By OPMS - 2ct | $9.00 | $0.00 | $90.00 |
| 4 | Air Bar Mini 2000 Puffs - Grape Ice | $40.00 | $0.00 | $160.00 |
| 2 | Air Bar Mini 2000 Puffs - Mixed Berries | $40.00 | $0.00 | $80.00 |
| 1 | Air Bar Mini 2000 Puffs - Strawberry Pina Colada | $40.00 | $0.00 | $40.00 |
| 1 | Air Bar Mini 2000 Puffs - Strawberry Kiwi | $40.00 | $0.00 | $40.00 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 1 | Lost Mary OS5000 10pk - Banana Raspberry Ice | $72.50 | $0.00 | $72.50 |
| 1 | ZYN Nicotine Pouches 5pk - Menthol 6mg | $18.50 | $0.00 | $18.50 |
| 24 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $138.00 |
| 5 | ZYN Nicotine Pouches 5pk - Wintergreen 3mg | $18.50 | $0.00 | $92.50 |

Total quantities shipped: **221**

| | |
|---|---|
| Subtotal: | $6,268.50 |
| Total: | $6,268.50 |

RZSMOKE00001596

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001597

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 332960 | Jan 10, 2024 | **$4,876.25** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Air Bar AB5000 10pk - Miami Mint | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Strawberry Watermelon | $57.50 | $0.00 | $57.50 |
| 2 | Air Bar AB5000 10pk - Watermelon Ice | $57.50 | $0.00 | $115.00 |
| 25 | Green Vein Maeng Da By OPMS - 36g - 60 Capsules | $4.89 | $0.00 | $122.25 |
| 60 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $345.00 |
| 3 | Smyle Cart Pens - Blue | $10.50 | $0.00 | $31.50 |
| 3 | Smyle Cart Pens - Pink | $10.50 | $0.00 | $31.50 |
| 3 | Smyle Cart Pens - Silver | $10.50 | $0.00 | $31.50 |
| 1 | Air Bar Mini 2000 Puffs - Grape Ice | $40.00 | $0.00 | $40.00 |
| 2 | Air Bar Mini 2000 Puffs - Mixed Berries | $40.00 | $0.00 | $80.00 |
| 10 | Iced Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Iced Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | EB Create BC5000 10pk - Blue Razz Ice | $63.50 | $0.00 | $635.00 |
| 4 | EB Create BC5000 10pk - Triple Berry Ice | $63.50 | $0.00 | $254.00 |
| 3 | Air Bar Nex 6500 Puffs - Black Dragon Ice | $62.50 | $0.00 | $187.50 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Pina Colada | $62.50 | $0.00 | $125.00 |
| 20 | Gold By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 1 | Air Bar AB10000 10pk - Blue Razz Ice | $75.00 | $0.00 | $75.00 |
| 1 | Air Bar AB10000 10pk - Cool Mint | $75.00 | $0.00 | $75.00 |
| 1 | Air Bar AB10000 10pk - Juicy Watermelon Ice | $75.00 | $0.00 | $75.00 |
| 1 | Air Bar AB10000 10pk - Miami Mint | $75.00 | $0.00 | $75.00 |
| 1 | Air Bar AB10000 10pk - Strawberry Watermelon | $75.00 | $0.00 | $75.00 |
| 4 | ZYN Nicotine Pouches 5pk - Citrus 3mg | $18.50 | $0.00 | $74.00 |
| 5 | ZYN Nicotine Pouches 5pk - Citrus 6mg | $18.50 | $0.00 | $92.50 |
| 1 | ZYN Nicotine Pouches 5pk - Coffee 3mg | $18.50 | $0.00 | $18.50 |
| 1 | ZYN Nicotine Pouches 5pk - Coffee 6mg | $18.50 | $0.00 | $18.50 |
| 8 | EB Create BC5000 10pk - Strawberry Ice | $63.50 | $0.00 | $508.00 |
| 3 | EB Create BC5000 10pk - Strawberry Watermelon | $63.50 | $0.00 | $190.50 |
| 1 | EB Create BC5000 10pk - Brown Tobacco (Nut Tobacco) | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Blueberry Pom Ice | $63.50 | $0.00 | $63.50 |
| 2 | EB Create BC5000 10pk - Cherry Lemon Mint | $63.50 | $0.00 | $127.00 |
| 3 | Air Bar Mini 2000 Puffs - Strawberry Kiwi | $40.00 | $0.00 | $120.00 |
| 1 | ZYN Nicotine Pouches 5pk - Chill 6mg | $18.50 | $0.00 | $18.50 |
| 1 | ZYN Nicotine Pouches 5pk - Cinnamon 3mg | $18.50 | $0.00 | $18.50 |
| 2 | ZYN Nicotine Pouches 5pk - Cinnamon 6mg | $18.50 | $0.00 | $37.00 |
| 3 | ZYN Nicotine Pouches 5pk - Menthol 6mg | $18.50 | $0.00 | $55.50 |
| 1 | ZYN Nicotine Pouches 5pk - Spearmint 3mg | $18.50 | $0.00 | $18.50 |
| 2 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $18.50 | $0.00 | $37.00 |
| 2 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $18.50 | $0.00 | $37.00 |

Total quantities shipped: **207**

Subtotal: $4,876.25
Total: $4,876.25

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

RZSMOKE00001598

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment,**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001599

# INVOICE

| Order # | Document Date | Total |  |
|---|---|---|---|
| 333758 | Jan 19, 2024 | **$3,629.34** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | EB Create BC5000 10pk - Blueberry Pom Ice | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Pineapple Strawnana | $63.50 | $0.00 | $63.50 |
| 5 | EB Create BC5000 10pk - Strawberry Ice | $63.50 | $0.00 | $317.50 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Watermelon Peach | $62.50 | $0.00 | $125.00 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Pina Colada | $62.50 | $0.00 | $125.00 |
| 12 | Subzero By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |
| 4 | Melon Mix By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $18.00 |
| 12 | Tribeca By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $69.00 |
| 50 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 15 | Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 13 | Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $58.50 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Watermelon | $62.50 | $0.00 | $62.50 |
| 6 | Green Vein Vietnam By Remarkable Herbs - 8 oz | $12.08 | $0.00 | $72.48 |
| 2 | Cubano By VGOD - 3mg - 60ml | $4.50 | $0.00 | $9.00 |
| 1 | RAZ TN9000 5pk - Polar Ice | $40.00 | $0.00 | $40.00 |
| 3 | GT Coils By Vaporesso - GTx Coils - Mesh 0.8 Coils 5pk | $6.12 | $0.00 | $18.36 |
| 1 | Air Bar Mini 2000 Puffs - Fruit Cereal | $40.00 | $0.00 | $40.00 |
| 1 | Air Bar Mini 2000 Puffs - Rocky Road | $40.00 | $0.00 | $40.00 |
| 1 | Air Bar Mini 2000 Puffs - Virginia Tobacco | $40.00 | $0.00 | $40.00 |
| 1 | ZYN Nicotine Pouches 5pk - Cinnamon 3mg | $18.50 | $0.00 | $18.50 |
| 2 | ZYN Nicotine Pouches 5pk - Cinnamon 6mg | $18.50 | $0.00 | $37.00 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $18.50 | $0.00 | $55.50 |
| 2 | EB Create BC5000 10pk - Sakura Grape | $63.50 | $0.00 | $127.00 |
| 3 | EB Create BC5000 10pk - Strawberry Banana | $63.50 | $0.00 | $190.50 |
| 4 | EB Create BC5000 10pk - Strawberry Kiwi | $63.50 | $0.00 | $254.00 |
| 2 | EB Create BC5000 10pk - Strawberry Mango | $63.50 | $0.00 | $127.00 |
| 2 | EB Create BC5000 10pk - Strawberry Watermelon | $63.50 | $0.00 | $127.00 |
| 2 | EB Create BC5000 10pk - Triple Berry Ice | $63.50 | $0.00 | $127.00 |
| 8 | EB Create BC5000 10pk - Watermelon Ice | $63.50 | $0.00 | $508.00 |
| 2 | EB Create BC5000 10pk - Blue Razz Ice | $63.50 | $0.00 | $127.00 |
| 2 | EB Create BC5000 10pk - Watermelon BG (Watermelon Bubble Gum) | $63.50 | $0.00 | $127.00 |
| 1 | Air Bar Nex 6500 Puffs - Black Dragon Ice | $62.50 | $0.00 | $62.50 |
| 2 | Air Bar Nex 6500 Puffs - Pineapple Coconut | $62.50 | $0.00 | $125.00 |
| 1 | ZYN Nicotine Pouches 5pk - Menthol 6mg | $18.50 | $0.00 | $18.50 |
| 1 | ZYN Nicotine Pouches 5pk - Wintergreen 3mg | $18.50 | $0.00 | $18.50 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $18.50 | $0.00 | $55.50 |

Total quantities shipped: **174**

Subtotal: $3,629.34
Total: $3,629.34

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

## Legal Disclaimer - EFT Authorization

### By providing a check as payment:

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001600

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 333796 | Jan 19, 2024 | **$287.50** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Air Bar AB5000 10pk - Blue Razz Ice | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Cool Mint | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Miami Mint | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Sakura Grape | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Watermelon Ice | $57.50 | $0.00 | $57.50 |

Total quantities shipped: **5**

Subtotal: $287.50
Total: $287.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001601

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 334220 | Jan 24, 2024 | $3,609.75 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | EB Create BC5000 10pk - Blue Razz Ice | $63.50 | $0.00 | $381.00 |
| 1 | EB Create BC5000 10pk - Blueberry Tobacco | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Pineapple Orange Mint | $63.50 | $0.00 | $63.50 |
| 3 | EB Create BC5000 10pk - Snoow Grape | $63.50 | $0.00 | $190.50 |
| 1 | EB Create BC5000 10pk - Tropical Spoal (Tropical Rainbow Blast) | $63.50 | $0.00 | $63.50 |
| 12 | EB Create BC5000 10pk - Watermelon Ice | $63.50 | $0.00 | $762.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Cuban Cigar | $97.50 | $0.00 | $97.50 |
| 2 | Air Bar Diamond 10pk - Energy Drinks | $33.00 | $0.00 | $66.00 |
| 40 | Black By OPMS - 3ct | $13.00 | $0.00 | $520.00 |
| 1 | Logic Pro Kit 5pk | $62.00 | $0.00 | $62.00 |
| 2 | ZYN Nicotine Pouches 5pk - Chill 6mg | $18.50 | $0.00 | $37.00 |
| 1 | ZYN Nicotine Pouches 5pk - Cinnamon 3mg | $18.50 | $0.00 | $18.50 |
| 1 | ZYN Nicotine Pouches 5pk - Cinnamon 6mg | $18.50 | $0.00 | $18.50 |
| 1 | ZYN Nicotine Pouches 5pk - Citrus 3mg | $18.50 | $0.00 | $18.50 |
| 1 | ZYN Nicotine Pouches 5pk - Citrus 6mg | $18.50 | $0.00 | $18.50 |
| 2 | ZYN Nicotine Pouches 5pk - Coffee 6mg | $18.50 | $0.00 | $37.00 |
| 1 | ZYN Nicotine Pouches 5pk - Cool Mint 3mg | $18.50 | $0.00 | $18.50 |
| 1 | ZYN Nicotine Pouches 5pk - Smooth 6mg | $18.50 | $0.00 | $18.50 |
| 1 | ZYN Nicotine Pouches 5pk - Spearmint 3mg | $18.50 | $0.00 | $18.50 |
| 1 | ZYN Nicotine Pouches 5pk - Wintergreen 3mg | $18.50 | $0.00 | $18.50 |
| 4 | EB Create BC5000 10pk - Strawberry Ice | $63.50 | $0.00 | $254.00 |
| 30 | Black By OPMS - 5ct | $21.00 | $0.00 | $630.00 |
| 1 | Tribeca By Halo E-Liquid - 12mg - 60ml | $5.75 | $0.00 | $5.75 |
| 2 | Subzero By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $11.50 |
| 1 | RAZ TN9000 5pk - Strawberry Shortcake | $40.00 | $0.00 | $40.00 |
| 2 | Breeze Pro 2000 Puffs 10pk - Blueberry Mint | $88.50 | $0.00 | $177.00 |

Total quantities shipped: **120**

|  | |
|---|---|
| Subtotal: | $3,609.75 |
| Total: | $3,609.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001602

# INVOICE

 

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 334750 | Jan 31, 2024 | **$5,141.05** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 6 | Menthol Ice By Halo E-Liquid - 0mg - 60ml | $5.75 | $0.00 | $34.50 |
| 25 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $112.50 |
| 70 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,470.00 |
| 10 | Gold By OPMS - 2ct | $9.00 | $0.00 | $90.00 |
| 3 | Air Bar Mini 2000 Puffs - Peach Blueberry Candy | $40.00 | $0.00 | $120.00 |
| 2 | Air Bar Mini 2000 Puffs - Strawberry Pina Colada | $40.00 | $0.00 | $80.00 |
| 1 | Air Bar Mini 2000 Puffs - Strawberry Watermelon | $40.00 | $0.00 | $40.00 |
| 6 | Air Bar Mini 2000 Puffs - Watermelon Candy | $40.00 | $0.00 | $240.00 |
| 2 | EB Create BC5000 10pk - Cherry Lemon Mint | $63.50 | $0.00 | $127.00 |
| 3 | EB Create BC5000 10pk - Peach Ice | $63.50 | $0.00 | $190.50 |
| 1 | EB Create BC5000 10pk - Watermelon BG (Watermelon Bubble Gum) | $63.50 | $0.00 | $63.50 |
| 2 | EB Create BC5000 10pk - Sakura Grape | $63.50 | $0.00 | $127.00 |
| 1 | Air Bar AB5000 10pk - Black Ice | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Blueberry Kiwi Ice | $57.50 | $0.00 | $57.50 |
| 1 | EB Create BC5000 10pk - Blue Razz Ice | $63.50 | $0.00 | $63.50 |
| 2 | EB Create BC5000 10pk - Strawberry Raspberry Cherry Ice | $63.50 | $0.00 | $127.00 |
| 10 | Iced Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 8 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $36.00 |
| 5 | Iced Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $22.50 |
| 1 | Lost Mary MO5000 5pk - Strawberry Kiwi Ice | $36.25 | $0.00 | $36.25 |
| 1 | Air Bar AB5000 10pk - Strawberry Ice | $57.50 | $0.00 | $57.50 |
| 10 | Sour Watermelon Strawberry By Cloud Nurdz - Salt Nicotine 25mg - 30ml (TFN) | $6.00 | $0.00 | $60.00 |
| 10 | Watermelon Iced By Reds Apple - 3mg - 100ml | $6.50 | $0.00 | $65.00 |
| 10 | Berry Crunch By The Milk - Salt Nicotine 24mg - 30ml (TFN) | $5.50 | $0.00 | $55.00 |
| 10 | Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $5.50 | $0.00 | $55.00 |
| 10 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $5.50 | $0.00 | $55.00 |
| 3 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $280.80 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $380.00 |
| 3 | Air Bar Nex 6500 Puffs - Black Dragon Ice | $62.50 | $0.00 | $187.50 |

Total quantities shipped: **230**

| | |
|---|---|
| Subtotal: | $5,141.05 |
| Total: | $5,141.05 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001603



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 335239 | Feb 5, 2024 | $4,228.10 |  PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 40 | Gold By OPMS - 3ct | $13.00 | $0.00 | $520.00 |
| 1 | Lost Mary OS5000 10pk - Black Lemonade | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Black Strawnana | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Forest Mint | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Lemon Lime Passion Fruit | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Light Snow Peppermint | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Oceania Coffee | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Strawberry Mango | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Strawberry Pina Colada | $72.50 | $0.00 | $72.50 |
| 1 | Lost Mary OS5000 10pk - Watermelon | $72.50 | $0.00 | $72.50 |
| 3 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 10 | Black By OPMS - 5ct | $21.00 | $0.00 | $210.00 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $380.00 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $58.50 | $0.00 | $117.00 |
| 2 | Juul Kits - Basic Kit - Silver 8ct | $58.50 | $0.00 | $117.00 |
| 2 | Peach Pear Freeze By Juice Head - Salt Nicotine 35mg - 30ml (Paradise Pear) | $5.50 | $0.00 | $11.00 |
| 2 | Strawberry Kiwi Freeze By Juice Head - Salt Nicotine 35mg - 30ml (Kiwi Berry) | $5.50 | $0.00 | $11.00 |
| 2 | Mango Strawberry Freeze By Juice Head - Salt Nicotine 35mg - 30ml | $5.50 | $0.00 | $11.00 |
| 2 | Blueberry Lemon Freeze By Juice Head - Salt Nicotine 35mg - 30ml (Citrus Blueberry) | $5.50 | $0.00 | $11.00 |
| 2 | Watermelon Lime Freeze By Juice Head - Salt Nicotine 35mg - 30ml (Tart Watermelon) | $5.50 | $0.00 | $11.00 |
| 2 | Guava Peach Freeze By Juice Head - Salt Nicotine 35mg - 30ml (Tropical Guava) | $5.50 | $0.00 | $11.00 |
| 2 | Pineapple Guava Freeze By Juice Head - Salt Nicotine 35mg - 30ml | $5.50 | $0.00 | $11.00 |
| 2 | Raspberry Lemonade Freeze By Juice Head - Salt Nicotine 35mg - 30ml | $5.50 | $0.00 | $11.00 |
| 2 | Orange Mango Freeze By Juice Head - Salt Nicotine 35mg - 30ml | $5.50 | $0.00 | $11.00 |
| 2 | Pineapple Grapefruit Freeze By Juice Head - Salt Nicotine 35mg - 30ml (Golden Grapefruit) | $5.50 | $0.00 | $11.00 |
| 1 | RAZ TN9000 5pk - Vicky (Pink Lemonade) | $40.00 | $0.00 | $40.00 |
| 2 | Air Bar Mini 2000 Puffs - Mixed Berries | $40.00 | $0.00 | $80.00 |
| 1 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $93.60 |
| 1 | Air Bar AB5000 10pk - Blue Razz Ice | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Miami Mint | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Strawberry Ice | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Watermelon Ice | $57.50 | $0.00 | $57.50 |
| 2 | Air Bar Nex 6500 Puffs - Melon Kiwi | $62.50 | $0.00 | $125.00 |
| 1 | Air Bar Nex 6500 Puffs - Watermelon Cantaloupe Honeydew | $62.50 | $0.00 | $62.50 |
| 1 | EB Create BC5000 10pk - Strawberry Ice | $63.50 | $0.00 | $63.50 |
| 2 | EB Create BC5000 10pk - Strawberry Mango | $63.50 | $0.00 | $127.00 |
| 1 | EB Create BC5000 10pk - Triple Berry Ice | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Watermelon BG (Watermelon Bubble Gum) | $63.50 | $0.00 | $63.50 |
| 1 | Air Bar Diamond 10pk - Pineapple Ice | $33.00 | $0.00 | $33.00 |

Total quantities shipped: **104**

|  | |
|---|---|
| Subtotal: | $4,228.10 |
| Total: | $4,228.10 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

RZSMOKE00001604

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001605

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 335305 | Feb 6, 2024 | **$562.50** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Nex 6500 Puffs - Blueberry Grape Mint | $62.50 | $0.00 | $125.00 |
| 2 | Air Bar Nex 6500 Puffs - Pineapple Coconut | $62.50 | $0.00 | $125.00 |
| 2 | Air Bar Nex 6500 Puffs - Pineapple Mango | $62.50 | $0.00 | $125.00 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Watermelon Peach | $62.50 | $0.00 | $125.00 |
| 1 | Air Bar Nex 6500 Puffs - Watermelon Cantaloupe Honeydew | $62.50 | $0.00 | $62.50 |

Total quantities shipped: **9**

| | |
|---|---|
| Subtotal: | $562.50 |
| Total: | $562.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001606

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 335929 | Feb 14, 2024 | **$3,967.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Air Bar Mini 2000 Puffs - Mixed Berries | $40.00 | $0.00 | $40.00 |
| 2 | Air Bar AB5000 10pk - Watermelon Ice | $57.50 | $0.00 | $115.00 |
| 1 | Lost Mary OS5000 10pk - Blueberry P&B Cloud (Blue Cotton Candy) | $72.50 | $0.00 | $72.50 |
| 1 | Air Bar AB5000 10pk - Cranberry Lemonade Ice | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Pineapple Coconut Ice | $57.50 | $0.00 | $57.50 |
| 6 | MIT45 Kratom Liquid - MIT45 Super K Extra Strong 12ct (Purple) | $129.60 | $0.00 | $777.60 |
| 1 | Air Bar Diamond 10pk - Banana Ice | $33.00 | $0.00 | $33.00 |
| 12 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |
| 10 | Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 1 | Gold By OPMS - 5ct | $21.00 | $0.00 | $21.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 3 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 2 | EB Create BC5000 10pk - Sakura Grape | $63.50 | $0.00 | $127.00 |
| 4 | EB Create BC5000 10pk - Strawberry Kiwi | $63.50 | $0.00 | $254.00 |
| 1 | Lost Mary OS5000 10pk - Peach Ice (Juicy Peach) | $72.50 | $0.00 | $72.50 |
| 6 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $27.00 |
| 6 | Summer Strawberry By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $27.00 |
| 5 | Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $22.50 |
| 1 | EB Create BC5000 10pk - Peach Berry | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Strawberry Banana | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Strawberry Raspberry Cherry Ice | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Strawberry Watermelon | $63.50 | $0.00 | $63.50 |
| 2 | EB Create BC5000 10pk - Watermelon Ice | $63.50 | $0.00 | $127.00 |
| 10 | Novo Pods & Coils - Novo 2 - Meshed 0.8 Clear Pods 3pk | $5.09 | $0.00 | $50.90 |
| 10 | Novo Pods & Coils - Novo X - Meshed 0.8 Pods 3pk | $5.18 | $0.00 | $51.80 |
| 10 | Caliburn Pods & Coils By UWELL - Caliburn - 1.4 Pods 4pk | $7.26 | $0.00 | $72.60 |
| 10 | Caliburn Pods & Coils By UWELL - Caliburn Koko - 1.2 Pods 4pk | $7.26 | $0.00 | $72.60 |

Total quantities shipped: **110**

| | |
|---|---|
| Subtotal: | $3,967.00 |
| Total: | $3,967.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001607

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 336019 | Feb 15, 2024 | **$3,105.00** | PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Air Bar Nex 6500 Puffs - Banana Frost | $62.50 | $0.00 | $62.50 |
| 2 | Air Bar Nex 6500 Puffs - California Cherry | $62.50 | $0.00 | $125.00 |
| 5 | Air Bar Nex 6500 Puffs - Clear | $62.50 | $0.00 | $312.50 |
| 20 | Air Bar Nex 6500 Puffs - Cool Mint | $62.50 | $0.00 | $1,250.00 |
| 4 | Air Bar Nex 6500 Puffs - Mexican Mango | $62.50 | $0.00 | $250.00 |
| 5 | Air Bar Nex 6500 Puffs - Spearmint | $62.50 | $0.00 | $312.50 |
| 2 | Air Bar Nex 6500 Puffs - Triple Berry Ice | $62.50 | $0.00 | $125.00 |
| 10 | Black By OPMS - 3ct | $13.00 | $0.00 | $130.00 |
| 2 | Air Bar Nex 6500 Puffs - Pink Lemonade | $62.50 | $0.00 | $125.00 |
| 2 | Air Bar Nex 6500 Puffs - Watermelon Kiwi | $62.50 | $0.00 | $125.00 |
| 4 | Air Bar Nex 6500 Puffs - Blueberry Watermelon | $62.50 | $0.00 | $250.00 |
| 1 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $37.50 | $0.00 | $37.50 |

Total quantities shipped: **58**

|  | |
|---|---|
| Subtotal: | $3,105.00 |
| Total: | $3,105.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001608

# INVOICE

| Order # | Date | Total |
| --- | --- | --- |
| 336373 | Feb 20, 2024 | $3,062.75 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
| --- | --- | --- | --- | --- |
| 36 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $207.00 |
| 48 | Tribeca By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $276.00 |
| 48 | Tribeca By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $276.00 |
| 30 | Gold By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 15 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $864.00 |
| 3 | Air Bar Nex 6500 Puffs - Spearmint | $62.50 | $0.00 | $187.50 |
| 1 | Air Bar Nex 6500 Puffs - Blueberry Watermelon | $62.50 | $0.00 | $62.50 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Watermelon Peach | $62.50 | $0.00 | $125.00 |
| 1 | Air Bar Nex 6500 Puffs - Watermelon Cantaloupe Honeydew | $62.50 | $0.00 | $62.50 |
| 4 | Air Bar AB5000 10pk - Cool Mint | $57.50 | $0.00 | $230.00 |
| 1 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Miami Mint | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Polar Ice | $38.75 | $0.00 | $38.75 |
| 1 | Air Bar Nex 6500 Puffs - Pineapple Coconut | $62.50 | $0.00 | $62.50 |
| 1 | EB Create BC5000 10pk - Strawberry Pear Orange Ice | $63.50 | $0.00 | $63.50 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Watermelon | $62.50 | $0.00 | $62.50 |

Total quantities shipped: **196**

|  |  |
| --- | --- |
| Subtotal: | $3,062.75 |
| Total: | $3,062.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001609



# INVOICE



**PAID**

| Order # | Document Date | Total |
|---|---|---|
| 337327 | Mar 1, 2024 | $7,167.15 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 90 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,890.00 |
| 6 | Subzero By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $34.50 |
| 12 | EB Create BC5000 10pk - Miami Mint | $63.50 | $0.00 | $762.00 |
| 10 | Green Vein Maeng Da By OPMS - 72g - 120 Capsules | $9.49 | $0.00 | $94.90 |
| 2 | Lost Mary OS5000 10pk - Miami Mint | $72.50 | $0.00 | $145.00 |
| 2 | Lost Mary OS5000 10pk - Strawberry Ice | $72.50 | $0.00 | $145.00 |
| 2 | Lost Mary OS5000 10pk - Watermelon | $72.50 | $0.00 | $145.00 |
| 6 | EB Create BC5000 10pk - Blue Razz Ice | $63.50 | $0.00 | $381.00 |
| 2 | EB Create BC5000 10pk - Strawberry Raspberry Cherry Ice | $63.50 | $0.00 | $127.00 |
| 1 | EB Create BC5000 10pk - Thermal Edition - Fuji Cloudz | $63.50 | $0.00 | $63.50 |
| 1 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Miami Mint | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $38.75 |
| 20 | Black By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 40 | Gold By OPMS - 3ct | $13.00 | $0.00 | $520.00 |
| 20 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $115.00 |
| 2 | EB Create BC5000 10pk - Strawberry Kiwi | $63.50 | $0.00 | $127.00 |
| 2 | EB Create BC5000 10pk - Strawberry Mango | $63.50 | $0.00 | $127.00 |
| 5 | EB Create BC5000 10pk - Strawberry Watermelon | $63.50 | $0.00 | $317.50 |
| 2 | EB Create BC5000 10pk - Triple Berry Ice | $63.50 | $0.00 | $127.00 |
| 6 | EB Create BC5000 10pk - Watermelon Ice | $63.50 | $0.00 | $381.00 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 2.4% 4pk | $95.00 | $0.00 | $95.00 |
| 6 | Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $5.50 | $0.00 | $33.00 |
| 6 | Blue Raspberry Lemonade By Salt Bae 30ml - 50mg | $5.50 | $0.00 | $33.00 |
| 1 | Air Bar Mini 2000 Puffs - Strawberry Watermelon | $40.00 | $0.00 | $40.00 |
| 2 | Berries Iced By Reds Apple - 3mg - 100ml | $6.50 | $0.00 | $13.00 |
| 1 | Air Bar Nex 6500 Puffs - Blueberry Dragonfruit | $62.50 | $0.00 | $62.50 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Watermelon | $62.50 | $0.00 | $125.00 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Watermelon Peach | $62.50 | $0.00 | $125.00 |
| 3 | ZYN Nicotine Pouches 5pk - Chill 6mg | $18.50 | $0.00 | $55.50 |
| 2 | ZYN Nicotine Pouches 5pk - Menthol 6mg | $18.50 | $0.00 | $37.00 |
| 2 | ZYN Nicotine Pouches 5pk - Smooth 3mg | $18.50 | $0.00 | $37.00 |
| 2 | ZYN Nicotine Pouches 5pk - Smooth 6mg | $18.50 | $0.00 | $37.00 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 3mg | $18.50 | $0.00 | $55.50 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |

Total quantities shipped: **267**

| | |
|---|---|
| Subtotal: | $7,167.15 |
| Total: | $7,167.15 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001610

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 337340 | Mar 1, 2024 | **$707.50** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Air Bar Nex 6500 Puffs - Blueberry Dragonfruit | $62.50 | $0.00 | $187.50 |
| 40 | Black By OPMS - 3ct | $13.00 | $0.00 | $520.00 |

Total quantities shipped: **43**

| | |
|---|---|
| Subtotal: | $707.50 |
| Total: | $707.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001611



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 338065 | Mar 7, 2024 | **$4,135.20** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $187.20 |
| 24 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $102.50 | $0.00 | $2,460.00 |
| 1 | Juul Kits - Basic Kit - Slate 8ct | $58.50 | $0.00 | $58.50 |
| 1 | Air Bar Nex 6500 Puffs - Blueberry Dragonfruit | $62.50 | $0.00 | $62.50 |
| 2 | Air Bar Nex 6500 Puffs - Pineapple Coconut | $62.50 | $0.00 | $125.00 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Watermelon Peach | $62.50 | $0.00 | $62.50 |
| 36 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $207.00 |
| 14 | Cubano By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $63.00 |
| 8 | Cubano By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $36.00 |
| 10 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 20 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $90.00 |
| 1 | EB Create BC5000 10pk - Blueberry Pom Ice | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Blueberry Tobacco | $63.50 | $0.00 | $63.50 |
| 1 | EB Create BC5000 10pk - Strawberry Banana | $63.50 | $0.00 | $63.50 |
| 5 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $288.00 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |

Total quantities shipped: **147**

| | |
|---|---|
| Subtotal: | $4,135.20 |
| Total: | $4,135.20 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001612

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 338083 | Mar 7, 2024 | **$2,926.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Lost Mary OS5000 10pk - Banana Raspberry Ice | $72.50 | $0.00 | $72.50 |
| 3 | EB Create BC5000 10pk - Lemon Mint | $63.50 | $0.00 | $190.50 |
| 10 | EB Create BC5000 10pk - Miami Mint | $63.50 | $0.00 | $635.00 |
| 5 | EB Create BC5000 10pk - Peach Ice | $63.50 | $0.00 | $317.50 |
| 1 | EB Create BC5000 10pk - Pineapple Coconut Ice | $63.50 | $0.00 | $63.50 |
| 3 | EB Create BC5000 10pk - Sakura Grape | $63.50 | $0.00 | $190.50 |
| 4 | EB Create BC5000 10pk - Strawberry Banana | $63.50 | $0.00 | $254.00 |
| 4 | EB Create BC5000 10pk - Strawberry Ice | $63.50 | $0.00 | $254.00 |
| 5 | EB Create BC5000 10pk - Strawberry Kiwi | $63.50 | $0.00 | $317.50 |
| 2 | EB Create BC5000 10pk - Strawberry Mango | $63.50 | $0.00 | $127.00 |
| 2 | EB Create BC5000 10pk - Strawberry Watermelon | $63.50 | $0.00 | $127.00 |
| 2 | EB Create BC5000 10pk - Watermelon Ice | $63.50 | $0.00 | $127.00 |
| 1 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Nex 6500 Puffs - Pineapple Coconut | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Watermelon | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Watermelon Peach | $62.50 | $0.00 | $62.50 |

Total quantities shipped: **46**

|  |  |
|---|---|
| Subtotal: | $2,926.00 |
| Total: | $2,926.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001613

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 338975 | Mar 15, 2024 | **$3,209.20** | **PAID**  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Air Bar AB5000 10pk - Sakura Grape | $57.50 | $0.00 | $57.50 |
| 2 | Air Bar AB5000 10pk - Watermelon Ice | $57.50 | $0.00 | $115.00 |
| 1 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $38.75 |
| 48 | Menthol Ice By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $276.00 |
| 10 | White Vein Maeng Da By Remarkable Herbs - 8 oz | $12.08 | $0.00 | $120.80 |
| 4 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,520.00 |
| 1 | Logic Pro 2ct 10pk - Tobacco 20mg | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar AB5000 10pk - Strawberry Ice | $57.50 | $0.00 | $57.50 |
| 10 | Caliburn Pods & Coils By UWELL - Caliburn A2 - 1.2 Pods 4pk (Side Filling Pod) | $7.26 | $0.00 | $72.60 |
| 16 | Iced Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $72.00 |
| 6 | Iced Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $27.00 |
| 8 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $36.00 |
| 8 | Iced Purple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $36.00 |
| 1 | RAZ TN9000 5pk - Tiffany (Kiwi Watermelon) | $38.75 | $0.00 | $38.75 |
| 3 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $280.80 |
| 20 | Gold By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 24 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $138.00 |

Total quantities shipped: **164**

|  |  |
|---|---|
| Subtotal: | $3,209.20 |
| Total: | $3,209.20 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001614

# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 339286 | Mar 19, 2024 | **$6,531.55** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 15 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $864.00 |
| 1 | Air Bar Nex 6500 Puffs - Blueberry Dragonfruit | $62.50 | $0.00 | $62.50 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Watermelon Peach | $62.50 | $0.00 | $125.00 |
| 2 | Air Bar Nex 6500 Puffs - Peach Mango Watermelon | $62.50 | $0.00 | $125.00 |
| 1 | Air Bar AB5000 10pk - Blueberry Kiwi Ice | $57.50 | $0.00 | $57.50 |
| 2 | Air Bar AB5000 10pk - Watermelon Ice | $57.50 | $0.00 | $115.00 |
| 3 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $280.80 |
| 50 | Gold By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 1 | Air Bar Nex 6500 Puffs - Pineapple Coconut | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Mini 2000 Puffs - Black Ice | $40.00 | $0.00 | $40.00 |
| 1 | Air Bar Mini 2000 Puffs - Mixed Berries | $40.00 | $0.00 | $40.00 |
| 1 | Air Bar Mini 2000 Puffs - Peach Mango Pineapple | $40.00 | $0.00 | $40.00 |
| 1 | Logic Pro 2ct 10pk - Tobacco 20mg | $62.50 | $0.00 | $62.50 |
| 1 | RAZ TN9000 5pk - Cherry Lemon | $38.75 | $0.00 | $38.75 |
| 1 | Lost Mary OS5000 10pk - Strawberry Ice | $72.50 | $0.00 | $72.50 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Watermelon | $62.50 | $0.00 | $62.50 |
| 10 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $3,800.00 |
| 1 | Air Bar Diamond 10pk - Pineapple Ice | $33.00 | $0.00 | $33.00 |

Total quantities shipped: **95**

| | |
|---|---|
| Subtotal: | $6,531.55 |
| Total: | $6,531.55 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001615

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 339634 | Mar 25, 2024 | **$5,634.65** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | RAZ TN9000 5pk - Grape Ice | $38.75 | $0.00 | $77.50 |
| 4 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $230.40 |
| 15 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 36 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $207.00 |
| 24 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $138.00 |
| 30 | Gold By OPMS - 5ct | $21.00 | $0.00 | $630.00 |
| 1 | Lost Mary MO5000 5pk - Mango Peach | $36.25 | $0.00 | $36.25 |
| 1 | Lost Mary MO5000 5pk - Strawberry Watermelon Ice | $36.25 | $0.00 | $36.25 |
| 2 | Air Bar Nex 6500 Puffs - Black Dragon Ice | $62.50 | $0.00 | $125.00 |
| 2 | RAZ TN9000 5pk - Strawberry Shortcake | $38.75 | $0.00 | $77.50 |
| 1 | Air Bar AB5000 10pk - Blueberry Kiwi Ice | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Strawberry Pina Colada | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar AB5000 10pk - Strawberry Watermelon | $57.50 | $0.00 | $57.50 |
| 1 | Air Bar Nex 6500 Puffs - Blueberry Dragonfruit | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Nex 6500 Puffs - Peach Mango Watermelon | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Mini 2000 Puffs - Strawberry Kiwi | $40.00 | $0.00 | $40.00 |
| 2 | Breeze Prime 6000 Puffs 5pk - Blueberry Lemon | $62.50 | $0.00 | $125.00 |
| 7 | Breeze Prime 6000 Puffs 5pk - Cherry Lemon | $62.50 | $0.00 | $437.50 |
| 1 | EB Create BC5000 10pk - Watermelon BG (Watermelon Bubble Gum) | $63.50 | $0.00 | $63.50 |
| 2 | Lost Mary OS5000 10pk - Black Lemonade | $72.50 | $0.00 | $145.00 |
| 1 | Lost Mary MO5000 5pk - Alphonso Mango Ice | $36.25 | $0.00 | $36.25 |
| 1 | Lost Mary MO5000 5pk - Blackberry Cherry Lemon | $36.25 | $0.00 | $36.25 |
| 1 | Lost Mary MO5000 5pk - Blueberry Raspberry Lemon | $36.25 | $0.00 | $36.25 |
| 1 | Lost Mary MO5000 5pk - Pineapple Apple Pear | $36.25 | $0.00 | $36.25 |
| 1 | Lost Mary MO5000 5pk - Strawberry Ice | $36.25 | $0.00 | $36.25 |
| 1 | RAZ TN9000 5pk - Cherry Lemon | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Night Crawler | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Orange Raspberry | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Tiffany (Kiwi Watermelon) | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Vicky (Pink Lemonade) | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Violet (Grape Strawberry) | $38.75 | $0.00 | $38.75 |
| 5 | Iced Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $22.50 |
| 8 | Iced Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $36.00 |
| 1 | Air Bar AB10000 10pk - Blue Razz Ice | $75.00 | $0.00 | $75.00 |
| 10 | EB Create BC5000 10pk - Miami Mint | $63.50 | $0.00 | $635.00 |
| 1 | EB Create BC5000 10pk - Peach Mango Watermelon | $63.50 | $0.00 | $63.50 |
| 2 | EB Create BC5000 10pk - Strawberry Mango | $63.50 | $0.00 | $127.00 |
| 6 | EB Create BC5000 10pk - Watermelon Ice | $63.50 | $0.00 | $381.00 |
| 30 | Black By OPMS - 5ct | $21.00 | $0.00 | $630.00 |
| 1 | Air Bar Nex 6500 Puffs - Watermelon Kiwi | $62.50 | $0.00 | $62.50 |
| 29 | Tribeca By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $166.75 |
| 2 | ZYN Nicotine Pouches 5pk - Cinnamon 6mg | $19.25 | $0.00 | $38.50 |
| 1 | ZYN Nicotine Pouches 5pk - Citrus 6mg | $19.25 | $0.00 | $19.25 |
| 2 | ZYN Nicotine Pouches 5pk - Cool Mint 3mg | $19.25 | $0.00 | $38.50 |
| 1 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $19.25 | $0.00 | $19.25 |
| 2 | ZYN Nicotine Pouches 5pk - Menthol 6mg | $19.25 | $0.00 | $38.50 |
| 1 | ZYN Nicotine Pouches 5pk - Spearmint 3mg | $19.25 | $0.00 | $19.25 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $19.25 | $0.00 | $57.75 |
| 1 | ZYN Nicotine Pouches 5pk - Wintergreen 3mg | $19.25 | $0.00 | $19.25 |
| 1 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $37.50 | $0.00 | $37.50 |

Total quantities shipped: **253**

RZSMOKE00001616

Subtotal: $5,634.65

Total: $5,634.65

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001617

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 339730 | Mar 25, 2024 | **$36.25** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Lost Mary MO5000 5pk - Blue Razz Ice | $36.25 | $0.00 | $36.25 |

Total quantities shipped: **1**

Customer Note: Please send with 339634.

| | |
|---|---|
| Subtotal: | $36.25 |
| Total: | $36.25 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001618

 **INVOICE**

 **PAID**

| Order # | Date | Total |
|---|---|---|
| 340480 | Apr 2, 2024 | **$3,932.00** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 8 | Iced Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $36.00 |
| 2 | Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $9.00 |
| 5 | Iced Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $22.50 |
| 3 | Iced Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $13.50 |
| 3 | Melon Mix By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $13.50 |
| 3 | Melon Mix By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $13.50 |
| 1 | Air Bar AB10000 10pk - Blue Razz Ice | $75.00 | $0.00 | $75.00 |
| 2 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $77.50 |
| 1 | RAZ TN9000 5pk - Polar Ice | $38.75 | $0.00 | $38.75 |
| 6 | Air Bar Nex 6500 Puffs - Strawberry Watermelon | $62.50 | $0.00 | $375.00 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Watermelon Peach | $62.50 | $0.00 | $125.00 |
| 3 | Air Bar AB5000 10pk - Blue Razz Ice | $57.50 | $0.00 | $172.50 |
| 1 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Blueberry Watermelon | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Cherry Lemon | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Georgia Peach | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Miami Mint | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $38.75 |
| 60 | Gold By OPMS - 3ct | $13.00 | $0.00 | $780.00 |
| 2 | Logic Pro 2ct 10pk - Tobacco 20mg | $62.50 | $0.00 | $125.00 |
| 2 | Air Bar Diamond 10pk - Watermelon Ice | $33.00 | $0.00 | $66.00 |
| 1 | Air Bar Mini 2000 Puffs - Mixed Berries | $40.00 | $0.00 | $40.00 |
| 2 | Air Bar Mini 2000 Puffs - Peach Mango Pineapple | $40.00 | $0.00 | $80.00 |
| 1 | ZYN Nicotine Pouches 5pk - Chill 6mg | $19.25 | $0.00 | $19.25 |
| 2 | ZYN Nicotine Pouches 5pk - Cinnamon 6mg | $19.25 | $0.00 | $38.50 |
| 20 | Gold By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 12 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |
| 20 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $90.00 |
| 5 | Breeze Prime 6000 Puffs 5pk - Blueberry Lemon | $62.50 | $0.00 | $312.50 |
| 1 | Air Bar Nex 6500 Puffs - White Jelly | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Nex 6500 Puffs - Black Dragon Ice | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Nex 6500 Puffs - Mexican Mango | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Nex 6500 Puffs - Pineapple Mango | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar AB5000 10pk - Strawberry Ice | $57.50 | $0.00 | $57.50 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |

Total quantities shipped: **178**

| | |
|---|---|
| Subtotal: | $3,932.00 |
| Total: | $3,932.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001619

# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 340913 | Apr 4, 2024 | **$3,008.50** |


**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Mini 2000 Puffs - Black Ice | $40.00 | $0.00 | $80.00 |
| 1 | Air Bar Mini 2000 Puffs - Mixed Berries | $40.00 | $0.00 | $40.00 |
| 12 | Tribeca By Halo E-Liquid - 0mg - 60ml | $5.75 | $0.00 | $69.00 |
| 36 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $207.00 |
| 24 | Tribeca By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $138.00 |
| 12 | Tribeca By Halo E-Liquid - 18mg - 60ml | $5.75 | $0.00 | $69.00 |
| 2 | Air Bar Mini 2000 Puffs - Classic Tobacco | $40.00 | $0.00 | $80.00 |
| 2 | Air Bar Mini 2000 Puffs - Virginia Tobacco | $40.00 | $0.00 | $80.00 |
| 2 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $37.50 | $0.00 | $75.00 |
| 1 | ZYN Nicotine Pouches 5pk - Chill 3mg | $19.25 | $0.00 | $19.25 |
| 2 | ZYN Nicotine Pouches 5pk - Citrus 3mg | $19.25 | $0.00 | $38.50 |
| 1 | ZYN Nicotine Pouches 5pk - Coffee 6mg | $19.25 | $0.00 | $19.25 |
| 2 | ZYN Nicotine Pouches 5pk - Cool Mint 3mg | $19.25 | $0.00 | $38.50 |
| 5 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $19.25 | $0.00 | $96.25 |
| 2 | ZYN Nicotine Pouches 5pk - Menthol 6mg | $19.25 | $0.00 | $38.50 |
| 2 | ZYN Nicotine Pouches 5pk - Peppermint 3mg | $19.25 | $0.00 | $38.50 |
| 4 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $19.25 | $0.00 | $77.00 |
| 1 | ZYN Nicotine Pouches 5pk - Smooth 6mg | $19.25 | $0.00 | $19.25 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 3mg | $19.25 | $0.00 | $57.75 |
| 6 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $19.25 | $0.00 | $115.50 |
| 2 | ZYN Nicotine Pouches 5pk - Wintergreen 3mg | $19.25 | $0.00 | $38.50 |
| 5 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $19.25 | $0.00 | $96.25 |
| 30 | Gold By OPMS - 5ct | $21.00 | $0.00 | $630.00 |
| 1 | Juul Kits - Basic Kit - Slate 8ct | $58.50 | $0.00 | $58.50 |
| 1 | Juul Kits - Basic Kit - Silver 8ct | $58.50 | $0.00 | $58.50 |
| 1 | Logic Pro 2ct 10pk - Tobacco 20mg | $62.50 | $0.00 | $62.50 |
| 5 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $288.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |

Total quantities shipped: **168**

| | |
|---|---|
| Subtotal: | $3,008.50 |
| Total: | $3,008.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001620

# INVOICE

| | Order # | Document Date | Total | PAID |
|---|---|---|---|---|
| | 342465 | Apr 16, 2024 | **$5,644.36** | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 12 | Tribeca By Halo E-Liquid - 0mg - 60ml | $5.75 | $0.00 | $69.00 |
| 1 | Air Bar Nex 6500 Puffs - Pink Lemonade | $60.00 | $0.00 | $60.00 |
| 5 | Air Bar Nex 6500 Puffs - Strawberry Watermelon | $60.00 | $0.00 | $300.00 |
| 1 | RabBeats RC10000 5pk - Blackberry Cranberry | $40.00 | $0.00 | $40.00 |
| 1 | RabBeats RC10000 5pk - Blueberry Cloudz | $40.00 | $0.00 | $40.00 |
| 1 | RAZ TN9000 5pk - Pineapple Passionfruit Guava | $38.75 | $0.00 | $38.75 |
| 2 | Alpha Strip Male Enhancement - 7X - 3pk x 30ct | $189.75 | $0.00 | $379.50 |
| 3 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $280.80 |
| 3 | Air Bar Diamond 10pk - Pineapple Ice | $33.00 | $0.00 | $99.00 |
| 3 | EB Create BC5000 10pk - Blue Razz Ice | $63.50 | $0.00 | $190.50 |
| 8 | EB Create BC5000 10pk - Miami Mint | $63.50 | $0.00 | $508.00 |
| 4 | EB Create BC5000 10pk - Peach Ice | $63.50 | $0.00 | $254.00 |
| 6 | EB Create BC5000 10pk - Watermelon Ice | $63.50 | $0.00 | $381.00 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Watermelon Peach | $60.00 | $0.00 | $120.00 |
| 10 | Air Bar Mini 2000 Puffs - Black Ice | $40.00 | $0.00 | $400.00 |
| 3 | Air Bar Diamond 10pk - Super Mint | $33.00 | $0.00 | $99.00 |
| 48 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $276.00 |
| 60 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $345.00 |
| 36 | Menthol Ice By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $207.00 |
| 10 | White Vein Maeng Da By Remarkable Herbs - 20 oz | $23.00 | $0.00 | $230.00 |
| 6 | Green Vein Thai By Remarkable Herbs - 3 oz | $4.31 | $0.00 | $25.86 |
| 1 | Green Vein Thai By OPMS - 16oz - Powder | $17.25 | $0.00 | $17.25 |
| 1 | EB Create BC5000 10pk - Pineapple Coconut Ice | $63.50 | $0.00 | $63.50 |
| 40 | Gold By OPMS - 3ct | $13.00 | $0.00 | $520.00 |
| 5 | Logic Pro 2ct 10pk - Menthol 20mg | $62.50 | $0.00 | $312.50 |
| 1 | Air Bar Nex 6500 Puffs - Black Dragon Ice | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar Nex 6500 Puffs - Blueberry Watermelon | $60.00 | $0.00 | $60.00 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Kiwi | $60.00 | $0.00 | $120.00 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Mango | $60.00 | $0.00 | $120.00 |
| 1 | Air Bar Nex 6500 Puffs - Watermelon Cantaloupe Honeydew | $60.00 | $0.00 | $60.00 |
| 2 | Logic Power 27mg 2ct 10pk - Tobacco | $57.60 | $0.00 | $115.20 |

Total quantities shipped: **281**

| | |
|---|---|
| Subtotal: | $5,791.86 |
| Credit Discount: | -$147.5 |
| Total: | $5,644.36 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001621

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 342724 | Apr 17, 2024 | **$3,881.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | Iced Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $18.00 |
| 4 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $18.00 |
| 6 | Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $27.00 |
| 4 | Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $18.00 |
| 10 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $3,800.00 |

Total quantities shipped: **28**

|  | |
|---|---|
| Subtotal: | $3,881.00 |
| Total: | $3,881.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001622



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 342776 | Apr 18, 2024 | **$37.50** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | RAZ TN9000 5pk - Triple Berry Ice | $37.50 | $0.00 | $37.50 |

Total quantities shipped: **1**

**Customer Note:** going with order number 342724 please

| | |
|---|---|
| Subtotal: | $37.50 |
| Total: | $37.50 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001623

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 342835 | Apr 18, 2024 | **$481.25** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ZYN Nicotine Pouches 5pk - Chill 6mg | $19.25 | $0.00 | $38.50 |
| 1 | ZYN Nicotine Pouches 5pk - Cinnamon 3mg | $19.25 | $0.00 | $19.25 |
| 2 | ZYN Nicotine Pouches 5pk - Cinnamon 6mg | $19.25 | $0.00 | $38.50 |
| 2 | ZYN Nicotine Pouches 5pk - Citrus 3mg | $19.25 | $0.00 | $38.50 |
| 3 | ZYN Nicotine Pouches 5pk - Citrus 6mg | $19.25 | $0.00 | $57.75 |
| 1 | ZYN Nicotine Pouches 5pk - Coffee 3mg | $19.25 | $0.00 | $19.25 |
| 2 | ZYN Nicotine Pouches 5pk - Coffee 6mg | $19.25 | $0.00 | $38.50 |
| 1 | ZYN Nicotine Pouches 5pk - Cool Mint 3mg | $19.25 | $0.00 | $19.25 |
| 3 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $19.25 | $0.00 | $57.75 |
| 2 | ZYN Nicotine Pouches 5pk - Menthol 6mg | $19.25 | $0.00 | $38.50 |
| 2 | ZYN Nicotine Pouches 5pk - Peppermint 3mg | $19.25 | $0.00 | $38.50 |
| 1 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $19.25 | $0.00 | $19.25 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $19.25 | $0.00 | $57.75 |

Total quantities shipped: **25**

**Customer Note:** going with order number 342776/342724 please

Subtotal: $481.25
Total: $481.25

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001624

# INVOICE



| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 343557 | Apr 23, 2024 | **$4,500.72** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | EB Create BC5000 10pk - Watermelon BG (Watermelon Bubble Gum) | $62.50 | $0.00 | $125.00 |
| 10 | Gold By OPMS - 3ct | $13.00 | $0.00 | $130.00 |
| 4 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,520.00 |
| 3 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $183.87 |
| 15 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $859.05 |
| 3 | RAZ TN9000 5pk - Grape Ice | $37.50 | $0.00 | $112.50 |
| 1 | ZYN Nicotine Pouches 5pk - Chill 6mg | $19.25 | $0.00 | $19.25 |
| 2 | ZYN Nicotine Pouches 5pk - Cinnamon 6mg | $19.25 | $0.00 | $38.50 |
| 3 | ZYN Nicotine Pouches 5pk - Citrus 6mg | $19.25 | $0.00 | $57.75 |
| 1 | ZYN Nicotine Pouches 5pk - Coffee 3mg | $19.25 | $0.00 | $19.25 |
| 2 | ZYN Nicotine Pouches 5pk - Menthol 6mg | $19.25 | $0.00 | $38.50 |
| 2 | ZYN Nicotine Pouches 5pk - Peppermint 3mg | $19.25 | $0.00 | $38.50 |
| 3 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $19.25 | $0.00 | $57.75 |
| 2 | ZYN Nicotine Pouches 5pk - Wintergreen 3mg | $19.25 | $0.00 | $38.50 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $19.25 | $0.00 | $57.75 |
| 1 | Air Bar Diamond 10pk - Banana Ice | $33.00 | $0.00 | $33.00 |
| 1 | EB Create BC5000 10pk - Mango Peach | $62.50 | $0.00 | $62.50 |
| 3 | EB Create BC5000 10pk - Sakura Grape | $62.50 | $0.00 | $187.50 |
| 1 | Air Bar AB5000 10pk - Clear | $55.00 | $0.00 | $55.00 |
| 1 | Air Bar AB5000 10pk - Watermelon Ice | $55.00 | $0.00 | $55.00 |
| 20 | Green Vein Maeng Da By OPMS - 72g - 120 Capsules | $9.49 | $0.00 | $189.80 |
| 3 | RAZ TN9000 5pk - Blue Raz Ice | $37.50 | $0.00 | $112.50 |
| 3 | RAZ TN9000 5pk - Cherry Lemon | $37.50 | $0.00 | $112.50 |
| 1 | RAZ TN9000 5pk - Georgia Peach | $37.50 | $0.00 | $37.50 |
| 1 | RAZ TN9000 5pk - White Gummy Watermelon | $37.50 | $0.00 | $37.50 |
| 1 | Geek Bar Pulse 15000 Puffs 5pk - Blow Pop | $37.50 | $0.00 | $37.50 |
| 1 | Geek Bar Pulse 15000 Puffs 5pk - California Cherry | $37.50 | $0.00 | $37.50 |
| 1 | Lost Mary MO5000 5pk - Plum Rose Mint | $35.00 | $0.00 | $35.00 |
| 2 | EB Create BC5000 10pk - Strawberry Watermelon | $62.50 | $0.00 | $125.00 |
| 4 | EB Create BC5000 10pk - Watermelon Ice | $62.50 | $0.00 | $250.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Mighty Mint | $55.00 | $0.00 | $55.00 |

Total quantities shipped: **104**

| | |
|---|---|
| Subtotal: | $4,776.72 |
| Credit Discount: | -$276 |
| Total: | $4,500.72 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001625

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 343923 | Apr 26, 2024 | $3,993.15 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | ZYN Nicotine Pouches 5pk - Peppermint 3mg | $19.25 | $0.00 | $19.25 |
| 3 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $19.25 | $0.00 | $57.75 |
| 2 | ZYN Nicotine Pouches 5pk - Wintergreen 3mg | $19.25 | $0.00 | $38.50 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $19.25 | $0.00 | $57.75 |
| 10 | White Vein Maeng Da By Remarkable Herbs - 3 oz | $4.60 | $0.00 | $46.00 |
| 36 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $207.00 |
| 3 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $19.25 | $0.00 | $57.75 |
| 1 | ZYN Nicotine Pouches 5pk - Smooth 6mg | $19.25 | $0.00 | $19.25 |
| 7 | Tropical Mango By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $31.50 |
| 2 | EB Create BC5000 10pk - Peach Berry | $62.50 | $0.00 | $125.00 |
| 10 | Green Vein Thai By Remarkable Herbs - 8 oz | $11.67 | $0.00 | $116.70 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 10 | Gold By OPMS - 3ct | $13.00 | $0.00 | $130.00 |
| 2 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $187.20 |
| 1 | ZYN Nicotine Pouches 5pk - Cinnamon 6mg | $19.25 | $0.00 | $19.25 |
| 1 | ZYN Nicotine Pouches 5pk - Coffee 6mg | $19.25 | $0.00 | $19.25 |
| 1 | ZYN Nicotine Pouches 5pk - Spearmint 3mg | $19.25 | $0.00 | $19.25 |
| 3 | Air Bar Nex 6500 Puffs - Blackberry Ice | $60.00 | $0.00 | $180.00 |
| 1 | Air Bar Nex 6500 Puffs - Blueberry Watermelon | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar Nex 6500 Puffs - Pink Lemonade | $60.00 | $0.00 | $60.00 |
| 7 | Air Bar Nex 6500 Puffs - Spearmint | $60.00 | $0.00 | $420.00 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Watermelon | $60.00 | $0.00 | $60.00 |
| 25 | Air Bar Nex 6500 Puffs - Watermelon Ice | $60.00 | $0.00 | $1,500.00 |
| 3 | Air Bar Mini 2000 Puffs - Blue Razz | $40.00 | $0.00 | $120.00 |
| 8 | Air Bar Mini 2000 Puffs - Cool Mint | $40.00 | $0.00 | $320.00 |
| 1 | Air Bar Mini 2000 Puffs - Grape Ice | $40.00 | $0.00 | $40.00 |
| 1 | Air Bar Mini 2000 Puffs - Strawberry Kiwi | $40.00 | $0.00 | $40.00 |

Total quantities shipped: **167**

| | |
|---|---|
| Subtotal: | $4,269.15 |
| Credit Discount: | -$276 |
| Total: | $3,993.15 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001626

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 344049 | Apr 27, 2024 | **$639.75** |  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | ZYN Nicotine Pouches 5pk - Chill 3mg | $19.25 | $0.00 | $19.25 |
| 2 | ZYN Nicotine Pouches 5pk - Chill 6mg | $19.25 | $0.00 | $38.50 |
| 1 | ZYN Nicotine Pouches 5pk - Citrus 3mg | $19.25 | $0.00 | $19.25 |
| 1 | ZYN Nicotine Pouches 5pk - Coffee 3mg | $19.25 | $0.00 | $19.25 |
| 2 | ZYN Nicotine Pouches 5pk - Coffee 6mg | $19.25 | $0.00 | $38.50 |
| 3 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $19.25 | $0.00 | $57.75 |
| 1 | ZYN Nicotine Pouches 5pk - Menthol 6mg | $19.25 | $0.00 | $19.25 |
| 2 | ZYN Nicotine Pouches 5pk - Peppermint 3mg | $19.25 | $0.00 | $38.50 |
| 3 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $19.25 | $0.00 | $57.75 |
| 2 | ZYN Nicotine Pouches 5pk - Smooth 6mg | $19.25 | $0.00 | $38.50 |
| 2 | ZYN Nicotine Pouches 5pk - Spearmint 3mg | $19.25 | $0.00 | $38.50 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $19.25 | $0.00 | $57.75 |
| 1 | ZYN Nicotine Pouches 5pk - Wintergreen 3mg | $19.25 | $0.00 | $19.25 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $19.25 | $0.00 | $57.75 |
| 1 | Air Bar Nex 6500 Puffs - Blackberry Ice | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar Nex 6500 Puffs - Spearmint | $60.00 | $0.00 | $60.00 |

Total quantities shipped: **29**

|  |  |
|---|---|
| Subtotal: | $639.75 |
| Total: | $639.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001627

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 344658 | May 3, 2024 | **$5,310.60** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | EB Create BC5000 10pk - Sunset | $62.50 | $0.00 | $62.50 |
| 36 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $207.00 |
| 2 | RAZ TN9000 5pk - Tiffany (Kiwi Watermelon) | $37.50 | $0.00 | $75.00 |
| 20 | Novo Pods & Coils - Novo X - DC 0.8 MTL Pods 3pk | $4.83 | $0.00 | $96.60 |
| 1 | Air Bar AB5000 10pk - Clear | $50.00 | $0.00 | $50.00 |
| 1 | RAZ TN9000 5pk - Blue Raz Ice | $37.50 | $0.00 | $37.50 |
| 1 | RAZ TN9000 5pk - Georgia Peach | $37.50 | $0.00 | $37.50 |
| 2 | RAZ TN9000 5pk - Watermelon Ice | $37.50 | $0.00 | $75.00 |
| 6 | Green Vein Thai By Remarkable Herbs - 8 oz | $11.67 | $0.00 | $70.02 |
| 6 | Green Vein Vietnam By Remarkable Herbs - 8 oz | $12.08 | $0.00 | $72.48 |
| 4 | RAZ TN9000 5pk - Clear | $37.50 | $0.00 | $150.00 |
| 1 | Lost Mary OS5000 10pk - Mary Dream | $70.00 | $0.00 | $70.00 |
| 1 | RAZ TN9000 5pk - Peach Grapefruit | $37.50 | $0.00 | $37.50 |
| 3 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $280.80 |
| 2 | EB Create BC5000 10pk - Miami Mint | $62.50 | $0.00 | $125.00 |
| 2 | EB Create BC5000 10pk - Strawberry Ice | $62.50 | $0.00 | $125.00 |
| 10 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $572.70 |
| 20 | Gold By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 2 | Air Bar Diamond 10pk - Pineapple Ice | $33.00 | $0.00 | $66.00 |
| 10 | FLUM Pebble 6000 Puffs 10pk - Artic Icy | $95.00 | $0.00 | $950.00 |
| 3 | FLUM Pebble 6000 Puffs 10pk - Sunshine Icy - X | $95.00 | $0.00 | $285.00 |
| 1 | ZYN Nicotine Pouches 5pk - Menthol 6mg | $19.25 | $0.00 | $19.25 |
| 3 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $19.25 | $0.00 | $57.75 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $102.50 | $0.00 | $1,230.00 |
| 2 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $120.00 |
| 1 | EB Create BC5000 10pk - Sakura Grape | $62.50 | $0.00 | $62.50 |

Total quantities shipped: **159**

| | |
|---|---|
| Subtotal: | $5,310.60 |
| Total: | $5,310.60 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001628

# INVOICE


| Order # | Date | Total | |
|---|---|---|---|
| 345056 | May 8, 2024 | **$6,168.25** | **PAID**  |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Lost Mary OS5000 10pk - Blue Razz Ice | $70.00 | $0.00 | $70.00 |
| 1 | Lost Mary OS5000 10pk - Blueberry P&B Cloud (Blue Cotton Candy) | $70.00 | $0.00 | $70.00 |
| 1 | Lost Mary OS5000 10pk - Strawberry Ice | $70.00 | $0.00 | $70.00 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $19.25 | $0.00 | $57.75 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Watermelon | $60.00 | $0.00 | $60.00 |
| 2 | Air Bar Nex 6500 Puffs - Strawberry Watermelon Peach | $60.00 | $0.00 | $120.00 |
| 2 | Air Bar Diamond 10pk - Pineapple Ice | $33.00 | $0.00 | $66.00 |
| 3 | RAZ TN9000 5pk - Cactus Jack | $37.50 | $0.00 | $112.50 |
| 2 | RAZ TN9000 5pk - Night Crawler | $37.50 | $0.00 | $75.00 |
| 3 | RAZ TN9000 5pk - Ruby (Cherry Strawberry Raspberry) | $37.50 | $0.00 | $112.50 |
| 3 | RAZ TN9000 5pk - Tiffany (Kiwi Watermelon) | $37.50 | $0.00 | $112.50 |
| 3 | RAZ TN9000 5pk - Tobacco | $37.50 | $0.00 | $112.50 |
| 3 | RAZ TN9000 5pk - Vicky (Pink Lemonade) | $37.50 | $0.00 | $112.50 |
| 2 | RAZ TN9000 5pk - Violet (Grape Strawberry) | $37.50 | $0.00 | $75.00 |
| 1 | RAZ TN9000 5pk - Watermelon Ice | $37.50 | $0.00 | $37.50 |
| 2 | Black By OPMS - 3ct | $13.00 | $0.00 | $26.00 |
| 1 | Black By OPMS - 5ct | $21.00 | $0.00 | $21.00 |
| 10 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $3,800.00 |
| 2 | Gold By OPMS - 3ct | $13.00 | $0.00 | $26.00 |
| 1 | Gold By OPMS - 5ct | $21.00 | $0.00 | $21.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 3 | RAZ TN9000 5pk - Clear | $37.50 | $0.00 | $112.50 |
| 24 | Tribeca By Halo E-Liquid - 18mg - 60ml | $5.75 | $0.00 | $138.00 |

Total quantities shipped: **76**

Subtotal: $6,168.25
Total: $6,168.25

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001629

# INVOICE

 

| Order # | Date | Total |
|---|---|---|
| 345440 | May 13, 2024 | **$5,603.81** | PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | RAZ TN9000 5pk - Clear | $37.50 | $0.00 | $112.50 |
| 1 | RAZ TN9000 5pk - Mango Colada | $37.50 | $0.00 | $37.50 |
| 1 | RAZ TN9000 5pk - Orange Raspberry | $37.50 | $0.00 | $37.50 |
| 2 | RAZ TN9000 5pk - Watermelon Ice | $37.50 | $0.00 | $75.00 |
| 9 | EB Create BC5000 10pk - Miami Mint | $62.50 | $0.00 | $562.50 |
| 1 | EB Create BC5000 10pk - Strawberry Raspberry Cherry Ice | $62.50 | $0.00 | $62.50 |
| 4 | EB Create BC5000 10pk - Watermelon Ice | $62.50 | $0.00 | $250.00 |
| 9 | White Vein Maeng Da By Remarkable Herbs - 8 oz | $12.08 | $0.00 | $108.72 |
| 3 | Air Bar Mini 2000 Puffs - Watermelon Candy | $40.00 | $0.00 | $120.00 |
| 50 | Black By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 80 | Black By OPMS - 3ct | $13.00 | $0.00 | $1,040.00 |
| 50 | Gold By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 5 | Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $22.50 |
| 1 | RAZ TN9000 5pk - Tobacco | $37.50 | $0.00 | $37.50 |
| 1 | EB Create BC5000 10pk - Strawberry Ice | $62.50 | $0.00 | $62.50 |
| 3 | EB Create BC5000 10pk - Strawberry Kiwi | $62.50 | $0.00 | $187.50 |
| 2 | EB Create BC5000 10pk - Strawberry Watermelon | $62.50 | $0.00 | $125.00 |
| 1 | Lost Mary MO5000 5pk - Plum Rose Mint | $35.00 | $0.00 | $35.00 |
| 1 | Lost Mary MO5000 5pk - Banana Raspberry Ice | $35.00 | $0.00 | $35.00 |
| 12 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |
| 1 | Air Bar Nex 6500 Puffs - Blackberry Ice | $60.00 | $0.00 | $60.00 |
| 3 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $180.00 |
| 1 | EB Create BC5000 10pk - Mango Peach | $62.50 | $0.00 | $62.50 |
| 1 | EB Create BC5000 10pk - Peach Berry | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Nex 6500 Puffs - Pineapple Coconut | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Pina Colada | $60.00 | $0.00 | $60.00 |
| 1 | Juul Kits - Basic Kit - Slate 8ct | $58.59 | $0.00 | $58.59 |

Total quantities shipped: **249**

|  |  |
|---|---|
| Subtotal: | $5,603.81 |
| Total: | $5,603.81 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001630

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 345517 | May 13, 2024 | **$66.10** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | White Vein Maeng Da By Remarkable Herbs - 1 oz | $2.01 | $0.00 | $20.10 |
| 10 | White Vein Maeng Da By Remarkable Herbs - 3 oz | $4.60 | $0.00 | $46.00 |

Total quantities shipped: **20**

**Customer Note:** going with Order ID: 345440 please

| | |
|---|---|
| Subtotal: | $66.10 |
| Total: | $66.10 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

PAID

| Order # | Date | Total |
|---|---|---|
| 345851 | May 15, 2024 | **$3,762.50** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Nex 6500 Puffs - Watermelon Kiwi | $60.00 | $0.00 | $120.00 |
| 1 | Air Bar AB5000 10pk - Berries Blast | $50.00 | $0.00 | $50.00 |
| 1 | Air Bar AB5000 10pk - Strawberry Pina Colada | $50.00 | $0.00 | $50.00 |
| 20 | Air Bar Nex 6500 Puffs - Cool Mint | $60.00 | $0.00 | $1,200.00 |
| 10 | Air Bar Nex 6500 Puffs - Love Story | $60.00 | $0.00 | $600.00 |
| 10 | Air Bar Nex 6500 Puffs - Peach Ice | $60.00 | $0.00 | $600.00 |
| 2 | Air Bar Nex 6500 Puffs - Sour Apple Ice | $60.00 | $0.00 | $120.00 |
| 5 | Air Bar Nex 6500 Puffs - Watermelon Ice | $60.00 | $0.00 | $300.00 |
| 1 | RAZ TN9000 5pk - Tobacco | $37.50 | $0.00 | $37.50 |
| 2 | EB Create BC5000 10pk - Miami Mint | $62.50 | $0.00 | $125.00 |
| 1 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar Nex 6500 Puffs - Watermelon Berries | $60.00 | $0.00 | $60.00 |
| 5 | Air Bar Mini 2000 Puffs - Blueberry Ice | $40.00 | $0.00 | $200.00 |
| 1 | Air Bar Mini 2000 Puffs - Frozen Peach | $40.00 | $0.00 | $40.00 |
| 2 | Air Bar Mini 2000 Puffs - Lemon Mint | $40.00 | $0.00 | $80.00 |
| 2 | Air Bar Mini 2000 Puffs - Love Story | $40.00 | $0.00 | $80.00 |
| 1 | Air Bar Mini 2000 Puffs - Strawberry Ice | $40.00 | $0.00 | $40.00 |

Total quantities shipped: **67**

| | |
|---|---|
| Subtotal: | $3,762.50 |
| Total: | $3,762.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001632

# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 345864 | May 15, 2024 | **$3,355.39** | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Air Bar Nex 6500 Puffs - Cool Mint | $60.00 | $0.00 | $1,200.00 |
| 1 | Air Bar Nex 6500 Puffs - Blueberry Raspberry Ice | $60.00 | $0.00 | $60.00 |
| 6 | Menthol Ice By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $34.50 |
| 7 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $400.89 |
| 20 | Gold By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 40 | Black By OPMS - 3ct | $13.00 | $0.00 | $520.00 |
| 20 | Black By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 5 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $300.00 |

Total quantities shipped: **119**

| | |
|---|---|
| Subtotal: | $3,355.39 |
| Total: | $3,355.39 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001633

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 345926 | May 15, 2024 | $1,182.50 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Nex 6500 Puffs - Strawberry Kiwi | $60.00 | $0.00 | $120.00 |
| 2 | EB Create BC5000 10pk - Blue Razz Ice | $62.50 | $0.00 | $125.00 |
| 4 | EB Create BC5000 10pk - Miami Mint | $62.50 | $0.00 | $250.00 |
| 3 | EB Create BC5000 10pk - Peach Ice | $62.50 | $0.00 | $187.50 |
| 1 | EB Create BC5000 10pk - Strawberry Banana | $62.50 | $0.00 | $62.50 |
| 1 | EB Create BC5000 10pk - Strawberry Ice | $62.50 | $0.00 | $62.50 |
| 3 | EB Create BC5000 10pk - Strawberry Watermelon | $62.50 | $0.00 | $187.50 |
| 1 | EB Create BC5000 10pk - Watermelon Ice | $62.50 | $0.00 | $62.50 |
| 2 | EB Create BC5000 10pk - Pineapple Coconut Ice | $62.50 | $0.00 | $125.00 |

Total quantities shipped: **19**

Subtotal: $1,182.50
Total: $1,182.50

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 346341 | May 21, 2024 | $6,939.52 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | RAZ TN9000 5pk - Clear | $37.50 | $0.00 | $150.00 |
| 3 | RAZ TN9000 5pk - Tobacco | $37.50 | $0.00 | $112.50 |
| 1 | Logic Pro Kit 5pk | $61.96 | $0.00 | $61.96 |
| 2 | Air Bar AB5000 10pk - Clear | $50.00 | $0.00 | $100.00 |
| 3 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $280.80 |
| 1 | Air Bar Nex 6500 Puffs - Blackberry Ice | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $60.00 |
| 2 | Air Bar Nex 6500 Puffs - Peach Ice | $60.00 | $0.00 | $120.00 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 2 | EB Create BC5000 10pk - Strawberry Banana | $62.50 | $0.00 | $125.00 |
| 3 | EB Create BC5000 10pk - Strawberry Ice | $62.50 | $0.00 | $187.50 |
| 2 | EB Create BC5000 10pk - Strawberry Kiwi | $62.50 | $0.00 | $125.00 |
| 1 | EB Create BC5000 10pk - Blue Razz Ice | $62.50 | $0.00 | $62.50 |
| 1 | EB Create BC5000 10pk - Strawberry Raspberry Cherry Ice | $62.50 | $0.00 | $62.50 |
| 1 | EB Create BC5000 10pk - Sunset | $62.50 | $0.00 | $62.50 |
| 4 | EB Create BC5000 10pk - Watermelon Ice | $62.50 | $0.00 | $250.00 |
| 1 | RAZ TN9000 5pk - Cherry Lemon | $37.50 | $0.00 | $37.50 |
| 1 | RAZ TN9000 5pk - Dragon Fruit Lemonade | $37.50 | $0.00 | $37.50 |
| 3 | RAZ TN9000 5pk - Watermelon Ice | $37.50 | $0.00 | $112.50 |
| 2 | Lost Mary MO5000 5pk - Plum Rose Mint | $35.00 | $0.00 | $70.00 |
| 60 | Black By OPMS - 5ct | $21.00 | $0.00 | $1,260.00 |
| 60 | Black By OPMS - 3ct | $13.00 | $0.00 | $780.00 |
| 40 | Gold By OPMS - 5ct | $21.00 | $0.00 | $840.00 |
| 60 | Caliburn Pods & Coils By UWELL - Caliburn - 1.4 Pods 4pk | $7.26 | $0.00 | $435.60 |
| 2 | EB Create BC5000 10pk - Beach Day | $62.50 | $0.00 | $125.00 |
| 1 | EB Create BC5000 10pk - Snoow Ice (Frozen Creamsicle) | $62.50 | $0.00 | $62.50 |
| 1 | EB Create BC5000 10pk - Tropical Spoal (Tropical Rainbow Blast) | $62.50 | $0.00 | $62.50 |
| 1 | HQD Cuvie Glaze 15000 Puffs 5pk - Beach Day | $38.75 | $0.00 | $38.75 |
| 1 | HQD Cuvie Glaze 15000 Puffs 5pk - Black Diamond | $38.75 | $0.00 | $38.75 |
| 1 | HQD Cuvie Glaze 15000 Puffs 5pk - Black Dragon | $38.75 | $0.00 | $38.75 |
| 1 | HQD Cuvie Glaze 15000 Puffs 5pk - Black Ice | $38.75 | $0.00 | $38.75 |
| 1 | HQD Cuvie Glaze 15000 Puffs 5pk - Black Winter | $38.75 | $0.00 | $38.75 |
| 2 | EB Create BC5000 10pk - Mango Peach | $62.50 | $0.00 | $125.00 |
| 1 | EB Create BC5000 10pk - Miami Mint | $62.50 | $0.00 | $62.50 |
| 15 | Cubano By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 1 | RAZ TN9000 5pk - Ruby (Cherry Strawberry Raspberry) | $37.50 | $0.00 | $37.50 |
| 1 | RAZ TN9000 5pk - Tiffany (Kiwi Watermelon) | $37.50 | $0.00 | $37.50 |
| 1 | RAZ TN9000 5pk - Vicky (Pink Lemonade) | $37.50 | $0.00 | $37.50 |
| 3 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,140.00 |

Total quantities shipped: **341**

| | |
|---|---|
| Subtotal: | $7,569.61 |
| Credit Discount: | -$630.09 |
| Total: | $6,939.52 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

RZSMOKE00001635

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment,**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001636

# INVOICE

| Order # | Document Date | Total | PAID |
|---|---|---|---|
| 346799 | May 28, 2024 | $3,962.33 | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | Breeze Prime 6000 Puffs 5pk - Lemon Cola | $62.50 | $0.00 | $250.00 |
| 5 | Iced Banana Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $22.50 |
| 5 | Iced Banana Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $22.50 |
| 3 | Air Bar AB5000 10pk - Clear | $55.00 | $0.00 | $165.00 |
| 3 | EB Create BC5000 10pk - Blue Razz Ice | $62.50 | $0.00 | $187.50 |
| 1 | EB Create BC5000 10pk - Strawberry Banana | $62.50 | $0.00 | $62.50 |
| 2 | EB Create BC5000 10pk - Strawberry Ice | $62.50 | $0.00 | $125.00 |
| 2 | EB Create BC5000 10pk - Strawberry Watermelon | $62.50 | $0.00 | $125.00 |
| 2 | EB Create BC5000 10pk - Sunset | $62.50 | $0.00 | $125.00 |
| 3 | EB Create BC5000 10pk - Watermelon Ice | $62.50 | $0.00 | $187.50 |
| 6 | Air Bar Mini 2000 Puffs - Black Ice | $38.50 | $0.00 | $231.00 |
| 1 | Air Bar Nex 6500 Puffs - Blackberry Ice | $60.00 | $0.00 | $60.00 |
| 7 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $420.00 |
| 3 | Air Bar Mini 2000 Puffs - Pacific Cooler | $38.50 | $0.00 | $115.50 |
| 2 | Air Bar Mini 2000 Puffs - Pink Burst | $38.50 | $0.00 | $77.00 |
| 2 | Air Bar Diamond Box 20000 Puffs 10pk - Pink Burst | $75.00 | $0.00 | $150.00 |
| 5 | RAZ TN9000 5pk - Tropical Storm | $38.75 | $0.00 | $193.75 |
| 4 | RAZ TN9000 5pk - Vicky (Pink Lemonade) | $38.75 | $0.00 | $155.00 |
| 2 | Green Vein Maeng Da By OPMS - 144g - 240 Capsules | $16.10 | $0.00 | $32.20 |
| 5 | Red Vein Maeng Da By OPMS - 72g - 120 Capsules | $9.49 | $0.00 | $47.45 |
| 2 | Air Bar Diamond 10pk - Banana Ice | $31.00 | $0.00 | $62.00 |
| 2 | Air Bar Diamond 10pk - Cranberry Lemonade Ice | $31.00 | $0.00 | $62.00 |
| 3 | Air Bar Diamond 10pk - Pineapple Ice | $31.00 | $0.00 | $93.00 |
| 2 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $122.58 |
| 36 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $207.00 |
| 2 | EB Create BC5000 10pk - Fuji Cloudz | $62.50 | $0.00 | $125.00 |
| 2 | EB Create BC5000 10pk - Snoow Ice (Frozen Creamsicle) | $62.50 | $0.00 | $125.00 |
| 2 | EB Create BC5000 10pk - Tropical Spoal (Tropical Rainbow Blast) | $62.50 | $0.00 | $125.00 |
| 5 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $286.35 |

Total quantities shipped: **123**

|  |  |
|---|---|
| Subtotal: | $3,962.33 |
| Total: | $3,962.33 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001637

# INVOICE

| Order # | Document Date | Total |  |
|---|---|---|---|
| 347773 | Jun 7, 2024 | **$4,021.88** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 7 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $655.20 |
| 3 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $183.87 |
| 3 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $171.81 |
| 2 | Air Bar Nex 6500 Puffs - Grape Ice | $60.00 | $0.00 | $120.00 |
| 5 | Air Bar Diamond 10pk - Pink Lemonade | $31.00 | $0.00 | $155.00 |
| 1 | EB Create BC5000 10pk - Strawberry Ice | $62.50 | $0.00 | $62.50 |
| 1 | Air Bar Nex 6500 Puffs - Black Dragon Ice | $60.00 | $0.00 | $60.00 |
| 5 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $300.00 |
| 11 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $49.50 |
| 4 | Breeze Prime 6000 Puffs 5pk - Lemon Cola | $62.50 | $0.00 | $250.00 |
| 1 | RAZ TN9000 5pk - Georgia Peach | $38.75 | $0.00 | $38.75 |
| 3 | RAZ TN9000 5pk - Tobacco | $38.75 | $0.00 | $116.25 |
| 2 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $60.00 | $0.00 | $120.00 |
| 1 | Air Bar Mini 2000 Puffs - Black Ice | $38.50 | $0.00 | $38.50 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $102.50 | $0.00 | $1,230.00 |
| 1 | Air Bar Diamond 10pk - Berries Punch | $31.00 | $0.00 | $31.00 |
| 6 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $27.00 |
| 1 | EB Create BC5000 10pk - Strawberry Raspberry Cherry Ice | $62.50 | $0.00 | $62.50 |
| 1 | EB Create BC5000 10pk - Strawberry Watermelon | $62.50 | $0.00 | $62.50 |
| 20 | Tribeca By Halo E-Liquid - Salt Nicotine 50mg - 30ml | $5.75 | $0.00 | $115.00 |
| 3 | Strawberry Kiwi By Juice Head - Salt Nicotine 25mg - 30ml | $5.75 | $0.00 | $17.25 |
| 3 | Blueberry Lemon By Juice Head - Salt Nicotine 25mg - 30ml | $5.75 | $0.00 | $17.25 |
| 4 | Watermelon Lime By Juice Head - Salt Nicotine 25mg - 30ml | $5.75 | $0.00 | $23.00 |
| 4 | Peach Pear By Juice Head - Salt Nicotine 25mg - 30ml | $5.75 | $0.00 | $23.00 |
| 4 | Raspberry Lemonade By Juice Head - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $23.00 |
| 4 | Orange Mango By Juice Head - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $23.00 |
| 4 | Mango Strawberry By Juice Head - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $23.00 |
| 4 | Pineapple Guava By Juice Head - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $23.00 |

Total quantities shipped: **120**

Subtotal: $4,021.88
Total: $4,021.88

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001638

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 348263 | Jun 12, 2024 | $7,467.93 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | EB Create BC5000 10pk - Miami Mint | $62.50 | $0.00 | $62.50 |
| 2 | Air Bar Diamond 10pk - Pineapple Ice | $31.00 | $0.00 | $62.00 |
| 1 | Air Bar Mini 2000 Puffs - Black Ice | $38.50 | $0.00 | $38.50 |
| 1 | RAZ TN9000 5pk - Ruby (Cherry Strawberry Raspberry) | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Tiffany (Kiwi Watermelon) | $38.75 | $0.00 | $38.75 |
| 6 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $561.60 |
| 2 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $760.00 |
| 2 | Gold By OPMS - 2ct | $9.00 | $0.00 | $18.00 |
| 6 | Gold By OPMS - 3ct | $13.00 | $0.00 | $78.00 |
| 1 | RAZ TN9000 5pk - Georgia Peach | $38.75 | $0.00 | $38.75 |
| 18 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $102.50 | $0.00 | $1,845.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $102.50 | $0.00 | $1,230.00 |
| 1 | VIHO Turbo 10000 Puff 5pk - Watermelon Icy | $38.75 | $0.00 | $38.75 |
| 6 | Tribeca By Halo E-Liquid - 24mg - 60ml | $5.75 | $0.00 | $34.50 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 10 | ALTO Pods 5pk By VUSE - Menthol 5.0% 4pk | $95.68 | $0.00 | $956.80 |
| 1 | RAZ TN9000 5pk - Night Crawler | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Violet (Grape Strawberry) | $38.75 | $0.00 | $38.75 |
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $102.50 | $0.00 | $615.00 |
| 12 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $687.24 |
| 1 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $61.29 |

Total quantities shipped: **141**

| | |
|---|---|
| Subtotal: | $7,467.93 |
| Total: | $7,467.93 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001639

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 348266 | Jun 12, 2024 | **$956.80** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | ALTO Pods 5pk By VUSE - Menthol 5.0% 4pk | $95.68 | $0.00 | $956.80 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $956.80 |
| Total: | $956.80 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001640

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 348952 | Jun 18, 2024 | **$3,431.80** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Gold By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 2 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $760.00 |
| 2 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $77.50 |
| 10 | RAZ TN9000 5pk - Polar Ice | $38.75 | $0.00 | $387.50 |
| 5 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $468.00 |
| 20 | Green Vein Maeng Da By OPMS - 72g - 120 Capsules | $9.49 | $0.00 | $189.80 |
| 1 | RAZ TN9000 5pk - Banana Coconut | $38.75 | $0.00 | $38.75 |
| 15 | RAZ TN9000 5pk - Clear | $38.75 | $0.00 | $581.25 |
| 2 | RAZ TN9000 5pk - Strawberry Shortcake | $38.75 | $0.00 | $77.50 |
| 2 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $77.50 |
| 12 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |
| 24 | Tribeca By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $138.00 |

Total quantities shipped: **117**

| | |
|---|---|
| Subtotal: | $3,884.80 |
| Credit Discount: | -$453 |
| Total: | $3,431.80 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001641

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 349094 | Jun 20, 2024 | **$4,374.70** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $760.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 3 | MIT45 Kratom Liquid - MIT45 Super K 12ct (Blue) | $62.40 | $0.00 | $187.20 |
| 10 | Gold By OPMS - 3ct | $13.00 | $0.00 | $130.00 |
| 1 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Cherry Lemon | $38.75 | $0.00 | $38.75 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $102.50 | $0.00 | $615.00 |
| 6 | JUUL Pods 8pk - Menthol 3% 4 Pods | $102.50 | $0.00 | $615.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $102.50 | $0.00 | $615.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $102.50 | $0.00 | $615.00 |

Total quantities shipped: **43**

Subtotal: $4,374.70
Total: $4,374.70

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001642

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 350409 | Jul 5, 2024 | $4,471.78 | PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 8 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $748.80 |
| 6 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $60.00 | $0.00 | $360.00 |
| 1 | Air Bar Nex 6500 Puffs - Blueberry Watermelon | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Kiwi | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Mango | $60.00 | $0.00 | $60.00 |
| 2 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $760.00 |
| 20 | Gold By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 20 | Gold By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 12 | Tribeca By Halo E-Liquid - 0mg - 60ml | $5.75 | $0.00 | $69.00 |
| 1 | K Shot Kratom Extract - K Blast 12ct | $87.00 | $0.00 | $87.00 |
| 1 | MIT45 Kratom Liquid - MIT45 GO Black 12ct | $49.20 | $0.00 | $49.20 |
| 1 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $38.75 |
| 10 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $572.70 |
| 1 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $37.29 | $0.00 | $37.29 |
| 1 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $61.29 |
| 1 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $38.75 |
| 1 | Air Bar Diamond 10pk - Pink Lemonade | $31.00 | $0.00 | $31.00 |
| 1 | RAZ TN9000 5pk - Clear | $38.75 | $0.00 | $38.75 |
| 2 | RAZ TN9000 5pk - Miami Mint | $38.75 | $0.00 | $77.50 |
| 1 | RAZ TN9000 5pk - Blueberry Watermelon | $38.75 | $0.00 | $38.75 |
| 1 | Air Bar Nex 6500 Puffs - Triple Berry Ice | $60.00 | $0.00 | $60.00 |
| 2 | Air Bar Diamond 10pk - Banana Ice | $31.00 | $0.00 | $62.00 |
| 1 | Air Bar Diamond 10pk - Cranberry Lemonade Ice | $31.00 | $0.00 | $31.00 |

Total quantities shipped: **118**

| | |
|---|---|
| Subtotal: | $5,041.78 |
| Credit Discount: | -$570 |
| Total: | $4,471.78 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001643

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 350468 | Jul 6, 2024 | **$1,941.50** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Air Bar Diamond Box 20000 Puffs 10pk - Cool Mint | $75.00 | $0.00 | $75.00 |
| 1 | Air Bar Diamond Box 20000 Puffs 10pk - Peach Ice | $75.00 | $0.00 | $75.00 |
| 2 | RAZ TN9000 5pk - Tiffany (Kiwi Watermelon) | $38.75 | $0.00 | $77.50 |
| 2 | RAZ TN9000 5pk - Violet (Grape Strawberry) | $38.75 | $0.00 | $77.50 |
| 2 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $77.50 |
| 3 | Gold By OPMS - 3ct | $13.00 | $0.00 | $39.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 2 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $760.00 |

Total quantities shipped: **15**

|  |  |
|---|---|
| Subtotal: | $1,941.50 |
| Total: | $1,941.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 350774 | Jul 9, 2024 | **$1,739.75** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Air Bar Mini 2000 Puffs - Black Ice | $38.50 | $0.00 | $38.50 |
| 5 | Gold By OPMS - 3ct | $13.00 | $0.00 | $65.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 2 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $760.00 |
| 1 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $38.75 |
| 2 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $77.50 |

Total quantities shipped: **13**

Subtotal: $1,739.75
Total: $1,739.75

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001645

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 350796 | Jul 9, 2024 | **$100.04** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $61.29 |
| 1 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $38.75 |

Total quantities shipped: **2**

**Customer Note:** Order ID: 350774

| | |
|---|---|
| Subtotal: | $100.04 |
| Total: | $100.04 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001646

# INVOICE



| Order #<br>351069 | Date<br>Jul 11, 2024 | Total<br>$2,412.75 | **PAID** |
|---|---|---|---|

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $760.00 |
| 20 | Gold By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 1 | RAZ TN9000 5pk - Blueberry Watermelon | $38.75 | $0.00 | $38.75 |
| 1 | Air Bar Diamond 10pk - Pineapple Ice | $31.00 | $0.00 | $31.00 |
| 6 | American Patriots By Naked100 - 3mg - 60ml | $5.75 | $0.00 | $34.50 |
| 20 | Air Bar Mini 2000 Puffs - Clear | $38.50 | $0.00 | $770.00 |
| 5 | Air Bar Mini 2000 Puffs - Cool Mint | $38.50 | $0.00 | $192.50 |
| 2 | Air Bar Mini 2000 Puffs - Miami Mint | $38.50 | $0.00 | $77.00 |
| 3 | Air Bar Mini 2000 Puffs - Watermelon Ice | $38.50 | $0.00 | $115.50 |
| 1 | Air Bar Mini 2000 Puffs - Mixed Berries | $38.50 | $0.00 | $38.50 |

Total quantities shipped: **63**

| | |
|---|---|
| Subtotal: | $3,077.75 |
| Credit Discount: | -$665 |
| Total: | $2,412.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001647

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 351158 | Jul 12, 2024 | $3,076.99 | PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | ZYN Nicotine Pouches 5pk - Chill 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Cinnamon 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Citrus 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Cool Mint 3mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Peppermint 3mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Smooth 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 3mg | $19.25 | $0.00 | $57.75 |
| 20 | Gold By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 2 | Black By OPMS - Black Shots 45ct | $380.00 | $0.00 | $760.00 |
| 8 | RAZ TN9000 5pk - Clear | $38.75 | $0.00 | $310.00 |
| 2 | RAZ TN9000 5pk - Miami Mint | $38.75 | $0.00 | $77.50 |
| 10 | RAZ TN9000 5pk - Polar Ice | $38.75 | $0.00 | $387.50 |
| 1 | Air Bar Diamond 10pk - Pineapple Ice | $31.00 | $0.00 | $31.00 |
| 12 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |
| 1 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $37.29 | $0.00 | $37.29 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 2 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $187.20 |

Total quantities shipped: **89**

|  | |
|---|---|
| Subtotal: | $3,076.99 |
| Total: | $3,076.99 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001648



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 352132 | Jul 22, 2024 | **$3,014.76** |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 42 | Gold By OPMS - 3ct | $13.00 | $0.00 | $546.00 |
| 2 | Air Bar Mini 2000 Puffs - Black Ice | $38.50 | $0.00 | $77.00 |
| 3 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $183.87 |
| 2 | Air Bar Diamond Box 20000 Puffs 10pk - Cool Mint | $75.00 | $0.00 | $150.00 |
| 2 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $114.54 |
| 1 | RAZ TN9000 5pk - Blueberry Watermelon | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Georgia Peach | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $38.75 |
| 3 | MIT45 Kratom Liquid - MIT45 GO Black 12ct | $49.20 | $0.00 | $147.60 |
| 20 | Tribeca By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $115.00 |
| 48 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $276.00 |
| 1 | Black By OPMS - 5ct | $21.00 | $0.00 | $21.00 |
| 3 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $1,267.50 |

Total quantities shipped: **129**

|  |  |
|---|---|
| Subtotal: | $3,014.76 |
| Total: | $3,014.76 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001649

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 352482 | Jul 25, 2024 | **$2,987.50** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | ZYN Nicotine Pouches 5pk - Citrus 6mg | $19.25 | $0.00 | $38.50 |
| 3 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 3mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 3mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $19.25 | $0.00 | $57.75 |
| 2 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $845.00 |
| 30 | Gold By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 20 | Air Bar Mini 2000 Puffs - Clear | $38.50 | $0.00 | $770.00 |
| 2 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $77.50 |
| 1 | RAZ TN9000 5pk - Blueberry Watermelon | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Cherry Lemon | $38.75 | $0.00 | $38.75 |
| 2 | RAZ TN9000 5pk - Clear | $38.75 | $0.00 | $77.50 |
| 2 | RAZ TN9000 5pk - Polar Ice | $38.75 | $0.00 | $77.50 |
| 1 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $38.75 |
| 10 | Gold By OPMS - 5ct | $21.00 | $0.00 | $210.00 |

Total quantities shipped: **92**

Subtotal: **$2,987.50**
Total: **$2,987.50**

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001650

**INVOICE**

**PAID**

| Order # | Document Date | Total |
|---|---|---|
| 352583 | Jul 26, 2024 | **$3,640.52** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 8 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $458.16 |
| 20 | Air Bar Mini 2000 Puffs - Clear | $38.50 | $0.00 | $770.00 |
| 1 | Air Bar Mini 2000 Puffs - Cool Mint | $38.50 | $0.00 | $38.50 |
| 1 | Air Bar Mini 2000 Puffs - Miami Mint | $38.50 | $0.00 | $38.50 |
| 8 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $60.00 | $0.00 | $480.00 |
| 3 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $180.00 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $19.25 | $0.00 | $57.75 |
| 2 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $845.00 |
| 1 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Blueberry Watermelon | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Cherry Lemon | $38.75 | $0.00 | $38.75 |
| 4 | RAZ TN9000 5pk - Grape Ice | $38.75 | $0.00 | $155.00 |
| 4 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $155.00 |
| 1 | RAZ TN9000 5pk - Strawberry Shortcake | $38.75 | $0.00 | $38.75 |
| 3 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $116.25 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 2.4% 4pk | $95.68 | $0.00 | $191.36 |

Total quantities shipped: **63**

| | |
|---|---|
| Subtotal: | $3,640.52 |
| Total: | $3,640.52 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001651

# INVOICE

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Velo Nicotine Pouches 5pk - Black Cherry 4mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Black Cherry 7mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Cinnamon 4mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Cinnamon 7mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Citrus 4mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Citrus 7mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Coffee 4mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Coffee 7mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Dragon Fruit 4mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Dragon Fruit 7mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Peppermint 4mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Peppermint 7mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Spearmint 4mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Spearmint 7mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Wintergreen 4mg | $19.25 | $0.00 | $19.25 |
| 1 | Velo Nicotine Pouches 5pk - Wintergreen 7mg | $19.25 | $0.00 | $19.25 |
| 2 | Geek Bar Pulse X 25000 Puffs 5pk - Banana Taffy Freeze | $47.50 | $0.00 | $95.00 |
| 2 | Geek Bar Pulse X 25000 Puffs 5pk - Lemon Heads | $47.50 | $0.00 | $95.00 |
| 2 | Geek Bar Pulse X 25000 Puffs 5pk - Raspberry Peach Lime | $47.50 | $0.00 | $95.00 |
| 2 | Geek Bar Pulse X 25000 Puffs 5pk - Sour Apple Ice | $47.50 | $0.00 | $95.00 |
| 2 | Geek Bar Pulse X 25000 Puffs 5pk - Sour Fcuking Fab | $47.50 | $0.00 | $95.00 |
| 2 | Geek Bar Pulse X 25000 Puffs 5pk - Sour Mango Pineapple | $47.50 | $0.00 | $95.00 |
| 1 | Lucy Nicotine Pouches 5pk - Apple Ice 4mg | $17.80 | $0.00 | $17.80 |
| 1 | Lucy Nicotine Pouches 5pk - Apple Ice 12mg | $17.80 | $0.00 | $17.80 |
| 1 | Lucy Nicotine Pouches 5pk - Espresso 8mg | $17.80 | $0.00 | $17.80 |
| 1 | Lucy Nicotine Pouches 5pk - Mango 4mg | $17.80 | $0.00 | $17.80 |
| 1 | Lucy Nicotine Pouches 5pk - Mango 12mg | $17.80 | $0.00 | $17.80 |
| 1 | Lucy Nicotine Pouches 5pk - Mint 4mg | $17.80 | $0.00 | $17.80 |
| 1 | Lucy Nicotine Pouches 5pk - Mint 12mg | $17.80 | $0.00 | $17.80 |
| 1 | Lucy Nicotine Pouches 5pk - Wintergreen 4mg | $17.80 | $0.00 | $17.80 |
| 1 | PIK Nicotine Pouches 5pk - Belgian Coffee 16mg | $10.50 | $0.00 | $10.50 |
| 1 | PIK Nicotine Pouches 5pk - Bubblicious 16mg | $10.50 | $0.00 | $10.50 |
| 1 | PIK Nicotine Pouches 5pk - Bubblicious 6mg | $10.50 | $0.00 | $10.50 |
| 1 | PIK Nicotine Pouches 5pk - Cola Ice 16mg | $10.50 | $0.00 | $10.50 |
| 1 | PIK Nicotine Pouches 5pk - Cool Mint 16mg | $10.50 | $0.00 | $10.50 |
| 1 | PIK Nicotine Pouches 5pk - Fresh Spearmint 16mg | $10.50 | $0.00 | $10.50 |
| 1 | PIK Nicotine Pouches 5pk - Lemon Twist 16mg | $10.50 | $0.00 | $10.50 |
| 1 | PIK Nicotine Pouches 5pk - Lush Ice 16mg | $10.50 | $0.00 | $10.50 |
| 1 | PIK Nicotine Pouches 5pk - Mango Marvel 16mg | $10.50 | $0.00 | $10.50 |
| 1 | PIK Nicotine Pouches 5pk - Raspberry Blast 6mg | $10.50 | $0.00 | $10.50 |
| 1 | PIK Nicotine Pouches 5pk - Tangy Orange 6mg | $10.50 | $0.00 | $10.50 |
| 1 | PIK Nicotine Pouches 5pk - Wintergreen 16mg | $10.50 | $0.00 | $10.50 |
| 1 | Lucy Nicotine Breakers 5pk - Espresso 4mg | $17.80 | $0.00 | $17.80 |
| 1 | Lucy Nicotine Breakers 5pk - Mango 4mg | $17.80 | $0.00 | $17.80 |
| 1 | Lucy Nicotine Breakers 5pk - Mint 4mg | $17.80 | $0.00 | $17.80 |
| 2 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $122.58 |
| 2 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $845.00 |
| 1 | RAZ TN9000 5pk - Banana Coconut | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $38.75 |
| 2 | RAZ TN9000 5pk - Cherry Lemon | $38.75 | $0.00 | $77.50 |
| 1 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $38.75 |

RZSMOKE00001652

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | RAZ TN9000 5pk - Strawberry Shortcake | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $38.75 |
| 10 | Air Bar Mini 2000 Puffs - Cool Mint | $38.50 | $0.00 | $385.00 |
| 1 | Air Bar Mini 2000 Puffs - Miami Mint | $38.50 | $0.00 | $38.50 |
| 12 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |
| 2 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $114.54 |

Total quantities shipped: **87**

| | |
|---|---|
| Subtotal: | $3,045.67 |
| Total: | $3,045.67 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001653

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 353611 | Aug 6, 2024 | **$3,539.50** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $845.00 |
| 3 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $180.00 |
| 2 | Air Bar Nex 6500 Puffs - Triple Berry Ice | $60.00 | $0.00 | $120.00 |
| 2 | Air Bar AB5000 10pk - Cranberry Lemonade Ice | $55.00 | $0.00 | $110.00 |
| 2 | Air Bar Diamond Box 20000 Puffs 10pk - Cool Mint | $75.00 | $0.00 | $150.00 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $58.50 | $0.00 | $117.00 |
| 25 | Dry Tobacco By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $112.50 |
| 20 | Cubano By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $90.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $102.50 | $0.00 | $615.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $102.50 | $0.00 | $615.00 |
| 2 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $102.50 | $0.00 | $205.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |

Total quantities shipped: **73**

|  |  |
|---|---|
| Subtotal: | $3,539.50 |
| Total: | $3,539.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001654



# INVOICE



**PAID**

| Order # | Date | Total |
|---|---|---|
| 353641 | Aug 6, 2024 | $1,406.60 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $561.60 |
| 2 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $845.00 |

Total quantities shipped: **8**

**Customer Note:** going with Order ID: 353611

| | |
|---|---|
| Subtotal: | $1,406.60 |
| Total: | $1,406.60 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001655

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 353954 | Aug 9, 2024 | **$4,667.48** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Breeze Prime 6000 Puffs 5pk - Lemon Cola | $62.50 | $0.00 | $125.00 |
| 16 | Cubano By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $72.00 |
| 16 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $72.00 |
| 2 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $845.00 |
| 10 | Black By OPMS - 5ct | $21.00 | $0.00 | $210.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 10 | JUUL Pods 8pk - Menthol 5% 4 Pods | $102.50 | $0.00 | $1,025.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $102.50 | $0.00 | $615.00 |
| 4 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $374.40 |
| 10 | Black By OPMS - 3ct | $13.00 | $0.00 | $130.00 |
| 10 | Gold By OPMS - 5ct | $21.00 | $0.00 | $210.00 |
| 4 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $229.08 |

Total quantities shipped: **92**

Subtotal: **$4,667.48**
Total: **$4,667.48**

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001656

# INVOICE



| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 354249 | Aug 14, 2024 | **$3,003.22** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Lucy Nicotine Pouches 5pk - Apple Ice 4mg | $17.80 | $0.00 | $53.40 |
| 3 | Lucy Nicotine Pouches 5pk - Apple Ice 8mg | $17.80 | $0.00 | $53.40 |
| 3 | Lucy Nicotine Pouches 5pk - Apple Ice 12mg | $17.80 | $0.00 | $53.40 |
| 3 | Lucy Nicotine Pouches 5pk - Mango 4mg | $17.80 | $0.00 | $53.40 |
| 3 | Lucy Nicotine Pouches 5pk - Mango 8mg | $17.80 | $0.00 | $53.40 |
| 3 | Lucy Nicotine Pouches 5pk - Mango 12mg | $17.80 | $0.00 | $53.40 |
| 3 | Lucy Nicotine Pouches 5pk - Mint 8mg | $17.80 | $0.00 | $53.40 |
| 3 | Lucy Nicotine Pouches 5pk - Mint 12mg | $17.80 | $0.00 | $53.40 |
| 3 | Lucy Nicotine Pouches 5pk - Wintergreen 4mg | $17.80 | $0.00 | $53.40 |
| 3 | Lucy Nicotine Pouches 5pk - Wintergreen 8mg | $17.80 | $0.00 | $53.40 |
| 3 | Lucy Nicotine Pouches 5pk - Wintergreen 12mg | $17.80 | $0.00 | $53.40 |
| 2 | Velo Nicotine Pouches 5pk - Black Cherry 4mg | $19.25 | $0.00 | $38.50 |
| 2 | Velo Nicotine Pouches 5pk - Black Cherry 7mg | $19.25 | $0.00 | $38.50 |
| 4 | Velo Nicotine Pouches 5pk - Citrus 4mg | $19.25 | $0.00 | $77.00 |
| 4 | Velo Nicotine Pouches 5pk - Citrus 7mg | $19.25 | $0.00 | $77.00 |
| 3 | Velo Nicotine Pouches 5pk - Dragon Fruit 4mg | $19.25 | $0.00 | $57.75 |
| 3 | Velo Nicotine Pouches 5pk - Dragon Fruit 7mg | $19.25 | $0.00 | $57.75 |
| 3 | Velo Nicotine Pouches 5pk - Peppermint 4mg | $19.25 | $0.00 | $57.75 |
| 4 | Velo Nicotine Pouches 5pk - Peppermint 7mg | $19.25 | $0.00 | $77.00 |
| 4 | Velo Nicotine Pouches 5pk - Spearmint 4mg | $19.25 | $0.00 | $77.00 |
| 4 | Velo Nicotine Pouches 5pk - Wintergreen 4mg | $19.25 | $0.00 | $77.00 |
| 4 | Velo Nicotine Pouches 5pk - Wintergreen 7mg | $19.25 | $0.00 | $77.00 |
| 4 | Tropical Mango By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $18.00 |
| 6 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $27.00 |
| 6 | Caliburn Pods & Coils By UWELL - Caliburn A2 - 1.2 Pods 4pk (Side Filling Pod) | $7.26 | $0.00 | $43.56 |
| 3 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $60.00 | $0.00 | $180.00 |
| 5 | Air Bar Nex 6500 Puffs - Miami Mint | $60.00 | $0.00 | $300.00 |
| 2 | Air Bar Nex 6500 Puffs - Peach Ice | $60.00 | $0.00 | $120.00 |
| 2 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $122.58 |
| 4 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $229.08 |
| 2 | Air Bar Mini 2000 Puffs - Watermelon Ice | $38.50 | $0.00 | $77.00 |
| 10 | White Vein Maeng Da By Remarkable Herbs - 8 oz | $12.08 | $0.00 | $120.80 |
| 5 | Red Vein Bali By Whole Herbs - Capsules - 250ct | $15.81 | $0.00 | $79.05 |
| 5 | Red Vein Maeng Da By Whole Herbs - Capsules - 500ct | $25.30 | $0.00 | $126.50 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |

Total quantities shipped: **144**

|  | |
|---|---|
| Subtotal: | $3,003.22 |
| Total: | $3,003.22 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001657

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 354460 | Aug 15, 2024 | **$3,064.65** |  PAID |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Green Vein Maeng Da By OPMS - 72g - 120 Capsules | $9.49 | $0.00 | $189.80 |
| 50 | Gold By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 2 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $845.00 |
| 4 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $240.00 |
| 2 | RAZ TN9000 5pk - Miami Mint | $38.75 | $0.00 | $77.50 |
| 5 | RAZ TN9000 5pk - Polar Ice | $38.75 | $0.00 | $193.75 |
| 3 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $116.25 |
| 15 | RAZ TN9000 5pk - Tobacco | $38.75 | $0.00 | $581.25 |
| 1 | RAZ TN9000 5pk - Georgia Peach | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $38.75 |
| 1 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $93.60 |

Total quantities shipped: **104**

|  |  |
|---|---|
| Subtotal: | $3,064.65 |
| Total: | $3,064.65 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001658

# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 355225 | Aug 22, 2024 | **$5,108.63** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 2 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $60.00 | $0.00 | $120.00 |
| 2 | Air Bar Nex 6500 Puffs - Pineapple Coconut | $60.00 | $0.00 | $120.00 |
| 2 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $845.00 |
| 1 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $38.75 |
| 15 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $859.05 |
| 2 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $122.58 |
| 2 | Air Bar Mini 2000 Puffs - Blue Razz | $38.50 | $0.00 | $77.00 |
| 1 | Air Bar Mini 2000 Puffs - Blueberry Watermelon | $38.50 | $0.00 | $38.50 |
| 1 | Air Bar Mini 2000 Puffs - Grape Ice | $38.50 | $0.00 | $38.50 |
| 1 | Air Bar Mini 2000 Puffs - Strawberry Ice | $38.50 | $0.00 | $38.50 |
| 2 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $120.00 |
| 48 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $276.00 |
| 48 | Tribeca By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $276.00 |
| 24 | Tribeca By Halo E-Liquid - 12mg - 60ml | $5.75 | $0.00 | $138.00 |
| 10 | Tribeca By Halo E-Liquid - 18mg - 60ml | $5.75 | $0.00 | $57.50 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 1 | Air Bar Nex 6500 Puffs - Love Story | $60.00 | $0.00 | $60.00 |
| 12 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |
| 12 | Menthol Ice By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $69.00 |
| 5 | MIT45 Kratom Liquid - MIT45 Super K Extra Strong 12ct (Purple) | $129.60 | $0.00 | $648.00 |
| 20 | Tribeca By Halo E-Liquid - Salt Nicotine 50mg - 30ml | $5.75 | $0.00 | $115.00 |
| 20 | Tribeca By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $115.00 |
| 3 | ZYN Nicotine Pouches 5pk - Cinnamon 3mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $19.25 | $0.00 | $57.75 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $19.25 | $0.00 | $57.75 |
| 3 | Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $13.50 |
| 3 | Iced Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $13.50 |
| 6 | Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $27.00 |

Total quantities shipped: **273**

| | |
|---|---|
| Subtotal: | $5,108.63 |
| Total: | $5,108.63 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001659

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 355270 | Aug 23, 2024 | $2,154.25 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 40 | Black By OPMS - 5ct | $21.00 | $0.00 | $840.00 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $19.25 | $0.00 | $57.75 |
| 2 | K Shot Kratom Extract - K Blast 12ct | $87.00 | $0.00 | $174.00 |
| 1 | Air Bar Diamond Box 20000 Puffs 10pk - Grape Freeze | $75.00 | $0.00 | $75.00 |
| 3 | EB Create BC5000 10pk - Blue Razz Ice | $57.50 | $0.00 | $172.50 |
| 2 | EB Create BC5000 10pk - Strawberry Ice | $57.50 | $0.00 | $115.00 |
| 3 | EB Create BC5000 10pk - Strawberry Kiwi | $57.50 | $0.00 | $172.50 |
| 5 | EB Create BC5000 10pk - Watermelon Ice | $57.50 | $0.00 | $287.50 |

Total quantities shipped: **79**

**Customer Note:** Please send with 355225.
Thank you

| | |
|---|---|
| Subtotal: | $2,154.25 |
| Total: | $2,154.25 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001660

# INVOICE





| Order # | Document Date | Total |
|---|---|---|
| 355472 | Aug 27, 2024 | **$3,011.77** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766 Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | CZAR CZ9000 5pk - Lemon Mint | $32.50 | $0.00 | $32.50 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $19.25 | $0.00 | $57.75 |
| 2 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $845.00 |
| 12 | Tribeca By Halo E-Liquid - 12mg - 60ml | $5.75 | $0.00 | $69.00 |
| 12 | Tribeca By Halo E-Liquid - 18mg - 60ml | $5.75 | $0.00 | $69.00 |
| 10 | Air Bar Nex 6500 Puffs - Clear | $60.00 | $0.00 | $600.00 |
| 2 | Air Bar Nex 6500 Puffs - Pineapple Coconut | $60.00 | $0.00 | $120.00 |
| 1 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $60.00 |
| 2 | Air Bar Nex 6500 Puffs - Miami Mint | $60.00 | $0.00 | $120.00 |
| 1 | Air Bar Nex 6500 Puffs - Strawberry Mango | $60.00 | $0.00 | $60.00 |
| 5 | Modus 7 Hydroxymitragynine - 6ct - 10mg | $8.75 | $0.00 | $43.75 |
| 5 | Pressd 7 Hydroxymitragynine - The Hulk Blend 3ct - 30mg | $13.50 | $0.00 | $67.50 |
| 5 | Tabz 7 Hydroxymitragynine - 3ct - 18mg | $10.00 | $0.00 | $50.00 |
| 4 | Iced Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $18.00 |
| 3 | Air Bar Mini 2000 Puffs - Blueberry Ice | $38.50 | $0.00 | $115.50 |
| 2 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $77.50 |
| 2 | RAZ TN9000 5pk - Georgia Peach | $38.75 | $0.00 | $77.50 |
| 2 | RAZ TN9000 5pk - Miami Mint | $38.75 | $0.00 | $77.50 |
| 1 | RAZ TN9000 5pk - Strawberry Shortcake | $38.75 | $0.00 | $38.75 |
| 10 | Dry Tobacco By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 3 | Air Bar Mini 2000 Puffs - Cool Mint | $38.50 | $0.00 | $115.50 |
| 1 | Air Bar Mini 2000 Puffs - Miami Mint | $38.50 | $0.00 | $38.50 |
| 1 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $57.27 |
| 1 | EB Create BC5000 10pk - Blue Razz Ice | $57.50 | $0.00 | $57.50 |
| 1 | RAZ TN9000 5pk - Polar Ice | $38.75 | $0.00 | $38.75 |

Total quantities shipped: **93**

**Subtotal:** $3,011.77
**Total:** $3,011.77

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001661

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 355684 | Aug 28, 2024 | **$3,243.75** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $2,112.50 |
| 30 | Gold By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 2 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $77.50 |
| 4 | RAZ TN9000 5pk - Miami Mint | $38.75 | $0.00 | $155.00 |
| 1 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $38.75 |
| 1 | Modus 7 Hydroxy Kratom Shots - 30mg - 12ct | $90.00 | $0.00 | $90.00 |

Total quantities shipped: **44**

|  |  |
|---|---|
| Subtotal: | $3,243.75 |
| Total: | $3,243.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001662

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 355992 | Sep 3, 2024 | **$4,907.22** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 8 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $748.80 |
| 3 | Green Vein Maeng Da By Remarkable Herbs - 8 oz | $12.08 | $0.00 | $36.24 |
| 2 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $77.50 |
| 1 | RAZ TN9000 5pk - Strawberry Shortcake | $38.75 | $0.00 | $38.75 |
| 5 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $193.75 |
| 4 | RAZ TN9000 5pk - Blueberry Watermelon | $38.75 | $0.00 | $155.00 |
| 4 | RAZ TN9000 5pk - Polar Ice | $38.75 | $0.00 | $155.00 |
| 10 | Blue Raspberry Lemonade By Salt Bae 30ml - 50mg | $4.50 | $0.00 | $45.00 |
| 2 | RAZ TN9000 5pk - Ruby (Cherry Strawberry Raspberry) | $38.75 | $0.00 | $77.50 |
| 2 | RAZ TN9000 5pk - Vicky (Pink Lemonade) | $38.75 | $0.00 | $77.50 |
| 2 | Air Bar AB7500 10pk - Strawberry Watermelon | $60.00 | $0.00 | $120.00 |
| 5 | Iced Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $22.50 |
| 5 | Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $22.50 |
| 8 | White Vein Maeng Da By Remarkable Herbs - 8 oz | $12.08 | $0.00 | $96.64 |
| 20 | Gold By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 3 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $1,267.50 |
| 2 | Air Bar AB5000 10pk - Strawberry Pina Colada | $55.00 | $0.00 | $110.00 |
| 2 | Air Bar AB5000 10pk - Cranberry Lemonade Ice | $55.00 | $0.00 | $110.00 |
| 4 | RAZ TN9000 5pk - Miami Mint | $38.75 | $0.00 | $155.00 |
| 24 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $138.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 2 | Air Bar Nex 6500 Puffs - Peach Ice | $60.00 | $0.00 | $120.00 |
| 4 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $240.00 |
| 1 | RAZ TN9000 5pk - Triple Berry Ice | $38.75 | $0.00 | $38.75 |
| 1 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $61.29 |

Total quantities shipped: **125**

| | |
|---|---|
| Subtotal: | $4,907.22 |
| Total: | $4,907.22 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001663



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 356087 | Sep 3, 2024 | **$807.38** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | RAZ TN9000 5pk - Ruby (Cherry Strawberry Raspberry) | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $38.75 |
| 4 | Menthol Ice By Halo E-Liquid - 0mg - 60ml | $5.75 | $0.00 | $23.00 |
| 4 | Tribeca By Halo E-Liquid - 0mg - 60ml | $5.75 | $0.00 | $23.00 |
| 4 | Menthol Ice By Halo E-Liquid - 18mg - 60ml | $5.75 | $0.00 | $23.00 |
| 8 | Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $36.00 |
| 6 | Tropical Mango By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $27.00 |
| 6 | Melon Mix By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $27.00 |
| 6 | Mango Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $27.00 |
| 1 | Novo 4 Kit By Smok - Black Armor | $16.26 | $0.00 | $16.26 |
| 1 | Novo 4 Kit By Smok - Black Carbon Fiber | $16.26 | $0.00 | $16.26 |
| 1 | Novo 4 Kit By Smok - Silver Carbon Fiber | $16.26 | $0.00 | $16.26 |
| 10 | Caliburn Pods & Coils By UWELL - Caliburn - 1.4 Pods 4pk | $7.26 | $0.00 | $72.60 |
| 1 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $422.50 |

Total quantities shipped: **54**

**Customer Note:** Please send with 355992.
Thank you

Subtotal: $807.38
Total: $807.38

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001664

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 356458 | Sep 9, 2024 | **$6,704.69** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $116.25 |
| 3 | RAZ TN9000 5pk - Cherry Lemon | $38.75 | $0.00 | $116.25 |
| 2 | RAZ TN9000 5pk - Georgia Peach | $38.75 | $0.00 | $77.50 |
| 2 | RAZ TN9000 5pk - Miami Mint | $38.75 | $0.00 | $77.50 |
| 4 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $155.00 |
| 4 | RAZ TN9000 5pk - Strawberry Shortcake | $38.75 | $0.00 | $155.00 |
| 20 | Pressd 7 Hydroxymitragynine - 7 Hydroxymitragynine 3ct - 18mg | $10.50 | $0.00 | $210.00 |
| 20 | Tabz 7 Hydroxymitragynine - 3ct - 18mg | $10.00 | $0.00 | $200.00 |
| 4 | MIT45 Kratom Liquid - MIT45 Super K Extra Strong 12ct (Purple) | $129.60 | $0.00 | $518.40 |
| 5 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $2,112.50 |
| 30 | Gold By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 40 | Gold By OPMS - 5ct | $21.00 | $0.00 | $840.00 |
| 2 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $760.00 |
| 10 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 15 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $67.50 |
| 1 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $60.00 | $0.00 | $60.00 |
| 3 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $180.00 |
| 2 | Air Bar Nex 6500 Puffs - Peach Ice | $60.00 | $0.00 | $120.00 |
| 1 | Air Bar Nex 6500 Puffs - Pineapple Mango | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar Nex 6500 Puffs - Triple Berry Ice | $60.00 | $0.00 | $60.00 |
| 1 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $61.29 |
| 10 | Black By OPMS - 3ct | $13.00 | $0.00 | $130.00 |
| 15 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $67.50 |
| 6 | Cubano By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $27.00 |
| 8 | Cubano By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $36.00 |
| 2 | Air Bar Diamond 10pk - Virginia Tobacco | $31.00 | $0.00 | $62.00 |

Total quantities shipped: **214**

| | |
|---|---|
| Subtotal: | $6,704.69 |
| Total: | $6,704.69 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001665

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 356893 | Sep 12, 2024 | **$13,657.30** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | EB Create BC5000 10pk - Clear | $57.50 | $0.00 | $172.50 |
| 1 | Air Bar Mini 2000 Puffs - Blue Razz | $38.50 | $0.00 | $38.50 |
| 1 | Air Bar Mini 2000 Puffs - Blueberry Ice | $38.50 | $0.00 | $38.50 |
| 3 | Air Bar Mini 2000 Puffs - Cool Mint | $38.50 | $0.00 | $115.50 |
| 3 | Air Bar Mini 2000 Puffs - Watermelon Ice | $38.50 | $0.00 | $115.50 |
| 2 | Modus 7 Hydroxy Kratom Shots - 30mg - 12ct | $90.00 | $0.00 | $180.00 |
| 1 | Geek Bar Pulse X 25000 Puffs 5pk - Blackberry Blueberry | $47.50 | $0.00 | $47.50 |
| 2 | Geek Bar Pulse X 25000 Puffs 5pk - Cool Mint | $47.50 | $0.00 | $95.00 |
| 1 | Geek Bar Pulse X 25000 Puffs 5pk - Strawberry Colada | $47.50 | $0.00 | $47.50 |
| 1 | Geek Bar Pulse X 25000 Puffs 5pk - Sour Apple Ice | $47.50 | $0.00 | $47.50 |
| 1 | Geek Bar Pulse X 25000 Puffs 5pk - Sour Straws | $47.50 | $0.00 | $47.50 |
| 1 | Geek Bar Pulse X 25000 Puffs 5pk - White Peach Raspberry | $47.50 | $0.00 | $47.50 |
| 96 | JUUL Pods 8pk - Menthol 5% 4 Pods | $102.50 | $0.00 | $9,840.00 |
| 1 | Air Bar AB5000 10pk - Cranberry Lemonade Ice | $55.00 | $0.00 | $55.00 |
| 48 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $276.00 |
| 8 | Air Bar Nex 6500 Puffs - Watermelon Ice | $60.00 | $0.00 | $480.00 |
| 3 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $180.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $102.50 | $0.00 | $615.00 |
| 3 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $102.50 | $0.00 | $307.50 |
| 30 | Gold By OPMS - 5ct | $21.00 | $0.00 | $630.00 |
| 3 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $280.80 |

Total quantities shipped: **218**

|  | |
|---|---|
| Subtotal: | $13,657.30 |
| Total: | $13,657.30 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001666

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | **PAID** |
| 357102 | Sep 14, 2024 | **$4,168.64** | |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Nex 6500 Puffs - Love Story | $60.00 | $0.00 | $120.00 |
| 3 | Air Bar Nex 6500 Puffs - Peach Ice | $60.00 | $0.00 | $180.00 |
| 2 | EB Create BC5000 10pk - Blue Razz Ice | $57.50 | $0.00 | $115.00 |
| 30 | Pressd 7 Hydroxymitragynine - 7 Hydroxymitragynine 3ct - 18mg | $10.50 | $0.00 | $315.00 |
| 20 | Pressd 7 Hydroxymitragynine - RED OH 3ct - 18mg | $12.50 | $0.00 | $250.00 |
| 20 | Pressd 7 Hydroxymitragynine - The Hulk Blend 3ct - 30mg | $13.00 | $0.00 | $260.00 |
| 30 | Tabz 7 Hydroxymitragynine - 3ct - 18mg | $10.00 | $0.00 | $300.00 |
| 20 | Black By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 2 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $845.00 |
| 50 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $20.25 | $0.00 | $60.75 |
| 6 | TFV12 Coils - V12 Prince - Q4 0.4 Coils 3pk | $4.75 | $0.00 | $28.50 |
| 24 | Tribeca By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $138.00 |
| 2 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $37.29 | $0.00 | $74.58 |
| 3 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $171.81 |

Total quantities shipped: **217**

| | |
|---|---|
| Subtotal: | $4,168.64 |
| Total: | $4,168.64 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001667

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 357893 | Sep 22, 2024 | **$6,276.75** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | RAZ TN9000 5pk - Blueberry Watermelon | $38.75 | $0.00 | $77.50 |
| 2 | RAZ TN9000 5pk - Grape Ice | $38.75 | $0.00 | $77.50 |
| 8 | RAZ TN9000 5pk - Polar Ice | $38.75 | $0.00 | $310.00 |
| 3 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $116.25 |
| 3 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $116.25 |
| 5 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $468.00 |
| 30 | Black By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 20 | Black By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 5 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $2,112.50 |
| 30 | Gold By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 10 | Gold By OPMS - 5ct | $21.00 | $0.00 | $210.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $380.00 |
| 1 | Air Bar Mini 2000 Puffs - Cool Mint | $38.50 | $0.00 | $38.50 |
| 3 | Air Bar Mini 2000 Puffs - Watermelon Ice | $38.50 | $0.00 | $115.50 |
| 1 | Air Bar Diamond 10pk - Love Story | $31.00 | $0.00 | $31.00 |
| 1 | Air Bar Diamond 10pk - Peach | $31.00 | $0.00 | $31.00 |
| 10 | Summer Strawberry By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Iced Purple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Iced Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 2 | EB Create BC5000 10pk - Blue Razz Ice | $57.50 | $0.00 | $115.00 |
| 3 | ZYN Nicotine Pouches 5pk - Cinnamon 3mg | $20.25 | $0.00 | $60.75 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $20.25 | $0.00 | $60.75 |
| 2 | Air Bar Mini 2000 Puffs - Lush Candy | $38.50 | $0.00 | $77.00 |
| 24 | Tribeca By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $138.00 |
| 1 | RAZ TN9000 5pk - Banana Coconut | $38.75 | $0.00 | $38.75 |
| 2 | RAZ TN9000 5pk - Cherry Lemon | $38.75 | $0.00 | $77.50 |
| 1 | RAZ TN9000 5pk - Night Crawler | $38.75 | $0.00 | $38.75 |
| 5 | RAZ TN9000 5pk - Miami Mint | $38.75 | $0.00 | $193.75 |
| 1 | EB Create BC5000 10pk - Miami Mint | $57.50 | $0.00 | $57.50 |

Total quantities shipped: **199**

|  | |
|---|---|
| Subtotal: | $6,276.75 |
| Total: | $6,276.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001668

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 358042 | Sep 24, 2024 | $3,048.57 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Novo Pods & Coils - Novo X - DC 0.8 MTL Clear Pods 3pk | $4.37 | $0.00 | $87.40 |
| 10 | LP Coils By Smok - LP1 - Meshed 0.8 5pk | $6.23 | $0.00 | $62.30 |
| 3 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $183.87 |
| 70 | Pressd 7 Hydroxymitragynine - 7 Hydroxymitragynine 3ct - 18mg | $10.50 | $0.00 | $735.00 |
| 50 | Pressd 7 Hydroxymitragynine - RED OH 3ct - 18mg | $12.50 | $0.00 | $625.00 |
| 50 | Pressd 7 Hydroxymitragynine - The Hulk Blend 3ct - 30mg | $13.00 | $0.00 | $650.00 |
| 5 | K Shot Kratom Extract - K Shot Black 12ct | $87.00 | $0.00 | $435.00 |
| 30 | Tabz 7 Hydroxymitragynine - 3ct - 18mg | $9.00 | $0.00 | $270.00 |

Total quantities shipped: **238**

|  |  |
|---|---|
| Subtotal: | $3,048.57 |
| Total: | $3,048.57 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001669

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 358228 | Sep 26, 2024 | $5,378.24 |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 12 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $687.24 |
| 12 | RAZ TN9000 5pk - Tobacco | $38.75 | $0.00 | $465.00 |
| 1 | RAZ TN9000 5pk - Triple Berry Ice | $38.75 | $0.00 | $38.75 |
| 15 | Air Bar Nex 6500 Puffs - Cool Mint | $60.00 | $0.00 | $900.00 |
| 10 | Pressd 7 Hydroxymitragynine - 7 Hydroxymitragynine 3ct - 18mg | $10.50 | $0.00 | $105.00 |
| 10 | Pressd 7 Hydroxymitragynine - RED OH 3ct - 18mg | $12.50 | $0.00 | $125.00 |
| 10 | Pressd 7 Hydroxymitragynine - The Hulk Blend 3ct - 30mg | $13.00 | $0.00 | $130.00 |
| 1 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $422.50 |
| 1 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $38.75 |
| 2 | RAZ TN9000 5pk - Strawberry Shortcake | $38.75 | $0.00 | $77.50 |
| 1 | Black By OPMS - 5ct | $21.00 | $0.00 | $21.00 |
| 40 | Gold By OPMS - 3ct | $13.00 | $0.00 | $520.00 |
| 3 | Gold By OPMS - Gold Shots 45ct | $380.00 | $0.00 | $1,140.00 |
| 12 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |
| 1 | Air Bar Mini 2000 Puffs - Blueberry Ice | $38.50 | $0.00 | $38.50 |
| 10 | Air Bar Nex 6500 Puffs - Clear | $60.00 | $0.00 | $600.00 |

Total quantities shipped: **141**

| | |
|---|---|
| Subtotal: | $5,378.24 |
| Total: | $5,378.24 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001670

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 358674 | Sep 30, 2024 | **$6,343.19** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Nex 6500 Puffs - Blueberry Raspberry Ice | $60.00 | $0.00 | $120.00 |
| 1 | Air Bar Diamond Box 20000 Puffs 10pk - Blue Razz Ice | $70.00 | $0.00 | $70.00 |
| 1 | Air Bar Diamond Box 20000 Puffs 10pk - Grape Freeze | $70.00 | $0.00 | $70.00 |
| 1 | Air Bar Diamond Box 20000 Puffs 10pk - Miami Mint | $70.00 | $0.00 | $70.00 |
| 1 | Air Bar Diamond Box 20000 Puffs 10pk - Peach Ice | $70.00 | $0.00 | $70.00 |
| 1 | Air Bar Diamond Box 20000 Puffs 10pk - Strawberry Ice | $70.00 | $0.00 | $70.00 |
| 2 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $120.00 |
| 1 | Air Bar Nex 6500 Puffs - Love Story | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar Nex 6500 Puffs - Pineapple Coconut | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar Mini 2000 Puffs - Black Ice | $38.50 | $0.00 | $38.50 |
| 1 | Air Bar Mini 2000 Puffs - Love Story | $38.50 | $0.00 | $38.50 |
| 1 | Air Bar Mini 2000 Puffs - Miami Mint | $38.50 | $0.00 | $38.50 |
| 2 | K Shot Kratom Extract - K Blast 12ct | $87.00 | $0.00 | $174.00 |
| 10 | Watermelon Berry By Cloud Nurdz - Salt Nicotine 25mg - 30ml (TFN) | $6.25 | $0.00 | $62.50 |
| 10 | Blue Raspberry Peach By Cloud Nurdz - 3mg - 100ml (TFN) | $6.75 | $0.00 | $67.50 |
| 4 | White Maeng Da By Earth Kratom - Capsules - 1500ct | $60.50 | $0.00 | $242.00 |
| 20 | White Vein Maeng Da By Remarkable Herbs - 3 oz | $4.60 | $0.00 | $92.00 |
| 20 | White Vein Maeng Da By Remarkable Herbs - 8 oz | $12.08 | $0.00 | $241.60 |
| 5 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 4pk | $95.68 | $0.00 | $478.40 |
| 100 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $450.00 |
| 50 | Cubano By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 50 | Iced Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 50 | Summer Strawberry By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $225.00 |
| 30 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $135.00 |
| 20 | Tabz 7 Hydroxymitragynine - 3ct - 18mg | $9.00 | $0.00 | $180.00 |
| 3 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $1,267.50 |
| 10 | Black By OPMS - 2ct | $9.00 | $0.00 | $90.00 |
| 10 | Black By OPMS - 3ct | $13.00 | $0.00 | $130.00 |
| 2 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $187.20 |
| 2 | MIT45 Kratom Liquid - MIT45 Super K Extra Strong 12ct (Purple) | $129.60 | $0.00 | $259.20 |
| 24 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $138.00 |
| 12 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |
| 12 | Tribeca By Halo E-Liquid - 0mg - 60ml | $5.75 | $0.00 | $69.00 |
| 30 | KAMA 7 Hydroxymitragynine - 4ct Tablets - 20mg | $7.75 | $0.00 | $232.50 |
| 1 | Lucy Nicotine Gum 10pk - Mango 4mg | $27.00 | $0.00 | $27.00 |
| 1 | Lucy Nicotine Gum 10pk - Mango 6mg | $27.00 | $0.00 | $27.00 |
| 3 | Lucy Nicotine Gum 10pk - Mint 2mg | $27.00 | $0.00 | $81.00 |
| 1 | Lucy Nicotine Gum 10pk - Mint 4mg | $27.00 | $0.00 | $27.00 |
| 2 | Lucy Nicotine Gum 10pk - Mint 6mg | $27.00 | $0.00 | $54.00 |
| 1 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $61.29 |

Total quantities shipped: **499**

| | |
|---|---|
| Subtotal: | $6,343.19 |
| Total: | $6,343.19 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

RZSMOKE00001671

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment,**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001672



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 359022 | Oct 4, 2024 | **$8,471.70** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | K Shot Kratom Extract - K Shot 12ct (Original Orange) | $84.00 | $0.00 | $168.00 |
| 5 | K Shot Kratom Extract - K Blast 12ct | $87.00 | $0.00 | $435.00 |
| 30 | Tabz 7 Hydroxymitragynine - 3ct - 18mg | $9.00 | $0.00 | $270.00 |
| 1 | RAZ TN9000 5pk - Day Crawler | $38.75 | $0.00 | $38.75 |
| 1 | Modus Gold Series Kratom Gummy Bites - Tangerine - 2ct x 50pk | $135.00 | $0.00 | $135.00 |
| 36 | Menthol Ice By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $207.00 |
| 5 | PROTON 18650 3018mAH 2pk By BlackCell | $10.35 | $0.00 | $51.75 |
| 50 | Pressd 7 Hydroxymitragynine - 7 Hydroxymitragynine 3ct - 18mg | $10.50 | $0.00 | $525.00 |
| 2 | RAZ TN9000 5pk - Cherry Lemon | $38.75 | $0.00 | $77.50 |
| 3 | RAZ TN9000 5pk - Polar Ice | $38.75 | $0.00 | $116.25 |
| 3 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $116.25 |
| 2 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $187.20 |
| 5 | MIT45 Kratom Liquid - MIT45 Super K Extra Strong 12ct (Purple) | $129.60 | $0.00 | $648.00 |
| 30 | Black By OPMS - 2ct | $9.00 | $0.00 | $270.00 |
| 2 | Air Bar AB5000 10pk - Cranberry Lemonade Ice | $50.00 | $0.00 | $100.00 |
| 1 | Air Bar Mini 2000 Puffs - Watermelon Candy | $38.50 | $0.00 | $38.50 |
| 40 | Black By OPMS - 3ct | $13.00 | $0.00 | $520.00 |
| 30 | Black By OPMS - 5ct | $21.00 | $0.00 | $630.00 |
| 5 | Cubano By VGOD - 3mg - 60ml | $4.50 | $0.00 | $22.50 |
| 3 | Rogue Nicotine Pouches 5pk - Spearmint 6mg | $20.25 | $0.00 | $60.75 |
| 3 | Rogue Nicotine Pouches 5pk - Wintergreen 6mg | $20.25 | $0.00 | $60.75 |
| 3 | Rogue Nicotine Pouches 5pk - Mango 6mg | $20.25 | $0.00 | $60.75 |
| 3 | Rogue Nicotine Pouches 5pk - Peppermint 6mg | $20.25 | $0.00 | $60.75 |
| 5 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $58.50 | $0.00 | $292.50 |
| 2 | K Shot Kratom Extract - K Shot Black 12ct | $87.00 | $0.00 | $174.00 |
| 5 | Iced Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $22.50 |
| 5 | Cubano By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $22.50 |
| 5 | Iced Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $22.50 |
| 5 | Summer Strawberry By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $22.50 |
| 6 | Air Bar Nex 6500 Puffs - Grape Ice | $60.00 | $0.00 | $360.00 |
| 3 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $1,267.50 |
| 48 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $276.00 |
| 50 | Iced Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 36 | Subzero By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $207.00 |
| 7 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $60.00 | $0.00 | $420.00 |
| 2 | Air Bar Nex 6500 Puffs - Clear | $60.00 | $0.00 | $120.00 |
| 1 | Air Bar Nex 6500 Puffs - Miami Mint | $60.00 | $0.00 | $60.00 |
| 3 | Air Bar Nex 6500 Puffs - Watermelon Ice | $60.00 | $0.00 | $180.00 |

Total quantities shipped: **448**

|  |  |
|---|---|
| Subtotal: | $8,471.70 |
| **Total:** | **$8,471.70** |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon

RZSMOKE00001673

as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001674

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 359161 | Oct 7, 2024 | $4,353.82 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Modus 7 Hydroxy Kratom Shots - 30mg - 12ct | $90.00 | $0.00 | $450.00 |
| 4 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $155.00 |
| 1 | RAZ TN9000 5pk - Blueberry Watermelon | $38.75 | $0.00 | $38.75 |
| 7 | RAZ TN9000 5pk - Clear | $38.75 | $0.00 | $271.25 |
| 2 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $37.29 | $0.00 | $74.58 |
| 1 | Air Bar Mini 2000 Puffs - Strawberry Watermelon | $38.50 | $0.00 | $38.50 |
| 50 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 1 | Gold By OPMS - Gold Shots 50ct | $422.50 | $0.00 | $422.50 |
| 2 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $60.00 | $0.00 | $120.00 |
| 3 | Air Bar Nex 6500 Puffs - Grape Ice | $60.00 | $0.00 | $180.00 |
| 2 | Air Bar Nex 6500 Puffs - Love Story | $60.00 | $0.00 | $120.00 |
| 1 | Air Bar Nex 6500 Puffs - Spearmint | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar Nex 6500 Puffs - Watermelon Ice | $60.00 | $0.00 | $60.00 |
| 1 | RAZ TN9000 5pk - Strawberry Shortcake | $38.75 | $0.00 | $38.75 |
| 5 | MIT45 Kratom Liquid - MIT45 GO Black 12ct | $49.20 | $0.00 | $246.00 |
| 20 | Gold By OPMS - 2ct | $9.00 | $0.00 | $180.00 |
| 20 | Gold By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 10 | Black By OPMS - 3ct | $13.00 | $0.00 | $130.00 |
| 10 | Black By OPMS - 5ct | $21.00 | $0.00 | $210.00 |
| 2 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $187.20 |
| 1 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $61.29 |

Total quantities shipped: **149**

| | |
|---|---|
| Subtotal: | $4,353.82 |
| Total: | $4,353.82 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001675



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 359239 | Oct 7, 2024 | **$1,783.98** |



**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Strawberry Kiwi By Juice Head - Salt Nicotine 25mg - 30ml | $5.75 | $0.00 | $17.25 |
| 3 | Blueberry Lemon By Juice Head - Salt Nicotine 25mg - 30ml | $5.75 | $0.00 | $17.25 |
| 4 | Watermelon Lime By Juice Head - Salt Nicotine 25mg - 30ml | $5.75 | $0.00 | $23.00 |
| 4 | Peach Pear By Juice Head - Salt Nicotine 25mg - 30ml | $5.75 | $0.00 | $23.00 |
| 4 | Raspberry Lemonade By Juice Head - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $23.00 |
| 4 | Orange Mango By Juice Head - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $23.00 |
| 4 | Mango Strawberry By Juice Head - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $23.00 |
| 4 | Pineapple Guava By Juice Head - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $23.00 |
| 8 | Blue Raspberry Peach By Cloud Nurdz - 3mg - 100ml (TFN) | $6.75 | $0.00 | $54.00 |
| 20 | Blue Raspberry Peach By Cloud Nurdz - Salt Nicotine 25mg - 30ml (TFN) | $6.25 | $0.00 | $125.00 |
| 3 | Grape By Reds Apple - Salt Nicotine 30mg - 30ml | $5.25 | $0.00 | $15.75 |
| 2 | Guava By Reds Apple - 6mg - 60ml | $0.99 | $0.00 | $1.98 |
| 1 | Guava By Reds Apple - Salt Nicotine 50mg - 30ml (TFN) | $0.99 | $0.00 | $0.99 |
| 10 | Killer Kustard By Vapetasia - Salt Nicotine 24mg - 30ml | $5.75 | $0.00 | $57.50 |
| 1 | Air Bar Mini 2000 Puffs - Miami Mint | $38.50 | $0.00 | $38.50 |
| 1 | Air Bar Mini 2000 Puffs - Grape Ice | $38.50 | $0.00 | $38.50 |
| 10 | Novo Pods & Coils - Novo X - DC 0.8 MTL Clear Pods 3pk | $4.37 | $0.00 | $43.70 |
| 20 | Novo Pods & Coils - Novo X - Meshed 0.8 Clear Pods 3pk | $4.71 | $0.00 | $94.20 |
| 5 | Subzero By Halo E-Liquid - Salt Nicotine 20mg - 30ml | $5.75 | $0.00 | $28.75 |
| 5 | Subzero By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $28.75 |
| 1 | Air Bar Diamond Box 20000 Puffs 10pk - Blue Razz Ice | $70.00 | $0.00 | $70.00 |
| 1 | Air Bar Diamond Box 20000 Puffs 10pk - Blueberry Watermelon | $70.00 | $0.00 | $70.00 |
| 1 | Air Bar Diamond Box 20000 Puffs 10pk - Grape Freeze | $70.00 | $0.00 | $70.00 |
| 1 | Air Bar Diamond Box 20000 Puffs 10pk - Miami Mint | $70.00 | $0.00 | $70.00 |
| 1 | Air Bar Diamond Box 20000 Puffs 10pk - Peach Ice | $70.00 | $0.00 | $70.00 |
| 1 | Air Bar Diamond Box 20000 Puffs 10pk - Strawberry Ice | $70.00 | $0.00 | $70.00 |
| 1 | Air Bar AB5000 10pk - Cranberry Lemonade Ice | $50.00 | $0.00 | $50.00 |
| 12 | Subzero By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |
| 12 | Subzero By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $69.00 |
| 36 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $207.00 |
| 2 | RAZ TN9000 5pk - Tiffany (Kiwi Watermelon) | $38.75 | $0.00 | $77.50 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 2.4% 4pk | $95.68 | $0.00 | $191.36 |

Total quantities shipped: **187**

**Customer Note:** going with Order ID: 359161

Subtotal: **$1,783.98**
Total: **$1,783.98**

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001676

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 359642 | Oct 10, 2024 | **$8,112.25** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $2,535.00 |
| 3 | Gold By OPMS - Gold Shots 50ct | $422.50 | $0.00 | $1,267.50 |
| 1 | RAZ TN9000 5pk - Banana Coconut | $38.75 | $0.00 | $38.75 |
| 20 | Blue Raspberry Peach By Cloud Nurdz - Salt Nicotine 25mg - 30ml (TFN) | $6.25 | $0.00 | $125.00 |
| 8 | Blue Raspberry Peach By Cloud Nurdz - 3mg - 100ml (TFN) | $6.75 | $0.00 | $54.00 |
| 4 | Apple Grape By Cloud Nurdz - Salt Nicotine 25mg - 30ml (TFN) | $6.25 | $0.00 | $25.00 |
| 30 | Gold By OPMS - 3ct | $13.00 | $0.00 | $390.00 |
| 50 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 2 | Air Bar Mini 2000 Puffs - Black Ice | $38.50 | $0.00 | $77.00 |
| 50 | Pressd 7 Hydroxymitragynine - 7 Hydroxymitragynine 3ct - 18mg | $10.50 | $0.00 | $525.00 |
| 25 | Pressd 7 Hydroxymitragynine - The Hulk Blend 3ct - 30mg | $13.00 | $0.00 | $325.00 |
| 50 | Black By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 50 | Black By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |

Total quantities shipped: **299**

| | |
|---|---|
| Subtotal: | $8,112.25 |
| Total: | $8,112.25 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001677



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 359703 | Oct 11, 2024 | **$3,078.50** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Modus 7 Hydroxymitragynine - 2ct - 10mg x 25 Pack Display Box | $100.00 | $0.00 | $100.00 |
| 20 | Menthol Ice By Halo E-Liquid - Salt Nicotine 50mg - 30ml | $5.75 | $0.00 | $115.00 |
| 10 | Modus 7 Hydroxy Kratom Shots - 30mg - 12ct | $90.00 | $0.00 | $900.00 |
| 100 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $450.00 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $225.00 |
| 10 | Iced Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 1 | Air Bar Mini 2000 Puffs - Love Story | $38.50 | $0.00 | $38.50 |
| 6 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $360.00 |
| 1 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $422.50 |
| 1 | Gold By OPMS - Gold Shots 50ct | $422.50 | $0.00 | $422.50 |

Total quantities shipped: **200**

Subtotal: $3,078.50
Total: $3,078.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001678

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 360397 | Oct 18, 2024 | $6,849.68 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | RAZ TN9000 5pk - Ruby (Cherry Strawberry Raspberry) | $38.75 | $0.00 | $38.75 |
| 15 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $859.05 |
| 50 | Black By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 2 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $77.50 |
| 3 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $1,267.50 |
| 25 | Pressd 7 Hydroxymitragynine - RED OH 3ct - 18mg | $12.50 | $0.00 | $312.50 |
| 25 | Pressd 7 Hydroxymitragynine - 7 Hydroxymitragynine 3ct - 18mg | $10.50 | $0.00 | $262.50 |
| 15 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $1,404.00 |
| 2 | Air Bar AB5000 10pk - Cranberry Lemonade Ice | $50.00 | $0.00 | $100.00 |
| 3 | ZYN Nicotine Pouches 5pk - Cinnamon 3mg | $20.25 | $0.00 | $60.75 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $20.25 | $0.00 | $60.75 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 1.8% 2pk | $58.50 | $0.00 | $58.50 |
| 1 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $60.00 | $0.00 | $60.00 |
| 1 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $60.00 |
| 1 | EB Create BC5000 10pk - Strawberry Kiwi | $57.50 | $0.00 | $57.50 |
| 50 | Tabz 7 Hydroxymitragynine - 3ct - 18mg | $9.00 | $0.00 | $450.00 |
| 52 | White Vein Maeng Da By Remarkable Herbs - 8 oz | $12.08 | $0.00 | $628.16 |
| 2 | White Vein Maeng Da By Remarkable Herbs - 20 oz | $23.00 | $0.00 | $46.00 |
| 2 | Green Vein Maeng Da By Remarkable Herbs - 20 oz | $23.00 | $0.00 | $46.00 |
| 2 | Green Vein Malaysian By Remarkable Herbs - 8 oz | $13.23 | $0.00 | $26.46 |
| 2 | Green Vein Malaysian By Remarkable Herbs - 20 oz | $25.88 | $0.00 | $51.76 |
| 3 | ZYN Nicotine Pouches 5pk - Cinnamon 6mg | $20.25 | $0.00 | $60.75 |
| 3 | ZYN Nicotine Pouches 5pk - Coffee 6mg | $20.25 | $0.00 | $60.75 |
| 3 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $20.25 | $0.00 | $60.75 |
| 3 | ZYN Nicotine Pouches 5pk - Menthol 6mg | $20.25 | $0.00 | $60.75 |
| 3 | ZYN Nicotine Pouches 5pk - Smooth 6mg | $20.25 | $0.00 | $60.75 |
| 3 | ZYN Nicotine Pouches 5pk - Spearmint 6mg | $20.25 | $0.00 | $60.75 |
| 25 | Pressd 7 Hydroxymitragynine - The Hulk Blend 3ct - 30mg | $13.00 | $0.00 | $325.00 |

Total quantities shipped: **301**

| | |
|---|---|
| Subtotal: | $7,267.18 |
| Credit Discount: | -$417.5 |
| Total: | $6,849.68 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001679

# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 360584 | Oct 22, 2024 | $4,289.81 |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | Lucy Nicotine Pouches 5pk - Mango 4mg | $17.80 | $0.00 | $71.20 |
| 4 | Lucy Nicotine Pouches 5pk - Mango 8mg | $17.80 | $0.00 | $71.20 |
| 4 | Lucy Nicotine Pouches 5pk - Mint 4mg | $17.80 | $0.00 | $71.20 |
| 4 | Lucy Nicotine Pouches 5pk - Mint 8mg | $17.80 | $0.00 | $71.20 |
| 4 | Lucy Nicotine Pouches 5pk - Wintergreen 4mg | $17.80 | $0.00 | $71.20 |
| 4 | Lucy Nicotine Breakers 5pk - Apple Cider 8mg | $17.80 | $0.00 | $71.20 |
| 4 | Lucy Nicotine Breakers 5pk - Berry Citrus 8mg | $17.80 | $0.00 | $71.20 |
| 4 | Lucy Nicotine Breakers 5pk - Mango 4mg | $17.80 | $0.00 | $71.20 |
| 4 | Lucy Nicotine Breakers 5pk - Mango 8mg | $17.80 | $0.00 | $71.20 |
| 4 | Lucy Nicotine Breakers 5pk - Mint 4mg | $17.80 | $0.00 | $71.20 |
| 3 | Lucy Nicotine Breakers 5pk - Mint 8mg | $17.80 | $0.00 | $53.40 |
| 3 | Velo Nicotine Pouches 5pk - Black Cherry 4mg | $19.25 | $0.00 | $57.75 |
| 3 | Velo Nicotine Pouches 5pk - Black Cherry 7mg | $19.25 | $0.00 | $57.75 |
| 2 | Velo Nicotine Pouches 5pk - Dragon Fruit 4mg | $19.25 | $0.00 | $38.50 |
| 2 | Velo Nicotine Pouches 5pk - Dragon Fruit 7mg | $19.25 | $0.00 | $38.50 |
| 3 | Velo Nicotine Pouches 5pk - Peppermint 4mg | $19.25 | $0.00 | $57.75 |
| 3 | Velo Nicotine Pouches 5pk - Peppermint 7mg | $19.25 | $0.00 | $57.75 |
| 12 | Subzero By Halo E-Liquid - 0mg - 60ml | $5.75 | $0.00 | $69.00 |
| 10 | Grape By Reds Apple - 3mg - 100ml | $6.25 | $0.00 | $62.50 |
| 8 | Watermelon Iced By Reds Apple - Salt Nicotine 30mg - 30ml | $5.25 | $0.00 | $42.00 |
| 5 | Mango Iced By Reds Apple - Salt Nicotine 30mg - 30ml | $5.25 | $0.00 | $26.25 |
| 5 | Mango By Reds Apple - Salt Nicotine 30mg - 30ml | $5.25 | $0.00 | $26.25 |
| 20 | Watermelon Berry By Cloud Nurdz - 3mg - 100ml (TFN) | $6.75 | $0.00 | $135.00 |
| 5 | Apple Grape By Cloud Nurdz - 3mg - 100ml (TFN) | $6.75 | $0.00 | $33.75 |
| 10 | Watermelon Iced By Reds Apple - 3mg - 100ml | $6.25 | $0.00 | $62.50 |
| 20 | Strawberry Cereal Milk By The One - 3mg - 100ml | $6.75 | $0.00 | $135.00 |
| 30 | Novo Pods & Coils - Novo X - DC 0.8 MTL Clear Pods 3pk | $4.37 | $0.00 | $131.10 |
| 30 | Novo Pods & Coils - Novo X - Meshed 0.8 Clear Pods 3pk | $4.71 | $0.00 | $141.30 |
| 20 | Tribeca By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $115.00 |
| 2 | Air Bar Mini 2000 Puffs - Miami Mint | $38.50 | $0.00 | $77.00 |
| 1 | Air Bar Nex 6500 Puffs - Love Story | $60.00 | $0.00 | $60.00 |
| 10 | Green Vein Maeng Da By OPMS - 72g - 120 Capsules | $9.49 | $0.00 | $94.90 |
| 5 | Black By OPMS - 3ct | $13.00 | $0.00 | $65.00 |
| 3 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $1,267.50 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 2.4% 4pk | $95.68 | $0.00 | $191.36 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 2pk | $58.50 | $0.00 | $58.50 |
| 1 | Gold By OPMS - Gold Shots 50ct | $422.50 | $0.00 | $422.50 |

Total quantities shipped: **259**

|  | |
|---|---|
| Subtotal: | $4,289.81 |
| Total: | $4,289.81 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon

RZSMOKE00001680

as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001681

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 360640 | Oct 22, 2024 | **$3,173.35** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 180 | 7-Ohmz 7 Hydroxymitragynine - 3ct - 14mg | $12.00 | $0.00 | $2,160.00 |
| 3 | White Maeng Da By Earth Kratom - Capsules - 1000ct | $40.70 | $0.00 | $122.10 |
| 1 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $38.75 |
| 15 | RAZ TN9000 5pk - Clear | $38.75 | $0.00 | $581.25 |
| 3 | RAZ TN9000 5pk - Grape Ice | $38.75 | $0.00 | $116.25 |
| 2 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $77.50 |
| 2 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $77.50 |

Total quantities shipped: **206**

|  | |
|---|---|
| Subtotal: | $3,173.35 |
| Total: | $3,173.35 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001682

# INVOICE




| Order # | Date | Total | |
|---|---|---|---|
| 360811 | Oct 24, 2024 | **$5,221.80** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 50 | Black By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 20 | Black By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 20 | Gold By OPMS - 5ct | $21.00 | $0.00 | $420.00 |
| 10 | Blueberry Granola By Yogi E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $57.50 |
| 5 | Green Vein Maeng Da By OPMS - 288g - 480 Capsules | $27.31 | $0.00 | $136.55 |
| 2 | Modus 7 Hydroxymitragynine Gummies - 5ct - 10mg x 5pk | $45.00 | $0.00 | $90.00 |
| 6 | Straight Heat 7 Hydroxymitragynine Kratom Extract Sippin Syrup - Cherry - 4oz | $12.50 | $0.00 | $75.00 |
| 5 | Melon Mix By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $22.50 |
| 5 | Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $22.50 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 10 | RAZ TN9000 5pk - Clear | $38.75 | $0.00 | $387.50 |
| 1 | RAZ TN9000 5pk - Georgia Peach | $38.75 | $0.00 | $38.75 |
| 3 | RAZ TN9000 5pk - Miami Mint | $38.75 | $0.00 | $116.25 |
| 2 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $77.50 |
| 12 | Subzero By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |
| 3 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $1,267.50 |
| 2 | Gold By OPMS - Gold Shots 50ct | $422.50 | $0.00 | $845.00 |
| 1 | RAZ TN9000 5pk - Cherry Lemon | $38.75 | $0.00 | $38.75 |
| 3 | EB Create BC5000 10pk - Strawberry Ice | $57.50 | $0.00 | $172.50 |
| 10 | Tabz 7 Hydroxymitragynine - 3ct - 18mg | $9.00 | $0.00 | $90.00 |

Total quantities shipped: **220**

| | |
|---|---|
| Subtotal: | $5,221.80 |
| Total: | $5,221.80 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001683

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 360846 | Oct 24, 2024 | $550.50 |



**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | ZYN Nicotine Pouches 5pk - Chill 6mg | $20.25 | $0.00 | $60.75 |
| 3 | ZYN Nicotine Pouches 5pk - Cinnamon 3mg | $20.25 | $0.00 | $60.75 |
| 3 | ZYN Nicotine Pouches 5pk - Cinnamon 6mg | $20.25 | $0.00 | $60.75 |
| 3 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $20.25 | $0.00 | $60.75 |
| 3 | JUUL Pods 8pk - Menthol 3% 4 Pods | $102.50 | $0.00 | $307.50 |

Total quantities shipped: **15**

| | |
|---|---|
| Subtotal: | $550.50 |
| Total: | $550.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001684

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 361311 | Oct 29, 2024 | $6,295.89 | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | BU2 USB Charger By BlackCell | $5.18 | $0.00 | $15.54 |
| 5 | Apple Watermelon By Cloud Nurdz - Salt Nicotine 25mg - 30ml (TFN) | $6.25 | $0.00 | $31.25 |
| 4 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $60.00 | $0.00 | $240.00 |
| 4 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $240.00 |
| 2 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $845.00 |
| 2 | Gold By OPMS - Gold Shots 50ct | $422.50 | $0.00 | $845.00 |
| 2 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $122.58 |
| 6 | Menthol Ice By Halo E-Liquid - 0mg - 60ml | $5.75 | $0.00 | $34.50 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 2.4% 4pk | $95.68 | $0.00 | $191.36 |
| 2 | EB Create BC5000 10pk - Strawberry Ice | $57.50 | $0.00 | $115.00 |
| 1 | Air Bar Mini 2000 Puffs - Love Story | $38.50 | $0.00 | $38.50 |
| 12 | Tribeca By Halo E-Liquid - 12mg - 60ml | $5.75 | $0.00 | $69.00 |
| 1 | Air Bar Mini 2000 Puffs - Peach Mango Pineapple | $38.50 | $0.00 | $38.50 |
| 1 | RAZ TN9000 5pk - Blue Raz Cotton Clouds | $38.75 | $0.00 | $38.75 |
| 3 | RAZ TN9000 5pk - Watermelon Ice | $38.75 | $0.00 | $116.25 |
| 1 | Breeze Prime 6000 Puffs 5pk - Lemon Cola | $62.50 | $0.00 | $62.50 |
| 1 | RAZ TN9000 5pk - Vicky (Pink Lemonade) | $38.75 | $0.00 | $38.75 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 1.8% 2pk | $58.50 | $0.00 | $117.00 |
| 20 | Watermelon Berry By Cloud Nurdz - Salt Nicotine 25mg - 30ml (TFN) | $6.25 | $0.00 | $125.00 |
| 5 | Mango By Reds Apple - Salt Nicotine 30mg - 30ml | $5.25 | $0.00 | $26.25 |
| 5 | Mango Iced By Reds Apple - Salt Nicotine 30mg - 30ml | $5.25 | $0.00 | $26.25 |
| 5 | Original By Reds Apple - Salt Nicotine 30mg - 30ml | $5.25 | $0.00 | $26.25 |
| 50 | Iced Dry Tobacco By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $225.00 |
| 50 | Cubano By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 2 | Red Vein Maeng Da By OPMS - 36g - 60 Capsules | $4.89 | $0.00 | $9.78 |
| 2 | Red Vein Maeng Da By OPMS - 1oz - Powder | $2.13 | $0.00 | $4.26 |
| 2 | Red Vein Maeng Da By OPMS - 4oz - Powder | $5.46 | $0.00 | $10.92 |
| 1 | Air Bar AB5000 10pk - Cranberry Lemonade Ice | $50.00 | $0.00 | $50.00 |
| 100 | KAMA 7 Hydroxymitragynine - 4ct Tablets - 20mg | $7.75 | $0.00 | $775.00 |
| 3 | KAMA Liquid Extract Shots - Gold Shot 150mg MIT 12ct | $75.00 | $0.00 | $225.00 |
| 3 | KAMA Liquid Extract Shots - Black Shot 230mg MIT 12ct | $75.00 | $0.00 | $225.00 |
| 3 | KAMA Liquid Extract Shots - Platinum Shot 150mg MIT + 7 Hydroxymitragynine 45mg 12ct | $87.00 | $0.00 | $261.00 |
| 3 | KAMA Liquid Extract Shots - 7 Hydroxymitragynine 45mg 12ct | $75.00 | $0.00 | $225.00 |
| 2 | Modus 7 Hydroxymitragynine Gummies - 5ct - 10mg x 5pk | $45.00 | $0.00 | $90.00 |
| 2 | MIT45 Kratom Liquid - MIT45 Super K Extra Strong 12ct (Purple) | $129.60 | $0.00 | $259.20 |
| 3 | JUUL Pods 8pk - Menthol 3% 4 Pods | $102.50 | $0.00 | $307.50 |

Total quantities shipped: **315**

| | |
|---|---|
| Subtotal: | $6,295.89 |
| Total: | $6,295.89 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001685

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 361907 | Nov 5, 2024 | **$7,529.43** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Watermelon Berry By Cloud Nurdz - Salt Nicotine 25mg - 30ml (TFN) | $6.25 | $0.00 | $125.00 |
| 1 | K Shot Kratom Extract - K Shot 12ct (Original Orange) | $84.00 | $0.00 | $84.00 |
| 1 | Air Bar Mini 2000 Puffs - Creamy Coffee | $38.50 | $0.00 | $38.50 |
| 1 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $60.00 | $0.00 | $60.00 |
| 2 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $120.00 |
| 30 | Lucky 7 - 7 Hydroxymitragynine - Natural 3ct - 18mg | $6.00 | $0.00 | $180.00 |
| 30 | Lucky 7 - 7 Hydroxymitragynine - Mint 3ct - 18mg | $6.00 | $0.00 | $180.00 |
| 30 | Lucky 7 - 7 Hydroxymitragynine - Mixed Berries 3ct - 18mg | $6.00 | $0.00 | $180.00 |
| 20 | Subzero By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $115.00 |
| 50 | Pressd 7 Hydroxymitragynine - 7 Hydroxymitragynine 3ct - 18mg | $10.50 | $0.00 | $525.00 |
| 25 | Pressd 7 Hydroxymitragynine - RED OH 3ct - 18mg | $12.50 | $0.00 | $312.50 |
| 10 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $4,225.00 |
| 3 | Gold By OPMS - 5ct | $21.00 | $0.00 | $63.00 |
| 10 | Tabz 7 Hydroxymitragynine - 3ct - 18mg | $9.00 | $0.00 | $90.00 |
| 50 | Dry Tobacco By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 1 | EB Create BC5000 10pk - Peach Ice | $57.50 | $0.00 | $57.50 |
| 1 | EB Create BC5000 10pk - Watermelon Ice | $57.50 | $0.00 | $57.50 |
| 2 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $122.58 |
| 5 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $286.35 |
| 1 | Gold By OPMS - Gold Shots 50ct | $422.50 | $0.00 | $422.50 |
| 1 | Air Bar Nex 6500 Puffs - Sour Apple Ice | $60.00 | $0.00 | $60.00 |

Total quantities shipped: **294**

|  |  |
|---|---|
| Subtotal: | $7,529.43 |
| Total: | $7,529.43 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001686

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 362094 | Nov 7, 2024 | $3,670.19 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 100 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $450.00 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $225.00 |
| 3 | Air Bar AB5000 10pk - Cranberry Lemonade Ice | $50.00 | $0.00 | $150.00 |
| 2 | EB Create BC5000 10pk - Clear | $57.50 | $0.00 | $115.00 |
| 2 | EB Create BC5000 10pk - Miami Mint | $57.50 | $0.00 | $115.00 |
| 15 | Lush Ice By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $67.50 |
| 10 | Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 20 | Iced Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $90.00 |
| 100 | Pressd 7 Hydroxymitragynine - 7 Hydroxymitragynine 3ct - 18mg | $10.50 | $0.00 | $1,050.00 |
| 30 | Tabz 7 Hydroxymitragynine - 3ct - 18mg | $9.00 | $0.00 | $270.00 |
| 3 | Red Vein Maeng Da By OPMS - 288g - 480 Capsules | $27.31 | $0.00 | $81.93 |
| 7 | Green Vein Maeng Da By OPMS - 18g - 30 Capsules | $3.68 | $0.00 | $25.76 |
| 20 | KAMA 7 Hydroxymitragynine - 4ct Tablets - 20mg | $7.75 | $0.00 | $155.00 |
| 3 | VIHO Turbo 10000 Puff 5pk - Banana Icy | $36.25 | $0.00 | $108.75 |
| 30 | Mood+ 7 Hydroxymitragynine - 3ct - 18mg | $9.50 | $0.00 | $285.00 |
| 15 | Original By Reds Apple - Salt Nicotine 30mg - 30ml | $5.25 | $0.00 | $78.75 |
| 25 | Pressd 7 Hydroxymitragynine - RED OH 3ct - 18mg | $12.50 | $0.00 | $312.50 |

Total quantities shipped: **445**

| | |
|---|---|
| Subtotal: | $3,670.19 |
| Total: | $3,670.19 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001687

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 362226 | Nov 7, 2024 | **$747.50** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 50 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 10 | Iced Berry Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Iced Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 5 | Dry Tobacco By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $22.50 |
| 4 | JUUL Pods 8pk - Menthol 3% 4 Pods | $102.50 | $0.00 | $410.00 |

Total quantities shipped: **79**

**Customer Note:** going with Order ID: 362094

| | |
|---|---|
| Subtotal: | $747.50 |
| Total: | $747.50 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001688

# INVOICE

| | Order # | Date | Total |
|---|---|---|---|
| | 362566 | Nov 12, 2024 | $4,387.29 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | PROTON 18650 3018mAH 2pk By BlackCell | $10.35 | $0.00 | $207.00 |
| 30 | Modus Pseudoindoxyl Kratom - Natural 4ct - 20mg | $13.00 | $0.00 | $390.00 |
| 2 | ZYN Nicotine Pouches 5pk - Cinnamon 3mg | $20.25 | $0.00 | $40.50 |
| 2 | ZYN Nicotine Pouches 5pk - Menthol 3mg | $20.25 | $0.00 | $40.50 |
| 2 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $20.25 | $0.00 | $40.50 |
| 17 | Novo Pods & Coils - Novo 2X - Meshed 0.8 MTL Pods 3pk | $4.67 | $0.00 | $79.39 |
| 10 | TFV12 Coils - V12 Prince - Dual Mesh 0.2 Coils 3pk | $5.89 | $0.00 | $58.90 |
| 100 | Caliburn Pods & Coils By UWELL - Caliburn A2 - 1.2 Pods 4pk (Side Filling Pod) | $7.26 | $0.00 | $726.00 |
| 5 | Apple Watermelon By Cloud Nurdz - Salt Nicotine 25mg - 30ml (TFN) | $6.25 | $0.00 | $31.25 |
| 20 | Watermelon Berry By Cloud Nurdz - Salt Nicotine 25mg - 30ml (TFN) | $6.25 | $0.00 | $125.00 |
| 2 | Mango By Reds Apple - 3mg - 100ml | $6.25 | $0.00 | $12.50 |
| 2 | Watermelon By Reds Apple - 3mg - 100ml | $6.25 | $0.00 | $12.50 |
| 3 | EB Create BC5000 10pk - Miami Mint | $57.50 | $0.00 | $172.50 |
| 3 | VIHO Supercharge 20,000 Puffs 5pk - Clear (Green Box) | $36.25 | $0.00 | $108.75 |
| 3 | VIHO Supercharge 20,000 Puffs 5pk - Virginia Tobacco | $36.25 | $0.00 | $108.75 |
| 2 | EB Create BC5000 10pk - Strawberry Banana | $57.50 | $0.00 | $115.00 |
| 1 | EB Create BC5000 10pk - Strawberry Ice | $57.50 | $0.00 | $57.50 |
| 10 | Berries By Reds Apple - 3mg - 100ml | $6.25 | $0.00 | $62.50 |
| 10 | Iced Apple Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $45.00 |
| 10 | Iced Apple Bomb By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $45.00 |
| 6 | Air Bar Nex 6500 Puffs - Blue Razz Ice | $60.00 | $0.00 | $360.00 |
| 3 | Air Bar Nex 6500 Puffs - Blueberry Ice | $60.00 | $0.00 | $180.00 |
| 2 | Modus 7 Hydroxymitragynine Gummies - 5ct - 10mg x 5pk | $45.00 | $0.00 | $90.00 |
| 2 | MIT45 Kratom Liquid - MIT45 Super K Extra Strong 12ct (Purple) | $129.60 | $0.00 | $259.20 |
| 3 | Grape By Reds Apple - 3mg - 100ml | $6.25 | $0.00 | $18.75 |
| 5 | Watermelon Berry By Cloud Nurdz - 3mg - 100ml (TFN) | $6.75 | $0.00 | $33.75 |
| 5 | KAMA Liquid Extract Shots - Platinum Shot 150mg MIT + 7 Hydroxymitragynine 45mg 12ct | $87.00 | $0.00 | $435.00 |
| 10 | Novo Pods & Coils - Novo 2 - DC 1.4 MTL Pods 3pk | $3.82 | $0.00 | $38.20 |
| 10 | Novo Pods & Coils - Novo X - DC 0.8 MTL Clear Pods 3pk | $4.37 | $0.00 | $43.70 |
| 10 | Novo Pods & Coils - Novo 5 - Meshed 0.7 MTL Pods 3pk | $4.67 | $0.00 | $46.70 |
| 10 | Novo Pods & Coils - Novo - M Meshed 0.8 Pods 3pk | $4.77 | $0.00 | $47.70 |
| 1 | RAZ TN9000 5pk - Blueberry Watermelon | $38.75 | $0.00 | $38.75 |
| 2 | K Shot Kratom Extract - K Shot 12ct (Original Orange) | $84.00 | $0.00 | $168.00 |
| 2 | EB Create BC5000 10pk - Watermelon Ice | $57.50 | $0.00 | $115.00 |
| 1 | EB Create BC5000 10pk - Peach Berry | $57.50 | $0.00 | $57.50 |
| 1 | EB Create BC5000 10pk - Strawberry Watermelon | $57.50 | $0.00 | $57.50 |
| 2 | White Maeng Da By Earth Kratom - Capsules - 1500ct | $60.50 | $0.00 | $121.00 |

Total quantities shipped: **329**

| | |
|---|---|
| Subtotal: | $4,589.79 |
| Credit Discount: | -$202.5 |
| Total: | $4,387.29 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon

RZSMOKE00001689

as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001690

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 363001 | Nov 15, 2024 | $3,465.20 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | RAZ TN9000 5pk - Grape Ice | $38.75 | $0.00 | $77.50 |
| 6 | RAZ TN9000 5pk - Polar Ice | $38.75 | $0.00 | $232.50 |
| 1 | RAZ TN9000 5pk - Triple Berry Ice | $38.75 | $0.00 | $38.75 |
| 10 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $572.70 |
| 30 | Modus 7 Hydroxymitragynine Tabs - Blue Razz 4ct - 20mg | $12.00 | $0.00 | $360.00 |
| 30 | Modus 7 Hydroxymitragynine Tabs - Mint 4ct - 20mg | $12.00 | $0.00 | $360.00 |
| 30 | Modus 7 Hydroxymitragynine Tabs - Mixed Berry 4ct - 20mg | $12.00 | $0.00 | $360.00 |
| 30 | Modus 7 Hydroxymitragynine Tabs - Natural 4ct - 20mg | $12.00 | $0.00 | $360.00 |
| 2 | K Shot Kratom Extract - K Shot 12ct (Original Orange) | $84.00 | $0.00 | $168.00 |
| 2 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $20.25 | $0.00 | $40.50 |
| 10 | Grape By Reds Apple - 3mg - 100ml | $6.25 | $0.00 | $62.50 |
| 5 | Berry Crunch By The Milk - 3mg - 100ml (TFN) | $6.75 | $0.00 | $33.75 |
| 2 | PB & Jam Monster Grape By Jam Monster - Salt Nicotine 24mg - 30ml (TFN) | $5.75 | $0.00 | $11.50 |
| 75 | Pressd 7 Hydroxymitragynine - 7 Hydroxymitragynine 3ct - 18mg | $10.50 | $0.00 | $787.50 |

Total quantities shipped: **235**

| | |
|---|---|
| Subtotal: | $3,465.20 |
| Total: | $3,465.20 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001691

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 363002 | Nov 15, 2024 | **$1,230.00** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $102.50 | $0.00 | $615.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $102.50 | $0.00 | $615.00 |

Total quantities shipped: **12**

**Customer Note:** giong with Order ID: 363001

| | |
|---|---|
| Subtotal: | $1,230.00 |
| Total: | $1,230.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001692

# INVOICE




| Order # | Date | Total |
|---|---|---|
| 363272 | Nov 19, 2024 | **$8,213.50** |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Blueberry Granola By Yogi E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $57.50 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 30 | PMP 7 Hydroxymitragynine - 4ct Tablets - 20mg | $8.50 | $0.00 | $255.00 |
| 1 | Air Bar AB5000 10pk - Cranberry Lemonade Ice | $50.00 | $0.00 | $50.00 |
| 2 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $20.25 | $0.00 | $40.50 |
| 2 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $20.25 | $0.00 | $40.50 |
| 2 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $20.25 | $0.00 | $40.50 |
| 5 | MIT45 Kratom Liquid - MIT45 Super K Extra Strong 12ct (Purple) | $129.60 | $0.00 | $648.00 |
| 3 | Gold By OPMS - Gold Shots 50ct | $422.50 | $0.00 | $1,267.50 |
| 2 | K Shot Kratom Extract - K Shot 12ct (Original Orange) | $84.00 | $0.00 | $168.00 |
| 36 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $207.00 |
| 25 | Pressd 7 Hydroxymitragynine - The Hulk Blend 3ct - 30mg | $13.50 | $0.00 | $337.50 |
| 10 | Lucky 7 - 7 Hydroxymitragynine - Mixed Berries 3ct - 18mg | $6.00 | $0.00 | $60.00 |
| 1 | Air Bar Nex 6500 Puffs - Spearmint | $60.00 | $0.00 | $60.00 |
| 12 | Tribeca By Halo E-Liquid - 12mg - 60ml | $5.75 | $0.00 | $69.00 |
| 20 | Tribeca By Halo E-Liquid - Salt Nicotine 35mg - 30ml | $5.75 | $0.00 | $115.00 |
| 4 | Iced Watermelon Berry By Cloud Nurdz - 3mg - 100ml (TFN) | $6.75 | $0.00 | $27.00 |
| 4 | Iced Strawberry Grape By Cloud Nurdz - 3mg - 100ml (TFN) | $6.75 | $0.00 | $27.00 |
| 10 | Berries By Reds Apple - 3mg - 100ml | $6.25 | $0.00 | $62.50 |
| 4 | Berries Iced By Reds Apple - 3mg - 100ml | $6.25 | $0.00 | $25.00 |
| 8 | Killer Kustard By Vapetasia - 3mg - 100ml | $6.75 | $0.00 | $54.00 |
| 12 | Tribeca By Halo E-Liquid - 18mg - 60ml | $5.75 | $0.00 | $69.00 |
| 24 | Mood+ 7 Hydroxymitragynine - 3ct - 18mg | $9.50 | $0.00 | $228.00 |
| 30 | KAMA 7 Hydroxy + Pseudoindoxyl - Natural - 4ct Tablets 25mg | $9.25 | $0.00 | $277.50 |
| 1 | KAMA Liquid Extract Shots - Black Shot 230mg MIT 12ct | $75.00 | $0.00 | $75.00 |
| 3 | Black By OPMS - Black Shots 50ct | $422.50 | $0.00 | $1,267.50 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $102.50 | $0.00 | $1,230.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $102.50 | $0.00 | $1,230.00 |

Total quantities shipped: **335**

| | |
|---|---|
| Subtotal: | $8,213.50 |
| Total: | $8,213.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001693

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 363419 | Nov 21, 2024 | $4,439.39 |

**PAID**

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766    Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 50 | Black By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 50 | Black By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 3 | EB Create BC5000 10pk - Clear | $57.50 | $0.00 | $172.50 |
| 2 | EB Create BC5000 10pk - Strawberry Ice | $57.50 | $0.00 | $115.00 |
| 1 | EB Create BC5000 10pk - Strawberry Watermelon | $57.50 | $0.00 | $57.50 |
| 2 | EB Create BC5000 10pk - Watermelon Ice | $57.50 | $0.00 | $115.00 |
| 2 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $20.25 | $0.00 | $40.50 |
| 2 | ZYN Nicotine Pouches 5pk - Peppermint 6mg | $20.25 | $0.00 | $40.50 |
| 2 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $20.25 | $0.00 | $40.50 |
| 2 | EB Create BC5000 10pk - Miami Mint | $57.50 | $0.00 | $115.00 |
| 4 | Tribeca By Halo E-Liquid - 24mg - 60ml | $5.75 | $0.00 | $23.00 |
| 10 | Novo Pods & Coils - Novo 3 - Meshed 0.8 Pods 3pk | $4.15 | $0.00 | $41.50 |
| 50 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 1 | EB Create BC5000 10pk - Strawberry Mango | $57.50 | $0.00 | $57.50 |
| 2 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $187.20 |
| 1 | MIT45 Kratom Liquid - MIT45 Super K 12ct (Blue) | $62.40 | $0.00 | $62.40 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $102.50 | $0.00 | $615.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $102.50 | $0.00 | $615.00 |
| 1 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $61.29 |
| 20 | KAMA 7 Hydroxymitragynine - Natural - 4ct Tablets 20mg | $7.75 | $0.00 | $155.00 |

Total quantities shipped: **217**

| | |
|---|---|
| Subtotal: | $4,439.39 |
| Total: | $4,439.39 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001694

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 363869 | Nov 26, 2024 | **$7,734.34** | **PAID** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766   Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 50 | Black By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 50 | Black By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 10 | Green Vein Maeng Da By OPMS - 72g - 120 Capsules | $9.49 | $0.00 | $94.90 |
| 2 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $20.25 | $0.00 | $40.50 |
| 2 | Gold By OPMS - Gold Shots 50ct | $422.50 | $0.00 | $845.00 |
| 10 | Frozen Smash Berry By Mighty Vapors - Salt Nicotine 35mg - 30ml | $0.99 | $0.00 | $9.90 |
| 2 | ZYN Nicotine Pouches 5pk - Cinnamon 3mg | $20.25 | $0.00 | $40.50 |
| 5 | Killer Kustard Strawberry By Vapetasia - Salt Nicotine 24mg - 30ml | $5.75 | $0.00 | $28.75 |
| 10 | Killer Kustard By Vapetasia - 3mg - 100ml | $6.75 | $0.00 | $67.50 |
| 10 | Killer Kustard By Vapetasia - Salt Nicotine 24mg - 30ml | $5.75 | $0.00 | $57.50 |
| 2 | Cotton Clouds By Pod Juice 55 - Salt Nicotine 10mg - 30ml (TFN) | $5.75 | $0.00 | $11.50 |
| 2 | Cotton Clouds By Pod Juice 55 - Salt Nicotine 20mg - 30ml (TFN) | $5.75 | $0.00 | $11.50 |
| 2 | Cotton Clouds By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) | $5.75 | $0.00 | $11.50 |
| 2 | Cotton Clouds By Pod Juice 55 - Salt Nicotine 55mg - 30ml (TFN) | $5.75 | $0.00 | $11.50 |
| 2 | Jewel Tobacco By Pod Juice 55 - Salt Nicotine 20mg - 30ml (TFN) | $5.75 | $0.00 | $11.50 |
| 2 | Jewel Tobacco By Pod Juice 55 - Salt Nicotine 35mg - 30ml (TFN) | $5.75 | $0.00 | $11.50 |
| 2 | Virginia Tobacco By Pod Juice 55 - Salt Nicotine 10mg - 30ml (TFN) | $5.75 | $0.00 | $11.50 |
| 2 | Virginia Tobacco By Pod Juice 55 - Salt Nicotine 20mg - 30ml (TFN) | $5.75 | $0.00 | $11.50 |
| 2 | Virginia Tobacco By Pod Juice 55 - Salt Nicotine 55mg - 30ml (TFN) | $5.75 | $0.00 | $11.50 |
| 2 | Euro Gold By Naked100 - 6mg - 60ml | $5.75 | $0.00 | $11.50 |
| 10 | Novo Pods & Coils - Novo 3 - Meshed 0.8 Pods 3pk | $4.15 | $0.00 | $41.50 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 2.4% 4pk | $95.68 | $0.00 | $191.36 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 5.0% 4pk | $95.68 | $0.00 | $191.36 |
| 20 | Caliburn Pods & Coils By UWELL - Caliburn - 1.4 Pods 4pk | $7.26 | $0.00 | $145.20 |
| 50 | Gold By OPMS - 3ct | $13.00 | $0.00 | $650.00 |
| 50 | Gold By OPMS - 5ct | $21.00 | $0.00 | $1,050.00 |
| 1 | Air Bar Nex 6500 Puffs - Spearmint | $60.00 | $0.00 | $60.00 |
| 50 | Iced Mango Bomb By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 50 | Lush Ice By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 50 | Cubano By VGOD - Salt Nicotine 25mg - 30ml | $4.50 | $0.00 | $225.00 |
| 10 | Watermelon Iced By Reds Apple - 3mg - 100ml | $6.25 | $0.00 | $62.50 |
| 10 | Peach Pear By Juice Head - Salt Nicotine 25mg - 30ml | $5.75 | $0.00 | $57.50 |
| 10 | Blue Raspberry Peach By Cloud Nurdz - Salt Nicotine 25mg - 30ml (TFN) | $6.25 | $0.00 | $62.50 |
| 5 | Apple Watermelon By Cloud Nurdz - 3mg - 100ml (TFN) | $6.75 | $0.00 | $33.75 |
| 4 | Logic Power 27mg 2ct 10pk - Tobacco | $57.27 | $0.00 | $229.08 |
| 1 | Logic Pro 2ct 10pk - Tobacco 20mg | $61.29 | $0.00 | $61.29 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $102.50 | $0.00 | $615.00 |
| 3 | JUUL Pods 8pk - Menthol 3% 4 Pods | $102.50 | $0.00 | $307.50 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $102.50 | $0.00 | $615.00 |

Total quantities shipped: **511**

| | |
|---|---|
| Subtotal: | $8,048.09 |
| Credit Discount: | -$313.75 |
| Total: | $7,734.34 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

RZSMOKE00001695

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment,**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001696

# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 364668 | Dec 3, 2024 | **$5,356.32** |

**SHIP TO:**
Jerry Strzebala
Cloud Jay Corp
15 Kunath Avenue
Staten Island, NY 10309
**Phone:** (718) 200-1761 | (718) 200-1761

**BILL TO:**
Jerry Strzebala
Cloud jay Corp
15 Kunath Avenue
Staten Island, NY 10309

**Terms:** Cash, Check or CC
**Customer ID:** 2766  Distributor
**Email:** cloudjay2021@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | RAZ TN9000 5pk - Strawberry Shortcake | $38.75 | $0.00 | $77.50 |
| 1 | Air Bar Nex 6500 Puffs - Virginia Tobacco | $60.00 | $0.00 | $60.00 |
| 60 | KAMA 7 Hydroxymitragynine - Natural - 4ct Tablets 20mg | $7.75 | $0.00 | $465.00 |
| 60 | KAMA 7 Hydroxy + Pseudoindoxyl - Natural - 4ct Tablets 25mg | $9.25 | $0.00 | $555.00 |
| 3 | Air Bar AB5000 10pk - Cranberry Lemonade Ice | $50.00 | $0.00 | $150.00 |
| 2 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $20.25 | $0.00 | $40.50 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 2.4% 4pk | $95.68 | $0.00 | $191.36 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 4pk | $95.68 | $0.00 | $191.36 |
| 50 | Lush Ice By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $225.00 |
| 50 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $4.50 | $0.00 | $225.00 |
| 5 | Strawberry Lemon By Cloud Nurdz - 3mg - 100ml (TFN) | $6.75 | $0.00 | $33.75 |
| 20 | Watermelon By Reds Apple - 3mg - 100ml | $6.25 | $0.00 | $125.00 |
| 2 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $20.25 | $0.00 | $40.50 |
| 3 | RAZ LTX 25000 Puffs 5pk - Clear Diamond | $43.75 | $0.00 | $131.25 |
| 5 | RAZ LTX 25000 Puffs 5pk - Watermelon Ice | $43.75 | $0.00 | $218.75 |
| 40 | Caliburn Pods & Coils By UWELL - Caliburn Koko - 1.2 Pods 4pk | $7.26 | $0.00 | $290.40 |
| 1 | KAMA Liquid Extract Shots - Platinum Shot 150mg MIT + 7 Hydroxymitragynine 45mg 12ct | $87.00 | $0.00 | $87.00 |
| 1 | Digi Flavor Sky 25000 Puffs 5pk - Strawberry Watermelon Coconut | $41.25 | $0.00 | $41.25 |
| 2 | RAZ LTX 25000 Puffs 5pk - Mango Loco | $43.75 | $0.00 | $87.50 |
| 2 | RAZ LTX 25000 Puffs 5pk - Razzle Dazzle | $43.75 | $0.00 | $87.50 |
| 1 | RAZ LTX 25000 Puffs 5pk - Sour Watermelon Peach | $43.75 | $0.00 | $43.75 |
| 1 | RAZ LTX 25000 Puffs 5pk - Strawberry Burst | $43.75 | $0.00 | $43.75 |
| 1 | RAZ LTX 25000 Puffs 5pk - Wintergreen | $43.75 | $0.00 | $43.75 |
| 5 | Geek Bar Pulse 15000 Puffs 5pk - Watermelon Ice | $37.50 | $0.00 | $187.50 |
| 1 | Geek Bar Pulse X 25000 Puffs 5pk - Sour Straws | $47.50 | $0.00 | $47.50 |
| 2 | RAZ TN9000 5pk - Blue Raz Ice | $38.75 | $0.00 | $77.50 |
| 10 | RAZ TN9000 5pk - Clear | $38.75 | $0.00 | $387.50 |
| 1 | RAZ TN9000 5pk - Strawberry Watermelon | $38.75 | $0.00 | $38.75 |
| 1 | RAZ TN9000 5pk - Strawberry Ice | $38.75 | $0.00 | $38.75 |
| 5 | RAZ TN9000 5pk - Tobacco | $38.75 | $0.00 | $193.75 |
| 20 | Gold By OPMS - 3ct | $13.00 | $0.00 | $260.00 |
| 2 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $93.60 | $0.00 | $187.20 |
| 36 | Tribeca By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $207.00 |
| 12 | Tribeca By Halo E-Liquid - 6mg - 60ml | $5.75 | $0.00 | $69.00 |
| 12 | Tribeca By Halo E-Liquid - 18mg - 60ml | $5.75 | $0.00 | $69.00 |
| 12 | Subzero By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |
| 12 | Menthol Ice By Halo E-Liquid - 3mg - 60ml | $5.75 | $0.00 | $69.00 |

Total quantities shipped: **447**

Subtotal: $5,356.32
Total: $5,356.32

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon

RZSMOKE00001697

as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00001698