# Proshansky Exhibit I - Invoices - Podguys

# INVOICE

| | | | | |
|---|---|---|---|---|
| | **Order #** | **Date** | **Total** | **PAID** |
| | 225282 | Sep 21, 2021 | **$4,935.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 100 | Air Bar Lux - Cola Ice | $4.20 | $420.00 |
| 100 | Air Bar Lux - Energy Drinks | $4.20 | $420.00 |
| 50 | Air Bar Lux - Green Apple Ice | $4.20 | $210.00 |
| 50 | Air Bar Lux - Peach Soda | $4.20 | $210.00 |
| 50 | Air Bar Lux - Orange Juice | $4.20 | $210.00 |
| 100 | Air Bar Lux - Strawberry Wafer Biscuit | $4.20 | $420.00 |
| 10 | JUUL Pods 8pk - Menthol 5% 4 Pods | $77.00 | $770.00 |
| 30 | Air Bar Box - Cool Lemon | $7.00 | $210.00 |
| 50 | Air Bar Box - Cranberry Grape | $7.00 | $350.00 |
| 50 | Air Bar Box - Energy Drinks | $7.00 | $350.00 |
| 60 | Air Bar Lux Plus - Corns & Chips | $6.50 | $390.00 |
| 50 | Air Bar Lux Plus - Cranberry Grape | $6.50 | $325.00 |
| 50 | Air Bar Lux Plus - Energy Drinks | $6.50 | $325.00 |
| 50 | Air Bar Lux Plus - Kiwi Lemon Shake | $6.50 | $325.00 |

Total quantities shipped: **800**

**Customer Note:** this order is for eugene I will pick it up tomorrow

| | |
|---|---|
| Subtotal: | $4,935.00 |
| Total: | $4,935.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003042

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 225933 | Sep 28, 2021 | **$1,543.75** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Strawberry Watermelon By Pod Juice 60ml - 0mg | $6.50 | $6.50 |
| 11 | Hydra Ice By Zenith 120ml - 3mg | $7.50 | $82.50 |
| 10 | Air Bar Lux - Apple Shake | $4.20 | $42.00 |
| 10 | Air Bar Lux - Cola Ice | $4.20 | $42.00 |
| 10 | Air Bar Lux - Strawberry Wafer Biscuit | $4.20 | $42.00 |
| 10 | Air Bar Lux Plus - Cool Mint | $6.50 | $65.00 |
| 10 | Air Bar Lux Plus - Kiwi Lemon Shake | $6.50 | $65.00 |
| 10 | Hyde Edge 1500 Puffs - Cherry Peach Lemonade | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Lush Ice | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Peach Mango Watermelon | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Raspberry Watermelon | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Strawberries & Cream | $6.00 | $60.00 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Thin Mint Shake | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - White Runtz | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Banana Runtz | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - OG Kush | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Strawberry Cough | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Hybrid - Gelato 41 | $11.00 | $55.00 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Indica - Strawberry Cough | $11.00 | $55.00 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Sativa - Cereal Milk | $11.00 | $55.00 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Hybrid - Steezcake | $7.75 | $38.75 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Indica - Granddaddy Purple | $7.75 | $38.75 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Sativa - Snowcap | $7.75 | $38.75 |
| 10 | Hyde N Bar Recharge 4500 Puffs - Banana Ice | $8.50 | $85.00 |
| 10 | Hyde N Bar Recharge 4500 Puffs - Blue Razz Ice | $8.50 | $85.00 |
| 10 | Hyde N Bar Recharge 4500 Puffs - Sour Apple Ice | $8.50 | $85.00 |

Total quantities shipped: **197**

**Customer Note:** Pls do not deliver to address on file I will pick up. Thanks

| | |
|---|---|
| Subtotal: | $1,543.75 |
| Total: | $1,543.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003043

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 226452 | Oct 3, 2021 | **$1,912.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 30 | Hyde N Bar Recharge 4500 Puffs - Aloe Grape | $8.50 | $255.00 |
| 10 | Hyde N Bar Recharge 4500 Puffs - Banana Ice | $8.50 | $85.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Brazmallows | $8.50 | $170.00 |
| 30 | Hyde N Bar Recharge 4500 Puffs - Mango Peaches & Cream | $8.50 | $255.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - OJ | $8.50 | $170.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Raspberry Watermelon | $8.50 | $170.00 |
| 30 | Hyde N Bar Recharge 4500 Puffs - Summer LUV | $8.50 | $255.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Tropical | $8.50 | $170.00 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Hybrid - Purple Punch | $11.00 | $55.00 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Sativa - Blue Dream | $11.00 | $55.00 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Indica - Wedding Cake | $11.00 | $55.00 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - OG Kush | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Texas Pound Cake | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Wedding Cake | $14.50 | $72.50 |

Total quantities shipped: **210**

Subtotal: $1,912.50
Total: $1,912.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003044



# INVOICE

| | Order # | Date | Total |
|---|---|---|---|
| | 226684 | Oct 5, 2021 | **$338.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $78.00 |
| 10 | Hyde Edge 1500 Puffs - Cherry Peach Lemonade | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Energize | $6.00 | $60.00 |
| 10 | Hyde Edge 1500 Puffs - Tropical Gummy | $6.00 | $60.00 |
| 10 | Hyde Retro Recharge 4000 Puffs - Sour Apple Ice | $8.00 | $80.00 |

Total quantities shipped: **41**

**Customer Note:** Pls deliver to Long Island
I will pick up from there

| | |
|---|---|
| Subtotal: | $338.00 |
| Total: | $338.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003045

 **INVOICE**

 **PAID**

| | **Order #** | **Date** | **Total** |
|---|---|---|---|
| | 227266 | Oct 7, 2021 | **$6,584.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 50 | Air Bar Lux - Orange Juice | $4.20 | $210.00 |
| 50 | Air Bar Lux - Peach Lemon Pie | $4.20 | $210.00 |
| 50 | Air Bar Lux - Raspberry Watermelon | $4.20 | $210.00 |
| 50 | Air Bar Lux - Red Apple Ice | $4.20 | $210.00 |
| 50 | Air Bar Lux - Strawberry Kiwi | $4.20 | $210.00 |
| 50 | Air Bar Lux - Watermelon Apple Ice | $4.20 | $210.00 |
| 50 | Air Bar Lux - Watermelon Candy | $4.20 | $210.00 |
| 20 | Air Bar Max - Apple Shake | $7.50 | $150.00 |
| 30 | Air Bar Max - Cool Mint | $6.20 | $186.00 |
| 30 | Air Bar Max - Energy Drinks | $6.20 | $186.00 |
| 60 | Air Bar Max - Kiwi Berry Ice | $6.20 | $372.00 |
| 20 | Air Bar Max - Lemon Shake | $6.20 | $124.00 |
| 30 | Air Bar Max - Melon Shake | $6.20 | $186.00 |
| 30 | Air Bar Max - Peach Mango | $6.20 | $186.00 |
| 50 | Air Bar Max - Sakura Grape | $6.20 | $310.00 |
| 20 | Air Bar Box - Cool Lemon | $7.00 | $140.00 |
| 40 | Air Bar Box - Cool Mint | $7.00 | $280.00 |
| 30 | Air Bar Box - Kiwi Shake | $7.00 | $210.00 |
| 20 | Air Bar Box - Strawberry Mango | $7.00 | $140.00 |
| 40 | Air Bar Box - Watermelon Ice | $7.00 | $280.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Bananas & Cream | $8.50 | $170.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Blue Razz Ice | $8.50 | $170.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Caribbean Colada | $8.50 | $170.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Cherry Peach Lemonade | $8.50 | $170.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Dewberry | $8.50 | $170.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Energize | $8.50 | $170.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Minty O's | $8.50 | $170.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Peach | $8.50 | $170.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Peach Mango Watermelon | $8.50 | $170.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Sour Apple Ice | $8.50 | $170.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Strawberry Ice Cream | $8.50 | $170.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Strawberry Kiwi | $8.50 | $170.00 |
| 10 | SOL Plus 2500 Puffs - Blueberry Raspberry Lemon | $4.50 | $45.00 |
| 10 | SOL Plus 2500 Puffs - Watermelon Ice | $4.50 | $45.00 |
| 3 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $78.00 | $234.00 |

Total quantities shipped: **1033**

**Customer Note:** please deliver to Long Island

| | |
|---|---|
| **Subtotal:** | $6,584.00 |
| **Total:** | $6,584.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003046



# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 227649 | Oct 11, 2021 | $2,428.00 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | MYLE Nano Disposable - Iced Mint | $6.25 | $62.50 |
| 10 | MYLE Nano Disposable - Iced Quad Berry | $6.25 | $62.50 |
| 10 | MYLE Nano Disposable - Iced Watermelon | $6.25 | $62.50 |
| 10 | MYLE Nano Disposable - Peach | $6.25 | $62.50 |
| 10 | MYLE Nano Disposable - Raspberry Ice | $6.25 | $62.50 |
| 10 | MYLE Nano Disposable - Red Apple | $6.25 | $62.50 |
| 10 | MYLE Nano Disposable - White Grape | $6.25 | $62.50 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Hybrid - Gelato 41 | $11.00 | $55.00 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Hybird - Thin Mint GSC | $11.00 | $55.00 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Sativa - Cereal Milk | $11.00 | $55.00 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Thin Mint Shake | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - White Runtz | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Strawberry Cough | $14.50 | $72.50 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Blue Razz Ice | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Lemon Crumble | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Lush Ice | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Peach Mango Watermelon | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Pina Colada | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Raspberry Watermelon | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Spearmint | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Strawberry Kiwi | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Strawberries & Cream | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Summer LUV | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Tropical Gummy | $8.00 | $80.00 |
| 10 | Monster Bars 3500 Puffs - Banana Ice | $7.00 | $70.00 |
| 10 | Monster Bars 3500 Puffs - Mango Peach Guava | $7.00 | $70.00 |
| 10 | Monster Bars 3500 Puffs - Passionfruit Orange Guava Ice | $7.00 | $70.00 |
| 10 | Monster Bars 3500 Puffs - Strawberry Jam | $7.00 | $70.00 |
| 10 | Monster Bars 3500 Puffs - Strawberry Kiwi Pomegranate | $7.00 | $70.00 |
| 6 | DELTA 9 Gummies 400mg By Green CBD - Blue Razz | $15.00 | $90.00 |
| 6 | DELTA 9 Gummies 400mg By Green CBD - Mango | $12.00 | $72.00 |
| 6 | DELTA 9 Gummies 400mg By Green CBD - Pink Lemonade | $12.00 | $72.00 |
| 6 | DELTA 9 Gummies 400mg By Green CBD - Strawberry | $12.00 | $72.00 |
| 6 | DELTA 9 Gummies 400mg By Green CBD - Watermelon | $12.00 | $72.00 |

Total quantities shipped: **290**

**Customer Note:** please leave at rz smoke
Long Island, I will pick up.

| | |
|---|---|
| Subtotal: | $2,428.00 |
| Total: | $2,428.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003047



# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 227753 | Oct 12, 2021 | **$750.00** |  |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |
| 10 | Air Bar Diamond - Blueberry Raspberry | $3.70 | $37.00 |
| 10 | Air Bar Diamond - Strawberry Ice | $3.70 | $37.00 |
| 10 | Air Bar Lux - Watermelon Candy | $4.20 | $42.00 |
| 10 | Air Bar Lux - Cola Ice | $4.20 | $42.00 |
| 10 | Air Bar Lux - Red Apple Ice | $4.20 | $42.00 |
| 10 | Air Bar Lux Plus - Cool Mint | $6.50 | $65.00 |
| 1 | Cool Mint 5pk By ZYN - 6mg | $17.00 | $17.00 |

Total quantities shipped: **67**

**Customer Note:** please leave in rz Long Island

| | |
|---|---|
| Subtotal: | $750.00 |
| Total: | $750.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003048

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 227809 | Oct 12, 2021 | **$1,090.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Hyde Rebel Recharge 4500 Puffs - Blue Razz Ice | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Lemon Crumble | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Lush Ice | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Peach Mango Watermelon | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Pina Colada | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Raspberry Watermelon | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Spearmint | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Strawberry Kiwi | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Strawberries & Cream | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Summer LUV | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Tropical Gummy | $8.00 | $80.00 |
| 10 | Monster Bars 3500 Puffs - Banana Ice | $7.00 | $70.00 |
| 10 | Monster Bars 3500 Puffs - Mango Peach Guava | $7.00 | $70.00 |
| 10 | Monster Bars 3500 Puffs - Strawberry Jam | $7.00 | $70.00 |

Total quantities shipped: **140**

**Customer Note:** please deliver to rz Long Island

| | |
|---|---|
| Subtotal: | $1,090.00 |
| Total: | $1,090.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003049

# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 228079 | Oct 14, 2021 | **$1,360.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 20 | Hyde Edge Recharge 3300 Puffs - Energize | $8.00 | $160.00 |
| 20 | Hyde Edge Recharge 3300 Puffs - Minty O's | $8.00 | $160.00 |
| 30 | Hyde Edge Recharge 3300 Puffs - Raspberry Watermelon | $8.00 | $240.00 |
| 40 | Hyde Edge Recharge 3300 Puffs - Sour Apple Ice | $8.00 | $320.00 |
| 40 | Hyde Edge Recharge 3300 Puffs - Strawberry Kiwi | $8.00 | $320.00 |
| 20 | Hyde Edge Recharge 3300 Puffs - Summer LUV | $8.00 | $160.00 |

Total quantities shipped: **170**

**Customer Note:** please deliver to rz Long Island

| | |
|---|---|
| Subtotal: | $1,360.00 |
| Total: | $1,360.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003050

# INVOICE

| Order #   | Date         | Total   |
|-----------|--------------|---------|
| 228085    | Oct 14, 2021 | $336.00 |


**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:  |**

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product                          | Price  | Subtotal |
|-----|----------------------------------|--------|----------|
| 20  | Air Bar Lux - Cola Ice           | $4.20  | $84.00   |
| 20  | Air Bar Lux - Green Apple Ice    | $4.20  | $84.00   |
| 20  | Air Bar Lux - Raspberry Watermelon | $4.20 | $84.00  |
| 20  | Air Bar Lux - Sour Apple         | $4.20  | $84.00   |

Total quantities shipped: **80**

**Customer Note:** pls deliver rz Long Island

| | |
|---|---|
| Subtotal: | $336.00 |
| Total: | $336.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003051

# INVOICE




| | Order #<br>228694 | Date<br>Oct 20, 2021 | Total<br>$512.00 | PAID |
|---|---|---|---|---|

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - White Runtz | $14.50 | $58.00 |
| 2 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Hybrid - Thin Mint GSC (Include Ten-Ten Battery) | $17.00 | $34.00 |
| 10 | Pod Mesh 2500 Puffs - Blue Razz Chew | $7.00 | $70.00 |
| 10 | Pod Mesh 2500 Puffs - Polar Peach | $7.00 | $70.00 |
| 10 | Pod Mesh 2500 Puffs - Strawberry Apple Watermelon | $7.00 | $70.00 |
| 10 | Pod Mesh 2500 Puffs - Strawberry Belts | $7.00 | $70.00 |
| 10 | Pod Mesh 2500 Puffs - Strawberry Cotton Clouds | $7.00 | $70.00 |
| 10 | Pod Mesh 2500 Puffs - Strawberry Lemonade | $7.00 | $70.00 |

Total quantities shipped: **66**

**Customer Note:** please leave at rz Long Island

| | |
|---|---|
| Subtotal: | $512.00 |
| Total: | $512.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003052

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 228726 | Oct 20, 2021 | $1,786.00 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | Hyde Edge Recharge 3300 Puffs - Banana Ice | $8.00 | $160.00 |
| 10 | Hyde Edge Recharge 3300 Puffs - Energize | $8.00 | $80.00 |
| 10 | Hyde Edge Recharge 3300 Puffs - Minty O's | $8.00 | $80.00 |
| 20 | Hyde Edge Recharge 3300 Puffs - Pina Colada | $8.00 | $160.00 |
| 20 | Hyde Edge Recharge 3300 Puffs - Strawberry Kiwi | $8.00 | $160.00 |
| 10 | Hyde Edge Recharge 3300 Puffs - Summer LUV | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Minty O's | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Raspberry Watermelon | $8.00 | $80.00 |
| 20 | Hyde Rebel Recharge 4500 Puffs - Sour Apple Ice | $8.00 | $160.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Tropical Gummy | $8.00 | $80.00 |
| 10 | Hyde N Bar Recharge 4500 Puffs - Banana Ice | $8.50 | $85.00 |
| 10 | Hyde N Bar Recharge 4500 Puffs - Minty O's | $8.50 | $85.00 |
| 10 | Hyde N Bar Recharge 4500 Puffs - Peach | $8.50 | $85.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Sour Apple Ice | $8.50 | $170.00 |
| 10 | Hyde N Bar Recharge 4500 Puffs - Strawberry Guava Ice | $8.50 | $85.00 |
| 1 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $78.00 |
| 1 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $78.00 |

Total quantities shipped: **202**

**Customer Note:** Please leave at Rz Long Island

| | |
|---|---|
| Subtotal: | $1,786.00 |
| Total: | $1,786.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003053

 **INVOICE**

| Order # | Date | Total |
|---------|------|-------|
| 228728 | Oct 20, 2021 | **$1,290.00** |

 **PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 20 | MYLE Evo Rechargeable 2500 Puffs - Blueberry | $10.75 | $215.00 |
| 20 | MYLE Evo Rechargeable 2500 Puffs - Iced Mint | $10.75 | $215.00 |
| 20 | MYLE Evo Rechargeable 2500 Puffs - Iced Watermelon | $10.75 | $215.00 |
| 20 | MYLE Evo Rechargeable 2500 Puffs - Mango | $10.75 | $215.00 |
| 20 | MYLE Evo Rechargeable 2500 Puffs - Raspberry Ice | $10.75 | $215.00 |
| 20 | MYLE Evo Rechargeable 2500 Puffs - Red Apple | $10.75 | $215.00 |

Total quantities shipped: **120**

**Customer Note:** Pls leave at Rz Long Island

Subtotal: $1,290.00
Total: $1,290.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003054



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 229356 | Oct 26, 2021 | **$418.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Cake DELTA 10 Disposable 1.5g - Hybrid - Gorilla Glue | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - AK-47 | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - Green Crack | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - Pineapple Express | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - Super Sour Diesel | $15.00 | $75.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Purple Punch | $14.50 | $43.50 |

Total quantities shipped: **28**

**Customer Note:** Pls deliver to Rz Long Island

Subtotal: $418.50
Total: $418.50

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003055



# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 229441 | Oct 27, 2021 | **$130.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 2 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Gelato 41 | $14.50 | $29.00 |
| 2 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Strawberry Cough | $14.50 | $29.00 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Sativa - Cereal Milk | $14.50 | $72.50 |

Total quantities shipped: **9**

**Customer Note:** pls drop at rz Long Island

Subtotal: $130.50
Total: $130.50

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003056



# INVOICE



**PAID**

| Order # | Date | Total |
|---|---|---|
| 230008 | Nov 2, 2021 | **$1,872.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **24**

**Customer Note:** Pls deliver to Rz Long islands

|  |  |
|---|---|
| Subtotal: | $1,872.00 |
| Total: | $1,872.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003057

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 230506 | Nov 9, 2021 | **$530.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Mango By Naked100 60ml (Ice Series) - 6mg | $7.00 | $14.00 |
| 2 | Strawberry Pom By Naked100 60ml (Menthol Series) - 6mg | $7.00 | $14.00 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $45.00 | $45.00 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 5.0% 4pk | $72.00 | $72.00 |
| 10 | Hyde N Bar Recharge 4500 Puffs - Tropical | $8.50 | $85.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Hybrid - Gorilla Glue | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - AK-47 | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - Green Crack | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - Super Sour Diesel | $15.00 | $75.00 |

Total quantities shipped: **36**

**Customer Note:** Pls deliver to Rz Long Island

| | |
|---|---|
| Subtotal: | $530.00 |
| Total: | $530.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003058

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 230597 | Nov 9, 2021 | **$2,846.00** | **PAID** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473  Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Royal Whip Cream Chargers - 25 x 24ct Case of 600 | $140.00 | $280.00 |
| 30 | Monster Bars 3500 Puffs - Mango Peach Guava | $7.50 | $225.00 |
| 30 | Monster Bars 3500 Puffs - Strawberry Kiwi Pomegranate | $7.50 | $225.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Cola Ice | $8.00 | $80.00 |
| 40 | Monster Bars 3500 Puffs - Strawberry Jam | $7.50 | $300.00 |
| 20 | Monster Bars 3500 Puffs - Banana Ice | $7.50 | $150.00 |
| 40 | Monster Bars 3500 Puffs - Passionfruit Orange Guava | $7.50 | $300.00 |
| 40 | Monster Bars 3500 Puffs - Passionfruit Orange Guava Ice | $7.50 | $300.00 |
| 10 | Hyde Edge Recharge 3300 Puffs - Bananas and Cream | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Aloe Grape | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Blue Razz Ice | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Peach Mango Watermelon | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Raspberry Watermelon | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Sour Apple Ice | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Spearmint | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Strawberry Kiwi | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Strawberries & Cream | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Summer LUV | $8.00 | $80.00 |
| 30 | Air Bar Max - Lemon Shake | $6.20 | $186.00 |

Total quantities shipped: **342**

**Customer Note:** pls leave at rz Long Island

| | |
|---|---|
| Subtotal: | $2,846.00 |
| Total: | $2,846.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003059



# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 231117 | Nov 15, 2021 | **$2,630.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 60 | Air Bar Lux - Apple Shake | $4.20 | $252.00 |
| 40 | Air Bar Lux - Cherry Pomegranate Ice | $4.20 | $168.00 |
| 60 | Air Bar Lux - Green Apple Ice | $4.20 | $252.00 |
| 40 | Air Bar Lux - Peach Soda | $4.20 | $168.00 |
| 40 | Air Bar Lux - Sour Apple | $4.20 | $168.00 |
| 30 | Air Bar Box - Cherry Lemon | $7.00 | $210.00 |
| 10 | Air Bar Box - Cranberry Grape | $7.00 | $70.00 |
| 50 | Air Bar Box - Watermelon Candy | $7.00 | $350.00 |
| 40 | Air Bar Diamond - Sakura Grape | $3.70 | $148.00 |
| 60 | Air Bar Diamond - Sour Apple | $3.70 | $222.00 |
| 60 | Air Bar Diamond - Strawberry Kiwi | $3.70 | $222.00 |
| 10 | Hyde Edge Recharge 3300 Puffs - Bananas and Cream | $8.00 | $80.00 |
| 10 | Hyde Edge Recharge 3300 Puffs - Mango Peaches & Cream | $8.00 | $80.00 |
| 20 | Hyde Edge Recharge 3300 Puffs - Pineapple Ice | $8.00 | $160.00 |
| 10 | Hyde Edge Recharge 3300 Puffs - Summer LUV | $8.00 | $80.00 |

Total quantities shipped: **540**

**Customer Note:** Pls ship to Rz Long Island

Subtotal: $2,630.00
Total: $2,630.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003060



# INVOICE



PAID

| Order # | Date | Total |
|---|---|---|
| 231174 | Nov 16, 2021 | **$1,690.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Air Bar Diamond - Aloe Blackcurrant | $3.70 | $37.00 |
| 10 | Air Bar Diamond - Banana Ice | $3.70 | $37.00 |
| 10 | Air Bar Diamond - Sakura Grape | $3.70 | $37.00 |
| 10 | Air Bar Diamond - Strawberry Kiwi | $3.70 | $37.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Indica - Birthday Cake | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - Sour Tangie | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - White Widow | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Hybrid - Gorilla Glue | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Hybrid - Ice Cream Cake | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - AK-47 | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - Green Crack | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - Pineapple Express | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - Super Sour Diesel | $15.00 | $75.00 |
| 1 | Cake DELTA 8 Gummies 500mg - Assorted Bears - 10pk Purple Display Box | $75.00 | $75.00 |
| 1 | Cake DELTA 8 Gummies 500mg - Assorted Bears - 10pk Yellow Display Box | $75.00 | $75.00 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Gelato 41 | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - White Runtz | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Banana Runtz | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Blueberry Cookies | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Wedding Cake | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Sativa - Blue Dream | $14.50 | $72.50 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Sativa - Strawberry Sour Diesel | $14.50 | $72.50 |
| 10 | Air Bar Box - Cherry Lemon | $7.00 | $70.00 |
| 10 | Air Bar Box - Cool Lemon | $7.00 | $70.00 |
| 10 | Air Bar Box - Watermelon Candy | $7.00 | $70.00 |

Total quantities shipped: **152**

**Customer Note:** Please Deliver to Rz Li

| | |
|---|---|
| **Subtotal:** | $1,690.50 |
| **Total:** | $1,690.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 231199 | Nov 16, 2021 | **$72.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - OG Kush | $14.50 | $72.50 |

Total quantities shipped: **5**

**Customer Note:** Pls deliver to Rz li If possible from order #231174 can you pls remove - Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Banana Runtz x 5

|  |  |
|---|---|
| Subtotal: | $72.50 |
| Total: | $72.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 231237 | Nov 16, 2021 | **$80.00** | PAID  |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Hyde Edge Recharge 3300 Puffs - Power | $8.00 | $80.00 |

Total quantities shipped: **10**

**Customer Note:** Pls deliver to rz li

| | |
|---|---|
| Subtotal: | $80.00 |
| Total: | $80.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003063

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 231262 | Nov 17, 2021 | **$428.00** |  PAID |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | Air Bar Box - Cherry Lemon | $7.00 | $140.00 |
| 20 | Air Bar Diamond - Mango Strawberry | $3.70 | $74.00 |
| 20 | Air Bar Diamond - Strawberry Kiwi | $3.70 | $74.00 |
| 20 | Air Bar Box - Vitamin Water | $7.00 | $140.00 |

Total quantities shipped: **80**

Customer Note: Pls deliver to Rz li

| | |
|---|---|
| Subtotal: | $428.00 |
| Total: | $428.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003064

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** |  |
| 231268 | Nov 17, 2021 | **$402.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Peach By Naked100 60ml - 6mg | $7.00 | $28.00 |
| 4 | Strawberry Pom By Naked100 60ml (Menthol Series) - 3mg | $7.00 | $28.00 |
| 6 | Berry By Naked100 60ml (Menthol Series) - 3mg | $7.00 | $42.00 |
| 4 | Apple By Naked100 60ml (Menthol Series) - 3mg | $7.00 | $28.00 |
| 4 | Crisp Menthol By Naked100 60ml - 3mg | $7.00 | $28.00 |
| 4 | Crisp Menthol By Naked100 60ml - 6mg | $7.00 | $28.00 |
| 4 | Really Berry By Naked100 60ml - 6mg | $7.00 | $28.00 |
| 3 | All Melon By Naked100 60ml - 3mg | $7.00 | $21.00 |
| 3 | Maui Sun By Naked100 60ml - 3mg | $7.00 | $21.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - Green Crack | $15.00 | $75.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - Pineapple Express | $15.00 | $75.00 |

Total quantities shipped: **46**

**Customer Note:** Pls deliver to Rz Long Island

| | |
|---|---|
| Subtotal: | $402.00 |
| Total: | $402.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003065



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 231515 | Nov 19, 2021 | **$1,216.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 40 | Air Bar Diamond - Sakura Grape | $3.70 | $148.00 |
| 50 | Air Bar Diamond - Sour Apple | $3.70 | $185.00 |
| 60 | Air Bar Diamond - Strawberry Kiwi | $3.70 | $222.00 |
| 27 | Air Bar Box - Pineapple Shake | $7.00 | $189.00 |
| 20 | Hyde Edge Recharge 3300 Puffs - Mango Peaches & Cream | $8.00 | $160.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Aloe Grape | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Pina Colada | $8.00 | $80.00 |
| 10 | Hyde Rebel Recharge 4500 Puffs - Raspberry Watermelon | $8.00 | $80.00 |
| 8 | Hyde Rebel Recharge 4500 Puffs - Tropical Gummy | $8.00 | $64.00 |
| 1 | Hyde Rebel Recharge 4500 Puffs - Blue Razz Ice | $8.00 | $8.00 |

Total quantities shipped: **236**

**Customer Note:** pls deliver to rz li

Subtotal: $1,216.00
Total: $1,216.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003066

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 232030 | Nov 23, 2021 | **$988.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Hyde Retro Recharge 4000 Puffs - Blue Razz Ice | $8.00 | $80.00 |
| 20 | Hyde Retro Recharge 4000 Puffs - Minty O's | $8.00 | $160.00 |
| 20 | Hyde Retro Recharge 4000 Puffs - Tropical | $8.00 | $160.00 |
| 10 | Hyde Retro Recharge 4000 Puffs - Banana Ice | $8.00 | $80.00 |
| 10 | Hyde Retro Recharge 4000 Puffs - Sour Apple Ice | $8.00 | $80.00 |
| 2 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $156.00 |
| 10 | Monster Bars 3500 Puffs - Strawberry Jam | $7.50 | $75.00 |
| 2 | Hyde N Bar Recharge 4500 Puffs - Blue Razz Lemonade | $8.50 | $17.00 |
| 5 | Cake DELTA 10 Disposable 1.5g - Hybrid - Gorilla Glue | $15.00 | $75.00 |
| 7 | Cake DELTA 10 Disposable 1.5g - Sativa - Pineapple Express | $15.00 | $105.00 |

Total quantities shipped: **96**

Customer Note: pls deliver to rz Long Island

| | |
|---|---|
| Subtotal: | $988.00 |
| Total: | $988.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003067

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 232038 | Nov 23, 2021 | **$1,260.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Fume Extra 1500 Puffs - Purple Rain | $6.00 | $60.00 |
| 40 | Fume Extra 1500 Puffs - Rainbow Candy | $6.00 | $240.00 |
| 20 | Fume Extra 1500 Puffs - Strawberry Mango | $6.00 | $120.00 |
| 20 | Fume Extra 1500 Puffs - Banana Ice | $6.00 | $120.00 |
| 30 | Fume Extra 1500 Puffs - Bubble Gum | $6.00 | $180.00 |
| 40 | Fume Extra 1500 Puffs - Grape | $6.00 | $240.00 |
| 40 | Fume Extra 1500 Puffs - Peach Ice | $6.00 | $240.00 |
| 10 | Fume Extra 1500 Puffs - Pink Lemonade | $6.00 | $60.00 |

Total quantities shipped: **210**

**Customer Note:** pls deliver to rz li

| | |
|---|---|
| Subtotal: | $1,260.00 |
| Total: | $1,260.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003068



**INVOICE**



| Order # | Date | Total |
|---|---|---|
| 232090 | Nov 23, 2021 | **$85.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Hyde N Bar Recharge 4500 Puffs - Strawberry Guava Ice | $8.50 | $85.00 |

Total quantities shipped: **10**

**Customer Note:** pls deliver to rz long island

| | |
|---|---|
| Subtotal: | $85.00 |
| Total: | $85.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003069

# INVOICE





| Order # | Date | Total |
|---|---|---|
| 232101 | Nov 24, 2021 | **$2,072.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 40 | Fume Ultra 2500 Puffs - Gummy Bears | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Blueberry Mint | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Melon Ice | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Purple Rain | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Tangerine Ice | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Pina Colada | $8.00 | $320.00 |
| 8 | Fume Ultra 2500 Puffs - Tropical Fruit | $8.00 | $64.00 |
| 3 | Fume Ultra 2500 Puffs - Mint Ice | $8.00 | $24.00 |
| 8 | Fume Ultra 2500 Puffs - Peach Ice | $8.00 | $64.00 |

Total quantities shipped: **259**

**Customer Note:** Please ship to Rz Long Island

Subtotal: $2,072.00
Total: $2,072.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003070

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 232120 | Nov 24, 2021 | **$4,592.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $936.00 |
| 50 | Fume Ultra 2500 Puffs - Gummy Bears | $8.00 | $400.00 |
| 40 | Fume Ultra 2500 Puffs - Blueberry Mint | $8.00 | $320.00 |
| 100 | Fume Ultra 2500 Puffs - Melon Ice | $8.00 | $800.00 |
| 50 | Fume Ultra 2500 Puffs - Purple Rain | $8.00 | $400.00 |
| 50 | Fume Ultra 2500 Puffs - Tangerine Ice | $8.00 | $400.00 |
| 50 | Fume Ultra 2500 Puffs - Pina Colada | $8.00 | $400.00 |

Total quantities shipped: **364**

**Customer Note:** please deliver to rz Long Island

| | |
|---|---|
| Subtotal: | $4,592.00 |
| Total: | $4,592.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003071

# INVOICE

| Order # | Date | Total | |
|---------|------|-------|--|
| 232150 | Nov 24, 2021 | **$80.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 10 | Fume Ultra 2500 Puffs - Melon Ice | $8.00 | $80.00 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $80.00 |
| Total: | $80.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003072

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 232276 | Nov 24, 2021 | $436.00 |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | Air Bar Box - Blueberry Raspberry | $7.00 | $140.00 |
| 50 | Air Bar Diamond - Shake Shake | $3.70 | $185.00 |
| 20 | Air Bar Diamond - Sour Apple | $3.70 | $74.00 |
| 10 | Air Bar Diamond - Strawberry Kiwi | $3.70 | $37.00 |

Total quantities shipped: **100**

Customer Note: Please deliver to rz

Subtotal: $436.00
Total: $436.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003073

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 232282 | Nov 25, 2021 | **$38.75** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | MYLE Nano Disposable - Prime Pear | $6.25 | $6.25 |
| 1 | Wild Berry Incense Sticks - Egyptian Cotton | $6.50 | $6.50 |
| 1 | Wild Berry Incense Sticks - Patchouli | $6.50 | $6.50 |
| 1 | Wild Berry Incense Sticks - Peace Of Mind | $6.50 | $6.50 |
| 1 | Wild Berry Incense Sticks - Sandalwood | $6.50 | $6.50 |
| 1 | Wild Berry Incense Sticks - Sweet Pea Type | $6.50 | $6.50 |

Total quantities shipped: **6**

Subtotal: $38.75
Total: $38.75

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003074

# INVOICE

 **PAID**

| Order # | Date | Total |
|---|---|---|
| 232504 | Nov 28, 2021 | **$71.49** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island , NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Clipper Jet Flame Lighters - Shiny Solid Color 48ct | $38.99 | $38.99 |
| 1 | Cake DELTA 10 Disposable 1.5g - Sativa - Sour Tangie | $18.50 | $18.50 |
| 1 | MYLE Nano Disposable - Prime Pear | $7.00 | $7.00 |
| 1 | MYLE Nano Disposable - Red Apple | $7.00 | $7.00 |

Total quantities shipped: **4**

| | |
|---|---|
| Subtotal: | $71.49 |
| Total: | $71.49 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003075



# INVOICE

| | |
|---|---|
| **Order #** | 232646 |
| **Date** | Nov 29, 2021 |
| **Total** | $6,600.00 |


**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 60 | Fume Infinity 3500 Puffs - Blue Razz | $10.00 | $600.00 |
| 50 | Fume Infinity 3500 Puffs - Blueberry Mint | $10.00 | $500.00 |
| 80 | Fume Infinity 3500 Puffs - Mint Ice | $10.00 | $800.00 |
| 40 | Fume Infinity 3500 Puffs - Purple Rain | $10.00 | $400.00 |
| 60 | Fume Infinity 3500 Puffs - Rainbow Candy | $10.00 | $600.00 |
| 60 | Fume Infinity 3500 Puffs - Tropical Punch | $10.00 | $600.00 |
| 60 | Fume Infinity 3500 Puffs - Banana Ice | $10.00 | $600.00 |
| 50 | Fume Infinity 3500 Puffs - Cotton Candy | $10.00 | $500.00 |
| 80 | Fume Infinity 3500 Puffs - Lush Ice | $10.00 | $800.00 |
| 60 | Fume Infinity 3500 Puffs - Lychee Ice | $10.00 | $600.00 |
| 60 | Fume Infinity 3500 Puffs - Strawberry Banana | $10.00 | $600.00 |

Total quantities shipped: **660**

**Customer Note:** pls deliver to rz ling island

| | |
|---|---|
| Subtotal: | $6,600.00 |
| Total: | $6,600.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003076

# INVOICE

**PAID**

| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | |
| 232650 | Nov 29, 2021 | $1,765.00 | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Fume Infinity 3500 Puffs - Blue Razz | $10.00 | $100.00 |
| 10 | Fume Infinity 3500 Puffs - Blueberry Mint | $10.00 | $100.00 |
| 10 | Fume Infinity 3500 Puffs - Mint Ice | $10.00 | $100.00 |
| 10 | Fume Infinity 3500 Puffs - Purple Rain | $10.00 | $100.00 |
| 10 | Fume Infinity 3500 Puffs - Rainbow Candy | $10.00 | $100.00 |
| 10 | Fume Infinity 3500 Puffs - Tropical Punch | $10.00 | $100.00 |
| 10 | Fume Infinity 3500 Puffs - Banana Ice | $10.00 | $100.00 |
| 10 | Fume Infinity 3500 Puffs - Cotton Candy | $10.00 | $100.00 |
| 10 | Fume Infinity 3500 Puffs - Lush Ice | $10.00 | $100.00 |
| 10 | Fume Infinity 3500 Puffs - Lychee Ice | $10.00 | $100.00 |
| 10 | Fume Infinity 3500 Puffs - Pina Colada | $10.00 | $100.00 |
| 10 | Fume Infinity 3500 Puffs - Strawberry Banana | $10.00 | $100.00 |
| 10 | Kalibloom Kik - DELTA 8 Disposable 1000mg - Sativa - Lemon Cake | $13.00 | $130.00 |
| 10 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Gelato 41 | $14.50 | $145.00 |
| 10 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Banana Runtz | $14.50 | $145.00 |
| 10 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - OG Kush | $14.50 | $145.00 |

Total quantities shipped: **160**

**Customer Note:** pls deliver to rz Long Island

Subtotal: $1,765.00
Total: $1,765.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003077

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 232663 | Nov 29, 2021 | $10,080.00 |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 40 | Fume Ultra 2500 Puffs - Blueberry Mint | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Cotton Candy | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Double Apple | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Gummy Bears | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Lush Ice | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Melon Ice | $8.00 | $320.00 |
| 60 | Fume Ultra 2500 Puffs - Mint Ice | $8.00 | $480.00 |
| 40 | Fume Ultra 2500 Puffs - Peach Ice | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Pina Colada | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Pineapple Ice | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Rainbow Candy | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Strawberry Banana | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Strawberry Mango | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Strawberry Watermelon | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Tangerine Ice | $8.00 | $320.00 |
| 40 | Fume Ultra 2500 Puffs - Tropical Fruit | $8.00 | $320.00 |
| 40 | Fume Infinity 3500 Puffs - Blue Razz | $10.00 | $400.00 |
| 40 | Fume Infinity 3500 Puffs - Blueberry Mint | $10.00 | $400.00 |
| 40 | Fume Infinity 3500 Puffs - Mint Ice | $10.00 | $400.00 |
| 40 | Fume Infinity 3500 Puffs - Purple Rain | $10.00 | $400.00 |
| 40 | Fume Infinity 3500 Puffs - Rainbow Candy | $10.00 | $400.00 |
| 40 | Fume Infinity 3500 Puffs - Tropical Punch | $10.00 | $400.00 |
| 40 | Fume Infinity 3500 Puffs - Banana Ice | $10.00 | $400.00 |
| 40 | Fume Infinity 3500 Puffs - Cotton Candy | $10.00 | $400.00 |
| 40 | Fume Infinity 3500 Puffs - Lush Ice | $10.00 | $400.00 |
| 40 | Fume Infinity 3500 Puffs - Lychee Ice | $10.00 | $400.00 |
| 40 | Fume Infinity 3500 Puffs - Pina Colada | $10.00 | $400.00 |
| 40 | Fume Infinity 3500 Puffs - Strawberry Banana | $10.00 | $400.00 |

Total quantities shipped: **1140**

**Customer Note:** pls deliver to rz Long Island

| | |
|---|---|
| Subtotal: | $10,080.00 |
| Total: | $10,080.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003078



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 233799 | Dec 3, 2021 | $1,041.00 |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Hawaiian Pog By Nkd100 Salts 30ml - 35mg | $6.00 | $18.00 |
| 3 | Euro Gold By Naked100 60ml (Tobacco Series) - 6mg | $7.00 | $21.00 |
| 5 | Berry By Naked100 60ml (Menthol Series) - 3mg | $7.00 | $35.00 |
| 10 | SLIK Twist 900 mAh + USB Charger - Black | $5.00 | $50.00 |
| 10 | SLIK Twist 900 mAh + USB Charger - Silver | $5.00 | $50.00 |
| 3 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $45.00 | $135.00 |
| 10 | Fume Ultra 2500 Puffs - Cotton Candy | $8.00 | $80.00 |
| 10 | Fume Ultra 2500 Puffs - Grape | $8.00 | $80.00 |
| 10 | Fume Ultra 2500 Puffs - Pina Colada | $8.00 | $80.00 |
| 20 | Fume Ultra 2500 Puffs - Rainbow Candy | $8.00 | $160.00 |
| 20 | Fume Ultra 2500 Puffs - Strawberry Mango | $8.00 | $160.00 |
| 20 | Fume Ultra 2500 Puffs - Tangerine Ice | $8.00 | $160.00 |
| 1 | MYLE Nano Disposable - Peach | $6.00 | $6.00 |
| 1 | MYLE Nano Disposable - White Grape | $6.00 | $6.00 |

Total quantities shipped: **126**

**Customer Note:** Please deliver to Rz Long island

| | |
|---|---|
| Subtotal: | $1,041.00 |
| Total: | $1,041.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003079



# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 233899 | Dec 5, 2021 | **$160.00** |


**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 1 | Fume Ultra 2500 Puffs 10pk - Blueberry Mint | $80.00 | $80.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Peach Ice | $80.00 | $80.00 |

Total quantities shipped: **2**

**Customer Note:** Pls deliver to Rz smoke

| | |
|---|---|
| Subtotal: | $160.00 |
| Total: | $160.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003080

# INVOICE



| Order # | Date | Total | |
|---------|------|-------|---|
| 235034 | Dec 14, 2021 | **$253.25** |  **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 1 | Wild Berry Incense Sticks - Blend 22 | $7.00 | $7.00 |
| 1 | Wild Berry Incense Sticks - Champa Flower | $7.00 | $7.00 |
| 1 | Wild Berry Incense Sticks - Tranquility | $7.00 | $7.00 |
| 1 | Tips By RAW - 100 Tips Per Tin 6pk | $21.00 | $21.00 |
| 1 | Doob Tubes - Large Funnies 25ct | $9.50 | $9.50 |
| 1 | Doob Tubes - Small Funnies 25ct | $8.00 | $8.00 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Hybrid - Purple Punch | $38.75 | $38.75 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Hybrid - Skywalker OG | $38.75 | $38.75 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Indica - LA Confidential | $38.75 | $38.75 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Indica - OG Kush | $38.75 | $38.75 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Indica - Slurricane | $38.75 | $38.75 |

Total quantities shipped: **11**

**Customer Note:** pls deliver to rz li

Subtotal: $253.25
Total: $253.25

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003081

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 235394 | Dec 17, 2021 | **$3,150.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 150 | Black By OPMS - 5ct | $21.00 | $3,150.00 |

Total quantities shipped: **150**

**Customer Note:** Pls deliver to Rz long Island

| | |
|---|---|
| Subtotal: | $3,150.00 |
| Total: | $3,150.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003082

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 235787 | Dec 21, 2021 | **$5,917.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Box 10pk - Strawberry Watermelon | $70.00 | $350.00 |
| 5 | Air Bar Box 10pk - Watermelon Apple Ice | $70.00 | $350.00 |
| 5 | Air Bar Box 10pk - Watermelon Candy | $70.00 | $350.00 |
| 5 | Air Bar Diamond 10pk - Banana Ice | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Cranberry Lemonade Ice | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Grape Ice | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Mango | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Mango Strawberry | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Peach | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Pineapple Ice | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Pink Lemonade | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Red Mojito | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Sakura Grape | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Shake Shake | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Sour Apple | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Strawberry Banana | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Strawberry Kiwi | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Strawberry Watermelon | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Watermelon Candy | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Watermelon Ice | $37.00 | $185.00 |
| 1 | Air Bar Lux 10pk - Blueberry Ice | $42.00 | $42.00 |
| 5 | Air Bar Lux 10pk - Cranberry Lemonade Ice | $42.00 | $210.00 |
| 5 | Air Bar Lux 10pk - Grape Ice | $42.00 | $210.00 |
| 5 | Air Bar Lux 10pk - Green Apple Ice | $42.00 | $210.00 |
| 5 | Air Bar Lux 10pk - Raspberry Watermelon | $42.00 | $210.00 |
| 5 | Air Bar Lux 10pk - Strawberry Wafer Biscuit | $42.00 | $210.00 |
| 5 | Air Bar Lux 10pk - Strawberry Watermelon | $42.00 | $210.00 |
| 5 | Air Bar Lux 10pk - Watermelon Apple Ice | $42.00 | $210.00 |
| 5 | Air Bar Lux 10pk - Watermelon Ice | $42.00 | $210.00 |

Total quantities shipped: **141**

| | |
|---|---|
| Subtotal: | $5,917.00 |
| Total: | $5,917.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003083

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 235804 | Dec 21, 2021 | **$630.00** |  PAID |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Box 10pk - Blueberry Ice | $70.00 | $350.00 |
| 4 | Air Bar Box 10pk - Sour Apple Ice | $70.00 | $280.00 |

Total quantities shipped: **9**

| | |
|---|---|
| Subtotal: | $630.00 |
| Total: | $630.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003084

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 235806 | Dec 21, 2021 | **$2,475.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | 2027 Date 7 2000 Puffs By Air Bar - Blueberry Ice | $55.00 | $275.00 |
| 5 | 2027 Date 7 2000 Puffs By Air Bar - Cool Lemon | $55.00 | $275.00 |
| 5 | 2027 Date 7 2000 Puffs By Air Bar - Cool Mint | $55.00 | $275.00 |
| 5 | 2027 Date 7 2000 Puffs By Air Bar - Energy Drinks | $55.00 | $275.00 |
| 5 | 2027 Date 7 2000 Puffs By Air Bar - Monster Ice | $55.00 | $275.00 |
| 5 | 2027 Date 7 2000 Puffs By Air Bar - Strawberry Mango | $55.00 | $275.00 |
| 5 | 2027 Date 7 2000 Puffs By Air Bar - Watermelon Apple Ice | $55.00 | $275.00 |
| 5 | 2027 Date 7 2000 Puffs By Air Bar - Watermelon Candy | $55.00 | $275.00 |
| 5 | 2027 Date 7 2000 Puffs By Air Bar - Watermelon Ice | $55.00 | $275.00 |

Total quantities shipped: **45**

| | |
|---|---|
| Subtotal: | $2,475.00 |
| Total: | $2,475.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003085

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 235832 | Dec 21, 2021 | **$952.50** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473  Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Berry By Naked100 60ml (Menthol Series) - 6mg | $7.00 | $21.00 |
| 3 | Berry By Naked100 60ml (Menthol Series) - 3mg | $7.00 | $21.00 |
| 3 | Really Berry By Naked100 60ml - 3mg | $7.00 | $21.00 |
| 3 | ALTO Pods 5pk By VUSE - Menthol 5.0% 4pk | $72.00 | $216.00 |
| 1 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $78.00 |
| 1 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $78.00 |
| 1 | Cake - DELTA 8 Disposable 5pk - Hybrid - Purple Punch | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Indica - Blueberry Cookies | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Sativa - Cereal Milk | $72.50 | $72.50 |
| 1 | Cake - DELTA 10 Disposable 5pk - Sativa - AK-47 | $75.00 | $75.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Sativa - Green Crack | $75.00 | $75.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Sativa - Pineapple Express | $75.00 | $75.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Sativa - Super Sour Diesel | $75.00 | $75.00 |

Total quantities shipped: **21**

Subtotal: $952.50
Total: $952.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003086



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 236092 | Dec 23, 2021 | $300.00 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | DELTA 9 Gummies 400mg By Green CBD - Blue Razz | $12.00 | $60.00 |
| 5 | DELTA 9 Gummies 400mg By Green CBD - Mango | $12.00 | $60.00 |
| 5 | DELTA 9 Gummies 400mg By Green CBD - Pink Lemonade | $12.00 | $60.00 |
| 5 | DELTA 9 Gummies 400mg By Green CBD - Strawberry | $12.00 | $60.00 |
| 5 | DELTA 9 Gummies 400mg By Green CBD - Watermelon | $12.00 | $60.00 |

Total quantities shipped: **25**

**Customer Note:** pls deliver to rz Long Island

| | |
|---|---|
| Subtotal: | $300.00 |
| Total: | $300.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003087

 **INVOICE**

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 236207 | Dec 23, 2021 | **$329.60** |  **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 8 | Air Bar Lux 10pk - Sour Apple | $4.20 | $33.60 |
| 2 | Air Bar Diamond 10pk - Grape Ice | $37.00 | $74.00 |
| 1 | Air Bar Diamond 10pk - Peach | $37.00 | $37.00 |
| 1 | Air Bar Diamond 10pk - Pink Lemonade | $37.00 | $37.00 |
| 2 | Air Bar Diamond 10pk - Sakura Grape | $37.00 | $74.00 |
| 2 | Air Bar Diamond 10pk - Watermelon Ice | $37.00 | $74.00 |

Total quantities shipped: **16**

| | |
|---|---|
| Subtotal: | $329.60 |
| Total: | $329.60 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003088

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 236861 | Dec 28, 2021 | **$227.50** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Cake - DELTA 8 Disposable 5pk - Indica - Strawberry Cough | $72.50 | $72.50 |
| 1 | Cake - DELTA 10 Disposable 5pk - Sativa - Pineapple Express | $75.00 | $75.00 |
| 1 | Hyde Retro Recharge 4000 Puffs 10pk - Minty O's | $80.00 | $80.00 |

Total quantities shipped: **3**

**Customer Note:** Pls deliver to Rz Li

| | |
|---|---|
| Subtotal: | $227.50 |
| Total: | $227.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003089

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | **PAID**  |
| 236883 | Dec 28, 2021 | **$960.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Honeydew Punch | $80.00 | $160.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Mango Peaches & Cream | $80.00 | $160.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $80.00 | $160.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Peach Mango Watermelon | $80.00 | $160.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Pineapple Peach Mango | $80.00 | $160.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Power | $80.00 | $160.00 |

Total quantities shipped: **12**

**Customer Note:** Pls deliver to Rz Long Island

| | |
|---|---|
| Subtotal: | $960.00 |
| Total: | $960.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003090



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 236932 | Dec 28, 2021 | **$194.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Tobacco Red | $55.00 | $55.00 |
| 1 | Airis Drip 2600 Puffs 10pk - CLEAR - No Flavor | $50.00 | $50.00 |
| 1 | Cake - DELTA 8 Disposable 5pk - Hybrid - Gelato 41 | $72.50 | $72.50 |
| 1 | DELTA MAN - Delta 10 Gummies - Apple Rings 500mg | $8.50 | $8.50 |
| 1 | DELTA MAN - Delta 10 Gummies - Neon Bears 500mg | $8.50 | $8.50 |

Total quantities shipped: **5**

|  |  |
|---|---|
| Subtotal: | $194.50 |
| Total: | $194.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003091

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** 237447 | **Date** Jan 3, 2022 | **Total** $7,566.00 | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473  Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Pod Mesh 5500 Puffs 10pk - Banana Frost | $82.50 | $247.50 |
| 2 | Pod Mesh 5500 Puffs 10pk - Berry Lush Apple | $82.50 | $165.00 |
| 2 | Pod Mesh 5500 Puffs 10pk - Blue Razz Chew | $82.50 | $165.00 |
| 3 | Pod Mesh 5500 Puffs 10pk - Chilled Blue Razz | $82.50 | $247.50 |
| 2 | Pod Mesh 5500 Puffs 10pk - Cookies & Cream | $82.50 | $165.00 |
| 2 | Pod Mesh 5500 Puffs 10pk - Frozen Sour Apple | $82.50 | $165.00 |
| 1 | Pod Mesh 5500 Puffs 10pk - Frozen Strawberry Guava | $82.50 | $82.50 |
| 2 | Pod Mesh 5500 Puffs 10pk - Glacier Fuji Apple | $82.50 | $165.00 |
| 1 | Pod Mesh 5500 Puffs 10pk - Glazed Donut | $82.50 | $82.50 |
| 3 | Pod Mesh 5500 Puffs 10pk - Hawaiian | $82.50 | $247.50 |
| 3 | Pod Mesh 5500 Puffs 10pk - Loops | $82.50 | $247.50 |
| 2 | Pod Mesh 5500 Puffs 10pk - Marshmallow | $82.50 | $165.00 |
| 3 | Pod Mesh 5500 Puffs 10pk - Peblz | $82.50 | $247.50 |
| 3 | Pod Mesh 5500 Puffs 10pk - Pod Energy | $82.50 | $247.50 |
| 3 | Pod Mesh 5500 Puffs 10pk - Polar Peach | $82.50 | $247.50 |
| 2 | Pod Mesh 5500 Puffs 10pk - Sour Strawberry Gummy | $82.50 | $165.00 |
| 3 | Pod Mesh 5500 Puffs 10pk - Strawberry Kiwi | $82.50 | $247.50 |
| 1 | Pod Mesh 5500 Puffs 10pk - Strawberry Snow Cone | $82.50 | $82.50 |
| 3 | Pod Mesh 5500 Puffs 10pk - Watermelon Soft Chew | $82.50 | $247.50 |
| 3 | Pod Mesh FLO 3500 Puffs 10pk - Berry Cotton Carnival | $75.00 | $225.00 |
| 3 | Pod Mesh FLO 3500 Puffs 10pk - Berry Watermelon | $75.00 | $225.00 |
| 2 | Pod Mesh FLO 3500 Puffs 10pk - Blueberry Muffin | $75.00 | $150.00 |
| 2 | Pod Mesh FLO 3500 Puffs 10pk - Cookies & Cream | $75.00 | $150.00 |
| 2 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Banana | $75.00 | $150.00 |
| 3 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Blue Razz | $75.00 | $225.00 |
| 2 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Cola | $75.00 | $150.00 |
| 3 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Guava Berry | $75.00 | $225.00 |
| 3 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Lush | $75.00 | $225.00 |
| 3 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Mango Strawberry | $75.00 | $225.00 |
| 3 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Strawberry | $75.00 | $225.00 |
| 3 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Tropical Peach | $75.00 | $225.00 |
| 2 | Pod Mesh FLO 3500 Puffs 10pk - Marshmallow | $75.00 | $150.00 |
| 3 | Pod Mesh FLO 3500 Puffs 10pk - Strawberry Kiwi | $75.00 | $225.00 |
| 3 | Pod Mesh FLO 3500 Puffs 10pk - Watermelon Chew | $75.00 | $225.00 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |

Total quantities shipped: **96**

Customer Note: pls deliver to rz Long Island

| | |
|---|---|
| Subtotal: | $7,566.00 |
| Total: | $7,566.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003092

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 237698 | Jan 5, 2022 | **$271.25** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Cake - DELTA 8 Cartridge 5pk - Hybrid - Thin Mint Shake | $38.75 | $38.75 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Indica - Banana Cookies | $38.75 | $38.75 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Indica - King Louis XIII | $38.75 | $38.75 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Indica - LA Confidential | $38.75 | $38.75 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Indica - OG Kush | $38.75 | $38.75 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Indica - Slurricane | $38.75 | $38.75 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Indica - Texas Pound Cake | $38.75 | $38.75 |

Total quantities shipped: 7

Subtotal: $271.25
Total: $271.25

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003093


# INVOICE

| Order # | Date | Total |
|---|---|---|
| 237707 | Jan 5, 2022 | **$820.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Hyde Edge Rave Recharge 3% Nicotine 4000 Puffs 10pk - Banana Ice | $85.00 | $85.00 |
| 1 | Hyde Edge Rave Recharge 3% Nicotine 4000 Puffs 10pk - Dewberry | $85.00 | $85.00 |
| 1 | Hyde Edge Rave Recharge 3% Nicotine 4000 Puffs 10pk - Peachy | $85.00 | $85.00 |
| 1 | Hyde Edge Rave Recharge 3% Nicotine 4000 Puffs 10pk - Summer LUV | $85.00 | $85.00 |
| 1 | Hyde Rebel Recharge 4500 Puffs 10pk - Banana Ice | $80.00 | $80.00 |
| 1 | Hyde Rebel Recharge 4500 Puffs 10pk - Peach Mango Watermelon | $80.00 | $80.00 |
| 1 | Hyde Rebel Recharge 4500 Puffs 10pk - Strawberry Banana | $80.00 | $80.00 |
| 1 | Hyde Rebel Recharge 4500 Puffs 10pk - Strawberry Kiwi | $80.00 | $80.00 |
| 1 | Hyde Rebel Recharge 4500 Puffs 10pk - Strawberries & Cream | $80.00 | $80.00 |
| 1 | Hyde Rebel Recharge 4500 Puffs 10pk - Summer LUV | $80.00 | $80.00 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $820.00 |
| Total: | $820.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003094

# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 237950 | Jan 6, 2022 | **$1,050.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 3 | Air Bar Box 10pk - Energy Drinks | $70.00 | $210.00 |
| 3 | Air Bar Box 10pk - Monster Ice | $70.00 | $210.00 |
| 3 | Air Bar Box 10pk - Sour Apple Ice | $70.00 | $210.00 |
| 3 | Air Bar Box 10pk - Strawberry Kiwi | $70.00 | $210.00 |
| 3 | Air Bar Box 10pk - Strawberry Watermelon | $70.00 | $210.00 |

Total quantities shipped: **15**

|  |  |
|---|---|
| Subtotal: | $1,050.00 |
| Total: | $1,050.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003095

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 237957 | Jan 6, 2022 | **$1,987.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 15 | Air Bar Diamond 10pk - Blueberry Kiwi Ice | $37.00 | $555.00 |
| 10 | Air Bar Diamond 10pk - Love Story | $37.00 | $370.00 |
| 6 | Air Bar Diamond 10pk - Watermelon Ice | $37.00 | $222.00 |
| 4 | Air Bar Box 10pk - Energy Drinks | $70.00 | $280.00 |
| 4 | Air Bar Box 10pk - Monster Ice | $70.00 | $280.00 |
| 4 | Air Bar Box 10pk - Strawberry Kiwi | $70.00 | $280.00 |

Total quantities shipped: **43**

|  |  |
|---|---|
| Subtotal: | $1,987.00 |
| Total: | $1,987.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003096



# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 237960 | Jan 6, 2022 | $766.00 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 1 | Air Bar Box 10pk - Energy Drinks | $70.00 | $70.00 |
| 1 | Air Bar Box 10pk - Strawberry Kiwi | $70.00 | $70.00 |
| 1 | Air Bar Box 10pk - Strawberry Watermelon | $70.00 | $70.00 |
| 1 | Air Bar Diamond 10pk - Blueberry Ice | $37.00 | $37.00 |
| 1 | Air Bar Diamond 10pk - Blueberry Kiwi Ice | $37.00 | $37.00 |
| 1 | Air Bar Diamond 10pk - Love Story | $37.00 | $37.00 |
| 1 | Air Bar Diamond 10pk - Mango | $37.00 | $37.00 |
| 1 | Air Bar Diamond 10pk - Mango Strawberry | $37.00 | $37.00 |
| 1 | Air Bar Diamond 10pk - Peach | $37.00 | $37.00 |
| 1 | Air Bar Diamond 10pk - Peach Mango | $37.00 | $37.00 |
| 1 | Air Bar Diamond 10pk - Pineapple Ice | $37.00 | $37.00 |
| 1 | Air Bar Diamond 10pk - Strawberry Banana | $37.00 | $37.00 |
| 1 | Air Bar Diamond 10pk - Watermelon Ice | $37.00 | $37.00 |
| 1 | Air Bar Max 10pk - Red Mojito | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Sakura Grape | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Watermelon Candy | $62.00 | $62.00 |

Total quantities shipped: **16**

Subtotal: $766.00
Total: $766.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003097

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 237961 | Jan 6, 2022 | **$2,520.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473  Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Lux 10pk - Blueberry Ice | $42.00 | $210.00 |
| 25 | Air Bar Lux 10pk - Energy Drinks | $42.00 | $1,050.00 |
| 10 | Air Bar Lux 10pk - Grape Ice | $42.00 | $420.00 |
| 10 | Air Bar Lux 10pk - Pineapple Ice | $42.00 | $420.00 |
| 5 | Air Bar Lux 10pk - Raspberry Watermelon | $42.00 | $210.00 |
| 5 | Air Bar Lux 10pk - Strawberry Watermelon | $42.00 | $210.00 |

Total quantities shipped: **60**

| | |
|---|---|
| Subtotal: | $2,520.00 |
| Total: | $2,520.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003098

 **INVOICE**

| | Order # | Date | Total |
|---|---|---|---|
| | 238009 | Jan 6, 2022 | **$1,638.00** |

 **PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 3 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $234.00 |
| 3 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $234.00 |
| 3 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $78.00 | $234.00 |

Total quantities shipped: **21**

|  | |
|---|---|
| Subtotal: | $1,638.00 |
| Total: | $1,638.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003099

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 238148 | Jan 7, 2022 | **$3,243.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Air Bar Box 10pk - Strawberry Kiwi | $70.00 | $140.00 |
| 4 | Air Bar Lux 10pk - Pineapple Ice | $42.00 | $168.00 |
| 2 | Air Bar Max 10pk - Watermelon Candy | $62.00 | $124.00 |
| 8 | Air Bar Max 10pk - Cool Mint | $62.00 | $496.00 |
| 8 | Air Bar Diamond 10pk - Blueberry Kiwi Ice | $37.00 | $296.00 |
| 12 | Air Bar Diamond 10pk - Love Story | $37.00 | $444.00 |
| 7 | Air Bar Diamond 10pk - Peach | $37.00 | $259.00 |
| 6 | Air Bar Diamond 10pk - Peach Mango | $37.00 | $222.00 |
| 12 | Air Bar Diamond 10pk - Watermelon Candy | $37.00 | $444.00 |
| 10 | Air Bar Diamond 10pk - Watermelon Ice | $37.00 | $370.00 |
| 1 | Air Bar Box 10pk - Monster Ice | $70.00 | $70.00 |
| 3 | Air Bar Diamond 10pk - Blueberry Ice | $37.00 | $111.00 |
| 1 | Air Bar Diamond 10pk - Strawberry Kiwi | $37.00 | $37.00 |
| 1 | Air Bar Max 10pk - Monster Ice | $62.00 | $62.00 |

Total quantities shipped: 77

Subtotal: $3,243.00
Total: $3,243.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003100



# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 238554 | Jan 10, 2022 | **$425.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Cake - DELTA 8 Disposable 5pk - Hybrid - Honey Glue | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Hybrid - White Runtz | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Indica - PB & J | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Indica - Texas Pound Cake | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Indica - Wedding Cake | $72.50 | $72.50 |
| 5 | Kalibloom Kik - DELTA 8 Disposable 1000mg - Sativa - Lemon Cake | $12.50 | $62.50 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $425.00 |
| Total: | $425.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003101

Case 1:24-cv-05161-GHW-JW   Document 206-9   Filed 06/04/26   Page 62 of 263

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 238845 | Jan 12, 2022 | **$630.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 10pk - Energy Drinks | $70.00 | $70.00 |
| 2 | Air Bar Box 10pk - Mix Berries | $70.00 | $140.00 |
| 2 | Air Bar Box 10pk - Monster Ice | $70.00 | $140.00 |
| 2 | Air Bar Box 10pk - Watermelon Apple Ice | $70.00 | $140.00 |
| 2 | Air Bar Box 10pk - Watermelon Candy | $70.00 | $140.00 |

Total quantities shipped: **9**

Subtotal: $630.00
Total: $630.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003102

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 238973 | Jan 13, 2022 | $1,061.00 |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Blue Razz Ice | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Green Energy Drink | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Jungle Juice | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Kiwi Blueberry Ice | $55.00 | $55.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Peach Ice | $55.00 | $110.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Rainbow | $55.00 | $55.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Watermelon | $55.00 | $110.00 |
| 1 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $78.00 |
| 1 | Monster Bars 3500 Puffs 10pk - Mixed Berry | $75.00 | $75.00 |
| 1 | Monster Bars 3500 Puffs 10pk - Mixed Berry Ice | $75.00 | $75.00 |
| 1 | Monster Bars 3500 Puffs 10pk - Strawberry Jam | $75.00 | $75.00 |
| 1 | Black Single Wide 25pk By RAW - Classic | $13.00 | $13.00 |
| 1 | Monster Bars 3500 Puffs 10pk - Strawberry Kiwi Pomegranate | $75.00 | $75.00 |
| 1 | Monster Bars 3500 Puffs 10pk - Strawberry Kiwi Pomegranate Ice | $75.00 | $75.00 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $45.00 | $45.00 |

Total quantities shipped: **18**

**Customer Note:** Please deliver to Rz li

|  |  |
|---|---|
| Subtotal: | $1,061.00 |
| Total: | $1,061.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003103



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 239392 | Jan 18, 2022 | **$1,110.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Diamond 10pk - Blueberry Ice | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Energy Drinks | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Love Story | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Peach | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Peach Mango | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Watermelon Ice | $37.00 | $185.00 |

Total quantities shipped: **30**

| | |
|---|---|
| Subtotal: | $1,110.00 |
| Total: | $1,110.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003104

# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 239395 | Jan 18, 2022 | **$560.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 4 | Air Bar Box 10pk - Blueberry Raspberry | $70.00 | $280.00 |
| 4 | Air Bar Box 10pk - Watermelon Ice | $70.00 | $280.00 |

Total quantities shipped: **8**

| | |
|---|---|
| Subtotal: | $560.00 |
| Total: | $560.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003105

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 239407 | Jan 18, 2022 | **$1,508.00** | **PAID**  |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 8 | Air Bar Diamond 10pk - Blueberry Ice | $37.00 | $296.00 |
| 5 | Air Bar Diamond 10pk - Love Story | $37.00 | $185.00 |
| 2 | Air Bar Diamond 10pk - Mango Strawberry | $37.00 | $74.00 |
| 3 | Air Bar Diamond 10pk - Peach | $37.00 | $111.00 |
| 6 | Air Bar Diamond 10pk - Peach Mango | $37.00 | $222.00 |
| 5 | Air Bar Diamond 10pk - Strawberry Kiwi | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Strawberry Watermelon | $37.00 | $185.00 |
| 2 | Air Bar Lux 10pk - Grape Ice | $42.00 | $84.00 |
| 1 | Air Bar Lux 10pk - Pineapple Ice | $42.00 | $42.00 |
| 1 | Air Bar Max 10pk - Pudding | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Strawberry Kiwi | $62.00 | $62.00 |

Total quantities shipped: **39**

Subtotal: $1,508.00
Total: $1,508.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003106

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 239408 | Jan 18, 2022 | **$247.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Diamond 10pk - Strawberry Watermelon | $37.00 | $37.00 |
| 1 | Air Bar Box 10pk - Strawberry Watermelon | $70.00 | $70.00 |
| 2 | Air Bar Box 10pk - Watermelon Ice | $70.00 | $140.00 |

Total quantities shipped: **4**

| | |
|---|---|
| Subtotal: | $247.00 |
| Total: | $247.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003107

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 239445 | Jan 18, 2022 | **$279.75** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Cake - DELTA 10 Disposable 5pk - Hybrid - Gorilla Glue | $75.00 | $75.00 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 4pk | $72.00 | $144.00 |
| 3 | Lava Flow By Naked100 60ml (Ice Series) - 3mg | $6.75 | $20.25 |
| 1 | Lava Flow By Naked100 60ml (Ice Series) - 3mg | $6.75 | $6.75 |
| 4 | Lava Flow By Naked100 60ml (Ice Series) - 6mg | $6.75 | $27.00 |
| 1 | Lava Flow By Naked100 60ml (Ice Series) - 6mg | $6.75 | $6.75 |

Total quantities shipped: **12**

Subtotal: $279.75
Total: $279.75

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003108

# INVOICE

| | | |
|---|---|---|
| **Order #** | **Date** | **Total** |
| 239451 | Jan 18, 2022 | **$1,983.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Air Bar Box 10pk - Blueberry Raspberry | $70.00 | $280.00 |
| 4 | Air Bar Box 10pk - Watermelon Ice | $70.00 | $280.00 |
| 3 | Air Bar Max 10pk - Strawberry Kiwi | $62.00 | $186.00 |
| 3 | Air Bar Max 10pk - Watermelon Ice | $62.00 | $186.00 |
| 2 | Air Bar Lux 10pk - Blueberry Ice | $42.00 | $84.00 |
| 1 | Air Bar Lux 10pk - Watermelon Apple Ice | $42.00 | $42.00 |
| 10 | Air Bar Diamond 10pk - Cranberry Lemonade Ice | $37.00 | $370.00 |
| 5 | Air Bar Diamond 10pk - Peach | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Strawberry Kiwi | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Watermelon Ice | $37.00 | $185.00 |

Total quantities shipped: **42**

| | |
|---|---|
| Subtotal: | $1,983.00 |
| Total: | $1,983.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003109

Case 1:24-cv-05161-GHW-JW  Document 206-9  Filed 06/04/26  Page 70 of 263



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 239459 | Jan 18, 2022 | **$144.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473  Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 10pk - Strawberry Watermelon | $70.00 | $70.00 |
| 2 | Air Bar Diamond 10pk - Peach | $37.00 | $74.00 |

Total quantities shipped: **3**

| | |
|---|---|
| Subtotal: | $144.00 |
| Total: | $144.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003110

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 239514 | Jan 18, 2022 | **$1,182.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Pod Mesh 2500 Puffs 10pk - Blueberry Muffin | $70.00 | $140.00 |
| 2 | Pod Mesh 2500 Puffs 10pk - Glazed Donut | $70.00 | $140.00 |
| 2 | Pod Mesh 2500 Puffs 10pk - Strawberry Belts | $70.00 | $140.00 |
| 2 | Pod Mesh 2500 Puffs 10pk - Strawberry Lemonade | $70.00 | $140.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Fresh Vanilla | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Fruit Punch | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Mango Peaches & Cream | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Philippine Mango | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Rainbow | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Watermelon Ice Cream | $85.00 | $85.00 |
| 5 | Delta Extrax - Chronix Delta 9 Gummies 100mg 5pk - Green Apple | $18.75 | $93.75 |
| 1 | Delta Extrax - Chronix Delta 9 Gummies 100mg 5pk - Green Apple | $18.75 | $18.75 |

Total quantities shipped: **20**

| | |
|---|---|
| Subtotal: | $1,182.50 |
| Total: | $1,182.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003111

# INVOICE





| Order # | Date | Total |
|---|---|---|
| 239932 | Jan 21, 2022 | **$3,648.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Box 10pk - Strawberry Watermelon | $70.00 | $350.00 |
| 1 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $78.00 |
| 7 | Air Bar Box 10pk - Blueberry Ice | $70.00 | $490.00 |
| 7 | Air Bar Box 10pk - Monster Ice | $70.00 | $490.00 |
| 7 | Air Bar Box 10pk - Pineapple Shake | $70.00 | $490.00 |
| 5 | Air Bar Box 10pk - Strawberry Kiwi | $70.00 | $350.00 |
| 7 | Air Bar Box 10pk - Strawberry Mango | $70.00 | $490.00 |
| 7 | Air Bar Box 10pk - Vitamin Water | $70.00 | $490.00 |
| 3 | Air Bar Box 10pk - Watermelon Candy | $70.00 | $210.00 |
| 3 | Air Bar Box 10pk - Watermelon Ice | $70.00 | $210.00 |

Total quantities shipped: **52**

| | |
|---|---|
| Subtotal: | $3,648.00 |
| Total: | $3,648.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003112

 **INVOICE**

 **PAID**

| Order # | Date | Total |
|---|---|---|
| 239975 | Jan 21, 2022 | **$350.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Box 10pk - Watermelon Candy | $70.00 | $350.00 |

Total quantities shipped: **5**

| | |
|---|---|
| Subtotal: | $350.00 |
| Total: | $350.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003113

 **INVOICE**

| Order # | Date | Total |
|---------|------|-------|
| 239997 | Jan 21, 2022 | **$680.00** |

 **PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Blue Razz Ice | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Fruit Punch | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Rainbow | $85.00 | $85.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Raspberry Watermelon | $85.00 | $85.00 |
| 1 | Hyde Edge Rave Recharge 3% Nicotine 4000 Puffs 10pk - Peachy | $85.00 | $85.00 |
| 3 | Hyde Edge Rave Recharge 3% Nicotine 4000 Puffs 10pk - Summer LUV | $85.00 | $255.00 |

Total quantities shipped: **8**

|  |  |
|--|--|
| **Subtotal:** | $680.00 |
| **Total:** | $680.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003114


# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 240814 | Jan 24, 2022 | **$465.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Cake - DELTA 10 Disposable 5pk - Live Resin - Banana Rosin | $80.00 | $80.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Live Resin - Cherry Crumble | $80.00 | $80.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Live Resin - Sour Apple | $80.00 | $80.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Raspberry Peach | $75.00 | $75.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Raspberry Watermelon | $75.00 | $75.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Jolly Rancher | $75.00 | $75.00 |

Total quantities shipped: **6**

Subtotal: $465.00
Total: $465.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003115



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 240953 | Jan 24, 2022 | $1,806.00 |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | Air Bar Lux 10pk - Blueberry Kiwi Ice | $42.00 | $252.00 |
| 12 | Air Bar Lux 10pk - Strawberry Mango | $42.00 | $504.00 |
| 1 | Air Bar Lux 10pk - Strawberry Watermelon | $42.00 | $42.00 |
| 4 | Air Bar Lux 10pk - Watermelon Apple Ice | $42.00 | $168.00 |
| 2 | Air Bar Box 10pk - Strawberry Kiwi | $70.00 | $140.00 |
| 7 | Air Bar Box 10pk - Strawberry Watermelon | $70.00 | $490.00 |
| 2 | Air Bar Box 10pk - Cool Lemon | $70.00 | $140.00 |
| 1 | Air Bar Box 10pk - Vitamin Water | $70.00 | $70.00 |

Total quantities shipped: **35**

Subtotal: $1,806.00
Total: $1,806.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003116



# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 241535 | Jan 25, 2022 | **$720.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Blue Razz Ice | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Green Energy Drink | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Jungle Juice | $55.00 | $55.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Kiwi Blueberry Ice | $55.00 | $110.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Passion Fruit Mango | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango Watermelon | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Rainbow | $55.00 | $55.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Ice | $75.00 | $75.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Cool Mint | $75.00 | $75.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Jolly Rancher | $75.00 | $75.00 |

Total quantities shipped: **12**

Subtotal: $720.00
Total: $720.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003117

# INVOICE

| Order #  | Date         | Total    | PAID |
|----------|--------------|----------|------|
| 241714   | Jan 26, 2022 | $465.00  |      |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 2 | Cake - DELTA 8 Cartridge 5pk - Hybrid - Thin Mint Shake | $38.75 | $77.50 |
| 2 | Cake - DELTA 8 Cartridge 5pk - Hybrid - White Runtz | $38.75 | $77.50 |
| 2 | Cake - DELTA 8 Cartridge 5pk - Indica - Blueberry Cookies | $38.75 | $77.50 |
| 2 | Cake - DELTA 8 Cartridge 5pk - Indica - Strawberry Cough | $38.75 | $77.50 |
| 2 | Cake - DELTA 8 Cartridge 5pk - Sativa - Cereal Milk | $38.75 | $77.50 |
| 2 | Cake - DELTA 8 Cartridge 5pk - Sativa - Strawberry Sour Diesel | $38.75 | $77.50 |

Total quantities shipped: **12**

|  |  |
|--|--|
| Subtotal: | $465.00 |
| Total: | $465.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003118

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 241726 | Jan 26, 2022 | **$320.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Hyde Retro Recharge 4000 Puffs 10pk - Blue Razz | $80.00 | $160.00 |
| 2 | Hyde Retro Recharge 4000 Puffs 10pk - Lush Ice | $80.00 | $160.00 |

Total quantities shipped: **4**

|  |  |
|---|---|
| Subtotal: | $320.00 |
| Total: | $320.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003119



# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 241729 | Jan 26, 2022 | **$240.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 2 | Hyde Rebel Recharge 4500 Puffs 10pk - Raspberry Watermelon | $80.00 | $160.00 |
| 1 | Hyde Rebel Recharge 4500 Puffs 10pk - Summer LUV | $80.00 | $80.00 |

Total quantities shipped: **3**

| | |
|---|---|
| Subtotal: | $240.00 |
| Total: | $240.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003120

# INVOICE

| Order # | Date | Total |  |
|---------|------|-------|---------|
| 242156 | Jan 28, 2022 | **$6,000.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 10 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $50.00 | $500.00 |
| 10 | Fume Infinity 3500 Puffs 5pk - Blueberry Mint | $50.00 | $500.00 |
| 10 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $50.00 | $500.00 |
| 10 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $50.00 | $500.00 |
| 10 | Fume Infinity 3500 Puffs 5pk - Rainbow Candy | $50.00 | $500.00 |
| 10 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $50.00 | $500.00 |
| 10 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $50.00 | $500.00 |
| 10 | Fume Infinity 3500 Puffs 5pk - Double Apple | $50.00 | $500.00 |
| 10 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $50.00 | $500.00 |
| 10 | Fume Infinity 3500 Puffs 5pk - Peach Ice | $50.00 | $500.00 |
| 10 | Fume Infinity 3500 Puffs 5pk - Pina Colada | $50.00 | $500.00 |
| 10 | Fume Infinity 3500 Puffs 5pk - Strawberry Banana | $50.00 | $500.00 |

Total quantities shipped: **120**

Subtotal: $6,000.00
Total: $6,000.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003121

# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 242306 | Jan 28, 2022 | **$2,765.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 5 | Air Bar Max 10pk - Blueberry Lemon Ice | $62.00 | $310.00 |
| 2 | Air Bar Max 10pk - Strawberry Banana Ice | $62.00 | $124.00 |
| 10 | Air Bar Diamond 10pk - Blueberry Ice | $37.00 | $370.00 |
| 18 | Air Bar Diamond 10pk - Cranberry Lemonade Ice | $37.00 | $666.00 |
| 5 | Air Bar Diamond 10pk - Peach Mango | $37.00 | $185.00 |
| 7 | Air Bar Diamond 10pk - Pineapple Ice | $37.00 | $259.00 |
| 13 | Air Bar Diamond 10pk - Strawberry Kiwi | $37.00 | $481.00 |
| 10 | Air Bar Diamond 10pk - Watermelon Ice | $37.00 | $370.00 |

Total quantities shipped: **70**

| | |
|---|---|
| Subtotal: | $2,765.00 |
| Total: | $2,765.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003122

# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 242307 | Jan 28, 2022 | **$102.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 3 | Strawberry POM By Naked100 - 35mg Salt Nicotine - 30ml (TFN) | $6.75 | $20.25 |
| 1 | Strawberry POM By Naked100 - 35mg Salt Nicotine - 30ml (TFN) | $6.75 | $6.75 |
| 3 | Strawberry POM By Naked100 - 50mg Salt Nicotine - 30ml (TFN) | $6.00 | $18.00 |
| 1 | Strawberry POM By Naked100 - 50mg Salt Nicotine - 30ml (TFN) | $6.00 | $6.00 |
| 3 | Melon By Nkd100 Salts 30ml - 35mg | $6.00 | $18.00 |
| 1 | Melon By Nkd100 Salts 30ml - 35mg | $6.00 | $6.00 |
| 3 | Euro Gold By Naked100 - 6mg - 60ml | $6.75 | $20.25 |
| 1 | Euro Gold By Naked100 - 6mg - 60ml | $6.75 | $6.75 |

Total quantities shipped: **16**

|  |  |
|--|--|
| Subtotal: | $102.00 |
| Total: | $102.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003123

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 242308 | Jan 28, 2022 | **$2,430.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | Fume Ultra 2500 Puffs 10pk - Peach Ice | $80.00 | $480.00 |
| 12 | Fume Ultra 2500 Puffs 10pk - Pineapple Ice | $80.00 | $960.00 |
| 2 | Pod Mesh 5500 Puffs 10pk - Aloe Grape | $82.50 | $165.00 |
| 1 | Pod Mesh 5500 Puffs 10pk - Frozen Sour Apple | $82.50 | $82.50 |
| 2 | Pod Mesh 5500 Puffs 10pk - Glacier Fuji Apple | $82.50 | $165.00 |
| 2 | Pod Mesh 5500 Puffs 10pk - Glacier Grape Chew | $82.50 | $165.00 |
| 2 | Pod Mesh 5500 Puffs 10pk - Hawaiian | $82.50 | $165.00 |
| 1 | Pod Mesh 5500 Puffs 10pk - Strawberry Kiwi | $82.50 | $82.50 |
| 2 | Pod Mesh 5500 Puffs 10pk - Watermelon Soft Chew | $82.50 | $165.00 |

Total quantities shipped: **30**

Subtotal: **$2,430.00**
Total: **$2,430.00**

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003124

# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 242529 | Jan 31, 2022 | **$657.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 1 | Air Bar Box 10pk - Blueberry Ice | $73.00 | $73.00 |
| 4 | Air Bar Box 10pk - Cherry Lemon | $73.00 | $292.00 |
| 4 | Air Bar Box 10pk - Watermelon Ice | $73.00 | $292.00 |

Total quantities shipped: **9**

|  |  |
|--|--|
| Subtotal: | $657.00 |
| Total: | $657.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003125



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 242548 | Jan 31, 2022 | **$3,942.00** |


**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Air Bar Box 10pk - Cranberry Grape | $73.00 | $146.00 |
| 2 | Air Bar Box 10pk - Energy Drinks | $73.00 | $146.00 |
| 10 | Air Bar Box 10pk - Grape Ice | $73.00 | $730.00 |
| 10 | Air Bar Box 10pk - Mix Berries | $73.00 | $730.00 |
| 10 | Air Bar Box 10pk - Monster Ice | $73.00 | $730.00 |
| 2 | Air Bar Box 10pk - Strawberry Kiwi | $73.00 | $146.00 |
| 3 | Air Bar Box 10pk - Strawberry Watermelon | $73.00 | $219.00 |
| 2 | Air Bar Box 10pk - Vitamin Water | $73.00 | $146.00 |
| 10 | Air Bar Box 10pk - Watermelon Apple Ice | $73.00 | $730.00 |
| 3 | Air Bar Box 10pk - Watermelon Ice | $73.00 | $219.00 |

Total quantities shipped: **54**

Subtotal: $3,942.00
Total: $3,942.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003126

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 242558 | Jan 31, 2022 | **$1,175.00** | **PAID** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Air Bar Max 10pk - Blueberry Ice | $62.00 | $186.00 |
| 3 | Air Bar Max 10pk - Blueberry Raspberry | $62.00 | $186.00 |
| 8 | Air Bar Box 10pk - Cranberry Grape | $73.00 | $584.00 |
| 2 | Air Bar Box 10pk - Mix Berries | $73.00 | $146.00 |
| 1 | Air Bar Box 10pk - Watermelon Ice | $73.00 | $73.00 |

Total quantities shipped: **17**

| | |
|---|---|
| Subtotal: | $1,175.00 |
| Total: | $1,175.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003127

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 242588 | Jan 31, 2022 | **$372.00** |

 PAID

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Air Bar Max 10pk - Blueberry Ice | $62.00 | $186.00 |
| 3 | Air Bar Max 10pk - Blueberry Raspberry | $62.00 | $186.00 |

Total quantities shipped: **6**

| | |
|---|---|
| Subtotal: | $372.00 |
| Total: | $372.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003128

# INVOICE



| | |
|---|---|
| **Order #** 242592 | **Date** Jan 31, 2022 | **Total** $1,332.00 |


**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Air Bar Box 10pk - Cool Lemon | $73.00 | $146.00 |
| 3 | Air Bar Box 10pk - Cranberry Grape | $73.00 | $219.00 |
| 4 | Air Bar Box 10pk - Sour Apple Ice | $73.00 | $292.00 |
| 5 | Air Bar Box 10pk - Strawberry Kiwi | $73.00 | $365.00 |
| 5 | Air Bar Max 10pk - Cool Mint | $62.00 | $310.00 |

Total quantities shipped: **19**

| | |
|---|---|
| Subtotal: | $1,332.00 |
| Total: | $1,332.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003129

# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 243123 | Feb 6, 2022 | **$525.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Pineapple | $75.00 | $75.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Cool Mint | $75.00 | $75.00 |
| 3 | Glamee Magic 6000 Puffs 10pk - Jolly Rancher | $75.00 | $225.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Rainbow | $75.00 | $75.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Strawberry Watermelon | $75.00 | $75.00 |

Total quantities shipped: 7

|  |  |
|--|--|
| Subtotal: | $525.00 |
| Total: | $525.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003130

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 243201 | Feb 7, 2022 | **$465.50** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Cake - DELTA 8 Disposable 5pk - Hybrid - Honey Glue | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Live Resin - Ghost Haze | $77.50 | $77.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Live Resin - Hippy Crasher | $77.50 | $77.50 |
| 1 | Cake - DELTA 10 Disposable 5pk - Live Resin - Cherry Crumble | $82.50 | $82.50 |
| 1 | Cake - DELTA 10 Disposable 5pk - Live Resin - Pink Rntz | $82.50 | $82.50 |
| 1 | Air Bar Box 10pk - Watermelon Candy | $73.00 | $73.00 |

Total quantities shipped: **6**

Subtotal: $465.50
Total: $465.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003131

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 243206 | Feb 7, 2022 | **$234.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $234.00 |

Total quantities shipped: **3**

| | |
|---|---|
| Subtotal: | $234.00 |
| Total: | $234.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003132



# INVOICE


**PAID**

| Order # | Date | Total |
|---|---|---|
| 243208 | Feb 7, 2022 | **$448.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $156.00 |
| 1 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $78.00 |
| 3 | ALTO Pods 5pk By VUSE - Menthol 5.0% 4pk | $71.50 | $214.50 |

Total quantities shipped: **6**

| | |
|---|---|
| Subtotal: | $448.50 |
| Total: | $448.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003133



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 243513 | Feb 8, 2022 | **$1,257.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Cake - DELTA 8 Disposable 5pk - Hybrid - Gelato 41 | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Hybrid - Honey Glue | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Hybrid - Purple Punch | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Hybrid - Thin Mint Shake | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Hybrid - White Runtz | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Indica - Blueberry Cookies | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Indica - OG Kush | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Indica - PB & J | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Indica - Strawberry Cough | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Indica - Texas Pound Cake | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Indica - Wedding Cake | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Sativa - Cereal Milk | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Live Resin - Animal Mints | $77.50 | $77.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Live Resin - Ghost Haze | $77.50 | $77.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Live Resin - Hippy Crasher | $77.50 | $77.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Live Resin - Pancakes | $77.50 | $77.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Live Resin - Samurai Jack | $77.50 | $77.50 |

Total quantities shipped: **17**

| | |
|---|---|
| Subtotal: | $1,257.50 |
| Total: | $1,257.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003134

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 243672 | Feb 9, 2022 | **$1,636.50** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | FullSend Gummies 500mg 5pk - Blue Razz | $37.50 | $37.50 |
| 1 | FullSend Gummies 500mg 5pk - Passion Fruit | $37.50 | $37.50 |
| 1 | FullSend Gummies 500mg 5pk - Tropical Punch | $37.50 | $37.50 |
| 1 | FullSend Gummies 500mg 5pk - Mango | $37.50 | $37.50 |
| 1 | FullSend Gummies 500mg 5pk - Pineapple | $37.50 | $37.50 |
| 1 | FullSend Gummies 500mg 5pk - Strawberry | $37.50 | $37.50 |
| 1 | FullSend Gummies 500mg 5pk - Watermelon | $37.50 | $37.50 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $468.00 |
| 1 | Air Bar Box 10pk - Blueberry Ice | $73.00 | $73.00 |
| 2 | Air Bar Box 10pk - Blueberry Raspberry | $73.00 | $146.00 |
| 1 | Air Bar Box 10pk - Mix Berries | $73.00 | $73.00 |
| 2 | Air Bar Box 10pk - Watermelon Apple Ice | $73.00 | $146.00 |

Total quantities shipped: **25**

Subtotal: $1,636.50
Total: $1,636.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003135

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 243674 | Feb 9, 2022 | **$186.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Max 10pk - Cool Mint | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Energy Drinks | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Sakura Grape | $62.00 | $62.00 |

Total quantities shipped: **3**

| | |
|---|---|
| Subtotal: | $186.00 |
| Total: | $186.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003136

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 244690 | Feb 13, 2022 | **$3,990.00** |

 **PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473  Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 9 | Air Bar Box 10pk - Blueberry Ice | $73.00 | $657.00 |
| 1 | Air Bar Box 10pk - Energy Drinks | $73.00 | $73.00 |
| 7 | Air Bar Box 10pk - Grape Ice | $73.00 | $511.00 |
| 9 | Air Bar Box 10pk - Mix Berries | $73.00 | $657.00 |
| 3 | Air Bar Box 10pk - Sour Apple Ice | $73.00 | $219.00 |
| 7 | Air Bar Box 10pk - Strawberry Kiwi | $73.00 | $511.00 |
| 1 | Air Bar Box 10pk - Strawberry Watermelon | $73.00 | $73.00 |
| 3 | Air Bar Box 10pk - Watermelon Apple Ice | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Watermelon Ice | $73.00 | $219.00 |
| 5 | Air Bar Diamond 10pk - Blueberry Ice | $37.00 | $185.00 |
| 5 | Air Bar Diamond 10pk - Cranberry Lemonade Ice | $37.00 | $185.00 |
| 7 | Air Bar Diamond 10pk - Peach Mango | $37.00 | $259.00 |
| 6 | Air Bar Diamond 10pk - Watermelon Ice | $37.00 | $222.00 |

Total quantities shipped: **66**

| | |
|---|---|
| Subtotal: | $3,990.00 |
| Total: | $3,990.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003137



# INVOICE


PAID

| Order # | Date | Total |
|---|---|---|
| 244691 | Feb 13, 2022 | $776.00 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 10pk - Strawberry Kiwi | $73.00 | $73.00 |
| 2 | Air Bar Diamond 10pk - Peach Mango | $37.00 | $74.00 |
| 2 | Air Bar Diamond 10pk - Watermelon Ice | $37.00 | $74.00 |
| 1 | Cake - DELTA 8 Disposable 5pk - Hybrid - White Runtz | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Indica - Blueberry Cookies | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Sativa - Cereal Milk | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Live Resin - Samural Jack | $77.50 | $77.50 |
| 2 | Hyde Rebel Recharge 4500 Puffs 10pk - Raspberry Watermelon | $80.00 | $160.00 |
| 10 | SLIK Twist 900 mAh + USB Charger - Black | $5.00 | $50.00 |
| 10 | SLIK Twist 900 mAh + USB Charger - Silver | $5.00 | $50.00 |

Total quantities shipped: **31**

|  |  |
|---|---|
| Subtotal: | $776.00 |
| Total: | $776.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003138



# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 245053 | Feb 15, 2022 | **$6,201.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 100 | Black By OPMS - 5ct | $21.00 | $2,100.00 |
| 4 | Black By OPMS - Black Shots 45ct | $380.00 | $1,520.00 |
| 8 | PAX ERA LIFE - Blaze | $18.00 | $144.00 |
| 8 | PAX ERA LIFE - Grass | $18.00 | $144.00 |
| 8 | PAX ERA LIFE - Indigo | $18.00 | $144.00 |
| 8 | PAX ERA LIFE - Onyx | $18.00 | $144.00 |
| 4 | PAX 3 Complete Kit - Amber (Limited Edition) | $170.00 | $680.00 |
| 4 | PAX 3 Complete Kit - Sand | $165.00 | $660.00 |
| 1 | PAX 3 - Device Only - Sage | $133.00 | $133.00 |
| 4 | PAX 3 - Device Only - Sand | $133.00 | $532.00 |

Total quantities shipped: **149**

|  |  |
|---|---|
| Subtotal: | $6,201.00 |
| Total: | $6,201.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003139

# INVOICE

 **PAID**

| Order # | Date | Total |
|---|---|---|
| 245160 | Feb 16, 2022 | $3,600.00 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Hyde Edge 1500 Puffs 10pk - Bananas and Cream | $60.00 | $300.00 |
| 5 | Hyde Edge 1500 Puffs 10pk - Blue Razz Ice | $60.00 | $300.00 |
| 5 | Hyde Edge 1500 Puffs 10pk - Cherry Peach Lemonade | $60.00 | $300.00 |
| 5 | Hyde Edge 1500 Puffs 10pk - Dragonfruit Lemonade | $60.00 | $300.00 |
| 5 | Hyde Edge 1500 Puffs 10pk - Energize | $60.00 | $300.00 |
| 5 | Hyde Edge 1500 Puffs 10pk - OJ | $60.00 | $300.00 |
| 5 | Hyde Edge 1500 Puffs 10pk - Peach Gummy | $60.00 | $300.00 |
| 5 | Hyde Edge 1500 Puffs 10pk - Raspberry Watermelon | $60.00 | $300.00 |
| 5 | Hyde Edge 1500 Puffs 10pk - Sour Apple Ice | $60.00 | $300.00 |
| 5 | Hyde Edge 1500 Puffs 10pk - Strawberry Orange Ice | $60.00 | $300.00 |
| 5 | Hyde Edge 1500 Puffs 10pk - Summer LUV | $60.00 | $300.00 |
| 5 | Hyde Edge 1500 Puffs 10pk - Watermelon Ice Cream | $60.00 | $300.00 |

Total quantities shipped: **60**

Subtotal: $3,600.00
Total: $3,600.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003140

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 245234 | Feb 16, 2022 | **$704.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Watermelon Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | $6.00 | $12.00 |
| 2 | Watermelon Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | $6.00 | $12.00 |
| 2 | Peach Mango Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | $6.00 | $12.00 |
| 2 | Peach Mango Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | $6.00 | $12.00 |
| 2 | Strawberry Ice By Naked100 (Max Series) - Salt Nicotine 35mg - 30ml (TFN) | $6.00 | $12.00 |
| 2 | Strawberry Ice By Naked100 (Max Series) - Salt Nicotine 50mg - 30ml (TFN) | $6.00 | $12.00 |
| 2 | Blue Raspberry Lemonade By Salt Bae 30ml - 25mg | $6.00 | $12.00 |
| 2 | Blue Raspberry Lemonade By Salt Bae 30ml - 50mg | $6.00 | $12.00 |
| 2 | Green Apple By Salt Bae 30ml - 25mg | $6.00 | $12.00 |
| 2 | Green Apple By Salt Bae 30ml - 50mg | $6.00 | $12.00 |
| 2 | Georgia Peach By Salt Bae 30ml - 25mg | $6.00 | $12.00 |
| 2 | Georgia Peach By Salt Bae 30ml - 50mg | $6.00 | $12.00 |
| 2 | Red Mango By Salt Bae 30ml - 25mg | $6.00 | $12.00 |
| 2 | Red Mango By Salt Bae 30ml - 50mg | $6.00 | $12.00 |
| 2 | Iced Honey Dew By Salt Bae 30ml - 25mg | $6.00 | $12.00 |
| 2 | Iced Honey Dew By Salt Bae 30ml - 50mg | $6.00 | $12.00 |
| 2 | Summer Strawberry By VGOD SaltNic Labs 30ml - 25mg | $6.00 | $12.00 |
| 2 | Summer Strawberry By VGOD SaltNic Labs 30ml - 50mg | $6.00 | $12.00 |
| 2 | Cubano Black By VGOD - Salt Nicotine 25mg - 30ml | $6.00 | $12.00 |
| 2 | Cubano Black By VGOD - Salt Nicotine 50mg - 30ml | $6.00 | $12.00 |
| 2 | Iced Purple Bomb By VGOD SaltNic Labs 30ml - 25mg | $6.00 | $12.00 |
| 2 | Iced Purple Bomb By VGOD SaltNic Labs 30ml - 50mg | $6.00 | $12.00 |
| 2 | Purple Bomb By VGOD SaltNic Labs 30ml - 25mg | $6.00 | $12.00 |
| 2 | Purple Bomb By VGOD SaltNic Labs 30ml - 50mg | $6.00 | $12.00 |
| 2 | Apple Bomb By VGOD SaltNic Labs 30ml - 25mg | $6.00 | $12.00 |
| 2 | Apple Bomb By VGOD SaltNic Labs 30ml - 50mg | $6.00 | $12.00 |
| 2 | Iced Apple Bomb By VGOD SaltNic Labs 30ml - 25mg | $6.00 | $12.00 |
| 2 | Iced Apple Bomb By VGOD SaltNic Labs 30ml - 50mg | $6.00 | $12.00 |
| 2 | Bloody Tears By SadBoy - 28mg Salt Nicotine - 30ml | $6.00 | $12.00 |
| 2 | Bloody Tears By SadBoy - 48mg Salt Nicotine - 30ml | $6.00 | $12.00 |
| 2 | Blueberry Jam Cookie By SadBoy - 48mg Salt Nicotine - 30ml | $6.00 | $12.00 |
| 2 | Strawberry Jam Cookie By SadBoy - 48mg Salt Nicotine - 30ml | $6.00 | $12.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Honeydew Punch | $80.00 | $80.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Mango Peaches & Cream | $80.00 | $80.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Power | $80.00 | $80.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Ice Cream | $80.00 | $80.00 |

Total quantities shipped: **68**

| | |
|---|---|
| Subtotal: | $704.00 |
| Total: | $704.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003141

# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 245699 | Feb 17, 2022 | **$3,012.00** | |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Fume Ultra 2500 Puffs 10pk - Cotton Candy | $77.50 | $232.50 |
| 3 | Fume Ultra 2500 Puffs 10pk - Double Apple | $77.50 | $232.50 |
| 3 | Fume Ultra 2500 Puffs 10pk - Grape | $77.50 | $232.50 |
| 3 | Fume Ultra 2500 Puffs 10pk - Tropical Fruit | $77.50 | $232.50 |
| 3 | Air Bar Diamond 10pk - Blueberry Ice | $37.00 | $111.00 |
| 3 | Air Bar Diamond 10pk - Peach Mango | $37.00 | $111.00 |
| 3 | Air Bar Diamond 10pk - Pineapple Ice | $37.00 | $111.00 |
| 3 | Air Bar Diamond 10pk - Strawberry Watermelon | $37.00 | $111.00 |
| 3 | Air Bar Diamond 10pk - Watermelon Ice | $37.00 | $111.00 |
| 3 | Air Bar Max 10pk - Grape Ice | $62.00 | $186.00 |
| 3 | Air Bar Max 10pk - Red Mojito | $62.00 | $186.00 |
| 3 | Air Bar Max 10pk - Strawberry Watermelon | $62.00 | $186.00 |
| 3 | Air Bar Max 10pk - Watermelon Candy | $62.00 | $186.00 |
| 3 | Air Bar Box 10pk - Blueberry Ice | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Strawberry Kiwi | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Watermelon Ice | $73.00 | $219.00 |
| 3 | Air Bar Lux 10pk - Watermelon Apple Ice | $42.00 | $126.00 |

Total quantities shipped: **51**

Subtotal: $3,012.00
Total: $3,012.00

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003142

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | |
| 246120 | Feb 21, 2022 | $1,400.00 |  |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ALTO Device 5pk By VUSE - Slate | $16.50 | $16.50 |
| 2 | Air Bar Box 10pk - Grape Ice | $73.00 | $146.00 |
| 2 | Air Bar Box 10pk - Strawberry Kiwi | $73.00 | $146.00 |
| 2 | Air Bar Box 10pk - Watermelon Apple Ice | $73.00 | $146.00 |
| 2 | Air Bar Diamond 10pk - Blueberry Ice | $37.00 | $74.00 |
| 2 | Air Bar Diamond 10pk - Cranberry Lemonade Ice | $37.00 | $74.00 |
| 1 | Air Bar Diamond 10pk - Mango Strawberry | $37.00 | $37.00 |
| 1 | Air Bar Diamond 10pk - Pineapple Ice | $37.00 | $37.00 |
| 3 | Air Bar Diamond 10pk - Red Mojito | $37.00 | $111.00 |
| 1 | Air Bar Diamond 10pk - Strawberry Kiwi | $37.00 | $37.00 |
| 2 | Air Bar Diamond 10pk - Strawberry Watermelon | $37.00 | $74.00 |
| 2 | Air Bar Diamond 10pk - Watermelon Ice | $37.00 | $74.00 |
| 1 | Cake - DELTA 8 Disposable 5pk - Live Resin - Ghost Haze | $77.50 | $77.50 |
| 1 | Cake - DELTA 10 Disposable 5pk - Sativa - White Widow | $75.00 | $75.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Hybrid - Ice Cream Cake | $75.00 | $75.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Sativa - AK-47 | $75.00 | $75.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Sativa - Pineapple Express | $75.00 | $75.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $50.00 | $50.00 |

Total quantities shipped: **27**

| | |
|---|---|
| Subtotal: | $1,400.00 |
| Total: | $1,400.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003143

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 246132 | Feb 21, 2022 | **$5,610.00** |  PAID |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Pod Mesh 5500 Puffs 10pk - Aloe Grape | $82.50 | $330.00 |
| 6 | Pod Mesh 5500 Puffs 10pk - Arctic Blue Razz Watermelon | $82.50 | $495.00 |
| 6 | Pod Mesh 5500 Puffs 10pk - Arctic Lush | $82.50 | $495.00 |
| 2 | Pod Mesh 5500 Puffs 10pk - Banana Frost | $82.50 | $165.00 |
| 3 | Pod Mesh 5500 Puffs 10pk - Berry Lush Apple | $82.50 | $247.50 |
| 3 | Pod Mesh 5500 Puffs 10pk - Blue Razz Chew | $82.50 | $247.50 |
| 3 | Pod Mesh 5500 Puffs 10pk - Blue Razz Lemonade | $82.50 | $247.50 |
| 3 | Pod Mesh 5500 Puffs 10pk - Chilled Blue Razz | $82.50 | $247.50 |
| 1 | Pod Mesh 5500 Puffs 10pk - Frozen Sour Apple | $82.50 | $82.50 |
| 4 | Pod Mesh 5500 Puffs 10pk - Frozen Strawberry Guava | $82.50 | $330.00 |
| 2 | Pod Mesh 5500 Puffs 10pk - Glacier Fuji Apple | $82.50 | $165.00 |
| 2 | Pod Mesh 5500 Puffs 10pk - Glacier Grape Chew | $82.50 | $165.00 |
| 2 | Pod Mesh 5500 Puffs 10pk - Jewel Tobacco | $82.50 | $165.00 |
| 3 | Pod Mesh 5500 Puffs 10pk - Hawaiian | $82.50 | $247.50 |
| 4 | Pod Mesh 5500 Puffs 10pk - Mighty Mint Sapphire | $82.50 | $330.00 |
| 4 | Pod Mesh 5500 Puffs 10pk - Plum Berry Freeze | $82.50 | $330.00 |
| 2 | Pod Mesh 5500 Puffs 10pk - Pod Energy | $82.50 | $165.00 |
| 4 | Pod Mesh 5500 Puffs 10pk - Polar Peach | $82.50 | $330.00 |
| 4 | Pod Mesh 5500 Puffs 10pk - Strawberry Kiwi | $82.50 | $330.00 |
| 5 | Pod Mesh 5500 Puffs 10pk - Strawberry Snow Cone | $82.50 | $412.50 |
| 1 | Pod Mesh 5500 Puffs 10pk - Watermelon Soft Chew | $82.50 | $82.50 |

Total quantities shipped: **68**

| | |
|---|---|
| Subtotal: | $5,610.00 |
| Total: | $5,610.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003144

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 246133 | Feb 21, 2022 | **$700.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Blue Razz Ice | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Jungle Juice | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mighty Mint | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mojito Mint | $55.00 | $55.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Peach Ice | $55.00 | $110.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Rainbow | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Candy | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Chew | $55.00 | $55.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Ice | $75.00 | $75.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Cool Mint | $75.00 | $75.00 |

Total quantities shipped: **12**

Subtotal: $700.00
Total: $700.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003145

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 246258 | Feb 22, 2022 | **$4,461.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Air Bar Box 10pk - Blueberry Ice | $73.00 | $292.00 |
| 4 | Air Bar Box 10pk - Blueberry Raspberry | $73.00 | $292.00 |
| 5 | Air Bar Box 10pk - Cherry Lemon | $73.00 | $365.00 |
| 3 | Air Bar Box 10pk - Cool Mint | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Grape Ice | $73.00 | $219.00 |
| 5 | Air Bar Box 10pk - Kiwi Shake | $73.00 | $365.00 |
| 3 | Air Bar Box 10pk - Strawberry Mango | $73.00 | $219.00 |
| 4 | Air Bar Box 10pk - Strawberry Watermelon | $73.00 | $292.00 |
| 2 | Air Bar Box 10pk - Watermelon Apple Ice | $73.00 | $146.00 |
| 2 | Air Bar Box 10pk - Watermelon Ice | $73.00 | $146.00 |
| 5 | Air Bar Diamond 10pk - Blueberry Ice | $37.00 | $185.00 |
| 4 | Air Bar Diamond 10pk - Mango Strawberry | $37.00 | $148.00 |
| 4 | Air Bar Diamond 10pk - Pineapple Ice | $37.00 | $148.00 |
| 5 | Air Bar Diamond 10pk - Watermelon Ice | $37.00 | $185.00 |
| 3 | Air Bar Max 10pk - Blueberry Blackcurrant | $62.00 | $186.00 |
| 3 | Air Bar Max 10pk - Blueberry Ice | $62.00 | $186.00 |
| 4 | Air Bar Max 10pk - Blueberry Raspberry | $62.00 | $248.00 |
| 4 | Air Bar Max 10pk - Grape Ice | $62.00 | $248.00 |
| 1 | Air Bar Max 10pk - Monster Ice | $62.00 | $62.00 |
| 3 | Air Bar Max 10pk - Strawberry Banana Ice | $62.00 | $186.00 |
| 2 | Air Bar Max 10pk - Strawberry Watermelon | $62.00 | $124.00 |

Total quantities shipped: **73**

| | |
|---|---|
| Subtotal: | $4,461.00 |
| Total: | $4,461.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003146

 **INVOICE**

 **PAID**

| Order # | Date | Total |
|---|---|---|
| 246338 | Feb 23, 2022 | **$2,555.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 7 | Air Bar Box 10pk - Cool Lemon | $73.00 | $511.00 |
| 13 | Air Bar Box 10pk - Cool Mint | $73.00 | $949.00 |
| 2 | Air Bar Box 10pk - Cranberry Grape | $73.00 | $146.00 |
| 10 | Air Bar Box 10pk - Monster Ice | $73.00 | $730.00 |
| 1 | Air Bar Box 10pk - Strawberry Mango | $73.00 | $73.00 |
| 2 | Air Bar Box 10pk - Watermelon Apple Ice | $73.00 | $146.00 |

Total quantities shipped: **35**

|  |  |
|---|---|
| Subtotal: | $2,555.00 |
| Total: | $2,555.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003147

# INVOICE

| | Order # | Date | Total |
|---|---|---|---|
| | 246405 | Feb 23, 2022 | **$739.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 10pk - Blueberry Ice | $73.00 | $73.00 |
| 1 | Air Bar Box 10pk - Cool Lemon | $73.00 | $73.00 |
| 1 | Air Bar Box 10pk - Cool Mint | $73.00 | $73.00 |
| 1 | Air Bar Box 10pk - Energy Drinks | $73.00 | $73.00 |
| 1 | Air Bar Box 10pk - Grape Ice | $73.00 | $73.00 |
| 1 | Air Bar Box 10pk - Sour Apple Ice | $73.00 | $73.00 |
| 1 | Air Bar Box 10pk - Strawberry Mango | $73.00 | $73.00 |
| 1 | Air Bar Box 10pk - Watermelon Apple Ice | $73.00 | $73.00 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Hybrid - Honey Glue | $38.75 | $38.75 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Hybrid - Thin Mint Shake | $38.75 | $38.75 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Hybrid - White Runtz | $38.75 | $38.75 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Indica - Texas Pound Cake | $38.75 | $38.75 |

Total quantities shipped: **12**

| | |
|---|---|
| Subtotal: | $739.00 |
| Total: | $739.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003148

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 247034 | Feb 28, 2022 | **$3,663.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Air Bar Box 10pk - Blueberry Ice | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Grape Ice | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Sour Apple Ice | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Strawberry Kiwi | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Watermelon Apple Ice | $73.00 | $219.00 |
| 3 | Air Bar Diamond 10pk - Mango Strawberry | $37.00 | $111.00 |
| 3 | Air Bar Diamond 10pk - Pineapple Ice | $37.00 | $111.00 |
| 3 | Air Bar Diamond 10pk - Strawberry Kiwi | $37.00 | $111.00 |
| 3 | Air Bar Diamond 10pk - Strawberry Watermelon | $37.00 | $111.00 |
| 3 | Air Bar Max 10pk - Blueberry Ice | $62.00 | $186.00 |
| 3 | Air Bar Max 10pk - Grape Ice | $62.00 | $186.00 |
| 3 | Air Bar Max 10pk - Strawberry Watermelon | $62.00 | $186.00 |
| 3 | Air Bar Max 10pk - Watermelon Ice | $62.00 | $186.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $50.00 | $100.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Blueberry Mint | $50.00 | $150.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $50.00 | $50.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $50.00 | $50.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $50.00 | $150.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz | $80.00 | $80.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Cherry Peach Lemonade | $80.00 | $160.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Mango Peaches & Cream | $80.00 | $160.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Summer LUV | $80.00 | $160.00 |
| 2 | Hyde Rebel Recharge 4500 Puffs 10pk - Sour Apple Ice | $80.00 | $160.00 |
| 2 | Hyde Rebel Recharge 4500 Puffs 10pk - Strawberries & Cream | $80.00 | $160.00 |

Total quantities shipped: **60**

| | |
|---|---|
| Subtotal: | $3,663.00 |
| Total: | $3,663.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003149



# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 247107 | Mar 1, 2022 | **$375.00** |  |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Pineapple | $75.00 | $75.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Rainbow | $75.00 | $75.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Raspberry Peach | $75.00 | $75.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Strawberry Watermelon | $75.00 | $75.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Raspberry Lemon | $75.00 | $75.00 |

Total quantities shipped: **5**

Subtotal: $375.00
Total: $375.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003150

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 247214 | Mar 2, 2022 | **$3,650.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Box 10pk - Blueberry Ice | $73.00 | $365.00 |
| 5 | Air Bar Box 10pk - Blueberry Raspberry | $73.00 | $365.00 |
| 10 | Air Bar Box 10pk - Cool Mint | $73.00 | $730.00 |
| 5 | Air Bar Box 10pk - Cranberry Grape | $73.00 | $365.00 |
| 5 | Air Bar Box 10pk - Grape Ice | $73.00 | $365.00 |
| 5 | Air Bar Box 10pk - Kiwi Shake | $73.00 | $365.00 |
| 5 | Air Bar Box 10pk - Mix Berries | $73.00 | $365.00 |
| 5 | Air Bar Box 10pk - Pineapple Shake | $73.00 | $365.00 |
| 5 | Air Bar Box 10pk - Sour Apple Ice | $73.00 | $365.00 |

Total quantities shipped: **50**

| | |
|---|---|
| Subtotal: | $3,650.00 |
| Total: | $3,650.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003151

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 247222 | Mar 2, 2022 | **$365.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Box 10pk - Watermelon Candy | $73.00 | $365.00 |

Total quantities shipped: **5**

|  |  |
|---|---|
| Subtotal: | $365.00 |
| Total: | $365.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003152

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 247223 | Mar 2, 2022 | **$1,606.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Air Bar Box 10pk - Cherry Lemon | $73.00 | $146.00 |
| 2 | Air Bar Box 10pk - Cool Lemon | $73.00 | $146.00 |
| 2 | Air Bar Box 10pk - Cool Mint | $73.00 | $146.00 |
| 2 | Air Bar Box 10pk - Energy Drinks | $73.00 | $146.00 |
| 1 | Air Bar Box 10pk - Mix Berries | $73.00 | $73.00 |
| 2 | Air Bar Box 10pk - Monster Ice | $73.00 | $146.00 |
| 2 | Air Bar Box 10pk - Strawberry Kiwi | $73.00 | $146.00 |
| 2 | Air Bar Box 10pk - Strawberry Watermelon | $73.00 | $146.00 |
| 2 | Air Bar Box 10pk - Watermelon Apple Ice | $73.00 | $146.00 |
| 3 | Air Bar Box 10pk - Watermelon Candy | $73.00 | $219.00 |
| 2 | Air Bar Box 10pk - Watermelon Ice | $73.00 | $146.00 |

Total quantities shipped: **22**

Subtotal: $1,606.00
Total: $1,606.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003153

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 247226 | Mar 2, 2022 | **$1,533.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Air Bar Box 10pk - Cherry Lemon | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Cool Lemon | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Cranberry Grape | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Kiwi Shake | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Mix Berries | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Sour Apple Ice | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Watermelon Candy | $73.00 | $219.00 |

Total quantities shipped: **21**

Subtotal: $1,533.00
Total: $1,533.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003154

 **INVOICE**
 **PAID**

| | Order # | Date | Total |
|---|---|---|---|
| | 247228 | Mar 2, 2022 | **$250.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $50.00 | $250.00 |

Total quantities shipped: **5**

Subtotal: $250.00
Total: $250.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003155

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 247239 | Mar 2, 2022 | **$385.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $50.00 | $50.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $50.00 | $100.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $50.00 | $50.00 |
| 2 | Air Bar Diamond 10pk - Red Mojito | $37.00 | $74.00 |
| 1 | Air Bar Diamond 10pk - Strawberry Kiwi | $37.00 | $37.00 |
| 2 | Air Bar Diamond 10pk - Strawberry Watermelon | $37.00 | $74.00 |

Total quantities shipped: **9**

| | |
|---|---|
| Subtotal: | $385.00 |
| Total: | $385.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003156

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 247242 | Mar 2, 2022 | **$1,460.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | Air Bar Box 10pk - Cool Mint | $73.00 | $1,460.00 |

Total quantities shipped: **20**

| | |
|---|---|
| Subtotal: | $1,460.00 |
| Total: | $1,460.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003157

Case 1:24-cv-05161-GHW-JW    Document 206-9    Filed 06/04/26    Page 118 of 263

# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 247320 | Mar 3, 2022 | **$2,283.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 2 | Hyde Retro Recharge 4000 Puffs 10pk - Strawberry Banana | $80.00 | $160.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Dewberry | $82.50 | $82.50 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Sour Apple Ice | $82.50 | $247.50 |
| 1 | Hyde Retro Recharge 4000 Puffs 10pk - Power | $80.00 | $80.00 |
| 1 | Hyde Retro Recharge 4000 Puffs 10pk - Summer LUV | $80.00 | $80.00 |
| 2 | Air Bar Box 10pk - Blueberry Ice | $73.00 | $146.00 |
| 1 | Air Bar Box 10pk - Blueberry Raspberry | $73.00 | $73.00 |
| 1 | Air Bar Box 10pk - Mix Berries | $73.00 | $73.00 |
| 2 | Air Bar Box 10pk - Sour Apple Ice | $73.00 | $146.00 |
| 2 | Air Bar Box 10pk - Strawberry Kiwi | $73.00 | $146.00 |
| 2 | Air Bar Box 10pk - Strawberry Watermelon | $73.00 | $146.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Cola Ice | $80.00 | $240.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Peach Mango Watermelon | $80.00 | $240.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Ice Cream | $80.00 | $80.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Summer LUV | $80.00 | $240.00 |
| 4 | D8 - DELTA 8 Gummies 500mg - Caviar x Kush | $11.50 | $46.00 |
| 2 | D8 - DELTA 8 Gummies 500mg - Mango x Tango | $11.50 | $23.00 |
| 3 | D8 - DELTA 8 Gummies 500mg - Sour x Lemonade | $11.50 | $34.50 |

Total quantities shipped: **37**

| | |
|---|---|
| **Subtotal:** | $2,283.50 |
| **Total:** | $2,283.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003158

# INVOICE



| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | **PAID** |
| 247321 | Mar 3, 2022 | $1,029.00 | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473  Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Air Bar Diamond 10pk - Pineapple Ice | $37.00 | $148.00 |
| 10 | Air Bar Diamond 10pk - Strawberry Watermelon | $37.00 | $370.00 |
| 1 | Air Bar Box 10pk - Cherry Lemon | $73.00 | $73.00 |
| 1 | Air Bar Box 10pk - Energy Drinks | $73.00 | $73.00 |
| 3 | Air Bar Box 10pk - Monster Ice | $73.00 | $219.00 |
| 2 | Air Bar Box 10pk - Strawberry Watermelon | $73.00 | $146.00 |

Total quantities shipped: **21**

| | |
|---|---|
| Subtotal: | $1,029.00 |
| Total: | $1,029.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003159

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 247341 | Mar 3, 2022 | **$1,487.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Air Bar Box 10pk - Cherry Lemon | $73.00 | $146.00 |
| 1 | Air Bar Box 10pk - Cranberry Grape | $73.00 | $73.00 |
| 2 | Air Bar Box 10pk - Monster Ice | $73.00 | $146.00 |
| 2 | Air Bar Box 10pk - Watermelon Apple Ice | $73.00 | $146.00 |
| 2 | Air Bar Box 10pk - Watermelon Ice | $73.00 | $146.00 |
| 2 | Air Bar Diamond 10pk - Energy Drinks | $37.00 | $74.00 |
| 5 | Air Bar Diamond 10pk - Pineapple Ice | $37.00 | $185.00 |
| 3 | Air Bar Diamond 10pk - Strawberry Kiwi | $37.00 | $111.00 |
| 4 | Air Bar Lux 10pk - Watermelon Apple Ice | $42.00 | $168.00 |
| 4 | Air Bar Box 10pk - Strawberry Kiwi | $73.00 | $292.00 |

Total quantities shipped: **27**

Subtotal: $1,487.00
Total: $1,487.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003160

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 247888 | Mar 8, 2022 | $564.00 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Air Bar Box 10pk - Strawberry Watermelon | $73.00 | $219.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Blueberry Mint | $50.00 | $50.00 |
| 1 | Cake - DELTA 8 Disposable 5pk - Hybrid - White Runtz | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Indica - Blueberry Cookies | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Sativa - Cereal Milk | $72.50 | $72.50 |
| 1 | Cake - DELTA 8 Disposable 5pk - Live Resin - Hippy Crasher | $77.50 | $77.50 |

Total quantities shipped: **8**

| | |
|---|---|
| Subtotal: | $564.00 |
| Total: | $564.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003161



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 247933 | Mar 8, 2022 | **$1,175.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Air Bar Diamond 10pk - Energy Drinks | $37.00 | $74.00 |
| 5 | Air Bar Diamond 10pk - Pineapple Ice | $37.00 | $185.00 |
| 3 | Air Bar Max 10pk - Energy Drinks | $62.00 | $186.00 |
| 1 | Air Bar Box 10pk - Cool Lemon | $73.00 | $73.00 |
| 3 | Air Bar Box 10pk - Energy Drinks | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Strawberry Watermelon | $73.00 | $219.00 |
| 3 | Air Bar Box 10pk - Watermelon Ice | $73.00 | $219.00 |

Total quantities shipped: **20**

| | |
|---|---|
| Subtotal: | $1,175.00 |
| Total: | $1,175.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003162

# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 247946 | Mar 8, 2022 | **$219.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 3 | Air Bar Box 10pk - Mix Berries | $73.00 | $219.00 |

Total quantities shipped: **3**

Subtotal: $219.00
Total: $219.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003163

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | **PAID** |
| 248709 | Mar 14, 2022 | **$146.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 10pk - Grape Ice | $73.00 | $73.00 |
| 1 | Air Bar Box 10pk - Strawberry Watermelon | $73.00 | $73.00 |

Total quantities shipped: **2**

| | |
|---|---|
| Subtotal: | $146.00 |
| Total: | $146.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003164

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 248731 | Mar 14, 2022 | **$208.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 10pk - Cranberry Grape | $73.00 | $73.00 |
| 1 | Air Bar Box 10pk - Watermelon Ice | $73.00 | $73.00 |
| 1 | Air Bar Max 10pk - Peach Mango | $62.00 | $62.00 |

Total quantities shipped: **3**

|  | |
|---|---|
| Subtotal: | $208.00 |
| Total: | $208.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003165

# INVOICE



**PAID**

| Order # | Date | Total |
|---|---|---|
| 248752 | Mar 14, 2022 | **$5,118.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:  |**

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Aloe Grape | $77.50 | $232.50 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz | $77.50 | $310.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $77.50 | $310.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Cherry Peach Lemonade | $77.50 | $155.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Cola Ice | $77.50 | $232.50 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Dragonfruit Lemonade | $77.50 | $155.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Energize | $77.50 | $232.50 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Honeydew Punch | $77.50 | $155.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $77.50 | $155.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Pina Colada | $77.50 | $310.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Power | $77.50 | $155.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $77.50 | $310.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $77.50 | $310.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Spearmint | $77.50 | $310.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Ice Cream | $77.50 | $310.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Kiwi | $77.50 | $310.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Summer LUV | $77.50 | $387.50 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Tropical | $77.50 | $310.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $468.00 |

Total quantities shipped: **66**

Subtotal: $5,118.00
Total: $5,118.00

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003166

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 248774 | Mar 14, 2022 | **$51.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | JUUL Pods 8pk - Virginia Tobacco 3% 2 Pods | $51.00 | $51.00 |

Total quantities shipped: **1**

|  |  |
|---|---|
| Subtotal: | $51.00 |
| Total: | $51.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003167

# INVOICE

 **PAID**

| Order # | Date | Total |
|---|---|---|
| 248880 | Mar 15, 2022 | **$1,916.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Air Bar Box 10pk - Blueberry Ice | $73.00 | $146.00 |
| 1 | Air Bar Box 10pk - Blueberry Raspberry | $73.00 | $73.00 |
| 2 | Air Bar Box 10pk - Strawberry Watermelon | $73.00 | $146.00 |
| 1 | Air Bar Max 10pk - Blueberry Ice | $62.00 | $62.00 |
| 3 | Air Bar Max 10pk - Blueberry Raspberry | $62.00 | $186.00 |
| 5 | Air Bar Max 10pk - Pudding | $62.00 | $310.00 |
| 1 | Air Bar Max 10pk - Peach Mango | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Strawberry Banana Ice | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Strawberry Kiwi | $62.00 | $62.00 |
| 3 | Air Bar Diamond 10pk - Mango Strawberry | $37.00 | $111.00 |
| 7 | Air Bar Diamond 10pk - Pineapple Ice | $37.00 | $259.00 |
| 5 | Air Bar Diamond 10pk - Strawberry Watermelon | $37.00 | $185.00 |
| 2 | Air Bar Lux 10pk - Green Apple Ice | $42.00 | $84.00 |
| 4 | Air Bar Lux 10pk - Strawberry Kiwi | $42.00 | $168.00 |

Total quantities shipped: **38**

|  |  |
|---|---|
| Subtotal: | $1,916.00 |
| Total: | $1,916.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003168

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 248915 | Mar 15, 2022 | $1,485.00 |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Cali Melon | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Dragonfruit Lemonade | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Lemon Cookies | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Lemon Ice Tea | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Peach Lemon | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Peach Mango Watermelon | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Pina Colada | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Philippine Mango | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Rainbow | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Raspberry Orange Lemonade | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Raspberry Watermelon | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Sour Apple Ice | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Strawberry B-Day | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Strawberry Blackberry Lemonade | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Strawberry Ice | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Strawberry Ice Cream | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Strawberry Pina Colada | $82.50 | $82.50 |
| 1 | Hyde I.D. Recharge 4500 Puffs 10pk - Watermelon Ice Cream | $82.50 | $82.50 |

Total quantities shipped: **18**

| | |
|---|---|
| Subtotal: | $1,485.00 |
| Total: | $1,485.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003169

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 248948 | Mar 16, 2022 | **$3,081.00** |

 PAID

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Box 10pk - Blueberry Raspberry | $73.00 | $365.00 |
| 5 | Air Bar Box 10pk - Cranberry Grape | $73.00 | $365.00 |
| 3 | Air Bar Box 10pk - Monster Ice | $73.00 | $219.00 |
| 4 | Air Bar Box 10pk - Strawberry Mango | $73.00 | $292.00 |
| 2 | Air Bar Max 10pk - Blueberry Blackcurrant | $62.00 | $124.00 |
| 1 | Air Bar Max 10pk - Blueberry Ice | $62.00 | $62.00 |
| 2 | Air Bar Max 10pk - Blueberry Raspberry | $62.00 | $124.00 |
| 2 | Air Bar Max 10pk - Monster Ice | $62.00 | $124.00 |
| 4 | Air Bar Max 10pk - Pudding | $62.00 | $248.00 |
| 2 | Air Bar Max 10pk - Peach Mango | $62.00 | $124.00 |
| 2 | Air Bar Max 10pk - Sakura Grape | $62.00 | $124.00 |
| 2 | Air Bar Max 10pk - Strawberry Banana Ice | $62.00 | $124.00 |
| 1 | Air Bar Max 10pk - Strawberry Watermelon | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Watermelon Candy | $62.00 | $62.00 |
| 2 | Air Bar Max 10pk - Watermelon Ice | $62.00 | $124.00 |
| 3 | Air Bar Diamond 10pk - Pineapple Ice | $37.00 | $111.00 |
| 2 | Air Bar Diamond 10pk - Red Mojito | $37.00 | $74.00 |
| 5 | Air Bar Diamond 10pk - Strawberry Watermelon | $37.00 | $185.00 |
| 2 | Air Bar Lux 10pk - Green Apple Ice | $42.00 | $84.00 |
| 2 | Air Bar Lux 10pk - Raspberry Watermelon | $42.00 | $84.00 |

Total quantities shipped: **52**

| | |
|---|---|
| Subtotal: | $3,081.00 |
| Total: | $3,081.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003170



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 249143 | Mar 16, 2022 | **$667.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Air Bar Box 10pk - Cherry Lemon | $75.00 | $225.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 2.4% 4pk | $71.50 | $143.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 5.0% 4pk | $71.50 | $143.00 |
| 1 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $78.00 |
| 1 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $78.00 |

Total quantities shipped: **9**

Subtotal: $667.00
Total: $667.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003171

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 249169 | Mar 16, 2022 | **$1,595.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Cake - DELTA 10 Disposable 5pk - Sativa - Sour Tangie | $75.00 | $75.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Hybrid - Gorilla Glue | $75.00 | $75.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Hybrid - Ice Cream Cake | $75.00 | $75.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Sativa - AK-47 | $75.00 | $75.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Sativa - Green Crack | $75.00 | $75.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Sativa - Super Sour Diesel | $75.00 | $75.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Live Resin - Animal Mints | $80.00 | $80.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Live Resin - Banana Rosin | $80.00 | $80.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Live Resin - Pink Rntz | $80.00 | $80.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Live Resin - Sour Apple | $80.00 | $80.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Blue Razz Ice | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Fruit Punch | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Mango Peach Apricot | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Mango Peaches & Cream | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Peach | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Philippine Mango | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Raspberry Watermelon | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Strawberry Ice | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Strawberry Ice Cream | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Watermelon Ice Cream | $82.50 | $82.50 |

Total quantities shipped: **20**

Subtotal: $1,595.00
Total: $1,595.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003172

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 249171 | Mar 16, 2022 | **$495.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Cherry Peach Lemonade | $82.50 | $82.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - OJ | $82.50 | $82.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Strawberry Ice Cream | $82.50 | $82.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Summer LUV | $82.50 | $82.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Banana Ice | $82.50 | $82.50 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach | $82.50 | $82.50 |

Total quantities shipped: **6**

Subtotal: $495.00
Total: $495.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003173

# INVOICE


**PAID**

| | Order # | Date | Total |
|---|---|---|---|
| | 249196 | Mar 16, 2022 | **$495.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Coconut Crumble | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Mandarin Lime | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Peach Ice Cream | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Peach Lemon | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Pineapple Banana Cantaloupe | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Strawberry Lemon Lime | $82.50 | $82.50 |

Total quantities shipped: **6**

Subtotal: $495.00
Total: $495.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003174



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 249586 | Mar 20, 2022 | **$626.50** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 10pk - Cherry Lemon | $73.00 | $73.00 |
| 1 | Air Bar Box 10pk - Mix Berries | $73.00 | $73.00 |
| 1 | Air Bar Max 10pk - Blueberry Ice | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Energy Drinks | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Pudding | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Watermelon Candy | $62.00 | $62.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Pineapple Peach Mango | $77.50 | $77.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $77.50 | $77.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Spearmint | $77.50 | $77.50 |

Total quantities shipped: **9**

Subtotal: $626.50
Total: $626.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003175

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 249630 | Mar 21, 2022 | **$930.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Cake - DELTA 8 Cartridge 5pk - Hybrid - Blue Dream | $38.75 | $116.25 |
| 3 | Cake - DELTA 8 Cartridge 5pk - Hybrid - Purple Punch | $38.75 | $116.25 |
| 3 | Cake - DELTA 8 Cartridge 5pk - Hybrid - White Runtz | $38.75 | $116.25 |
| 3 | Cake - DELTA 8 Cartridge 5pk - Indica - Banana Runtz | $38.75 | $116.25 |
| 3 | Cake - DELTA 8 Cartridge 5pk - Indica - OG Kush | $38.75 | $116.25 |
| 3 | Cake - DELTA 8 Cartridge 5pk - Indica - Strawberry Cough | $38.75 | $116.25 |
| 3 | Cake - DELTA 8 Cartridge 5pk - Sativa - Cereal Milk | $38.75 | $116.25 |
| 3 | Cake - DELTA 8 Cartridge 5pk - Sativa - Strawberry Sour Diesel | $38.75 | $116.25 |

Total quantities shipped: **24**

Subtotal: $930.00
Total: $930.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 249633 | Mar 21, 2022 | **$775.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Jungle Juice | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mango Mojito | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mighty Mint | $55.00 | $55.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Peach Ice | $55.00 | $110.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Rainbow | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Candy | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Chew | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Green Energy Drink | $55.00 | $55.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Strawberry | $75.00 | $75.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - CLEAR - No Flavor | $75.00 | $75.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Cool Mint | $75.00 | $75.00 |

Total quantities shipped: **13**

|  | |
|---|---|
| Subtotal: | $775.00 |
| Total: | $775.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003177

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 249792 | Mar 22, 2022 | **$4,070.50** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Banana Ice | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Bananas & Cream | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Blue Razz Ice | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Blue Razz Lemonade | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Brazmallows | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Caribbean Colada | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Cherry Peach Lemonade | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Dewberry | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Energize | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Mango Peaches & Cream | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - OJ | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Peach Mango Watermelon | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Strawberry Guava Ice | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Strawberry Ice Cream | $80.00 | $80.00 |
| 1 | Air Bar Max 10pk - Blueberry Blackcurrant | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Blueberry Ice | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Blueberry Raspberry | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Grape Ice | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Red Mojito | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Strawberry Banana Ice | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Strawberry Mango | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Strawberry Watermelon | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Watermelon Candy | $62.00 | $62.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Blue Razz Ice | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Coconut Crumble | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Lemon Ice Cream | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Mandarin Lime | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Mango Peach Apricot | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Peach | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Peach Ice Cream | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Philippine Mango | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Pineapple Banana Cantaloupe | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Raspberry Watermelon | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Red Apple | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Sour Apple Ice | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Strawberry B-Day | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Strawberry Ice | $82.50 | $82.50 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Tropical | $82.50 | $82.50 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Blue Razz | $82.50 | $82.50 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Blue Razz Ice | $82.50 | $82.50 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Fresh Vanilla | $82.50 | $82.50 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Mango Peaches & Cream | $82.50 | $82.50 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Philippine Mango | $82.50 | $82.50 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Rainbow | $82.50 | $82.50 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Sour Apple Ice | $82.50 | $82.50 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Strawberry Ice Cream | $82.50 | $82.50 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Strawberry Kiwi Guava | $82.50 | $82.50 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Watermelon Ice Cream | $82.50 | $82.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Cheesecake | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Cool Mint | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Hawaii Pog | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Jungle Juice | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Melon Ice | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Shake Shake | $55.00 | $55.00 |

Total quantities shipped: **54**

Subtotal: $4,070.50

RZSMOKE00003178

Total: $4,070.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003179

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 250181 | Mar 25, 2022 | $4,332.50 | PAID |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Banana Ice | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Mint | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Raspberry Lemon | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Fantasy Love | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Kiwi Blueberry Ice | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Passion Fruit Mango | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango Watermelon | $55.00 | $165.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Apple Peach Watermelon | $77.50 | $155.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Banana Ice | $77.50 | $310.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz | $77.50 | $155.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Cherry Peach Lemonade | $77.50 | $387.50 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Dragonfruit Lemonade | $77.50 | $310.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Mango Peaches & Cream | $77.50 | $232.50 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $77.50 | $232.50 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Peach Mango Watermelon | $77.50 | $232.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Pineapple Peach Mango | $77.50 | $77.50 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $77.50 | $155.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Spearmint | $77.50 | $77.50 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Orange Ice | $77.50 | $387.50 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Summer LUV | $77.50 | $77.50 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Tropical | $77.50 | $155.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Watermelon Ice Cream | $77.50 | $232.50 |

Total quantities shipped: **62**

| | |
|---|---|
| Subtotal: | $4,332.50 |
| Total: | $4,332.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003180

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 250183 | Mar 25, 2022 | **$660.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Mango Peach | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Strawberry Mango | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Watermelon Ice | $82.50 | $82.50 |

Total quantities shipped: **8**

| | |
|---|---|
| Subtotal: | $660.00 |
| Total: | $660.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003181

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 250197 | Mar 25, 2022 | **$679.50** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Packwoods - Runtz DELTA 8 Gummies 1000mg - Berries | $9.00 | $36.00 |
| 10 | SLIK Twist 900 mAh + USB Charger - Black | $5.00 | $50.00 |
| 10 | SLIK Twist 900 mAh + USB Charger - Silver | $5.00 | $50.00 |
| 1 | Air Bar Box 10pk - Cool Lemon | $73.00 | $73.00 |
| 1 | Air Bar Box 10pk - Strawberry Mango | $73.00 | $73.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Energize | $82.50 | $82.50 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Blue Razz Cloud | $82.50 | $82.50 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Strawberry Ice | $82.50 | $82.50 |
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Pineapple | $75.00 | $75.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Cool Mint | $75.00 | $75.00 |

Total quantities shipped: **31**

| | |
|---|---|
| Subtotal: | $679.50 |
| Total: | $679.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003182



# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 250219 | Mar 25, 2022 | **$387.50** |  |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Pineapple Peach Mango | $77.50 | $310.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Sour Apple Ice | $77.50 | $77.50 |

Total quantities shipped: **5**

| | |
|---|---|
| Subtotal: | $387.50 |
| Total: | $387.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 250222 | Mar 25, 2022 | **$82.50** | PAID |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Strawberry Ice | $82.50 | $82.50 |

Total quantities shipped: **1**

Subtotal: $82.50
Total: $82.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003184

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 250686 | Mar 30, 2022 | **$4,971.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Lost Vape - Orion Bar 4000 Puffs - Banana Ice | $52.50 | $105.00 |
| 3 | Lost Vape - Orion Bar 4000 Puffs - Blueberry Raspberry | $52.50 | $157.50 |
| 3 | Lost Vape - Orion Bar 4000 Puffs - Cool Mint | $52.50 | $157.50 |
| 2 | Lost Vape - Orion Bar 4000 Puffs - Cotton Clouds | $52.50 | $105.00 |
| 3 | Lost Vape - Orion Bar 4000 Puffs - Lush Ice | $52.50 | $157.50 |
| 3 | Lost Vape - Orion Bar 4000 Puffs - Pink Lemonade | $52.50 | $157.50 |
| 3 | Lost Vape - Orion Bar 4000 Puffs - Rainbow Drop | $52.50 | $157.50 |
| 3 | Lost Vape - Orion Bar 4000 Puffs - Strawberry Banana | $52.50 | $157.50 |
| 3 | Lost Vape - Orion Bar 4000 Puffs - Strawberry Birthday Cake | $52.50 | $157.50 |
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $936.00 |
| 1 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Banana | $75.00 | $75.00 |
| 2 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Blue Razz | $75.00 | $150.00 |
| 2 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Cola | $75.00 | $150.00 |
| 2 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Guava Berry | $75.00 | $150.00 |
| 1 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Lush | $75.00 | $75.00 |
| 3 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Tropical Peach | $75.00 | $225.00 |
| 3 | Pod Mesh 5500 Puffs 10pk - Aloe Grape | $82.50 | $247.50 |
| 2 | Pod Mesh 5500 Puffs 10pk - Banana Frost | $82.50 | $165.00 |
| 3 | Pod Mesh 5500 Puffs 10pk - Berry Lush Apple | $82.50 | $247.50 |
| 2 | Pod Mesh 5500 Puffs 10pk - Blue Razz Lemonade | $82.50 | $165.00 |
| 2 | Pod Mesh 5500 Puffs 10pk - Frozen Sour Apple | $82.50 | $165.00 |
| 1 | Pod Mesh 5500 Puffs 10pk - Frozen Strawberry Guava | $82.50 | $82.50 |
| 1 | Pod Mesh 5500 Puffs 10pk - Glacier Grape Chew | $82.50 | $82.50 |
| 2 | Pod Mesh 5500 Puffs 10pk - Mighty Mint Sapphire | $82.50 | $165.00 |
| 1 | Pod Mesh 5500 Puffs 10pk - Plum Berry Freeze | $82.50 | $82.50 |
| 1 | Pod Mesh 5500 Puffs 10pk - Pod Energy | $82.50 | $82.50 |
| 1 | Pod Mesh 5500 Puffs 10pk - Polar Peach | $82.50 | $82.50 |
| 3 | Pod Mesh 5500 Puffs 10pk - Sour Strawberry Gummy | $82.50 | $247.50 |
| 1 | Pod Mesh 5500 Puffs 10pk - Strawberry Kiwi | $82.50 | $82.50 |

Total quantities shipped: **71**

| | |
|---|---|
| Subtotal: | **$4,971.00** |
| Total: | **$4,971.00** |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003185

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 250688 | Mar 30, 2022 | **$508.75** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Fume Ultra 2500 Puffs 10pk - Double Apple | $67.50 | $135.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Purple Rain | $67.50 | $67.50 |
| 3 | Fume Infinity 3500 Puffs 5pk - Dessert Breeze | $43.75 | $131.25 |
| 2 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $43.75 | $87.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $43.75 | $43.75 |
| 1 | Fume Infinity 3500 Puffs 5pk - Yogurt Ice Cream | $43.75 | $43.75 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $508.75 |
| Total: | $508.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003186



# INVOICE



**PAID**

| Order # | Date | Total |
|---------|------|-------|
| 250725 | Mar 30, 2022 | **$350.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 2 | Fume Infinity 3500 Puffs 5pk - Dessert Breeze | $43.75 | $87.50 |
| 3 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $43.75 | $131.25 |
| 3 | Fume Infinity 3500 Puffs 5pk - Strawberry Banana | $43.75 | $131.25 |

Total quantities shipped: **8**

|  |  |
|--|--|
| Subtotal: | $350.00 |
| Total: | $350.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003187

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 250726 | Mar 30, 2022 | **$78.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $78.00 | $78.00 |

Total quantities shipped: **1**

|  |  |
|---|---|
| Subtotal: | $78.00 |
| Total: | $78.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003188

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | **PAID** |
| 250823 | Mar 31, 2022 | $1,237.50 | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $247.50 |
| 2 | ELF Bar BC5000 10pk - Energy | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $82.50 | $165.00 |
| 3 | ELF Bar BC5000 10pk - Strawberry Mango | $82.50 | $247.50 |
| 3 | ELF Bar BC5000 10pk - Watermelon Ice | $82.50 | $247.50 |

Total quantities shipped: **15**

|  |  |
|---|---|
| Subtotal: | $1,237.50 |
| Total: | $1,237.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003189

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 251215 | Apr 4, 2022 | **$965.50** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Rainbow Candy | $82.50 | $82.50 |
| 1 | Air Bar Box 10pk - Cherry Lemon | $68.00 | $68.00 |
| 1 | Air Bar Box 10pk - Cool Mint | $68.00 | $68.00 |
| 3 | Air Bar Box 10pk - Watermelon Candy | $68.00 | $204.00 |
| 1 | ALTO Device 5pk By VUSE - Slate | $23.00 | $23.00 |
| 1 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $82.50 |
| 10 | SLIK Twist 900 mAh + USB Charger - Black | $5.00 | $50.00 |
| 10 | SLIK Twist 900 mAh + USB Charger - Silver | $5.00 | $50.00 |
| 2 | Esco Bar 2500 Puffs - Carsonator - Blueberry Ambrosia | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Cotton Candy | $67.50 | $135.00 |
| 1 | Esco Bar 2500 Puffs - Salted Carmel | $67.50 | $67.50 |

Total quantities shipped: **33**

Subtotal: $965.50
Total: $965.50

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003190

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 251228 | Apr 4, 2022 | **$590.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Glamee Magic 6000 Puffs 10pk - Cool Mint | $75.00 | $75.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Jungle Juice | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mighty Mint | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mojito Mint | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Rainbow | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Tobacco | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Candy | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Chew | $55.00 | $55.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Strawberry | $75.00 | $75.00 |

Total quantities shipped: **10**

|  | |
|---|---|
| Subtotal: | $590.00 |
| Total: | $590.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003191

# INVOICE

| | Order # | Date | Total Due |
|---|---|---|---|
| | 251236 | Apr 4, 2022 | **$710.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island , NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473  Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Glamee Magic 6000 Puffs 10pk - Cool Mint | $85.00 | $85.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Jungle Juice | $67.50 | $67.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mighty Mint | $67.50 | $67.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mojito Mint | $67.50 | $67.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango | $67.50 | $67.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Rainbow | $67.50 | $67.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Tobacco | $67.50 | $67.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Candy | $67.50 | $67.50 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Chew | $67.50 | $67.50 |
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Strawberry | $85.00 | $85.00 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $710.00 |
| Total: | $710.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003192

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 251294 | Apr 4, 2022 | **$330.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Energy | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Mango Peach | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Rainbow Candy | $82.50 | $82.50 |

Total quantities shipped: **4**

| | |
|---|---|
| Subtotal: | $330.00 |
| Total: | $330.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003193



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 251379 | Apr 5, 2022 | **$544.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Air Bar Box 10pk - Blueberry Raspberry | $68.00 | $136.00 |
| 2 | Air Bar Box 10pk - Cherry Lemon | $68.00 | $136.00 |
| 2 | Air Bar Box 10pk - Mix Berries | $68.00 | $136.00 |
| 2 | Air Bar Box 10pk - Watermelon Candy | $68.00 | $136.00 |

Total quantities shipped: **8**

|  |  |
|---|---|
| Subtotal: | $544.00 |
| Total: | $544.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003194

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 252289 | Apr 12, 2022 | **$1,110.00** |  |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 10pk - Blueberry Ice | $68.00 | $68.00 |
| 1 | Air Bar Box 10pk - Cherry Lemon | $68.00 | $68.00 |
| 1 | Air Bar Box 10pk - Energy Drinks | $68.00 | $68.00 |
| 1 | Air Bar Box 10pk - Watermelon Candy | $68.00 | $68.00 |
| 1 | Air Bar Box 10pk - Watermelon Ice | $68.00 | $68.00 |
| 2 | IVG Bar MAX 2500 Puffs TFN - Berry Lemonade Ice | $70.00 | $140.00 |
| 1 | IVG Bar MAX 2500 Puffs TFN - Blue Raspberry Ice | $70.00 | $70.00 |
| 1 | IVG Bar MAX 2500 Puffs TFN - Classic Mint | $70.00 | $70.00 |
| 2 | IVG Bar MAX 2500 Puffs TFN - Mango Lychee | $70.00 | $140.00 |
| 1 | IVG Bar MAX 2500 Puffs TFN - Pink Lemonade | $70.00 | $70.00 |
| 2 | IVG Bar MAX 2500 Puffs TFN - Ruby Guava Ice | $70.00 | $140.00 |
| 2 | IVG Bar MAX 2500 Puffs TFN - Strawberry Watermelon | $70.00 | $140.00 |

Total quantities shipped: **16**

Subtotal: $1,110.00
Total: $1,110.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003195

# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 252296 | Apr 12, 2022 | $1,845.00 | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Esco Bar 2500 Puffs - Blue Raspberry | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Bubblegum Ice | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Cotton Candy | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Grape Ice | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Mango Ice | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Peach Ice | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Rainbow | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Strawberry Ice | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Watermelon Ice | $67.50 | $135.00 |
| 2 | Lost Vape - Orion Bar 4000 Puffs - Blueberry Raspberry | $52.50 | $105.00 |
| 2 | Lost Vape - Orion Bar 4000 Puffs - Cool Mint | $52.50 | $105.00 |
| 2 | Lost Vape - Orion Bar 4000 Puffs - Cotton Clouds | $52.50 | $105.00 |
| 2 | Lost Vape - Orion Bar 4000 Puffs - Lush Ice | $52.50 | $105.00 |
| 2 | Lost Vape - Orion Bar 4000 Puffs - Pink Lemonade | $52.50 | $105.00 |
| 2 | Lost Vape - Orion Bar 4000 Puffs - Strawberry Banana | $52.50 | $105.00 |

Total quantities shipped: **30**

Subtotal: $1,845.00
Total: $1,845.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003196

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 252956 | Apr 18, 2022 | **$2,013.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $78.00 |
| 2 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $78.00 | $156.00 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 2.4% 4pk | $77.50 | $77.50 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 5.0% 4pk | $77.50 | $77.50 |
| 3 | Air Bar Box 10pk - Cool Lemon | $68.00 | $204.00 |
| 2 | Air Bar Box 10pk - Cranberry Grape | $68.00 | $136.00 |
| 3 | Air Bar Box 10pk - Grape Ice | $68.00 | $204.00 |
| 3 | Air Bar Box 10pk - Strawberry Mango | $68.00 | $204.00 |
| 3 | Air Bar Box 10pk - Strawberry Watermelon | $68.00 | $204.00 |
| 2 | Air Bar Box 10pk - Watermelon Apple Ice | $68.00 | $136.00 |
| 2 | Air Bar Box 10pk - Watermelon Candy | $68.00 | $136.00 |
| 2 | Air Bar M-Lux 2000 Puffs 10pk - Cotton Candy | $50.00 | $100.00 |
| 2 | Air Bar M-Lux 2000 Puffs 10pk - Lemon Mint Ice | $50.00 | $100.00 |
| 2 | Air Bar M-Lux 2000 Puffs 10pk - Rainbow Candy | $50.00 | $100.00 |
| 2 | Air Bar M-Lux 2000 Puffs 10pk - Watermelon Bubble Gum | $50.00 | $100.00 |

Total quantities shipped: **31**

Subtotal: $2,013.00
Total: $2,013.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003197

# INVOICE



| Order #<br>253079 | Date<br>Apr 19, 2022 | Total<br>$4,913.00 | PAID |
|---|---|---|---|

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Pod Mesh FLO 3500 Puffs 10pk - Frozen Mango Strawberry | $68.00 | $204.00 |
| 2 | Pod Mesh FLO 3500 Puffs 10pk - Strawberry Ice Cream | $68.00 | $136.00 |
| 3 | Pod Mesh FLO 3500 Puffs 10pk - Strawberry Kiwi | $68.00 | $204.00 |
| 2 | Pod Mesh FLO 3500 Puffs 10pk - Strawberry Sour Belts | $68.00 | $136.00 |
| 3 | Pod Mesh 5500 Puffs 10pk - Aloe Grape | $82.50 | $247.50 |
| 3 | Air Bar M-Lux 2000 Puffs 10pk - Blueberry Ice | $50.00 | $150.00 |
| 3 | Air Bar M-Lux 2000 Puffs 10pk - Blue Raspberry Lemon | $50.00 | $150.00 |
| 3 | Air Bar M-Lux 2000 Puffs 10pk - Cotton Candy | $50.00 | $150.00 |
| 3 | Air Bar M-Lux 2000 Puffs 10pk - Blueberry Raspberry | $50.00 | $150.00 |
| 3 | Air Bar M-Lux 2000 Puffs 10pk - Energy Drink | $50.00 | $150.00 |
| 3 | Air Bar M-Lux 2000 Puffs 10pk - Grape Ice | $50.00 | $150.00 |
| 3 | Air Bar M-Lux 2000 Puffs 10pk - Lemon Mint Ice | $50.00 | $150.00 |
| 3 | Air Bar M-Lux 2000 Puffs 10pk - Rainbow Candy | $50.00 | $150.00 |
| 3 | Air Bar M-Lux 2000 Puffs 10pk - Strawberry Kiwi | $50.00 | $150.00 |
| 3 | Air Bar M-Lux 2000 Puffs 10pk - Strawberry Mango | $50.00 | $150.00 |
| 3 | Air Bar M-Lux 2000 Puffs 10pk - Watermelon Apple Ice | $50.00 | $150.00 |
| 3 | Air Bar M-Lux 2000 Puffs 10pk - Watermelon Bubble Gum | $50.00 | $150.00 |
| 3 | Air Bar M-Lux 2000 Puffs 10pk - Watermelon Candy | $50.00 | $150.00 |
| 3 | Air Bar M-Lux 2000 Puffs 10pk - Watermelon Ice | $50.00 | $150.00 |
| 3 | Lost Vape - Orion Bar 4000 Puffs - Banana Ice | $52.50 | $157.50 |
| 3 | Lost Vape - Orion Bar 4000 Puffs - Blueberry Raspberry | $52.50 | $157.50 |
| 5 | Lost Vape - Orion Bar 4000 Puffs - Cool Mint | $52.50 | $262.50 |
| 2 | Lost Vape - Orion Bar 4000 Puffs - Cotton Clouds | $52.50 | $105.00 |
| 3 | Lost Vape - Orion Bar 4000 Puffs - Lush Ice | $52.50 | $157.50 |
| 1 | Lost Vape - Orion Bar 4000 Puffs - Pink Lemonade | $52.50 | $52.50 |
| 4 | Lost Vape - Orion Bar 4000 Puffs - Purple Haze | $52.50 | $210.00 |
| 2 | Lost Vape - Orion Bar 4000 Puffs - Rainbow Drop | $52.50 | $105.00 |
| 3 | Lost Vape - Orion Bar 4000 Puffs - Strawberry Banana | $52.50 | $157.50 |
| 3 | Lost Vape - Orion Bar 4000 Puffs - Strawberry Birthday Cake | $52.50 | $157.50 |
| 4 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $312.00 |
| 1 | JUUL Pods 8pk - Virginia Tobacco 3% 2 Pods | $51.00 | $51.00 |

Total quantities shipped: **89**

| | |
|---|---|
| Subtotal: | $4,913.00 |
| Total: | $4,913.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003198



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 253241 | Apr 20, 2022 | **$1,485.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Banana Ice | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Mint | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Blue Razz Ice | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Fruit Punch | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Hawaii Pog | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Mango Mojito | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Raspberry Watermelon | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Taro Ice Cream | $55.00 | $165.00 |

Total quantities shipped: **27**

|  | |
|---|---|
| Subtotal: | $1,485.00 |
| Total: | $1,485.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003199

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 253243 | Apr 20, 2022 | **$165.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Raspberry Peach | $55.00 | $165.00 |

Total quantities shipped: **3**

| | |
|---|---|
| Subtotal: | $165.00 |
| Total: | $165.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003200

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 253438 | Apr 22, 2022 | **$2,640.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | ELF Bar BC5000 10pk - Malysian Mango | $82.50 | $330.00 |
| 4 | ELF Bar BC5000 10pk - Mango Peach Apricot | $82.50 | $330.00 |
| 4 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $82.50 | $330.00 |
| 4 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $330.00 |
| 4 | ELF Bar BC5000 10pk - Strawberry Banana | $82.50 | $330.00 |
| 4 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $330.00 |
| 4 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $330.00 |
| 4 | ELF Bar BC5000 10pk - Triple Berry Ice | $82.50 | $330.00 |

Total quantities shipped: **32**

Subtotal: $2,640.00
Total: $2,640.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003201

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 253448 | Apr 22, 2022 | $247.50 |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Malysian Mango | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Mango Peach Apricot | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $82.50 | $82.50 |

Total quantities shipped: **3**

| | |
|---|---|
| Subtotal: | $247.50 |
| Total: | $247.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003202



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 253453 | Apr 22, 2022 | **$257.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $82.50 |
| 4 | Green CBD - HHC Gummies 500mg - Blue Raspberry | $8.75 | $35.00 |
| 1 | Green CBD - HHC Gummies 500mg - Blue Raspberry | $8.75 | $8.75 |
| 4 | Green CBD - HHC Gummies 500mg - Juicy Strawberry | $8.75 | $35.00 |
| 1 | Green CBD - HHC Gummies 500mg - Juicy Strawberry | $8.75 | $8.75 |
| 4 | Green CBD - HHC Gummies 500mg - Ripe Mango | $8.75 | $35.00 |
| 1 | Green CBD - HHC Gummies 500mg - Ripe Mango | $8.75 | $8.75 |
| 4 | Green CBD - HHC Gummies 500mg - Watermelon Blast | $8.75 | $35.00 |
| 1 | Green CBD - HHC Gummies 500mg - Watermelon Blast | $8.75 | $8.75 |

Total quantities shipped: **21**

Subtotal: $257.50
Total: $257.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003203



# INVOICE



**PAID**

| Order # | Date | Total |
|---|---|---|
| 253505 | Apr 22, 2022 | **$1,320.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Caribbean Colada | $82.50 | $165.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Cherry Peach Lemonade | $82.50 | $165.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Dewberry | $82.50 | $165.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - OJ | $82.50 | $165.00 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Summer LUV | $82.50 | $247.50 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Banana Ice | $82.50 | $165.00 |
| 3 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach | $82.50 | $247.50 |

Total quantities shipped: **16**

|  |  |
|---|---|
| Subtotal: | $1,320.00 |
| Total: | $1,320.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003204



# INVOICE

| | Order # | Date | Total | PAID |
|---|---|---|---|---|
| | 254625 | May 3, 2022 | $2,730.00 | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 100 | Black By OPMS - 5ct | $21.00 | $2,100.00 |
| 30 | Gold By OPMS - 5ct | $21.00 | $630.00 |

Total quantities shipped: **130**

|  |  |
|---|---|
| Subtotal: | $2,730.00 |
| Total: | $2,730.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003205

# INVOICE

| Order #<br>254636 | Date<br>May 3, 2022 | Total<br>**$697.50** | **PAID** |
|---|---|---|---|

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Fume Infinity 3500 Puffs 5pk - Blueberry Mint | $45.00 | $45.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Strawberry Banana | $45.00 | $90.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $45.00 | $45.00 |
| 2 | Fume Ultra 2500 Puffs 10pk - Pineapple Ice | $70.00 | $140.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Strawberry Banana | $70.00 | $70.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Double Apple | $52.50 | $105.00 |
| 2 | Fume Mini 1200 Puffs 10pk - Pina Colada | $52.50 | $105.00 |
| 1 | Fume Mini 1200 Puffs 10pk - Strawberry Mango | $52.50 | $52.50 |

Total quantities shipped: **13**

|  | |
|---|---|
| **Subtotal:** | $697.50 |
| **Total:** | $697.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003206

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 254767 | May 4, 2022 | **$10,551.50** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Air Bar Box 10pk - Blueberry Ice | $67.50 | $135.00 |
| 6 | Air Bar Box 10pk - Blueberry Raspberry | $67.50 | $405.00 |
| 4 | Air Bar Box 10pk - Cranberry Grape | $67.50 | $270.00 |
| 1 | Air Bar Box 10pk - Energy Drinks | $67.50 | $67.50 |
| 5 | Air Bar Box 10pk - Grape Ice | $67.50 | $337.50 |
| 10 | Air Bar Box 10pk - Mix Berries | $67.50 | $675.00 |
| 10 | Air Bar Box 10pk - Monster Ice | $67.50 | $675.00 |
| 2 | Air Bar Box 10pk - Pineapple Shake | $67.50 | $135.00 |
| 5 | Air Bar Box 10pk - Strawberry Kiwi | $67.50 | $337.50 |
| 1 | Air Bar Box 10pk - Strawberry Mango | $67.50 | $67.50 |
| 6 | Air Bar Box 10pk - Watermelon Candy | $67.50 | $405.00 |
| 5 | Air Bar Box 10pk - Watermelon Ice | $67.50 | $337.50 |
| 4 | Air Bar M-Lux 2000 Puffs 10pk - Blueberry Ice | $50.00 | $200.00 |
| 4 | Air Bar M-Lux 2000 Puffs 10pk - Blue Raspberry Lemon | $50.00 | $200.00 |
| 4 | Air Bar M-Lux 2000 Puffs 10pk - Cotton Candy | $50.00 | $200.00 |
| 4 | Air Bar M-Lux 2000 Puffs 10pk - Blueberry Raspberry | $50.00 | $200.00 |
| 4 | Air Bar M-Lux 2000 Puffs 10pk - Energy Drink | $50.00 | $200.00 |
| 4 | Air Bar M-Lux 2000 Puffs 10pk - Grape Ice | $50.00 | $200.00 |
| 4 | Air Bar M-Lux 2000 Puffs 10pk - Lemon Mint Ice | $50.00 | $200.00 |
| 4 | Air Bar M-Lux 2000 Puffs 10pk - Rainbow Candy | $50.00 | $200.00 |
| 4 | Air Bar M-Lux 2000 Puffs 10pk - Strawberry Kiwi | $50.00 | $200.00 |
| 4 | Air Bar M-Lux 2000 Puffs 10pk - Strawberry Mango | $50.00 | $200.00 |
| 4 | Air Bar M-Lux 2000 Puffs 10pk - Watermelon Apple Ice | $50.00 | $200.00 |
| 4 | Air Bar M-Lux 2000 Puffs 10pk - Watermelon Bubble Gum | $50.00 | $200.00 |
| 4 | Air Bar M-Lux 2000 Puffs 10pk - Watermelon Candy | $50.00 | $200.00 |
| 4 | Air Bar M-Lux 2000 Puffs 10pk - Watermelon Ice | $50.00 | $200.00 |
| 5 | Air Bar Max 10pk - Blueberry Ice | $62.00 | $310.00 |
| 9 | Air Bar Max 10pk - Blueberry Raspberry | $62.00 | $558.00 |
| 5 | Air Bar Max 10pk - Grape Ice | $62.00 | $310.00 |
| 8 | Air Bar Max 10pk - Pudding | $62.00 | $496.00 |
| 4 | Air Bar Max 10pk - Strawberry Banana Ice | $62.00 | $248.00 |
| 6 | Air Bar Max 10pk - Strawberry Kiwi | $62.00 | $372.00 |
| 1 | Air Bar Max 10pk - Strawberry Mango | $62.00 | $62.00 |
| 6 | Air Bar Max 10pk - Strawberry Watermelon | $62.00 | $372.00 |
| 5 | Air Bar Max 10pk - Watermelon Candy | $62.00 | $310.00 |
| 5 | Air Bar Max 10pk - Watermelon Ice | $62.00 | $310.00 |
| 4 | DELTA MAN - Delta 8 Flower 7g - Mango Kush | $10.00 | $40.00 |
| 4 | DELTA MAN - Delta 8 Flower 7g - Maui Wowie | $10.00 | $40.00 |
| 4 | DELTA MAN - Delta 8 Flower 7g - Pineapple Express | $10.00 | $40.00 |
| 4 | DELTA MAN - Delta 8 Flower 7g - Purple Rain | $10.00 | $40.00 |
| 4 | DELTA MAN - Delta 8 Flower 7g - Skittlez | $10.00 | $40.00 |
| 4 | DELTA MAN - Delta 8 Flower 7g - Sour Diesel | $10.00 | $40.00 |
| 3 | DELTA MAN - Delta 10 Gummies - Apple Rings 500mg | $8.00 | $24.00 |
| 3 | DELTA MAN - Delta 10 Gummies - Neon Bears 500mg | $8.00 | $24.00 |
| 3 | DELTA MAN - Delta 10 Gummies - Neon Worms 500mg | $8.00 | $24.00 |
| 3 | DELTA MAN - Delta 10 Gummies - Peach Rings 500mg | $8.00 | $24.00 |
| 2 | Air Bar Max 10pk - Berries Shake | $62.00 | $124.00 |
| 4 | D-FUSION Gummies 400mg By Green CBD - Mango | $12.00 | $48.00 |
| 4 | D-FUSION Gummies 400mg By Green CBD - Pink Lemonade | $12.00 | $48.00 |

Total quantities shipped: **213**

| | |
|---|---|
| **Subtotal:** | $10,551.50 |
| **Total:** | $10,551.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**

RZSMOKE00003207

PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003208

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 254822 | May 5, 2022 | **$565.44** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | D-FUSION Gummies 400mg By Green CBD - Mango | $12.00 | $72.00 |
| 3 | D-FUSION Gummies 400mg By Green CBD - Pink Lemonade | $12.00 | $36.00 |
| 2 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $152.48 |
| 4 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $304.96 |

Total quantities shipped: **15**

Subtotal: $565.44
Total: $565.44

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003209

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 255147 | May 9, 2022 | **$483.75** |  PAID |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Cake - DELTA 8 Cartridge 5pk - Hybrid - Blue Dream | $36.25 | $36.25 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Hybrid - Purple Punch | $36.25 | $36.25 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Sativa - Strawberry Sour Diesel | $36.25 | $36.25 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Live Resin - Hybrid - Gelatti | $37.50 | $37.50 |
| 2 | Cake - DELTA 8 Cartridge 5pk - Live Resin - Hybrid - King James XIII | $37.50 | $75.00 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Live Resin - Hybrid - Pancakes | $37.50 | $37.50 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Live Resin - Indica - Animal Mints | $37.50 | $37.50 |
| 2 | Cake - DELTA 8 Cartridge 5pk - Live Resin - Indica - Hippy Crasher | $37.50 | $75.00 |
| 2 | Cake - DELTA 8 Cartridge 5pk - Live Resin - Sativa - Ghost Haze | $37.50 | $75.00 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Live Resin - Sativa - Samurai Jack | $37.50 | $37.50 |

Total quantities shipped: **13**

| | |
|---|---|
| Subtotal: | $483.75 |
| Total: | $483.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003210

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 255161 | May 9, 2022 | **$695.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Cheesecake | $55.00 | $55.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Green Energy Drink | $55.00 | $110.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Jungle Juice | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Key Lime Pie | $55.00 | $55.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Melon Ice | $55.00 | $110.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Mojito Mint | $55.00 | $110.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Rainbow | $55.00 | $55.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Cheesecake | $72.50 | $72.50 |
| 1 | Glamee Magic 6000 Puffs 10pk - Rainbow | $72.50 | $72.50 |

Total quantities shipped: **12**

|  | |
|---|---|
| Subtotal: | $695.00 |
| Total: | $695.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003211

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 255395 | May 11, 2022 | **$1,530.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Lemon Ice Cream | $80.00 | $80.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Peach Lemon | $80.00 | $80.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Philippine Mango | $80.00 | $80.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Pineapple Banana Cantaloupe | $80.00 | $80.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Strawberry Ice Cream | $80.00 | $80.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Watermelon Ice Cream | $80.00 | $80.00 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Blue Razz | $60.00 | $60.00 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Rainbow | $60.00 | $60.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Brazmallows | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Mango Peaches & Cream | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Peach Mango Watermelon | $80.00 | $80.00 |
| 1 | Air Bar Max 10pk - Grape Ice | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Pudding | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Sakura Grape | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Strawberry Kiwi | $62.00 | $62.00 |
| 1 | Air Bar Max 10pk - Strawberry Watermelon | $62.00 | $62.00 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $380.00 |

Total quantities shipped: **17**

| | |
|---|---|
| Subtotal: | $1,530.00 |
| Total: | $1,530.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003212

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 255731 | May 12, 2022 | **$3,382.50** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | ELF Bar BC5000 10pk - Blueberry Energize | $82.50 | $330.00 |
| 2 | ELF Bar BC5000 10pk - Green Apple | $82.50 | $165.00 |
| 6 | ELF Bar BC5000 10pk - Guava Ice | $82.50 | $495.00 |
| 4 | ELF Bar BC5000 10pk - Gumi | $82.50 | $330.00 |
| 3 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $82.50 | $247.50 |
| 10 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $825.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $165.00 |
| 6 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $495.00 |

Total quantities shipped: **41**

| | |
|---|---|
| Subtotal: | $3,382.50 |
| Total: | $3,382.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003213

# INVOICE





| Order # | Date | Total |
|---|---|---|
| 255748 | May 12, 2022 | **$495.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Blueberry Energize | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Green Apple | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Guava Ice | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Gumi | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $82.50 |

Total quantities shipped: **6**

| | |
|---|---|
| Subtotal: | $495.00 |
| Total: | $495.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003214

# INVOICE



**PAID**

| Order # | Date | Total |
|---|---|---|
| 255756 | May 12, 2022 | **$300.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Peach Lemon | $60.00 | $60.00 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Philippine Mango | $60.00 | $60.00 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Sour Apple Ice | $60.00 | $60.00 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Strawberry Kiwi Guava | $60.00 | $60.00 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Watermelon Ice Cream | $60.00 | $60.00 |

Total quantities shipped: **5**

| | |
|---|---|
| Subtotal: | $300.00 |
| Total: | $300.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003215

# INVOICE

**PAID**

| | |
|---|---|
| **Order #** | 255757 |
| **Date** | May 12, 2022 |
| **Total** | $375.00 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473  Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Minty O's | $80.00 | $160.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Philippine Mango | $80.00 | $80.00 |
| 2 | Air Bar Box 10pk - Watermelon Apple Ice | $67.50 | $135.00 |

Total quantities shipped: **5**

|  |  |
|---|---|
| Subtotal: | $375.00 |
| Total: | $375.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003216

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 255764 | May 12, 2022 | **$2,512.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Blue Razz | $60.00 | $120.00 |
| 3 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Blue Razz Ice | $60.00 | $180.00 |
| 2 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Fresh Vanilla | $60.00 | $120.00 |
| 2 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Raspberry Watermelon | $60.00 | $120.00 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Red Apple | $60.00 | $60.00 |
| 2 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Strawberry B-Day | $60.00 | $120.00 |
| 2 | Air Bar Box 10pk - Cherry Lemon | $67.50 | $135.00 |
| 3 | Air Bar Box 10pk - Grape Ice | $67.50 | $202.50 |
| 2 | Air Bar Box 10pk - Watermelon Ice | $67.50 | $135.00 |
| 2 | ELF Bar BC5000 10pk - Blueberry Energize | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Guava Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $165.00 |

Total quantities shipped: **35**

Subtotal: $2,512.50
Total: $2,512.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003217

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 255957 | May 14, 2022 | **$5,692.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 9 | ELF Bar BC5000 10pk - Blueberry Energize | $82.50 | $742.50 |
| 9 | ELF Bar BC5000 10pk - Green Apple | $82.50 | $742.50 |
| 9 | ELF Bar BC5000 10pk - Guava Ice | $82.50 | $742.50 |
| 2 | ELF Bar BC5000 10pk - Gumi | $82.50 | $165.00 |
| 9 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $82.50 | $742.50 |
| 9 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $742.50 |
| 6 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $495.00 |
| 7 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $577.50 |
| 9 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $742.50 |

Total quantities shipped: **69**

| | |
|---|---|
| Subtotal: | $5,692.50 |
| Total: | $5,692.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003218

# INVOICE

**PAID**

| | | |
|---|---|---|
| **Order #** 256220 | **Date** May 16, 2022 | **Total** $2,403.72 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | IVG Bar MAX 2500 Puffs TFN - Mango Lychee | $70.00 | $70.00 |
| 1 | Kratom Bar - Kratom Extract Disposable 1000mg 6pk - Mango | $96.00 | $96.00 |
| 1 | Kratom Bar - Kratom Extract Disposable 1000mg 6pk - Mint | $96.00 | $96.00 |
| 1 | Kratom Bar - Kratom Extract Disposable 1000mg 6pk - Natural | $96.00 | $96.00 |
| 3 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $228.72 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Spearmint | $76.00 | $228.00 |
| 1 | IVG Bar MAX 2500 Puffs TFN - Ruby Guava Ice | $70.00 | $70.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Blueberry | $76.00 | $76.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Apple Peach Watermelon | $76.00 | $76.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Ice Cream | $76.00 | $76.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Orange Ice | $76.00 | $76.00 |
| 2 | Air Bar Box 10pk - Blueberry Ice | $67.50 | $135.00 |
| 1 | Air Bar Box 10pk - Cool Lemon | $67.50 | $67.50 |
| 2 | Air Bar Box 10pk - Grape Ice | $67.50 | $135.00 |
| 2 | Air Bar Box 10pk - Strawberry Mango | $67.50 | $135.00 |
| 2 | Air Bar Box 10pk - Strawberry Watermelon | $67.50 | $135.00 |
| 5 | Air Bar Box 10pk - Watermelon Apple Ice | $67.50 | $337.50 |
| 2 | Air Bar Box 10pk - Watermelon Candy | $67.50 | $135.00 |
| 2 | Air Bar Box 10pk - Watermelon Ice | $67.50 | $135.00 |

Total quantities shipped: **33**

| | |
|---|---|
| **Subtotal:** | $2,403.72 |
| **Total:** | $2,403.72 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003219

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 256565 | May 18, 2022 | **$450.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Philippine Mango | $60.00 | $60.00 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Raspberry Watermelon | $60.00 | $60.00 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Red Apple | $60.00 | $60.00 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Strawberry Ice | $60.00 | $60.00 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Tropical | $60.00 | $60.00 |
| 2 | Cake - DELTA 10 Disposable 5pk - Sativa - Pineapple Express | $75.00 | $150.00 |

Total quantities shipped: 7

| | |
|---|---|
| Subtotal: | $450.00 |
| Total: | $450.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003220

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 256605 | May 18, 2022 | **$270.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473  Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Esco Bar 2500 Puffs - Carsonator - Aloe Mango Melon | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Carsonator - Blueberry Ambrosia | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Tobacco | $67.50 | $67.50 |
| 4 | Crisp Menthol By Naked100 - 6mg - 60ml | $6.50 | $26.00 |
| 1 | Crisp Menthol By Naked100 - 6mg - 60ml | $6.50 | $6.50 |
| 1 | Air Bar Diamond 10pk - Red Mojito | $35.00 | $35.00 |

Total quantities shipped: **9**

| | |
|---|---|
| Subtotal: | $270.00 |
| Total: | $270.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003221

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 257052 | May 23, 2022 | **$2,987.44** |  |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | GLAMEE NOVA 4000 Puffs 10pk - Banana Ice | $55.00 | $220.00 |
| 5 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Mint | $55.00 | $275.00 |
| 4 | GLAMEE NOVA 4000 Puffs 10pk - Blue Razz Ice | $55.00 | $220.00 |
| 5 | GLAMEE NOVA 4000 Puffs 10pk - Cool Mint | $55.00 | $275.00 |
| 4 | GLAMEE NOVA 4000 Puffs 10pk - Fruit Punch | $55.00 | $220.00 |
| 4 | GLAMEE NOVA 4000 Puffs 10pk - Mango Mojito | $55.00 | $220.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango | $55.00 | $165.00 |
| 4 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango Watermelon | $55.00 | $220.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Raspberry Peach | $55.00 | $165.00 |
| 6 | GLAMEE NOVA 4000 Puffs 10pk - Raspberry Watermelon | $55.00 | $330.00 |
| 4 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Banana | $55.00 | $220.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $457.44 |

Total quantities shipped: **52**

Subtotal: **$2,987.44**
Total: **$2,987.44**

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003222

# INVOICE

| | |
|---|---|
| **Order #** | 257116 |
| **Date** | May 23, 2022 |
| **Total** | **$856.50** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | SLIK Twist 900 mAh + USB Charger - Black | $5.00 | $100.00 |
| 20 | SLIK Twist 900 mAh + USB Charger - Silver | $5.00 | $100.00 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 4pk | $77.50 | $155.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 2.4% 4pk | $77.50 | $155.00 |
| 3 | ALTO Pods 5pk By VUSE - Menthol 5.0% 4pk | $77.50 | $232.50 |
| 4 | MELEE Radioactive Gummies 780mg - Mutant Hybrid - Pink Candy Kush | $16.00 | $64.00 |
| 1 | JUUL Pods 8pk - Virginia Tobacco 3% 2 Pods | $50.00 | $50.00 |

Total quantities shipped: **52**

|  |  |
|---|---|
| Subtotal: | $856.50 |
| Total: | $856.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003223

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 257122 | May 23, 2022 | **$3,402.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Aloe Grape | $76.00 | $228.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Banana Ice | $76.00 | $228.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Cherry Peach Lemonade | $76.00 | $76.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Cola Ice | $76.00 | $152.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Dragonfruit Lemonade | $76.00 | $228.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Mango Peaches & Cream | $76.00 | $76.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Minty O's | $76.00 | $228.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $76.00 | $228.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Pina Colada | $76.00 | $76.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Pineapple Peach Mango | $76.00 | $76.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Spearmint | $76.00 | $152.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Banana | $76.00 | $76.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Kiwi | $76.00 | $76.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Summer LUV | $76.00 | $152.00 |
| 2 | Esco Bar 2500 Puffs - Banana Ice | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Blue Raspberry | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Carsonator - Aloe Mango Melon | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Carsonator - Blueberry Ambrosia | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Grape Ice | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Mango Ice | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Pink Lemonade | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Rainbow | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Salted Carmel | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Strawberry Banana | $67.50 | $135.00 |

Total quantities shipped: **47**

Subtotal: $3,402.00
Total: $3,402.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003224

# INVOICE



| Order # | Date | Total | PAID |
|---|---|---|---|
| 257123 | May 23, 2022 | **$6,122.50** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Hyde Edge 1500 Puffs 10pk - Apple Peach Watermelon | $53.50 | $107.00 |
| 2 | Hyde Edge 1500 Puffs 10pk - Banana Ice | $53.50 | $107.00 |
| 3 | Hyde Edge 1500 Puffs 10pk - Blue Razz | $53.50 | $160.50 |
| 3 | Hyde Edge 1500 Puffs 10pk - Blue Razz Ice | $53.50 | $160.50 |
| 2 | Hyde Edge 1500 Puffs 10pk - Raspberry Watermelon | $53.50 | $107.00 |
| 1 | Hyde Edge 1500 Puffs 10pk - Strawberry Orange Ice | $53.50 | $53.50 |
| 2 | Hyde Edge 1500 Puffs 10pk - Summer LUV | $53.50 | $107.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Blueberry | $76.00 | $380.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Aloe Grape | $76.00 | $228.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Banana Ice | $76.00 | $228.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz | $76.00 | $228.00 |
| 5 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $76.00 | $380.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Cherry Peach Lemonade | $76.00 | $228.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Dragonfruit Lemonade | $76.00 | $304.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Mango Peaches & Cream | $76.00 | $228.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Minty O's | $76.00 | $304.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - OJ | $76.00 | $304.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $76.00 | $152.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Peach Mango Watermelon | $76.00 | $228.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Pina Colada | $76.00 | $304.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Pineapple Peach Mango | $76.00 | $228.00 |
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Power | $76.00 | $152.00 |
| 4 | Hyde Edge Recharge 3300 Puffs 10pk - Raspberry Watermelon | $76.00 | $304.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Banana | $76.00 | $228.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Ice Cream | $76.00 | $228.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Kiwi | $76.00 | $228.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Strawberry Orange Ice | $76.00 | $228.00 |
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Summer LUV | $76.00 | $228.00 |

Total quantities shipped: **85**

|  | |
|---|---|
| Subtotal: | $6,122.50 |
| Total: | $6,122.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003225

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 257586 | May 25, 2022 | **$2,855.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $67.50 | $135.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Blueberry Raspberry | $67.50 | $135.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Grape Ice | $67.50 | $135.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Strawberry Kiwi | $67.50 | $135.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Strawberry Watermelon | $67.50 | $135.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Watermelon Ice | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Grape Ice | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Mango Ice | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Pink Lemonade | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Red Apple | $67.50 | $135.00 |
| 2 | Esco Bar 2500 Puffs - Tobacco | $67.50 | $135.00 |
| 2 | Fume Ultra 2500 Puffs 10pk - Double Apple | $70.00 | $140.00 |
| 2 | Fume Ultra 2500 Puffs 10pk - Pineapple Ice | $70.00 | $140.00 |
| 2 | Fume Ultra 2500 Puffs 10pk - Raspberry Watermelon | $70.00 | $140.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Strawberry Banana | $70.00 | $70.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Dewberry | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Loops | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - OJ | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach Mango Watermelon | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Raspberry Watermelon | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Really Blueberry | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Summer LUV | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Banana Ice | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach | $80.00 | $80.00 |
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Sour Apple Ice | $80.00 | $160.00 |

Total quantities shipped: **40**

| | |
|---|---|
| Subtotal: | $2,855.00 |
| Total: | $2,855.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003226

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 258339 | May 31, 2022 | **$1,575.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473  Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Diamond 10pk - Blueberry Ice | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Cherry Cola | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Mango | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Mango Strawberry | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Peach | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Peach Mango | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Strawberry Mango | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Watermelon Candy | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Watermelon Ice | $35.00 | $175.00 |

Total quantities shipped: **45**

Subtotal: $1,575.00
Total: $1,575.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003227

# INVOICE

| Order # | Date | Total | |
|---------|------|-------|--|
| 258374 | May 31, 2022 | **$1,645.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 22 | Air Bar Diamond 10pk - Blueberry Ice | $35.00 | $770.00 |
| 25 | Air Bar Diamond 10pk - Watermelon Candy | $35.00 | $875.00 |

Total quantities shipped: **47**

| | |
|--|--|
| Subtotal: | $1,645.00 |
| Total: | $1,645.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 258590 | Jun 1, 2022 | $212.50 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ViiGo Pro 2000 Puffs 10pk - Mango Cocktail | $60.00 | $60.00 |
| 1 | ViiGo Pro 2000 Puffs 10pk - Mixed Fruit | $60.00 | $60.00 |
| 1 | ViiGo Pro 2000 Puffs 10pk - Strawberry Lychee | $60.00 | $60.00 |
| 4 | Lava Flow By Naked100 - 6mg - 60ml | $6.50 | $26.00 |
| 1 | Lava Flow By Naked100 - 6mg - 60ml | $6.50 | $6.50 |

Total quantities shipped: **8**

|  |  |
|---|---|
| Subtotal: | $212.50 |
| Total: | $212.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003229

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 258842 | Jun 3, 2022 | **$4,234.50** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Blueberry Raspberry | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Grape Ice | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Mix Berries | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Monster Ice | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Pineapple Shake | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Strawberry Mango | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Strawberry Watermelon | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Watermelon Ice | $67.50 | $202.50 |
| 3 | Air Bar Max 10pk - Berries Shake | $56.00 | $168.00 |
| 3 | Air Bar Max 10pk - Blueberry Ice | $56.00 | $168.00 |
| 3 | Air Bar Max 10pk - Energy Drinks | $56.00 | $168.00 |
| 3 | Air Bar Max 10pk - Grape Ice | $56.00 | $168.00 |
| 3 | Air Bar Max 10pk - Red Mojito | $56.00 | $168.00 |
| 3 | Air Bar Max 10pk - Strawberry Banana Ice | $56.00 | $168.00 |
| 3 | Air Bar Max 10pk - Strawberry Kiwi | $56.00 | $168.00 |
| 3 | Air Bar Max 10pk - Strawberry Watermelon | $56.00 | $168.00 |
| 3 | Air Bar Max 10pk - Watermelon Ice | $56.00 | $168.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Double Apple | $45.00 | $135.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $45.00 | $45.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $45.00 | $135.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $45.00 | $135.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Rainbow Candy | $45.00 | $135.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $45.00 | $135.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $45.00 | $45.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $45.00 | $135.00 |

Total quantities shipped: **74**

| | |
|---|---|
| **Subtotal:** | $4,234.50 |
| **Total:** | $4,234.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003230

 **INVOICE**

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 259024 | Jun 6, 2022 | **$3,712.50** |  **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Mango Peach | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Sakura Grape | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Strawberry Banana | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Strawberry Kiwi | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Triple Berry Ice | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $82.50 | $412.50 |

Total quantities shipped: **45**

| | |
|---|---|
| **Subtotal:** | $3,712.50 |
| **Total:** | $3,712.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003231

# INVOICE

**PAID**

| Order # | Date | Total |
|---|---|---|
| 259032 | Jun 6, 2022 | **$1,732.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | ELF Bar BC5000 10pk - Malysian Mango | $82.50 | $825.00 |
| 1 | ELF Bar BC5000 10pk - Mango Peach Apricot | $82.50 | $82.50 |
| 3 | ELF Bar BC5000 10pk - Pineapple Coconut Ice | $82.50 | $247.50 |
| 4 | ELF Bar BC5000 10pk - Rainbow Candy | $82.50 | $330.00 |
| 1 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $165.00 |

Total quantities shipped: **21**

|  |  |
|---|---|
| Subtotal: | $1,732.50 |
| Total: | $1,732.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003232

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | **PAID** |
| 259037 | Jun 6, 2022 | $1,454.88 | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Pod Mesh 5500 Puffs 10pk - Aloe Grape | $75.00 | $375.00 |
| 2 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $82.50 | $165.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $457.44 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $457.44 |

Total quantities shipped: **19**

| | |
|---|---|
| Subtotal: | $1,454.88 |
| Total: | $1,454.88 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003233

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 259043 | Jun 6, 2022 | **$270.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Fume Infinity 3500 Puffs 5pk - Black Ice | $45.00 | $135.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $45.00 | $135.00 |

Total quantities shipped: **6**

| | |
|---|---|
| Subtotal: | $270.00 |
| Total: | $270.00 |

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003234

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 259185 | Jun 7, 2022 | $2,347.44 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Esco Bar 2500 Puffs - Blue Raspberry | $67.50 | $135.00 |
| 1 | Esco Bar 2500 Puffs - Bubblegum Ice | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Carsonator - Mango Melon | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Grape Ice | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Gummy Bears | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Lemon Drops | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Mango Ice | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Red Apple | $67.50 | $67.50 |
| 2 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $67.50 | $135.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Cranberry Grape | $67.50 | $67.50 |
| 2 | Air Bar Box 3000 Puffs 10pk - Energy Drinks | $67.50 | $135.00 |
| 3 | Air Bar Box 3000 Puffs 10pk - Kiwi Shake | $67.50 | $202.50 |
| 2 | Air Bar Box 3000 Puffs 10pk - Monster Ice | $67.50 | $135.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Pineapple Shake | $67.50 | $67.50 |
| 2 | Air Bar Box 3000 Puffs 10pk - Strawberry Kiwi | $67.50 | $135.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Strawberry Mango | $67.50 | $135.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Watermelon Candy | $67.50 | $135.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Watermelon Ice | $67.50 | $135.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $457.44 |

Total quantities shipped: **34**

| | |
|---|---|
| Subtotal: | $2,347.44 |
| Total: | $2,347.44 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003235

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 259203 | Jun 7, 2022 | **$495.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Fume Infinity 3500 Puffs 5pk - Black Ice | $45.00 | $90.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $45.00 | $45.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Dessert Breeze | $45.00 | $135.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $45.00 | $135.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $45.00 | $90.00 |

Total quantities shipped: **11**

Subtotal: $495.00
Total: $495.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003236

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 259339 | Jun 8, 2022 | **$730.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Banana Ice | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Green Energy Drink | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Mighty Mint | $55.00 | $55.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Mojito Mint | $55.00 | $110.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Candy | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Chew | $55.00 | $55.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Ice | $72.50 | $72.50 |
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Watermelon | $72.50 | $72.50 |
| 1 | Glamee Magic 6000 Puffs 10pk - Cool Mint | $72.50 | $72.50 |
| 1 | Glamee Magic 6000 Puffs 10pk - Fruit Paradise | $72.50 | $72.50 |

Total quantities shipped: **12**

|  |  |
|---|---|
| Subtotal: | $730.00 |
| Total: | $730.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003237

# INVOICE



| | Order #<br>259370 | Date<br>Jun 8, 2022 | Total<br>**$739.50** | PAID |
|---|---|---|---|---|

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 8 | Subzero By Halo E-Liquid - 3mg - 60ml | $6.00 | $48.00 |
| 2 | Subzero By Halo E-Liquid - 3mg - 60ml | $6.00 | $12.00 |
| 8 | Subzero By Halo E-Liquid - 6mg - 60ml | $6.00 | $48.00 |
| 2 | Subzero By Halo E-Liquid - 6mg - 60ml | $6.00 | $12.00 |
| 4 | Subzero By Halo E-Liquid - 12mg - 60ml | $6.00 | $24.00 |
| 1 | Subzero By Halo E-Liquid - 12mg - 60ml | $6.00 | $6.00 |
| 5 | Subzero By Halo E-Liquid - Salt Nicotine 20mg - 30ml | $6.00 | $30.00 |
| 1 | Subzero By Halo E-Liquid - Salt Nicotine 20mg - 30ml | $6.00 | $6.00 |
| 5 | Subzero By Halo E-Liquid - Salt Nicotine 50mg - 30ml | $6.00 | $30.00 |
| 1 | Subzero By Halo E-Liquid - Salt Nicotine 50mg - 30ml | $6.00 | $6.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Grape Ice | $67.50 | $67.50 |
| 1 | Air Bar Box 3000 Puffs 10pk - Strawberry Mango | $67.50 | $67.50 |
| 1 | Air Bar Box 3000 Puffs 10pk - Watermelon Candy | $67.50 | $67.50 |
| 3 | Airis Drip 2600 Puffs 10pk - Cool Mint | $42.50 | $127.50 |
| 1 | Airis Drip 2600 Puffs 10pk - Orange Ice | $42.50 | $42.50 |
| 2 | Monster Bars 3500 Puffs 10pk - Butterscotch Custard | $72.50 | $145.00 |

Total quantities shipped: **46**

Subtotal: $739.50
Total: $739.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003238

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 259451 | Jun 9, 2022 | **$1,205.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Fume Infinity 3500 Puffs 5pk - Black Ice | $45.00 | $90.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Blueberry CC | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $45.00 | $45.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Dessert Breeze | $45.00 | $135.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Lychee Ice | $45.00 | $90.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $45.00 | $135.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $45.00 | $135.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Rainbow Candy | $45.00 | $90.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $45.00 | $90.00 |
| 2 | Fume Ultra 2500 Puffs 10pk - Black Ice | $70.00 | $140.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Dessert Breeze | $70.00 | $70.00 |
| 2 | Fume Ultra 2500 Puffs 10pk - Strawberry Watermelon | $70.00 | $140.00 |

Total quantities shipped: **24**

|  | |
|---|---|
| Subtotal: | $1,205.00 |
| Total: | $1,205.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003239

 **INVOICE**

 **PAID**

| | Order # | Date | Total |
|---|---|---|---|
| | 259456 | Jun 9, 2022 | **$742.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | ELF Bar BC5000 10pk - Strawberry Watermelon | $82.50 | $330.00 |
| 5 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $82.50 | $412.50 |

Total quantities shipped: **9**

Subtotal: $742.50
Total: $742.50

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003240

# INVOICE



| | Order # | Date | Total | PAID |
|---|---|---|---|---|
| | 259483 | Jun 9, 2022 | $1,402.50 | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $82.50 | $495.00 |
| 6 | ELF Bar BC5000 10pk - Fuji Ice | $82.50 | $495.00 |
| 5 | ELF Bar BC5000 10pk - Pineapple Coconut Ice | $82.50 | $412.50 |

Total quantities shipped: **17**

Subtotal: $1,402.50
Total: $1,402.50

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003241

# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 259591 | Jun 10, 2022 | **$295.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 2 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Raspberry Watermelon | $80.00 | $160.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Sour Apple Ice | $67.50 | $67.50 |
| 1 | Air Bar Box 3000 Puffs 10pk - Strawberry Mango | $67.50 | $67.50 |

Total quantities shipped: **4**

|  |  |
|--|--|
| Subtotal: | $295.00 |
| Total: | $295.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003242

# INVOICE

**PAID**

| | | |
|---|---|---|
| **Order #** 259593 | **Date** Jun 10, 2022 | **Total** $598.50 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 3000 Puffs 10pk - Cranberry Grape | $67.50 | $67.50 |
| 4 | Air Bar Box 3000 Puffs 10pk - Strawberry Mango | $67.50 | $270.00 |
| 2 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $82.50 | $165.00 |
| 3 | Pink Cakes By VGOD - Salt Nicotine 50mg - 30ml | $6.00 | $18.00 |
| 1 | Pink Cakes By VGOD - Salt Nicotine 50mg - 30ml | $6.00 | $6.00 |
| 3 | Lush Ice By VGOD - Salt Nicotine 50mg - 30ml | $6.00 | $18.00 |
| 1 | Lush Ice By VGOD - Salt Nicotine 50mg - 30ml | $6.00 | $6.00 |
| 3 | Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $6.00 | $18.00 |
| 1 | Berry Bomb By VGOD - Salt Nicotine 50mg - 30ml | $6.00 | $6.00 |
| 3 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $6.00 | $18.00 |
| 1 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $6.00 | $6.00 |

Total quantities shipped: **23**

Subtotal: $598.50
Total: $598.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003243

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | **PAID** |
| 259820 | Jun 13, 2022 | **$715.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | IVG Bar MAX 3000 Puffs - Berry Lemonade Ice | $65.00 | $260.00 |
| 2 | IVG Bar MAX 3000 Puffs - Mango Lychee | $65.00 | $130.00 |
| 1 | IVG Bar MAX 3000 Puffs - Ruby Guava Ice | $65.00 | $65.00 |
| 1 | IVG Bar MAX 3000 Puffs - Blue Raspberry Ice | $65.00 | $65.00 |
| 1 | IVG Bar MAX 3000 Puffs - Pink Lemonade | $65.00 | $65.00 |
| 2 | IVG Bar MAX 3000 Puffs - Strawberry Watermelon | $65.00 | $130.00 |

Total quantities shipped: **11**

|  | |
|---|---|
| Subtotal: | $715.00 |
| Total: | $715.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003244



# INVOICE



PAID

| Order # | Date | Total |
|---|---|---|
| 259824 | Jun 13, 2022 | **$780.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | IVG Bar MAX 3000 Puffs - Aloe Grape Ice | $65.00 | $130.00 |
| 2 | IVG Bar MAX 3000 Puffs - Cola Ice | $65.00 | $130.00 |
| 2 | IVG Bar MAX 3000 Puffs - Energy Ice | $65.00 | $130.00 |
| 2 | IVG Bar MAX 3000 Puffs - Fuji Apple Melon | $65.00 | $130.00 |
| 2 | IVG Bar MAX 3000 Puffs - Passion Fruit | $65.00 | $130.00 |
| 2 | IVG Bar MAX 3000 Puffs - Rainbow | $65.00 | $130.00 |

Total quantities shipped: **12**

| | |
|---|---|
| Subtotal: | $780.00 |
| Total: | $780.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003245

# INVOICE



| | Order # | Date | Total | PAID |
|---|---|---|---|---|
| | 260280 | Jun 15, 2022 | **$827.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Cake - DELTA 8 Cartridge 5pk - Live Resin - Hybrid - Gelatti | $35.00 | $70.00 |
| 2 | Cake - DELTA 8 Cartridge 5pk - Live Resin - Hybrid - Marlin Poundcake | $35.00 | $70.00 |
| 2 | Cake - DELTA 8 Cartridge 5pk - Live Resin - Hybrid - Pancakes | $35.00 | $70.00 |
| 2 | Cake - DELTA 8 Cartridge 5pk - Live Resin - Hybrid - Papaya Rosin | $35.00 | $70.00 |
| 2 | Cake - DELTA 8 Cartridge 5pk - Live Resin - Indica - Animal Mints | $35.00 | $70.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Grape Ice | $67.50 | $135.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Dewberry | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - OJ | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Sour Apple Ice | $80.00 | $80.00 |
| 1 | PAX 2 - Charcoal | $102.00 | $102.00 |

Total quantities shipped: **16**

| | |
|---|---|
| Subtotal: | $827.00 |
| Total: | $827.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003246

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 260422 | Jun 16, 2022 | **$337.50** |  |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Box 3000 Puffs 10pk - Super Mint | $67.50 | $337.50 |

Total quantities shipped: **5**

|  |  |
|---|---|
| Subtotal: | $337.50 |
| Total: | $337.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003247

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 260477 | Jun 16, 2022 | **$1,336.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Brazmallows | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Caribbean Colada | $80.00 | $80.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Energize | $80.00 | $80.00 |
| 1 | Hyde Rebel Pro Recharge 5000 Puffs 10pk - Philippine Mango | $60.00 | $60.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Peach Ice Cream | $80.00 | $80.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Rainbow | $80.00 | $80.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Sour Apple Ice | $80.00 | $80.00 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Tropical | $80.00 | $80.00 |
| 1 | Air Bar Max 10pk - Strawberry Banana Ice | $56.00 | $56.00 |
| 2 | ELF Bar BC5000 10pk - Fuji Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Pineapple Coconut Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Candy | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Sour Apple | $82.50 | $165.00 |

Total quantities shipped: **17**

| | |
|---|---|
| Subtotal: | $1,336.00 |
| Total: | $1,336.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003248

# INVOICE



| Order # | Date | Total | | PAID |
|---|---|---|---|---|
| 260594 | Jun 17, 2022 | **$660.00** | | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Green Apple | $82.50 | $165.00 |
| 3 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $82.50 | $247.50 |
| 3 | ELF Bar BC5000 10pk - Sweet Menthol | $82.50 | $247.50 |

Total quantities shipped: **8**

|  |  |
|---|---|
| Subtotal: | $660.00 |
| Total: | $660.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003249

# INVOICE

| | | |
|---|---|---|
| **Order #** | **Date** | **Total** |
| 260905 | Jun 20, 2022 | **$362.50** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Monster Bars 3500 Puffs 10pk - Blueberry Raspberry Lemon | $72.50 | $72.50 |
| 1 | Monster Bars 3500 Puffs 10pk - Butterscotch Custard | $72.50 | $72.50 |
| 1 | Monster Bars 3500 Puffs 10pk - PB & Banana Jam | $72.50 | $72.50 |
| 1 | Monster Bars 3500 Puffs 10pk - Smooth Tobacco | $72.50 | $72.50 |
| 1 | Monster Bars 3500 Puffs 10pk - Strawberry Jam | $72.50 | $72.50 |

Total quantities shipped: **5**

| | |
|---|---|
| Subtotal: | $362.50 |
| Total: | $362.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003250

# INVOICE

 **PAID**

| Order # | Date | Total |
|---|---|---|
| 260936 | Jun 20, 2022 | **$2,452.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Esco Bar 2500 Puffs - Blue Razz Cotton Candy | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Bubblegum Ice | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Carsonator - Black Dragon Ice | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Carsonator - Blueberry Ambrosia | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Cotton Candy | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Grape Ice | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Pink Lemonade | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Red Apple | $67.50 | $67.50 |
| 3 | Esco Bar 2500 Puffs - Spearmint | $67.50 | $202.50 |
| 1 | Esco Bar 2500 Puffs - Strawberry Cream | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Watermelon Ice | $67.50 | $67.50 |
| 1 | ELF Bar BC5000 10pk - Green Apple | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Guava Ice | $82.50 | $165.00 |
| 1 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Rainbow Candy | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $165.00 |
| 1 | ELF Bar BC5000 10pk - Sour Apple | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $82.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Banana Ice | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Blueberry CC | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Double Apple | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Gummy Bears | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Kiwi Strawberry | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Pina Colada | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Rainbow Candy | $45.00 | $45.00 |

Total quantities shipped: **38**

|  |  |
|---|---|
| Subtotal: | $2,452.50 |
| Total: | $2,452.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003251

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 260945 | Jun 20, 2022 | **$617.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Hyde Edge Recharge 3300 Puffs 10pk - Aloe Grape | $76.00 | $228.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Mango Peaches & Cream | $76.00 | $76.00 |
| 1 | Hyde Edge 1500 Puffs 10pk - Tropical Gummy | $53.50 | $53.50 |
| 2 | IVG Bar MAX 3000 Puffs - Aloe Grape Ice | $65.00 | $130.00 |
| 2 | IVG Bar MAX 3000 Puffs - Mango Lychee | $65.00 | $130.00 |

Total quantities shipped: **9**

|  | |
|---|---|
| Subtotal: | $617.50 |
| Total: | $617.50 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003252

# INVOICE

| Order # | Date | Total Due |
|---|---|---|
| 260946 | Jun 20, 2022 | **$75.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island , NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Esco Bar 2500 Puffs - Tobacco | $75.00 | $75.00 |

Total quantities shipped: **1**

|  |  |
|---|---|
| Subtotal: | $75.00 |
| Total: | $75.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003253

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 260981 | Jun 21, 2022 | **$1,720.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Green Energy Drink | $55.00 | $55.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Kiwi Blueberry Ice | $55.00 | $110.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Lush Ice | $55.00 | $55.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Mighty Mint | $55.00 | $110.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Peach Ice | $55.00 | $110.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Rainbow | $55.00 | $55.00 |
| 5 | Air Bar Diamond 10pk - Blueberry Kiwi Ice | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Cherry Cola | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Cool Mint | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Grape Ice | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Pineapple Ice | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Pink Lemonade | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Sakura Grape | $35.00 | $175.00 |

Total quantities shipped: **44**

| | |
|---|---|
| Subtotal: | $1,720.00 |
| Total: | $1,720.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003254

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 261273 | Jun 22, 2022 | **$445.50** |  **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Air Bar Box 3000 Puffs 10pk - Watermelon Candy | $67.50 | $337.50 |
| 3 | Green CBD - HHC Gummies 500mg - Blue Raspberry | $9.00 | $27.00 |
| 1 | Green CBD - HHC Gummies 500mg - Blue Raspberry | $9.00 | $9.00 |
| 3 | Green CBD - HHC Gummies 500mg - Juicy Strawberry | $9.00 | $27.00 |
| 1 | Green CBD - HHC Gummies 500mg - Juicy Strawberry | $9.00 | $9.00 |
| 3 | Green CBD - HHC Gummies 500mg - Watermelon Blast | $9.00 | $27.00 |
| 1 | Green CBD - HHC Gummies 500mg - Watermelon Blast | $9.00 | $9.00 |

Total quantities shipped: **17**

|  |  |
|---|---|
| Subtotal: | $445.50 |
| Total: | $445.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003255

# INVOICE

**PAID**

| Order # | Date | Total |
|---|---|---|
| 261441 | Jun 23, 2022 | $641.00 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Max 10pk - Blueberry Blackcurrant | $56.00 | $56.00 |
| 1 | Fume Unlimited 7000 Puffs - Banana Ice | $48.75 | $48.75 |
| 1 | Fume Unlimited 7000 Puffs - Black Ice | $48.75 | $48.75 |
| 1 | Fume Unlimited 7000 Puffs - Blueberry Mint | $48.75 | $48.75 |
| 1 | Fume Unlimited 7000 Puffs - Cotton Candy | $48.75 | $48.75 |
| 1 | Fume Unlimited 7000 Puffs - Grape Ice | $48.75 | $48.75 |
| 1 | Fume Unlimited 7000 Puffs - Lush Ice | $48.75 | $48.75 |
| 1 | Fume Unlimited 7000 Puffs - Melon Ice | $48.75 | $48.75 |
| 1 | Fume Unlimited 7000 Puffs - Mint Ice | $48.75 | $48.75 |
| 1 | Fume Unlimited 7000 Puffs - Peach Ice | $48.75 | $48.75 |
| 1 | Fume Unlimited 7000 Puffs - Pina Colada | $48.75 | $48.75 |
| 1 | Fume Unlimited 7000 Puffs - Pineapple | $48.75 | $48.75 |
| 1 | Fume Unlimited 7000 Puffs - Purple Rain | $48.75 | $48.75 |

Total quantities shipped: **13**

Subtotal: $641.00
Total: $641.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003256

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 261442 | Jun 23, 2022 | **$112.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Air Bar Max 10pk - Blueberry Blackcurrant | $56.00 | $112.00 |

Total quantities shipped: **2**

| | |
|---|---|
| Subtotal: | $112.00 |
| Total: | $112.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003257

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 261519 | Jun 24, 2022 | **$1,560.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | ELF Bar BC5000 10pk - Cranberry Grape | $82.50 | $330.00 |
| 3 | ELF Bar BC5000 10pk - Energy | $82.50 | $247.50 |
| 2 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $82.50 | $165.00 |
| 1 | ELF Bar BC5000 10pk - Strawberry Kiwi | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $82.50 | $165.00 |
| 6 | Fume Infinity 3500 Puffs 5pk - Lychee Ice | $45.00 | $270.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Unicorn | $45.00 | $135.00 |

Total quantities shipped: **23**

| | |
|---|---|
| Subtotal: | $1,560.00 |
| Total: | $1,560.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003258

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 261873 | Jun 27, 2022 | **$1,372.32** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $1,372.32 |

Total quantities shipped: **18**

|  |  |
|---|---|
| Subtotal: | $1,372.32 |
| Total: | $1,372.32 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003259

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 262094 | Jun 28, 2022 | **$720.00** |  **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Fume Extra 1500 Puffs 10pk - Gummy Bears | $55.00 | $55.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $45.00 | $90.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Blueberry CC | $45.00 | $90.00 |
| 2 | Fume Ultra 2500 Puffs 10pk - Blue Razz | $70.00 | $140.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Coffee Tobacco | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Purple Rain | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Tropical Fruit | $70.00 | $70.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Coffee Tobacco | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Pina Colada | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $45.00 | $45.00 |

Total quantities shipped: **13**

| | |
|---|---|
| Subtotal: | $720.00 |
| Total: | $720.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003260



# INVOICE



**PAID**

| Order # | Date | Total |
|---|---|---|
| 262101 | Jun 28, 2022 | **$250.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Fume Extra 1500 Puffs 10pk - Mint Ice | $55.00 | $110.00 |
| 2 | Fume Ultra 2500 Puffs 10pk - Mint Ice | $70.00 | $140.00 |

Total quantities shipped: **4**

|  |  |
|---|---|
| Subtotal: | $250.00 |
| Total: | $250.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003261

# INVOICE

| | |
|---|---|
| **Order #** | 262136 |
| **Date** | Jun 28, 2022 |
| **Total** | **$250.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Fume Ultra 2500 Puffs 10pk - Lush Ice | $70.00 | $140.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Lush Ice | $55.00 | $110.00 |

Total quantities shipped: **4**

| | |
|---|---|
| Subtotal: | $250.00 |
| Total: | $250.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003262



# INVOICE

| | Order # | Date | Total |
|---|---|---|---|
| | 262394 | Jun 30, 2022 | **$711.20** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | ELF Bar BC5000 10pk - Green Apple | $82.50 | $330.00 |
| 5 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $381.20 |

Total quantities shipped: **9**

Subtotal: $711.20
Total: $711.20

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003263

Case 1:24-cv-05161-GHW-JW    Document 206-9    Filed 06/04/26    Page 224 of 263

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 262547 | Jun 30, 2022 | **$810.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island , NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 3000 Puffs 10pk - Energy Drinks | $80.00 | $80.00 |
| 1 | ELF Bar BC5000 10pk - Green Apple | $95.00 | $95.00 |
| 1 | ELF Bar BC5000 10pk - Guava Ice | $95.00 | $95.00 |
| 1 | ELF Bar BC5000 10pk - Malysian Mango | $95.00 | $95.00 |
| 1 | ELF Bar BC5000 10pk - Peach Ice | $95.00 | $95.00 |
| 1 | ELF Bar BC5000 10pk - Strawberry Ice | $95.00 | $95.00 |
| 1 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $95.00 | $95.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $80.00 | $80.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Grape Ice | $80.00 | $80.00 |

Total quantities shipped: **9**

| | |
|---|---|
| Subtotal: | $810.00 |
| Total: | $810.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003264

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 262562 | Jun 30, 2022 | **$2,054.82** |  **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $457.44 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $914.88 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 2 Pods | $50.00 | $600.00 |
| 1 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $82.50 |

Total quantities shipped: **31**

|  | |
|---|---|
| Subtotal: | $2,054.82 |
| Total: | $2,054.82 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003265

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 262654 | Jun 30, 2022 | **$1,962.50** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | FullSend Gummies 500mg 5pk - Mango | $33.75 | $33.75 |
| 1 | FullSend Gummies 500mg 5pk - Blue Razz | $33.75 | $33.75 |
| 1 | Fume Ultra 2500 Puffs 10pk - Bubble Gum | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Strawberry Banana | $70.00 | $70.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Cherry Lemon | $67.50 | $135.00 |
| 5 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $67.50 | $337.50 |
| 7 | Air Bar Box 3000 Puffs 10pk - Cranberry Grape | $67.50 | $472.50 |
| 5 | Air Bar Box 3000 Puffs 10pk - Grape Ice | $67.50 | $337.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Monster Ice | $67.50 | $202.50 |
| 4 | Air Bar Box 3000 Puffs 10pk - Sour Apple Ice | $67.50 | $270.00 |

Total quantities shipped: **30**

Subtotal: $1,962.50
Total: $1,962.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003266

# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 263313 | Jul 6, 2022 | **$1,829.76** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 12 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $914.88 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $914.88 |

Total quantities shipped: **24**

|  |  |
|--|--|
| Subtotal: | $1,829.76 |
| Total: | $1,829.76 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003267



# INVOICE

| | Order # | Date | Total |  |
|---|---|---|---|---|
| | 263396 | Jul 6, 2022 | **$577.50** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Green Apple | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Gumi | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Malysian Mango | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Mango Peach Apricot | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $82.50 |

Total quantities shipped: **7**

| | |
|---|---|
| Subtotal: | $577.50 |
| Total: | $577.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003268



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 263586 | Jul 7, 2022 | **$165.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $82.50 | $82.50 |

Total quantities shipped: **2**

| | |
|---|---|
| Subtotal: | $165.00 |
| Total: | $165.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003269

# INVOICE



| | | |
|---|---|---|
| **Order #** | **Date** | **Total** |
| 263666 | Jul 7, 2022 | **$660.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Air Bar Box 5000 Puffs 5pk - Double Apple | $41.25 | $165.00 |
| 6 | Air Bar Box 5000 Puffs 5pk - Jungle Juice | $41.25 | $247.50 |
| 6 | Air Bar Box 5000 Puffs 5pk - Rainbow Blast | $41.25 | $247.50 |

Total quantities shipped: **16**

|  |  |
|---|---|
| Subtotal: | $660.00 |
| Total: | $660.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003270

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 263937 | Jul 10, 2022 | **$1,230.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island , NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | Puffco Proxy - Proxy - Vaporizer | $205.00 | $1,230.00 |

Total quantities shipped: **6**

|  |  |
|---|---|
| Subtotal: | $1,230.00 |
| Total: | $1,230.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003271

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 264287 | Jul 12, 2022 | **$999.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 5000 Puffs 5pk - Blueberry Ice | $41.25 | $41.25 |
| 3 | Air Bar Box 5000 Puffs 5pk - Kiwi Dragon Berry | $41.25 | $123.75 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - OJ | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Really Blueberry | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Sour Apple Ice | $80.00 | $80.00 |
| 2 | Cake - DELTA 8 Disposable 5pk - Live Resin - Indica - Animal Mints | $77.50 | $155.00 |
| 4 | Air Bar Box 5000 Puffs 5pk - Peach Blueberry Candy | $41.25 | $165.00 |
| 3 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $67.50 | $202.50 |
| 5 | Green CBD - HHC Gummies 500mg - Juicy Strawberry | $9.00 | $45.00 |
| 3 | Green CBD - HHC Gummies 500mg - Watermelon Blast | $9.00 | $27.00 |

Total quantities shipped: **24**

| | |
|---|---|
| Subtotal: | $999.50 |
| Total: | $999.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003272



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 264290 | Jul 12, 2022 | $841.00 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | FullSend Gummies 500mg 5pk - Mango | $33.75 | $67.50 |
| 2 | FullSend Gummies 500mg 5pk - Pineapple | $33.75 | $67.50 |
| 2 | FullSend Gummies 500mg 5pk - Strawberry | $33.75 | $67.50 |
| 2 | FullSend Gummies 500mg 5pk - Watermelon | $33.75 | $67.50 |
| 1 | Fume Ultra 2500 Puffs 10pk - Black Ice | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Blue Razz | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Fresh Lychee | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Mango | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Melon Ice | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Pink Lemonade | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Strawberry Mango | $70.00 | $70.00 |
| 1 | BIC Lighter 50ct Tray - Full Size - Assorted Colors | $46.00 | $46.00 |
| 1 | Cool Mint 5pk By ZYN - 3mg | $17.50 | $17.50 |
| 1 | Coffee 5pk By ZYN - 3mg | $17.50 | $17.50 |

Total quantities shipped: **18**

Subtotal: $841.00
Total: $841.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003273

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 264364 | Jul 13, 2022 | $300.00 | **PAID** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | Menthol No. 1 By Twist E-Liquid - 6mg - 2 x 60ml | $10.50 | $52.50 |
| 2 | Blueberry Jam Cookie By SadBoy - 3mg - 100ml | $6.50 | $13.00 |
| 2 | Blueberry Jam Cookie By SadBoy - 6mg - 100ml | $6.50 | $13.00 |
| 2 | Strawberry Jam Cookie By SadBoy - 3mg - 100ml | $6.50 | $13.00 |
| 2 | Strawberry Jam Cookie By SadBoy - 6mg - 100ml | $6.50 | $13.00 |
| 2 | Unicorn Tears By SadBoy - 3mg - 100ml | $6.50 | $13.00 |
| 2 | Unicorn Tears By SadBoy - 6mg - 100ml | $6.50 | $13.00 |
| 2 | Shamrock Cookie By SadBoy - 3mg - 100ml | $6.50 | $13.00 |
| 2 | Shamrock Cookie By SadBoy - 6mg - 100ml | $6.50 | $13.00 |
| 2 | Key Lime Cookie By SadBoy - 3mg - 100ml | $6.50 | $13.00 |
| 2 | Key Lime Cookie By SadBoy - 6mg - 100ml | $6.50 | $13.00 |
| 1 | Hyde N Bar Recharge 4500 Puffs 10pk - Peach Mango Watermelon | $80.00 | $80.00 |
| 5 | Novo Pods & Coils - Novo 4 - LP1 Coil Meshed 0.8ohm 5pk | $7.50 | $37.50 |

Total quantities shipped: **31**

| | |
|---|---|
| Subtotal: | $300.00 |
| Total: | $300.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003274

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 264628 | Jul 15, 2022 | **$468.75** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 5000 Puffs 5pk - Peach Blueberry Candy | $41.25 | $41.25 |
| 1 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $67.50 | $67.50 |
| 1 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $67.50 | $67.50 |
| 1 | Air Bar Diamond 10pk - Strawberry Banana | $35.00 | $35.00 |
| 1 | Air Bar Diamond 10pk - Strawberry Ice | $35.00 | $35.00 |
| 1 | Air Bar Box 5000 Puffs 5pk - Blueberry Ice | $41.25 | $41.25 |
| 1 | FullSend Gummies 500mg 5pk - Blue Razz | $33.75 | $33.75 |
| 1 | FullSend Gummies 500mg 5pk - Pineapple | $33.75 | $33.75 |
| 1 | FullSend Gummies 500mg 5pk - Watermelon | $33.75 | $33.75 |
| 1 | Hyde MAG Recharge 4500 Puffs 10pk - Tropical | $80.00 | $80.00 |

Total quantities shipped: **10**

Subtotal: $468.75
Total: $468.75

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003275



# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 264631 | Jul 15, 2022 | **$2,070.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 5 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $67.50 | $337.50 |
| 5 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $67.50 | $337.50 |
| 5 | Air Bar Box 3000 Puffs 10pk - Grape Ice | $67.50 | $337.50 |
| 5 | Air Bar Box 3000 Puffs 10pk - Pineapple Shake | $67.50 | $337.50 |
| 4 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $45.00 | $180.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Pina Colada | $45.00 | $180.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $45.00 | $180.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $45.00 | $180.00 |

Total quantities shipped: **36**

Subtotal: $2,070.00
Total: $2,070.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003276

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 264680 | Jul 15, 2022 | **$226.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Luto Pro XXL 3000 Puffs - Banana Ice Cream 5% | $63.00 | $63.00 |
| 1 | Luto Pro XXL 3000 Puffs - Wild Berry Ice 5% | $63.00 | $63.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Blueberry Raspberry | $65.00 | $65.00 |
| 1 | BIC Lighter 50ct Tray - Mini - Assorted Colors | $35.00 | $35.00 |

Total quantities shipped: **4**

|  | |
|---|---|
| Subtotal: | $226.00 |
| Total: | $226.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003277

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 264970 | Jul 18, 2022 | **$4,789.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Air Bar Box 3000 Puffs 10pk - Monster Ice | $67.50 | $135.00 |
| 2 | Air Bar Box 5000 Puffs 5pk - Cool Mint | $41.25 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Double Apple | $41.25 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Kiwi Dragon Berry | $41.25 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Peach Blueberry Candy | $41.25 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Rainbow Blast | $41.25 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Strawberry Kiwi | $41.25 | $82.50 |
| 2 | Air Bar Box 5000 Puffs 5pk - Watermelon Ice | $41.25 | $82.50 |
| 1 | Esco Bar 2500 Puffs - Mango Ice | $67.50 | $67.50 |
| 2 | Esco Bar 2500 Puffs - Red Apple | $67.50 | $135.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Black Ice | $45.00 | $90.00 |
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $86.00 | $1,548.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $86.00 | $1,032.00 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $380.00 |
| 24 | Green Vein Maeng Da By OPMS - 288g - 480 Capsules | $26.00 | $624.00 |
| 10 | Gold By OPMS - 3ct | $13.00 | $130.00 |
| 2 | Smooth 5pk By ZYN - 6mg | $17.50 | $35.00 |
| 1 | Spearmint 5pk By ZYN - 6mg | $17.50 | $17.50 |
| 1 | Wintergreen 5pk By ZYN - 6mg | $17.50 | $17.50 |

Total quantities shipped: **90**

| | |
|---|---|
| Subtotal: | $4,789.00 |
| Total: | $4,789.00 |

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003278

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 264971 | Jul 18, 2022 | **$605.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Blue Razz Ice | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Jungle Juice | $55.00 | $55.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Mighty Mint | $55.00 | $110.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Mojito Mint | $55.00 | $165.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Peach Ice | $55.00 | $110.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango Watermelon | $55.00 | $55.00 |

Total quantities shipped: **11**

Subtotal: $605.00
Total: $605.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003279

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 265216 | Jul 20, 2022 | **$727.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | JUUL Pods 8pk - Menthol 5% 4 Pods | $86.00 | $344.00 |
| 3 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $86.00 | $258.00 |
| 1 | Air Bar Diamond 10pk - Peach | $35.00 | $35.00 |
| 2 | D8 - HHC Disposable 2 Grams - Hybrid - Gelato | $11.25 | $22.50 |
| 2 | D8 - HHC Disposable 2 Grams - Indica - Mystery x Gelato | $11.25 | $22.50 |
| 2 | D8 - HHC Disposable 2 Grams - Sativa - Ghost OG x Neville's Wreck | $11.25 | $22.50 |
| 2 | D8 - HHC Disposable 2 Grams - Sativa - Hawaiian x Trainwreck | $11.25 | $22.50 |

Total quantities shipped: **16**

| | |
|---|---|
| Subtotal: | $727.00 |
| Total: | $727.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003280

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 265242 | Jul 20, 2022 | $1,980.00 |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Apple Peach | $55.00 | $110.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Mint | $55.00 | $165.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Raspberry Lemon | $55.00 | $110.00 |
| 4 | GLAMEE NOVA 4000 Puffs 10pk - Blue Razz Ice | $55.00 | $220.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Fantasy Love | $55.00 | $110.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Kiwi Blueberry Ice | $55.00 | $165.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Mango Mojito | $55.00 | $110.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Mighty Mint | $55.00 | $110.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Mojito Mint | $55.00 | $110.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Peach Ice | $55.00 | $110.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango | $55.00 | $110.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango Watermelon | $55.00 | $165.00 |
| 4 | GLAMEE NOVA 4000 Puffs 10pk - Raspberry Watermelon | $55.00 | $220.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Cream | $55.00 | $165.00 |

Total quantities shipped: **36**

Subtotal: $1,980.00
Total: $1,980.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003281

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 265283 | Jul 21, 2022 | **$1,960.00** | **PAID** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $67.50 | $202.50 |
| 2 | Air Bar Box 3000 Puffs 10pk - Grape Ice | $67.50 | $135.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Kiwi Shake | $67.50 | $135.00 |
| 4 | Air Bar Box 3000 Puffs 10pk - Pineapple Shake | $67.50 | $270.00 |
| 2 | Air Bar Diamond 10pk - Strawberry Ice | $35.00 | $70.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Blueberry Ice | $67.50 | $135.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Blueberry Raspberry | $67.50 | $67.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Cherry Lemon | $67.50 | $202.50 |
| 2 | Air Bar Box 3000 Puffs 10pk - Love Story | $67.50 | $135.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Monster Ice | $67.50 | $67.50 |
| 1 | Air Bar Box 3000 Puffs 10pk - Sour Apple Ice | $67.50 | $67.50 |
| 1 | Air Bar Box 3000 Puffs 10pk - Strawberry Kiwi | $67.50 | $67.50 |
| 2 | Air Bar Box 3000 Puffs 10pk - Strawberry Watermelon | $67.50 | $135.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Watermelon Apple Ice | $67.50 | $135.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Watermelon Candy | $67.50 | $135.00 |

Total quantities shipped: **30**

Subtotal: $1,960.00
Total: $1,960.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003282

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | **PAID** |
| 265400 | Jul 21, 2022 | **$455.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | Air Bar Diamond 10pk - Cool Mint | $35.00 | $420.00 |
| 1 | Air Bar Diamond 10pk - Strawberry Ice | $35.00 | $35.00 |

Total quantities shipped: **13**

| | |
|---|---|
| **Subtotal:** | $455.00 |
| **Total:** | $455.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003283

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 265691 | Jul 24, 2022 | **$661.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Fume Unlimited 7000 Puffs - Black Ice | $48.75 | $48.75 |
| 1 | Fume Unlimited 7000 Puffs - Melon Ice | $48.75 | $48.75 |
| 1 | Fume Unlimited 7000 Puffs - Mint Ice | $48.75 | $48.75 |
| 1 | Fume Unlimited 7000 Puffs - Purple Rain | $48.75 | $48.75 |
| 1 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $86.00 | $86.00 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $380.00 |

Total quantities shipped: **6**

|  |  |
|---|---|
| Subtotal: | $661.00 |
| Total: | $661.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003284

# INVOICE

| Order # | Date | Total | **PAID** |
|---|---|---|---|
| 265977 | Jul 26, 2022 | **$430.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | JUUL Pods 8pk - Menthol 5% 4 Pods | $86.00 | $344.00 |
| 1 | JUUL Pods 8pk - Menthol 3% 4 Pods | $86.00 | $86.00 |

Total quantities shipped: **5**

| | |
|---|---|
| Subtotal: | $430.00 |
| Total: | $430.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003285

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 266078 | Jul 27, 2022 | $1,245.00 | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Fume Ultra 2500 Puffs 10pk - Blueberry Mint | $65.00 | $130.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Lush Ice | $65.00 | $65.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Tropical Fruit | $65.00 | $65.00 |
| 2 | Fume Extra 1500 Puffs 10pk - Blueberry Mint | $55.00 | $110.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Coffee Tobacco | $55.00 | $55.00 |
| 3 | Fume Extra 1500 Puffs 10pk - Mint Ice | $55.00 | $165.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Black Ice | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Blueberry CC | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Pina Colada | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Rainbow Candy | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Strawberry Watermelon | $45.00 | $45.00 |
| 5 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $86.00 | $430.00 |

Total quantities shipped: **20**

|  |  |
|---|---|
| Subtotal: | $1,245.00 |
| Total: | $1,245.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003286

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 266255 | Jul 29, 2022 | **$2,062.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Fuji Ice | $82.50 | $165.00 |
| 3 | ELF Bar BC5000 10pk - Grape Energy | $82.50 | $247.50 |
| 3 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $247.50 |
| 2 | ELF Bar BC5000 10pk - Miami Mint | $82.50 | $165.00 |
| 3 | ELF Bar BC5000 10pk - Strawberry Watermelon | $82.50 | $247.50 |
| 3 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $82.50 | $247.50 |
| 3 | ELF Bar BC5000 10pk - Triple Berry Ice | $82.50 | $247.50 |
| 3 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $82.50 | $247.50 |
| 3 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $82.50 | $247.50 |

Total quantities shipped: **25**

|  |  |
|---|---|
| Subtotal: | $2,062.50 |
| Total: | $2,062.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003287

# INVOICE

 **PAID**

| Order # | Date | Total |
|---|---|---|
| 266299 | Jul 29, 2022 | **$2,115.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Air Bar Box 3000 Puffs 10pk - Cherry Lemon | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Cranberry Grape | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Kiwi Shake | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Love Story | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Mix Berries | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Watermelon Apple Ice | $67.50 | $202.50 |
| 3 | Air Bar Box 3000 Puffs 10pk - Watermelon Ice | $67.50 | $202.50 |
| 3 | Air Bar Box 5000 Puffs 5pk - Cool Mint | $41.25 | $123.75 |
| 3 | Air Bar Box 5000 Puffs 5pk - Mango Ice | $41.25 | $123.75 |
| 3 | Air Bar Box 5000 Puffs 5pk - Mix Berries | $41.25 | $123.75 |
| 3 | Air Bar Box 5000 Puffs 5pk - Peach Blueberry Candy | $41.25 | $123.75 |

Total quantities shipped: **36**

|  |  |
|---|---|
| Subtotal: | $2,115.00 |
| Total: | $2,115.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003288

# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 266331 | Jul 29, 2022 | **$1,360.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Minty O's | $75.00 | $75.00 |
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Spearmint | $75.00 | $75.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Mint Ice | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Peach Ice | $70.00 | $70.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Cherry Peach Lemonade | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Loops | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Minty O's | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Peach Mango Watermelon | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Philippine Mango | $80.00 | $80.00 |
| 10 | Delta Extrax - Platinum THC P Disposable 1 Gram - Hybrid - Sunset Sherbert | $11.00 | $110.00 |
| 10 | Delta Extrax - Platinum THC P Disposable 1 Gram - Sativa - Mai Tai | $11.00 | $110.00 |
| 10 | D8 - HHC Disposable 2 Grams - Hybrid - Gelato | $11.25 | $112.50 |
| 10 | D8 - HHC Disposable 2 Grams - Indica - Mystery x Gelato | $11.25 | $112.50 |
| 10 | D8 - HHC Disposable 2 Grams - Sativa - Ghost OG x Neville's Wreck | $11.25 | $112.50 |
| 10 | D8 - HHC Disposable 2 Grams - Sativa - Hawaiian x Trainwreck | $11.25 | $112.50 |

Total quantities shipped: **69**

Subtotal: $1,360.00
Total: $1,360.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003289

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 266734 | Aug 1, 2022 | **$1,051.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Air Bar Box 5000 Puffs 5pk - Watermelon Ice | $41.25 | $165.00 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 4pk | $82.00 | $82.00 |
| 3 | ALTO Pods 5pk By VUSE - Menthol 2.4% 4pk | $82.00 | $246.00 |
| 3 | ALTO Pods 5pk By VUSE - Menthol 5.0% 4pk | $82.00 | $246.00 |
| 6 | Green CBD - HHC Gummies 500mg - Blue Raspberry | $9.00 | $54.00 |
| 6 | Green CBD - HHC Gummies 500mg - Juicy Strawberry | $9.00 | $54.00 |
| 6 | Green CBD - HHC Gummies 500mg - Watermelon Blast | $9.00 | $54.00 |
| 20 | SLIK Twist 900 mAh + USB Charger - Black | $5.00 | $100.00 |
| 10 | SLIK Twist 900 mAh + USB Charger - Silver | $5.00 | $50.00 |

Total quantities shipped: **59**

| | |
|---|---|
| Subtotal: | $1,051.00 |
| Total: | $1,051.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003290

# INVOICE



| | Order #<br>267416 | Date<br>Aug 3, 2022 | Total<br>$4,970.00 | |
|---|---|---|---|---|

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 10 | Air Bar Diamond 10pk - Apple Cream | $35.00 | $350.00 |
| 7 | Air Bar Diamond 10pk - Banana Ice | $35.00 | $245.00 |
| 10 | Air Bar Diamond 10pk - Blueberry Custard | $35.00 | $350.00 |
| 10 | Air Bar Diamond 10pk - Blueberry Raspberry | $35.00 | $350.00 |
| 3 | Air Bar Diamond 10pk - Blueberry Kiwi Ice | $35.00 | $105.00 |
| 7 | Air Bar Diamond 10pk - Cherry Cola | $35.00 | $245.00 |
| 5 | Air Bar Diamond 10pk - Coconut Creme Brulee | $35.00 | $175.00 |
| 8 | Air Bar Diamond 10pk - Grape Ice | $35.00 | $280.00 |
| 10 | Air Bar Diamond 10pk - Love Story | $35.00 | $350.00 |
| 3 | Air Bar Diamond 10pk - Mango | $35.00 | $105.00 |
| 4 | Air Bar Diamond 10pk - Peach | $35.00 | $140.00 |
| 7 | Air Bar Diamond 10pk - Rainbow Candy | $35.00 | $245.00 |
| 10 | Air Bar Diamond 10pk - Strawberry Custard | $35.00 | $350.00 |
| 10 | Air Bar Diamond 10pk - Strawberry Ice | $35.00 | $350.00 |
| 5 | Air Bar Diamond 10pk - Strawberry Pineapple | $35.00 | $175.00 |
| 7 | Air Bar Diamond 10pk - Strawberry Watermelon | $35.00 | $245.00 |
| 3 | Air Bar Diamond 10pk - Watermelon Apple Ice | $35.00 | $105.00 |
| 6 | Air Bar Diamond 10pk - Watermelon Bombe | $35.00 | $210.00 |
| 10 | Air Bar Diamond 10pk - Watermelon Candy | $35.00 | $350.00 |
| 7 | Air Bar Diamond 10pk - Watermelon Ice | $35.00 | $245.00 |

Total quantities shipped: **142**

Subtotal: $4,970.00
Total: $4,970.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003291

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 267443 | Aug 3, 2022 | **$740.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $86.00 | $344.00 |
| 1 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $86.00 | $86.00 |
| 1 | Air Bar Diamond 10pk - Love Story | $35.00 | $35.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Mint Ice | $70.00 | $70.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $65.00 | $65.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Blue Razz | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Purple Rain | $70.00 | $70.00 |

Total quantities shipped: **10**

|  |  |
|---|---|
| Subtotal: | $740.00 |
| Total: | $740.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003292

# INVOICE



| | Order # | Date | Total | PAID |
|---|---|---|---|---|
| | 267818 | Aug 5, 2022 | $1,600.00 | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $65.00 | $65.00 |
| 5 | JUUL Pods 8pk - Menthol 5% 4 Pods | $86.00 | $430.00 |
| 5 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $86.00 | $430.00 |
| 1 | Air Bar Diamond 10pk - Apple Cream | $35.00 | $35.00 |
| 1 | Air Bar Diamond 10pk - Blueberry Custard | $35.00 | $35.00 |
| 1 | Air Bar Diamond 10pk - Peach | $35.00 | $35.00 |
| 1 | Air Bar Diamond 10pk - Peach Mango | $35.00 | $35.00 |
| 1 | Air Bar Diamond 10pk - Watermelon Apple Ice | $35.00 | $35.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Blue Razz | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Lush Ice | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Mint Ice | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Pink Lemonade | $70.00 | $70.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Double Apple | $55.00 | $55.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Fresh Lychee | $55.00 | $55.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Mint Ice | $55.00 | $55.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Pink Lemonade | $55.00 | $55.00 |

Total quantities shipped: **24**

|  |  |
|---|---|
| Subtotal: | $1,600.00 |
| Total: | $1,600.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003293

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 268178 | Aug 8, 2022 | **$1,498.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Hyde IQ 5000 Puffs - Apple Peach Watermelon | $82.50 | $82.50 |
| 1 | Hyde IQ 5000 Puffs - Cranberry Lime Fizz | $82.50 | $82.50 |
| 1 | Hyde IQ 5000 Puffs - Mystery Mix | $82.50 | $82.50 |
| 1 | Hyde IQ 5000 Puffs - Peach Blueberry | $82.50 | $82.50 |
| 1 | Hyde IQ 5000 Puffs - Pink Drink | $82.50 | $82.50 |
| 1 | Hyde IQ 5000 Puffs - Raspberry Watermelon | $82.50 | $82.50 |
| 1 | Hyde IQ 5000 Puffs - Sour Apple Ice | $82.50 | $82.50 |
| 1 | Hyde IQ 5000 Puffs - Watermelon Fizz | $82.50 | $82.50 |
| 1 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Dessert Breeze | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Double Apple | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Gummy Bears | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Pina Colada | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Rainbow Candy | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $45.00 | $45.00 |
| 1 | Fume Infinity 3500 Puffs 5pk - Unicorn | $45.00 | $45.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Blueberry Raspberry | $65.00 | $65.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $65.00 | $65.00 |
| 1 | JUUL Pods 8pk - Menthol 5% 4 Pods | $86.00 | $86.00 |
| 1 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $86.00 | $86.00 |
| 1 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $86.00 | $86.00 |

Total quantities shipped: **23**

Subtotal: $1,498.00
Total: $1,498.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003294



# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 268244 | Aug 9, 2022 | **$686.72** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 3 | JUUL Pods 8pk - Menthol 5% 4 Pods | $85.84 | $257.52 |
| 5 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $85.84 | $429.20 |

Total quantities shipped: **8**

Subtotal: $686.72
Total: $686.72

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003295

# INVOICE

| | Order # | Date | Total | PAID |
|---|---|---|---|---|
| | 269432 | Aug 16, 2022 | **$7,607.50** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | MYLE Micro - Pink Lemonade | $45.00 | $540.00 |
| 1 | Esco Bar 2500 Puffs - Grape Ice | $67.50 | $67.50 |
| 1 | Air Bar Diamond 10pk - Watermelon Candy | $35.00 | $35.00 |
| 12 | Fume Infinity 3500 Puffs 5pk - Blueberry Mint | $45.00 | $540.00 |
| 12 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $45.00 | $540.00 |
| 12 | Fume Infinity 3500 Puffs 5pk - Double Apple | $45.00 | $540.00 |
| 12 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $45.00 | $540.00 |
| 12 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $45.00 | $540.00 |
| 12 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $45.00 | $540.00 |
| 12 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $45.00 | $540.00 |
| 12 | Fume Infinity 3500 Puffs 5pk - Peach Ice | $45.00 | $540.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Pina Colada | $45.00 | $180.00 |
| 12 | Fume Infinity 3500 Puffs 5pk - Strawberry Banana | $45.00 | $540.00 |
| 12 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $45.00 | $540.00 |
| 12 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $45.00 | $540.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Apple Peach | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Mint | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Apple Banana Ice | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Fantasy Love | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Melon Ice | $55.00 | $55.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Mojito Mint | $55.00 | $165.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Sour Apple | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Watermelon Candy | $55.00 | $55.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Cherry Peach Lemonade | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Minty O's | $80.00 | $80.00 |
| 1 | Hyde Edge Rave Recharge 4000 Puffs 10pk - Philippine Mango | $80.00 | $80.00 |

Total quantities shipped: **164**

|  | |
|---|---|
| Subtotal: | $7,607.50 |
| Total: | $7,607.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003296

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 269452 | Aug 16, 2022 | **$450.00** | PAID |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473  Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 15 | Delta Extrax - Platinum THC P Disposable 1 Gram - Hybrid - Sunset Sherbert | $10.00 | $150.00 |
| 30 | Delta Extrax - Platinum THC P Disposable 1 Gram - Sativa - Mai Tai | $10.00 | $300.00 |

Total quantities shipped: **45**

|  |  |
|---|---|
| Subtotal: | $450.00 |
| Total: | $450.00 |

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003297

# INVOICE

| | |
|---|---|
| **Order #** | 270009 |
| **Date** | Aug 22, 2022 |
| **Total** | $5,291.50 |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | Air Bar Box 3000 Puffs 10pk - Cool Mint | $65.00 | $195.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Watermelon Apple Ice | $65.00 | $65.00 |
| 2 | ALTO Pods 5pk By VUSE - Menthol 5.0% 4pk | $82.00 | $164.00 |
| 6 | Air Bar Box 5000 Puffs 5pk - Watermelon Ice | $41.25 | $247.50 |
| 30 | JUUL Pods 8pk - Menthol 5% 4 Pods | $77.00 | $2,310.00 |
| 30 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $77.00 | $2,310.00 |

Total quantities shipped: **72**

| | |
|---|---|
| Subtotal: | $5,291.50 |
| Total: | $5,291.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003298

# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 270090 | Aug 23, 2022 | **$525.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $82.50 | $165.00 |
| 1 | Air Bar Box 3000 Puffs 10pk - Strawberry Mango | $65.00 | $65.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Watermelon Ice | $65.00 | $130.00 |

Total quantities shipped: **7**

| | |
|---|---|
| Subtotal: | $525.00 |
| Total: | $525.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003299

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 270252 | Aug 23, 2022 | **$485.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | Menthol No. 1 By Twist E-Liquid - 6mg - 2 x 60ml | $10.50 | $210.00 |
| 1 | Monster Bars 3500 Puffs 10pk - Blackberry Jam | $70.00 | $70.00 |
| 1 | Monster Bars 3500 Puffs 10pk - Mango Peach Guava | $70.00 | $70.00 |
| 1 | Esco Bar 2500 Puffs - Grape Ice | $67.50 | $67.50 |
| 1 | Esco Bar 2500 Puffs - Orange Limeade | $67.50 | $67.50 |

Total quantities shipped: **24**

|  | |
|---|---|
| Subtotal: | $485.00 |
| Total: | $485.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003300

# INVOICE



| | Order # | Date | Total | PAID |
|---|---|---|---|---|
| | 270528 | Aug 25, 2022 | **$1,375.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Apple Peach | $55.00 | $165.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Banana Ice | $55.00 | $110.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Berry Orange Ice | $55.00 | $110.00 |
| 4 | GLAMEE NOVA 4000 Puffs 10pk - Blueberry Blackcurrant | $55.00 | $220.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - CLEAR - No Flavor | $55.00 | $165.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Fruit Punch | $55.00 | $110.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Kiwi Blueberry Ice | $55.00 | $55.00 |
| 5 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango Watermelon | $55.00 | $275.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Red Apple | $55.00 | $165.00 |

Total quantities shipped: **25**

Subtotal: $1,375.00
Total: $1,375.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003301

# INVOICE



| Order # | Date | Total | PAID |
|---|---|---|---|
| 270880 | Aug 29, 2022 | $3,465.00 | |

**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Blueberry Energize | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Guava Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Lemon Mint | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Candy | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Banana | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Sweet Menthol | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Triple Berry Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $82.50 | $165.00 |

Total quantities shipped: **42**

| | |
|---|---|
| Subtotal: | $3,465.00 |
| Total: | $3,465.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003302

# INVOICE

| | Order # | Date | Total |
|---|---|---|---|
| | 271143 | Aug 30, 2022 | **$1,970.00** |



**SHIP TO:**
YEVGENIY RUSAKOV
podguys.com
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
podguys.com
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Fume Infinity 3500 Puffs 5pk - Black Ice | $45.00 | $90.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $45.00 | $90.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $45.00 | $90.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $45.00 | $90.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $45.00 | $90.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Peach Ice | $45.00 | $90.00 |
| 4 | Pod Mesh 5500 Puffs 10pk - Aloe Grape | $60.00 | $240.00 |
| 1 | Pod Mesh 5500 Puffs 10pk - Arctic Lush | $60.00 | $60.00 |
| 1 | Pod Mesh 5500 Puffs 10pk - Banana Frost | $60.00 | $60.00 |
| 2 | Pod Mesh 5500 Puffs 10pk - Berry Lush Apple | $60.00 | $120.00 |
| 1 | Pod Mesh 5500 Puffs 10pk - Chilled Blue Razz | $60.00 | $60.00 |
| 2 | Pod Mesh 5500 Puffs 10pk - Frozen Strawberry Guava | $60.00 | $120.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Fresh Lychee | $70.00 | $70.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Mango | $70.00 | $70.00 |
| 2 | Fume Ultra 2500 Puffs 10pk - Melon Ice | $70.00 | $140.00 |
| 3 | Fume Ultra 2500 Puffs 10pk - Pineapple Ice | $70.00 | $210.00 |
| 2 | Fume Ultra 2500 Puffs 10pk - Strawberry Mango | $70.00 | $140.00 |
| 2 | Fume Ultra 2500 Puffs 10pk - Unicorn | $70.00 | $140.00 |

Total quantities shipped: **34**

|  | |
|---|---|
| Subtotal: | $1,970.00 |
| Total: | $1,970.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003303