# Proshansky Exhibit J - Invoices – ROSS DISTRO

# INVOICE



| | Order # | Document Date | Total |
|---|---|---|---|
| | 271267 | Aug 31, 2022 | $1,897.50 |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Clear 3% | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Green Apple | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Mandarin Lime | $82.50 | $165.00 |
| 1 | ELF Bar BC5000 10pk - Rainbow Candy | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $82.50 | $165.00 |

Total quantities shipped: **23**

| | |
|---|---|
| Subtotal: | $1,897.50 |
| Total: | $1,897.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003304

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 271269 | Aug 31, 2022 | $2,025.00 |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 20 | D8 - HHC Disposable 2 Grams - Hybrid - Clementine x Purple Punch | $11.25 | $225.00 |
| 20 | D8 - HHC Disposable 2 Grams - Hybrid - Gelato | $11.25 | $225.00 |
| 15 | D8 - HHC Disposable 2 Grams - Indica - Cherry Pie x G.S. Cookies | $11.25 | $168.75 |
| 10 | D8 - HHC Disposable 2 Grams - Indica - Mystery x Gelato | $11.25 | $112.50 |
| 15 | D8 - HHC Disposable 2 Grams - Indica - OG Kush x LA Confidential | $11.25 | $168.75 |
| 25 | D8 - HHC Disposable 2 Grams - Sativa - Blueberry x Haze | $11.25 | $281.25 |
| 25 | D8 - HHC Disposable 2 Grams - Sativa - Ghost OG x Neville's Wreck | $11.25 | $281.25 |
| 25 | D8 - HHC Disposable 2 Grams - Sativa - Hawaiian x Trainwreck | $11.25 | $281.25 |
| 25 | D8 - HHC Disposable 2 Grams - Sativa - Silver Haze x Sour Diesel | $11.25 | $281.25 |

Total quantities shipped: **180**

|  |  |
|---|---|
| Subtotal: | $2,025.00 |
| Total: | $2,025.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003305

# INVOICE



| Order # | Date | Total | PAID |
|---|---|---|---|
| 271805 | Sep 5, 2022 | $1,013.50 | |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473  Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Air Bar Diamond 10pk - Mango | $35.00 | $35.00 |
| 1 | Air Bar Diamond 10pk - Peach | $35.00 | $35.00 |
| 1 | Air Bar Diamond 10pk - Peach Mango | $35.00 | $35.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $82.50 | $165.00 |
| 1 | ELF Bar BC5000 10pk - Sweet Menthol | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Watermelon Ice | $82.50 | $82.50 |
| 1 | Hyde Edge 1500 Puffs 10pk - Spearmint | $53.50 | $53.50 |
| 1 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $82.50 | $165.00 |
| 6 | Pink Cakes By VGOD - Salt Nicotine 50mg - 30ml | $5.00 | $30.00 |

Total quantities shipped: **20**

| | |
|---|---|
| Subtotal: | $1,013.50 |
| Total: | $1,013.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003306

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 272010 | Sep 6, 2022 | **$1,075.75** | **PAID**  |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Fume Infinity 3500 Puffs 5pk - Coffee Tobacco | $41.25 | $41.25 |
| 1 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $41.25 | $41.25 |
| 1 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $41.25 | $41.25 |
| 1 | Air Bar Diamond 10pk - Peach Mango | $35.00 | $35.00 |
| 2 | JUUL Pods 8pk - Menthol 5% 4 Pods | $77.00 | $154.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $77.00 | $462.00 |
| 3 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $77.00 | $231.00 |
| 1 | Air Bar Diamond 10pk - Mango | $35.00 | $35.00 |
| 1 | Air Bar Diamond 10pk - Peach | $35.00 | $35.00 |

Total quantities shipped: **17**

| | |
|---|---|
| Subtotal: | $1,075.75 |
| Total: | $1,075.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003307

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 272031 | Sep 6, 2022 | **$3,384.50** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Mango Peach | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Rainbow Candy | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Sakura Grape | $82.50 | $165.00 |
| 1 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $82.50 | $165.00 |
| 4 | Air Bar Box 5000 Puffs 5pk - Blueberry Ice | $41.25 | $165.00 |
| 4 | Air Bar Box 5000 Puffs 5pk - Double Apple | $41.25 | $165.00 |
| 4 | Air Bar Box 5000 Puffs 5pk - Grape Ice | $41.25 | $165.00 |
| 4 | Air Bar Box 5000 Puffs 5pk - Strawberry Kiwi | $41.25 | $165.00 |
| 2 | Air Bar Box 5000 Puffs 5pk - Super Mint | $41.25 | $82.50 |
| 4 | Air Bar Box 5000 Puffs 5pk - Watermelon Candy | $41.25 | $165.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Black Ice | $45.00 | $180.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $45.00 | $90.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $45.00 | $90.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $45.00 | $90.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $77.00 | $462.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Raspberry Lemon | $72.50 | $72.50 |
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Strawberry | $72.50 | $72.50 |
| 1 | Glamee Magic 6000 Puffs 10pk - Burst Grapefruit | $72.50 | $72.50 |
| 1 | Glamee Magic 6000 Puffs 10pk - Fruit Paradise | $72.50 | $72.50 |
| 1 | Glamee Magic 6000 Puffs 10pk - Raspberry Peach | $72.50 | $72.50 |
| 1 | Glamee Magic 6000 Puffs 10pk - Watermelon Ice | $72.50 | $72.50 |
| 5 | Iced Blue Raspberry Lemonade By Salt Bae 30ml - 50mg | $5.75 | $28.75 |
| 5 | Iced Juicy Watermelon By Salt Bae 30ml - 50mg | $5.75 | $28.75 |
| 5 | Mint By Naked100 - Salt Nicotine 50mg - 30ml | $5.50 | $27.50 |
| 5 | Mango Iced By Reds Apple - Salt Nicotine 50mg - 30ml (TFN) | $5.50 | $27.50 |
| 5 | Shamrock Cookie By SadBoy - Salt Nicotine 48mg - 30ml | $5.50 | $27.50 |
| 5 | Iced Blue Razz By Killer Fruits Vapetasia - Salt Nicotine 48mg - 30ml | $5.50 | $27.50 |
| 5 | Jewel Mint Ice By Hyde x Pod Juice 55 - Salt Nicotine 55mg - 30ml (TFN) | $5.50 | $27.50 |
| 5 | Riberry Lemonade By IVG - Salt Nicotine 50mg - 30ml | $5.50 | $27.50 |

Total quantities shipped: **95**

| | |
|---|---|
| Subtotal: | $3,384.50 |
| Total: | $3,384.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003308



**INVOICE**

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 272239 | Sep 7, 2022 | **$1,680.50** |  |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | Black By OPMS - 2ct | $9.00 | $18.00 |
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Banana | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $82.50 | $165.00 |
| 4 | Air Bar Diamond 10pk - Blueberry Ice | $35.00 | $140.00 |
| 1 | STIG XL 700 Puffs 10pk - Lush Ice | $37.50 | $37.50 |
| 1 | ELF Bar BC5000 10pk - Blueberry Energize | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Strawberry Mango | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Triple Berry Ice | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $82.50 | $82.50 |

Total quantities shipped: **25**

| | |
|---|---|
| Subtotal: | $1,680.50 |
| Total: | $1,680.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003309

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 272243 | Sep 7, 2022 | **$162.00** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 18 | Black By OPMS - 2ct | $9.00 | $162.00 |

Total quantities shipped: **18**

|  |  |
|---|---|
| Subtotal: | $162.00 |
| Total: | $162.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 272912 | Sep 12, 2022 | **$3,622.50** |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Clear 3% | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Cuba Cigar | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach | $82.50 | $165.00 |
| 4 | Air Bar Diamond 10pk - Blueberry Ice | $35.00 | $140.00 |
| 4 | Air Bar Diamond 10pk - Love Story | $35.00 | $140.00 |
| 4 | Air Bar Diamond 10pk - Mango | $35.00 | $140.00 |
| 4 | Air Bar Diamond 10pk - Peach | $35.00 | $140.00 |
| 4 | Air Bar Diamond 10pk - Strawberry Kiwi | $35.00 | $140.00 |
| 4 | Air Bar Diamond 10pk - Watermelon Ice | $35.00 | $140.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Cherry Lemon | $65.00 | $130.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Clear Ice | $65.00 | $130.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Cranberry Grape | $65.00 | $130.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Love Story | $65.00 | $130.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Sour Apple Ice | $65.00 | $130.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Strawberry Mango | $65.00 | $130.00 |
| 2 | Air Bar Box 3000 Puffs 10pk - Super Mint | $65.00 | $130.00 |
| 2 | Fume Ultra 2500 Puffs 10pk - Fresh Lychee | $67.50 | $135.00 |
| 2 | Fume Ultra 2500 Puffs 10pk - Strawberry Mango | $67.50 | $135.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $43.75 | $87.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Cuban Tobacco | $43.75 | $87.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $43.75 | $87.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $43.75 | $87.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $43.75 | $87.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $43.75 | $87.50 |
| 2 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $43.75 | $87.50 |

Total quantities shipped: **68**

|  |  |
|---|---|
| Subtotal: | $3,622.50 |
| Total: | $3,622.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003311

# INVOICE

| Order # | Document Date | Total | PAID |
|---|---|---|---|
| 272937 | Sep 12, 2022 | $2,216.00 | |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Melon Ice | $55.00 | $55.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Mighty Mint | $55.00 | $110.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Mojito Mint | $55.00 | $110.00 |
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Peach Ice | $55.00 | $110.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Peach Mango | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Rainbow | $55.00 | $55.00 |
| 1 | GLAMEE NOVA 4000 Puffs 10pk - Strawberry Watermelon | $55.00 | $55.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Blueberry Strawberry | $70.00 | $70.00 |
| 1 | Glamee Magic 6000 Puffs 10pk - Watermelon Ice | $70.00 | $70.00 |
| 1 | Air Bar Diamond 10pk - Strawberry Watermelon | $35.00 | $35.00 |
| 1 | Fume Extra 1500 Puffs 10pk - Blue Razz | $52.50 | $52.50 |
| 1 | Fume Extra 1500 Puffs 10pk - Pink Lemonade | $52.50 | $52.50 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $77.00 | $462.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $77.00 | $462.00 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $77.00 | $462.00 |

Total quantities shipped: **33**

Subtotal: $2,216.00
Total: $2,216.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Document Date | Total | PAID |
|---|---|---|---|
| 273931 | Sep 19, 2022 | $1,952.00 | |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Blueberry Energize | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Gumi | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Kiwi Passionfruit Guava | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Mango Peach | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Rainbow Candy | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $165.00 |
| 1 | Salt Bae Drip Pro 6500 Puffs - Iced Blue Raspberry Lemonade | $80.00 | $80.00 |
| 1 | Salt Bae Drip Pro 6500 Puffs - Iced Blueberry | $80.00 | $80.00 |
| 1 | Salt Bae Drip Pro 6500 Puffs - Iced Cola | $80.00 | $80.00 |
| 1 | Salt Bae Drip Pro 6500 Puffs - Iced Honeydew | $80.00 | $80.00 |
| 1 | Salt Bae Drip Pro 6500 Puffs - Iced Wintergreen | $80.00 | $80.00 |
| 1 | Salt Bae Drip Pro 6500 Puffs - Mango Aloe | $80.00 | $80.00 |
| 1 | Salt Bae Drip Pro 6500 Puffs - Peach Mango Watermelon | $80.00 | $80.00 |
| 1 | Salt Bae Drip Pro 6500 Puffs - Strawberry Kiwi | $80.00 | $80.00 |
| 1 | Salt Bae Drip Pro 6500 Puffs - Strawberry Lychee | $80.00 | $80.00 |
| 1 | Salt Bae Drip Pro 6500 Puffs - Strawberry Watermelon | $80.00 | $80.00 |
| 6 | JUUL Pods 8pk - Menthol 5% 4 Pods | $77.00 | $462.00 |
| 1 | MYLE Pods 5pk - Gold Leaf Tobacco 24mg | $30.00 | $30.00 |

Total quantities shipped: **25**

|  |  |
|---|---|
| Subtotal: | $1,952.00 |
| Total: | $1,952.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003313



# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 274101 | Sep 20, 2022 | **$2,970.00** |



**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Blueberry Energize | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Cranberry Grape | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Green Apple | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Banana | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Kiwi | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $82.50 | $165.00 |

Total quantities shipped: **36**

Subtotal: $2,970.00
Total: $2,970.00

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003314

# INVOICE

| Order # | Document Date | Total | PAID |
|---|---|---|---|
| 274800 | Sep 26, 2022 | $2,950.75 | |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $82.50 | $165.00 |
| 1 | Air Bar Diamond 10pk - Sakura Grape | $35.00 | $35.00 |
| 1 | Air Bar Diamond 10pk - Strawberry Watermelon | $35.00 | $35.00 |
| 5 | Fume Infinity 3500 Puffs 5pk - Purple Rain | $43.75 | $218.75 |
| 4 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $77.00 | $308.00 |
| 7 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $77.00 | $539.00 |
| 2 | ELF Bar BC5000 10pk - Green Apple | $82.50 | $165.00 |
| 1 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Watermelon Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach Apricot | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Kiwi | $82.50 | $165.00 |
| 1 | ELF Bar BC5000 10pk - Strawberry Mango | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $165.00 |
| 1 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Gumi | $82.50 | $82.50 |

Total quantities shipped: **40**

| | |
|---|---|
| Subtotal: | $2,950.75 |
| Total: | $2,950.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003315

# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 275049 | Sep 28, 2022 | **$1,410.00** | **PAID** |



**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Green Apple | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $165.00 |
| 10 | Black By OPMS - 2ct | $9.00 | $90.00 |

Total quantities shipped: **26**

Subtotal: $1,410.00
Total: $1,410.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003316

# INVOICE



| | Order # | Document Date | Total | PAID |
|---|---|---|---|---|
| | 275258 | Sep 30, 2022 | $4,950.00 | |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | ELF Bar BC5000 10pk - Blue Razz Lemon | $82.50 | $412.50 |
| 1 | ELF Bar BC5000 10pk - Cranberry Grape | $82.50 | $82.50 |
| 3 | ELF Bar BC5000 10pk - Fuji Ice | $82.50 | $247.50 |
| 1 | ELF Bar BC5000 10pk - Grape Energy | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Gumi | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Mango Peach Apricot | $82.50 | $82.50 |
| 5 | ELF Bar BC5000 10pk - Miami Mint | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Peach Berry | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $82.50 | $412.50 |
| 1 | ELF Bar BC5000 10pk - Sunset (Strawberry Peach Mango Orange) | $82.50 | $82.50 |
| 5 | ELF Bar BC5000 10pk - Watermelon Brazz Ice | $82.50 | $412.50 |
| 1 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $82.50 |
| 5 | ELF Bar BC5000 10pk - Watermelon Ice | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $82.50 | $412.50 |

Total quantities shipped: **60**

|  | |
|---|---|
| Subtotal: | $4,950.00 |
| Total: | $4,950.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.



# INVOICE

| Order # | Document Date | Total | |
|---------|---------------|-------|---|
| 276014 | Oct 7, 2022 | **$5,425.00** |  **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 4 | Air Bar Diamond 10pk - Banana Ice | $35.00 | $140.00 |
| 5 | Air Bar Diamond 10pk - Sakura Grape | $35.00 | $175.00 |
| 5 | Air Bar Diamond 10pk - Strawberry Kiwi | $35.00 | $175.00 |
| 12 | Air Bar Diamond 10pk - Strawberry Watermelon | $35.00 | $420.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Black Ice | $45.00 | $135.00 |
| 20 | Black By OPMS - 2ct | $9.00 | $180.00 |
| 100 | Gold By OPMS - 5ct | $21.00 | $2,100.00 |
| 100 | Black By OPMS - 5ct | $21.00 | $2,100.00 |

Total quantities shipped: **249**

Subtotal: $5,425.00
Total: $5,425.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003318



# INVOICE

| Order # | Document Date | Total | |
|---|---|---|---|
| 276033 | Oct 7, 2022 | **$6,682.50** |  **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $495.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $82.50 | $165.00 |
| 6 | ELF Bar BC5000 10pk - Lemon Mint | $82.50 | $495.00 |
| 4 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $330.00 |
| 6 | ELF Bar BC5000 10pk - Miami Mint | $82.50 | $495.00 |
| 4 | ELF Bar BC5000 10pk - Peach Berry | $82.50 | $330.00 |
| 8 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $660.00 |
| 4 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $82.50 | $330.00 |
| 6 | ELF Bar BC5000 10pk - Sakura Grape | $82.50 | $495.00 |
| 4 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $330.00 |
| 4 | ELF Bar BC5000 10pk - Strawberry Kiwi | $82.50 | $330.00 |
| 6 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $495.00 |
| 4 | ELF Bar BC5000 10pk - Strawberry Watermelon | $82.50 | $330.00 |
| 4 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $82.50 | $330.00 |
| 3 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $82.50 | $247.50 |
| 2 | ELF Bar BC5000 10pk - Triple Berry Ice | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Brazz Ice | $82.50 | $165.00 |
| 4 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $330.00 |
| 2 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $82.50 | $165.00 |

Total quantities shipped: **81**

|  |  |
|---|---|
| Subtotal: | $6,682.50 |
| Total: | $6,682.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003319



| | | | |
|---|---|---|---|
| **INVOICE** | **Order #** 276721 | **Date** Oct 12, 2022 | **Total** $612.80 |



**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 12 | Green Vein Maeng Da By OPMS - 72g - 120 Capsules | $8.90 | $106.80 |
| 12 | Green Vein Maeng Da By OPMS - 288g - 480 Capsules | $25.50 | $306.00 |
| 20 | SLIK Twist 900 mAh + USB Charger - Black | $5.00 | $100.00 |
| 20 | SLIK Twist 900 mAh + USB Charger - Silver | $5.00 | $100.00 |

Total quantities shipped: **64**

Subtotal: $612.80
Total: $612.80

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003320



| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 277106 | Oct 17, 2022 | **$4,125.00** | |



**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | ELF Bar BC5000 10pk - Lemon Mint | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Triple Berry Ice | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Blue Razz Lemon | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $412.50 |

Total quantities shipped: **50**

Subtotal: $4,125.00
Total: $4,125.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.



# INVOICE



| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 277165 | Oct 17, 2022 | $1,001.00 | PAID |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473    Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 8 | JUUL Pods 8pk - Menthol 5% 4 Pods | $77.00 | $616.00 |
| 2 | JUUL Pods 8pk - Menthol 3% 4 Pods | $77.00 | $154.00 |
| 3 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $77.00 | $231.00 |

Total quantities shipped: **13**

|  | |
|---|---|
| Subtotal: | $1,001.00 |
| Total: | $1,001.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003322



# INVOICE

| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 277359 | Oct 18, 2022 | **$211.00** |  |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 4 | Green CBD - DELTA 8 Gummies 500mg - Juicy Strawberry | $9.50 | $38.00 |
| 4 | Green CBD - DELTA 8 Gummies 500mg - Watermelon Blast | $9.50 | $38.00 |
| 2 | Esco Bar 2500 Puffs - Red Apple | $67.50 | $135.00 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $211.00 |
| Total: | $211.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003323

# INVOICE

| Order # | Date | Total | PAID  |
|---|---|---|---|
| 277541 | Oct 20, 2022 | $2,227.50 | |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Cranberry Grape | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach Apricot | $82.50 | $165.00 |
| 5 | ELF Bar BC5000 10pk - Miami Mint | $82.50 | $412.50 |
| 2 | ELF Bar BC5000 10pk - Peach Berry | $82.50 | $165.00 |
| 1 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $82.50 | $165.00 |
| 3 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $82.50 | $247.50 |
| 1 | ELF Bar BC5000 10pk - Triple Berry Ice | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Watermelon Brazz Ice | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $165.00 |
| 1 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $82.50 | $82.50 |

Total quantities shipped: **27**

| | |
|---|---|
| Subtotal: | $2,227.50 |
| Total: | $2,227.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003324

# INVOICE



| | Order # | Document Date | Total |
|---|---|---|---|
| | 278109 | Oct 25, 2022 | **$4,873.00** |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | GLAMEE NOVA 4000 Puffs 10pk - Lush Ice | $55.00 | $110.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Melon Ice | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Mojito Mint | $55.00 | $165.00 |
| 3 | GLAMEE NOVA 4000 Puffs 10pk - Peach Ice | $55.00 | $165.00 |
| 3 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $86.00 | $258.00 |
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $380.00 |
| 5 | ELF Bar BC5000 10pk - Blue Razz Lemon | $82.50 | $412.50 |
| 4 | ELF Bar BC5000 10pk - Clear 5% | $82.50 | $330.00 |
| 4 | ELF Bar BC5000 10pk - Grape Energy | $82.50 | $330.00 |
| 3 | ELF Bar BC5000 10pk - Gumi | $82.50 | $247.50 |
| 5 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $412.50 |
| 3 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $247.50 |
| 3 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $247.50 |
| 8 | ELF Bar BC5000 10pk - Strawberry Kiwi | $82.50 | $660.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $412.50 |
| 4 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $82.50 | $330.00 |

Total quantities shipped: **59**

| | |
|---|---|
| Subtotal: | $4,873.00 |
| Total: | $4,873.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003325

# INVOICE

| Order # | Document Date | Total |
|---|---|---|
| 278313 | Oct 27, 2022 | $5,857.50 |

 **PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $495.00 |
| 4 | ELF Bar BC5000 10pk - Blue Razz Lemon | $82.50 | $330.00 |
| 3 | ELF Bar BC5000 10pk - Cranberry Grape | $82.50 | $247.50 |
| 2 | ELF Bar BC5000 10pk - Grape Energy | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $82.50 | $165.00 |
| 3 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $247.50 |
| 10 | ELF Bar BC5000 10pk - Miami Mint | $82.50 | $825.00 |
| 7 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $82.50 | $577.50 |
| 3 | ELF Bar BC5000 10pk - Peach Berry | $82.50 | $247.50 |
| 7 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $577.50 |
| 4 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $330.00 |
| 8 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $660.00 |
| 5 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $82.50 | $412.50 |
| 7 | ELF Bar BC5000 10pk - Tropical Rainbow Blast | $82.50 | $577.50 |

Total quantities shipped: **71**

| | |
|---|---|
| Subtotal: | $5,857.50 |
| Total: | $5,857.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003326



# INVOICE

| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 278806 | Nov 1, 2022 | **$814.50** |  **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Black By OPMS - Black Shots 45ct | $380.00 | $380.00 |
| 1 | STIG XL 700 Puffs 10pk - Iced Mango Bomb | $37.50 | $37.50 |
| 4 | D8 - DELTA 10 Gummies 500mg - Berry x Blast | $9.50 | $38.00 |
| 4 | D8 - DELTA 10 Gummies 500mg - Blue x Razz | $9.50 | $38.00 |
| 4 | D8 - DELTA 10 Gummies 500mg - Caviar x Kush | $9.50 | $38.00 |
| 4 | D8 - DELTA 10 Gummies 500mg - Mango x Tango | $9.50 | $38.00 |
| 5 | D8 - HHC Cartridge 1 Grams - Hybrid - Clementine x Purple Punch | $7.00 | $35.00 |
| 5 | D8 - HHC Cartridge 1 Grams - Hybrid - Gelato | $7.00 | $35.00 |
| 5 | D8 - HHC Cartridge 1 Grams - Indica - Cherry Pie x G.S. Cookies | $7.00 | $35.00 |
| 5 | D8 - HHC Cartridge 1 Grams - Indica - OG Kush x LA Confidential | $7.00 | $35.00 |
| 5 | D8 - HHC Cartridge 1 Grams - Sativa - Silver Haze x Sour Diesel | $7.00 | $35.00 |
| 2 | Air Bar Diamond 10pk - Peach | $35.00 | $70.00 |

Total quantities shipped: **45**

| | |
|---|---|
| Subtotal: | $814.50 |
| Total: | $814.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003327

# INVOICE



| Order # | Document Date | Total |
|---|---|---|
| 278992 | Nov 3, 2022 | $4,455.00 |

**PAID**

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Mango Peach | $82.50 | $165.00 |
| 4 | ELF Bar BC5000 10pk - Mango Peach Apricot | $82.50 | $330.00 |
| 2 | ELF Bar BC5000 10pk - Peach Berry | $82.50 | $165.00 |
| 5 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $82.50 | $412.50 |
| 1 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $82.50 |
| 7 | ELF Bar BC5000 10pk - Strawberry Banana | $82.50 | $577.50 |
| 1 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $82.50 | $82.50 |
| 6 | ELF Bar BC5000 10pk - Watermelon Brazz Ice | $82.50 | $495.00 |
| 3 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $247.50 |
| 2 | ELF Bar BC5000 10pk - Grape Energy | $82.50 | $165.00 |
| 1 | ELF Bar BC5000 10pk - Gumi | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Strawberry Mango | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Strawberry Watermelon | $82.50 | $82.50 |
| 3 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $82.50 | $247.50 |
| 3 | ELF Bar BC5000 10pk - Sunset (Strawberry Peach Mango Orange) | $82.50 | $247.50 |
| 5 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $82.50 | $412.50 |

Total quantities shipped: **54**

| | |
|---|---|
| Subtotal: | $4,455.00 |
| Total: | $4,455.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003328



# INVOICE

| | Order # | Document Date | Total | |
|---|---|---|---|---|
| | 279909 | Nov 11, 2022 | **$4,537.50** |  **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 5 | ELF Bar BC5000 10pk - Blue Razz Ice | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Cranberry Grape | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Grape Energy | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Peach Berry | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Sour Apple | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Strawberry Banana | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Strawberry Ice | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Strawberry Kiwi | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Strawberry Mango | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Watermelon Bubble Gum | $82.50 | $412.50 |
| 5 | ELF Bar BC5000 10pk - Watermelon Cantaloupe Honeydew | $82.50 | $412.50 |

Total quantities shipped: **55**

Subtotal: $4,537.50
Total: $4,537.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Document Date** | **Total** | **PAID** |
| 279919 | Nov 11, 2022 | **$1,650.00** | |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Mango Peach | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Mango Peach Apricot | $82.50 | $165.00 |
| 4 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $330.00 |
| 4 | ELF Bar BC5000 10pk - Strawberry Watermelon | $82.50 | $330.00 |
| 2 | ELF Bar BC5000 10pk - Summertime (Strawberry Kiwi Lemonade) | $82.50 | $165.00 |
| 3 | ELF Bar BC5000 10pk - Watermelon Brazz Ice | $82.50 | $247.50 |
| 3 | ELF Bar BC5000 10pk - Watermelon Nana Ice | $82.50 | $247.50 |

Total quantities shipped: **20**

| | |
|---|---|
| Subtotal: | $1,650.00 |
| Total: | $1,650.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003330

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 280524 | Nov 16, 2022 | **$412.50** | **PAID** |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | ELF Bar BC5000 10pk - Malibu (Orange Peach Pineapple Ice) | $82.50 | $82.50 |
| 3 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $247.50 |
| 1 | ZERO NICOTINE - ELF Bar BC5000 10pk - Cranberry Grape | $82.50 | $82.50 |

Total quantities shipped: **5**

|  | |
|---|---|
| Subtotal: | $412.50 |
| Total: | $412.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003331

# INVOICE

| Order # | Document Date | Total Due |
|---|---|---|
| 280797 | Nov 19, 2022 | **$3,890.00** |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 2 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $82.50 | $165.00 |
| 4 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $330.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Watermelon | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 Ultra 10pk - Blue Razz Ice | $95.00 | $190.00 |
| 3 | ELF Bar BC5000 Ultra 10pk - Grape Honeydew | $95.00 | $285.00 |
| 4 | ELF Bar BC5000 Ultra 10pk - Kiwi Dragon Fruit Berry | $95.00 | $380.00 |
| 4 | ELF Bar BC5000 Ultra 10pk - Kiwi Passion Fruit Guava | $95.00 | $380.00 |
| 4 | ELF Bar BC5000 Ultra 10pk - Raspberry Watermelon | $95.00 | $380.00 |
| 4 | ELF Bar BC5000 Ultra 10pk - Strawberry Mango | $95.00 | $380.00 |
| 4 | ELF Bar BC5000 Ultra 10pk - Strawberry Watermelon Bubblegum | $95.00 | $380.00 |
| 4 | ELF Bar BC5000 Ultra 10pk - Strawberry Watermelon Peach | $95.00 | $380.00 |
| 1 | ELF Bar BC5000 Ultra 10pk - Orange Soda | $95.00 | $95.00 |
| 4 | ELF Bar BC5000 Ultra 10pk - Watermelon Ice | $95.00 | $380.00 |

Total quantities shipped: **42**

Subtotal: $3,890.00
Total: $3,890.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003332



| INVOICE | Order # | Document Date | Total Due |
|---------|---------|---------------|-----------|
|         | 281831  | Nov 30, 2022  | **$2,690.94** |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|-----|---------|-------|----------|
| 2 | Fume Infinity 3500 Puffs 5pk - Black Ice | $42.50 | $85.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Banana Ice | $42.50 | $170.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Blueberry Mint | $42.50 | $170.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $42.50 | $85.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Kiwi Strawberry | $42.50 | $85.00 |
| 6 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $42.50 | $255.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $42.50 | $170.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Peach Ice | $42.50 | $170.00 |
| 3 | Fume Infinity 3500 Puffs 5pk - Pina Colada | $42.50 | $127.50 |
| 4 | JUUL Pods 8pk - Menthol 3% 4 Pods | $85.84 | $343.36 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $85.84 | $1,030.08 |

Total quantities shipped: **47**

Subtotal: $2,690.94
Total: $2,690.94

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003333

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** 283072 | **Document Date** Dec 13, 2022 | **Total Due** $1,875.50 | |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473  Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 1 | Ooze UFO Silicone Water Pipe & Nectar Collector - Glow Green | $32.50 | $32.50 |
| 1 | Ooze UFO Silicone Water Pipe & Nectar Collector - Stellar Silver | $32.50 | $32.50 |
| 6 | Hawaiian Pog By Naked100 - 6mg - 60ml | $6.50 | $39.00 |
| 6 | Lava Flow By Naked100 - 6mg - 60ml | $6.50 | $39.00 |
| 6 | Mango By Naked100 - 6mg - 60ml | $6.50 | $39.00 |
| 6 | All Melon By Naked100 - 6mg - 60ml | $6.50 | $39.00 |
| 6 | Hawaiian Pog Ice By Naked100 - 6mg - 60ml | $6.50 | $39.00 |
| 6 | Maui Sun By Naked100 - 6mg - 60ml | $6.50 | $39.00 |
| 6 | Lava Flow Ice By Naked100 - 6mg - 60ml | $6.50 | $39.00 |
| 6 | Strawberry By Jam Monster - 6mg - 100ml (TFN) | $6.50 | $39.00 |
| 6 | Blueberry Raspberry Lemon By Fruit Monster - 6mg - 100ml (TFN) | $6.50 | $39.00 |
| 6 | Lemon By Jam Monster - 6mg - 100ml (TFN) | $6.50 | $39.00 |
| 6 | PB & Jam Monster Grape By Jam Monster - 6mg - 100ml (TFN) | $6.50 | $39.00 |
| 5 | Blueberry Raspberry Lemon Ice By Frozen Fruit Monster - 6mg - 100ml (TFN) | $6.50 | $32.50 |
| 1 | Blueberry By Jam Monster - 6mg - 100ml (TFN) | $6.50 | $6.50 |
| 6 | Grape By Jam Monster - 6mg - 100ml (TFN) | $6.50 | $39.00 |
| 6 | Blackberry By Jam Monster - 6mg - 100ml (TFN) | $6.50 | $39.00 |
| 6 | Watermelon By Zooka! 100ml - 6mg | $6.50 | $39.00 |
| 6 | Green Apple By Zooka! 100ml - 6mg | $6.50 | $39.00 |
| 6 | Strawberry By Zooka! 100ml - 6mg | $6.50 | $39.00 |
| 6 | Blue Raspberry By Zooka! 100ml - 6mg | $6.50 | $39.00 |
| 4 | The Quickness By Ferrum City - 6mg - 120ml | $6.00 | $24.00 |
| 6 | Choculate By Ferrum City - 6mg - 100ml | $6.00 | $36.00 |
| 4 | Scary Berry By Ferrum City - 6mg - 100ml | $6.00 | $24.00 |
| 6 | Blooberry By Ferrum City - 6mg - 100ml | $6.00 | $36.00 |
| 6 | Pink Lemonade By Ferrum City - 6mg - 120ml | $6.00 | $36.00 |
| 3 | Blue Fish By Ferrum City - 6mg - 120ml | $6.00 | $18.00 |
| 3 | Mynt By Ferrum City - 6mg - 100ml | $6.00 | $18.00 |
| 5 | Red Vein Bali By Remarkable Herbs - 8 oz | $12.50 | $62.50 |
| 5 | White Vein Maeng Da By Remarkable Herbs - 8 oz | $11.50 | $57.50 |
| 5 | Green Vein Vietnam By Remarkable Herbs - 8 oz | $11.50 | $57.50 |
| 5 | Green Vein Thai By Remarkable Herbs - 8 oz | $11.00 | $55.00 |
| 1 | Yocan HIT Dry Herb Vaporizer - Black | $21.50 | $21.50 |
| 1 | Yocan HIT Dry Herb Vaporizer - Champagne | $21.50 | $21.50 |
| 1 | Yocan HIT Dry Herb Vaporizer - Red | $21.50 | $21.50 |
| 1 | Yocan HIT Dry Herb Vaporizer - Silver | $21.50 | $21.50 |
| 1 | Yocan HIT Dry Herb Vaporizer - Sky Blue | $21.50 | $21.50 |
| 1 | Yocan Uni Twist - Black | $13.50 | $13.50 |
| 1 | Yocan Uni Twist - Blue | $13.50 | $13.50 |
| 1 | Yocan Uni Twist - Green | $13.50 | $13.50 |
| 1 | Yocan Uni Twist - Red | $13.50 | $13.50 |
| 1 | Yocan Uni Twist - Silver | $13.50 | $13.50 |
| 3 | Silo By CCELL - Blue | $10.00 | $30.00 |
| 1 | Silo By CCELL - Pink | $10.00 | $10.00 |
| 4 | Silo By CCELL - Grey | $10.00 | $40.00 |
| 6 | Blue Razz By Fume Salts - Salt Nicotine 50mg - 30ml | $5.50 | $33.00 |
| 6 | Cotton Candy By Fume Salts - Salt Nicotine 50mg - 30ml | $5.50 | $33.00 |
| 6 | Lush Ice By Fume Salts - Salt Nicotine 50mg - 30ml | $5.50 | $33.00 |
| 6 | Black Ice By Fume Salts - Salt Nicotine 50mg - 30ml | $5.50 | $33.00 |
| 6 | Mint Ice By Fume Salts - Salt Nicotine 50mg - 30ml | $5.50 | $33.00 |
| 6 | Rainbow Candy By Fume Salts - Salt Nicotine 50mg - 30ml | $5.50 | $33.00 |

RZSMOKE00003334

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 6 | Tropical Punch By Fume Salts - Salt Nicotine 50mg - 30ml | $5.50 | $33.00 |
| 6 | Unicorn By Fume Salts - Salt Nicotine 50mg - 30ml | $5.50 | $33.00 |
| 1 | ZERO NICOTINE - ELF Bar BC5000 10pk - Cranberry Grape | $82.50 | $82.50 |
| 1 | ZERO NICOTINE - ELF Bar BC5000 10pk - Kiwi Passion Fruit Guava | $82.50 | $82.50 |

Total quantities shipped: **230**

Subtotal: $1,875.50

Total: $1,875.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003335

# INVOICE

| Order # | Document Date | Total Due |
|---|---|---|
| 283655 | Dec 19, 2022 | **$6,617.74** |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:**  |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island, NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 36 | JUUL Pods 8pk - Menthol 5% 4 Pods | $85.84 | $3,090.24 |
| 2 | ELF Bar BC5000 10pk - Blue Razz Lemon | $82.50 | $165.00 |
| 2 | ELF Bar BC5000 10pk - Gumi | $82.50 | $165.00 |
| 1 | ELF Bar BC5000 10pk - Honeydew Pineapple Orange | $82.50 | $82.50 |
| 1 | ELF Bar BC5000 10pk - Mango Peach Apricot | $82.50 | $82.50 |
| 2 | ELF Bar BC5000 10pk - Passion Fruit Orange Guava | $82.50 | $165.00 |
| 6 | ELF Bar BC5000 10pk - Peach Ice | $82.50 | $495.00 |
| 5 | ELF Bar BC5000 10pk - Peach Mango Watermelon | $82.50 | $412.50 |
| 3 | ELF Bar BC5000 10pk - Rainbow Cloudz | $82.50 | $247.50 |
| 4 | ELF Bar BC5000 10pk - Sakura Grape | $82.50 | $330.00 |
| 2 | ELF Bar BC5000 10pk - Strawberry Mango | $82.50 | $165.00 |
| 5 | ELF Bar BC5000 10pk - Strawberry Pina Colada | $82.50 | $412.50 |
| 4 | ELF Bar BC5000 10pk - Strazz (Strawberry Raspberry) | $82.50 | $330.00 |
| 3 | ELF Bar BC5000 Ultra 10pk - Tropical Rainbow Blast | $95.00 | $285.00 |
| 2 | ELF Bar BC5000 Ultra 10pk - Watermelon Ice | $95.00 | $190.00 |

Total quantities shipped: **78**

Subtotal: $6,617.74
Total: $6,617.74

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003336


# INVOICE

| Order # | Document Date | Total Due |
|---|---|---|
| 285389 | Jan 4, 2023 | **$3,433.60** |

**SHIP TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
1748 bay parkway
brooklyn, NY 11228
**Phone:** |

**BILL TO:**
YEVGENIY RUSAKOV
ROSS DISTRO.
50 Linda Avenue
staten island , NY 10305

**Terms:** Cash, Check or CC
**Customer ID:** 473   Distributor
**Email:** eugr86@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Subtotal |
|---|---|---|---|
| 16 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $85.84 | $1,373.44 |
| 24 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $85.84 | $2,060.16 |

Total quantities shipped: **40**

|  |  |
|---|---|
| Subtotal: | $3,433.60 |
| Total: | $3,433.60 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00003337