# Proshansky Exhibit K - Invoices – Mike's Smoke Shop

# INVOICE


| Order # | Date | Total |  |
|---|---|---|---|
| 176955 | Jul 1, 2020 | **$833.85** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | SOL FEELM Device (Promotional) - Black | $0.50 | $0.00 | $5.00 |
| 2 | SOL FEELM 1.5ml 2 Pods 5pk - Menthol 5% Nicotine | $32.00 | $0.00 | $64.00 |
| 2 | SOL FEELM 1.5ml 2 Pods 5pk - Menthol 2% Nicotine | $32.00 | $0.00 | $64.00 |
| 2 | SOL FEELM 1.5ml 2 Pods 5pk - Tobacco 5% Nicotine | $32.00 | $0.00 | $64.00 |
| 2 | SOL FEELM 1.5ml 2 Pods 5pk - Tobacco 2% Nicotine | $32.00 | $0.00 | $64.00 |
| 20 | Gold By OPMS - 5ct | $21.75 | $0.00 | $435.00 |
| 1 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $45.95 | $0.00 | $45.95 |
| 1 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Original | $45.95 | $0.00 | $45.95 |
| 1 | SOLO Power Unit Kit 5pk By VUSE | $45.95 | $0.00 | $45.95 |

Total quantities shipped: **41**

**Customer Note:** Hello Can You Please Add SOL And Vuse Stickers Or Posters Please Thanks A lot.

| | |
|---|---|
| Subtotal: | $833.85 |
| Total: | $833.85 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005583



# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | **PAID** |
| 176992 | Jul 1, 2020 | **$125.88** | |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Suorin Shine 700mAH Starter Kit - Diamond Blue | $14.98 | $0.00 | $14.98 |
| 1 | Suorin Shine 700mAH Starter Kit - Gold | $14.98 | $0.00 | $14.98 |
| 1 | Suorin Shine 700mAH Starter Kit - Mint Green | $14.98 | $0.00 | $14.98 |
| 1 | Suorin Shine 700mAH Starter Kit - Silver | $14.98 | $0.00 | $14.98 |
| 1 | Suorin Shine 700mAH Starter Kit - Space Grey | $14.98 | $0.00 | $14.98 |
| 1 | Suorin Shine 700mAH Starter Kit - Teal Blue | $14.98 | $0.00 | $14.98 |
| 6 | Suorin Shine Replacement Pods 3pk | $6.00 | $0.00 | $36.00 |

Total quantities shipped: **12**

**Customer Note:** Hello Can I Please Get This Order In With The Order I Placed Last Night Thanks.

Subtotal: $125.88
Total: $125.88

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005584

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 177747 | Jul 8, 2020 | **$741.95** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Suorin Reno Replacement - Reno Coils 5pk | $6.25 | $0.00 | $31.25 |
| 6 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $45.95 | $0.00 | $275.70 |
| 20 | Gold By OPMS - 5ct | $21.75 | $0.00 | $435.00 |

Total quantities shipped: **31**

**Customer Note:** Hello Can You Please Send Some SOL Posters & Stickers Thanks.

| | |
|---|---|
| Subtotal: | $741.95 |
| Total: | $741.95 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005585

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 179015 | Jul 21, 2020 | $321.65 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $45.95 | $0.00 | $275.70 |
| 1 | SOLO Power Unit Kit 5pk By VUSE | $45.95 | $0.00 | $45.95 |

Total quantities shipped: **7**

| | |
|---|---|
| Subtotal: | $321.65 |
| Total: | $321.65 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005586



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 179063 | Jul 22, 2020 | **$109.91** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | SLIK Twist 1600 mAh + USB Charger - Black Granite | $9.99 | $0.00 | $19.98 |
| 1 | SLIK Twist 1600 mAh + USB Charger - Black Granite | $0.00 | $0.00 | $0.00 |
| 2 | SLIK Twist 1600 mAh + USB Charger - Blue Splatter | $9.99 | $0.00 | $19.98 |
| 1 | SLIK Twist 1600 mAh + USB Charger - Blue Splatter | $0.00 | $0.00 | $0.00 |
| 2 | SLIK Twist 1600 mAh + USB Charger - Galaxy | $9.99 | $0.00 | $19.98 |
| 1 | SLIK Twist 1600 mAh + USB Charger - Galaxy | $0.00 | $0.00 | $0.00 |
| 2 | SLIK Twist 1600 mAh + USB Charger - Green Splatter | $9.99 | $0.00 | $19.98 |
| 1 | SLIK Twist 1600 mAh + USB Charger - Green Splatter | $0.00 | $0.00 | $0.00 |
| 1 | SLIK 510 Magnetic Ring Adapter - Gold 50ct | $9.99 | $0.00 | $9.99 |
| 1 | VIP Vital Honey 15g 12pk | $20.00 | $0.00 | $20.00 |

Total quantities shipped: **14**

**Customer Note:** Hello Can I Please Get This Order With The Order I Placed Yesterday Please.

| | |
|---|---|
| Subtotal: | $109.91 |
| Total: | $109.91 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005587

# INVOICE


| Order # | Document Date | Total |
|---------|---------------|-------|
| 179930 | Jul 31, 2020 | $916.95 |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 2 | Supreme Whip Cream Charger - 24ct Case | $190.00 | $0.00 | $380.00 |
| 2 | Supreme Whip Cream Charger - 50ct Case | $190.00 | $0.00 | $380.00 |
| 1 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $45.95 | $0.00 | $45.95 |
| 1 | myblu Liquidpod 5pk - Menthol 2.4% | $35.00 | $0.00 | $35.00 |
| 2 | G Pen Dash Vaporizer | $38.00 | $0.00 | $76.00 |

Total quantities shipped: **8**

Subtotal: $916.95
Total: $916.95

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005588

# INVOICE





| Order # | Date | Total |
|---|---|---|
| 180799 | Aug 10, 2020 | **$1,062.95** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929    Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Special Blue Air Sanitizer Spray - Cool Breeze | $2.25 | $0.00 | $4.50 |
| 3 | Special Blue Air Sanitizer Spray - Original | $2.25 | $0.00 | $6.75 |
| 40 | Gold By OPMS - 5ct | $21.75 | $0.00 | $870.00 |
| 2 | High Voltage Double Flush - Acai Grape | $9.95 | $0.00 | $19.90 |
| 1 | High Voltage Double Flush - Blue Berry | $9.95 | $0.00 | $9.95 |
| 3 | High Voltage Double Flush - Lemon Lime | $9.95 | $0.00 | $29.85 |
| 2 | High Voltage Double Flush - Tropical Orange | $9.95 | $0.00 | $19.90 |
| 3 | High Voltage Double Flush - Blazin Cherry | $9.95 | $0.00 | $29.85 |
| 2 | High Voltage Double Flush - Pomegranate | $9.95 | $0.00 | $19.90 |
| 3 | High Voltage Double Flush - Watermelon | $9.95 | $0.00 | $29.85 |
| 3 | High Voltage Saliva Cleanse Mouthwash | $7.50 | $0.00 | $22.50 |

Total quantities shipped: **64**

**Customer Note:** Hello Can You Please Send Some SOL Stickers CBD, Kratom And High Voltage Detox Stickers Or Posters Please.

Subtotal: $1,062.95
Total: $1,062.95

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005589

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 180805 | Aug 10, 2020 | **$91.90** |  PAID |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $45.95 | $0.00 | $91.90 |

Total quantities shipped: **2**

**Customer Note:** Hello Can You Please Also Add This With The First Order I Placed Earlier Thanks.

Subtotal: $91.90
Total: $91.90

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005590

# INVOICE



| Order # | Date | Total |  |
|---|---|---|---|
| 180876 | Aug 10, 2020 | **$229.75** | |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $45.95 | $0.00 | $229.75 |

Total quantities shipped: **5**

| | |
|---|---|
| Subtotal: | $229.75 |
| Total: | $229.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005591

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 180884 | Aug 11, 2020 | **$255.25** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $45.95 | $0.00 | $229.75 |
| 3 | High Voltage Folli Cleanse Shampoo | $8.50 | $0.00 | $25.50 |

Total quantities shipped: **8**

|  |  |
|---|---|
| Subtotal: | $255.25 |
| Total: | $255.25 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005592

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 181862 | Aug 22, 2020 | **$450.95** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Gold By OPMS - Gold Shots 45ct | $405.00 | $0.00 | $405.00 |
| 1 | SOLO Power Unit Kit 5pk By VUSE | $45.95 | $0.00 | $45.95 |

Total quantities shipped: **2**

**Customer Note:** Hello Can I Please Get This Order For Monday And Please Can You Send Some RAW OCB And SMOK Stickers For My Door Window Please Thanks A lot.

|  |  |
|---|---|
| Subtotal: | $450.95 |
| Total: | $450.95 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005593

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 183171 | Sep 3, 2020 | $458.25 |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | VIP Vital Honey 15g 12pk | $20.00 | $0.00 | $20.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $405.00 | $0.00 | $405.00 |
| 1 | Smoke Odor 7oz Spray - Kiwi Twisted Strawberry | $4.75 | $0.00 | $4.75 |
| 3 | Smoke Odor 7oz Spray - Pineapple Coconut | $4.75 | $0.00 | $14.25 |
| 3 | Smoke Odor 7oz Spray - Pina Colada | $4.75 | $0.00 | $14.25 |

Total quantities shipped: **9**

**Customer Note:** Hello Can I Please Get Some Small Window Stickers Of Raw Or OCB And OPMS stickers Please Sorry For Keep Asking Every time Thanks.

| | |
|---|---|
| Subtotal: | $458.25 |
| Total: | $458.25 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005594

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 183218 | Sep 3, 2020 | **$275.70** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $45.95 | $0.00 | $275.70 |

Total quantities shipped: **6**

**Customer Note:** Hello Can I Also Get This Order In With The 1st Order I Placed Earlier Today Thanks.

| | |
|---|---|
| Subtotal: | $275.70 |
| Total: | $275.70 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005595

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 184589 | Sep 19, 2020 | **$505.45** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $45.95 | $0.00 | $459.50 |
| 1 | SOLO Power Unit Kit 5pk By VUSE | $45.95 | $0.00 | $45.95 |

Total quantities shipped: **11**

**Customer Note:** Hello Can You Please Send Some Vuse Solo And Alto Stickers And Posters If You Have I Need To Put It On My Door Thanks.

| | |
|---|---|
| Subtotal: | $505.45 |
| Total: | $505.45 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005596



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 187308 | Oct 18, 2020 | **$459.50** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $45.95 | $0.00 | $459.50 |

Total quantities shipped: **10**

Subtotal: $459.50
Total: $459.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005597

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 187309 | Oct 18, 2020 | **$40.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | SOL SLIM Disposable 10pk - Tobacco | $40.00 | $0.00 | $40.00 |

Total quantities shipped: **1**

Subtotal: $40.00
Total: $40.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005598

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 189813 | Nov 10, 2020 | **$100.00** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929  Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Lux 5% Nicotine 10pk - Raspberry Watermelon | $50.00 | $0.00 | $100.00 |

Total quantities shipped: **2**

**Customer Note:** Hello Can I Please Get This Order In The Evening Time Please And Also Do You Have ZYN Stickers Raw And OCB Stickers Can You Please Put Some In Thanks.

| | |
|---|---|
| Subtotal: | $100.00 |
| Total: | $100.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005599



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 190493 | Nov 16, 2020 | **$627.50** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $45.95 | $0.00 | $459.50 |
| 1 | PAX 3 Complete Kit - Onyx | $168.00 | $0.00 | $168.00 |

Total quantities shipped: **11**

**Customer Note:** Hello Can I Get Pax 3 Stickers Or Posters If You Have Please Thanks.

| | |
|---|---|
| Subtotal: | $627.50 |
| Total: | $627.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005600

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 191213 | Nov 21, 2020 | **$80.00** |  **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Hyde Color Edition Plus - Pineapple Peach Mango | $8.00 | $0.00 | $80.00 |

Total quantities shipped: **10**

**Customer Note:** Hello Can I Please 2 Boxes If Available And Can I Please Get This Order In For Monday Afternoon Please Thanks.

Subtotal: $80.00
Total: $80.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005601

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 191524 | Nov 23, 2020 | **$1,274.00** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Hyde Curve S - Blue Razz | $3.50 | $0.00 | $70.00 |
| 20 | Hyde Curve S - Cherry Lemonade | $3.50 | $0.00 | $70.00 |
| 30 | Hyde Curve S - Mango Ice | $3.50 | $0.00 | $105.00 |
| 20 | Hyde Curve S - Peach Mango Watermelon | $3.50 | $0.00 | $70.00 |
| 20 | Hyde Curve S - Pineapple Ice | $3.50 | $0.00 | $70.00 |
| 20 | Hyde Curve S - Pineapple Peach Mango | $3.50 | $0.00 | $70.00 |
| 20 | Hyde Curve S - Sparkling Orange | $3.50 | $0.00 | $70.00 |
| 20 | Hyde Curve S - Banana Ice | $3.50 | $0.00 | $70.00 |
| 30 | Hyde Curve S - Lush Ice | $3.50 | $0.00 | $105.00 |
| 20 | Hyde Curve S - Strawberry Banana | $3.50 | $0.00 | $70.00 |
| 1 | PAX 3 Complete Kit - Burgundy | $168.00 | $0.00 | $168.00 |
| 1 | PAX 3 Complete Kit - Sage | $168.00 | $0.00 | $168.00 |
| 1 | PAX 3 Complete Kit - Sand | $168.00 | $0.00 | $168.00 |

Total quantities shipped: **223**

**Customer Note:** Hello Can I Please Get PAX And RAW Small Stickers Or Posters Please.

Subtotal: $1,274.00
Total: $1,274.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005602

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 191594 | Nov 23, 2020 | $500.00 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 100 | Air Bar Diamond 5% Nicotine - Mango | $5.00 | $0.00 | $500.00 |

Total quantities shipped: **100**

| | |
|---|---|
| Subtotal: | $500.00 |
| Total: | $500.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005603

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 191650 | Nov 24, 2020 | $250.00 | PAID |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 50 | Air Bar Diamond 5% Nicotine - Mango | $5.00 | $0.00 | $250.00 |

Total quantities shipped: **50**

**Customer Note:** Hello Can You Please Put Delta 8 Circle Stickers For The Window Please G Pen & Raw Stickers To Please If You Don't Mind.

Subtotal: $250.00
Total: $250.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005604

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 191651 | Nov 24, 2020 | **$70.00** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Hyde Curve S - Wild Golden Apple | $3.50 | $0.00 | $70.00 |

Total quantities shipped: **20**

Subtotal: $70.00
Total: $70.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005605

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 192252 | Nov 28, 2020 | **$652.50** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Hyde Plus 1300 Puffs - Aloe Grape | $7.25 | $0.00 | $72.50 |
| 10 | Hyde Plus 1300 Puffs - Blue Razz | $7.25 | $0.00 | $72.50 |
| 10 | Hyde Plus 1300 Puffs - Blue Razz Ice | $7.25 | $0.00 | $72.50 |
| 10 | Hyde Plus 1300 Puffs - Lush Ice | $7.25 | $0.00 | $72.50 |
| 10 | Hyde Plus 1300 Puffs - Mango Ice | $7.25 | $0.00 | $72.50 |
| 10 | Hyde Plus 1300 Puffs - Peach Mango Watermelon | $7.25 | $0.00 | $72.50 |
| 10 | Hyde Plus 1300 Puffs - Pineapple Ice | $7.25 | $0.00 | $72.50 |
| 10 | Hyde Plus 1300 Puffs - Pineapple Peach Mango | $7.25 | $0.00 | $72.50 |
| 10 | Hyde Plus 1300 Puffs - Pink Lemonade | $7.25 | $0.00 | $72.50 |

Total quantities shipped: **90**

**Customer Note:** Hello Can I Please Get This Order In For Wednesday Please And Last Time I Asked For Pax 3 Stickers G Pen & RAW Stickers I Didn't Receive It Can You Please Give Me Some Big Window Door Stickers For Pax To Stick On The Window Please.

| | |
|---|---|
| Subtotal: | $652.50 |
| Total: | $652.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005606

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 192253 | Nov 28, 2020 | $290.00 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929  Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Hyde Plus 1300 Puffs - Spearmint | $7.25 | $0.00 | $145.00 |
| 20 | Hyde Plus 1300 Puffs - Strawberry Banana | $7.25 | $0.00 | $145.00 |

Total quantities shipped: **40**

**Customer Note:** Can I Also Get This Order In For Wednesday Please

| | |
|---|---|
| Subtotal: | $290.00 |
| Total: | $290.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005607



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 192356 | Nov 30, 2020 | $285.00 |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929  Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | Wild Hemp Hempettes - Cool Menthol | $6.00 | $0.00 | $36.00 |
| 6 | Wild Hemp Hempettes - Pineapple Blaze | $6.00 | $0.00 | $36.00 |
| 6 | Nord 2 Replacement - Nord 2 Nord Pods 3pk - No Coils | $3.75 | $0.00 | $22.50 |
| 3 | Cuban Blend By Naked100 60ml (Tobacco Series) - 0mg | $7.50 | $0.00 | $22.50 |
| 3 | Cuban Blend By Naked100 60ml (Tobacco Series) - 12mg | $7.50 | $0.00 | $22.50 |
| 3 | American Patriots By Naked100 60ml (Tobacco Series) - 0mg | $7.50 | $0.00 | $22.50 |
| 3 | American Patriots By Naked100 60ml (Tobacco Series) - 6mg | $7.50 | $0.00 | $22.50 |
| 3 | American Patriots By Naked100 60ml (Tobacco Series) - 12mg | $7.50 | $0.00 | $22.50 |
| 5 | Wild Hemp Hempettes - Sweet | $6.00 | $0.00 | $30.00 |
| 3 | Cuban Blend By Nkd100 Salts 30ml - 35mg | $8.00 | $0.00 | $24.00 |
| 3 | Cuban Blend By Nkd100 Salts 30ml - 50mg | $8.00 | $0.00 | $24.00 |

Total quantities shipped: **44**

**Customer Note:** Hello Can I Also Please Get This Order For Wednesday Please And Please Put Some Delta 8, G Pen And Pax 3 Window Stickers Please If You Don't Mind Thanks.

| | |
|---|---|
| Subtotal: | $285.00 |
| Total: | $285.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005608

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 193085 | Dec 7, 2020 | **$1,492.50** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 50 | Gold By OPMS - 5ct | $21.75 | $0.00 | $1,087.50 |
| 1 | Gold By OPMS - Gold Shots 45ct | $405.00 | $0.00 | $405.00 |

Total quantities shipped: **51**

|  |  |
|---|---|
| Subtotal: | $1,492.50 |
| Total: | $1,492.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005609

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 193146 | Dec 7, 2020 | **$50.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Air Bar Diamond 5% Nicotine - Blueberry Ice | $5.00 | $0.00 | $50.00 |

Total quantities shipped: **10**

| | |
|---|---|
| Subtotal: | $50.00 |
| Total: | $50.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005610

# INVOICE



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 193828 | Dec 12, 2020 | **$2,621.00** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Pay Dirt By Gold Rush 60ml - 3mg | $9.00 | $0.00 | $27.00 |
| 9 | Pay Dirt By Gold Rush 60ml - 3mg | $0.00 | $0.00 | $0.00 |
| 3 | Pay Dirt By Gold Rush 60ml - 6mg | $9.00 | $0.00 | $27.00 |
| 9 | Pay Dirt By Gold Rush 60ml - 6mg | $0.00 | $0.00 | $0.00 |
| 3 | Eureka! By Gold Rush 60ml - 3mg | $9.00 | $0.00 | $27.00 |
| 9 | Eureka! By Gold Rush 60ml - 3mg | $0.00 | $0.00 | $0.00 |
| 3 | Eureka! By Gold Rush 60ml - 6mg | $9.00 | $0.00 | $27.00 |
| 9 | Eureka! By Gold Rush 60ml - 6mg | $0.00 | $0.00 | $0.00 |
| 3 | Gold Fever By Gold Rush 60ml - 3mg | $9.00 | $0.00 | $27.00 |
| 9 | Gold Fever By Gold Rush 60ml - 3mg | $0.00 | $0.00 | $0.00 |
| 3 | Gold Fever By Gold Rush 60ml - 6mg | $9.00 | $0.00 | $27.00 |
| 9 | Gold Fever By Gold Rush 60ml - 6mg | $0.00 | $0.00 | $0.00 |
| 3 | 49er By Gold Rush 60ml - 3mg | $9.00 | $0.00 | $27.00 |
| 9 | 49er By Gold Rush 60ml - 3mg | $0.00 | $0.00 | $0.00 |
| 3 | 49er By Gold Rush 60ml - 6mg | $9.00 | $0.00 | $27.00 |
| 9 | 49er By Gold Rush 60ml - 6mg | $0.00 | $0.00 | $0.00 |
| 3 | Bonanza By Gold Rush 60ml - 3mg | $9.00 | $0.00 | $27.00 |
| 9 | Bonanza By Gold Rush 60ml - 3mg | $0.00 | $0.00 | $0.00 |
| 3 | Bonanza By Gold Rush 60ml - 6mg | $9.00 | $0.00 | $27.00 |
| 9 | Bonanza By Gold Rush 60ml - 6mg | $0.00 | $0.00 | $0.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Banana Ice | $9.50 | $0.00 | $190.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Cola Ice | $9.50 | $0.00 | $190.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Guava Ice | $9.50 | $0.00 | $190.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Guava Strawberry | $9.50 | $0.00 | $190.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Lush Ice | $9.50 | $0.00 | $190.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Mighty Mint | $9.50 | $0.00 | $190.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Peach Ice | $9.50 | $0.00 | $190.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Raspberry Watermelon | $9.50 | $0.00 | $190.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Strawberry Banana | $9.50 | $0.00 | $190.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Strawberry Watermelon Apple | $9.50 | $0.00 | $190.00 |
| 3 | DELTA 8 Cartridge 1ml 800mg - Gushers x Runtz | $17.50 | $0.00 | $52.50 |
| 4 | DELTA 8 Cartridge 1ml 800mg - Orange x Zkittlez | $17.50 | $0.00 | $70.00 |
| 1 | DELTA 8 Gummies 2 x 12pk - Blue x Razz | $30.00 | $0.00 | $30.00 |
| 3 | Turkish Tobacco By Halo 60ml - 12mg | $9.50 | $0.00 | $28.50 |
| 3 | Pay Dirt By Gold Rush 60ml - 0mg | $9.00 | $0.00 | $27.00 |
| 9 | Pay Dirt By Gold Rush 60ml - 0mg | $0.00 | $0.00 | $0.00 |
| 3 | Pay Dirt By Gold Rush 60ml - 12mg | $9.00 | $0.00 | $27.00 |
| 9 | Pay Dirt By Gold Rush 60ml - 12mg | $0.00 | $0.00 | $0.00 |
| 3 | Eureka! By Gold Rush 60ml - 0mg | $9.00 | $0.00 | $27.00 |
| 9 | Eureka! By Gold Rush 60ml - 0mg | $0.00 | $0.00 | $0.00 |
| 3 | Eureka! By Gold Rush 60ml - 12mg | $9.00 | $0.00 | $27.00 |
| 9 | Eureka! By Gold Rush 60ml - 12mg | $0.00 | $0.00 | $0.00 |
| 3 | Gold Fever By Gold Rush 60ml - 0mg | $9.00 | $0.00 | $27.00 |
| 9 | Gold Fever By Gold Rush 60ml - 0mg | $0.00 | $0.00 | $0.00 |
| 3 | Gold Fever By Gold Rush 60ml - 12mg | $9.00 | $0.00 | $27.00 |
| 9 | Gold Fever By Gold Rush 60ml - 12mg | $0.00 | $0.00 | $0.00 |
| 3 | Bonanza By Gold Rush 60ml - 0mg | $9.00 | $0.00 | $27.00 |
| 9 | Bonanza By Gold Rush 60ml - 0mg | $0.00 | $0.00 | $0.00 |
| 3 | Bonanza By Gold Rush 60ml - 12mg | $9.00 | $0.00 | $27.00 |
| 9 | Bonanza By Gold Rush 60ml - 12mg | $0.00 | $0.00 | $0.00 |

RZSMOKE00005611

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 3 | 49er By Gold Rush 60ml - 0mg | $9.00 | $0.00 | $27.00 |
| 9 | 49er By Gold Rush 60ml - 0mg | $0.00 | $0.00 | $0.00 |
| 3 | 49er By Gold Rush 60ml - 12mg | $9.00 | $0.00 | $27.00 |
| 9 | 49er By Gold Rush 60ml - 12mg | $0.00 | $0.00 | $0.00 |

Total quantities shipped: **451**

**Customer Note:** Hello Can I Please Get Some Pax 3 And Raw Posters I Didn't Get It In My Last Order And I Need Gold Rush E Liquid Posters If You Have Please.

Subtotal: $2,621.00

Total: $2,621.00

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005612



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 193829 | Dec 12, 2020 | $380.00 |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | HYPPE Max Flow (2,000+ Puffs) - Chewy Watermelon | $9.50 | $0.00 | $190.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Guava Pineapple Orange | $9.50 | $0.00 | $190.00 |

Total quantities shipped: **40**

**Customer Note:** Hello Can I Also Get This In A Separate Invoice Please.

| | |
|---|---|
| Subtotal: | $380.00 |
| Total: | $380.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005613

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 193875 | Dec 12, 2020 | $170.00 |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Hyde Color Edition Plus - StrawMelon Apple | $8.50 | $0.00 | $170.00 |

Total quantities shipped: **20**

|  |  |
|---|---|
| Subtotal: | $170.00 |
| Total: | $170.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005614

 **INVOICE**

| Order # | Date | Total |
|---|---|---|
| 193995 | Dec 13, 2020 | **$108.00** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | The Nugget By Gold Rush 60ml - 0mg | $9.00 | $0.00 | $27.00 |
| 9 | The Nugget By Gold Rush 60ml - 0mg | $0.00 | $0.00 | $0.00 |
| 3 | The Nugget By Gold Rush 60ml - 3mg | $9.00 | $0.00 | $27.00 |
| 9 | The Nugget By Gold Rush 60ml - 3mg | $0.00 | $0.00 | $0.00 |
| 3 | The Nugget By Gold Rush 60ml - 6mg | $9.00 | $0.00 | $27.00 |
| 9 | The Nugget By Gold Rush 60ml - 6mg | $0.00 | $0.00 | $0.00 |
| 3 | The Nugget By Gold Rush 60ml - 12mg | $9.00 | $0.00 | $27.00 |
| 9 | The Nugget By Gold Rush 60ml - 12mg | $0.00 | $0.00 | $0.00 |

Total quantities shipped: **48**

Subtotal: $108.00
Total: $108.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005615

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 194251 | Dec 15, 2020 | $380.00 |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | HYPPE Max Flow (2,000+ Puffs) - Mighty Mint | $9.50 | $0.00 | $190.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Strawberry Lemonade | $9.50 | $0.00 | $190.00 |

Total quantities shipped: **40**

**Customer Note:** Hello Can I Get This Delivery & The Hyde Delivery On This Friday Evening Please.

| | |
|---|---|
| Subtotal: | $380.00 |
| Total: | $380.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005616



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 194641 | Dec 19, 2020 | **$170.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Hyde Color Edition Plus - Blue Razz Ice | $8.50 | $0.00 | $85.00 |
| 10 | Hyde Color Edition Plus - Pink Lemonade | $8.50 | $0.00 | $85.00 |

Total quantities shipped: **20**

| | |
|---|---|
| Subtotal: | $170.00 |
| Total: | $170.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005617

# INVOICE



| Order # | Date | Total | |
|---------|------|-------|---|
| 194741 | Dec 20, 2020 | $1,195.00 | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 30 | HYPPE Max Flow (2,000+ Puffs) - Mighty Mint | $9.50 | $0.00 | $285.00 |
| 20 | Gold By OPMS - 5ct | $21.75 | $0.00 | $435.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Lush Ice | $9.50 | $0.00 | $190.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Peach Ice | $9.50 | $0.00 | $190.00 |
| 10 | HYPPE Max Flow (2,000+ Puffs) - Strawberry Banana | $9.50 | $0.00 | $95.00 |

Total quantities shipped: **100**

Subtotal: $1,195.00
Total: $1,195.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005618

# INVOICE

| Order # | Document Date | Total Due |
|---------|---------------|-----------|
| 194756 | Dec 21, 2020 | **$95.00** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 10 | HYPPE Max Flow (2,000+ Puffs) - Strawberry Banana | $9.50 | $0.00 | $95.00 |

Total quantities shipped: **10**

**Customer Note:** Hello I Placed An Order For 2 Boxes Of Strawberry Banana In My Order It's Shows 1 Box Only I'm Placing An Another Order For 1 More Box So I Need Total 2 Boxes Please.

| | |
|---|---|
| Subtotal: | $95.00 |
| Total: | $95.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005619



# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 195066 | Dec 22, 2020 | **$856.00** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 15 | DELTA 8 Gummies 500mg - Berry x Blast | $15.00 | $0.00 | $225.00 |
| 15 | DELTA 8 Gummies 500mg - Blue x Razz | $15.00 | $0.00 | $225.00 |
| 6 | DELTA 8 Cartridge 1ml 800mg - Gushers x Runtz | $15.00 | $0.00 | $90.00 |
| 6 | DELTA 8 Cartridge 1ml 800mg - Orange x Zkittlez | $15.00 | $0.00 | $90.00 |
| 2 | DELTA 8 Gummies 2 x 12pk - Blue x Razz | $18.00 | $0.00 | $36.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Strawberry Lemonade | $9.50 | $0.00 | $190.00 |

Total quantities shipped: **64**

**Customer Note:** PREPARE FOR COURIER SHIPMENT

| | |
|---|---|
| Subtotal: | $856.00 |
| Shipping Fee: | $0.00 |
| Total: | $856.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005620



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 195859 | Dec 30, 2020 | **$190.00** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929    Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup - New Hyde Park

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | HYPPE Max Flow (2,000+ Puffs) - Watermelon Peach Pear | $9.50 | $0.00 | $190.00 |

Total quantities shipped: **20**

**Customer Note:** Hello Can You Please Put Some Pax 3 And G Pen Posters Or Stickers If You Have Thanks. Will Pick Up from New Hyde Park

| | |
|---|---|
| Subtotal: | $190.00 |
| Total: | $190.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005621

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 195903 | Dec 30, 2020 | $95.00 |  PAID |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929  Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup - New Hyde Park

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | HYPPE Max Flow (2,000+ Puffs) - Guava Pineapple Orange | $9.50 | $0.00 | $95.00 |

Total quantities shipped: **10**

**Customer Note:** Will pick up from New Hyde Park

| | |
|---|---|
| Subtotal: | $95.00 |
| Total: | $95.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005622



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 199249 | Feb 1, 2021 | **$1,140.00** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929  Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Hyde Edge 1500 Puffs - Honeydew Punch | $7.50 | $0.00 | $75.00 |
| 10 | Hyde Edge 1500 Puffs - Pine Colada | $7.50 | $0.00 | $75.00 |
| 10 | Hyde Edge 1500 Puffs - Pineapple Ice | $7.50 | $0.00 | $75.00 |
| 10 | Hyde Edge 1500 Puffs - Banana Ice | $7.50 | $0.00 | $75.00 |
| 20 | Hyde Edge 1500 Puffs - Sour Apple Ice | $7.50 | $0.00 | $150.00 |
| 6 | DELTA 8 Cartridge 1ml 800mg - Bazooka x Cookies | $15.00 | $0.00 | $90.00 |
| 20 | HYPPE Max - Apple Pineapple Lemonade | $7.50 | $0.00 | $150.00 |
| 20 | HYPPE Max - Mango Lychee | $7.50 | $0.00 | $150.00 |
| 20 | HYPPE Max - Strawberry Peach | $7.50 | $0.00 | $150.00 |
| 20 | HYPPE Max - Mango Pineapple Orange | $7.50 | $0.00 | $150.00 |

Total quantities shipped: **146**

**Customer Note:** Hello Can I Please Get Some OPMS Stickers And Posters And Delta 8 Stickers & Posters Please Thanks.

| | |
|---|---|
| Subtotal: | $1,140.00 |
| Shipping Fee: | $0.00 |
| Total: | $1,140.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005623



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 199657 | Feb 4, 2021 | $150.00 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | HYPPE Max - Lychee Guava | $7.50 | $0.00 | $150.00 |

Total quantities shipped: **20**

**Customer Note:** Prepare for shipping

| | |
|---|---|
| Subtotal: | $150.00 |
| Total: | $150.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005624

# INVOICE





| Order # | Date | Total |
|---|---|---|
| 200044 | Feb 6, 2021 | $150.00 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | HYPPE Max - Strawberry Apple Watermelon | $7.50 | $0.00 | $150.00 |

Total quantities shipped: **20**

**Customer Note:** PREPARE FOR COURIER SHIPMENT

Subtotal: $150.00
Total: $150.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005625

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 200677 | Feb 14, 2021 | $500.90 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | HYPPE Ultra (600+ Puffs) - Lemon Soda | $0.99 | $0.00 | $19.80 |
| 20 | HYPPE Ultra (600+ Puffs) - Banana Ice | $0.99 | $0.00 | $19.80 |
| 90 | HYPPE Ultra (600+ Puffs) - Mighty Mint | $0.99 | $0.00 | $89.10 |
| 30 | HYPPE Ultra (600+ Puffs) - Orange Soda | $0.99 | $0.00 | $29.70 |
| 110 | HYPPE Ultra (600+ Puffs) - Peach Ice | $0.99 | $0.00 | $108.90 |
| 100 | HYPPE Ultra (600+ Puffs) - Strawberry Banana | $0.99 | $0.00 | $99.00 |
| 10 | Gold By OPMS - 2ct | $9.50 | $0.00 | $95.00 |
| 20 | HYPPE Ultra (600+ Puffs) - Cola Ice | $0.99 | $0.00 | $19.80 |
| 20 | HYPPE Ultra (600+ Puffs) - Grape Soda | $0.99 | $0.00 | $19.80 |

Total quantities shipped: **420**

**Customer Note:** PREPARE FOR
COURIER SHIPMENT

| | |
|---|---|
| Subtotal: | $500.90 |
| Shipping Fee: | $0.00 |
| Total: | $500.90 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005626



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 200967 | Feb 16, 2021 | $584.40 |  PAID |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:**  |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 200 | HYPPE Ultra (600+ Puffs) - Lush Ice | $0.99 | $0.00 | $198.00 |
| 30 | HYPPE Ultra (600+ Puffs) - Cola Ice | $0.99 | $0.00 | $29.70 |
| 30 | HYPPE Ultra (600+ Puffs) - Grape Soda | $0.99 | $0.00 | $29.70 |
| 30 | HYPPE Ultra (600+ Puffs) - Lemon Soda | $0.99 | $0.00 | $29.70 |
| 30 | HYPPE Ultra (600+ Puffs) - Banana Ice | $0.99 | $0.00 | $29.70 |
| 20 | HYPPE Ultra (600+ Puffs) - Orange Soda | $0.99 | $0.00 | $19.80 |
| 100 | HYPPE Ultra (600+ Puffs) - Peach Ice | $0.99 | $0.00 | $99.00 |
| 100 | HYPPE Ultra (600+ Puffs) - Strawberry Banana | $0.99 | $0.00 | $99.00 |
| 20 | HYPPE Ultra (600+ Puffs) - Lychee Soda | $0.99 | $0.00 | $19.80 |
| 5 | Green Vein Thai By OPMS - 36g - 60 Capsules | $6.00 | $0.00 | $30.00 |

Total quantities shipped: **565**

**Customer Note:** PREPARE FOR
COURIER SHIPMENT

| | |
|---|---|
| Subtotal: | $584.40 |
| Shipping Fee: | $0.00 |
| Total: | $584.40 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005627

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 201979 | Feb 27, 2021 | **$1,889.25** |


**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | High Voltage Double Flush - Acai Grape | $9.95 | $0.00 | $9.95 |
| 2 | High Voltage Double Flush - Blue Berry | $9.95 | $0.00 | $19.90 |
| 3 | High Voltage Double Flush - Lemon Lime | $9.95 | $0.00 | $29.85 |
| 3 | High Voltage Double Flush - Tropical Orange | $9.95 | $0.00 | $29.85 |
| 3 | High Voltage Double Flush - Blazin Cherry | $9.95 | $0.00 | $29.85 |
| 3 | High Voltage Double Flush - Pomegranate | $9.95 | $0.00 | $29.85 |
| 40 | Gold By OPMS - 5ct | $21.75 | $0.00 | $870.00 |
| 20 | HYPPE Max - Apple Pineapple Lemonade | $4.50 | $0.00 | $90.00 |
| 20 | HYPPE Max - Lychee Guava | $4.50 | $0.00 | $90.00 |
| 20 | HYPPE Max - Mango Lychee | $4.50 | $0.00 | $90.00 |
| 20 | HYPPE Max - Mango Pineapple Orange | $4.50 | $0.00 | $90.00 |
| 20 | HYPPE Max - Strawberry Peach | $4.50 | $0.00 | $90.00 |
| 20 | HYPPE Max - Strawberry Banana | $4.50 | $0.00 | $90.00 |
| 30 | Air Bar Diamond 5% Nicotine - Pineapple Ice | $4.50 | $0.00 | $135.00 |
| 3 | myblu Liquidpod 5pk - Gold Leaf 2.4% | $35.00 | $0.00 | $105.00 |
| 20 | HYPPE Max - Lemon Soda | $4.50 | $0.00 | $90.00 |

Total quantities shipped: **228**

**Customer Note:** Hello Can You Please Make Sure The Hyppe Max Air Bar Diamond & High Voltage Double Flush Boxes Are Not Damaged I Want Them In Good Boxes Please Thanks. --PREPARE FOR COURIER SHIPMENT

| | |
|---|---|
| Subtotal: | $1,889.25 |
| Total: | $1,889.25 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005628

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 202583 | Mar 6, 2021 | **$900.00** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup - New Hyde Park

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 120 | HYPPE Max - Mighty Mint | $4.50 | $0.00 | $540.00 |
| 20 | HYPPE Max - Apple Pineapple Lemonade | $4.50 | $0.00 | $90.00 |
| 20 | HYPPE Max - Mango Lychee | $4.50 | $0.00 | $90.00 |
| 20 | HYPPE Max - Mango Pineapple Orange | $4.50 | $0.00 | $90.00 |
| 20 | HYPPE Max - Strawberry Peach | $4.50 | $0.00 | $90.00 |

Total quantities shipped: **200**

**Customer Note:** Hello Can You Please Make Sure The Hyppe Max Boxes Are Not Damaged I Need Them In Good Packaging Please. --PREPARE FOR COURIER SHIPMENT

|  |  |
|---|---|
| Subtotal: | $900.00 |
| Total: | $900.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005629



# INVOICE

| | Order # | Date | Total |  |
|---|---|---|---|---|
| | 203111 | Mar 12, 2021 | **$315.00** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929  Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup - New Hyde Park

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | HYPPE Max - Lychee Freeze | $4.50 | $0.00 | $135.00 |
| 10 | HYPPE Max - Strawberry Apple Watermelon | $4.50 | $0.00 | $45.00 |
| 30 | HYPPE Max - Mighty Mint | $4.50 | $0.00 | $135.00 |

Total quantities shipped: **70**

**Customer Note:** Hello Can You Please Make Sure The Hyppe Max Boxes Are Not Damaged Please I Want Them In Good Packaging. --PREPARE FOR COURIER SHIPMENT

| | |
|---|---|
| Subtotal: | $315.00 |
| Total: | $315.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005630

**INVOICE**

| Order # | Date | Total | |
|---|---|---|---|
| 204455 | Mar 25, 2021 | **$420.00** |  **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup - New Hyde Park

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | HYPPE Max Flow Tank (3,000+ Puffs) - Blue Gummy | $10.50 | $0.00 | $105.00 |
| 10 | HYPPE Max Flow Tank (3,000+ Puffs) - Strawberry Freeze | $10.50 | $0.00 | $105.00 |
| 10 | HYPPE Max Flow Tank (3,000+ Puffs) - Aloe Grape | $10.50 | $0.00 | $105.00 |
| 10 | HYPPE Max Flow Tank (3,000+ Puffs) - Watermelon Peach Pear | $10.50 | $0.00 | $105.00 |

Total quantities shipped: **40**

**Customer Note:** Hello Can You Please Make Sure The Boxes Are Not Damaged I Want Them In Good Packaging Please. -- PREPARE FOR COURIER SHIPMENT

| Subtotal: | $420.00 |
|---|---|
| Total: | $420.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005631



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 204460 | Mar 25, 2021 | **$105.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929  Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup - New Hyde Park

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | HYPPE Max Flow Tank (3,000+ Puffs) - Strawberry Apple Watermelon | $10.50 | $0.00 | $105.00 |

Total quantities shipped: **10**

**Customer Note:** PREPARE FOR COURIER SHIPMENT

| | |
|---|---|
| Subtotal: | $105.00 |
| Total: | $105.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005632

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 204770 | Mar 27, 2021 | **$1,237.50** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup - New Hyde Park

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | HYPPE Max Flow (2,000+ Puffs) - Naked | $8.75 | $0.00 | $262.50 |
| 40 | Gold By OPMS - 5ct | $21.75 | $0.00 | $870.00 |
| 3 | myblu Liquidpod 5pk - Gold Leaf 2.4% | $35.00 | $0.00 | $105.00 |

Total quantities shipped: **73**

**Customer Note:** Clear order, already made

| | |
|---|---|
| Subtotal: | $1,237.50 |
| Total: | $1,237.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005633

# INVOICE





| Order # | Date | Total |
|---|---|---|
| 204843 | Mar 29, 2021 | **$513.00** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup - New Hyde Park

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | HYPPE Max Flow (2,000+ Puffs) - Naked | $8.75 | $0.00 | $262.50 |
| 10 | Gold By OPMS - 3ct | $13.75 | $0.00 | $137.50 |
| 10 | Gold By OPMS - 2ct | $9.50 | $0.00 | $95.00 |
| 1 | DELTA 8 Gummies 2 x 12pk - Blue x Razz | $18.00 | $0.00 | $18.00 |

Total quantities shipped: **51**

**Customer Note:** Already made, just clear it

| | |
|---|---|
| Subtotal: | $513.00 |
| Total: | $513.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005634



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 204936 | Mar 29, 2021 | **$350.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup - New Hyde Park

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 40 | HYPPE Max Flow (2,000+ Puffs) - Naked | $8.75 | $0.00 | $350.00 |

Total quantities shipped: **40**

|  |  |
|---|---|
| Subtotal: | $350.00 |
| Total: | $350.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005635

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 205787 | Apr 6, 2021 | **$504.00** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | PAX 3 Complete Kit - Onyx | $168.00 | $0.00 | $168.00 |
| 1 | PAX 3 Complete Kit - Sage | $168.00 | $0.00 | $168.00 |
| 1 | PAX 3 Complete Kit - Sand | $168.00 | $0.00 | $168.00 |

Total quantities shipped: **3**

**Customer Note:** Hello Can I Please Get Pax 3 Window Stickers And Delta 8 Window Stickers If Available Thanks.

|  |  |
|---|---|
| Subtotal: | $504.00 |
| Total: | $504.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005636

# INVOICE

| Order # | Date | Total | |
|---------|------|-------|--|
| 205800 | Apr 6, 2021 | **$525.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 60 | HYPPE Max Flow (2,000+ Puffs) - Naked | $8.75 | $0.00 | $525.00 |

Total quantities shipped: **60**

| | |
|---|---|
| Subtotal: | $525.00 |
| Total: | $525.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005637

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 205886 | Apr 7, 2021 | **$612.50** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | HYPPE Max Flow (2,000+ Puffs) - Aloe Grape | $8.75 | $0.00 | $175.00 |
| 10 | HYPPE Max Flow (2,000+ Puffs) - Guava Freeze | $8.75 | $0.00 | $87.50 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Gummy Teddy | $8.75 | $0.00 | $175.00 |
| 20 | HYPPE Max Flow (2,000+ Puffs) - Kiwi Strawberry | $8.75 | $0.00 | $175.00 |

Total quantities shipped: **70**

| | |
|---|---|
| Subtotal: | $612.50 |
| Total: | $612.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005638

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 206142 | Apr 9, 2021 | **$250.55** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $250.55 |

Total quantities shipped: **5**

|  |  |
|---|---|
| Subtotal: | $250.55 |
| Total: | $250.55 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005639

# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 206542 | Apr 14, 2021 | **$972.50** | |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | HYPPE Max Flow (2,000+ Puffs) - Banana Freeze | $8.75 | $0.00 | $87.50 |
| 10 | HYPPE Max Flow (2,000+ Puffs) - Chewy Watermelon | $8.75 | $0.00 | $87.50 |
| 10 | HYPPE Max Flow (2,000+ Puffs) - Guava Strawberry | $8.75 | $0.00 | $87.50 |
| 10 | HYPPE Max Flow (2,000+ Puffs) - Lush Freeze | $8.75 | $0.00 | $87.50 |
| 10 | HYPPE Max Flow (2,000+ Puffs) - Peach Freeze | $8.75 | $0.00 | $87.50 |
| 10 | HYPPE Max Flow (2,000+ Puffs) - Raspberry Watermelon | $8.75 | $0.00 | $87.50 |
| 10 | HYPPE Max Flow (2,000+ Puffs) - Strawberry Lemonade | $8.75 | $0.00 | $87.50 |
| 10 | HYPPE Max Flow Tank (3,000+ Puffs) - Chewy Watermelon | $12.00 | $0.00 | $120.00 |
| 10 | HYPPE Max Flow Tank (3,000+ Puffs) - Lush Freeze | $12.00 | $0.00 | $120.00 |
| 10 | HYPPE Max Flow Tank (3,000+ Puffs) - Mighty Mint | $12.00 | $0.00 | $120.00 |

Total quantities shipped: **100**

**Customer Note:** do not pack, already gone

| | |
|---|---|
| Subtotal: | $972.50 |
| Total: | $972.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005640

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 207893 | Apr 27, 2021 | **$1,432.35** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 100 | HYPPE Max Flow (2,000+ Puffs) - Naked | $8.75 | $0.00 | $875.00 |
| 10 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $501.10 |
| 15 | Green Vein Maeng Da By OPMS - 1oz - Powder | $3.75 | $0.00 | $56.25 |

Total quantities shipped: **125**

|  |  |
|---|---|
| Subtotal: | $1,432.35 |
| Total: | $1,432.35 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005641

# INVOICE



| | Order # | Date | Total |
|---|---|---|---|
| | 208191 | Apr 30, 2021 | **$168.00** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | PAX 3 Complete Kit - Sand | $168.00 | $0.00 | $168.00 |

Total quantities shipped: **1**

|  | |
|---|---|
| Subtotal: | $168.00 |
| Total: | $168.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005642

 **INVOICE**

| Order # | Date | Total |  |
|---|---|---|---|
| 209135 | May 7, 2021 | **$232.50** | |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Black By OPMS - 2ct | $9.50 | $0.00 | $95.00 |
| 10 | Black By OPMS - 3ct | $13.75 | $0.00 | $137.50 |

Total quantities shipped: **20**

Subtotal: $232.50
Total: $232.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005643



# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 210986 | May 25, 2021 | **$1,111.61** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | SOLO Power Unit Kit 5pk By VUSE | $45.95 | $0.00 | $45.95 |
| 6 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $300.66 |
| 30 | Gold By OPMS - 5ct | $21.75 | $0.00 | $652.50 |
| 10 | Green Vein Maeng Da By OPMS - 1oz - Powder | $3.75 | $0.00 | $37.50 |
| 10 | Novo Pods & Coils - Novo 2 - Mesh 1.0ohm 3pk | $6.50 | $0.00 | $65.00 |

Total quantities shipped: **57**

**Customer Note:** Ijaz wrote pack for shipping

| | |
|---|---|
| Subtotal: | $1,101.61 |
| Shipping Fee: | $10 |
| Total: | $1,111.61 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005644

# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 211547 | May 31, 2021 | **$1,260.66** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 40 | Gold By OPMS - 5ct | $21.75 | $0.00 | $870.00 |
| 24 | Green Vein Maeng Da By OPMS - 1oz - Powder | $3.75 | $0.00 | $90.00 |
| 6 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $300.66 |

Total quantities shipped: **70**

Subtotal: $1,260.66
Total: $1,260.66

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005645

# INVOICE

| Order # | Date | Total Due |
|---|---|---|
| 211726 | Jun 2, 2021 | **$315.00** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Air Bar Lux 5% Nicotine - Mix Berries | $5.25 | $0.00 | $105.00 |
| 20 | Air Bar Lux 5% Nicotine - Watermelon Ice | $5.25 | $0.00 | $105.00 |
| 20 | Air Bar Lux 5% Nicotine - Apple Shake | $5.25 | $0.00 | $105.00 |

Total quantities shipped: **60**

**Customer Note:** Leave in CT warehouse.
send NY on Monday.

| | |
|---|---|
| Subtotal: | $315.00 |
| Total: | $315.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005646

# INVOICE

| Order # | Date | Total Due |
|---|---|---|
| 211769 | Jun 3, 2021 | **$315.00** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 50 | Air Bar Diamond 5% Nicotine - Blueberry Ice | $4.50 | $0.00 | $225.00 |
| 20 | Air Bar Diamond 5% Nicotine - Pineapple Ice | $4.50 | $0.00 | $90.00 |

Total quantities shipped: **70**

**Customer Note:** Hello Can You Ship This Out With My First Air Bar Lux Order Will Pick It Up On Monday At LI Warehouse -- PREPARE FOR SHIPMENT

| | |
|---|---|
| Subtotal: | $315.00 |
| Total: | $315.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005647



# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 213169 | Jun 15, 2021 | **$720.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | HYPPE Max Flow - Mesh Coil - Aloe Orange | $9.00 | $0.00 | $180.00 |
| 20 | HYPPE Max Flow - Mesh Coil - Blue Gummy | $9.00 | $0.00 | $180.00 |
| 20 | HYPPE Max Flow - Mesh Coil - Strawberry Freeze | $9.00 | $0.00 | $180.00 |
| 20 | HYPPE Max Flow - Mesh Coil - Strawberry Gummy | $9.00 | $0.00 | $180.00 |

Total quantities shipped: **80**

Subtotal: $720.00
Total: $720.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005648



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 213272 | Jun 16, 2021 | **$180.00** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | HYPPE Max Flow - Mesh Coil - Cotton Candy Freeze | $9.00 | $0.00 | $180.00 |

Total quantities shipped: **20**

**Customer Note:** PREPARE FOR SHIPMENT

| | |
|---|---|
| Subtotal: | $180.00 |
| Total: | $180.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005649


# INVOICE

| Order # | Date | Total |
|---|---|---|
| 215926 | Jul 8, 2021 | **$1,505.44** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Black By OPMS - 5ct | $21.75 | $0.00 | $217.50 |
| 50 | Gold By OPMS - 5ct | $21.75 | $0.00 | $1,087.50 |
| 4 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $200.44 |

Total quantities shipped: **64**

Customer Note: Will pick up from ny office

Subtotal: $1,505.44
Total: $1,505.44

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005650

# INVOICE





| Order # | Date | Total |
|---|---|---|
| 215933 | Jul 8, 2021 | **$217.50** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Black By OPMS - 5ct | $21.75 | $0.00 | $217.50 |

Total quantities shipped: **10**

**Customer Note:** PREPARE FOR SHIPMENT

| | |
|---|---|
| Subtotal: | $217.50 |
| Total: | $217.50 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005651

# INVOICE

| Order # | Date | Total Due |
|---|---|---|
| 216135 | Jul 10, 2021 | **$450.00** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 100 | Air Bar Diamond 5% Nicotine - Peach | $4.50 | $0.00 | $450.00 |

Total quantities shipped: **100**

| | |
|---|---|
| Subtotal: | $450.00 |
| Total: | $450.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005652

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 218291 | Aug 2, 2021 | **$792.59** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 9 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $450.99 |
| 10 | Green Vein Maeng Da By OPMS - 1oz - Powder | $3.75 | $0.00 | $37.50 |
| 1 | Novo 3 By Smok - Black Carbon Fiber | $14.95 | $0.00 | $14.95 |
| 1 | Novo 3 By Smok - Blue Carbon Fiber | $14.95 | $0.00 | $14.95 |
| 1 | Novo 3 By Smok - Gold Carbon Fiber | $14.95 | $0.00 | $14.95 |
| 1 | Novo 3 By Smok - IML Silver Cobra | $14.95 | $0.00 | $14.95 |
| 1 | Novo 3 By Smok - Tiffany Blue Carbon Fiber | $14.95 | $0.00 | $14.95 |
| 10 | Novo Pods & Coils - Novo 3 - Mesh 0.8ohm 3pk | $6.50 | $0.00 | $65.00 |
| 1 | Nord 4 Kit By Smok (80W) - Black | $23.95 | $0.00 | $23.95 |
| 1 | Nord 4 Kit By Smok (80W) - Blue | $23.95 | $0.00 | $23.95 |
| 1 | Nord 4 Kit By Smok (80W) - Rasta Green Armor | $23.95 | $0.00 | $23.95 |
| 2 | DELTA MAN - DELTA 8 Gummies 500mg - Peach Rings | $13.50 | $0.00 | $27.00 |
| 3 | DELTA MAN - DELTA 8 Gummies 500mg - Watermelon Slices | $13.50 | $0.00 | $40.50 |
| 2 | DELTA MAN - DELTA 8 DAB 900mg 2g - Indica | $12.50 | $0.00 | $25.00 |

Total quantities shipped: **44**

**Customer Note:** Ijaz wrote please pack for shipping

| | |
|---|---|
| Subtotal: | $792.59 |
| Shipping Fee: | $0.00 |
| Total: | $792.59 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005653

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 222199 | Aug 29, 2021 | $1,935.77 | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $300.66 |
| 1 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Original | $50.11 | $0.00 | $50.11 |
| 10 | HYPPE Max Flow - Mesh Coil - Banana Freeze | $8.00 | $0.00 | $80.00 |
| 50 | HYPPE Max Flow - Mesh Coil - Cola Freeze | $8.00 | $0.00 | $400.00 |
| 40 | HYPPE Max Flow - Mesh Coil - Mighty Mint | $8.00 | $0.00 | $320.00 |
| 50 | HYPPE Max Flow - Mesh Coil - Naked - Unflavored | $8.00 | $0.00 | $400.00 |
| 20 | HYPPE Max Flow - Mesh Coil - Red Energy | $8.00 | $0.00 | $160.00 |
| 3 | DELTA 9 Gummies 400mg By Green CBD - Blue Razz | $15.00 | $0.00 | $45.00 |
| 3 | DELTA 9 Gummies 400mg By Green CBD - Strawberry | $15.00 | $0.00 | $45.00 |
| 3 | DELTA 9 Gummies 400mg By Green CBD - Watermelon | $15.00 | $0.00 | $45.00 |
| 6 | D8 - DELTA 8 Gummies 500mg - Sour x Lemonade | $15.00 | $0.00 | $90.00 |

Total quantities shipped: **192**

**Customer Note:** PREPARE FOR SHIPMENT

| | |
|---|---|
| Subtotal: | $1,935.77 |
| Shipping Fee: | $0.00 |
| Total: | $1,935.77 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005654

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 222381 | Aug 30, 2021 | **$197.50** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | HYPPE Max Flow - Mesh Coil - Lychee Lemon Berry | $8.00 | $0.00 | $160.00 |
| 10 | Green Vein Maeng Da By OPMS - 1oz - Powder | $3.75 | $0.00 | $37.50 |

Total quantities shipped: **30**

|  | |
|---|---|
| Subtotal: | $197.50 |
| Total: | $197.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005655



# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 222481 | Aug 31, 2021 | **$448.14** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | Logic Pro 2ct 10pk - Menthol 20mg | $59.69 | $0.00 | $358.14 |
| 6 | D8 - DELTA 8 Gummies 500mg - Berry x Blast | $15.00 | $0.00 | $90.00 |

Total quantities shipped: **12**

**Customer Note:** PREPARE FOR SHIPMENT

| | |
|---|---|
| Subtotal: | $448.14 |
| Total: | $448.14 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005656

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 224614 | Sep 15, 2021 | **$2,655.45** | **PAID** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Hybrid - Blue Dream | $10.00 | $0.00 | $50.00 |
| 10 | Cake DELTA 8 Cartridge 940mg 1ml - Indica - Blueberry Cookies | $10.00 | $0.00 | $100.00 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Indica - Taxas Pound Cake | $10.00 | $0.00 | $50.00 |
| 10 | Cake DELTA 8 Cartridge 940mg 1ml - Indica - Tropicana Cookies | $10.00 | $0.00 | $100.00 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Sativa - Super Silver Haze | $10.00 | $0.00 | $50.00 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Hybrid - Gelato 41 | $14.00 | $0.00 | $70.00 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Hybird - Thin Mint GSC | $14.00 | $0.00 | $70.00 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Indica - Strawberry Cough | $14.00 | $0.00 | $70.00 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Sativa - Cereal Milk | $14.00 | $0.00 | $70.00 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Hybrid - Honey Glue (Include Ten-Ten Battery) | $23.00 | $0.00 | $115.00 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Hybrid - Rainbow Sherbet (Include Ten-Ten Battery) | $23.00 | $0.00 | $115.00 |
| 5 | Cake DELTA 8 Ten-Ten Cartridge 1500mg 1.5ml - Indica - Blueberry Cookies (Include Ten-Ten Battery) | $23.00 | $0.00 | $115.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Gelato 41 | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Purple Punch | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Thin Mint Shake | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - White Runtz | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Banana Runtz | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Blueberry Cookies | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - OG Kush | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Strawberry Cough | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Taxas Pound Cake | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Wedding Cake | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Sativa - Blue Dream | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Sativa - Cereal Milk | $18.00 | $0.00 | $54.00 |
| 6 | DELTA 9 Gummies 400mg By Green CBD - Blue Razz | $15.00 | $0.00 | $90.00 |
| 6 | DELTA 9 Gummies 400mg By Green CBD - Strawberry | $15.00 | $0.00 | $90.00 |
| 6 | DELTA 9 Gummies 400mg By Green CBD - Watermelon | $15.00 | $0.00 | $90.00 |
| 2 | SOLO Power Unit Kit 5pk By VUSE | $45.95 | $0.00 | $91.90 |
| 5 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $250.55 |
| 20 | Hyde Edge 1500 Puffs - Cherry Peach Lemonade | $7.00 | $0.00 | $140.00 |
| 20 | Hyde Edge 1500 Puffs - Mango Peaches & Cream | $7.00 | $0.00 | $140.00 |
| 20 | Hyde Edge 1500 Puffs - Peach Gummy | $7.00 | $0.00 | $140.00 |

Total quantities shipped: **191**

**Customer Note:** Pick up

| | |
|---|---|
| Subtotal: | $2,655.45 |
| Total: | $2,655.45 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005657

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 224637 | Sep 15, 2021 | **$180.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | DELTA 9 Gummies 400mg By Green CBD - Mango | $15.00 | $0.00 | $90.00 |
| 6 | DELTA 9 Gummies 400mg By Green CBD - Pink Lemonade | $15.00 | $0.00 | $90.00 |

Total quantities shipped: **12**

Customer Note: Pick up

| | |
|---|---|
| Subtotal: | $180.00 |
| Total: | $180.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005658

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 224653 | Sep 15, 2021 | **$77.70** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Hamilton Devices - The Cube - Gunmetal | $12.95 | $0.00 | $38.85 |
| 3 | Hamilton Devices - The Cube - Red | $12.95 | $0.00 | $38.85 |

Total quantities shipped: **6**

| | |
|---|---|
| Subtotal: | $77.70 |
| Total: | $77.70 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005659

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 224951 | Sep 18, 2021 | **$1,205.70** | **PAID**  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 120 | Air Bar Diamond - Mango | $4.00 | $0.00 | $480.00 |
| 3 | Hamilton Devices - The Cube - Gunmetal | $12.95 | $0.00 | $38.85 |
| 3 | Hamilton Devices - The Cube - Red | $12.95 | $0.00 | $38.85 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Gelato 41 | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Purple Punch | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Thin Mint Shake | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - White Runtz | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Banana Runtz | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Blueberry Cookies | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - OG Kush | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Strawberry Cough | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Taxas Pound Cake | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Wedding Cake | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Sativa - Blue Dream | $18.00 | $0.00 | $54.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Sativa - Cereal Milk | $18.00 | $0.00 | $54.00 |

Total quantities shipped: **162**

**Customer Note:** PREPARE FOR SHIPMENT

| | |
|---|---|
| Subtotal: | $1,205.70 |
| Total: | $1,205.70 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005660

# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 224952 | Sep 18, 2021 | $48.00 | **PAID** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Citrus 5pk By ON - 8mg | $16.00 | $0.00 | $32.00 |
| 1 | Mint 5pk By ON - 8mg | $16.00 | $0.00 | $16.00 |

Total quantities shipped: **3**

**Customer Note:** PREPARE FOR SHIPMENT

|  | |
|---|---|
| Subtotal: | $48.00 |
| Total: | $48.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005661

# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 225011 | Sep 19, 2021 | $50.00 |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Sativa - Super Silver Haze | $10.00 | $0.00 | $50.00 |

Total quantities shipped: **5**

**Customer Note:** PREPARE FOR SHIPMENT

| | |
|---|---|
| Subtotal: | $50.00 |
| Total: | $50.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005662



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 225012 | Sep 19, 2021 | **$50.00** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Sativa - Pink Guava | $10.00 | $0.00 | $50.00 |

Total quantities shipped: **5**

**Customer Note:** PREPARE FOR SHIPMENT

| | |
|---|---|
| Subtotal: | $50.00 |
| Total: | $50.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005663



# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 225241 | Sep 21, 2021 | **$700.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Hyde Edge 1500 Puffs - Aloe Grape | $7.00 | $0.00 | $140.00 |
| 20 | Hyde Edge 1500 Puffs - Blue Razz | $7.00 | $0.00 | $140.00 |
| 20 | Hyde Edge 1500 Puffs - Lush Ice | $7.00 | $0.00 | $140.00 |
| 20 | Hyde Edge 1500 Puffs - Peach Mango Watermelon | $7.00 | $0.00 | $140.00 |
| 10 | Hyde Edge 1500 Puffs - Power | $7.00 | $0.00 | $70.00 |
| 10 | Hyde Edge 1500 Puffs - Raspberry Watermelon | $7.00 | $0.00 | $70.00 |

Total quantities shipped: **100**

**Customer Note:** PREPARE FOR SHIPMENT

| | |
|---|---|
| Subtotal: | $700.00 |
| Total: | $700.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005664

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 225269 | Sep 21, 2021 | **$70.00** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Hyde Edge 1500 Puffs - Power | $7.00 | $0.00 | $70.00 |

Total quantities shipped: **10**

|  |  |
|---|---|
| Subtotal: | $70.00 |
| Total: | $70.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005665




# INVOICE

| Order # | Date | Total |
|---|---|---|
| 225793 | Sep 27, 2021 | $300.00 |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Hyde N Bar Recharge 4500 Puffs - Mango Peaches & Cream | $10.00 | $0.00 | $200.00 |
| 10 | Hyde N Bar Recharge 4500 Puffs - Sour Apple Ice | $10.00 | $0.00 | $100.00 |

Total quantities shipped: **30**

**Customer Note:** PREPARE FOR SHIPMENT

| | |
|---|---|
| Subtotal: | $300.00 |
| Total: | $300.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005666

# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 226826 | Oct 5, 2021 | **$1,491.50** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929    Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 50 | Gold By OPMS - 5ct | $21.75 | $0.00 | $1,087.50 |
| 20 | Green Vein Maeng Da By OPMS - 1oz - Powder | $3.75 | $0.00 | $75.00 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Sativa - Cereal Milk | $10.00 | $0.00 | $50.00 |
| 3 | DELTA 9 Gummies 400mg By Green CBD - Blue Razz | $15.00 | $0.00 | $45.00 |
| 5 | DELTA 9 Gummies 400mg By Green CBD - Mango | $15.00 | $0.00 | $75.00 |
| 3 | DELTA 9 Gummies 400mg By Green CBD - Strawberry | $15.00 | $0.00 | $45.00 |
| 6 | DELTA 9 Gummies 400mg By Green CBD - Watermelon | $15.00 | $0.00 | $90.00 |
| 3 | Cuban Blend By Nkd100 Salts 30ml - 35mg | $8.00 | $0.00 | $24.00 |

Total quantities shipped: **95**

**Customer Note:** PREPARE FOR SHIPMENT

| | |
|---|---|
| Subtotal: | $1,491.50 |
| Shipping Fee: | $0.00 |
| Total: | $1,491.50 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005667



# INVOICE

| Order # | Date | Total | |
|---------|------|-------|---|
| 227282 | Oct 8, 2021 | **$815.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 10 | Hyde N Bar Recharge 4500 Puffs - Bananas & Cream | $10.00 | $0.00 | $100.00 |
| 10 | Hyde N Bar Recharge 4500 Puffs - Cherry Peach Lemonade | $10.00 | $0.00 | $100.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Dewberry | $10.00 | $0.00 | $200.00 |
| 10 | Hyde N Bar Recharge 4500 Puffs - Energize | $10.00 | $0.00 | $100.00 |
| 20 | Hyde N Bar Recharge 4500 Puffs - Minty O's | $10.00 | $0.00 | $200.00 |
| 10 | Hyde N Bar Recharge 4500 Puffs - Strawberry Ice Cream | $10.00 | $0.00 | $100.00 |
| 1 | Hyde USB Chargers 50ct | $15.00 | $0.00 | $15.00 |

Total quantities shipped: **81**

**Customer Note:** PREPARE FOR SHIPMENT

Subtotal: $815.00
Total: $815.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005668

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 227494 | Oct 10, 2021 | **$1,541.10** | **PAID**  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $501.10 |
| 10 | HYPPE Max Flow - Mesh Coil - Blue Sky | $8.00 | $0.00 | $80.00 |
| 50 | HYPPE Max Flow - Mesh Coil - Mighty Mint | $8.00 | $0.00 | $400.00 |
| 60 | HYPPE Max Flow - Mesh Coil - Naked - Unflavored | $8.00 | $0.00 | $480.00 |
| 10 | HYPPE Max Flow - Mesh Coil - Strawberry Gummy | $8.00 | $0.00 | $80.00 |

Total quantities shipped: **140**

**Customer Note:** Shipping

| | |
|---|---|
| Subtotal: | $1,541.10 |
| Shipping Fee: | $0.00 |
| Total: | $1,541.10 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005669



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 227560 | Oct 11, 2021 | **$560.00** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | MYLE Nano Disposable - Iced Mint | $7.00 | $0.00 | $140.00 |
| 10 | MYLE Nano Disposable - Iced Quad Berry | $7.00 | $0.00 | $70.00 |
| 10 | MYLE Nano Disposable - Iced Watermelon | $7.00 | $0.00 | $70.00 |
| 10 | MYLE Nano Disposable - Peach | $7.00 | $0.00 | $70.00 |
| 10 | MYLE Nano Disposable - Raspberry Ice | $7.00 | $0.00 | $70.00 |
| 10 | MYLE Nano Disposable - Red Apple | $7.00 | $0.00 | $70.00 |
| 10 | MYLE Nano Disposable - White Grape | $7.00 | $0.00 | $70.00 |

Total quantities shipped: **80**

**Customer Note:** PREPARE FOR SHIPMENT

| | |
|---|---|
| Subtotal: | $560.00 |
| Shipping Fee: | $0.00 |
| Total: | $560.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005670

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 229044 | Oct 23, 2021 | $387.00 |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929  Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | Air Bar Lux Plus - CLEAR - No Flavor | $8.50 | $0.00 | $255.00 |
| 20 | Air Bar Lux - Orange Juice | $5.00 | $0.00 | $100.00 |
| 2 | Mint 5pk By ON - 8mg | $16.00 | $0.00 | $32.00 |

Total quantities shipped: **52**

**Customer Note:** PREPARE FOR SHIPMENT

| | |
|---|---|
| Subtotal: | $387.00 |
| Shipping Fee: | $0.00 |
| Total: | $387.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005671



# INVOICE

| | Order # | Date | Total | |
|---|---|---|---|---|
| | 229771 | Nov 1, 2021 | $849.50 | |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Cake DELTA 10 Disposable 1.5g - Hybrid - Gorilla Glue | $18.50 | $0.00 | $92.50 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - AK-47 | $18.50 | $0.00 | $92.50 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - Green Crack | $18.50 | $0.00 | $92.50 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - Pineapple Express | $18.50 | $0.00 | $92.50 |
| 5 | Cake DELTA 10 Disposable 1.5g - Sativa - Super Sour Diesel | $18.50 | $0.00 | $92.50 |
| 1 | Cake DELTA 8 Gummies 500mg - Assorted Bears - 10pk Yellow Display Box | $100.00 | $0.00 | $100.00 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Indica - Banana Runtz | $10.00 | $0.00 | $50.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Honey Glue | $18.00 | $0.00 | $54.00 |
| 5 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - PB & J | $18.00 | $0.00 | $90.00 |
| 2 | Kalibloom Kik - DELTA 8 Disposable 1000mg - Sativa - Lemon Cake | $18.00 | $0.00 | $36.00 |
| 6 | Tribeca By Halo 60ml - 3mg | $9.50 | $0.00 | $57.00 |

Total quantities shipped: **47**

|  | |
|---|---|
| Subtotal: | $849.50 |
| Total: | $849.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005672

# INVOICE





| | Order # | Date | Total | |
|---|---|---|---|---|
| | 229781 | Nov 1, 2021 | $100.00 | PAID |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Hyde N Bar Recharge 4500 Puffs - Brazmallows | $10.00 | $0.00 | $100.00 |

Total quantities shipped: **10**

|  |  |
|---|---|
| Subtotal: | $100.00 |
| Total: | $100.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005673

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 229959 | Nov 2, 2021 | **$1,024.45** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Black By OPMS - 5ct | $21.75 | $0.00 | $108.75 |
| 30 | Gold By OPMS - 5ct | $21.75 | $0.00 | $652.50 |
| 1 | Novo 3 By Smok - 7-Color Carbon Fiber | $14.95 | $0.00 | $14.95 |
| 1 | Novo 3 By Smok - IML Black Cobra | $14.95 | $0.00 | $14.95 |
| 1 | Novo 3 By Smok - Red Carbon Fiber | $14.95 | $0.00 | $14.95 |
| 3 | Novo X Kit By Smok - Silver Cobra | $19.50 | $0.00 | $58.50 |
| 1 | Novo 2 By Smok - 7-Color Spray | $14.95 | $0.00 | $14.95 |
| 1 | Novo 2 By Smok - IML White Cobra | $14.95 | $0.00 | $14.95 |
| 1 | Novo 2 By Smok - IML Gold Cobra | $14.95 | $0.00 | $14.95 |
| 10 | Novo Pods & Coils - Novo 2 - DC 1.4ohm MTL 3pk | $6.50 | $0.00 | $65.00 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Indica - Banana Runtz | $10.00 | $0.00 | $50.00 |

Total quantities shipped: **59**

|  |  |
|---|---|
| Subtotal: | $1,024.45 |
| Total: | $1,024.45 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005674



# INVOICE



| Order # | Date | Total |
|---------|------|-------|
| 229969 | Nov 2, 2021 | $36.00 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 2 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Honey Glue | $18.00 | $0.00 | $36.00 |

Total quantities shipped: **2**

Subtotal: $36.00
Total: $36.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005675

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 231534 | Nov 19, 2021 | **$1,769.60** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Hybrid - Rainbow Sherbet | $10.00 | $0.00 | $50.00 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Hybrid - Thin Mint Shake | $10.00 | $0.00 | $50.00 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Hybrid - Gelato 41 | $10.00 | $0.00 | $50.00 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Hybrid - Blue Dream | $10.00 | $0.00 | $50.00 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Hybrid - Skywalker OG | $10.00 | $0.00 | $50.00 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Hybrid - White Runtz | $10.00 | $0.00 | $50.00 |
| 5 | Cake DELTA 8 Cartridge 940mg 1ml - Sativa - Sour Tangie | $10.00 | $0.00 | $50.00 |
| 2 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Purple Punch | $18.00 | $0.00 | $36.00 |
| 2 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - Thin Mint Shake | $18.00 | $0.00 | $36.00 |
| 1 | Cake DELTA 8 Disposable 1500mg 1.5ml - Hybrid - White Runtz | $18.00 | $0.00 | $18.00 |
| 1 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Banana Runtz | $18.00 | $0.00 | $18.00 |
| 2 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Strawberry Cough | $18.00 | $0.00 | $36.00 |
| 2 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Texas Pound Cake | $18.00 | $0.00 | $36.00 |
| 3 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Wedding Cake | $18.00 | $0.00 | $54.00 |
| 10 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $501.10 |
| 30 | Gold By OPMS - 5ct | $21.75 | $0.00 | $652.50 |
| 2 | Citrus 5pk By ON - 8mg | $16.00 | $0.00 | $32.00 |

Total quantities shipped: **90**

| | |
|---|---|
| Subtotal: | $1,769.60 |
| Total: | $1,769.60 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005676

# INVOICE



| Order # | Date | Total | |
|---------|------|-------|---|
| 231539 | Nov 19, 2021 | **$48.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Courier Shipping

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 2 | Wintergreen 5pk By ON - 8mg | $16.00 | $0.00 | $32.00 |
| 1 | Mint 5pk By ON - 8mg | $16.00 | $0.00 | $16.00 |

Total quantities shipped: **3**

|  |  |
|--|--|
| Subtotal: | $48.00 |
| Total: | $48.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005677

 **INVOICE**

 **PAID**

| | Order # | Date | Total |
|---|---|---|---|
| | 231569 | Nov 20, 2021 | $54.50 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Cake DELTA 8 Disposable 1500mg 1.5ml - Indica - Texas Pound Cake | $18.00 | $0.00 | $36.00 |
| 1 | Cake DELTA 10 Disposable 1.5g - Sativa - Green Crack | $18.50 | $0.00 | $18.50 |

Total quantities shipped: **3**

|  |  |
|---|---|
| Subtotal: | $54.50 |
| Total: | $54.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005678

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 232014 | Nov 23, 2021 | **$540.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 15 | Fume Infinity 3500 Puffs - Mint Ice | $12.00 | $0.00 | $180.00 |
| 30 | Fume Ultra 2500 Puffs - Mint Ice | $9.00 | $0.00 | $270.00 |
| 10 | Fume Ultra 2500 Puffs - Pina Colada | $9.00 | $0.00 | $90.00 |

Total quantities shipped: **55**

|  |  |
|---|---|
| Subtotal: | $540.00 |
| Total: | $540.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005679

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 232016 | Nov 23, 2021 | **$60.00** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Fume Infinity 3500 Puffs - Mint Ice | $12.00 | $0.00 | $60.00 |

Total quantities shipped: **5**

Subtotal: $60.00
Total: $60.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005680

# INVOICE

| Order # | Date | Total |   |
|---|---|---|---|
| 233831 | Dec 4, 2021 | $939.80 | PAID |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929    Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Novo 2S By Smok - Black Armor | $14.95 | $0.00 | $14.95 |
| 1 | Novo 2S By Smok - Blue Grey Armor | $14.95 | $0.00 | $14.95 |
| 1 | Novo 2S By Smok - Rasta Green Armor | $14.95 | $0.00 | $14.95 |
| 1 | Novo 2S By Smok - Red Grey Armor | $14.95 | $0.00 | $14.95 |
| 2 | VGOD POD 1K 10pk - Cubano | $55.00 | $0.00 | $110.00 |
| 2 | VGOD POD 1K 10pk - Dry Tobacco | $55.00 | $0.00 | $110.00 |
| 20 | Gold By OPMS - 5ct | $21.75 | $0.00 | $435.00 |
| 3 | Cake - HXC Disposable 1.5g (HHC) - Hybrid - Animal Cookies | $25.00 | $0.00 | $75.00 |
| 3 | Cake - HXC Disposable 1.5g (HHC) - Sativa - Blood Orange | $25.00 | $0.00 | $75.00 |
| 3 | Cake - HXC Disposable 1.5g (HHC) - Sativa - Pineapple Express | $25.00 | $0.00 | $75.00 |

Total quantities shipped: **37**

| | |
|---|---|
| Subtotal: | $939.80 |
| Total: | $939.80 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005681

# INVOICE





| Order # | Date | Total |
|---|---|---|
| 233845 | Dec 4, 2021 | $139.35 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Novo 3 By Smok - Blue Carbon Fiber | $14.95 | $0.00 | $14.95 |
| 1 | Novo 3 By Smok - IML Silver Cobra | $14.95 | $0.00 | $14.95 |
| 1 | Novo 2 By Smok - IML 7-Color Cobra | $14.95 | $0.00 | $14.95 |
| 1 | Novo X Kit By Smok - 7-Color Resin | $19.50 | $0.00 | $19.50 |
| 3 | Cake - HXC Disposable 1.5g (HHC) - Indica - Kush Mints | $25.00 | $0.00 | $75.00 |

Total quantities shipped: **7**

| | |
|---|---|
| Subtotal: | $139.35 |
| Total: | $139.35 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005682

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 233925 | Dec 5, 2021 | **$185.00** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | VGOD POD 1K 10pk - Mighty Mint | $55.00 | $0.00 | $110.00 |
| 3 | Cake - HXC Disposable 1.5g (HHC) - Sativa - Blue Dream | $25.00 | $0.00 | $75.00 |

Total quantities shipped: **5**

|  |  |
|---|---|
| Subtotal: | $185.00 |
| Total: | $185.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005683

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 234324 | Dec 8, 2021 | **$1,395.69** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929  Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | Black By OPMS - 5ct | $21.75 | $0.00 | $652.50 |
| 9 | Green Vein Maeng Da By OPMS - 1oz - Powder | $2.75 | $0.00 | $24.75 |
| 3 | Mighty Mint By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $0.00 | $24.00 |
| 3 | Mango Bomb By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $0.00 | $24.00 |
| 3 | Mango Bomb By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $0.00 | $24.00 |
| 1 | Lush Ice By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $0.00 | $8.00 |
| 4 | Lush Ice By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $0.00 | $32.00 |
| 10 | Dry Tobacco By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $0.00 | $80.00 |
| 8 | Dry Tobacco By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $0.00 | $64.00 |
| 3 | Summer Strawberry By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $0.00 | $24.00 |
| 1 | Apple Bomb By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $0.00 | $8.00 |
| 1 | Cubano By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $0.00 | $8.00 |
| 1 | Cubano By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $0.00 | $8.00 |
| 3 | Cubano Black By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $0.00 | $24.00 |
| 4 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $200.44 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $47.50 | $0.00 | $95.00 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 2pk | $47.50 | $0.00 | $95.00 |

Total quantities shipped: **88**

| | |
|---|---|
| Subtotal: | $1,395.69 |
| Total: | $1,395.69 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005684



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 234327 | Dec 8, 2021 | **$50.00** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Cake - DELTA 8 Cartridge 5pk - Indica - OG Kush | $50.00 | $0.00 | $50.00 |

Total quantities shipped: **1**

| | |
|---|---|
| Subtotal: | $50.00 |
| Total: | $50.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005685

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 234647 | Dec 10, 2021 | **$530.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | STiK Max 4000 Puffs 5pk - CLEAR - No Flavor | $40.00 | $0.00 | $160.00 |
| 2 | STiK Max 4000 Puffs 5pk - Cool Mint | $40.00 | $0.00 | $80.00 |
| 2 | STiK Max 4000 Puffs 5pk - Minty Bubble Gum | $40.00 | $0.00 | $80.00 |
| 3 | DELTA 9 Gummies 400mg By Green CBD - Blue Razz | $15.00 | $0.00 | $45.00 |
| 5 | DELTA 9 Gummies 400mg By Green CBD - Pink Lemonade | $15.00 | $0.00 | $75.00 |
| 4 | DELTA 9 Gummies 400mg By Green CBD - Strawberry | $15.00 | $0.00 | $60.00 |
| 2 | DELTA 9 Gummies 400mg By Green CBD - Watermelon | $15.00 | $0.00 | $30.00 |

Total quantities shipped: **22**

|  | |
|---|---|
| Subtotal: | $530.00 |
| Total: | $530.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005686



# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 234650 | Dec 10, 2021 | **$0.00** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 1 | CCELL Tabletop Sign Holder | $0.00 | $0.00 | $0.00 |

Total quantities shipped: **1**

| | |
|---|---|
| Subtotal: | $0.00 |
| Total: | $0.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005687



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 234652 | Dec 10, 2021 | **$80.00** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | STiK Max 4000 Puffs 5pk - Lemon Mint Lemonade | $40.00 | $0.00 | $80.00 |

Total quantities shipped: **2**

| | |
|---|---|
| Subtotal: | $80.00 |
| Total: | $80.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005688

 

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 235324 | Dec 16, 2021 | $524.50 |

 **PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | BIC Lighter 50ct Tray - Mini - Assorted Colors | $38.95 | $0.00 | $233.70 |
| 4 | BIC Lighter 50ct Tray - Full Size - Assorted Colors | $48.95 | $0.00 | $195.80 |
| 2 | Citrus 5pk By ZYN - 3mg | $19.00 | $0.00 | $38.00 |
| 1 | Peppermint 5pk By ZYN - 3mg | $19.00 | $0.00 | $19.00 |
| 1 | Peppermint 5pk By ZYN - 6mg | $19.00 | $0.00 | $19.00 |
| 1 | Menthol 5pk By ZYN - 6mg | $19.00 | $0.00 | $19.00 |

Total quantities shipped: **15**

Subtotal: $524.50
Total: $524.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005689


# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 235980 | Dec 22, 2021 | **$78.25** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Mint 5pk By ON - 8mg | $16.00 | $0.00 | $16.00 |
| 2 | Citrus 5pk By ON - 8mg | $16.00 | $0.00 | $32.00 |
| 11 | Green Vein Maeng Da By OPMS - 1oz - Powder | $2.75 | $0.00 | $30.25 |

Total quantities shipped: **14**

**Customer Note:** Hello Can You Please Get This Order Delivered Friday Afternoon Please If You Can.

| | |
|---|---|
| Subtotal: | $78.25 |
| Total: | $78.25 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005690




# INVOICE

| Order # | Date | Total |
|---|---|---|
| 236587 | Dec 26, 2021 | $663.82 |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 12 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $601.32 |
| 3 | Cubano Silver By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $0.00 | $24.00 |
| 1 | Cubano Silver By VGOD SaltNic Labs 30ml - 25mg | $0.00 | $0.00 | $0.00 |
| 1 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $38.50 | $0.00 | $38.50 |

Total quantities shipped: **17**

| | |
|---|---|
| Subtotal: | $663.82 |
| Total: | $663.82 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005691



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 236599 | Dec 26, 2021 | $178.83 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $150.33 |
| 3 | Turkish Tobacco By Halo 60ml - 3mg | $9.50 | $0.00 | $28.50 |
| 1 | Turkish Tobacco By Halo 60ml - 3mg | $0.00 | $0.00 | $0.00 |

Total quantities shipped: **7**

|  |  |
|---|---|
| Subtotal: | $178.83 |
| Total: | $178.83 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005692



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 239535 | Jan 18, 2022 | **$918.50** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Cake - DELTA 8 Disposable 5pk - Live Resin - Samural Jack | $95.00 | $0.00 | $95.00 |
| 1 | Cake - DELTA 10 Disposable 5pk - Live Resin - Animal Mints | $97.50 | $0.00 | $97.50 |
| 1 | Cake - DELTA 10 Disposable 5pk - Live Resin - Banana Rosin | $97.50 | $0.00 | $97.50 |
| 1 | Cake - DELTA 10 Disposable 5pk - Live Resin - Cherry Crumble | $97.50 | $0.00 | $97.50 |
| 1 | Cake - DELTA 10 Disposable 5pk - Live Resin - Pink Rntz | $97.50 | $0.00 | $97.50 |
| 1 | Cake - DELTA 10 Disposable 5pk - Live Resin - Sour Apple | $97.50 | $0.00 | $97.50 |
| 1 | Delta Extrax - Urb Delta 9 Gummies 100mg 10pk - Blueberry Citrus Burst | $80.00 | $0.00 | $80.00 |
| 1 | Delta Extrax - Urb Delta 9 Gummies 100mg 10pk - Guavaberry Fruit | $80.00 | $0.00 | $80.00 |
| 1 | Delta Extrax - Urb Delta 9 Gummies 100mg 10pk - Kiwi Mixer | $80.00 | $0.00 | $80.00 |
| 3 | Cuban Blend By Nkd100 TFN Salts 30ml - 35mg | $8.00 | $0.00 | $24.00 |
| 1 | Cuban Blend By Nkd100 TFN Salts 30ml - 35mg | $0.00 | $0.00 | $0.00 |
| 3 | Cuban Blend By Nkd100 TFN Salts 30ml - 50mg | $8.00 | $0.00 | $24.00 |
| 1 | Cuban Blend By Nkd100 TFN Salts 30ml - 50mg | $0.00 | $0.00 | $0.00 |
| 3 | Cubano Black By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $0.00 | $24.00 |
| 1 | Cubano Black By VGOD SaltNic Labs 30ml - 25mg | $0.00 | $0.00 | $0.00 |
| 3 | Mango Bomb By VGOD SaltNic Labs 30ml - 50mg | $8.00 | $0.00 | $24.00 |
| 1 | Mango Bomb By VGOD SaltNic Labs 30ml - 50mg | $0.00 | $0.00 | $0.00 |

Total quantities shipped: **25**

**Customer Note:** Hello Can I Please Get This Order Delivered On Saturday Please Thanks.

| | |
|---|---|
| Subtotal: | $918.50 |
| Total: | $918.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005693



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 239538 | Jan 18, 2022 | **$65.00** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** | (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Delta Extrax - Hydro HHC Gummies 250mg 6pk - Sours | $65.00 | $0.00 | $65.00 |

Total quantities shipped: **1**

**Customer Note:** Hello Can I Please Get This Order Delivered On Saturday Please Thanks.

| | |
|---|---|
| Subtotal: | $65.00 |
| Total: | $65.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005694



# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | |
| 239986 | Jan 21, 2022 | **$72.00** | |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929    Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Dry Tobacco By VGOD SaltNic Labs 30ml - 25mg | $8.00 | $0.00 | $24.00 |
| 1 | Dry Tobacco By VGOD SaltNic Labs 30ml - 25mg | $0.00 | $0.00 | $0.00 |
| 3 | Virginia Tobacco By Salt Bae 30ml - 25mg | $8.00 | $0.00 | $24.00 |
| 1 | Virginia Tobacco By Salt Bae 30ml - 25mg | $0.00 | $0.00 | $0.00 |
| 3 | Virginia Tobacco By Salt Bae 30ml - 50mg | $8.00 | $0.00 | $24.00 |
| 1 | Virginia Tobacco By Salt Bae 30ml - 50mg | $0.00 | $0.00 | $0.00 |

Total quantities shipped: **12**

| | |
|---|---|
| Subtotal: | $72.00 |
| Total: | $72.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005695



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 241722 | Jan 26, 2022 | $530.00 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Hyde Edge Recharge 3300 Puffs 10pk - Blue Razz Ice | $90.00 | $0.00 | $180.00 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Hybrid - Blue Dream | $50.00 | $0.00 | $50.00 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Hybrid - Honey Glue | $50.00 | $0.00 | $50.00 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Hybrid - Purple Punch | $50.00 | $0.00 | $50.00 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Indica - PB & J | $50.00 | $0.00 | $50.00 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Indica - Strawberry Cough | $50.00 | $0.00 | $50.00 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Sativa - Cereal Milk | $50.00 | $0.00 | $50.00 |
| 1 | Cake - DELTA 8 Cartridge 5pk - Sativa - Strawberry Sour Diesel | $50.00 | $0.00 | $50.00 |

Total quantities shipped: **9**

**Customer Note:** This Order Will Be Picked Up On Friday.

Subtotal: $530.00
Total: $530.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005696



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 241754 | Jan 27, 2022 | **$65.00** |  |

| **SHIP TO:** | **BILL TO:** | |
|---|---|---|
| Nadeem Ali | Nadeem Ali | **Terms:** Cash, Check or CC |
| Mikes Smoke Shop | Mikes Smoke Shop | **Customer ID:** 929  Super VIP |
| 1666 1st Avenue | 1st Ave 87 St 1666 | **Email:** nmavani26@gmail.com |
| New York, NY 10028 | Manhattan, NY 10028 | **Shipping Method:** Free Local Delivery |
| **Phone:** I (347) 531-6443 | | |

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Delta Extrax - Hydro HHC Gummies 250mg 6pk - Sours | $65.00 | $0.00 | $65.00 |

Total quantities shipped: **1**

|  | |
|---|---|
| Subtotal: | $65.00 |
| Total: | $65.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005697



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 241803 | Jan 27, 2022 | **$84.00** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Delta Extrax - Hydro HHC Cartridge 1 Gram - Hybrid - Cherry Pie | $14.00 | $0.00 | $42.00 |
| 1 | Delta Extrax - Hydro HHC Cartridge 1 Gram - Hybrid - Cherry Pie | $0.00 | $0.00 | $0.00 |
| 3 | Delta Extrax - Hydro HHC Cartridge 1 Gram - Sativa - Blue Widow | $14.00 | $0.00 | $42.00 |
| 1 | Delta Extrax - Hydro HHC Cartridge 1 Gram - Sativa - Blue Widow | $0.00 | $0.00 | $0.00 |

Total quantities shipped: **8**

Subtotal: $84.00
Total: $84.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005698

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 243295 | Feb 7, 2022 | **$2,022.50** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 60 | Gold By OPMS - 5ct | $21.75 | $0.00 | $1,305.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $60.00 | $0.00 | $120.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $60.00 | $0.00 | $120.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $60.00 | $0.00 | $120.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $60.00 | $0.00 | $120.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Strawberry Banana | $60.00 | $0.00 | $120.00 |
| 6 | Tribeca By Halo E-Liquid - 3mg - 60ml | $9.50 | $0.00 | $57.00 |
| 2 | Tribeca By Halo E-Liquid - 3mg - 60ml | $0.00 | $0.00 | $0.00 |
| 3 | Turkish Tobacco By Halo E-Liquid - 3mg - 60ml | $9.50 | $0.00 | $28.50 |
| 1 | Turkish Tobacco By Halo E-Liquid - 3mg - 60ml | $0.00 | $0.00 | $0.00 |
| 2 | Citrus 5pk By ON - 8mg | $16.00 | $0.00 | $32.00 |

Total quantities shipped: **84**

| | |
|---|---|
| Subtotal: | $2,022.50 |
| Total: | $2,022.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005699

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 243328 | Feb 7, 2022 | **$48.00** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Dry Tobacco By VGOD - Salt Nicotine 25mg - 30ml | $8.00 | $0.00 | $24.00 |
| 1 | Dry Tobacco By VGOD - Salt Nicotine 25mg - 30ml | $0.00 | $0.00 | $0.00 |
| 3 | Cubano Black By VGOD - Salt Nicotine 25mg - 30ml | $8.00 | $0.00 | $24.00 |
| 1 | Cubano Black By VGOD - Salt Nicotine 25mg - 30ml | $0.00 | $0.00 | $0.00 |

Total quantities shipped: **8**

Subtotal: $48.00
Total: $48.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005700

# INVOICE




| Order # | Date | Total |
|---|---|---|
| 244638 | Feb 13, 2022 | $540.00 |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929  Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Fume Ultra 2500 Puffs 10pk - Cotton Candy | $90.00 | $0.00 | $180.00 |
| 2 | Fume Ultra 2500 Puffs 10pk - Mango | $90.00 | $0.00 | $180.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Rainbow Candy | $90.00 | $0.00 | $90.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Strawberry | $90.00 | $0.00 | $90.00 |

Total quantities shipped: **6**

**Customer Note:** This Order Will Be Picked Up.

| | |
|---|---|
| Subtotal: | $540.00 |
| Total: | $540.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005701



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 244925 | Feb 14, 2022 | **$60.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $60.00 | $0.00 | $60.00 |

Total quantities shipped: **1**

|  |  |
|---|---|
| Subtotal: | $60.00 |
| Total: | $60.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005702

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 245710 | Feb 17, 2022 | **$918.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Gold By OPMS - 5ct | $21.75 | $0.00 | $435.00 |
| 20 | Black By OPMS - 5ct | $21.75 | $0.00 | $435.00 |
| 3 | Citrus 5pk By ON - 8mg | $16.00 | $0.00 | $48.00 |

Total quantities shipped: **43**

| | |
|---|---|
| Subtotal: | $918.00 |
| Total: | $918.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005703



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 246172 | Feb 21, 2022 | **$270.00** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Fume Infinity 3500 Puffs 5pk - Tropical Punch | $60.00 | $0.00 | $60.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Cotton Candy | $60.00 | $0.00 | $120.00 |
| 1 | Fume Ultra 2500 Puffs 10pk - Strawberry | $90.00 | $0.00 | $90.00 |

Total quantities shipped: **4**

**Customer Note:** This Order Will Be Picked Up.

| | |
|---|---|
| Subtotal: | $270.00 |
| Total: | $270.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005704

 **INVOICE**

| Order # | Date | Total | |
|---|---|---|---|
| 246175 | Feb 21, 2022 | **$210.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Hyde Edge 1500 Puffs 10pk - Bananas and Cream | $70.00 | $0.00 | $210.00 |

Total quantities shipped: **3**

**Customer Note:** This Order Will Also Be Picked Up.

| | |
|---|---|
| Subtotal: | $210.00 |
| Total: | $210.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005705

# INVOICE

| Order # | Date | Total |  |
|---|---|---|---|
| 246330 | Feb 22, 2022 | **$895.00** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Air Bar Diamond 10pk - Peach Mango | $45.00 | $0.00 | $90.00 |
| 1 | Air Bar Diamond 10pk - Strawberry Kiwi | $45.00 | $0.00 | $45.00 |
| 2 | Air Bar Box 10pk - Cool Mint | $95.00 | $0.00 | $190.00 |
| 1 | Air Bar Box 10pk - Cranberry Grape | $95.00 | $0.00 | $95.00 |
| 1 | Air Bar Box 10pk - Energy Drinks | $95.00 | $0.00 | $95.00 |
| 2 | Air Bar Box 10pk - Grape Ice | $95.00 | $0.00 | $190.00 |
| 1 | Air Bar Box 10pk - Monster Ice | $95.00 | $0.00 | $95.00 |
| 1 | Air Bar Box 10pk - Strawberry Mango | $95.00 | $0.00 | $95.00 |

Total quantities shipped: **11**

**Customer Note:** This Order Will Also Be Picked Up Thursday Or Friday Thanks.

Subtotal: $895.00
Total: $895.00

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005706



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 246331 | Feb 23, 2022 | $150.00 |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Air Bar Max 10pk - Pudding | $75.00 | $0.00 | $75.00 |
| 1 | Air Bar Max 10pk - Sakura Grape | $75.00 | $0.00 | $75.00 |

Total quantities shipped: **2**

| | |
|---|---|
| Subtotal: | $150.00 |
| Total: | $150.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005707

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 246765 | Feb 26, 2022 | $480.00 |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929    Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Fume Infinity 3500 Puffs 5pk - Blue Razz | $60.00 | $0.00 | $120.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Mint Ice | $60.00 | $0.00 | $120.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Lush Ice | $60.00 | $0.00 | $120.00 |
| 2 | Fume Infinity 3500 Puffs 5pk - Strawberry Banana | $60.00 | $0.00 | $120.00 |

Total quantities shipped: **8**

**Customer Note:** This Order Will Be Picked Up By Next Week.

| | |
|---|---|
| Subtotal: | $480.00 |
| Total: | $480.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005708

 **INVOICE**

| Order # | Date | Total | |
|---|---|---|---|
| 247872 | Mar 8, 2022 | **$90.00** |  **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Hyde Edge Recharge 3300 Puffs 10pk - Peachy | $90.00 | $0.00 | $90.00 |

Total quantities shipped: **1**

| | |
|---|---|
| Subtotal: | $90.00 |
| Total: | $90.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005709

# INVOICE



| Order # | Date | Total | |
|---------|------|-------|---|
| 248130 | Mar 9, 2022 | **$613.29** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 20 | Black By OPMS - 5ct | $21.75 | $0.00 | $435.00 |
| 1 | Logic Pro Kit 5pk | $66.79 | $0.00 | $66.79 |
| 1 | myblu Liquidpod 5pk - Gold Leaf 2.4% | $35.75 | $0.00 | $35.75 |
| 1 | myblu Liquidpod 5pk - Tobacco 2.4% | $35.75 | $0.00 | $35.75 |
| 1 | myBlu Device 5pk | $40.00 | $0.00 | $40.00 |

Total quantities shipped: **24**

**Customer Note:** Hello Can I Get This Order Delivered On Friday.

| | |
|---|---|
| Subtotal: | $613.29 |
| Total: | $613.29 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005710

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 248146 | Mar 9, 2022 | **$138.00** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | Turkish Tobacco By Halo E-Liquid - 3mg - 60ml   **Buy 3 Get 1 Free!** | $9.50 | $0.00 | $57.00 |
| 2 | Turkish Tobacco By Halo E-Liquid - 3mg - 60ml | $0.00 | $0.00 | $0.00 |
| 6 | Tribeca By Halo E-Liquid - 3mg - 60ml   **Buy 3 Get 1 Free!** | $9.50 | $0.00 | $57.00 |
| 2 | Tribeca By Halo E-Liquid - 3mg - 60ml | $0.00 | $0.00 | $0.00 |
| 3 | Cubano Black By VGOD - Salt Nicotine 25mg - 30ml   **Buy 3 Get 1 Free!** | $8.00 | $0.00 | $24.00 |
| 1 | Cubano Black By VGOD - Salt Nicotine 25mg - 30ml | $0.00 | $0.00 | $0.00 |

Total quantities shipped: **20**

| | |
|---|---|
| Subtotal: | $138.00 |
| Total: | $138.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005711

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 248199 | Mar 10, 2022 | **$820.00** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Packwoods - DELTA 8 Hemp Blunt - Variety Pack - 2.25 Grams 10ct | $150.00 | $0.00 | $300.00 |
| 3 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Banana & Macaroon | $13.00 | $0.00 | $39.00 |
| 3 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Blow Pop | $13.00 | $0.00 | $39.00 |
| 3 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Cherry Souffle | $13.00 | $0.00 | $39.00 |
| 3 | Packwoods – FLO DELTA 8 Cartridge 1100mg - GMO Cookies | $13.00 | $0.00 | $39.00 |
| 3 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Grapefruit Kush | $13.00 | $0.00 | $39.00 |
| 3 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Ice Cream | $13.00 | $0.00 | $39.00 |
| 3 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Legend OG | $13.00 | $0.00 | $39.00 |
| 3 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Mac & Cheese | $13.00 | $0.00 | $39.00 |
| 3 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Orange Eruption | $13.00 | $0.00 | $39.00 |
| 3 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Pop Rocks | $13.00 | $0.00 | $39.00 |
| 4 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Purple Zaza | $13.00 | $0.00 | $52.00 |
| 3 | Packwoods – FLO DELTA 8 Cartridge 1100mg - The Wedding Mintz | $13.00 | $0.00 | $39.00 |
| 3 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Truffle | $13.00 | $0.00 | $39.00 |

Total quantities shipped: **42**

Subtotal: $820.00
Total: $820.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 250622 | Mar 30, 2022 | **$1,175.00** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | Fume Infinity 3500 Puffs 5pk - Grape Ice | $47.50 | $0.00 | $190.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Kiwi Strawberry | $47.50 | $0.00 | $190.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Mango Ice | $47.50 | $0.00 | $190.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Raspberry Watermelon | $47.50 | $0.00 | $190.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Strawberry Mango | $47.50 | $0.00 | $190.00 |
| 3 | Fume Ultra 2500 Puffs 10pk - Blueberry CC | $75.00 | $0.00 | $225.00 |

Total quantities shipped: **23**

**Customer Note:** Hello This Order Will Be Picked Up.

| | |
|---|---|
| Subtotal: | $1,175.00 |
| Total: | $1,175.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005713

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 251486 | Apr 6, 2022 | **$134.40** | PAID |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929    Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | OG Fronto Whole Leaf - Russian Cream 10pk | $25.00 | $0.00 | $25.00 |
| 1 | Classic Rubber #LT104 20pk | $29.30 | $0.00 | $29.30 |
| 1 | Mini Rubber #LT102 20pk | $28.10 | $0.00 | $28.10 |
| 1 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Indica - Legend OG | $13.00 | $0.00 | $13.00 |
| 1 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Hybrid - Pop Rocks | $13.00 | $0.00 | $13.00 |
| 1 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Sativa - Blow Pop | $13.00 | $0.00 | $13.00 |
| 1 | Packwoods – FLO DELTA 8 Cartridge 1100mg - Sativa - Orange Eruption | $13.00 | $0.00 | $13.00 |

Total quantities shipped: **7**

| | |
|---|---|
| Subtotal: | $134.40 |
| Total: | $134.40 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 251907 | Apr 9, 2022 | **$2,018.96** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Black By OPMS - 5ct | $21.75 | $0.00 | $435.00 |
| 1 | Black By OPMS - Black Shots 45ct | $405.00 | $0.00 | $405.00 |
| 6 | Logic Power 27mg 2ct 10pk - Tobacco | $56.29 | $0.00 | $337.74 |
| 6 | Logic Pro 2ct 10pk - Tobacco 20mg | $59.69 | $0.00 | $358.14 |
| 2 | Logic Pro Kit 5pk | $66.79 | $0.00 | $133.58 |
| 3 | Smooth 5pk By ZYN - 6mg | $19.00 | $0.00 | $57.00 |
| 2 | D-FUSION Gummies 400mg By Green CBD - Mango | $15.00 | $0.00 | $30.00 |
| 2 | D-FUSION Gummies 400mg By Green CBD - Pink Lemonade | $15.00 | $0.00 | $30.00 |
| 3 | D-FUSION Gummies 400mg By Green CBD - Watermelon | $15.00 | $0.00 | $45.00 |
| 3 | SOL - DELTA 9 Gummies 500mg - Blue Razz | $12.50 | $0.00 | $37.50 |
| 3 | SOL - DELTA 9 Gummies 500mg - Mango | $12.50 | $0.00 | $37.50 |
| 3 | SOL - DELTA 9 Gummies 500mg - Pink Lemonade | $12.50 | $0.00 | $37.50 |
| 3 | SOL - DELTA 9 Gummies 500mg - Strawberry | $12.50 | $0.00 | $37.50 |
| 3 | SOL - DELTA 9 Gummies 500mg - Watermelon | $12.50 | $0.00 | $37.50 |

Total quantities shipped: **60**

**Customer Note:** Hello This Order Will Be Delivered Thanks.

Subtotal: $2,018.96
Total: $2,018.96

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005715

# INVOICE

| | | | |
|---|---|---|---|
| **Order #** | **Date** | **Total** | |
| 251967 | Apr 10, 2022 | $175.40 | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Cuban Blend By Naked100 - Salt Nicotine 35mg - 30ml (TFN) **Buy 3 Get 1 Free!** | $8.00 | $0.00 | $24.00 |
| 1 | Cuban Blend By Naked100 - Salt Nicotine 35mg - 30ml (TFN) | $0.00 | $0.00 | $0.00 |
| 1 | Novo 3 By Smok - IML Silver Cobra | $14.95 | $0.00 | $14.95 |
| 1 | Novo 3 By Smok - IML White Cobra | $14.95 | $0.00 | $14.95 |
| 1 | Novo X Kit By Smok - 7-Color Cobra | $19.50 | $0.00 | $19.50 |
| 1 | Novo X Kit By Smok - Black Cobra | $19.50 | $0.00 | $19.50 |
| 1 | Nord Pro Kit By Smok - Black Armor | $17.50 | $0.00 | $17.50 |
| 10 | Novo Pods & Coils - Novo 3 - Mesh 0.8ohm 3pk | $6.50 | $0.00 | $65.00 |

Total quantities shipped: **19**

|  |  |
|---|---|
| Subtotal: | $175.40 |
| Total: | $175.40 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005716



# INVOICE



# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 252447 | Apr 13, 2022 | **$230.00** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Fume Mini 1200 Puffs 10pk - Lush Ice | $57.50 | $0.00 | $57.50 |
| 1 | Fume Mini 1200 Puffs 10pk - Mint Ice | $57.50 | $0.00 | $57.50 |
| 1 | Fume Mini 1200 Puffs 10pk - Pina Colada | $57.50 | $0.00 | $57.50 |
| 1 | Fume Mini 1200 Puffs 10pk - Watermelon Lemonade | $57.50 | $0.00 | $57.50 |

Total quantities shipped: **4**

Subtotal: $230.00
Total: $230.00

NOTICE: **BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005718

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 252809 | Apr 16, 2022 | **$225.00** |  PAID |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Fume Ultra 2500 Puffs 10pk - Gummy Bears | $75.00 | $0.00 | $225.00 |

Total quantities shipped: **3**

|  |  |
|---|---|
| Subtotal: | $225.00 |
| Total: | $225.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005719

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 254444 | May 1, 2022 | **$759.66** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $300.66 |
| 20 | Gold By OPMS - 5ct | $21.75 | $0.00 | $435.00 |
| 3 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml  Buy 3 Get 1 Free! | $8.00 | $0.00 | $24.00 |
| 1 | Mighty Mint By VGOD - Salt Nicotine 50mg - 30ml | $0.00 | $0.00 | $0.00 |

Total quantities shipped: **30**

|  |  |
|---|---|
| Subtotal: | $759.66 |
| Total: | $759.66 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005720

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 257393 | May 24, 2022 | **$1,104.75** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 40 | Gold By OPMS - 5ct | $21.75 | $0.00 | $870.00 |
| 3 | BIC Lighter 50ct Tray - Mini - Assorted Colors | $38.95 | $0.00 | $116.85 |
| 2 | BIC Lighter 50ct Tray - Full Size - Assorted Colors | $50.95 | $0.00 | $101.90 |
| 1 | Citrus 5pk By ON - 4mg | $16.00 | $0.00 | $16.00 |

Total quantities shipped: **46**

Subtotal: $1,104.75
Total: $1,104.75

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005721

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 257470 | May 24, 2022 | **$50.11** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** 1 (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $50.11 |

Total quantities shipped: **1**

| | |
|---|---|
| Subtotal: | $50.11 |
| Total: | $50.11 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005722

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 257627 | May 25, 2022 | $652.50 |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | Black By OPMS - 5ct | $21.75 | $0.00 | $652.50 |

Total quantities shipped: **30**

| | |
|---|---|
| Subtotal: | $652.50 |
| Total: | $652.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005723

# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 258118 | May 28, 2022 | **$1,240.42** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 10 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $501.10 |
| 8 | Logic Power 27mg 2ct 10pk - Tobacco | $56.29 | $0.00 | $450.32 |
| 2 | myblu Liquidpod 5pk - Gold Leaf 2.4% | $35.75 | $0.00 | $71.50 |
| 10 | Black By OPMS - 5ct | $21.75 | $0.00 | $217.50 |

Total quantities shipped: **30**

| | |
|---|---|
| Subtotal: | $1,240.42 |
| Total: | $1,240.42 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005724

 **INVOICE**

| Order # | Date | Total | |
|---|---|---|---|
| 258216 | May 30, 2022 | **$179.07** |  **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Logic Pro 2ct 10pk - Tobacco 20mg | $59.69 | $0.00 | $179.07 |

Total quantities shipped: **3**

| | |
|---|---|
| Subtotal: | $179.07 |
| Total: | $179.07 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005725



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 260550 | Jun 17, 2022 | **$2,328.93** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 40 | Gold By OPMS - 5ct | $21.75 | $0.00 | $870.00 |
| 10 | Black By OPMS - 5ct | $21.75 | $0.00 | $217.50 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $0.00 | $457.44 |
| 6 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $0.00 | $457.44 |
| 5 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $250.55 |
| 1 | Cool Mint 5pk By ZYN - 3mg | $19.00 | $0.00 | $19.00 |
| 3 | Cool Mint 5pk By ZYN - 6mg | $19.00 | $0.00 | $57.00 |

Total quantities shipped: **71**

| | |
|---|---|
| Subtotal: | $2,328.93 |
| Total: | $2,328.93 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005726

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 261256 | Jun 22, 2022 | $380.00 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | Fume Infinity 3500 Puffs 5pk - Gummy Bears | $47.50 | $0.00 | $190.00 |
| 4 | Fume Infinity 3500 Puffs 5pk - Lychee Ice | $47.50 | $0.00 | $190.00 |

Total quantities shipped: **8**

| | |
|---|---|
| Subtotal: | $380.00 |
| Total: | $380.00 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005727

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 261351 | Jun 23, 2022 | **$182.40** | PAID |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Juul Kits - Basic Kit - Slate 8ct | $60.80 | $0.00 | $182.40 |

Total quantities shipped: **3**

| | |
|---|---|
| Subtotal: | $182.40 |
| Total: | $182.40 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005728

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 261846 | Jun 27, 2022 | **$2,408.80** |

 **PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 30 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $0.00 | $2,287.20 |
| 2 | Juul Kits - Basic Kit - Slate 8ct | $60.80 | $0.00 | $121.60 |

Total quantities shipped: **32**

|  |  |
|---|---|
| Subtotal: | $2,408.80 |
| Total: | $2,408.80 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.



| | Order # | Date | Total | |
|---|---|---|---|---|
| | 262108 | Jun 28, 2022 | $150.00 | |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Fume Ultra 2500 Puffs 10pk - Mint Ice | $75.00 | $0.00 | $150.00 |

Total quantities shipped: **2**

|  | |
|---|---|
| Subtotal: | $150.00 |
| Total: | $150.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005730


# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 263152 | Jul 5, 2022 | **$1,087.50** |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 40 | Gold By OPMS - 5ct | $21.75 | $0.00 | $870.00 |
| 10 | Black By OPMS - 5ct | $21.75 | $0.00 | $217.50 |

Total quantities shipped: **50**

Subtotal: $1,087.50
Total: $1,087.50

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005731

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 263205 | Jul 5, 2022 | **$225.16** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | Logic Power 27mg 2ct 10pk - Tobacco | $56.29 | $0.00 | $225.16 |

Total quantities shipped: **4**

Subtotal: $225.16
Total: $225.16

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005732

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 263339 | Jul 6, 2022 | **$3,202.08** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 18 | JUUL Pods 8pk - Menthol 5% 4 Pods | $76.24 | $0.00 | $1,372.32 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $76.24 | $0.00 | $914.88 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $76.24 | $0.00 | $914.88 |

Total quantities shipped: **42**

|  |  |
|---|---|
| Subtotal: | $3,202.08 |
| Total: | $3,202.08 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005733



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 263677 | Jul 7, 2022 | **$493.62** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Logic Power 27mg 2ct 10pk - Tobacco | $56.29 | $0.00 | $168.87 |
| 3 | myblu Liquidpod 5pk - Gold Leaf 2.4% | $35.75 | $0.00 | $107.25 |
| 10 | Gold By OPMS - 5ct | $21.75 | $0.00 | $217.50 |

Total quantities shipped: **16**

| | |
|---|---|
| Subtotal: | $493.62 |
| Total: | $493.62 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005734



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 265031 | Jul 19, 2022 | **$425.90** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | Logic Power 27mg 2ct 10pk - Tobacco | $56.29 | $0.00 | $225.16 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 2pk | $50.41 | $0.00 | $50.41 |
| 3 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $50.11 | $0.00 | $150.33 |

Total quantities shipped: **8**

|  |  |
|---|---|
| Subtotal: | $425.90 |
| Total: | $425.90 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005735

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 265113 | Jul 19, 2022 | **$38.00** | **PAID**  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Cool Mint 5pk By ZYN - 6mg | $19.00 | $0.00 | $38.00 |

Total quantities shipped: **2**

| | |
|---|---|
| Subtotal: | $38.00 |
| Total: | $38.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

**INVOICE**

| Order # | Date | Total |  |
|---------|------|-------|------|
| 271433 | Sep 1, 2022 | **$235.00** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 4 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $58.75 | $0.00 | $235.00 |

Total quantities shipped: **4**

|  |  |
|--|--|
| Subtotal: | $235.00 |
| Total: | $235.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005737



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 271437 | Sep 1, 2022 | **$281.45** |



**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929    Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | Logic Power 27mg 2ct 10pk - Tobacco | $56.29 | $0.00 | $281.45 |

Total quantities shipped: **5**

**Customer Note:** --CUSTOMER WILL PICK UP THE ORDER

| | |
|---|---|
| Subtotal: | $281.45 |
| Total: | $281.45 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005738



# INVOICE

| Order # | Date | Total | |
|---------|------|-------|---|
| 271823 | Sep 5, 2022 | $10,764.00 |  |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 42 | JUUL Pods 8pk - Menthol 5% 4 Pods | $78.00 | $0.00 | $3,276.00 |
| 12 | JUUL Pods 8pk - Menthol 3% 4 Pods | $78.00 | $0.00 | $936.00 |
| 30 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $78.00 | $0.00 | $2,340.00 |
| 54 | JUUL Pods 8pk - Virginia Tobacco 3% 4 Pods | $78.00 | $0.00 | $4,212.00 |

Total quantities shipped: **138**

**Customer Note:** Hello This Order Will Be Picked Up By This Week. --CUSTOMER WILL PICK UP THE ORDER

Subtotal: $10,764.00
Total: $10,764.00

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005739

 **INVOICE**

| Order # | Date | Total | |
|---------|------|-------|---|
| 271977 | Sep 6, 2022 | **$180.00** |  **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 2 | STIG XL 700 Puffs 10pk - Cubano | $45.00 | $0.00 | $90.00 |
| 2 | STIG XL 700 Puffs 10pk - Dry Tobacco | $45.00 | $0.00 | $90.00 |

Total quantities shipped: **4**

| | |
|---|---|
| Subtotal: | $180.00 |
| Total: | $180.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005740



# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 271978 | Sep 6, 2022 | $90.00 |



PAID

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 2 | STIG XL 700 Puffs 10pk - Mighty Mint | $45.00 | $0.00 | $90.00 |

Total quantities shipped: **2**

**Customer Note:** --CUSTOMER WILL
PICK UP THE ORDER

|  |  |
|--|--|
| Subtotal: | $90.00 |
| Total: | $90.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005741

# INVOICE



| Order # | Date | Total | PAID |
|---|---|---|---|
| 273475 | Sep 16, 2022 | $5,210.20 | |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Atomic 9 By Cloudious 9 - Black | $37.99 | $0.00 | $75.98 |
| 2 | Atomic 9 By Cloudious 9 - Gray | $37.99 | $0.00 | $75.98 |
| 1 | Lookah - SNAIL Wax Kit - Black | $25.00 | $0.00 | $25.00 |
| 1 | Lookah - SNAIL Wax Kit - Blue | $25.00 | $0.00 | $25.00 |
| 1 | Lookah - SNAIL Wax Kit - Red | $25.00 | $0.00 | $25.00 |
| 1 | Lookah - Seahorse Max - Blue | $90.00 | $0.00 | $90.00 |
| 1 | Lookah - Seahorse Max - Red | $90.00 | $0.00 | $90.00 |
| 1 | Lookah - Seahorse Max - Royal Gold - Limited Edition | $95.00 | $0.00 | $95.00 |
| 1 | Lookah - Unicorn Portable Electric Dab Rig - Blue | $95.00 | $0.00 | $95.00 |
| 1 | Lookah - Unicorn Portable Electric Dab Rig - Red | $95.00 | $0.00 | $95.00 |
| 1 | Lookah - Unicorn Portable Electric Dab Rig - Royal Gold - Limited Edition | $99.00 | $0.00 | $99.00 |
| 1 | Lookah - Ice Cream Dry Herb Vaporizer - Black | $35.00 | $0.00 | $35.00 |
| 1 | Lookah - Ice Cream Dry Herb Vaporizer - Orange | $35.00 | $0.00 | $35.00 |
| 1 | Lookah - Ice Cream Dry Herb Vaporizer - Red | $35.00 | $0.00 | $35.00 |
| 1 | Lookah - Q7 Enail Dab Kit - Blue | $65.00 | $0.00 | $65.00 |
| 1 | Lookah - Q7 Enail Dab Kit - Red | $65.00 | $0.00 | $65.00 |
| 1 | Lookah - Q7 Enail Dab Kit - Royal Gold - Limited Edition | $65.00 | $0.00 | $65.00 |
| 1 | PAX ERA LIFE - Blaze | $17.50 | $0.00 | $17.50 |
| 1 | PAX ERA LIFE - Grass | $17.50 | $0.00 | $17.50 |
| 2 | PAX ERA LIFE - Indigo | $17.50 | $0.00 | $35.00 |
| 2 | PAX ERA LIFE - Onyx | $17.50 | $0.00 | $35.00 |
| 2 | PAX 3 Complete Kit - Burgundy | $165.00 | $0.00 | $330.00 |
| 2 | PAX 3 Complete Kit - Onyx | $165.00 | $0.00 | $330.00 |
| 2 | PAX 3 Complete Kit - Sage | $165.00 | $0.00 | $330.00 |
| 2 | PAX 2 - Charcoal | $106.31 | $0.00 | $212.62 |
| 2 | PAX 2 - Platinum | $106.31 | $0.00 | $212.62 |
| 3 | Puffco Plus - Vision Plus - Vaporizer | $50.00 | $0.00 | $150.00 |
| 3 | Puffco Plus - Vision Plus - Chambers | $14.00 | $0.00 | $42.00 |
| 2 | Puffco Peak Pro - Peak Pro - Vaporizer | $300.00 | $0.00 | $600.00 |
| 2 | Puffco Peak Pro - Peak Pro - 3D Chambers (Limited Edition) | $75.00 | $0.00 | $150.00 |
| 2 | Puffco Peak Pro - Peak Pro - Power Dock | $80.00 | $0.00 | $160.00 |
| 2 | Puffco Peak - Peak - Vaporizer | $120.00 | $0.00 | $240.00 |
| 3 | Puffco Peak - Peak - Atomizers | $24.00 | $0.00 | $72.00 |
| 3 | Silo By CCELL - Blue | $12.50 | $0.00 | $37.50 |
| 3 | Silo By CCELL - Pink | $12.50 | $0.00 | $37.50 |
| 3 | Silo By CCELL - Black | $12.50 | $0.00 | $37.50 |
| 3 | Silo By CCELL - Grey | $12.50 | $0.00 | $37.50 |
| 2 | STIG XL 700 Puffs 10pk - Crisp Apple | $45.00 | $0.00 | $90.00 |
| 2 | STIG XL 700 Puffs 10pk - Iced Apple Bomb | $45.00 | $0.00 | $90.00 |
| 2 | STIG XL 700 Puffs 10pk - Iced Berry Bomb | $45.00 | $0.00 | $90.00 |
| 2 | STIG XL 700 Puffs 10pk - Iced Mango Bomb | $45.00 | $0.00 | $90.00 |
| 2 | STIG XL 700 Puffs 10pk - Iced Purple Bomb | $45.00 | $0.00 | $90.00 |
| 2 | STIG XL 700 Puffs 10pk - Lush Ice | $45.00 | $0.00 | $90.00 |
| 2 | STIG XL 700 Puffs 10pk - Tropical Mango | $45.00 | $0.00 | $90.00 |
| 10 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $58.75 | $0.00 | $587.50 |

Total quantities shipped: **88**

**Customer Note:** --CUSTOMER WILL PICK UP THE ORDER

| | |
|---|---|
| Subtotal: | $5,392.70 |
| B5G1 Discount: | -$182.5 |
| Total: | $5,210.20 |

RZSMOKE00005742

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005743

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 273627 | Sep 18, 2022 | **$391.60** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929    Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Juul Kits - Basic Kit - Slate 8ct | $60.80 | $0.00 | $121.60 |
| 2 | STIG XL 700 Puffs 10pk - Cubano | $45.00 | $0.00 | $90.00 |
| 2 | STIG XL 700 Puffs 10pk - Dry Tobacco | $45.00 | $0.00 | $90.00 |
| 2 | STIG XL 700 Puffs 10pk - Mighty Mint | $45.00 | $0.00 | $90.00 |

Total quantities shipped: **8**

| | |
|---|---|
| Subtotal: | $391.60 |
| Total: | $391.60 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005744



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 275847 | Oct 5, 2022 | **$2,871.15** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 8 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $58.75 | $0.00 | $470.00 |
| 20 | Black By OPMS - 5ct | $21.75 | $0.00 | $435.00 |
| 50 | Gold By OPMS - 5ct | $21.75 | $0.00 | $1,087.50 |
| 5 | Red Vein Maeng Da By Remarkable Herbs - 8 oz | $14.50 | $0.00 | $72.50 |
| 10 | White Vein Maeng Da By Remarkable Herbs - 1 oz | $2.50 | $0.00 | $25.00 |
| 6 | White Vein Maeng Da By Remarkable Herbs - 3 oz | $6.00 | $0.00 | $36.00 |
| 6 | White Vein Maeng Da By Remarkable Herbs - 8 oz | $14.50 | $0.00 | $87.00 |
| 1 | White Vein Maeng Da By Remarkable Herbs - 20 oz | $30.00 | $0.00 | $30.00 |
| 10 | Red Vein Bali By Remarkable Herbs - 3 oz | $6.50 | $0.00 | $65.00 |
| 6 | Red Vein Bali By Remarkable Herbs - 8 oz | $15.50 | $0.00 | $93.00 |
| 10 | Green Vein Maeng Da By Remarkable Herbs - 1 oz | $2.50 | $0.00 | $25.00 |
| 7 | Green Vein Maeng Da By Remarkable Herbs - 3 oz | $6.00 | $0.00 | $42.00 |
| 6 | Green Vein Maeng Da By Remarkable Herbs - 8 oz | $14.50 | $0.00 | $87.00 |
| 1 | Green Vein Maeng Da By Remarkable Herbs - 20 oz | $30.00 | $0.00 | $30.00 |
| 3 | Green Vein Indo By Remarkable Herbs - 3 oz | $6.00 | $0.00 | $18.00 |
| 3 | Green Vein Indo By Remarkable Herbs - 8 oz | $14.50 | $0.00 | $43.50 |
| 3 | Green Vein Malaysian By Remarkable Herbs - 3 oz | $6.50 | $0.00 | $19.50 |
| 3 | Green Vein Malaysian By Remarkable Herbs - 8 oz | $15.50 | $0.00 | $46.50 |
| 7 | Green Vein Vietnam By Remarkable Herbs - 1 oz | $2.50 | $0.00 | $17.50 |
| 3 | Green Vein Vietnam By Remarkable Herbs - 3 oz | $6.00 | $0.00 | $18.00 |
| 1 | Green Vein Vietnam By Remarkable Herbs - 8 oz | $14.50 | $0.00 | $14.50 |
| 1 | Green Vein Thai By Remarkable Herbs - 3 oz | $5.60 | $0.00 | $5.60 |
| 3 | Green Vein Thai By Remarkable Herbs - 8 oz | $14.10 | $0.00 | $42.30 |
| 5 | White Vein Indo By OPMS - 36g - 60 Capsules | $5.75 | $0.00 | $28.75 |
| 1 | Red Vein Bali By Remarkable Herbs - 20 oz | $32.00 | $0.00 | $32.00 |

Total quantities shipped: **179**

|  | |
|---|---|
| Subtotal: | $2,871.15 |
| Total: | $2,871.15 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005745



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 278277 | Oct 26, 2022 | $679.75 |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 20 | Gold By OPMS - 5ct | $21.75 | $0.00 | $435.00 |
| 10 | Red Vein Bali By Remarkable Herbs - 8 oz | $15.50 | $0.00 | $155.00 |
| 6 | Red Vein Sumatra By OPMS - 36g - 60 Capsules | $6.25 | $0.00 | $37.50 |
| 5 | Red Vein Maeng Da By OPMS - 1oz - Powder | $2.75 | $0.00 | $13.75 |
| 1 | Logic Power Rechargable Kit 27mg 5pk - Tobacco | $38.50 | $0.00 | $38.50 |

Total quantities shipped: **42**

| | |
|---|---|
| Subtotal: | $679.75 |
| Total: | $679.75 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005746

 **INVOICE**

| Order # | Date | Total |
|---|---|---|
| 278281 | Oct 26, 2022 | **$223.50** |

 **PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | | Price | Tax | Subtotal |
|---|---|---|---|---|---|
| 3 | Tribeca By Halo E-Liquid - 3mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $0.00 | $28.50 |
| 1 | Tribeca By Halo E-Liquid - 3mg - 60ml | | $0.00 | $0.00 | $0.00 |
| 1 | Tribeca By Halo E-Liquid - 6mg - 60ml | | $9.50 | $0.00 | $9.50 |
| 3 | Tribeca By Halo E-Liquid - 12mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $0.00 | $28.50 |
| 1 | Tribeca By Halo E-Liquid - 12mg - 60ml | | $0.00 | $0.00 | $0.00 |
| 2 | Tribeca By Halo E-Liquid - 18mg - 60ml | | $9.50 | $0.00 | $19.00 |
| 1 | Tribeca By Halo E-Liquid - 24mg - 60ml | | $9.50 | $0.00 | $9.50 |
| 3 | Turkish Tobacco By Halo E-Liquid - 3mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $0.00 | $28.50 |
| 1 | Turkish Tobacco By Halo E-Liquid - 3mg - 60ml | | $0.00 | $0.00 | $0.00 |
| 3 | Turkish Tobacco By Halo E-Liquid - 6mg - 60ml | Buy 3 Get 1 Free! | $9.50 | $0.00 | $28.50 |
| 1 | Turkish Tobacco By Halo E-Liquid - 6mg - 60ml | | $0.00 | $0.00 | $0.00 |
| 1 | Turkish Tobacco By Halo E-Liquid - 12mg - 60ml | | $9.50 | $0.00 | $9.50 |
| 2 | Turkish Tobacco By Halo E-Liquid - 18mg - 60ml | | $9.50 | $0.00 | $19.00 |
| 2 | Turkish Tobacco By Halo E-Liquid - 24mg - 60ml | | $9.50 | $0.00 | $19.00 |
| 3 | Cubano Silver By VGOD - Salt Nicotine 25mg - 30ml | Buy 3 Get 1 Free! | $8.00 | $0.00 | $24.00 |
| 1 | Cubano Silver By VGOD - Salt Nicotine 25mg - 30ml | | $0.00 | $0.00 | $0.00 |

Total quantities shipped: **29**

| | |
|---|---|
| Subtotal: | $223.50 |
| Total: | $223.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005747

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 280246 | Nov 14, 2022 | **$1,012.45** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929  Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | | Price | Tax | Subtotal |
|---|---|---|---|---|---|
| 3 | Cuban Tobacco By Fume Salts - Salt Nicotine 50mg - 30ml | Buy 3 Get 1 Free! | $8.00 | $0.00 | $24.00 |
| 1 | Cuban Tobacco By Fume Salts - Salt Nicotine 50mg - 30ml | | $0.00 | $0.00 | $0.00 |
| 6 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | | $58.75 | $0.00 | $352.50 |
| 20 | Black By OPMS - 5ct | | $21.75 | $0.00 | $435.00 |
| 3 | BIC Lighter 50ct Tray - Mini - Assorted Colors | | $41.00 | $0.00 | $123.00 |
| 1 | BIC Lighter 50ct Tray - Full Size - Assorted Colors | | $50.95 | $0.00 | $50.95 |
| 6 | Randy's Glass Cleaner - Black Label 12oz | | $4.50 | $0.00 | $27.00 |

Total quantities shipped: **40**

|  |  |
|---|---|
| Subtotal: | $1,012.45 |
| Total: | $1,012.45 |

---

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005748

# INVOICE



| Order # | Date | Total Due |
|---|---|---|
| 280447 | Nov 16, 2022 | **$210.00** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | FLUM Pebble 6000 Puff - Clear | $105.00 | $0.00 | $210.00 |

Total quantities shipped: **2**

**Customer Note:** --CUSTOMER WILL PICK UP THE ORDER

| | |
|---|---|
| Subtotal: | $210.00 |
| Total: | $210.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005749

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 283978 | Dec 22, 2022 | **$1,138.85** | **PAID** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | SOLO Power Unit Kit 5pk By VUSE | $51.30 | $0.00 | $102.60 |
| 15 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $58.75 | $0.00 | $881.25 |
| 10 | Red Vein Bali By Remarkable Herbs - 8 oz | $15.50 | $0.00 | $155.00 |

Total quantities shipped: **27**

|  | |
|---|---|
| Subtotal: | $1,138.85 |
| Total: | $1,138.85 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005750

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 283979 | Dec 22, 2022 | **$58.75** |

 **PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Original | $58.75 | $0.00 | $58.75 |

Total quantities shipped: **1**

Subtotal: $58.75
Total: $58.75

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005751

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 287205 | Jan 19, 2023 | **$1,682.86** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $58.75 | $0.00 | $235.00 |
| 2 | Wintergreen 5pk By Rogue - 6mg | $20.71 | $0.00 | $41.42 |
| 2 | Peppermint 5pk By Rogue - 6mg | $20.71 | $0.00 | $41.42 |
| 1 | Honey Lemon 5pk By Rogue - 6mg | $20.71 | $0.00 | $20.71 |
| 1 | Mango 5pk By Rogue - 6mg | $20.71 | $0.00 | $20.71 |
| 40 | Gold By OPMS - 5ct | $21.75 | $0.00 | $870.00 |
| 3 | Palm Pro By CCELL - Baby Blue | $17.50 | $0.00 | $52.50 |
| 3 | Palm Pro By CCELL - Champagne | $18.50 | $0.00 | $55.50 |
| 3 | Palm Pro By CCELL - Deep Purple | $17.50 | $0.00 | $52.50 |
| 3 | Palm Pro By CCELL - Forest Green | $17.50 | $0.00 | $52.50 |
| 3 | Palm Pro By CCELL - Graphite | $17.50 | $0.00 | $52.50 |
| 3 | M3 Battery By CCELL - Black | $4.50 | $0.00 | $13.50 |
| 3 | M3 Battery By CCELL - Gray | $4.50 | $0.00 | $13.50 |
| 3 | M3 Battery By CCELL - Silver | $4.50 | $0.00 | $13.50 |
| 3 | M3B Battery By CCELL - Black | $7.50 | $0.00 | $22.50 |
| 3 | M3B Battery By CCELL - Gray | $7.50 | $0.00 | $22.50 |
| 3 | M3B Battery By CCELL - Silver | $7.50 | $0.00 | $22.50 |
| 3 | M3B Pro Battery By CCELL - Black | $8.90 | $0.00 | $26.70 |
| 3 | M3B Pro Battery By CCELL - Gray | $8.90 | $0.00 | $26.70 |
| 3 | M3B Pro Battery By CCELL - Silver | $8.90 | $0.00 | $26.70 |

Total quantities shipped: **92**

| | |
|---|---|
| Subtotal: | $1,682.86 |
| Total: | $1,682.86 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005752

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 289146 | Feb 12, 2023 | **$2,452.99** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 3 | Blu Pods 5pk - Gold Leaf 2.4% | $35.75 | $0.00 | $107.25 |
| 1 | Blu Device 5pk | $40.00 | $0.00 | $40.00 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $49.50 | $0.00 | $49.50 |
| 6 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $387.84 |
| 40 | Gold By OPMS - 5ct | $21.75 | $0.00 | $870.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $405.00 | $0.00 | $405.00 |
| 7 | Red Vein Maeng Da By OPMS - 1oz - Powder | $2.75 | $0.00 | $19.25 |
| 5 | Red Vein Maeng Da By Remarkable Herbs - 8 oz | $14.50 | $0.00 | $72.50 |
| 4 | Green Vein Indo By Remarkable Herbs - 8 oz | $14.50 | $0.00 | $58.00 |
| 7 | Red Vein Bali By Remarkable Herbs - 8 oz | $15.50 | $0.00 | $108.50 |
| 3 | Green Vein Thai By Remarkable Herbs - 8 oz | $14.10 | $0.00 | $42.30 |
| 4 | Green Vein Vietnam By Remarkable Herbs - 8 oz | $14.50 | $0.00 | $58.00 |
| 2 | BIC Lighter 50ct Tray - Mini - Assorted Colors | $41.00 | $0.00 | $82.00 |
| 3 | BIC Lighter 50ct Tray - Full Size - Assorted Colors | $50.95 | $0.00 | $152.85 |

Total quantities shipped: **87**

|  |  |
|---|---|
| Subtotal: | $2,452.99 |
| Total: | $2,452.99 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005753

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 291410 | Mar 19, 2023 | **$1,733.90** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929    Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $646.40 |
| 50 | Gold By OPMS - 5ct | $21.75 | $0.00 | $1,087.50 |

Total quantities shipped: **60**

| | |
|---|---|
| Subtotal: | $1,733.90 |
| Total: | $1,733.90 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005754

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 295589 | Apr 16, 2023 | **$1,387.31** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929  Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $258.56 |
| 50 | Gold By OPMS - 5ct | $21.75 | $0.00 | $1,087.50 |
| 15 | Red Vein Maeng Da By OPMS - 1oz - Powder | $2.75 | $0.00 | $41.25 |

Total quantities shipped: **69**

| | |
|---|---|
| Subtotal: | $1,387.31 |
| Total: | $1,387.31 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005755

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 295592 | Apr 16, 2023 | **$728.34** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 2 | Blu Pods 5pk - Gold Leaf 2.4% | $35.50 | $0.00 | $71.00 |
| 6 | Blu Disposable 5pk - Classic Tobacco 2.4% | $25.90 | $0.00 | $155.40 |
| 10 | Blu Disposable 5pk - Polar Mint 2.4% | $25.90 | $0.00 | $259.00 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $61.64 | $0.00 | $61.64 |
| 5 | STIIIZY - Original Battery - Camo | $14.38 | $0.00 | $71.90 |
| 5 | STIIIZY - BIIIG Battery - Camo | $21.88 | $0.00 | $109.40 |

Total quantities shipped: **29**

|  | |
|---|---|
| Subtotal: | $728.34 |
| Total: | $728.34 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005756

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 297031 | May 1, 2023 | **$2,956.21** | PAID |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | Blu Disposable 5pk - Classic Tobacco 2.4% | $25.90 | $0.00 | $103.60 |
| 6 | Blu Disposable 5pk - Polar Mint 2.4% | $25.90 | $0.00 | $155.40 |
| 3 | EB Design BC5000 10pk - Clear 5% | $90.00 | $0.00 | $270.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Cool Mint | $105.00 | $0.00 | $105.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Icy Mint | $105.00 | $0.00 | $105.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Spearmint | $105.00 | $0.00 | $105.00 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $90.00 | $0.00 | $1,080.00 |
| 4 | Logic Power 27mg 2ct 10pk - Menthol | $60.05 | $0.00 | $240.20 |
| 4 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $258.56 |
| 1 | Gold By OPMS - Gold Shots 45ct | $395.00 | $0.00 | $395.00 |
| 1 | Wintergreen 5pk By Rogue - 6mg | $20.71 | $0.00 | $20.71 |
| 1 | Honey Lemon 5pk By Rogue - 6mg | $20.71 | $0.00 | $20.71 |
| 1 | Mango 5pk By Rogue - 6mg | $20.71 | $0.00 | $20.71 |
| 2 | Wintergreen 5pk By ZYN - 3mg | $19.08 | $0.00 | $38.16 |
| 2 | Cool Mint 5pk By ZYN - 6mg | $19.08 | $0.00 | $38.16 |

Total quantities shipped: **44**

**Customer Note:** Hello Can You Add Few ZYN Small Window Stickers If You Have Available Please.

| | |
|---|---|
| Subtotal: | $2,956.21 |
| Total: | $2,956.21 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005757

# INVOICE

| Order # | Date | Total |
|---|---|---|
| 299653 | May 28, 2023 | **$2,518.62** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | FLUM Pebble 6000 Puff 10pk - Arctic Icy | $105.00 | $0.00 | $105.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Cool Mint | $105.00 | $0.00 | $105.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Icy Mint | $105.00 | $0.00 | $105.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Straw Mango | $105.00 | $0.00 | $105.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - Strawmelon | $105.00 | $0.00 | $105.00 |
| 1 | FLUM Pebble 6000 Puff 10pk - StrawMelon Apple | $105.00 | $0.00 | $105.00 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $61.64 | $0.00 | $61.64 |
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 2.4% 2pk | $61.64 | $0.00 | $61.64 |
| 2 | ALTO Pods 5pk By VUSE - Golden Tobacco 5.0% 2pk | $61.64 | $0.00 | $123.28 |
| 50 | Gold By OPMS - 5ct | $21.50 | $0.00 | $1,075.00 |
| 6 | Green Vein Maeng Da By OPMS - 36g - 60 Capsules | $5.31 | $0.00 | $31.86 |
| 12 | Red Vein Maeng Da By OPMS - 1oz - Powder | $2.31 | $0.00 | $27.72 |
| 7 | Green Vein Maeng Da By Remarkable Herbs - 3 oz | $5.00 | $0.00 | $35.00 |
| 4 | Red Vein Maeng Da By Remarkable Herbs - 3 oz | $5.00 | $0.00 | $20.00 |
| 7 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $452.48 |

Total quantities shipped: **96**

| | |
|---|---|
| Subtotal: | $2,518.62 |
| Total: | $2,518.62 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005758

# INVOICE





| Order # | Date | Total |
|---|---|---|
| 299772 | May 29, 2023 | **$129.63** |

**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** |

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929    Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:**

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | STIIIZY - Original Battery - Black | $13.50 | $0.00 | $67.50 |
| 1 | Wintergreen 5pk By Rogue - 6mg | $20.71 | $0.00 | $20.71 |
| 2 | Mango 5pk By Rogue - 6mg | $20.71 | $0.00 | $41.42 |

Total quantities shipped: **8**

|  |  |
|---|---|
| Subtotal: | $129.63 |
| Total: | $129.63 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005759



# INVOICE

| Order # | Date | Total | PAID |
|---|---|---|---|
| 301763 | Jun 21, 2023 | **$1,927.52** | |

 

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | Blu Disposable 5pk - Classic Tobacco 2.4% | $25.90 | $0.00 | $155.40 |
| 12 | JUUL Pods 8pk - Virginia Tobacco 5% 4 Pods | $90.00 | $0.00 | $1,080.00 |
| 6 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $387.84 |
| 4 | White Vein Maeng Da By Remarkable Herbs - 3 oz | $5.00 | $0.00 | $20.00 |
| 6 | Green Vein Malaysian By Remarkable Herbs - 8 oz | $14.38 | $0.00 | $86.28 |
| 2 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $99.00 | $0.00 | $198.00 |

Total quantities shipped: **36**

|  | |
|---|---|
| Subtotal: | $1,927.52 |
| Total: | $1,927.52 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005760



# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 302979 | Jul 5, 2023 | $1,459.21 |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929    Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 1 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $61.64 | $0.00 | $61.64 |
| 3 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $193.92 |
| 1 | Rogue Nicotine Pouches 5pk - Apple 6mg | $20.71 | $0.00 | $20.71 |
| 1 | Rogue Nicotine Pouches 5pk - Berry 6mg | $20.71 | $0.00 | $20.71 |
| 2 | Rogue Nicotine Pouches 5pk - Spearmint 6mg | $20.71 | $0.00 | $41.42 |
| 2 | Rogue Nicotine Pouches 5pk - Wintergreen 6mg | $20.71 | $0.00 | $41.42 |
| 30 | Gold By OPMS - 5ct | $21.50 | $0.00 | $645.00 |
| 1 | Gold By OPMS - Gold Shots 45ct | $395.00 | $0.00 | $395.00 |
| 3 | Green Vein Maeng Da By Remarkable Herbs - 8 oz | $13.13 | $0.00 | $39.39 |

Total quantities shipped: **44**

| | |
|---|---|
| Subtotal: | $1,459.21 |
| Total: | $1,459.21 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005761

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 306193 | Aug 8, 2023 | **$2,263.97** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | Logic Power 27mg 2ct 10pk - Tobacco | $60.05 | $0.00 | $360.30 |
| 1 | Logic Pro 2ct 10pk - Tobacco 20mg | $64.26 | $0.00 | $64.26 |
| 1 | ALTO Pods 5pk By VUSE - Menthol 5.0% 2pk | $61.64 | $0.00 | $61.64 |
| 5 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $323.20 |
| 2 | ZYN Nicotine Pouches 5pk - Wintergreen 3mg | $19.08 | $0.00 | $38.16 |
| 1 | Rogue Nicotine Pouches 5pk - Spearmint 6mg | $20.71 | $0.00 | $20.71 |
| 1 | Rogue Nicotine Pouches 5pk - Wintergreen 6mg | $20.71 | $0.00 | $20.71 |
| 2 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $99.00 | $0.00 | $198.00 |
| 10 | Black By OPMS - 5ct | $21.50 | $0.00 | $215.00 |
| 30 | Gold By OPMS - 5ct | $21.50 | $0.00 | $645.00 |
| 6 | Green Vein Maeng Da By Remarkable Herbs - 8 oz | $13.13 | $0.00 | $78.78 |
| 6 | Red Vein Bali By Remarkable Herbs - 8 oz | $14.38 | $0.00 | $86.28 |
| 5 | Red Vein Maeng Da By Remarkable Herbs - 8 oz | $13.13 | $0.00 | $65.65 |
| 6 | Green Vein Malaysian By Remarkable Herbs - 8 oz | $14.38 | $0.00 | $86.28 |

Total quantities shipped: **82**

| | |
|---|---|
| Subtotal: | $2,263.97 |
| Total: | $2,263.97 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005762

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 308611 | Sep 5, 2023 | **$1,368.35** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $61.64 | $0.00 | $61.64 |
| 6 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $387.84 |
| 1 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $19.08 | $0.00 | $19.08 |
| 1 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $19.08 | $0.00 | $19.08 |
| 1 | Rogue Nicotine Pouches 5pk - Wintergreen 6mg | $20.71 | $0.00 | $20.71 |
| 10 | Black By OPMS - 5ct | $21.50 | $0.00 | $215.00 |
| 30 | Gold By OPMS - 5ct | $21.50 | $0.00 | $645.00 |

Total quantities shipped: **50**

|  | |
|---|---|
| Subtotal: | $1,368.35 |
| Total: | $1,368.35 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005763



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 316808 | Sep 28, 2023 | $406.92 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $387.84 |
| 1 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $19.08 | $0.00 | $19.08 |

Total quantities shipped: **7**

|  |  |
|---|---|
| Subtotal: | $406.92 |
| Total: | $406.92 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005764

# INVOICE

| Order # | Date | Total |
|---------|------|-------|
| 325202 | Oct 13, 2023 | **$523.23** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $61.64 | $0.00 | $61.64 |
| 5 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $323.20 |
| 1 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $99.00 | $0.00 | $99.00 |
| 3 | Green Vein Maeng Da By Remarkable Herbs - 8 oz | $13.13 | $0.00 | $39.39 |

Total quantities shipped: **10**

|  |  |
|--|--|
| Subtotal: | $523.23 |
| Total: | $523.23 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005765

# INVOICE

| Order # | Date | Total | |
|---|---|---|---|
| 325334 | Oct 16, 2023 | **$379.08** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | Black By OPMS - 5ct | $21.50 | $0.00 | $215.00 |
| 10 | Gold By OPMS - 5ct | $21.50 | $0.00 | $215.00 |

Total quantities shipped: **20**

**Customer Note:** Hello Can You Please Deliver After 12:00 In The Afternoon.

| | |
|---|---|
| Subtotal: | $430.00 |
| RewardZ Discount: | -$50.92 |
| Total: | $379.08 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005766

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 327229 | Nov 7, 2023 | **$1,048.73** | **PAID** |

 

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Juul Kits - Basic Kit - Slate 8ct | $60.80 | $0.00 | $60.80 |
| 1 | Juul Kits - Basic Kit - Silver 8ct | $60.80 | $0.00 | $60.80 |
| 5 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $323.20 |
| 1 | SOLO Power Unit Kit 5pk By VUSE | $51.30 | $0.00 | $51.30 |
| 2 | Rogue Nicotine Pouches 5pk - Wintergreen 6mg | $20.71 | $0.00 | $41.42 |
| 10 | Gold By OPMS - 5ct | $21.50 | $0.00 | $215.00 |
| 10 | Black By OPMS - 5ct | $21.50 | $0.00 | $215.00 |
| 3 | Green Vein Malaysian By Remarkable Herbs - 8 oz | $14.38 | $0.00 | $43.14 |
| 3 | Green Vein Thai By Remarkable Herbs - 8 oz | $12.69 | $0.00 | $38.07 |

Total quantities shipped: **36**

**Customer Note:** Hello Can You Deliver After 12PM Thank You.

| | |
|---|---|
| Subtotal: | $1,048.73 |
| Total: | $1,048.73 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005767



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 327413 | Nov 8, 2023 | **$416.50** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | | Price | Tax | Subtotal |
|---|---|---|---|---|---|
| 20 | Lava Flow By Naked100 - 12mg - 60ml | Buy 3 Get 1 Free! | $9.00 | $0.00 | $180.00 |
| 6 | Lava Flow By Naked100 - 12mg - 60ml | | $0.00 | $0.00 | $0.00 |
| 11 | Gold By OPMS - 5ct | | $21.50 | $0.00 | $236.50 |

Total quantities shipped: **37**

**Customer Note:** Hello Can You Deliver After 12PM Thank You.

| | |
|---|---|
| Subtotal: | $416.50 |
| Total: | $416.50 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005768



# INVOICE



| Order # | Date | Total |
|---|---|---|
| 327425 | Nov 8, 2023 | $207.50 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Breeze Prime 6000 Puffs 5pk - Mint | $65.00 | $0.00 | $65.00 |
| 1 | Breeze Pro 2000 Puffs 10pk - Mint | $92.50 | $0.00 | $92.50 |
| 1 | Dummy Vapes 8000 Puffs 5pk - Clear | $50.00 | $0.00 | $50.00 |

Total quantities shipped: **3**

| | |
|---|---|
| Subtotal: | $207.50 |
| Total: | $207.50 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005769

 **INVOICE**

| Order # | Date | Total | |
|---|---|---|---|
| 328320 | Nov 17, 2023 | **$416.42** |  **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** 1 (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 4 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $258.56 |
| 1 | ZYN Nicotine Pouches 5pk - Citrus 6mg | $19.62 | $0.00 | $19.62 |
| 1 | ZYN Nicotine Pouches 5pk - Cool Mint 6mg | $19.62 | $0.00 | $19.62 |
| 1 | ZYN Nicotine Pouches 5pk - Wintergreen 6mg | $19.62 | $0.00 | $19.62 |
| 1 | MIT45 Kratom Liquid - MIT45 Gold 12ct | $99.00 | $0.00 | $99.00 |

Total quantities shipped: **8**

**Customer Note:** Hello Can You Deliver After 12:00 Thank You.

Subtotal: $416.42
Total: $416.42

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005770

# INVOICE


| Order # | Date | Total |
|---|---|---|
| 328374 | Nov 18, 2023 | **$60.00** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | Crave Max 2500 Puffs 10pk - Clear 3% | $60.00 | $0.00 | $60.00 |

Total quantities shipped: **1**

**Customer Note:** Pls deliver monday after 12:00 pm thank you

| | |
|---|---|
| Subtotal: | $60.00 |
| Total: | $60.00 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005771

# INVOICE


| Order # | Date | Total |
|---------|------|-------|
| 329775 | Dec 5, 2023 | **$538.56** |


**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 1 | Breeze Prime 6000 Puffs 5pk - Mint | $65.00 | $0.00 | $65.00 |
| 4 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $258.56 |
| 10 | Black By OPMS - 5ct | $21.50 | $0.00 | $215.00 |

Total quantities shipped: **15**

**Customer Note:** Hello Can You Deliver After 12:00 In The Afternoon Thank You.

| | |
|---|---|
| Subtotal: | $538.56 |
| Total: | $538.56 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005772


# INVOICE

**PAID**

| Order # | Date | Total |
|---|---|---|
| 330625 | Dec 14, 2023 | $489.33 |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | ALTO Pods 5pk By VUSE - Golden Tobacco 1.8% 2pk | $61.64 | $0.00 | $61.64 |
| 5 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $323.20 |
| 1 | Rogue Nicotine Pouches 5pk - Wintergreen 6mg | $20.71 | $0.00 | $20.71 |
| 2 | Green Vein Maeng Da By Remarkable Herbs - 8 oz | $13.13 | $0.00 | $26.26 |
| 2 | Red Vein Bali By Remarkable Herbs - 8 oz | $14.38 | $0.00 | $28.76 |
| 2 | Green Vein Malaysian By Remarkable Herbs - 8 oz | $14.38 | $0.00 | $28.76 |

Total quantities shipped: **13**

**Customer Note:** Hello Can You Deliver
After 12:00 Thank You.

| | |
|---|---|
| Subtotal: | $489.33 |
| Total: | $489.33 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005773

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 330641 | Dec 14, 2023 | **$19.62** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** l (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 1 | ZYN Nicotine Pouches 5pk - Smooth 6mg | $19.62 | $0.00 | $19.62 |

Total quantities shipped: **1**

| | |
|---|---|
| Subtotal: | $19.62 |
| Total: | $19.62 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005774



# INVOICE

| Order # | Date | Total |
|---|---|---|
| 333092 | Jan 11, 2024 | **$323.20** |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 5 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $323.20 |

Total quantities shipped: **5**

**Customer Note:** please deliver the order on friday they will open after 12.00 noon please Raza

| | |
|---|---|
| Subtotal: | $323.20 |
| Total: | $323.20 |

NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.

ALL SALES ARE FINAL AND NON-REFUNDABLE.
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005775

# INVOICE





| Order # | Date | Total | |
|---|---|---|---|
| 334608 | Jan 29, 2024 | **$646.40** | **PAID** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $646.40 |

Total quantities shipped: **10**

Subtotal: $646.40
Total: $646.40

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005776

# INVOICE



| Order # | Date | Total | |
|---|---|---|---|
| 337697 | Mar 5, 2024 | **$646.40** | PAID |



**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 10 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $646.40 |

Total quantities shipped: **10**

**Customer Note:** --CUSTOMER WILL PICK UP THE ORDER

| | |
|---|---|
| Subtotal: | $646.40 |
| Total: | $646.40 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005777

# INVOICE



| Order # | Date | Total |
|---|---|---|
| 342284 | Apr 14, 2024 | **$455.90** |

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** | (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 8 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $64.64 | $0.00 | $517.12 |

Total quantities shipped: **8**

**Customer Note:** --CUSTOMER WILL PICK UP THE ORDER

| | |
|---|---|
| Subtotal: | $517.12 |
| RewardZ Discount: | -$61.22 |
| Total: | $455.90 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005778

 **INVOICE**

| Order # | Date | Total |
|---------|------|-------|
| 342315 | Apr 15, 2024 | **$51.30** |

 **PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Free Local Delivery

| Qty | Product | Price | Tax | Subtotal |
|-----|---------|-------|-----|----------|
| 1 | SOLO Power Unit Kit 5pk By VUSE | $51.30 | $0.00 | $51.30 |

Total quantities shipped: **1**

Subtotal: $51.30
Total: $51.30

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**
**By providing a check as payment:**
You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005779


# INVOICE

| Order # | Date | Total |
|---|---|---|
| 346243 | May 20, 2024 | $443.22 |


**PAID**

**SHIP TO:**
Nadeem Ali
Mikes Smoke Shop
1666 1st Avenue
New York, NY 10028
**Phone:** I (347) 531-6443

**BILL TO:**
Nadeem Ali
Mikes Smoke Shop
1st Ave 87 St 1666
Manhattan, NY 10028

**Terms:** Cash, Check or CC
**Customer ID:** 929   Super VIP
**Email:** nmavani26@gmail.com
**Shipping Method:** Local Pickup

| Qty | Product | Price | Tax | Subtotal |
|---|---|---|---|---|
| 6 | SOLO Cartridge 4.8% Nicotine 5pk By VUSE - Menthol | $65.24 | $0.00 | $391.44 |
| 1 | SOLO Power Unit Kit 5pk By VUSE | $51.78 | $0.00 | $51.78 |

Total quantities shipped: **7**

**Customer Note:** --CUSTOMER WILL PICK UP THE ORDER from NEW YORK WAREHOUE

| | |
|---|---|
| Subtotal: | $443.22 |
| Total: | $443.22 |

**NOTICE: BUYERS ARE RESPONSIBLE FOR ALL LOCAL LAWS AND TAXES.**

**ALL SALES ARE FINAL AND NON-REFUNDABLE.**
PLEASE MAKE ALL CHECKS **PAYABLE** TO **RZ SMOKE INC.**
**RETURNED CHECKS:** $35 SERVICE CHARGE.

**Legal Disclaimer - EFT Authorization**

**By providing a check as payment:**

You authorize a one-time electronic funds transfer (EFT) from your account for the check amount. Funds may be withdrawn from your account as soon as the same day the check is received or on the date written on the check, if post-dated. Your original check will not be returned back from your financial institution. This transaction is governed by the Electronic Fund Transfer Act (EFTA) and Regulation E.

RZSMOKE00005780