UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x

THE CITY OF NEW YORK,

                             Plaintiff,

              v.

ENVIROMD GROUP LLC; GT IMPORTS;
KAYLA WHOLESALE, INC., D/B/A THE VAPERY;
KLCC WHOLESALE INC.; PIONEER DISTRIBUTION, INC.
A/K/A WEVAPEUSA.COM A/K/A SELLER SUPREME LLC;
RZ SMOKE INC.; STAR ZONE INC.;
URBAN SMOKE DISTRIBUTORS;
VAPE MORE INC. A/K/A MORE LLC; VAPE PLUS
DISTRIBUTION CORP. A/K/A G&A DISTRIBUTION;
DAVID ALFIH A/K/A DAVID ALFIEH, A/K/A DJ ALFANI;
AND MARCUS BERNARD,

                         Defendants.

1:24:-cv-5161-GHW-JW

————————————————————————x

## DECLARATION OF MAJID RASOOL

Pursuant to 28 U.S.C. § 1746(2) I, MAJID RASOOL, declare as follows:

1. I am the Vice President of RZ Smoke Inc. ("RZ Smoke" or the "Company"), which has a business address of 80 Bennett Rd, Suffield, CT 06078.

2. As the Vice President of the Company, I oversee RZ Smoke's sales of e-cigarettes throughout the United States, including to customers located in New York City.

3. The following describes how customers of RZ Smoke located in New York City historically placed orders for e-cigarette products (the "Products") and how such products have been delivered to them.

4.      Ordering Process – Customers primarily placed orders for flavored e-cigarettes through the Company's website RZSmoke.com.  Customers are assigned a unique login and password.  Upon login, Customers select flavored e-cigarettes and place them in an online cart. After completing the order, arrangement are made for payment.  Payment is not made online. Rather, customers remit payment via wire transfer, check or cash on delivery (COD).

5.      Orders for shipments placed by New York City customers were picked and packed at the Company's warehouse located at 80 Bennett Rd, Suffield CT 06078 and delivered to its New York warehouse located at 412 Hillside Ave, New Hyde Park, NY 11040.

6.      Some orders were picked up by customers from the New York warehouse.  The remaining orders were placed in a Company-owned vehicle (typically a van).  Several times each week, an RZ Smoke employee or contractor would deliver the Products directly to customers located in New York City.

7.      Exhibit A attached hereto entitled "RZNYC-orders-from-01-01-2020-to-12-11-2024EeliquidsFlavoredDisposablesOnly" is a record of completed sales by RZ Smoke of flavored disposable e-cigarettes to customers in New York City maintained in the ordinary course of business and the entries were made in or near the time of the transaction by a person with knowledge of the transaction.

8.      The invoices produced to the City by RZ Smoke on or about March 5, 2026 with Bates Stamps RZSMOKE00000001-RZSMOKE00011970 are records of completed sales by RZ Smoke to customers in New York City maintained in the ordinary course of business and the entries in them were made in or near the time of the transaction by a person with knowledge of the transaction.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 1st day of April, 2026.

_____
                          MAJID RASOOL