ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGE

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

THE CITY OF NEW YORK,

                 Plaintiff,

       v.

ENVIROMD GROUP LLC, et al.,

                 Defendants.

------------------------------------------------------------------------- x

**DECLARATION OF ACHALA TALATI IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

1:24-cv-5161-GHW-JW

Pursuant to 28 U.S.C. § 1746(2), I, **Achala Talati, DO, MS, MPH,** hereby declare as follows:

1. I am the Director of Tobacco Policy and Programs at the NYC Department of Health and Mental Hygiene ("Health Department"). I make this declaration in support of the City's motion for summary judgment.

2. I am a board-certified internal medicine and preventive medicine physician who has worked at the Health Department for over a decade, focusing on tobacco control—including efforts to address e-cigarettes—for the last eight years. In addition to my graduate degrees in medicine and public health, I also hold a Bachelor of Science degree in chemical engineering.

3. The Health Department is the City agency charged broadly with protecting and promoting the health of all New Yorkers. The Department has a long history of public health research into conditions that affect the health and safety of the City's residents, and an equally long history of promoting legislation and implementing measures that prevent or reduce threats to public health, especially in the area of tobacco control.

1

ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGE

4. The Health Department was instrumental in the enactment and implementation of provisions in the New York City Administrative Code that prohibit the sale and possession for sale within the City of "e-cigarettes" and "e-liquids" that use flavored solutions to produce nicotine aerosols or mists that are inhaled by the person who uses them or "vapes." The Commissioner of Health provided testimony in support of the legislation, which included local data that was collected and analyzed by the Department, about the rapid uptake of vaping product use as well as information about reasons for concern, in particular the risks the products posed to youth.[1]

5. After enactment, the Health Department supported implementation of the law, through the development of local rules, retailer outreach and education campaigns, and the creation and dissemination—via in-person visits and mailings—of an educational toolkit for retailers and wholesalers to facilitate compliance. The Health Department continues to maintain a list of flavored products and responds to inquiries from retailers about potentially flavored products.

6. The Health Department supports the prohibition on sales of flavored e-cigarettes on the basis of Health Department data demonstrating that NYC youth use flavored vaping products, as well as the extensive scientific literature establishing the significant, harmful effects of nicotine on the developing adolescent brain. Inhalation of the known and unknown constituents of e-cigarette solutions ("e-liquids") or e-cigarette aerosol create additional unknown risks, the effects of which will take years to fully understand.

7. Nicotine can change the chemistry of the adolescent brain, impairing learning, memory and concentration.[2] Youth are particularly vulnerable to nicotine dependence, which can occur even with non-daily, occasional use. Nicotine withdrawal symptoms include anxiety, irritability and depressed mood; anyone who is dependent on nicotine can experience these withdrawal symptoms when they are not vaping, which may compound stress and mental health

ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGE

symptoms.[3] Nicotine may also affect the way the adolescent brain processes other drugs, such as alcohol, cannabis and cocaine.[4,5]

8.      While the proportion of youth who smoke conventional cigarettes has continuously declined since 1997, e-cigarette use has impaired that progress, exposing new generations to products that can negatively affect the health of their lungs and create dependence on nicotine.[6] Youth who use e-cigarettes are also more likely to try cigarettes, which remain a leading cause of death in NYC and globally.[7] Treatment options for nicotine dependence among youth are more limited, as trials for effective pharmacotherapies and subsequent FDA medication approvals have focused on adults.[8,9]

9.      "E-cigarettes" are not a single product, but include thousands of different variations, delivering nicotine at varying concentrations, rates, volumes, and in combination with many other chemicals. The amount of nicotine in e-cigarettes is often not labelled clearly, understandably or accurately.[10] Between 2017 and 2022, the average nicotine concentration of e-cigarettes sold in the United States more than doubled, rising from 2.5% to 4.4%.[11] As a result, the average nicotine concentration of e-cigarettes sold in the United States (US) is double or more what is permitted throughout Europe,[12] the United Kingdom,[13] and Canada.[14] Nicotine concentrations tend to be even higher in disposable products; over 90% of disposable e-cigarettes sold from 2017 to 2022 in the United States had a nicotine concentration of 5% or higher.[15] The volume of e-liquid in e-cigarettes—which together with the concentration determines the total nicotine in each device—also continues to rise in the US, surpassing the limit imposed in the European Union (EU) several times over.[16] For example, the maximum nicotine concentration permitted for a device in Spain or France is 2% nicotine (20mg/mL or less) with a maximum volume of 2mL, resulting in total nicotine content of 40mg. In contrast, currently popular

ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGE

disposable devices in the US (e.g., Raz) often contain 5% nicotine (50mg/mL) with a total volume of 16mL, resulting in total nicotine content of 800mg—20 times higher than the maximum allowed in European devices. For context, someone typically absorbs 1-2mg of nicotine from smoking a cigarette, so this is as much nicotine as 400-800 cigarettes (20-40 packs), in a single, $30 device. In addition to imposing limits on nicotine concentration or e-liquid volume, dozens of countries prohibit the sale of e-cigarettes altogether, from Mexico to Thailand, Egypt and India.[17]

10.     Flavors are known to increase the likelihood that youth will try vaping.[18,24] In the U.S., almost all (92.5%) current youth and young adults who have ever vaped started with a non-tobacco flavored product. Fruit, candy, desserts and mint are the most common flavors ever used among youth and young adults. Two thirds (67%) of youth and more than half (58%) of young adults who report vaping in the past 30 days used fruit flavored vapes; nearly all (95%) used a non-tobacco flavored vape in the past 30 days.[19] Fruit and sweet flavors are erroneously associated by users with lower harm perception, while tobacco flavors (which are allowed for sale in NYC) are erroneously associated by users with increased harm perception.[20] Flavors other than those found in combustible tobacco products increase the likelihood of sustained use.[21,22]

11.     The varying e-cigarette devices and e-liquids result in wide variations in the chemicals present in the aerosol, including chromium, nickel, cadmium, lead, antimony, and arsenic from the devices or their heating elements. Recent studies have found particularly high levels of toxic metals in flavored, disposable products and their aerosols, at times 10-1,000 times higher than in aerosols from FDA-authorized e-cigarettes, like JUUL, or in cigarette smoke.[23] Urinary biomarkers for metals, including lead—a known neurotoxin—have also been found to be elevated among US teenagers who vape.[24]

ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGE

12.     The aerosol from e-cigarettes can also contain lipids, flavoring-related compounds (*e.g.*, diacetyl, vanillin, etc.), carbonyls (*e.g.*, formaldehyde and acrolein), volatile organic compounds, reactive oxygen species and free radicals, generated by heating the flavorings, solvents, and other additives.[25,26,27 28,29,30,31,32] Some of these chemicals are known carcinogens, irritants, or are associated with other health issues. Eighteen chemicals, most of which are found in e-liquids or e-cigarette aerosols, including several commonly used as flavorings, were recently added to the list of Harmful and Potentially Harmful Compounds promulgated by the FDA, which focuses on highlighting toxic chemicals for which there is extensive evidence of harm or potential harm to human health.[33]

13.     The long-term risks of e-cigarette use are unknown, but early data raises concerns, given the wide range of chemical exposures from the aerosol generated by the devices. The typical solvents used in e-cigarettes are known to cause such significant airway irritation and cough as to merit classification by the FDA as respiratory toxicants.[34] A growing body of long-term data raises concerns about the development of additional respiratory symptoms, asthma, and COPD as a result of e-cigarette use.[35,36,37,38,39,40,41] Other early studies suggest additional potential areas of concern, including for cardiovascular health, oral health, and immune system health, but data are very limited.[42,43,44,45,46,47,48,49,50,51,52,53] The e-cigarette, or vaping, product use-associated lung injury (EVALI) outbreak that began in 2019 also highlighted other potential mechanisms for pulmonary toxicity and how much remains unknown about the health effects of vaping, both for nicotine and cannabis vaping products.[54,55,56] In addition to the risks posed to those using these devices, the aerosol constituents pose unknown potential risks to those exposed secondhand, especially if exposed on an ongoing basis. Any long-term risks from these products will not be borne by older adults, but primarily by youth and young adults, who began using these products while their brains

ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGE

and respiratory systems were still developing and continued to use them long-term, due to the devices' high nicotine content.

14.     The Health Department regularly monitors commercial tobacco and nicotine product use among NYC residents, as well as relevant issues, such as healthcare utilization and retail availability, sales, and violations. The findings from those efforts inform our concerns about the risks posed by high-nicotine-content, flavored products.

15.     Using periodic, population-based surveys, the Health Department has monitored tobacco use among NYC youth and adults since 2001. Data on e-cigarette use was first collected in 2014 and 2015. While cigarette smoking has dramatically decreased among public high school students and young adults overall, vaping threatens the progress that has been made. Although the prevalence of vaping has now decreased among NYC public high school students from its peak in 2017 (17%), it remained at a concerning rate in 2023 (14%), with even higher use among marginalized groups such as gay, lesbian or bisexual students, who were almost twice as likely to vape (22%) as straight students (12%).[57]

16.     In contrast to public high school students, vaping among young adults ages 18 to 24 increased from 2014 (4%) to 2020 (9%); in 2023, 13% of young adults vaped. Almost all of these young adults (92%) have never previously smoked cigarettes and were only introduced to potential nicotine dependence from e-cigarettes.[58] Similarly, among adults overall, e-cigarette use has risen to 7% citywide, or more than 400,000 adults.[59] Among adults who vape, half (53%) have never previously smoked, and 26% are currently smoking cigarettes while vaping, potentially increasing health risks from the simultaneous use of both products.[60,61]

17.     In addition to this increasing use, local data suggest negative impacts, particularly for young New Yorkers. Youth nicotine dependence appears to be rising, potentially facilitated by

ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGE

the dramatic increase in nicotine content noted above. Among youth who vaped in the last 30 days, the percentage who vaped for 20-30 of those days increased from 10% in 2015 to 27% in 2023.[62] In 2023, among youth ages 13 to 17 years, depression was more than twice as common among those who vaped (48%) than among those who did not vape (22%).[63] Similar patterns have also been observed among young adults; in 2021-2022, depression was almost twice as common among young adults who vaped (30%) compared with young adults who did not vape (16%).[64]

18.     Most youth in NYC who vape have some interest in quitting: about half (52%) were interested in quitting "somewhat" or "a lot," and about a quarter were interested in quitting "a little" (27%).[65] This may reflect that vaping has an overall negative impact on them. Although there is not local data on the same metric for adults, similar patterns have been observed nationally, with the majority of adults who vape having plans to quit (68%).[66]

19.     The Health Department periodically uses healthcare system data to monitor utilization related to e-cigarette use, especially for emerging issues, such as the 2019-2020 EVALI outbreak, when more than 50 cases were identified in NYC. Although most cases were associated with cannabis vaping, several were associated only with nicotine vaping products, which was confirmed biochemically in some cases. The Health Department conducted a follow-up study to learn more about outcomes of these cases by attempting to contact all 49 surviving New Yorkers who experienced lung injuries in 2019. Respondents reported respiratory and gastrointestinal symptoms over the entire 17-month follow-up period and half reported newly diagnosed health conditions.[67]

20.      Following the initial outbreak, the Health Department continued periodic surveillance efforts, finding an ongoing low level of EVALI cases in the City, with similar patterns of product use. Beyond EVALI, the Health Department continues to monitor emergency

ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGE

department visits citywide related to vaping, finding some visits resulting from both medical and psychiatric symptoms. The agency also monitors data from the NYC Poison Center, which has provided support to New Yorkers who experience negative effects from use or unintentional exposure to e-cigarettes and other commercial tobacco products. Between 2022 and 2024, there were 510 calls to the Poison Center about tobacco or nicotine product exposures for kids 10 and under. Overall, half (52%) of the calls were about e-cigarettes, including two-thirds (67%) of the calls about 6-10-year- olds.[68]

21.     Data also show that flavored e-cigarette products remain widely available in NYC e-cigarette retailer settings, potentially facilitating youth use. In 2023, 56% of retailers inspected were found to be selling flavored e-cigarette products. Violations for selling flavored e-cigarettes were more common in neighborhoods with greater proportions of residents ages 24 or younger (69% of retailers in neighborhoods with the highest proportion of young residents received a violation compared to 46% of retailers in neighborhoods with the lowest proportion).[69]

22.     The NYC Health Department has implemented a comprehensive approach to address commercial tobacco and nicotine products, including e-cigarettes, comprising a) policy, b) mass media campaigns and communication, c) community outreach and engagement, d) treatment and e) evaluation.  Examples include:

a.  Developing and disseminating educational materials and resources for e-cigarette retailers, to help them follow local and state laws, as well as materials to assist other city agencies and the public in directing enforcement efforts.

b.  Developing media campaigns to educate NYC teenagers on the risks of vaping, including nicotine dependence, and share treatment resources.

ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGE

c.  Partnership and collaboration with NYC Public Schools (NYCPS) and the Department of Youth and Family Development (DYCD) to review and implement health education curricula and lessons on vaping, train staff on this topic and available curricula/resources, train school-based clinicians on up-to-date prevention and treatment recommendations, review and update school policies, and share guidance and materials with school administrators, staff, students, and families.

d.  Distributing prevention and treatment educational materials at local colleges and universities and training healthcare providers on means of addressing and treating vaping and tobacco use on their campuses.

e.  Completing Public Health Detailing campaigns promoting evidence-based pediatric and adult prevention and treatment recommendations to primary care providers in selected neighborhoods throughout New York City, reaching hundreds of providers and staff citywide.

f.   The Health Department collects, analyzes and uses data from a range of sources to understand e-cigarette use. This includes behavioral surveillance, retail and consumer environment surveillance, health systems surveillance and formative research to support media campaign development and other projects.

23.    In conducting the above-described work, the Health Department has spent at least 6 million dollars since July 2019.

**ACHALA TALATI**

9

ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGE

Dated:  May 18, 2026
        New York, New York

[1] Testimony of Oxiris Barbot, MD Commissioner New York City Department of Health and Mental Hygiene before the New York City Council Committee on Health on Intro 1345 and Intro 1362. January 30, 2019. https://legistar.council.nyc.gov/View.ashx?M=F&ID=7028975&GUID=3981AA86-B17F-4339-B7FA-DF3A31F71085

[2] U.S. Department of Health and Human Services. E-cigarette use among youth and young adults. a report of the surgeon general, 2016. Available: https://e-cigarettes.surgeongeneral.gov/documents/2016_SGR_Full_Report_non-508.pdf

[3] American Psychiatric Association. *Diagnostic and statistical manual of mental disorders: DSM 5.* American Psychiatric Association; Washington: 2013.

[4] U.S. Department of Health and Human Services. E-cigarette use among youth and young adults. a report of the surgeon general, 2016. Available: https://e-cigarettes.surgeongeneral.gov/documents/2016_SGR_Full_Report_non-508.pdf

[5] Reynolds LM, Faure P, Barik J. Adolescent nicotine exposure and persistent neurocircuitry changes: unveiling lifelong psychiatric risks. Mol Psychiatry. 2025 Nov;30(11):5534-5545. doi: 10.1038/s41380-025-03110-0. Epub 2025 Aug 29. PMID: 40883452; PMCID: PMC12532584.

[6] Centers for Disease Control and Prevention (CDC). *1991-2023 High School Youth Risk Behavior Survey Data.* Available at http://yrbs-explorer.services.cdc.gov/. Accessed on May 4, 2026.

[7] Kaur J, Goel S, Shabil M, Gupta S, Rana RK, Rinkoo AV, Chauhan A. E-cigarette use and subsequent tobacco smoking initiation: an umbrella review with Bayesian model meta-analysis. Tob Control. 2026 Feb 26:tc-2025-059783. doi: 10.1136/tc-2025-059783. Epub ahead of print. PMID: 41748427.

[8] Jenssen BP, Walley SC, Boykan R, et al. Protecting Children and Adolescents From Tobacco and Nicotine. Pediatrics. 2023;151(5):e2023061805. doi:10.1542/peds.2023-061805

[9] Jenssen BP, Wilson KM. Tobacco Control and Treatment for the Pediatric Clinician: Practice, Policy, and Research Updates. Acad Pediatr. 2017;17(3):233-242. Doi:10.1016/j.acap.2016.12.010

[10] National Academies of Sciences, Engineering, and Medicine; Health and Medicine Division; Board on Population Health and Public Health Practice; Committee on the Review of the Health Effects of Electronic Nicotine Delivery Systems; Eaton DL, Kwan LY, Stratton K, editors. *Public Health Consequences of E-Cigarettes*. Washington (DC): National Academies Press (US); 2018 Jan 23. 4, Nicotine. Available from: https://www.ncbi.nlm.nih.gov/books/NBK507191/

[11] Xu Wang, Ramesh Ghimire, Sundar S Shrestha, Mateusz Borowiecki, Sherry Emery, Katrina F Trivers, Trends in Nicotine Strength in Electronic Cigarettes Sold in the United States by Flavor, Product Type, and Manufacturer, 2017–2022, *Nicotine & Tobacco Research*, Volume 25, Issue 7, July 2023, Pages 1355–1360, https://doi.org/10.1093/ntr/ntad033

[12] European Commission. 2016. *Report from the Commission to the European Parliament and the council on the potential risks to public health associated with the use of refillable electronic cigarettes.* Accessed October 2, 20203 from http://eur-lex.europa.eu/legal-content/EN/TXT/?qid=1463746733783&uri=COM%3A2016%3A269%3AFIN

[13] United Kingdom Medicines and Healthcare products Regulatory Agency. Guidance E-cigarettes: regulations for consumer products. Available at: https://www.gov.uk/guidance/e-cigarettes-regulations-for-consumer-products#. Last updated November 2, 2022. Accessed October 2, 2023

[14] Government of Canada. Regulating tobacco and vaping products: Vaping products regulations. Available at: https://www.canada.ca/en/health-canada/services/smoking-tobacco/vaping/product-safety-regulation.html. Last updated August 8, 2023. Accessed October 2, 2023.

[15] Fatma Romeh M Ali, Elizabeth L Seaman, Elisha Crane, Barbara Schillo, Brian A King, Trends in US E-cigarette Sales and Prices by Nicotine Strength, Overall and by Product and Flavor Type, 2017–2022, *Nicotine & Tobacco Research*, Volume 25, Issue 5, May 2023, Pages 1052–1056, https://doi.org/10.1093/ntr/ntac284

[16] Snell LM, Nicksic N, Panteli D, Burke S, Eissenberg T, Fattore G, Gauci C, Koprivnikar H, Murauskiene L, Reinap M, Barnes AJ. Emerging electronic cigarette policies in European member states, Canada, and the United States. *Health Policy*. 2021 Apr;125(4):425-435. doi: 10.1016/j.healthpol.2021.02.003. Epub 2021 Feb 18. PMID: 33663799; PMCID: PMC8025686.

ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGE

[17] Glantz S. 2021. 47 Countries have banned e-cigarettes. Available online at https://profglantz.com/2021/11/03/47-countries-have-banned-e-cigarettes/. Accessed September 29, 2023.

[18] Chaffee BW, Couch ET, Wilkinson ML, et al. Flavors increase adolescents' willingness to try nicotine and cannabis vape products. *Drug Alcohol Depend*. 2023;246:109834. doi:10.1016/j.drugalcdep.2023.109834

[19] CDC Foundation. (2026). Monitoring Tobacco Product Use Among Youth and Young Adults in the U.S. TEEN+ Data Snapshot, Issue 3.

[20] Zare, S., Nemati, M., & Zheng, Y. (2018). A systematic review of consumer preference for e-cigarette attributes: Flavor, nicotine strength, and type. *PloS one*, 13(3), e0194145. https://doi.org/10.1371/journal.pone.0194145

[21] Leventhal AM, Goldenson NI, Cho J, et al. Flavored E-cigarette Use and Progression of Vaping in Adolescents. *Pediatrics*. 2019;144(5):e20190789. doi:10.1542/peds.2019-0789

[22] Kaplan, Bekir, Jeffrey J. Hardesty, Kevin Welding, Alison B. Breland, Thomas Eissenberg, and Joanna E. Cohen. "Electronic Nicotine Delivery System flavor use over time by age group in the US: A longitudinal analysis". Tobacco Induced Diseases 21 no. May (2023): 67. doi:10.18332/tid/162365.

[23] Mark R. Salazar, Lalima Saini, Tran B. Nguyen, Kent E. Pinkerton, Amy K. Madl, Austin M. Cole, and Brett A. Poulin
*ACS Central Science* **2025** *11* (8), 1345-1354. DOI: 10.1021/acscentsci.5c00641

[24] Kochvar A, Hao G, Dai HD. Biomarkers of metal exposure in adolescent e-cigarette users: correlations with vaping frequency and flavouring. *Tobacco Control* 2025;**34:**579-584.

[25] U.S. Department of Health and Human Services. E-cigarette use among youth and young adults. a report of the surgeon general, 2016. Available: https://e-cigarettes.surgeongeneral.gov/documents/2016_SGR_Full_Report_non-508.pdf

[26] Mina W. Tehrani, Matthew N. Newmeyer, Ana M. Rule, and Carsten Prasse. Characterizing the Chemical Landscape in Commercial E-Cigarette Liquids and Aerosols by Liquid Chromatography–High-Resolution Mass Spectrometry. *Chemical Research in Toxicology* 2021 34 (10), 2216-2226. DOI: 10.1021/acs.chemrestox.1c00253

[27] Erythropel HC, Davis LM, de Winter TM, et al. Flavorant-Solvent Reaction Products and Menthol in JUUL E-Cigarettes and Aerosol. *Am J Prev Med*. 2019;57(3):425-427. doi:10.1016/j.amepre.2019.04.004

[28] Olmedo P, Goessler W, Tanda S, et al. Metal concentrations in e-cigarette liquid and aerosol samples: the contribution of metallic coils. Environ Health Perspect 2018;126:027010.

[29] Fowles, J., Barreau, T., & Wu, N. (2020). Cancer and Non-Cancer Risk Concerns from Metals in Electronic Cigarette Liquids and Aerosols. *International journal of environmental research and public health*, *17*(6), 2146. https://doi.org/10.3390/ijerph17062146

[30] Zhao, D., Aravindakshan, A., Hilpert, M., Olmedo, P., Rule, A. M., Navas-Acien, A., & Aherrera, A. (2020). Metal/Metalloid Levels in Electronic Cigarette Liquids, Aerosols, and Human Biosamples: A Systematic Review. *Environmental health perspectives*, *128*(3), 36001. https://doi.org/10.1289/EHP5686

[31] Zhao, D., Navas-Acien, A., Ilievski, V., Slavkovich, V., Olmedo, P., Adria-Mora, B., Domingo-Relloso, A., Aherrera, A., Kleiman, N. J., Rule, A. M., & Hilpert, M. (2019). Metal concentrations in electronic cigarette aerosol: Effect of open-system and closed-system devices and power settings. *Environmental research*, *174*, 125–134. https://doi.org/10.1016/j.envres.2019.04.003

[32] Williams, M., Luo, W., McWhirter, K., Ikegbu, O., & Talbot, P. (2022). Chemical Elements, Flavor Chemicals, and Nicotine in Unused and Used Electronic Cigarettes Aged 5-10 Years and Effects of pH. *International journal of environmental research and public health*, *19*(24), 16931. https://doi.org/10.3390/ijerph192416931

[33] U.S. Food and Drug Administration, Center for Tobacco Products Newsroom webpage. FDA Adds 18 Constituents to the List of Harmful and Potentially Harmful Constituents, Seeks Comment on Three Additional Constituents. Accessed May 4, 2026 from https://www.fda.gov/tobacco-products/ctp-newsroom/fda-adds-18-constituents-list-harmful-and-potentially-harmful-constituents-seeks-comment-three.

[34] U.S. Food and Drug Administration. Harmful and Potentially Harmful Consitutents (HPHCs) webpage. Accessed April 29, 2026 from https://www.fda.gov/tobacco-products/products-ingredients-components/harmful-and-potentially-harmful-constituents-hphcs.

[35] Xie W, Kathuria H, Galiatsatos P, et al. Association of Electronic Cigarette Use With Incident Respiratory Conditions Among US Adults From 2013 to 2018. *JAMA Netw Open.* 2020;3(11):e2020816. doi:10.1001/jamanetworkopen.2020.20816

[36] Bhatta DN, Glantz SA. Association of E-Cigarette Use With Respiratory Disease Among Adults: A Longitudinal Analysis. *Am J Prev Med*. 2020;58(2):182-190. doi:10.1016/j.amepre.2019.07.028

ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGE

[37] Tackett AP, Urman R, Barrington-Trimis J, et al. Prospective study of e-cigarette use and respiratory symptoms in adolescents and young adults [published online ahead of print, 2023 Aug 15]. *Thorax*. 2023;thoraxjnl-2022-218670. doi:10.1136/thorax-2022-218670

[38] Qeadan, F., Nicolson, A., Barbeau, W. A., Azagba, S., & English, K. (2023). The association between dual use of electronic nicotine products and illicit drugs with adverse cardiovascular and respiratory outcomes in a longitudinal analysis using the Population Assessment of Tobacco and Health (PATH) survey. *Drug and alcohol dependence reports*, *7*, 100166. https://doi.org/10.1016/j.dadr.2023.100166

[39] Zavala-Arciniega, L., Cook, S., Hirschtick, J. L., Xie, Y., Mukerjee, R., Arenberg, D., Barnes, G. D., Levy, D. T., Meza, R., & Fleischer, N. L. (2024). Longitudinal associations between exclusive, dual and polytobacco use and respiratory illness among youth. *BMC public health*, *24*(1), 2159. https://doi.org/10.1186/s12889-024-19582-8

[40] Xie, W., Tackett, A. P., Berlowitz, J. B., Harlow, A. F., Kathuria, H., Galiatsatos, P., Fetterman, J. L., Cho, J., Blaha, M. J., Hamburg, N. M., Robertson, R. M., DeFilippis, A. P., Hall, M. E., Bhatnagar, A., Benjamin, E. J., & Stokes, A. C. (2022). Association of Electronic Cigarette Use with Respiratory Symptom Development among U.S. Young Adults. *American journal of respiratory and critical care medicine*, *205*(11), 1320–1329. https://doi.org/10.1164/rccm.202107-1718OC

[41] Pérez, A., Valencia, S., Jani, P. P., & Harrell, M. B. (2024). Use of Electronic Nicotine Delivery Systems and Age of Asthma Onset Among US Adults and Youths. *JAMA network open*, *7*(5), e2410740. https://doi.org/10.1001/jamanetworkopen.2024.10740

[42] Skotsimara G, Antonopoulos AS, Oikonomou E, et al. Cardiovascular effects of electronic cigarettes: A systematic review and meta-analysis. Eur J Prev Cardiol. Jul 2019;26(11):1219-1228. doi:10.1177/2047487319832975

[43] Al-Rubaye, S. N., Shweliya, M. A., Hemida, M. F., Bdair, M., Elezz, A. M. A., Shehab, M. A., Abukhaled, Y., Al-Waeli, A. R. A., Hameed, A. A. Z., Hussein, A. F. A., Hamzah, K. A., & Al-Jarshawi, M. (2026). Electronic cigarettes and cardiovascular outcomes: a systematic review and meta-analysis of Major Adverse Cardiovascular Events (MACE). *BMC public health*, *26*(1), 704. https://doi.org/10.1186/s12889-026-26302-x

[44] Yang I, Sandeep S, Rodriguez J. The oral health impact of electronic cigarette use: a systematic review. Crit Rev Toxicol. 2020 Feb;50(2):97-127. doi: 10.1080/10408444.2020.1713726. Epub 2020 Feb 11. Erratum in: Crit Rev Toxicol. 2020 Apr 14;:1. PMID: 32043402.

[45] Reidel B, Radicioni G, Clapp PW, et al. E-Cigarette Use Causes a Unique Innate Immune Response in the Lung, Involving Increased Neutrophilic Activation and Altered Mucin Secretion. *Am J Respir Crit Care Med*. 2018;197(4):492-501. doi:10.1164/rccm.201708-1590OC

[46] Obeng R, Dada O, Odame E, Arora T, Dada G. Long-term cardiovascular and respiratory health effects of e-cigarette use: a narrative review of emerging evidence. Inhal Toxicol. 2026 Apr;38(4):173-184. doi: 10.1080/08958378.2026.2644246. Epub 2026 Mar 22. PMID: 41865285.

[47] Chaumont M, de Becker B, Zaher W, et al. Differential Effects of E-Cigarette on Microvascular Endothelial Function, Arterial Stiffness and Oxidative Stress: A Randomized Crossover Trial. *Sci Rep*. 2018;8(1):10378. Published 2018 Jul 10. doi:10.1038/s41598-018-28723-0

[48] Mahapatra SK, Bhattacharjee S, Chakraborty SP, Majumdar S, Roy S. Alteration of immune functions and Th1/Th2 cytokine balance in nicotine-induced murine macrophages: immunomodulatory role of eugenol and N-acetylcysteine. Int Immunopharmacol 2011;11(4): 485-495.

[49] Sussan TE, Gajghate S, Thimmulappa RK, et al. Exposure to electronic cigarettes impairs pulmonary anti-bacterial and anti-viral defenses in a mouse model. PLoS One. 2015;10(2):e0116861.

[50] Hwang JH, Lyes M, Sladewski K, et al. Electronic cigarette inhalation alters innate immunity and airway cytokines while increasing the virulence of colonizing bacteria. J Mol Med (Berl) 2016;94(6): 667-679.

[51] Noël A, Ghosh A. Carbonyl Profiles of Electronic Nicotine Delivery System (ENDS) Aerosols Reflect Both the Chemical Composition and the Numbers of E-Liquid Ingredients-Focus on the *In Vitro* Toxicity of Strawberry and Vanilla Flavors. *Int J Environ Res Public Health*. 2022;19(24):16774. Published 2022 Dec 14. doi:10.3390/ijerph192416774

[52] Kuehl PJ, McDonald JD, Weber DT, Khlystov A, Nystoriak MA, Conklin DJ. Composition of aerosols from thermal degradation of flavors used in ENDS and tobacco products. *Inhal Toxicol*. 2022;34(11-12):319-328. doi:10.1080/08958378.2022.2103602

ATTORNEY WORK PRODUCT
ATTORNEY-CLIENT PRIVILEGE

[53] Kapiamba KF, Hao W, Adom S, Liu W, Huang YW, Wang Y. Examining Metal Contents in Primary and Secondhand Aerosols Released by Electronic Cigarettes. *Chem Res Toxicol*. 2022;35(6):954-962. doi:10.1021/acs.chemrestox.1c00411

[54] Winnicka, L., Shenoy, M.A. EVALI and the Pulmonary Toxicity of Electronic Cigarettes: A Review. *J GEN INTERN MED* **35,** 2130–2135 (2020). https://doi.org/10.1007/s11606-020-05813-2

[55] Ghinai I, Navon L, Gunn JK, et al. Characteristics of Persons Who Report Using Only Nicotine-Containing Products Among Interviewed Patients with E-cigarette, or Vaping, Product Use–Associated Lung Injury — Illinois, August–December 2019. MMWR Morb Mortal Wkly Rep 2020;69:84–89.
DOI: http://dx.doi.org/10.15585/mmwr.mm6903e1

[56] Tannert Niang KM, Grasso AB, Debchoudhury I, Bushman D, Jasek JP, Fairclough MA, Van Oss KR, Chamany S, LaSane KD, Franklin SM, Talati AK. Prospective follow-up of New York City residents with e-cigarette, or vaping product use-associated lung injury-2020-2021. PLoS One. 2025 Apr 30;20(4):e0304918.

[57] Merizier J, Dominianni C, Debchoudhury I, Orkin-Prol L, Jackson J, Fenlon J, Talati A. Youth and Young Adult Vaping in New York City. NYC Vital Signs 2025, 22(3); 1-4.

[58] NYC Health Department internal analysis. Community Health Survey, 2023.

[59] NYC Health Department internal analysis. Community Health Survey, 2023.

[60] Kim, C. Y., Paek, Y. J., Seo, H. G., Cheong, Y. S., Lee, C. M., Park, S. M., Park, D. W., & Lee, K. (2020). Dual use of electronic and conventional cigarettes is associated with higher cardiovascular risk factors in Korean men. *Scientific reports*, *10*(1), 5612. https://doi.org/10.1038/s41598-020-62545-3

[61] Moeis, F. R., Hartono, R. K., Nurhasana, R., Satrya, A., & Dartanto, T. (2024). Relieving or aggravating the burden: Non-communicable diseases of dual users of electronic and conventional cigarette in Indonesia. *Tobacco induced diseases*, *22*, 10.18332/tid/175755. https://doi.org/10.18332/tid/175755

[62] NYC Health Department internal analysis. Youth Risk Behavior Survey, 2015-2023

[63] Merizier J, Dominianni C, Debchoudhury I, Orkin-Prol L, Jackson J, Fenlon J, Talati A. Youth and Young Adult Vaping in New York City. NYC Vital Signs 2025, 22(3); 1-4.

[64] Merizier J, Dominianni C, Debchoudhury I, Orkin-Prol L, Jackson J, Fenlon J, Talati A. Youth and Young Adult Vaping in New York City. NYC Vital Signs 2025, 22(3); 1-4.

[65] Merizier J, Dominianni C, Debchoudhury I, Orkin-Prol L, Jackson J, Fenlon J, Talati A. Youth and Young Adult Vaping in New York City. NYC Vital Signs 2025, 22(3); 1-4.

[66] Palmer AM, Rojewski AM, Carpenter MJ*, et al.* Interest in quitting e-cigarette use by device type and smoking history in US adults. *Tobacco Control* 2024;**33:**537-540.

[67] Tannert Niang, K. M., Grasso, A. B., Debchoudhury, I., Bushman, D., Jasek, J. P., Fairclough, M. A., Van Oss, K. R., Chamany, S., LaSane, K. D., Franklin, S. M., & Talati, A. K. (2025). Prospective follow-up of New York City residents with e-cigarette, or vaping product use-associated lung injury-2020-2021. *PLoS one*, *20*(4), e0304918. https://doi.org/10.1371/journal.pone.0304918

[68] NYC Health Department internal analysis.

[69] Merizier J, Dominianni C, Debchoudhury I, Orkin-Prol L, Jackson J, Fenlon J, Talati A. Youth and Young Adult Vaping in New York City. NYC Vital Signs 2025, 22(3); 1-4.