UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————x

THE CITY OF NEW YORK,

                    Plaintiff,                    1:24:-cv-5161-GHW-JW

        v.

ENVIROMD GROUP LLC, et al.,

                    Defendants.

———————————————————————————x

**DECLARATION OF FRANCES DANIELS**

Frances Daniels states, as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.    My name is Frances Daniels.  I am a New York City resident. I make this declaration support of the City's motion for summary judgment against RZ Smoke, Inc.

2.    My youngest child (now 23) is Finn. They are non-binary so from hereon I will be referring to them with they/them pronouns. During the last semester of Finn's freshman year at NYU, Finn contracted "EVALI" - E-Cigarette or Vaping Use-Associated Lung Injury.

3.    Beginning in May, 2022, Finn was admitted to NYU Langone Medical Center and within 12 hours rushed to the hospital's ICU and intubated. Over the course of several weeks talented physicians from numerous specialties including infectious disease and rheumatology sought to determine the cause of the collapse of Finn's lungs, concluding this to be one of the increasing cases of EVALI -- a serious inflammatory condition that damages the lungs, believed to develop as a result of using an e-cigarette to breathe in tiny particles of liquid nicotine and flavoring.

4.    Finn received 6 lung incisions with tubes inserted for drainage, followed by a pneumothorax surgery through the back of their right lung. The experience of navigating a life threatening circumstance was harrowing. Finn was brave and courageous and determined and is now thankfully living a normal healthy life.

5.    Following Finn's discharge from the hospital in early June, I started my research

to understand more about vaping. I came across Parents Against Vaping e-cigarettes ("PAVe") on the internet and immediately reached out to share my child's experience in hope of offering help and expanding my own knowledge of this potentially deadly and consequential practice of vaping. I was active in PAVe's "POISON" (Parents Opposing Illegal Sales of Nicotine) project, taking on the East Village as one of the six neighborhoods that were being studied. I visited vape/smoke shops as well as convenience stores, collecting and recording data on what was sold and where. I was astounded by how many NYC retail stores were selling illegal flavored nicotine vape products.

_____
Frances Daniels

Dated: May 10 , 2026
New York, NY