UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x

THE CITY OF NEW YORK,

                                        Plaintiff,

            -against-

                                                                1:24:-cv-5161-GHW-JW

    ENVIROMD, et al.,

                                        Defendants.

-------------------------------------------------------------------------------x

## DECLARATION OF MEREDITH BERKMAN

Meredith Berkman states as follows under penalty of perjury pursuant to 28 U. S.C. § 1746:

1.     I am a co-founder of Parents Against Vaping e-cigarettes ("PAVe") (www.parentsagainstvaping.org) a nonprofit national advocacy and education organization, the first and only national parent voice fighting the tobacco and e-cigarette industry's attempts to market addictive nicotine products to youth.

2.    PAVe is a volunteer-run, volunteer-powered grass-roots parents organization founded by three New York City mothers in 2018 in response to the epidemic of youth e-cigarette use. As a cofounder, I helped create a volunteer-powered initiative called POISON (Parents Opposing Illegal Sales of Nicotine) supported by a grant from the NYC Department of Health and Mental Hygiene ("DOHMH") that ran from January to June of 2023. The objective of the initiative was to document the proliferation of New York City retailers selling flavored electronic cigarette products that are illegal under New York City and State law.

3.    Volunteers were educated on the topic of e-cigarettes and trained via Zoom with a follow-up session to receive feedback on their experiences in the field. The training documents, debrief summaries, spreadsheets, maps, and a narrative description of the program have been submitted to the DOHMH.

4.    The POISON project made observations in six predetermined neighborhoods in Manhattan and the Bronx (Upper West Side, Battery Park City, East Village, East Tremont, East Harlem, Belmont). Parents and other adult volunteers (and paid interns) canvassed at least 50 businesses in each neighborhood -- bodegas, convenience stores, gas stations, and vape and smoke shops. Parents documented the store name and address, whether flavored e-cigarettes were observed, and if so, recorded the brands of at least two of the brands offered for sale, and any other pertinent information. Generally the parent observers also took interior or exterior photographs of the stores.

5.    The information collected was used to create a spreadsheet recording the names of stores at which flavored e-cigarettes were displayed for sale. The information was then forwarded to New York City via the 311 line and to the Food and Drug Administration through its online

reporting portal. The information was also compiled in color-coded maps showing the location of the targeted stores, their licensure status, and the stores' proximity to neighboring schools.

6. From February to June 2023, approximately 60% of the 318 stores visited by PAVe volunteers sold flavored, nicotine e-cigarettes. The actual number of stores selling flavored e-cigarettes may well be higher because some volunteers did not initially request flavored product if the product was not displayed on store shelves and certain stores may have refused sales to persons not known to store personnel to evade enforcement.

7. The great majority of the stores that sold flavored e-cigarettes were not licensed to do so, as determined by reference to publicly available databases. Those stores were thus selling an illegal product -- flavored e-cigarettes – and also operating entirely illegally in that they had no license to deal in any e-cigarettes, flavored or not. Approximately 93% of the stores selling flavored e-cigarettes had no license to sell e-cigarettes, and most had no license to sell any tobacco products at all. Many of the stores are located in proximity to schools.

8. PAVe observers most commonly noted the presence of Elfbar e-cigarettes, although all of the popular brands of disposable flavored e-cigarettes were observed – Air Bar, Hyde, Myle, Flum and Puff Bar.

9. This initial survey has confirmed anecdotal findings of a proliferation of retailers throughout the City that sell illegal flavored vape products, and do so without a license.

10. PAVe receives communications on a weekly and sometimes daily basis from distraught parents of middle- and high-school students seeking advice on methods to end their

children's easy access to flavored e-cigarettes, which are made accessible by the many retailers that do not require age verification, even in the face of signage to the contrary.

MEREDITH BERKMAN

Dated:  May 28, 2026
       New York, NY