UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————x

THE CITY OF NEW YORK,

                            Plaintiff,                1:24:-cv-5161-GHW-JW

          v.

ENVIROMD GROUP LLC, et al.,

                         Defendants.

——————————————————————————x

### DECLARATION OF MIA MARAIS

Mia Marais states as follows under penalty of perjury pursuant to 28 U.S.C. § 1746

1.      I am a parent of two children, ages 16 and 12, and a resident of lower Manhattan. I make this declaration in support of the City's motion for summary judgment against RZ Smoke, Inc.

2.      I have lived in lower Manhattan since my eldest child was two years old. The area where I live is mostly residential with a small number of grocery stores, dry cleaners and fast food restaurants.

3.      At some point in 2022, a smoke shop opened on the block across the street from my apartment. It had bright lights, candy, and toys displayed prominently plus bold signage stating "smoke shop." Furthermore, various flavored vapes were on display. On opening day there were lots of balloons strung up outside.

4.    The place is just a block from the local K-8 public school and most kids have to walk past it to get to school. Not surprisingly the middle school kids were going there during the lunch period to check it out. My son came home with stories of free brownies being handed out to kids and shop assistants promising to stock whatever the 6th graders wanted.

5.    I can see no reason why any shop would use toys, treats and balloons to try and attract adult customers. The store seems to be using these things primarily with the goal of attracting kids into the store.

6.    Parents from the neighborhood made efforts to engage with the owners of the store and requested that they consider a different business model which would be more acceptable to the parent community. The owners did not listen to the parents.

7.    This is not an isolated incident. There are shops like this one on nearly every street. These stores target our kids and some number of them will succumb to temptation and suffer the consequences.

MIA MARAIS

Dated: May 11, 2026
New York, New York