UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————x

THE CITY OF NEW YORK,

                    Plaintiff,              1:24:-cv-5161-GHW-JW

         v.

ENVIROMD GROUP LLC, et al.,

                Defendants.

——————————————————————x

### DECLARATION OF JANINE HODGKINS

Janine Hodgkins states as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.    I am resident of Park Slope in Brooklyn, New York, and a parent of a child who has been negatively impacted by vaping products. I make this declaration in support of the City's motion for summary judgment against RZ Smoke, Inc.

2.    My son was in 7th grade when he was introduced to vaping and began smoking e-cigarettes marketed by JUUL and Myle. He smoked flavored e-cigarettes in blueberry andcherry flavors. Smoking e-cigarettes became an addictive habit, and my son tried very hard to hide it from us. He smoked often and throughout the day.

3.    After becoming addicted to e-cigarettes, my son has become more volatile, argumentative, and ornery. His has a reduced appetite and has difficulty sleeping at night. He hides from us so that he can smoke more. He has also become addicted to Zin nicotine packs.

4. If e-cigarettes were less accessible and less appealing to teenagers, we would not be in this situation. These products appear to be available everywhere and in every corner store. There is even a smoke shop on the corner of my residential block in Brooklyn.

JANINE HODGKINS

Dated: May 5, 2026
Brooklyn, New York