

**Ishmael A. Green**
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685 w bochner.law

July 15, 2026

**VIA ECF**

Judge Gregory H. Woods
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *City of New York v. EnviroMD Group LLC et al* [1:2024-cv-05161]
                 <u>Letter Motion for Leave to Enlarge Word Limit for Defendant's Brief in Opposition</u>

Dear Judge Woods:

      Our firm is counsel to Defendant RZ Smoke Inc. ("Defendant") in the above-referenced matter. Pursuant to the Order dated May 20, 2026, Defendant's opposition to Plaintiff's Motion for Summary Judgment is due on July 16, 2026. According to Your Honor's Individual Practices, Rule 3(A), and Local Civil Rule 7.1 memoranda of law in response to motions are limited to 8,750 words. We write to request leave to enlarge the word limit for Defendant's memorandum of law in response to 9,750 words.

      This minimal increase in word count is needed to adequately address the arguments raised by Plaintiff in response, many of which are matters of first impression before this Court. This is the first request that Defendants have made to enlarge the word limit for Defendant's brief for its response to Plaintiff's Motion for Summary Judgment.

      The parties have conferred regarding this request, and Plaintiff has no objection to the same.

      We thank the Court for its time and attention to this matter.

                        Respectfully Submitted,

                        <u>*/s/Ishmael A. Green*</u>
                        Andrew D. Bochner, Esq.
                        Ishmael A. Green, Esq. (*pro hac vice*)
                        Bochner PLLC
                        1040 Avenue of the Americas,
                        15th Floor
                        New York, NY 10018
                        (646) 971-0685
                        andrew@bochner.law
                        igreen@bochner.law

                        *Attorneys for RZ Smoke Inc.*