# EXHIBIT D

Case 1:24-cv-05161-GHW-JW     Document 214-4     Filed 07/16/26     Page 2 of 4

An official website of New York State.

Here's how you know ⌄



## Department of Taxation and Finance

 **Registrations**

Save & Exit

OLS Embedded Application

| Taxpayer ID: | Taxpayer name: |
|---|---|

# Registration Details

Complete the information below and select **Continue**.

*  Required field

## Registration information

| | |
|---|---|
| Registration type: | **Vapor products** |
| Registration period: | **01/01/2026 - 12/31/2026** |

Has the business been convicted of a tax crime under Tax Law Article 37 within the last year? *     ◯ Yes    ◯ No

Date this business began, or plans to begin, distributing or selling these products?    **01/01/2026**

## Retail methods

How will these products be sold? (select all that apply) *      NOTE:  NO OPTION FOR DISTRIBUTORS.  ONLY RETAIL

☐ Retail storefront

☐ Retail online

☐ Vending machine

Number of vending machines: *  [        ]

☐ Cart

☐ Truck

☐ Stand

[ Back ]  [ Continue ]

**Has the business or any of its responsible persons been convicted of a Tax Crime under Tax Law Article 37 within the last year?**
A tax crime conviction under Article 37 of the Tax Law means that you have plead guilty to a misdemeanor or felony tax offense or a criminal court of law has found you guilty of a

Accessibility        Disclaimer        Privacy        Security        Terms and Conditions        Copyright        Email/Phishing

Agencies        App Directory        Counties        Events        Programs        Services