**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

THE CITY OF NEW YORK,

                          Plaintiff,

        v.

ENVIROMD GROUP LLC, et al.

                          Defendants.

Case No. 1:24-cv-05161-GHW-JW

**DECLARATION OF MAJID RASOOL:**

I, MAJID RASOOL, states as follows under penalty of perjury pursuant to Pursuant to 28 U.S.C. § 1746:

1.      I am the Vice President of RZ Smoke Inc. ("RZ Smoke" or the "Company"), which has a business address of 80 Bennett Rd, Suffield, CT 06078.

2.      As the Vice President of the Company, I am familiar with RZ Smoke's sales of Electronic Nicotine Delivery System ("ENDS") products throughout the United States, including to customers located in New York City.

3.      The Company has never been instructed by the Food and Drug Administration ("FDA") that our sales to New York City (NYC) or any other customers violate any FDA laws.

4.      The Company has never been fined by the FDA or been issued a warning letter by the FDA.

5.      The Company has never been instructed by the Bureau of Alcohol, Tobacco, Firearms and Explosives, (ATF), which has jurisdiction of the Prevent All Cigarette Trafficking (PACT) Act that our sales to NYC or anywhere else violate the PACT Act.

6.      As we understand, the Company has never been placed on the PACT ACT Non-Compliance list by ATF. That list involves entities that ATF has established has violated the PACT ACT and bars common carriers from shipping tobacco products from companies on the list.

7.      RZ Smoke sells solely to other wholesale businesses and retail businesses. Many of our customers are wholesalers. RZ Smoke does not sell directly to individual consumers. Attached as Exhibit A, I understand that of the 66 customers identified by the City, R.56.1 St. ¶¶ 49–53, at least 20 of these customers are known to me as distributors.

8.      The Company has no knowledge of the New York State tax registration or payment conduct or information concerning our customers. Our company has no knowledge of whether our customers are in compliance with all New York City administrative statutes.

9.      Based on discussions with our suppliers, I understand that many of the products sold by RZ Smoke have a Pre Market Tobacco Application ("PMTA") submission pending with the FDA.

10.     I understand that FDA has issued guidance indicating that they will generally not prioritize or initiate actions against companies that have applied for FDA approval of their products.

11.     I understand that various states have begun establishing e-cigarette directories which allow the sale of e-cigarettes that are pending FDA approval.

12.     I understand that the FDA recently approved multiple flavored ENDS products.

13.    The Company has ceased shipping flavored ENDS products into New York City.

14.    The Company is no longer conducting delivery sales or shipping any products covered by the PACT Act into New York City.

15.    The Company has approached the City and has attempted to resolve the past alleged PACT Act violations.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 16th day of July 2026.

_____

MAJID RASOOL

**Exhibit A**

| COMPANY | CUSTOMER ID |
|---|---:|
| A&J CLOUD DISTRIBUTION CORP | 2421 |
| A2Z DISTRO LLC | 4029 |
| BAY DISTRO LLC | 4367 |
| BIG TIME DIST | 4379 |
| BRONX TRADING CO. INC, | 1881 |
| CLOUD JAY CORP | 2766 |
| FINEST DISTRIBUTORS LLC | 3401 |
| GOOD LUCK | 3448 |
| IGRIND INC | 4517 |
| INTERNATIONAL UNITED TRADE INC | 3750 |
| NEW BEDFORD CONVENIENCE CORP | 3259 |
| PENN STATION GIFTS | 3979 |
| ROSS DISTRO | 473 |
| SHREEJI WHOLESALE INC | 4093 |
| SAHARA DISTRIBUTION LLC | 4310 |
| SMOKE HUT | 500 |
| STAR VAPE CORP | 187 |
| VAPE DIRECT DISTRIBUTION | 3069 |
| VAPE GUYS DISTRIBUTION | 1994 |
| VAPE PLUS (G & A DISTRIBUTION) | 142 |