

**Ishmael A. Green**
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685 w bochner.law

July 15, 2026

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2026

Judge Gregory H. Woods
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:    *City of New York v. EnviroMD Group LLC et al* [1:2024-cv-05161]
       Letter Motion for Leave to Enlarge Word Limit for Defendant's Brief in Opposition

Dear Judge Woods:

Our firm is counsel to Defendant RZ Smoke Inc. ("Defendant") in the above-referenced matter. Pursuant to the Order dated May 20, 2026, Defendant's opposition to Plaintiff's Motion for Summary Judgment is due on July 16, 2026. According to Your Honor's Individual Practices, Rule 3(A), and Local Civil Rule 7.1 memoranda of law in response to motions are limited to 8,750 words. We write to request leave to enlarge the word limit for Defendant's memorandum of law in response to 9,750 words.

This minimal increase in word count is needed to adequately address the arguments raised by Plaintiff in response, many of which are matters of first impression before this Court. This is the first request that Defendants have made to enlarge the word limit for Defendant's brief for its response to Plaintiff's Motion for Summary Judgment.

The parties have conferred regarding this request, and Plaintiff has no objection to the same.

We thank the Court for its time and attention to this matter.

Application denied as moot. Defendant requested an extension of the word limit for its opposition the day before its opposition deadline. Because Defendant has since filed its opposition within the word limit, the request is denied as moot. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 213.

SO ORDERED.

Dated: July 17, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Respectfully Submitted,

*/s/Ishmael A. Green*
Andrew D. Bochner, Esq.
Ishmael A. Green, Esq. (*pro hac vice*)
Bochner PLLC
1040 Avenue of the Americas,
15th Floor
New York, NY 10018
(646) 971-0685
andrew@bochner.law
igreen@bochner.law

*Attorneys for RZ Smoke Inc.*