USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/29/2026

**MEMORANDUM ENDORSED**



**THE CITY OF NEW YORK**
**LAW DEPARTMENT**

STEVEN BANKS
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NEW YORK 10007

**Aatif Iqbal**
Assistant Corporation Counsel
212.356.2294
aaiqbal@law.nyc.gov

July 28, 2026

**VIA ECF**
Judge Gregory H. Woods
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *City of New York v. EnviroMD Group LLC et al.,* Case No. 24-cv-05161
        Unopposed Letter Motion for Leave to Enlarge Word Limit for Plaintiff's Reply

Dear Judge Woods:

        This Office represents Plaintiff the City of New York (the "City") and submits this letter in relation to Plaintiff's Motion for Summary Judgment (ECF No. 203), filed on June 4, 2026. Defendant RZ Smoke Inc. filed its opposition on July 16, 2026, and Plaintiff's reply is due August 6, 2026.

        According to Rule 3(A) of Your Honor's Individual Practices, and Local Civil Rule 7.1(c), reply memoranda of law are limited to 3,500 words. We write to request leave to enlarge the word limit for Plaintiff's reply to 4,500 words. This minimal increase in word count is needed to address in sufficient legal and factual detail the arguments raised in Defendant's opposition.

        Plaintiff previously requested leave to file a consolidated 55-page opposition to Defendants' three motions to dismiss, which the Court granted on October 15, 2024 (ECF No. 86). Plaintiff has not otherwise asked to enlarge the word or page limit for any filing in this case. We have conferred with Defendant RZ Smoke Inc., and Defendant does not object to this relief.

        We thank the Court for its attention to this matter.

Application granted.  The word limit for Plaintiff's reply is extended to 4,500 words.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 216.

SO ORDERED.

Dated:  July 29, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

Respectfully submitted,

*/s/ Aatif Iqbal*
Aatif Iqbal
Assistant Corporation Counsel