UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————x

THE CITY OF NEW YORK,

                            Plaintiff,

                v.

ENVIROMD GROUP LLC; GT IMPORTS;
KAYLA WHOLESALE, INC., d/b/a The Vapery;
KLCC WHOLESALE INC.; PIONEER DISTRIBUTION, INC.
a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;
RZ SMOKE INC.; STAR ZONE INC.;
URBAN SMOKE DISTRIBUTORS;
VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS
DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION;
DAVID ALFIH a/k/a David Alfieh, a/k/a DJ Alfani; and
MARCUS BERNARD,

                          Defendants.

————————————————————————————x

**1:24-cv-5161-GHW-JW**

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced in the Supreme Court of the State of New York, New York County, on April 4, 2024 with the filing of a summons and complaint. The state court action was assigned index number 451009/2024. A copy of the summons and complaint was served on KLCC Wholesale, Inc. by service upon the New York Secretary of State on April 8, 2024. The copies were personally delivered to an individual named

Iya Doe, a person of suitable age and discretion. *Proof of service was therefore filed* in the state court action on April 25, 2024. *See* NYSCEF Doc. No. 9.[1]

I further certify that an amended complaint was filed on June 14, 2024. The case was removed to this Court on July 8, 2024, and the complaint was further amended on August 21, 2024 (the "Second Amended Complaint").

I further certify that counsel for KLCC Wholesale, Inc. moved to withdraw as counsel on October 20, 2025, and the Court granted this motion on November 6, 2025. The Court instructed that KLCC Wholesale, Inc. would need to obtain new counsel who must file notice of appearance with the Court by December 5, 2025, or the Court would be inclined to entertain a motion by Plaintiff for leave to file for default against Defendant KLCC Wholesale, Inc.

I further certify the docket entries indicate that KLCC Wholesale, Inc. has since not obtained new counsel that filed notice of appearance with the court or otherwise moved with respect to the complaints herein. The default of KLCC Wholesale, Inc. is hereby noted.

Dated: New York, New York
_____, 2026

TAMMI M. HELLWIG
Clerk of Court

By:   _____

Deputy Clerk

---

[1] The Affidavit of Service is annexed as Exhibit A to the Declaration of Elizabeth Slater in support of Plaintiff's Request for a Certificate of Default.