UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x

THE CITY OF NEW YORK,

                Plaintiff,

        v.

ENVIROMD GROUP LLC; GT IMPORTS;
KAYLA WHOLESALE, INC., d/b/a The Vapery;
KLCC WHOLESALE INC.; PIONEER DISTRIBUTION, INC.
a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;
RZ SMOKE INC.; STAR ZONE INC.;
URBAN SMOKE DISTRIBUTORS;
VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS
DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION;
DAVID ALFIH a/k/a David Alfieh, a/k/a DJ Alfani; and
MARCUS BERNARD,

                Defendants.

————————————————————————x

**24-cv-5161-GHW-JW**

**DECLARATION IN
SUPPORT OF REQUEST
FOR CLERK'S
CERTIFICATE OF
DEFAULT**

ELIZABETH SLATER, an attorney duly admitted to practice before the courts of the State of New York and this Court, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am an assistant corporation counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for Plaintiff the City of New York ("City").

2.      I make this declaration in support of the City's application pursuant to Federal Rule of Civil Procedure Rule 55(a) and Local Civil Rule 55.1 for a certificate of default against KLCC Wholesale, Inc. ("KLLC").

3.      This action was commenced in the Supreme Court of the State of New York, New York County, on April 4, 2024 with the filing of a summons and complaint.

1

4. The state court action was assigned index number 451009/2024.

5. A copy of the summons and complaint was served on KLCC by service upon the Secretary of State of New York on April 8, 2024. The copies were personally delivered to an individual named Iya Doe, a person of suitable age and discretion. The Affidavit of Service was filed on April 25, 2024. A copy of the Affidavit of Service upon KLCC is annexed as Exhibit A.

6. An amended complaint was filed on June 14, 2024.

7. The case was removed to this Court on July 8, 2024.

8. The complaint was further amended on August 21, 2024 (the "Second Amended Complaint").

9. The law firm Bochner PLLC, counsel for KLCC, moved to withdraw as counsel on October 20, 2025. In support of this motion, Ishamel Green, an attorney and partner of Bochner PLLC, affirmed that communications between the firm and KLLC had "deteriorated to the point where this firm can no longer properly represent KLCC in this matter." Green further affirmed that Bochner PLLC made efforts to inform KLCC of the firm's intent to withdraw as counsel and did not oppose. A copy of the Notice of Motion to Withdraw and the Affirmation of Ishmael Green in Support of Motion to Withdraw are annexed as Exhibits B & C.

10. The Court held a telephone conference regarding Bochner PLLC's intent to withdraw as counsel for KLLC on November 5, 2025. KLCC failed to be present for the telephone conference despite efforts by Bochner PLLC to contact KLCC. The Court instructed counsel from Bochner PLLC to communicate to KLCC that (1) the corporation no longer had counsel and may not appear *pro se;* (2) that KLCC must obtain new counsel who must file notice of appearance with the Court by December 5, 2025; and (3) should KLCC fail to hire counsel, the Court would

be inclined to entertain a motion by Plaintiff for leave to file for default against Defendant KLCC. A copy of the Order granting the Motion to Withdraw is annexed as Exhibit D.

11.    On December 5, 2025, former counsel for KLLC notified the Court of their compliance with the Court's instructions related to the Motion to Withdraw as Counsel for KLCC. In their notice, the former counsel informed the Court of multiple communications made to KLCC, as well as to an individual named Mr. Seewald who had been an intermediary between the former counsel and KLCC. The former counsel provided KLCC and Mr. Seewald a copy of the Court's order granting the Motion to Withdraw, informed KLCC of the risk of default, and advised KLCC to retain new counsel immediately pursuant to the Court's indication that they had 30 days from November 6, 2025 to do so. In their notice, former counsel informed the court they had not received any response from KLCC. A copy of the Notice of Compliance with the Court's Directives is annexed as Exhibit E.

12.    KLCC has failed to comply with the Court's order. No new counsel has filed notice of appearance with the Court, and KLCC has not contacted counsel for the City directly or through counsel.

13.    Accordingly, I respectfully request that the Clerk of this Court issue a certificate of default against KLCC in favor of the City in this action.


Dated:        New York, New York
              August 4, 2026

                                        By:    /s/ *Elizabeth Slater*
                                               Elizabeth Slater
                                               Assistant Corporation Counsel

3