# EXHIBIT A

# Exhibit G

Case 1:24-cv-06545-CM-JW    Document 197-1    Filed 07/08/24    Page 23 of 23

**SUPREME COURT OF THE STATE OF NEW YORK**
**STATE OF NEW YORK, COUNTY OF NEW YORK**

Plaintiff: THE CITY OF NEW YORK,

-against-

Defendant: ENVIROMD GROUP LLC; ;
GT IMPORTS, KAYLA WHOLESALE, INC., d/b/a
The Vapery; KLCC WHOLESALE INC., MV TRADING
LLC a/k/a MYVAPORSTORE; PIONEER
DISTRIBUTION, INC. a/k/a WEVAPEUSA.COM a/k/a
SELLER SUPREME LLC; RZ SMOKE INC.; STAR
ZONE INC., URBAN SMOKE DISTRIBUTORS; VAPE

| |
|---|
| Index Number: 451009/2024 |
| Date Filed: |
| File #: |
| CSMS #: |
| Part: |
| Court Date: |

STATE OF NEW YORK, COUNTY OF KINGS, SS.:
**Dwight Morant**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **4/8/2024**, at **11:33 AM** at: **452 E 99th Street, BROOKLYN , NY 11236** Deponent served the within **SUMMONS, NOTICE OF ELECTRONIC FILING, COMPLAINT, FIRST, SECOND, AND THIRD CLAIM FOR RELIEF**

On: **KLCC Wholesale Inc**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☒ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to Iya Doe personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be General Agent thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**

| **Sex**: Female | **Color of skin**: Brown | **Color of hair**: Blonde | **Glasses**: |
|---|---|---|---|
| **Age**: 35-50 | **Height**: 5' 4" - 5' 8" | **Weight**: 161-200 Lbs. | **Other Features**: |

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**
Service GPS Coordinates: LAT: 40.650255555556 LONG: -73.906569444444

Sworn to before me on 4/8/24

MARGARET SALISU
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SA6090055
Qualified in Suffolk County
Commission Expires April 7, 2027

New York City Department of Law - Manhattan - ERIC PROSHANSKY
100 Church Street 4th Floor
New York, New York
Phone:
Tracking No. 24-0001646

Dwight Morant
DCA-2018133

*IREDE PROCESS SERVERS, INC, P.O. BOX 597, BAYSHORE NY 11706 DCA# 2011373*