# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

THE CITY OF NEW YORK,

        Plaintiff,

        v.

ENVIROMD GROUP LLC; GT IMPORTS; KAYLA
WHOLESALE, INC. d/b/a The Vapery; KLCC
WHOLESALE INC.; MV TRADING LLC a/k/a
WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;
RZ SMOKE INC.; STAR ZONE INC.; URBAN
SMOKE DISTRIBUTORS; VAPE MORE INC.
a/k/a MORE LLC; VAPE PLUS DISTRIBUTION
CORP. a/k/a G&A DISTRIBUTION; DAVID ALFIH
a/k/a David Alfieh, a/k/a DJ Alfani; and MARCUS
BERNARD,

        Defendants.

-------------------------------------------------------------------X

Case No.: 1:24-cv-5161

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT KLCC WHOLESALE INC.

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Ishmael Green, Esq.,
dated October 20, 2025, Ishmael Green, Esq. shall move this Court, before the before the Hon.
Gregory H. Woods, United States District Judge, at the Daniel Patrick Moynihan United States
Courthouse for the United States District Court for the Southern District of New York, located at
500 Pearl Street, New York, NY 10007, Courtroom 12C, at a date and time to be determined by
the Court, for an Order, pursuant to Local Rule 1.4, relieving Ishmael Green, Esq. and Bochner
PLLC as counsel of record to Defendant KLCC WHOLESALE INC. together with such other and
further relief as this Court may deem just and proper.

1

Dated: October 20, 2025
     New York, New York

Respectfully Submitted,

By:   */s/ Ishmael Green*
Ishmael Green, Esq. (*pro hac vice*)
BOCHNER PLLC
100 S. Ashley Dr. Suite 600
Tampa, FL 33602
(646) 971-0685
igreen@bochner.law

*Attorneys for Defendants EnviroMD Group
LLC, GT Imports, KLCC Wholesale INC.,
RZ Smoke Inc., and Urban Smoke
Distributors*

2