

## TAYLOR DYKEMA

December 5, 2025

**VIA ECF**

Hon. Gregory H. Woods, U.S. District Judge
Hon. Jennifer E. Willis, U.S. Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Notice of Compliance with the Court's Directives Pursuant to Motion for Meredith Lloyd
      and Erik Dykema to Withdraw as Counsel for Defendants EnviroMD Group LLC, KLCC
      Wholesale Inc., RZ Smoke Inc., Urban Smoke Distributors, and GT Imports
      *City of New York v. EnviroMD et al.,* Case No.: 1:24-cv-05161-GHW-JW

Your Honor;

As you are aware, the undersigned attorneys were previously counsel of record to Defendants EnviroMD Group LLC, KLCC Wholesale Inc., RZ Smoke Inc., and Urban Smoke Distributors in the above-captioned matter through another firm. Pursuant to Your Honor's instructions, we respectfully submit this notice of compliance with the Court's instructions related to our Motion to Withdraw as Counsel for KLCC Wholesale, Inc.

On October 24, 2025, Erik Dykema and Meredith Lloyd ("we") filed a Motion to Withdraw from their former representation of Defendants EnviroMD Group LLC, KLCC Wholesale Inc., RZ Smoke Inc., Urban Smoke Distributors, and GT Imports in this action. We sent a copy of our anticipated Motion to Withdraw and all attached documents to KLCC Wholesale, Inc., in addition to the other former clients, several days before it was filed on October 24, 2025. We also served a copy of the filed Motion to Withdraw the same day that it was submitted to the Court.

On November 5, 2025, the Court held a hearing on the Motion to Withdraw, and Judge Willis instructed withdrawing counsel to contact KLCC Wholesale, Inc., provide them with a copy of the transcript from that hearing, inform them that the withdrawal has been granted, and advise them of the likelihood that Plaintiff will seek a default judgment.

On November 12, 2025, we contacted KLCC Wholesale, Inc., as well as Mr. Seewald, an individual who had been an intermediary between the undersigned counsel and KLCC

taylordykema.com

*City of NY v. EnviroMD et al.*
Case No. 1:24-cv-05161
December 5, 2025

Wholesale, Inc., via email. With that email, we shared a copy of the Court's order granting the Motion to Withdraw and also informed KLCC Wholesale, Inc. of the risk of a default judgment, as well as the Court's indication that they had 30 days from November 6, 2025 to retain new counsel. We also advised them to retain new counsel immediately.

On November 20, 2025, we again contacted KLCC Wholesale, Inc. and Mr. Seewald via email and shared a copy of the transcript from the November 5, 2025 hearing with them.

We have not received any response from KLCC Wholesale, Inc.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Meredith R. Lloyd*
Meredith R. Lloyd, Esq.
Erik Dykema, Esq.
Taylor Dykema, PLLC
914 E 25th Street
Houston, TX 77009
614-557-4107
meredith@taylordykema.com

*Former Counsel for Defendants EnviroMD Group LLC, KLCC Wholesale Inc., RZ Smoke Inc., Urban Smoke Distributors and GT Imports*

2

