UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————x

THE CITY OF NEW YORK,

                        Plaintiff,

        v.

ENVIROMD GROUP LLC; GT IMPORTS;
KAYLA WHOLESALE, INC., d/b/a The Vapery;
KLCC WHOLESALE INC.; PIONEER DISTRIBUTION, INC.
a/k/a WEVAPEUSA.COM a/k/a SELLER SUPREME LLC;
RZ SMOKE INC.; STAR ZONE INC.;
URBAN SMOKE DISTRIBUTORS;
VAPE MORE INC. a/k/a MORE LLC; VAPE PLUS
DISTRIBUTION CORP. a/k/a G&A DISTRIBUTION;
DAVID ALFIH a/k/a David Alfieh, a/k/a DJ Alfani; and
MARCUS BERNARD,

                      Defendants.

———————————————————————————x

**24-cv-5161-GHW-JW**

**REQUEST FOR
CERTIFICATE OF
DEFAULT**

Plaintiff the City of New York ("City"), by its attorney, Steven Banks, Corporation Counsel of the City of New York, upon the accompanying Declaration of Elizabeth Slater dated July 27, 2026, and on all proceedings previously had herein, hereby requests that the Court (Office of the Clerk) issue a certificate of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 against the defendant KLCC Wholesale, Inc.

DATED: August 4, 2026
      New York, NY

STEVEN BANKS
Corporation Counsel of the
    City of New York
*Attorney for Plaintiff*
100 Church Street Rm 20-82
New York, New York 10007
(212) 356-2299

By:    /s/ *Elizabeth Slater*
       Alexandra Jung
       Eric Proshansky
       Elizabeth Slater
       Aatif Iqbal
       Assistant Corporation Counsels